FILED
2023 Mar-13 AM 08:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

NOTICE OF ASSIGNMENT OF CASE
TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to the Court's January 2, 2015 General Order for Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, this case has been randomly assigned to a magistrate judge.

Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, the assigned magistrate judge may conduct all proceedings in this case, including all pretrial and trial proceedings, and the magistrate judge may enter judgment and resolve any post-trial motions. If the parties consent unanimously to dispositive jurisdiction by the magistrate judge, then any appellate challenge to the final judgment or to any interlocutory order in this case shall be made directly to the United States Court of Appeals for the Eleventh Circuit.

You must complete the attached form to indicate whether you consent to proceed before the assigned magistrate judge or decline to proceed before the assigned magistrate judge. You may complete the form electronically and submit it by logging into CM/ECF at the following web address: https://ecf.alnd.uscourts.gov. When you submit the form electronically, it will be delivered directly to the Clerk of Court; it will not be filed on the docket sheet, and no judge will have access to the form. Alternatively, you may print the form, complete it manually, and submit the form to the Clerk's Office. You may withhold consent without adverse consequences.

If you are the plaintiff or the removing party in this case, you must file your consent/declination form within 45 days of receipt of this notice. Each other party must file its consent/declination form within 45 days of appearing in this case. Only the Clerk of Court shall review the parties' consent/declination forms. If all parties have not provided written consent to magistrate judge jurisdiction within 45 days after either (1) the last served defendant has filed an answer, (2) a defendant has filed a motion to dismiss, or (3) a plaintiff has filed a motion to remand, whichever occurs first, then the Clerk shall reassign the case to a district judge.

The plaintiff or removing party must serve a copy of this notice upon all other parties to this action with the summons and complaint or upon receipt of this notice, whichever comes first.

SHARON N. HARRIS

CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
Choose an item. **DIVISION**

| | | |
|---|---|---|
| Plaintiff(s)., | } | |
| | } | |
| **Plaintiffs** | } | Case No.: Case Number. |
| | } | |
| **v.** | } | CONSENT OR DECLINATION |
| | } | TO MAGISTRATE JUDGE |
| Defendant(s)., | } | JURISDICTION |
| | } | |
| **Defendants.** | } | |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: Insert Date., 20 Year.

NAME: Name.

COUNSEL FOR
(OR "PRO SE"): Name.

______________________________
*Signature*