FILED
2023 Mar-14 PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA,**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALLAN ARAYA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:23-cv-00298-NAD** |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully Submitted,

_/s/ Peter H. Burke________________
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:


CR Legal Team, LLP
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-747-1915
Fax: 877-718-9952
phburke@crlegalteam.com