FILED
2023 Apr-24 AM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

**Allan Araya,**
**Plaintiff** }
v. } Case Number: **2:23-cv-0298-NAD**
}
**Lincoln National Life Insurance Company,** }
**Defendant** }

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the **Honorable Annemarie Carney Axon**. Please use case number **2:23-cv-0298-ACA** on all subsequent pleadings.

**DATED: April 24, 2023**

**GREER M. LYNCH, CLERK**

By: Joseph Colvin
**Deputy Clerk**

**GML: JLC**

xc: Judges
Counsel