**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11295718 Claim Last Updated 02/11/2022 Printed On 3/22/2023

Claimant Information

| | | | |
|---|---|---|---|
| Name | ALLAN A ARAYA | SSN | |
| Birth Date | | | |
| Address | | Salary Amount $ | 5007.60 |
| Mode | M | | |
| | | Date of Hire | 06/25/2001 |
| | | Last Work Date | 12/11/2020 |
| | | Federal Tax | Employee Option |
| State Tax | No | | |
| Phone | | Phys Demands | Sedentary |

JobDesc SENIOR CUSTCARE SPEC BILINGUAL

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Not TD Own Occ | Received Date | 04/20/2021 |
| Disability Date | 12/13/2020 | Close Date | 12/13/2020 | Reopen Date | 12/14/2020 |
| Sick Days Left | 182 | Max Ben Date | 12/28/2047 | RTW FT / PT | |
| Ben Begin Date | 06/13/2021 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc S82.001A Unsp fracture of right patella, init for clos fx

Diagnosis 2 Code/Desc M25.511 Pain in right shoulder

Policyholder Information

Customer ID 05 - 288203 DUKE ENERGY CORPORATION

Subsidiary NONU NON UNION

Location 24945000 CUSTEXP,SOLS&SVCS,SUPPLYCHAIN

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2008

Class 01 EXEMPT EMPLOYEES AND NON-EXEMPT, USW 7202, IBEW 962, IBEW 926T, IBEW 1

Waiting Period: New/Mode-Current/Mode 0 Day 0 Day Days in WRKWK

Elimination Period: Days/Type 180 Injury COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 06/25/2001 |
| PD | 01 | STD | 1A | 06/25/2001 |

Additional Information:



EXHIBIT
3, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 10813707 Claim Last Updated 10/06/2021 Printed On 3/22/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | ALLAN A ARAYA | SSN | | Birth Date | |
| Address | | Salary Amount $ | 0.01 | Mode | W |
| | | Date of Hire | 06/25/2001 | | |
| | | Last Work Date | 12/11/2020 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc SENIOR CUSTCARE SPEC BILINGUAL

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 12/15/2020 |
| Disability Date | 12/13/2020 | Close Date | 06/13/2021 | Reopen Date | 10/01/2021 |
| Sick Days Left | | Max Ben Date | 06/12/2021 | RTW FT / PT | |
| Ben Begin Date | 12/20/2020 | Apprv Thru Date | 06/12/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc S82.001A Unsp fracture of right patella, init for clos fx

Diagnosis 2 Code/Desc M25.511 Pain in right shoulder

Policyholder Information

Customer ID 05 - 288203 DUKE ENERGY CORPORATION

Subsidiary NONU NON UNION

Location 24945000 CUSTEXP,SOLS&SVCS,SUPPLYCHAIN

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2008

Class 1A ALL EXEMPT, NON-UNION, NON-EXEMPT (SUB CODE NONU), IBEW 962 (SUB CODE

Waiting Period: New/Mode-Current/Mode 0 Day 0 Day Days in WRKWK 7

Elimination Period: Days/Type 7 Injury COLA: Mode/Duration

Successive Period: Period/Mode 42 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 06/25/2001 |
| PD | 01 | STD | 1A | 06/25/2001 |

Additional Information:

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

**Claim ve t eave m er** 11295718 **ommo atio m er**

**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: 03/21/2023 - MAINELLI, DEBRA CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER IN UIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : VCM
Text: 07/15/2022 - MURAWSKI, JASON EE PROVIDED RTW DATE 5/24, CAN START ON 5/31, EMPLOYER HAS TICKET OPEN BUT HASN T BEEN PROVIDED A RESOLUTION. WANTED TO KNOW IF ANYTHING LFG CAN PROVIDE TO ASSIST. ADCM RTC - SPOKE TO EE. CE NOTES ACCOMMODATION RE UESTSAND WORK PLACEMENT IS THE ERS RESPONSIBILITY, NOTHING LFG CAN SEND. EE HAD UESTIONS REGARDING HIS WORK STATUS AND EMPLOYMENT STATUS. STATES HE STILL HAS ACTIVE 401K. CE RECOMMENDED REACHING OUT TO ER TO CONFIRM EMPLOYMENT STATUS, ACCOMMODATION RE UEST, AND WORK PLACEMENT AS EE HAS NOTED HE HAS RCVD MULTIPLE DIFFERENT RESPONSES FROM ER. EE ACK, THANKED. NF

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 07/12/2022 - JUDD, ALYSSA EE CALLED IN STATED HE GOT NOTIFICATION FROM DUKE THEY HES IN UEUE AND WAITING FOR THEM TO CONTACT THEM. ASKED US IS IT NORMAL PROCESS AND IF ANYTHING WE CAN DO. ADVISED EE THAT THE PROCESS IS THROUGH HIS COMPANY AND MUSTCONTACT THEM IF HE HAS UESTIONS AND NOT US AS WE ARE NOT INVOLVED IN THAT PROCESS. ALSO THAT THEIR IS NO FURTHER INFORMATION NEEDED FOR THE CLAIM SO ALL COMMUNICATIONS SHOULD BE GOING THROUGH TO HIS ER. EE ASKED IF WE COULD CONFIRM WE RCVD HIS RTW ACCOMMODATION LTR. ADVISED EE WE DID AND PREVIOUSLY TOLD EE THAT THIS INFORMATION SHOULD GO TO HIS EMPLOYER HOWEVER WE SENT IT TO THEM. EE STATED HE UNDERSTOOD

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : LTR to ER
Other Subject :
Text: 06/24/2022 - JUDD, ALYSSA FWD DUKE RTW INFO

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 06/24/2022 - JUDD, ALYSSA EE CALLED. STATING THAT DUKE SAID HE SHOULD GET CALL FROM DUKE ER. EXPLAINED TO EE AGAIN THAT DUKE HANDLES RTW PROCESS AND ANY ACCOMMODATIONS TO ACCEPT. EE STATED HE SENT IT TO EMAIL ADDRESS ENDING IN LFG . ADVISED EE THATDUKES EMAILS END IN DUKE ENERGY AND THAT LFG IS LINCOLN. ADVISED EE TO MAKE SURE HE HAS SENT HIS INFORMATION TO HIS ER AS HE HAS STATED BY CHECKING THEIR CONTACT INFO WITH THEM BC EE STATED HIS MANAGER TOLD HIM IT CANT GO TO THEM IT HAS TO GO TO HR.

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 06/22/2022 - JUDD, ALYSSA STATED WHEN HE CALLS HR HUMAN SYSTEM THEY TELL EE TO CALL US. EXPLAINED TO THE ER NEEDED THE RTW FORM AND NOT US. BASED OFF OF TODAYS CALL EE ONLY FAXED IT TO US AND NOT TO THE

ER FAX. ADVISED EE TO CALL HIS ER TO SEE IF HECAN SEND THEM THE COPY OF THE RTW THAT RELEASED HIM AS OF 5/31/22 OR IF HE NEEDED TO GET A MORE RECENT ONE FROM HIS AP. ALSO THAT HE COULD TRY HAND DELIVERING IT TO HIS ER

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject :
Text: 06/15/2022 - SCOTT, JOHN EE CALLED IN WITH UESTION ABOUT THE STATUS OF THE RTW FORM HE SUBMITTED TO HIS ER. REDIRECTED EE BACK TO ER/HR REP TO GET UPDATES ON HIS RTW STATUS. THANKED AND CLOSED CALL

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 05/26/2022 - JUDD, ALYSSA ER CALLED TO LET US KNOW HE HAD RETURNED TO WORK. THANKED EE ADVISED HIM HE DIDNT HAVE TO SEND US ANY INFO BUT AS LONG AS HE CONTACT HIS ER TO GET BACK HE DID THE RIGHT STEPS. EE STATED HE DID CONTACT HIS ER.

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Telephonic Intake
Other Subject : TX TO ADCM
Text: 05/26/2022 - STACK, PAMELA EE CALLED IN STATING THAT HE HIS AP FAXED OVER THE RTW FORM TO US ON TUESDAY AND HE WANTED TO VERIFY RECEIPT. I ASKED HIM IF HE HAD AN ACTIVE CLAIM AND HE SAID NO. I WAS TRYING TO PULL OF HIS ADCM S INFORMATION AND ACCIDENTALLY DID AN INSTANT TRANSFER AS HE WAS ASKING FOR HER DIRECT PHONE NUMBER. IF ADCM CAN CALL HIM BACK.

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : RETURNED CALL
Text: 05/11/2022 - JUDD, ALYSSA 5/9/22 3:46PM EST LEFT VM ASKED FOR CALL BACK 5/10/22 LEFT VM THAT HAS LTD CLAIM AND NEEDED HELP TO UPDATE WORK STATUS & HIS ER CANT FILL OUT FORM THAT INDICATES A RTW DATE AND ASKED FOR CALL BACK - - RETURNED CALL TO . RANG. MAIL BOX WAS FULL AND UNABLE TO LEAVE VM FOR EE

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 05/10/2022 - VAN ETTEN, STACY EE C/IN RE TO UPDATE WORK STATUS WITH LFG. CSR ADV THERE IS NOT AN OPEN LTD CLAIM TO REPORT A RTW DATE. ADV STD CLOSED 06/21/2021. CONVERSATION REPEATED 2X- CSR ADV BEST DISCUSS WITH ADCM FROM LAST YEAR CLAIM. ADV UNAVAILABLE- EE AGREED LEAVE VMX. TRANSFERRED CALL.

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : DUP ATTY RE
Text: 04/22/2022 - TULIANO, JOSHUA RECEIVED DUPLICATE ATTY RE UEST 4/21/22 (MAILED COPY OF THE FAX RCVD 4/8/22).

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY
Text: 04/11/2022 - KEEFER, DAWN COMPLETE FILE COPY RE UEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED MLREYNOLDS CRUMLEYROBERTS.COM

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY RE UEST
Text: 04/11/2022 - TULIANO, JOSHUA RECEIVED RE UEST FROM CRUMLEY ROBERTS - ATTY FOR EE FOR COMPLETE FILE COPY/POLICY. SENT RE TO CLAIMSHOADMIN TO PROCESS. POLICY IS CONTAINED IN THE COMPLETE CLAIM FILE.

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject :
Text: 04/11/2022 - JUDD, ALYSSA FWD NOTIFICATION TO PRIOR APPEAL REP

**ote**

Claim/Event/Leave: 11295718
NoteSubject : Called EE

Other Subject :
Text: 03/21/2022 - JUDD, ALYSSA CALLED WENT TO VM. VM FULL. WAS CALLING TO TELL EE FILE WAS SENT TO HIS EMAIL TODAY

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY
Text: 03/21/2022 - KEEFER, DAWN COMPLETE FILE COPY RE UEST FOR CLAIM 11295718 HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 03/18/2022 - JUDD, ALYSSA CALLED VM FULL.---WAS CALLING TO LET EE KNOW ADCM PUT IN RE UEST FOR HIS FILE AND IT LL BE COMPLETED WITHIN 2 BUSINESS DAYS.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 03/18/2022 - JUDD, ALYSSA LEFT VM 3/17/22 TO RE ARRAYA ASKED FOR HIS ALL DOCUMENTS RELATED TO HIS CLAIM TO BE EMAILED TO HIM FOR CLAIM 11295718

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : LTR FROM EE
Text: 03/18/2022 - JUDD, ALYSSA RE FOR CLAIM DOCUMENTS

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY
Text: 03/08/2022 - PILAR, SARAH COPY OF POLICY SENT TO EE VIA ONEDRIVE.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 03/08/2022 - JUDD, ALYSSA CLAIMANT CALLED IN WANTED TO FOLLOW UP ON RE UEST. ADVICE AND WE SENT OUT THE RE UEST AGAIN TO THE OTHER TEAM TO SEND OUT HIS LONG TERM DISABILITY POLICY IT WILL TAKE 24 TO 48 HOURS CLAIMANT STATED HE S AWARE HE WILL BE ONTHE LOOKOUT FOR IT TODAY AND TOMORROW HE DID ASK WHAT EMAIL ADDRESS IT WAS COMING FROM. ADVISED CLAIMANT WE WERE UNSURE HOWEVER IT WOULD PROBABLY HAVE THE KEYWORDS OF HIS POLICY OR LINCOLN IN THE SUBJECT LINE 03/08/2022 - JUDD, ALYSSA THANKED& ENDED CALL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject :
Text: 03/07/2022 - JUDD, ALYSSA RE FOR LTD POLICY TO BE EMAILED SENT TO CLAIMSHOADMIN

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 03/07/2022 - JUDD, ALYSSA 3/3- LEFT VM. CLAIMANT ASKED US TO RESEND THE LTD POLICY AGAIN TO HIS EMAIL ADDRESS HE WAS UNABLE TO OPEN THE PREVIOUS ONE.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : RETURNED CALL
Text: 03/03/2022 - JUDD, ALYSSA CLAIMANT CALLED IN STATED HE WANTED A SUMMARY PLAN DESCRIPTION OF THE SHORT TERM AND LONG TERM DISABILITY POLICY AND DOESN T BELIEVE WE SENT IT TO HIM. RETURN PHONE CALL ADVISED CLAIMANT THAT WE SENT OUT THE LONG TERM DISABILITY POLICY TO HIS EMAIL ON FEBRUARY THE 17TH AND WE SENT OUT THE FULL LONG TERM DISABILITY FILE INCLUDING THE LONG TERM DISABILITY POLICY VIA EMAIL ON FEBRUARY THE 18TH. ADVISED HIM THAT WE DISCUSSED WITH HIM ON FEBRUARY THE 16TH THE FULL PROCESS OF WHAT IT TAKES THAT WHEN HE PUTS IN A RE UEST FOR INFORMATION IT TAKES 24 TO 48 HOURS AND THEN HE HAS THE SAME AMOUNT OF TIME TO OPEN THE FILE BEFORE HE IS UNABLE TO OPEN IT IN HIS EMAIL. ADVISED HIM IF HE NEEDS US TO RESEND IT WE CAN HOWEVER WE DIDCOMPLETE HIS RE UEST ON THOSE DATES AND EMAILED IT TO HIM. ALSO ADVISED HIM THAT WE ARE UNABLE TO PROVIDE SHORT TERM DISABILITY POLICY OR PLAN SUMMARY AS THAT INFORMATION MUST BE RE UESTED FROM HIS EMPLOYER DUKE ENERGY. WILL HAVE CALL BACK NUMBER AND CLAIM NUMBER IF HE NEEDS FOR US TO PUT IN ANOTHER RE UEST FOR HIS FILE

NUMBER IF HE NEEDS FOR US TO PUT IN ANOTHER RE UEST FOR HIS FILE

**ote**

Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 03/01/2022 - JUDD, ALYSSA CALL CLAIMANT EXPLAINING TO HIM HE CALLED IN ON FRIDAY RE UESTING A COPY OF HIS LONG TERM DISABILITY POLICY HOWEVER WE VE ALREADY SENT THAT TO HIM TWICE FROM HIS PREVIOUS RE UEST AND WE NEED FOR HIM TO CALL BACK IN TO CLARIFY IF HE IS RE UESTING SOMETHING THAT IS OTHER THAN HIS LONG TERM DISABILITY POLICY. LEFT CALLBACK NUMBER AND CLAIM NUMBER

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : ACD
Text: 02/25/2022 - MCNEMAR, PATRICK EE CALLED RE A COPY OF HIS ER S LTD POLICY. NOT KNOWING IF I COULD DO SO, I SUGGESTED HE CONTACT HIS HR DEPT, BUT HE SAID WHEN HE CALLS THAT NUMBER HE GETS CONNECTED TO LFG. I ADVISED I WILL FIND OUT AND EMAIL IT TOHIM, IF ALLOWED. NOTED THE CLAIM WAS DENIED NOT TD OO 7/29/21.

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY
Text: 02/18/2022 - ROS ELLE, MICHAEL RE UEST COMPLETED FOR FULL CLAIM FILE RE UEST FOR CLAIM 11295718. SUBMITTED TO THE CLAIMANT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject :
Text: 02/18/2022 - JUDD, ALYSSA CLAIMSHOA RE UEST FILE RE UEST 02/18/2022 - JUDD, ALYSSA TO BE SENT TO EE

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 02/18/2022 - JUDD, ALYSSA CLAIMANT CALLED BACK IN LEFT MESSAGE AND STATED YES HE WAS RE UESTING A COPY OF THE LTD FILE THAT IS STATED IN THE LETTER HE RECEIVED FROM THE APPEAL CASE MANAGER ON PAGE 12. ALSO STATED HE WOULD LIKE A COPY OF THE LTD POLICY

**ote**

Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 02/18/2022 - JUDD, ALYSSA CALLED EE AT CALL CLAIMANT & LEFT VM. ASKED HIM IF HE WAS NOW RE UESTING A LONG TERM DISABILITY FILE BE SENT TO HIM BECAUSE DURING THE INITIAL CONVERSATION HE ASKED FOR THE POLICY TO BE SENT AND A ADCM WANTSTO CLARIFY BEFORE PUTTING IN A RE UEST FOR THE FILE TO BE SENT. LEFT CALL BACK NUMBER AND NUMBER

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : LTR FROM EE
Text: 02/18/2022 - JUDD, ALYSSA EE RE UEST A COPY OF ALL DOCUMENTS EMAILED TO HIM
VIA EMAIL.

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : ACD CALL
Text: 02/17/2022 - ALEXANDER, DEMONICA EE CALLED AND UESTIONED IF COPY OF DOCUMENTS IS BEING SENT TO EE VIA EMAIL. DCM UESTIONED IF EE IS REFERRING TO A COPY OF THE LTD POLICY OR LTD FILE. EE STATED THAT ON PAGE 12 OF LETTER IT SAYS THAT EE CAN HAVE A COPY OF ALL RELEVANT DOCUMENTS SENT TO HIM VIA EMAIL. DCM ADVISED THAT THIS IS RE UESTING A COPY OF THE FILE. DCM ADVISED THAT WE WILL NEED SOMETHING IN WRITING RE UESTING A COPY OF THE FILE AND WHERE EE WOULD LIKE THIS SENT TO. EE STATED THAT THIS ISNOT WHAT HE WAS TOLD YESTERDAY BY ADCM. DCM ADVISED THAT THIS IS STANDARD WORK IS ADCM TOLD HIM SOMETHING ELSE WOULD BE HAPPY TO GET EE TRANSFERRED OVER TO ADCM. CALL TRANSFERRED TO ADCM VM FOR RETURN CALL

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY
Text: 02/17/2022 - KEEFER, DAWN RE UEST TO SEND THE POLICY, HAS BEEN SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : ACD CALL
Text: 02/16/2022 - TANNER, AKELAH EE CALLED STATING HE WANT CLAIM FILE SENT TO HIM VIA EMAIL
CM ADVISED WE WILL SEND FILE COPY RE UEST, EE THANKED 02/16/2022 - TANNER, AKELAH
CM SENT NOTIFICATION TO ADCM

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject :
Text: 02/16/2022 - JUDD, ALYSSA RE FOR LTD POLICY TO BE EMAILED

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 02/16/2022 - JUDD, ALYSSA ASKED FOR COPY OF LTD POLICY TO BE EMAILED. EXPLAINED EE THE PROCESS SO HE CAN BE ON LOOKOUT FOR POLICY AND THE EMAIL NOT TIME OUT. EE UNDERSTOOD.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 02/14/2022 - BEST, JAMES INVOICE RECEIVED ON 02/08/2022 AND DATED 02/08/2022 FROM RELIABLE REVIEW SERVICES. INV 73038-1, IN THE AMOUNT OF $157.50 FOR PEER REVIEW. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 02/14/2022 - BEST, JAMES INVOICE RECEIVED ON 02/08/2022 AND DATED 02/08/2022 FROM RELIABLE REVIEW SERVICES. INV 73044-1, IN THE AMOUNT OF $157.50 FOR PEER REVIEW. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : UH
Text: 02/11/2022 - TULIANO, JOSHUA THE DETERMINATION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. DETAILED UPHOLD LETTER SENT TO CLAIMANT. SEE LETTER FOR FULL DETAILS. R&LS AS OUTLINED BY PM&R DID NOT PRECLUDE OWN OCC THROUGH THE EP OR BEYOND.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 02/11/2022 - TULIANO, JOSHUA OBC - REACHED VM. LVM ADV OF UH.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : INVOICE
Text: 02/10/2022 - TULIANO, JOSHUA RECEIVED INV FROM RRS, INV 73044-1, DATED 2/8/22, IN THE AMOUNT OF $157.50. INV IS FOR PSYCHIATRY ADDENDUM REVIEW. SENT TO J. BEST

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : INVOICE
Text: 02/10/2022 - TULIANO, JOSHUA RECEIVED INVOICE FROM RRS, INV 73038-1 IN THE AMOUNT OF $157.50, DATED 2/8/22. INV IS FOR PM&R ADDENDUM. SENT TO J. BEST

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 02/04/2022 - DEVLIN, TAMIE INVOICE RECEIVED FROM VENDOR RRS, INV 72438-1, DATED 1/20/2022, IN THE AMOUNT OF $367.50, FOR PEER REVIEW: PSYCHIATRY. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other

Other Subject : VENDOR PAYMENT
Text: 01/26/2022 - YEREMIAN, KEVORK INVOICE RECEIVED ON 01/19/2022 AND DATED 01/18/2022 FROM EXAMWORKS INC. INV 72134-1, IN THE AMOUNT OF $210.00 FOR PEER REVIEW PERFORMED BY MOSHE LEWIS. PAID INVOICE IN FULL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : INVOICE
Text: 01/19/2022 - TULIANO, JOSHUA RECEIVED INVOICE FROM RRS IN THE AMOUNT OF $210 FOR PEER REVIEW ADDENDUM, DATED 1/18/22. PEER REVIEW IS MOSHE LEWIS. SENT TO J. BEST.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 01/14/2022 - TULIANO, JOSHUA RECEIVED ADDITIONAL PT RECORDS UPLOADED ON 1/14/22, RECEIVED 1/13/22. SENT TO RELIABLERS TO INCLUDE IN ADDENDUM REVIEWS.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 01/14/2022 - TULIANO, JOSHUA ADDITIONAL INFORMATION RECEIVED AND ADDENDUM RE WERE SENT TO BOTH PM&R AND PSYCH REVIEWERS. EE AGREED TO EXT BEYOND 90 DAY REVIEW, DUE 2/11/22 AS ADDITIONAL INFORMATION WAS SUBMITTED BEYOND THE RTR DEADLINE ON 1/11/22.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 01/12/2022 - TULIANO, JOSHUA OBC TO EE AT - REACHED VM FULL.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject :
Text: 01/11/2022 - TULIANO, JOSHUA SENT ADDITIONAL RECORDS ON FILE 1/10/22 TO RELIABLERS TO BE CONSIDERED IN ADDENDUM REVIEW.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 01/11/2022 - TULIANO, JOSHUA OBC TO EE AT REACHED VM AND MAILBOX FULL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 12/31/2021 - TULIANO, JOSHUA RE UESTED PSYCH ADDENDUM. 19/90 DAYS REMAINING. FURTHER ACTION PENDING RECEIPT OF ADDENDUM REVIEW.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 12/28/2021 - TULIANO, JOSHUA EE CALLED TO GO OVER APPEAL STATUS. WENT THROUGH PEER ADDENDUM. ADV CLAIM WAS OPEN FOR AP RESPONSE THROUGH TODAY. EXPLAINED THAT THE ADDENDUM REVIEW DOES OUTLINE RESTRICTIONS, BUT THEY ARE WITHIN THE OCCUPATIONAL DEMANDS. ASKED IF HE HAD THERAPY OR ANY PSYCH TREATMENT, HE INDICATED NO BUT IS DOING THERAPY (PHYSICAL THERAPY) AND SEEING PPC.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Telephonic Intake
Other Subject : XFER D 2 CM
Text: 12/28/2021 - MUEX, PHYLLIS EE CLL D 2 CK ON STATUS OF CLAIM XFER D TO CM

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 12/18/2021 - MILLER, BRITTNEY INVOICE RECEIVED FROM VENDOR RRS, INV 712711, DATED 12.13.2021 IN THE AMOUNT OF $367.50, FOR MEDICAL RECORDS . INVOICE PAID IN FULL.

**C ote**

C ote
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 12/16/2021 - TULIANO, JOSHUA RECEIVED VCP REVIEW. FURTHER ACTION PEND AP RESPONSE DUE 12/27/21.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : INVOICE
Text: 12/15/2021 - TULIANO, JOSHUA RECEIVED INVOICE FROM RRS. IN THE AMOUNT OF $367.50 FOR PEER REVIEW ADDENDUM. DATED 12/13/21. INV 71271-1. REF TO J. BEST

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 12/01/2021 - TULIANO, JOSHUA EE CALLED TO CONFIRM THAT I RECEIVED THE FAXES FROM HIS PROVIDERS. ADV THEY WERE JUST UPLOADED TO THE FILE THIS MORNING BUT I DID RECEIVE THREE FAXES FROM HIS PROVIDERS THIS WEEK. HE CONFIRMED ALL INFO SUBMITTED. HAS NOVIN JANUARY. ADV WILL SEND FOR REVIEW AFTER REVIEWING THE RTR RESPONSE AND WILL SEND DECISION ONCE REVIEW IS COMPLETE.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 11/10/2021 - TULIANO, JOSHUA EXT RTR RESPONSE TIME TO 12/1/21 BASED ON 11/10/21 CALL FROM EE. REASONABLE TO EXT GIVEN UPCOMING APTS THAT EE WANTS CONSIDERED. TOLLED. 50/90 DAYS REMAINING.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 11/10/2021 - TULIANO, JOSHUA EE CALLED AND HE HAS FUTURE APTS. CAN YOU PLEASE EXTEND THE RTR DEADLINE ONE MORE WEEK BECAUSE I M GETTING MRI DONE TOMORROW AND THEN HAVE FOLLOW UP FOR NECK AND SHOULDER INJURY ON 11/18/21 AND THEN FOLLOW UP ON MRI ON 11/22/21 AND THEN PT ON 11/29/21. CAN YOU PLEASE EXTEND THRU 12/1/21 SO I CAN GET ALL THIS INFO TO YOU

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 11/02/2021 - TULIANO, JOSHUA RECEIVED RECORDS FROM DR. MCHALE DATED 10/25/21 LESLEY MARIE PACITTO PT DATED 10/20/21

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 10/22/2021 - TULIANO, JOSHUA EXT RTR RESPONSE TIME TO 11/20/21 BASED ON 10/12/21 CALL WITH EE. TOLLED. 50/90 DAYS REMAINING.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 10/12/2021 - TULIANO, JOSHUA EE CALLED AND NOTED HE WANTS TO SEND IN MRI RESULTS ON HIS APPEAL. NEEDS EXT ON RTR DEADLINE. WANTS AN AUTH SENT TO ORTHO CAROLINA 10/12/2021 - TULIANO, JOSHUA CALLED EE BACK AND CONFIRMED WE JUST RECEIVED RECORDS FROM ORTHO CAROLINA. I CAN SEND AUTH OVER TO THEM BUT DID HE WANT ME TO RE UEST ADDITIONAL RECORDS, OR MAYBE WAIT UNTIL HIS MRI EE DIDN T KNOW THEY SENT OVER RECORDS, SO STATED IT WAS OKAY TO WAIT ON SENDING ADDITIONAL RE UEST. CONF WILL EXT DEADLINE FORRTR TO 11/20/21 BASED ON HIS RE UEST.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Expired

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Will Expire

**C ote**
Claim/Event/Leave: 11295718

NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 10/06/2021 - TULIANO, JOSHUA RECEIVED RECORDS FROM ORTHO CAROLINA DATED 9/1/21 -10/4/21

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Re uested

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 10/05/2021 - TULIANO, JOSHUA EE CALLED AND CARAMOUNT NEEDS UPDATED AUTH TO RELEASE RECORDS. SENT E-SIGN TO EE FOR UPDATED AUTH. ADV WILL SEND ON HIS BEHALF ONCE HE SIGNS. EE HAD X-RAY YESTERDAY AND SOMETHING WAS FOUND. EE CONT TO TREAT, WILL HAVE MRI IF ONGOING SYMPTOMS ON 11/18/21 AT 4 PM. EE WASN T SURE IF HE WANTED AN EXT TO BE ABLE TO INCLUDE THE MRI. HE WILL CALL IF HE NEEDS MORE TIME TO SUBMIT RECORDS. NOT SURE IF X-RAY RESULTS WILL BE ENOUGH. WE SHOULD ALSO BE GETTING ADDITIONAL RECORDSFROM HIS ORTHO PROVIDER

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Re uested

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : LTR to AP
Other Subject : LOGAN / BUSH
Text: 10/04/2021 - GILLHAM, CORIE ARC SENT COURTESY MEDICAL RECORDS RE PER EE S RE UEST

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : 10/4/2021
Text: 10/04/2021 - GILLHAM, CORIE EE CALLED AND LEFT A VOICE MESSAGE FOR ASSIGNED ARC THAT EE WOULD LIKE ARC TO SEND A RE UEST TO HIS PROVIDER W/ MOST RECENT AUTHORI ATION FSO HIS RECORDS COULD BE RELEASED AND SUBMITTED FOR THE ONGOING APPEAL REVIEW. FAXLEFT WAS 704-865-7328 ---- ARC CALLED EE BACK AND DISCUSSED APPEAL W/ EE AND ASKED WHO AND DOS EE IS WANTING THIS COURTESY RE UEST TO BE SENT TO AS EE HAS MULTIPLE PROVIDERS. EE ADVISED HE WOULD APPRECIATE IF RE COULD BE SENT TO HIS PCP WITH IS DR. LOGAN / DR BUSH. DR BUSH HAS TAKEN OVER HIS CARE. ARC ACK AND ADVISED LOV ON FILE WAS 7/28/2021 SO ARC CAN RE FROM 7/29/2021 FORWARD WITH AUTH ATTACHED. EE THANKED AND ADVISED HE WOULD ALSO BE SENDING AN EMAIL TO ARC AND WOULD LIKE THIS ASSESSED TOO. ARC ACK AND WENT OVER NEXT STEPS AND CALL ENDED.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : CALL FROM EE
Text: 09/30/2021 - JOHNSON, CHARLES RECD A CALL FROM THE EE TO DISCUSS THE INFORMATION THAT HE RECEIVED - WENT OVER THAT THE STD CLAIM HAS BEEN APPROVED UNTIL THE MAX DURATION - THE LETTER SENT TODAY WITH ALL THE REVIEWS PROVIDES HIM THE OPPORTUNITY TO REVIEW THEM AND RESPOND WITH ANY ADDITIONAL INFORMATION HE WISHES TO HAVE INCLUDED IN HIS APPEAL BEFORE WE MAKE A FINAL DECISION - HE HAS AN UPCOMING OFFICE VISIT ON MONDAY AND WILL BRING THAT INFORMATION TO THE DOCTOR AND HAVE THE UPDATED CLINICALS SUBMITTED

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 09/30/2021 - TULIANO, JOSHUA ARC RECEIVED PSYCH VCP, PM&R VCP AND VOC OA, OA ADDENDUM. SENT RTR TO EE DUE 10/31/21. FURTHER ACTION IS PENDING RECEIPT OF RESPONSE OR DEADLINE

EE DUE 10/21/21. FURTHER ACTION IS PENDING RECEIPT OF RESPONSE OR DEADLINE.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 09/30/2021 - TULIANO, JOSHUA OBC TO EE AT - REACHED VM. LEFT DETAILED MESSAGE ADVISING OF RTR ISSUED. ADV WANTED TO GO OVER THE DIFFERENCES BETWEEN LTD AND STD AND THE DEFINITION OF DISABILITY. BASED ON REVIEW, HE DID NOT MEET THE DEFINITION OF DISABILITY FOR LTD. RE CALL BACK TO GO OVER AS HE WILL BE GETTING THE RTR LETTER MOMENTARILY.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Voc Rehab
Other Subject : OA ADDENDUM
Text: 09/29/2021 - NASH, ANGELLE OA ADDENDUM RSH AND RPT COMPLETED AND UPLOADED.RESEARCH WAS COMPLETED UTILI ING DOT, ERI AND ONET. NECK BENDING AND ROTATION RE UIREMENTS ARE NOT SPECIFICALLY ADDRESSED IN THE RESEARCH FOR THIS OCCUPATION. HOWEVER, PER AREVIEW OF THE MATERIAL AND SUBSTANTIAL FUNCTIONS, THIS OCCUPATION WOULD TYPICALLY BE PERFORMED IN AN OFFICE ENVIRONMENT, AND IT IS REASONABLE TO CONCLUDE THAT NECK BENDING AND ROTATION WOULD BE MINIMAL (OCCASIONAL) AS PERFORMED AT AN ERGONOMICALLY CORRECT WORKSTATION. THE TASKS INVOLVED FOR THIS OCCUPATION WHICH INCLUDE TIME ON THE TELEPHONE, COMPUTER AND COMMUNICATING IN PERSON WOULD ALL ALLOW FOR THE INCUMBENT TO CHANGE POSITIONS AT WILL AND ALTERNATE BETWEEN SITTING AND STANDING. IN THECURRENT EMPLOYMENT ENVIRONMENT, AND AS A RESULT OF TECHNOLOGICAL ADVANCEMENT, EMPLOYERS ARE PROVIDING A VARIETY OF WORKSTATION TYPES AND ASSOCIATED E UIPMENT THAT ALLOW INDIVIDUALS OPPORTUNITY TO EXPERIENCE AND SUSTAIN COMFORT IN THEIR RESPECTIVE WORK SETTINGS WITHIN THE OCCUPATION(S). THIS MEMORANDUM WILL SERVE IN LIEU OF A FORMAL WRITTEN REPORT GIVEN NO CHANGE FROM THE PRIOR REVIEW.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/28/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO NASH, ANGELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATIS
Text: 09/24/2021 - TULIANO, JOSHUA ARC RECEIVED PSYCH, PM&R REVIEWS AS WELL AS OA. REFERRED FOR OA ADDENDUM FOR CLARIFICATION. FURTHER ACTION PENDING THE SAME.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject :
Text: 09/24/2021 - TULIANO, JOSHUA REF FOR OA ADDENDUM

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Voc Rehab
Other Subject : OA
Text: 09/22/2021 - NASH, ANGELLE OA RSH AND RPT COMPLETED AND UPLOADED. THE EMPLOYER PHYSICAL RE UIREMENTS ARE NOT SPECIFICALLY OUTLINED. THE OCCUPATION IS MOST OFTEN PERFORMED IN THE NATIONAL ECONOMY AT THE SEDENTARY PHYSICAL DEMAND LEVEL. BASED ON THESTANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION. I HAVE NOT MET WITH THE INSURED FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON A REVIEW OF MEDICAL RECORDS AND RESOURCES LISTED ONLY.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/21/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO NASH, ANGELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 09/20/2021 - MICHAUD, ROBIN INVOICE RECEIVED ON 9/17/2021 FROM RELIABLE RS . INVOICE 68381-1 IN THE AMOUNT OF $ 1995.00 FOR PMR PEER REVIEW BY MOSHELEWIS. INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT

Other Subject : VENDOR PAYMENT
Text: 09/20/2021 - MICHAUD, ROBIN INVOICE RECEIVED ON 9/17/2021 FROM RELIABLE RS . INVOICE 68382-1 IN THE AMOUNT OF $ 1732.50 FOR PSYCH PEER REVIEW BY ELENA DLUGACH. INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 09/20/2021 - TULIANO, JOSHUA 61/90 DAYS REMAINING. ARC RECEIVED PM&R AND PSYCH PEER. PM&R FOUND R&LS. REFERRED FOR OA. FURTHER ACTION PENDING RECEIPT OF OA.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : INVOICE
Text: 09/20/2021 - TULIANO, JOSHUA RECEIVED INV FROM RRS FOR PEER REVIEW IN THE AMOUNT OF $1732.50, DATED 9/16/21, INV 68382-1. PSYCH PEER. $1732.50

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : INVOICE
Text: 09/20/2021 - TULIANO, JOSHUA RECEIVED INV FROM RRS IN THE AMOUNT OF $1995, DATED 9/16/21, INV 68381-1, PEER REVIEW. REF TO J. BEST III

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FILE COPY
Text: 09/02/2021 - HOFFNER, FAYE ALL DOC ONLY EXCEPT OUTGOING CORRESPONDENCE/INVOICES 11295718- PLEASE SEND ALL RECORDS IN THE DOC LIST EXCEPT (INCLUDING LINKED ASSOCIATED CLAIM 10813707) OUTGOING CORRESPONDENCE TO: CSR RELIABLERS.COM --ADMIN COMPLETEDAND SUBMITTED VIA SECURE ONE DRIVE WITH A BCC TO THE EXAMINER FOR THEIR REFERENCE OF SUBMISSISON.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/1/2021 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS
Text: 08/31/2021 - TULIANO, JOSHUA INVESTIGATION RESUMED. 81/90 DAYS REMAINING. COMPLETE APPEAL CONFIRMED 8/30/21. REFERRED FOR PSYCH AND PM&R REVIEWS. FURTHER ACTION PENDING RECEIPT OF REVIEWS.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject : ORTHOCAROLINA
Text: 08/25/2021 - GILLHAM, CORIE OVNS REC D DATED 5/6/2021 THRU 7/21/2021

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 08/19/2021 - TULIANO, JOSHUA EE CALLED AND THERE IS STILL ADDITIONAL INFO FORTHCOMING FROM ORTHO CAROLINA. ADV HIM OF TOLLING DUE DATE AND IF MORE TIME IS NEEDED TO LET ME KNOW.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 08/19/2021 - TULIANO, JOSHUA OBC TO EE - REACHED VM. LVM RE CALL BACK TO DISCUSS ADDITIONAL INFO RECEIVED AND IF HIS APPEAL IS COMPLETE. EE DID RETURN CALL THIS MORNING AT 9 AM AND ARC WAS CALLING BACK.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 08/18/2021 - TULIANO, JOSHUA OBC TO EE AT TO CONFIRM IF APPEAL SUB IS COMPLETE. REACHED VM. LVM RE CALL BACK TO CONFIRM IF APPEAL SUB IS COMPLETE

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : STATUS/TOLLING
Text: 08/12/2021 - TULIANO, JOSHUA FULL FILE REVIEWED. TOLLED INITIALLY 82/90 DAYS REMAINING DUE 9/11/21.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: 08/12/2021 - TULIANO, JOSHUA PRESCREEN COMPLETED. CODING IS ACCURATE. STD LTD ERISA. CLAIM FILED 12/15/2020. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTD/EP NOT MET, DATE OF DENIAL WAS 07/29/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 01/25/2022.LETTER OF APPEAL RECEIVED 08/04/2021. ACTION PLAN: PENDED.

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 08/11/2021 - TULIANO, JOSHUA EE CALLED AND RECORDS FROM ORTHO CAROLINA AND CAROLINA FAMILY MEDICINE, OTHER PROVIDER IS PATRICIA ARE COMING IN THE NEXT TWO DAYS. ADV I WAS JUST ASSIGNED APPEAL SO I WILL BE GOING THROUGH IT PROBABLY TOMORROW MORNING.HE UNDERSTOOD. STATES RECORDS SHOULD BE IN BY THE END OF THE WEEK. ADV I WILL FILE FOR THE RECORDS AND REACH OUT TO HIM ON FRIDAY OR MONDAY TO CONFIRM IF WE HAVE EVERYTHING. HE UNDERSTOOD.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: 08/11/2021 - AVERILL, REBECCA ASSIGNED TO JOSH TULIANO

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/10/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 08/09/2021 - GEESEY, KELSEY AGREE WITH REFERRAL TO ARU.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Appeals
Other Subject :
Text: 08/09/2021 - JUDD, ALYSSA 40YOM SENIOR CUSTCARE SPEC BILINGUAL SEDENTARY.LDW: 12/11/2020, DOD: 12/13/2020, LTD BBD: 6/13/2021, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, REVIEW IN STD DID NOT SUPPORT RLS BEYOND 4/30/2021 THEREFORE EP NOT MET FOR LTD. APPEAL LETTER RCVD 8/4/2021 AND ADDITIONAL MEDICAL HAS BEEN RCVD SINCECLOSURE OF CLAIM. ADDITIONAL MEDICAL THAT WAS NOT ON FILE INCLUDES ORTHO CAROLINA NOTES DATED BEYOND 6/24/2021. RECOMMEND REFERRING CLAIM TO ARU.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject :
Text: 08/09/2021 - JUDD, ALYSSA APPEAL LTR RVD FOR STD & LTD CLAIMS

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 08/04/2021 - JUDD, ALYSSA CAROLINA ORTHO & SPORTS 12/16/2020-4/22/21-

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 08/03/2021 - JUDD, ALYSSA CALLED PHONE RANG, NO ANSWER. MAIL BOX FULL, UNABLE TO LEAVE VM. CALLED TO EXPLAIN CLOSURE STD & DENIAL LTD. ALSO TO ASK EE IF ALL OF THE MEDICAL RECORDS ARE IN OR IF EE STILL GETTING RECORDS SENT IN

**C ote**
Claim/Event/Leave: 11295718

Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 08/03/2021 - JUDD, ALYSSA CAROLINA ORTHOPAEDIC 12/16/2020-4/22/2021 OVN

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 08/02/2021 - JUDD, ALYSSA ORTHOCAROLINA PT NOTE 6/4/2021 - 7/23/2021 08/02/2021 - JUDD, ALYSSA CAROLINAS MEDICAL CENTER 12/13/2020-12/14/2020

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 07/30/2021 - JUDD, ALYSSA CALLED NO ANSWER. THE MAIL BOX WAS FULL. CALLED TO EXPLAIN CLAIM DENIAL BUT UNABLE TO

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called AP
Other Subject :
Text: 07/30/2021 - JUDD, ALYSSA CALLED DIBELLA CHIRO PRACTICE AT 704-867-1010 TO EXPLAIN THAT WE DIDN T SEND A RE BUT RCVD A FAX. TONYA STATED EE RE UESTED THEM TO SEND RECORDS. ADVISED HER DUE TO CLAIM STATUS WE WILL NOT SEND A RE UEST EITHER THEIR OFFICE MUST SEND IN RECORDS BY HIS RE OR HE GET THE RECORDS AND SEND THEM IN HIMSELF. TONYA THANKED AND ENDED CALL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 07/30/2021 - JUDD, ALYSSA CORRESPONDENCE FROM DIBELLA CHIROPRACTIC CENTER

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject : DENIAL
Text: 07/29/2021 - JUDD, ALYSSA CALLED EE AT MAIL BOX FULL. UNABLE TO LEAVE DENIAL LETTER 07/30/2021 - JUDD, ALYSSA DENIAL CONVERSATION. DENIAL LETTER WAS EMAILED 7/29

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 07/29/2021 - GEESEY, KELSEY ASSOCIATED STD CLAIM CLOSED BEYOND 4/30/2021. AGREE WITH LTD DENIAL FOR NOT TD DUE TO EP NOT MET.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Denied
Other Subject : EP NOT MET
Text: 07/28/2021 - JUDD, ALYSSA 40YOM SENIOR CUSTCARE SPEC BILINGUAL SEDENTARY.LDW: 12/11/2020, DOD: 12/13/2020, LTD BBD: 6/13/2021, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, REVIEW IN STD DID NOT SUPPORT RLS BEYOND 4/30/2021 THEREFORE EP NOT MET FOR LTD. RECOMMEND DENYING LTD CLAIM FOR EP NOT MET.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : LTR to Other
Other Subject :
Text: 07/28/2021 - JUDD, ALYSSA CANCELLED ADDENDUM 07/28/2021 - JUDD, ALYSSA CORRECTION. IT WAS A NO REPLY EMAIL. AWAITING ECN TO SEND AN EMAIL THAT ADCM CAN RESPOND TO FOR CANCEL 07/28/2021 - JUDD, ALYSSA RE CANCELLED

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/27/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR IME.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other

Other Subject : VENDOR PAYMENT
Text: 07/27/2021 - SRP041, SRP041 INVOICE RECEIVED FROM RELEASEPOINT. , INV 714455, IN THE AMOUNT OF $59.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : ADDENDUM
Text: 07/27/2021 - JUDD, ALYSSA SCORED 7/27

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : LTR to Other
Other Subject : MLS-IME
Text: 07/20/2021 - JUDD, ALYSSA GOOD MORNING, AN ADDENDUM WAS REFERRED ON JULY 1, 2021. WOULD YOU PLEASE PROVIDE ME WITH AN ESTIMATED COMPLETION DATE FOR THE ADDENDUM WITH ANDREW NAVA, MD FOR CLAIM 11295718 THANK YOU FOR YOUR ASSISTANCE. BEST REGARDS,

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Denied
Other Subject : EP NOT MET
Text: 07/13/2021 - JUDD, ALYSSA 40, OCCUPATION: PARTS PRO, LDW: 12/11/2020, DOD: 12/13/2020, LTD BBD: 6/13/2021, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, PRE-EX Y/N: N, EDOC: 1/14/2013, SAME AS DOH, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, OUTSIDE OF PHYSICAL INJURIES AND RECOVERY MEDICAL FROM CAROMONT FAMILY MEDICINE NOTES ANXIETY FROM MVA. 6/15/21 OVN WITH CARMONT FAMILY MEDICINE (ALESHA LOGAN, FNP-BC) NOTE IMPROVED ANXIETY. PT NOTES ON FILE ARE FOCUSED ON EE RT KNEE AND CHIROPRACTIC NOTES FOCUS ON HIS UPPER RIGHT EXTREMITIES. MEDICAL REVIEWED BY BOTH PMR & PSYCHIATRY TO DETERMINE IF ANY RLS FROM 4/30/21 TO PRESENT. TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS ANDLIMITATIONS FROM 4/30/2021 TO PRESENT FROM THE PHYSICAL POINT OF VIEW. FROM THE DOCUMENTATION PROVIDED, THE CLAIMANT WAS SEEN BY TWO PROVIDERS, ONE OF WHICH (DR. KEVIN DIBELLA DC) DID NOT TREAT THE CLAIMANT S PRIMARY DIAGNOSIS/DIAGNOSES. DURING THETIME PERIOD IN UESTION, THE CLAIMANT WAS ALSO EVALUATED BY DR. PATRICIA MCHALE, MD, WHO FELT THE CLAIMANT HAD, AT THE WORST, A PCL SPRAIN. MRI REPORT OF THE RIGHT KNEE 1/20/2021 (APPROXIMATELY 3 MONTHS PRIOR TO THE TIME IN UESTION) SHOWS COMPLETE PCL TEAR AND NEAR COMPLETE MCL TEAR AS WELL AS COMMINUTED FRACTURE OF POSTERIOR TIBIAL PLATEAU.THE CLAIMANT ALSO HAD AT LEAST 3 PT SESSIONS AFTER THIS VISIT, WHICH HE WAS ABLE TO TOLERATE, HOWEVER FURTHER INFORMATION AFTER THIS TIME PERIOD IS NOTGIVEN. THERE IS NO FOLLOW UP CLINICAL NOTE BY DR. PATRICIA MCHALE, MD AFTER THE INITIAL VISIT AND FUNCTIONAL LIMITATIONS AND RESTRICTIONS ARE NOT PROVIDED. THE OVERALL CLINICAL PICTURE CONVEYED BY THE AVAILABLE MEDICAL RECORDS IS ONE IN WHICH THECLAIMANT WAS IN AN MVA ON 12/13/21 AND SUSTAINED SOME PHYSICAL INJURIES FOR WHICH HE HAS UNDERGONE TREATMENT. WHILE THE FNP RECORDS SUGGEST THAT THE CLAIMANT HAS PREVIOUSLY EXPERIENCED ANXIETY, HER REFERENCE TO ANXIETY FOLLOWING THE MVA IN DECEMBER 2020 WAS TO SAY THAT THE CLAIMANT WAS FEELING ANXIOUS ONLY AT WORK AND COULD RELAX AT HOME, AND THAT THE HYDROXY INE SHE PRESCRIBED WAS HELPING HIS ANXIETY AND SLEEP. THE FNP NOTED IN FEBRUARY2021 THAT THE CLAIMANT REPORTED DAYTIME ANXIETY ANDHAD A HIGH SUBJECTIVE ANXIETY SCALE SCORE AND INITIATED EFFEXOR, WHICH SHE AGAIN INCREASED IN APRIL, AND BY MAY SHE NOTED THAT THE MEDICATION WAS EFFECTIVE AND HIS ANXIETY HAD IMPROVED. WHILE THE FNP DESCRIBED THAT THE CLAIMANT WAS FEELING ANXIOUS ABOUT DRIVING, HE HAD BEEN ABLE TO DRIVE TO HIS APPOINTMENT AND SHE DID NOT APPARENTLY SEE A NEED TO CHANGE OR ESCALATE HIS TREATMENT BECAUSE OF HIS UNEASE.GENERALLY, WHEN A MEDICAL/PSYCHIATRIC CONDITION IS SEVERE ENOUGH TO INTERFERE WITH USUAL LIFE ACTIVITIES INCLUDING WORK-RELATED ACTIVITIES, THE MEDICAL RECORD WOULD BE EXPECTED TO DOCUMENT THE NATURE, PRECIPITANTS, SEVERITY, FRE UENCY, IMPACT, AND PERSISTENCE OF THE PSYCHIATRIC SYMPTOMS, SOME REFERENCE TO ABNORMAL FINDINGS ON MENTAL STATUS EXAMINATION, AN INDICATION OF ANY DIFFICULTIES IN FUNCTIONING, AND A TREATMENT PLAN THAT REFLECTS A LEVEL OF CONCERN OVER A MEDICAL CONDITION, WITH ESCALATION OF CARE AS APPROPRIATE AND CLOSE FOLLOW-UP TO MONITOR FOR RESPONSE OR LACK OF RESPONSETO TREATMENT. IN THE ABSENCE OF SUCH INFORMATION, THERE IS NO MEDICAL BASIS UPON WHICH TO CONCLUDE THAT IMPAIRMENT FROM A MEDICAL CONDITION IS SIGNIFICANT. IN VIEW OF ALL THE ABOVE, THE CURRENTLY AVAILABLE MEDICAL INFORMATION DOES NOT SUPPORT THECONCLUSION THAT THE CLAIMANT HAS BEEN IMPAIRED IN HIS CAPACITY TO CARRY OUT HIS USUAL LIFE ACTIVITIES, INCLUDING WORK-RELATED ACTIVITIES, DUE TO A PSYCHIATRIC CONDITION, AT ANY POINT SINCE HIS DEPARTURE FROM WORK FOLLOWING THE MVA (AROUND 12/13/20), OR FROM 4/30/21 FORWARD. RECOMMEND DENYING CLAIM FOR EP NOT MET. HE ALSO DID NOT MEET DEFINITION OF DISABLED PER POLICY

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 07/06/2021 - JUDD, ALYSSA P2P RCVD. ALESA LOGAN, FNP NO LONGER WITH OFFICE.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : VENDOR PAYMENT

Text: 07/02/2021 - MICHAUD, ROBIN INVOICE RECEIVED ON 6/30/2021 FROM MLS GRP. INVOICE 109979-1 IN THE AMOUNT OF $ 1102.50 FOR PMR PEER REVIEW COMPLETED BY ANDREW NAVA . INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/1/2021 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : ERISA
Other Subject : 2ND
Text: 07/01/2021 - JUDD, ALYSSA DUE 8/1- BC MEDICAL REVIEW

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : ADDENDUM
Text: 07/01/2021 - JUDD, ALYSSA SCORED FOR ADDENDUM WITH PMR

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 07/01/2021 - GEESEY, KELSEY ADDITIONAL RECORDS RECEIVED THRU 6/24/21 FROM ORTHOCAROLINA. RECOMMEND SENDING NEW RECORDS BACK TO PM&R REVIEWER FOR ADDENDUM PRIOR TO RENDERING DETERMINATION.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject : ORTHO CAROLINA
Text: 07/01/2021 - JUDD, ALYSSA PT & OVN 5/6/2021 - 6/24/2021

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Denied
Other Subject : EP NOT MET
Text: 06/30/2021 - JUDD, ALYSSA 40, OCCUPATION: PARTS PRO, LDW: 12/11/2020, DOD: 12/13/2020, LTD BBD: 6/13/2021, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, PRE-EX Y/N: N, EDOC: 1/14/2013, SAME AS DOH, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, OUTSIDE OF PHYSICAL INJURIES AND RECOVERY MEDICAL FROM CAROMONT FAMILY MEDICINE NOTES ANXIETY FROM MVA. 6/15/21 OVN WITH CARMONT FAMILY MEDICINE (ALESHA LOGAN, FNP-BC) NOTE IMPROVED ANXIETY. PT NOTES ON FILE ARE FOCUSED ON EE RT KNEE AND CHIROPRACTIC NOTES FOCUS ON HIS UPPER RIGHT EXTREMITIES. MEDICAL REVIEWED BY BOTH PMR & PSYCHIATRY TO DETERMINE IF ANY RLS FROM 4/30/21 TO PRESENT. TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS ANDLIMITATIONS FROM 4/30/2021 TO PRESENT FROM THE PHYSICAL POINT OF VIEW. FROM THE DOCUMENTATION PROVIDED, THE CLAIMANT WAS SEEN BY TWO PROVIDERS, ONE OF WHICH (DR. KEVIN DIBELLA DC) DID NOT TREAT THE CLAIMANT S PRIMARY DIAGNOSIS/DIAGNOSES. DURING THE TIME PERIOD IN UESTION, THE CLAIMANT WAS ALSO EVALUATED BY DR. PATRICIA MCHALE, MD, WHO FELT THE CLAIMANT HAD, AT THE WORST, A PCL SPRAIN. MRI REPORT OF THE RIGHT KNEE 1/20/2021 (APPROXIMATELY 3 MONTHS PRIOR TO THE TIME IN UESTION) SHOWS COMPLETE PCL TEAR AND NEAR COMPLETE MCL TEAR AS WELL AS COMMINUTED FRACTURE OF POSTERIOR TIBIAL PLATEAU.THE CLAIMANT ALSO HAD AT LEAST 3 PT SESSIONS AFTER THIS VISIT, WHICH HE WAS ABLE TO TOLERATE, HOWEVER FURTHER INFORMATION AFTER THIS TIME PERIOD IS NOT GIVEN. THERE IS NO FOLLOW UP CLINICAL NOTE BY DR. PATRICIA MCHALE, MD AFTER THE INITIAL VISIT AND FUNCTIONAL LIMITATIONS AND RESTRICTIONS ARE NOT PROVIDED. THE OVERALL CLINICAL PICTURE CONVEYED BY THE AVAILABLE MEDICAL RECORDS IS ONE IN WHICH THECLAIMANT WAS IN AN MVA ON 12/13/21 AND SUSTAINED SOME PHYSICAL INJURIES FOR WHICH HE HAS UNDERGONE TREATMENT. WHILE THE FNP RECORDS SUGGEST THAT THE CLAIMANT HAS PREVIOUSLY EXPERIENCED ANXIETY, HER REFERENCE TO ANXIETY FOLLOWING THE MVA IN DECEMBER 2020 WAS TO SAY THAT THE CLAIMANT WAS FEELING ANXIOUS ONLY AT WORK AND COULD RELAX AT HOME, AND THAT THE HYDROXY INE SHE PRESCRIBED WAS HELPING HIS ANXIETY AND SLEEP. THE FNP NOTED IN FEBRUARY2021 THAT THE CLAIMANT REPORTED DAYTIME ANXIETY ANDHAD A HIGH SUBJECTIVE ANXIETY SCALE SCORE AND INITIATED EFFEXOR, WHICH SHE AGAIN INCREASED IN APRIL, AND BY MAY SHE NOTED THAT THE MEDICATION WAS EFFECTIVE AND HIS ANXIETY HAD IMPROVED. WHILE THE FNP DESCRIBED THAT THE CLAIMANT WAS FEELING ANXIOUSABOUT DRIVING, HE HAD BEEN ABLE TO DRIVE TO HIS APPOINTMENT AND SHE DID NOT APPARENTLY SEE A NEED TO CHANGE OR ESCALATE HIS TREATMENT BECAUSE OF HIS UNEASE.GENERALLY, WHEN A MEDICAL/PSYCHIATRIC CONDITION IS SEVERE ENOUGH TO INTERFERE WITH USUAL LIFE ACTIVITIES INCLUDING WORK-RELATED ACTIVITIES, THE MEDICAL RECORD WOULD BE EXPECTED TO DOCUMENT THE NATURE, PRECIPITANTS, SEVERITY, FRE UENCY, IMPACT, AND PERSISTENCE OF THE PSYCHIATRIC SYMPTOMS, SOME REFERENCE TO ABNORMAL FINDINGS ON MENTAL STATUS EXAMINATION, AN INDICATION OF ANY DIFFICULTIES IN FUNCTIONING, AND A TREATMENT PLAN THAT REFLECTS A LEVEL OF CONCERN OVER A MEDICAL CONDITION, WITH ESCALATION OF CARE AS APPROPRIATE AND CLOSE FOLLOW-UP TO MONITOR FOR RESPONSE OR LACK OF RESPONSE TO TREATMENT. IN THE ABSENCE OF SUCH INFORMATION, THERE IS NO MEDICAL BASIS UPON WHICH TO CONCLUDE THAT IMPAIRMENT FROM A MEDICAL CONDITION IS SIGNIFICANT. IN VIEW OF ALL THE ABOVE, THE CURRENTLY AVAILABLE MEDICAL INFORMATION DOES NOT SUPPORT THE CONCLUSION THAT

OF ALL THE ABOVE, THE CURRENTLY AVAILABLE MEDICAL INFORMATION DOES NOT SUPPORT THE CONCLUSION THAT THE CLAIMANT HAS BEEN IMPAIRED IN HIS CAPACITY TO CARRY OUT HIS USUAL LIFE ACTIVITIES, INCLUDING WORK-RELATED ACTIVITIES, DUE TO A PSYCHIATRIC CONDITION, AT ANY POINT SINCE HIS DEPARTURE FROM WORK FOLLOWING THE MVA (AROUND 12/13/21), OR FROM 4/30/21 FORWARD. RECOMMEND DENYING CLAIM FOR EP NOT MET. HE ALSO DID NOT MEET DEFINITION OF DISABLED PER POLICY

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject : FFR
Text: 06/30/2021 - JUDD, ALYSSA PMR FFR IN

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject : FFR PSYCH
Text: 06/30/2021 - JUDD, ALYSSA FFR PSYCH PEER TO PEER ADDED

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : MLS CONFIRM
Text: 06/24/2021 - JUDD, ALYSSA YES THEY WERE RECEIVED. THANKS

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : PSYCH CCS
Text: 06/24/2021 - COLE, MICHELLE CLAIM FILE REVIEWED IN PSYCH CCS WITH DR. FOEHL. REVIEW OF RECORDS WOULD BE REASONABLE TO REFER FOR FULL FILE REVIEW WITH AP CONTACT.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : LTR to Other
Other Subject :
Text: 06/23/2021 - JUDD, ALYSSA EMAILED AHORVATH MLSGROUPLLC.COM ASKING: GOOD AFTERNOON, CAN YOU PLEASE CONFIRM WHETHER THE MEDICAL RECORDS SENT YESTERDAY, 6/22, AT 5:40PM TO REFERRALS MLS-IME.COM WITH THE ABOVE SUBJECT LINE WAS RECEIVED

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject :
Text: 06/22/2021 - JUDD, ALYSSA MED SENT FOR PMR REVIEW TO REFERRALS MLS-IME.COM

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 06/22/2021 - JUDD, ALYSSA CAROMONT FAMILY MEDICINE(ALESHA LOGAN) 4/1/21 -6/15/21 OVN

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : PENDED ACTION PLAN
Text: 06/22/2021 - JUDD, ALYSSA ACTION PLAN PENDED - AGE: 40, OCCUPATION: PARTS PRO, LDW: 12/11/2020, DOD: 12/13/2020, LTD BBD: 6/13/2021, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, PRE-EX Y/N: N, EDOC: 1/14/2013, SAME AS DOH, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, OUTSIDE OF PHYSICAL INJURIES AND RECOVERY MEDICAL FROM CAROMONT FAMILY MEDICINE NOTES ANXIETY FROM MVA. 6/15/21 OVN WITH CARMONT FAMILY MEDICINE (ALESHA LOGAN, FNP-BC) NOTE IMPROVED ANXIETY. PT NOTES ON FILE ARE FOCUSED ON EE RT KNEE AND CHIROPRACTIC NOTES FOCUS ON HIS UPPER RIGHT EXTREMITIES. PLAN: COMPLETE PMR FF AND TAKE MEDICAL TO PSYCH CCS TO DETERMINE IF ANY RLS FROM SICKNESS

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 06/22/2021 - JUDD, ALYSSA CAROMONT FAMILY MEDICINE (DR ALESHA LOGAN)- 4/1/21 - 6/15/21

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : MVA
Text: 06/19/2021 - JUDD, ALYSSA MVA ACCIDENT REPORT ADDED

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/18/2021 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : PMR
Text: 06/16/2021 - JUDD, ALYSSA REFERRED TO PMR FOR FFR

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Called EE
Other Subject :
Text: 06/16/2021 - JUDD, ALYSSA MAIL BOX WAS FULL. WAS CALLING EE TO ADVISE HIS CLAIM MUST BE SENT FOR A FULL REVIEW WHICH USUALLY TAKES UP TO 2 WEEKS.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : PM&R CONSULT
Text: 06/16/2021 - PORTER, KATHRYN REVIEWED IN PM&R CONSULT WITH CP D GRIGGS, AND LTD MANAGER K PORTER - RECOMMEND FULL FILE REVIEW WITH PM&R TO DETERMINE REASONABLE R AND L S FOR ONGOING DETERMINATION

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject : ORTHOCAROLINA
Text: 06/15/2021 - GEESEY, KELSEY RCVD MEDS 5/6/21-6/8/21 FROM ORTHOCAROLINA/MCHALE, MD/ LEYHE, PT.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject : MCHALE
Text: 06/14/2021 - GEESEY, KELSEY RCVD MEDS 5/6/21-6921 FROM MCHALE/ ORTHOCAROLINA.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Medical Status
Other Subject : ATRIUM HEALTH S CARO
Text: 06/14/2021 - GEESEY, KELSEY ATRIUM HEALTH S CAROLINAS MEDICAL CENTER-MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME RE AND/OR PROVIDER LISTED ( 4/1/21-PRESENT)

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Ref to Other
Other Subject : PM&R CCS
Text: 06/11/2021 - WATSON, KATRINA 06/4/2021- 45 DAY- FORMS(R) PRATO() CARO ORTHO PT &REHAB (R) DIBELLA(R) ATRIUM HEALTH CAROLINAS MED() CAROMONT FAMILY() MVA REPORT- EE WAS NOT THE DRIVER, ACCIDENT REPORT NOT NEEDED. SIGNED UP FOR CCS AND REFERRED FOR OA (DESK COVERAGE) AS SOME MRS WERE RECEIVED FOR REVIEW. IF THE MRS IN FILE DO NOT SUPPORT DISABILITY BEYOND LTD BBD, DENY FOR FTPP

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : ERISA
Other Subject : 1
Text: 06/10/2021 - JUDD, ALYSSA ERIS LETTER 1

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Signed

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Initial EE Interview
Other Subject :
Text: 06/10/2021 - JUDD, ALYSSA CLAIMANT INFORMATION: LDW 12/11 12/13/20 DOD MEDICAL INFORMATION: 0 SYMPTOMS: 0 MEDICATION: 0 COMORBIDS: HIGH CHOLESTOROL. HIGH BLOOD PRESSURE & GETS HEADACHES THAT COME DOWN NECK AND SHOULDER. PAINT NOT AS INTENSE BUTFEELS LIKE BITES AND USUALLY FEELS IT WHEN GOING TO SLEEP AND IS WOKEN UP OUT OF HIS SLEEP. TREATMENT: INJURED RT SHOULDER. STILL PROBLEMS FOR THAT SHOULDER. STILL

GOING TO THERAPY. GOING TO ORTHO CAROLINA PATRICIA MCHALE IN GASTONIA LOCATION ANDALDA MILLAM PCP FOR ORTH CAROLINA IN CHARLOTTE LOCATION. GOING TO PT 2WEEKLY. GOING TO SEE ALESHA LOGAN PCP 6/15. DAILY ACTIVITIES: WHEN HAVE TO BE IN 1 POSITION FOR LONG PERIOD HAS TO CHANGE POSITIONS EVERY SO OFTEN. CANT LIFT ANY WEIGHTS. HAS TOMOVE AROUND EVER 20-30 LBS. CAN TAKE A BATH BUT SOMETIMES DIFFICULT. AND MEDICATION HELPS TO DEAL WITH PAIN BUT TRIED 1 DAY OF NO PAIN PILLS AND WAS IN A LOT OF PAIN. SO WENT BACK TO TAKING IT BC LESS PAN AND SIDEFFECTS BETTER THAN NOT TAKING MEDS.SIDE EFFECTS HE HAS IS SOME DAYS FEEL DI Y OR DROWSEY. A LITTLE ANXIETY BUT NOT SO BAD LATELY. THINKS BODY GETTING USED TO SIDE EFFECTS. JUST DEPENDS ON DAY. STATED HAS TO LIFT LIGHT WEIGHTS. USUALLY ASK FOR HELP WHEN NEEDED TO LIFT SOMETHING. STATED FEAR OF LIFTING TOO MUCH AT THIS POINT. RT HAND DOMINANT. JOB DUTIES: SEATED 8 MORE HOURS DAILY. CANT GET UP OR WALK AWAY. TYPING INTO COMPUTER. CHECK EMAILS. TALK TO CUSTOMERS AND COLLEGUES. RTW: 0 OTHER INCOME: NO MISC: DIVORCED, 0 KIDSACCIDENT INFO: MVA ACCIDENT. WAS IN BACK SEAT. DRIVER LOST CONTROL ON HIGHWAY. SHE WAS GOING ABOUT 60SOMETHING MILES PER HOUR AND SHE HIT ANOTHER CAR THAT PARKED ON THE RIGHT SIDE. AMBULANCE PICKED HIM UP AND TOOK HIM TO EMERGENCY ROOM. HOSPITALI EDSUNDAY. RELEASED ON MONDAY. THINKS DRIVER LOST CONTROL BC THE CAR PARKED ON SIDE WASNT SEEN. IT WAS NIGHT TIME. DIDNT KNOW THE DRIVER. ONLY KNEW THE PASSENGER IN SEAT. SHE HIT BACK OF ABANDONED CAR THAT WAS ON SIDE OF HIGHWAY. INSTEAD OF GOING STRAIIGHT INTO THE LANE SHE HIT CARE THAT WAS PARKED. NEXT STEPS: WENT OVER NEEDING MVA ACCIDENT REPORT. GOING TO SEND IT VIA EMAIL. ADVISED EE MISSING RECORDS FROM ATRIUM HEALTH, PCP LOGAN, MCHALE AND MILLAM. EE IS GOING TO FOLLOW UP WITH THEM TO RESPOND TO OUR RE . WORKER S COMP INFO: 0 WENT OVER DUE DATE ALREADY OCCURRED. WILL REVIEW WHAT MEDICAL WE HAVE AND SEND OUT LETTER LETTING E EKNOW WE ARE REVIWING

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Re uested

**ote**

Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : RETURNED CALL
Text: 06/10/2021 - JUDD, ALYSSA 6/8 EE CALLED ABOUT HAVING TROUBLE WITH AUTHORI ATION AND ASKED FOR IT TO BE RESENT. RETURNED CALL & LEFT VM. ADVISED EE WE RCVD ATRIUM HEALTH AUTH BUT ADCM WILL SEND LINCOLN ELECTRONIC AUTH FOR HIM. ALSO ASKED FOR CALL BACK TO GO OVER CLAIM AND COMPLETE LTD INTERVIEW

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 06/10/2021 - JUDD, ALYSSA CAROLINA ORTHOPAEDIC& SPORTS MED PT NOTES 4/21/21

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : ATRIUM HEALTH AUTH
Text: 06/09/2021 - GEESEY, KELSEY ATRIUM HEALTH AUTH RCVD, UPLOADED TO RP.

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : LTR to EE
Other Subject :
Text: 06/08/2021 - JUDD, ALYSSA EMAIL FOR ATRIUM ESISGN AUTH BC ATRIUM DENIED THE PAPER SIGNED ATRIUM AUTH

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Medical Status
Other Subject :
Text: 06/08/2021 - JUDD, ALYSSA PLEASE BE ADVISED, THE FACILITY (ATRIUM HEALTH) HAS REJECTED THE RE UEST AS THE FACILITY AUTHORI ATION IS ILLEGIBLE. PLEASE PROVIDE A BETTER COPY OF THE AUTHORI ATION SO WE MAY PROCEED. -

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : HIPPA
Text: 06/02/2021 - JUDD, ALYSSA ATRIUM HEALTH AUTH ADDED

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 06/02/2021 - JUDD, ALYSSA CAROLINA ORTHOPAEDIC& SPORTS MED OVN 4/21/21

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : LTR to AP

NoteSubject : LTR to AP
Other Subject :
Text: 06/01/2021 - JUDD, ALYSSA DR. ALDA MILLAM , ORTH CAROLINA & DR. PATRICIA MCHALE 4/1/21 - P - AUTH ATTACHED

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject :
Text: 06/01/2021 - JUDD, ALYSSA 5/27-LEFT VOICEMAIL TO PROVIDE DOCTORS INFO. PATRICIA MCHALE FAX 704-865-9106 ALVEN MILLAN FAX 704-323-3941 AND LEFT HIS CONTACT NUMBER

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 06/01/2021 - JUDD, ALYSSA DIBELLA CHIROPRACTIC CENTER 4/1/2021 - 5/7/2021

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : 35 DAY PEND REVIEW
Text: 05/28/2021 - HARMON, MARGRET PENDING MEDICAL RECORDS TO SEE IF EE REMAINS DISABLED BEYOND 4/30/2021. RECORDS RE AND PENDING RECPT. STILL PENDING CONTACT WITH EE/II.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : LTR to EE
Other Subject :
Text: 05/27/2021 - JUDD, ALYSSA PLEASE COMPLETE AND RETURN THE BLANK FORM ATTACHED FOR YOUR PHYSICIANS TO RELEASE MEDICAL RECORDS FOR THE DATES OF SERVICE WE RE UESTED. THEY WILL ONLY ACCEPT A SPECIFIC AUTHORI ATION IN ORDER TO RELEASE YOUR RECORDS. ONCE COMPLETED, YOU CAN EMAIL THE FORM TO DISABILITYDOCUMENTS LFG.COM.

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Med Records Rcvd
Other Subject :
Text: 05/27/2021 - JUDD, ALYSSA ATRIUM HEALTH- NEEDS THEIR SPECIFIC HIPPA

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : LTR to AP
Other Subject : RELEASE PT
Text: 05/26/2021 - JUDD, ALYSSA ATRIUM HEALTH S CAROLINAS MEDICAL C, CAROLINA OTHORPEDIC PT, DIBELLA CHIROPRACTIC CENTER, CAROMONT FAMILY MEDICINE, CAROLINA ORTHOPAEDIC& SPORTS MED FROM 4/1/2021- P - AUTH ATTACHED

**ote**
Claim/Event/Leave: 11295718
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT&21DAY
Text: 05/26/2021 - JUDD, ALYSSA CALL THE CLAIMANT TO GET AN UPDATE ON IF RTW, ALSO THAT CURRENTLY STILL MISSING MEDICAL RECORDS TO MAKE DETERMINATION FOR LTD. ADVISED EE WILL SEND OUT A LETTER EXTENDING THE DUE DATE FOR INFO BUT ALSO ASKED FOR EE TO CALLBACK TO COMPLETE LTD INTERVIEW. LEFT CALL BACK NUMBER

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : PENDED AP
Text: 05/17/2021 - MURAWSKI, JASON II COMPLETED WITHIN 3 DAYS/2ND ATTEMPT MADE WITHIN 5 DAYS Y/N FIRST ATTEMPT MADE SECOND ATTEMPT RE UIRED NP AND MEDICAL RECORDS RE UEST SENT Y MAKE SURE TO PLACE APPROPRIATE NP CLAIM NOTE AND RE UEST MEDICAL ELIGIBILITY ACCURATE(EDOC/CLASS) Y CODING UPDATED (LDW/DOD/BBD/SALARY) Y PENDED ACTION AND POLICY N/Y PENDED AP NEEDED

**C ote**
Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : FORMS
Text: 05/06/2021 - JUDD, ALYSSA AUTH 3RD, LFG CLAIM FORMS, REIM AG, MED AUTH, TEE

**ote**
Claim/Event/Leave: 11295718
NoteSubject : EE Called
Other Subject : UPDATE
Text: 04/30/2021 - CRIDDLE, MORGAN EE CALLED TO PROVIDE UPDATE AP INFO. DCM ENTERED INTO S1.

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Signed

**ote**

Claim/Event/Leave: 11295718
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: 04/20/2021 - JUDD, ALYSSA MADE TO LEFT MY PHONE NUMBER FOR THE CLAIMANT. LET HIM KNOW THAT I WAS CALLING TO CONDUCT HIS LONG TERM DISABILITY INTERVIEW. LEFT THE DUE DATE FOR INFORMATION BEING JUNE THIS THIRD PERIOD ADVISED HIM TO PLEASE GIVE ME A CALL BACK AT HIS EARLIEST CONVENIENCE OR I WOULD GIVE HIM A CALL AND WE WILL NEED TO GO OVER WHO HE IS CURRENTLY TREATING WITH

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : eSignature
Other Subject : Document Re uested

**C ote**

Claim/Event/Leave: 11295718
NoteSubject : Other
Other Subject : EDOC
Text: 04/20/2021 - JUDD, ALYSSA DOH EDOC

ote Report

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
**Claim ve t eave m er** 10813707 **ommo atio m er**
**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR RE UESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR MAXIMUM DURATION/SWITCHED TO LTD.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 10/04/2021 - JUDD, ALYSSA CALLED LEFT VM TO CLAIMANT THAT STD CLAIM WAS APPROVED THROUGH ITS MAX BENEFIT DATE AFTER THE APPEAL AND HE WILL RECEIVE BACK PAYMENTS THROUGH JUNE 12TH. & A LETTER WILL GO OUT WITH THIS INFO. ALSO THAT HE WILL RECEIVE NOTIFICATION WHAT S THE LTD APPEAL REVIEW IS COMPLETED IN REGARDS TO THAT

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Reopen
Other Subject : & CLOSE MBD
Text: 10/01/2021 - JUDD, ALYSSA LDW 12/11/20, DOD 12/13/20, DOH 6/25/2001. EE IS A 40 Y/O SR. CUSTOMERCARE SPEC BILINGUAL. CLAIM WAS APPROVED THRU 4/30/21. FILE WAS CLOSED NTD BASED ON PSYCH AND PM&R PHYSICIAN REVIEWS. EE WAS INVOLVED IN TWO NOT AT FAULTMVAS SINCE DOD. ON APPEAL, WE RECEIVED RECORDS FROM ORTHO CAROLINA, DR. MCHALE, CAROLINAS MEDICAL CENTER, DR. PRATO, ALESHA LOGAL FNP/CHRISTY BUSH FNP, VARIOUS PROVIDERS FROM ORTHO CAROLINA PT. PSYCH AND PM&R REVIEWS CONDUCTED ON APPEAL, AS WELL AS ACLARIFICATION OF JOB DEMANDS FROM ER. PSYCH REVIEW DID NOT SUPPORT R&LS FOR ANY M&N CONDITION. PMR REVIEW SUPPORTED DX OF FRACTURE OF RIGHT PATELLA (CLOSED), SPRAIN OF LIGAMENTS OF CERVICAL SPINE, UNSPECIFIED SPRAIN OF RIGHT SHOULDER JOINT, INITIALENCOUNTER. PM&R REVIEW SUPPORTED R&LS (ON AN 8-HOUR WORK DAY) TO INCLUDE OCCASIONAL BENDING, TWISTING, CROUCHING UP TO 2 HOURS. LIFTING/CARRYING GREATER THAN 10 LBS ON OCCASION IS RESTRICTED. RESTRICTED FROM PROLONGED WALKING/STANDING GREATER THAN 15MINUTES AT A TIME FOR A TOTAL OF 2 HOURS IN AN 8-HOUR WORK DAY. RESTRICTED FROM SITTING GREATER THAN 30 MINUTES AT A TIME FOR A TOTAL OF 6 HOURS IN A AN 8-HOUR WORK DAY. LIMITED TO OCCASIONAL NECK BENDING AND ROTATION, OVERHEAD REACHING FOR 2 HOURSIN A DAY. R&LS ENDORSED THRU MBD. EE IS A REMOTE WORKER AND THE JOB RE UIRES SITTING EXCLUSIVELY ALL DAY. CONF EE DOES NOT HAVE A SIT STAND DESK FOR HIS JOB. GIVEN THE TOTALITY OF THE R&LS, INCLUDING THE SITTING RESTRICTIONS, REC REOPEN AND CLOSE STDCLAIM THRU MBD FROM APPEAL INFO

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : MGR REVIEW
Text: 09/27/2021 - SNEIRSON, KARILANN AGREE WITH OT RECOMMENDATION FOR REINSTATEMENT OF STD BENEFITS BASED ON REVIEW AND CONSIDERATION OF SITTING R/L S SPECIFIC TO HIS JOB.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : OT
Text: 09/23/2021 - TULIANO, JOSHUA LDW 12/11/20, DOD 12/13/20, DOH 6/25/2001. EE IS A 40 Y/O SR. CUSTOMERCARE SPEC BILINGUAL. CLAIM WAS APPROVED THRU 4/30/21. FILE WAS CLOSED NTD BASED ON PSYCH AND PM&R PHYSICIAN REVIEWS. EE WAS INVOLVED IN TWO NOT AT FAULT MVAS SINCE DOD. ON APPEAL, WE RECEIVED RECORDS FROM ORTHO CAROLINA, DR. MCHALE, CAROLINAS MEDICAL CENTER, DR. PRATO, ALESHA LOGAL FNP/CHRISTY BUSH FNP, VARIOUS PROVIDERS FROM ORTHO CAROLINA PT. PSYCH AND PM&R REVIEWS CONDUCTED ON APPEAL. AS WELL AS A

CLARIFICATION OF JOB DEMANDS FROM ER. PSYCH REVIEW DID NOT SUPPORT R&LS FOR ANY M&N CONDITION. PMR REVIEW SUPPORTED DX OF FRACTURE OF RIGHT PATELLA (CLOSED), SPRAIN OF LIGAMENTS OF CERVICAL SPINE, UNSPECIFIED SPRAIN OF RIGHT SHOULDER JOINT, INITIAL ENCOUNTER. PM&R REVIEW SUPPORTED R&LS (ON AN 8-HOUR WORK DAY) TO INCLUDE OCCASIONAL BENDING, TWISTING, CROUCHING UP TO 2 HOURS. LIFTING/CARRYING GREATER THAN 10 LBS ON OCCASION IS RESTRICTED. RESTRICTED FROM PROLONGED WALKING/STANDING GREATER THAN15 MINUTES AT A TIME FOR A TOTAL OF 2 HOURS IN AN 8-HOUR WORK DAY. RESTRICTED FROM SITTING GREATER THAN 30 MINUTES AT A TIME FOR A TOTAL OF 6 HOURS IN A AN 8-HOUR WORK DAY. LIMITED TO OCCASIONAL NECK BENDING AND ROTATION, OVERHEAD REACHING FOR 2 HOURS IN A DAY. R&LS ENDORSED THRU MBD. EE IS A REMOTE WORKER AND THE JOB RE UIRES SITTING EXCLUSIVELY ALL DAY. CONF EE DOES NOT HAVE A SIT STAND DESK FOR HIS JOB. GIVEN THE TOTALITY OF THE R&LS, INCLUDING THE SITTING RESTRICTIONS, REC OT OF STD CLAIM THRU MBD.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 09/23/2021 - TULIANO, JOSHUA OBC TO EE AT - RETURNING HIS VM. EE CONFIRMED THAT HE DOES NOT HAVE A SIT STAND DESK AT HOME. HE HAS A STATIONARY DESK AND HAS A SEPARATE CHAIR FROM THE DESK. HAD TO EXPLAIN THE MECHANICS OF A SIT STAND DESK WITH EE AND HE CONFIRMED THAT FOR HIS WFH SET UP HE DOES NOT HAVE THIS.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 09/21/2021 - TULIANO, JOSHUA OBC TO EE AT REACHED VM. LVM RE CALL BACK TO CONFIRM HIS WFH SET UP. DOES HE HAVE A SIT/STAND DESK

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : STATUS
Text: 09/20/2021 - TULIANO, JOSHUA ARC RECEIVED PM&R AND PSYCH PEER REVIEWS. PM&R SUPPORTED R&LS. RE JD CLARIFICATION FROM ER. 09/20/2021 - TULIANO, JOSHUA FURTHER ACTION PENDING RESPONSE FROM ER

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : STATUS
Text: 08/31/2021 - TULIANO, JOSHUA INVESTIGATION RESUMED. 81/90 DAYS REMAINING. COMPLETE APPEAL CONFIRMED 8/30/21. REFERRED FOR PSYCH AND PM&R REVIEWS. FURTHER ACTION PENDING RECEIPT OF REVIEWS.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject :
Text: 08/30/2021 - TULIANO, JOSHUA EE CALLED TO CONFIRM THE ADDITIONAL RECORDS FROM ORTHOCAROLINA WERE RECEIVED. WENT THROUGH THOSE RECORDS AS WELL AS THE ADDITIONAL RECORDS ON FILE FOR APPEAL AND PRIOR TO APPEAL. CONFIRMED COMPLETE APPEAL SUBMISSION. ADVOF NEXT STEPS AND ARC WILL BE REFERRING FOR MEDICAL REVIEW.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject :
Text: 08/19/2021 - TULIANO, JOSHUA EE CALLED AND THERE IS STILL ADDITIONAL INFO FORTHCOMING FROM ORTHO CAROLINA. ADV HIM OF TOLLING DUE DATE AND IF MORE TIME IS NEEDED TO LET ME KNOW.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 08/19/2021 - TULIANO, JOSHUA OBC TO EE - REACHED VM. LVM RE CALL BACK TO DISCUSS ADDITIONAL INFO RECEIVED AND IF HIS APPEAL IS COMPLETE. EE DID RETURN CALL THIS MORNING AT 9 AM AND ARC WAS CALLING BACK.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 08/18/2021 - TULIANO, JOSHUA OBC TO EE AT TO CONFIRM IF APPEAL SUB IS COMPLETE. REACHED VM. LVM RE CALL BACK TO CONFIRM IF APPEAL SUB IS COMPLETE.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called EE

Other Subject :
Text: 08/17/2021 - TULIANO, JOSHUA OBC TO EE TO CONFIRM COMPLETED APPEAL SUBMISSION WITH ADDITIONAL INFOR RCVD FROM AP LOGAN. VM WAS FULL. NUMBER ATTEMPTED

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : STATUS
Text: 08/12/2021 - TULIANO, JOSHUA FULL FILE REVIEWED. TOLLED INITIALLY 82/90 DAYS REMAINING DUE 9/11/21.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: 08/12/2021 - TULIANO, JOSHUA PRESCREEN COMPLETED. CODING IS ACCURATE. STD ASO ERISA. CLAIM FILED 12/15/2020. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTD, DATE OF DENIAL WAS 07/29/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 01/25/2022. LETTER OF APPEAL RECEIVED 08/04/2021. ACTION PLAN: PENDED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject :
Text: 08/11/2021 - TULIANO, JOSHUA EE CALLED AND RECORDS FROM ORTHO CAROLINA AND CAROLINA FAMILY MEDICINE, OTHER PROVIDER IS PATRICIA ARE COMING IN THE NEXT TWO DAYS. ADV I WAS JUST ASSIGNED APPEAL SO I WILL BE GOING THROUGH IT PROBABLY TOMORROW MORNING.HE UNDERSTOOD. STATES RECORDS SHOULD BE IN BY THE END OF THE WEEK. ADV I WILL FILE FOR THE RECORDS AND REACH OUT TO HIM ON FRIDAY OR MONDAY TO CONFIRM IF WE HAVE EVERYTHING. HE UNDERSTOOD.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: 08/11/2021 - AVERILL, REBECCA ASSIGNED TO JOSH TULIANO

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/10/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 08/09/2021 - GEESEY, KELSEY AGREE WITH REFERRAL TO ARU.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Ref to Appeals
Other Subject :
Text: 08/09/2021 - JUDD, ALYSSA 40YOM SENIOR CUSTCARE SPEC BILINGUAL SEDENTARY.LDW: 12/11/2020, DOD: 12/13/2020, STD BBD: 12/20/2020, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENTSIDE EFFECTS, THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS AND LIMITATIONS FROM 4/30/2021 TO PRESENT THAT WOULD PREVENT DISABILITY FROM MOB. MEDICAL REVIEWED BY PMR FFR & OPEN CONSULT AND PSYCH FFR. CLAIM WAS CLOSEDFOR NOT TD OWN JOB. APPEAL LETTER RCVD 8/4/2021 AND ADDITIONAL MEDICAL HAS BEEN RCVD SINCE CLOSURE OF CLAIM. ADDITIONAL MEDICAL THAT WAS NOT ON FILE INCLUDES ORTHO CAROLINA NOTES DATED BEYOND 6/24/2021. RECOMMEND REFERRING CLAIM TO ARU.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject :
Text: 08/09/2021 - JUDD, ALYSSA APPEAL LTR RVD FOR STD & LTD CLAIMS

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR RE UESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR NOT TOTALLY DISABLED FOR OWN OCCUPATION.

**ote**

ote
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject : CLOSE
Text: 07/29/2021 - JUDD, ALYSSA CALLED EE AT MAIL BOX FULL. UNABLE TO LEAVE VM ABOUT CLOSE

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 07/29/2021 - GEESEY, KELSEY PSYCH CP REVIEW COMPLETED-MEDICAL EVIDENCE DOES NOT SUPPORT R/L S ON A PSYCHIATRIC BASIS. PM&R PEER REVIEW COMPLETED- IT WAS DETERMINED TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS AND LIMITATIONS FROM 4/30/2021 TO PRESENT. ADDITIONAL RECORD DOS 6/24/21 RECEIVED. INFORMATIONIS NOT SUPPORTIVE OF A CHANGE IN CAPACITY THAT WOULD PRECLUDE FROM DUTIES OF OWN JOB. AGREE WITH NOT TD CLOSURE.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Closed
Other Subject : NOT TD OWN JOB
Text: 07/28/2021 - JUDD, ALYSSA 40YOM SENIOR CUSTCARE SPEC BILINGUAL SEDENTARY.LDW: 12/11/2020, DOD: 12/13/2020, STD BBD: 12/20/2020, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENTSIDE EFFECTS, THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS ANDLIMITATIONS FROM 4/30/2021 TO PRESENT FROM THE PHYSICAL POINT OF VIEW. MEDICAL REVIEWED BY PMR FFR & CONSULT AND PSYCH FFR. RECOMMEND CLOSING CLAIM FOR NOT TD OWN JOB 07/28/2021 - JUDD, ALYSSA CORRECTION: THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS ANDNLIMITATIONS FROM 4/30/2021 TO PRESENT THAT WOULD PREVENT DISABILITY FROM JOB.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : PMR OPEN DESK CONSUL
Text: 07/28/2021 - JUDD, ALYSSA PMR OPEN DESK CONSULT COMPLETED 7/28/21 WITH DR KANELOS. REVIEW CONCLUDED NO RLS OF THE KNEE. NECK RLS ARE SUPPORTED UNTIL 8/10: RLS FOR NECK INCLUDE NO OVERHEAD ACTIVITY, FRE UENT REACHING BELOW SHOULDER LEVEL.

**ote**
Claim/Leave: 10813707
Episode : 4
Nurse Name: DALLAS, THERESA
Service : 17191697
Service Date: 07/28/2021
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, ALYSSA, JUDD
Note Type: INFORMATION OBTAINED DESC
Text: CONSULT-DISCUSSED WITH CS THAT ADDITIONAL PT ARE FEW AND REFER FOR FFR WITH MDS. DISCUSSED WITH CS AND AGREES WITH ACTION PLAN WITHOUT FURTHER/ONGOING NDC ACTIVITIES BEING RE UESTED. REMOVE FROM ASSIGNMENT.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Ref to Managed Care
Other Subject : OPEN CONSULT
Text: 07/28/2021 - JUDD, ALYSSA 40YOM SENIOR CUSTCARE SPEC BILINGUAL SEDENTARY.LDW: 12/11/2020, DOD: 12/13/2020, STD BBD: 12/20/2020, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, DX: RIGHT PATELLA FRACTURE AND POSSIBLE ANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, OUTSIDE OF PHYSICAL INJURIES AND RECOVERY MEDICAL FROM CAROMONT FAMILY MEDICINE NOTES ANXIETY FROM MVA. 6/15/21 OVN WITH CARMONT FAMILY MEDICINE (ALESHA LOGAN, FNP-BC) NOTE IMPROVED ANXIETY. FFR BY BOARD CERTIFIED IN PSYCHIATRY AND NEUROLOGY FOUND MEDICAL DIDN T SUPPORT RLS. FFR COMPLETED BY BOARD OF PHYSICAL MEDICINE AND REHABILITATION ON FILE 6/29/21 DOC LIST. ADDITIONAL MEDICAL WAS RCVD AFTER THE PMR FFR COMPLETED. ADDITIONAL INFO WAS FROM ORTHO CAROLINA PT&OVN 5/6/2021-6/24/2021, DOC LIST 6/28/2021. DOES THE ADDITIONAL MEDICAL RECORDS RCVD CHANGE THE PMR REVIEW FINDINGS FROM THE ORIGINAL REVIEW

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: 07/01/2021 - GEESEY, KELSEY ADDITIONAL RECORDS RECEIVED THRU 6/24/21 FROM ORTHOCAROLINA. RECOMMEND SENDING NEW RECORDS BACK TO PM&R REVIEWER FOR ADDENDUM PRIOR TO RENDERING ONGOING DETERMINATION.

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Closed
Other Subject : NOT TD OWN JOB
Text: 06/30/2021 - JUDD, ALYSSA 40, OCCUPATION: PARTS PRO, LDW: 12/11/2020, DOD: 12/13/2020, STDBBD: 12/20/2020 MBD 6/12/2020, DOD/LDW GAP : Y, MVA OCCURRED ON WEEKEND, PRE-EX Y/N: N, EDOC: 1/14/2013, SAME AS DOH, DX: RIGHT PATELLA FRACTURE AND POSSIBLEANXIETY FROM MVA, MEDICAL - TREATING PROVIDERS: PRATO, CARO ORTHO PT & REHAB, DIBELLA, ATRIUM HEALTH CAROLINAS MED, CAROMONT FAMILY, OUTSIDE OF PHYSICAL INJURIES AND RECOVERY MEDICAL FROM CAROMONT FAMILY MEDICINE NOTES ANXIETY FROM MVA. 6/15/21 OVN WITH CARMONT FAMILY MEDICINE (ALESHA LOGAN, FNP-BC) NOTE IMPROVED ANXIETY. PT NOTES ON FILE ARE FOCUSED ON EE RT KNEE AND CHIROPRACTIC NOTES FOCUS ON HIS UPPER RIGHT EXTREMITIES. MEDICAL REVIEWED BY BOTH PMR & PSYCHIATRY TO DETERMINE IF ANY RLS FROM 4/30/21 TO PRESENT. TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THERE IS NO SUPPORTED LEVEL OF IMPAIRMENT THAT TRANSLATES INTO RESTRICTIONS ANDLIMITATIONS FROM 4/30/2021 TO PRESENT FROM THE PHYSICAL POINT OF VIEW. FROM THE DOCUMENTATION PROVIDED, THE CLAIMANT WAS SEEN BY TWO PROVIDERS, ONE OF WHICH (DR. KEVIN DIBELLA DC) DID NOT TREAT THE CLAIMANT S PRIMARY DIAGNOSIS/DIAGNOSES. DURING THE TIME PERIOD IN UESTION, THE CLAIMANT WAS ALSO EVALUATED BY DR. PATRICIA MCHALE, MD, WHO FELT THE CLAIMANT HAD, AT THE WORST, A PCL SPRAIN. MRI REPORT OF THE RIGHT KNEE 1/20/2021 (APPROXIMATELY 3 MONTHS PRIOR TO THE TIME IN UESTION) SHOWS COMPLETE PCL TEAR AND NEAR COMPLETE MCL TEAR AS WELL AS COMMINUTED FRACTURE OF POSTERIOR TIBIAL PLATEAU.THE CLAIMANT ALSO HAD AT LEAST 3 PT SESSIONS AFTER THIS VISIT, WHICH HE WAS ABLE TO TOLERATE, HOWEVER FURTHER INFORMATION AFTER THIS TIME PERIOD IS NOT GIVEN. THERE IS NO FOLLOW UP CLINICAL NOTE BY DR. PATRICIA MCHALE, MD AFTER THE INITIAL VISIT AND FUNCTIONAL LIMITATIONS AND RESTRICTIONS ARE NOT PROVIDED. THE OVERALL CLINICAL PICTURE CONVEYED BY THE AVAILABLE MEDICAL RECORDS IS ONE IN WHICH THE CLAIMANT WAS IN AN MVA ON 12/13/21 AND SUSTAINED SOME PHYSICAL INJURIES FOR WHICH HE HAS UNDERGONE TREATMENT. WHILE THE FNP RECORDS SUGGEST THAT THE CLAIMANT HAS PREVIOUSLY EXPERIENCED ANXIETY, HER REFERENCE TO ANXIETY FOLLOWING THEMVA IN DECEMBER 2020 WAS TO SAY THAT THE CLAIMANT WAS FEELING ANXIOUS ONLY AT WORK AND COULD RELAX AT HOME, AND THAT THE HYDROXY INE SHE PRESCRIBED WAS HELPING HIS ANXIETY AND SLEEP. THE FNP NOTED IN FEBRUARY2021 THAT THE CLAIMANT REPORTED DAYTIME ANXIETY ANDHAD A HIGH SUBJECTIVE ANXIETY SCALE SCORE AND INITIATED EFFEXOR, WHICH SHE AGAIN INCREASED IN APRIL, AND BY MAY SHE NOTED THAT THE MEDICATION WAS EFFECTIVE AND HIS ANXIETY HAD IMPROVED. WHILE THE FNP DESCRIBED THAT THE CLAIMANT WAS FEELING ANXIOUS ABOUT DRIVING, HE HAD BEEN ABLE TO DRIVE TO HIS APPOINTMENT AND SHE DID NOT APPARENTLY SEE A NEED TO CHANGE OR ESCALATE HIS TREATMENT BECAUSE OF HIS UNEASE.GENERALLY, WHEN A MEDICAL/PSYCHIATRIC CONDITION IS SEVERE ENOUGH TO INTERFEREWITH USUAL LIFE ACTIVITIES INCLUDING WORK-RELATED ACTIVITIES, THE MEDICAL RECORD WOULD BE EXPECTED TO DOCUMENT THE NATURE, PRECIPITANTS, SEVERITY, FRE UENCY, IMPACT, AND PERSISTENCE OF THE PSYCHIATRIC SYMPTOMS, SOME REFERENCE TO ABNORMAL FINDINGSON MENTAL STATUS EXAMINATION, AN INDICATION OF ANY DIFFICULTIES IN FUNCTIONING, AND A TREATMENT PLAN THAT REFLECTS A LEVEL OF CONCERN OVER A MEDICAL CONDITION, WITH ESCALATION OF CARE AS APPROPRIATE AND CLOSE FOLLOW-UP TO MONITOR FOR RESPONSE OR LACK OF RESPONSE TO TREATMENT. IN THE ABSENCE OF SUCH INFORMATION, THERE IS NO MEDICAL BASIS UPON WHICH TO CONCLUDE THAT IMPAIRMENT FROM A MEDICAL CONDITION IS SIGNIFICANT. IN VIEW OF ALL THE ABOVE, THE CURRENTLY AVAILABLE MEDICAL INFORMATION DOES NOT SUPPORT THE CONCLUSION THAT THE CLAIMANT HAS BEEN IMPAIRED IN HIS CAPACITY TO CARRY OUT HIS USUAL LIFE ACTIVITIES, INCLUDING WORK-RELATED ACTIVITIES, DUE TO A PSYCHIATRIC CONDITION, AT ANY POINT SINCE HIS DEPARTURE FROM WORK FOLLOWING THE MVA (AROUND 12/13/21), OR FROM 4/30/21 FORWARD. RECOMMEND CLOSING CLAIM AS NOT TD OWN JOB

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : REASSIGNED
Text: 04/19/2021 - HARMON, MARGRET JUDD

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : REVIEW
Text: 04/16/2021 - HOL INGER, TRENT AGREE WITH ESC

**ote**

Claim/Event/Leave: 10813707
NoteSubject : ER Called
Other Subject :
Text: 04/15/2021 - BURNETTE, JORDAN ER CALLED TO CHECK ON CLAIM STATUS. DCM ADVISED THAT CLAIM HAS BEEN EXTENDED TO 4/30

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Job Description
Other Subject :
Text: 04/15/2021 - HICKS, SARAH DOC LIST: JD - SENIOR CUST CARE SPEC

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Ref to Other

Other Subject : RECOMMEND ESCALATE
Text: 04/15/2021 - HICKS, SARAH LDW 12/11, DOD 12/13. APPROVED THRU 4/30. MAX DATE 6/12. DX: KNEE FRACTURE, NECK/SHOULDER/BACK PAIN DUE TO MVA ON 12/13. TX: CHIRO, PT. EE HAS COMORBID OF ANXIETY. EE HAS SEDENTARY JD. AS EE HAS NO ERTW, RECOMMEND ESCALATETO SEVERE. AUTH & JD ON FILE.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Extended Benefits
Other Subject : THRU 4/30
Text: 04/15/2021 - HICKS, SARAH DUE TO MDS REVIEW WHICH SUPPORTS R/LS OF NO ROTATION, FLEXION, OR EXTENSION OF CERVICAL SPINE, DCM FINDS IT REASONABLE TO EXT CLAIM THRU 4/30. ACTION PLAN: ESCALATE TO SEVERE DUE TO NO ERTW F/U WITH EE - ERTW UPDATE TX UPDATE R/LS IF NO RELEASE, RE UEST MR FROM PRATO & DIBELLA INCLUDING ONGOING TX PLAN, ERTW, AND R/LS.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : LOGAN
Text: 04/13/2021 - HICKS, SARAH DOC LIST: R/LS FORM DATED 4/8, OVN 12/30/20-4/1/21

**ote**
Claim/Leave: 10813707
Episode : 3
Nurse Name: MILLAY, JULIA
Service : 17120431
Service Date: 04/13/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SARAH, HICKS
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEW COMPLETED, NURSE MEMO PLACED IN THE DOC LIST. CS NOTIFIED. FILE REMOVED FROM ASSIGNMENT.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : LOGAN
Text: 04/06/2021 - HICKS, SARAH SENT MRR TO DR. LOGAN, DOS 12/31-PR. INCL R/LS FORM. AUTH FORM: YES

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 04/06/2021 - HICKS, SARAH SPOKE WITH EE AND ADVISED MR RECEIVED FROM PRATO & PT AND WILL SEND FOR MDS REVIEW. EE ADVISED SAW AP LOGAN LAST WEEK AND HAS NOV ON 4/29 SO DCM CAN SEND RE UEST TO HER AS WELL. DCM CXED SHE WILL SEND RE UEST TODAY. EE HADNF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Ref to Managed Care
Other Subject : FFR - LEVEL 1
Text: 04/06/2021 - HICKS, SARAH LDW 12/11, DOD 12/13. DX: KNEE - FRACTURE, CONTUSION, AND TEAR DUE TO MVA ON 12/13. EE HAS SEDENTARY JD. DO MR ON FILE SUPPORT LESS THAN SEDENTARY R/LS BEYOND 3/30 IF SO, WHAT DURATION IS REASONABLE AP CONTACT OKAY

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : CAROLINA PT & REHAB
Text: 04/06/2021 - HICKS, SARAH DOC LIST: (52 PAGES) FLOWSHEETS & DAILY NOTES 2/9-3/24

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : PRATO
Text: 04/06/2021 - HICKS, SARAH DOC LIST: R/LS FROM, OVN 1/28-3/11

**C ote**
Claim/Event/Leave: 10813707

Claim/Event/Leave: 10813707
NoteSubject : Notice/Proof Review
Other Subject : DUE 5/15
Text: 04/01/2021 - HICKS, SARAH EE PLACED ON NP FOR MR FROM DR. PRATO AND CAROLINA ORTHO PT, DOS 1/29-PR. NP DL 5/15. DAY 7 4/7, DAY 21 4/21, DAY 46 5/17

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : DIBELLA
Text: 04/01/2021 - HICKS, SARAH DOC LIST: PROGRESS NOTES 1/11-3/26

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : PRATO
Text: 03/26/2021 - HICKS, SARAH SENT MRR TO DR. PRATO, DOS 1/29-PR. INCL R/LS FORM. AUTH FORM: YES.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : CAROLINA ORTHO PT
Text: 03/26/2021 - HICKS, SARAH SENT MRR TO CAROLINA ORTHO PT, DOS 2/10-PR. AUTH FORM: YES. ATT: MISTY

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : DIBELLA
Text: 03/26/2021 - HICKS, SARAH SENT MRR TO DR. DIBELLA, DOS 1/7-PR. AUTH FORM: YES

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 03/26/2021 - HICKS, SARAH SPOKE WITH EE WHO ADVISED HE HAS NOT BEEN RELEASED TO RTW - UNSURE WHEN LOV WAS BUT THINKS SOMETIME IN FIRST COUPLE WEEKS OF MARCH UNSURE WHEN NOV WILL BE BUT SHOULD BE SOMETIME IN APRIL. EE IS STILL COMPLETING PT THRU 5/4AND SEEING CHIRO. DCM ADVISED SHE WILL RE UEST ALL MR TO REVIEW FOR EXT - DCM RECOMMENDED EE F/U WITH AP TO MAKE SURE THEY ARE ON SAME PAGE WITH OOW STATUS SINCE EE HAS DESK JOB EE ADVISED BIG ISSUE RIGHT NOW IS THAT HE CANNOT SIT IN SAME POSITIONFOR TIMEFRAME RE UIRED BY SHIFT (TYPICALLY SITS FOR ABOUT 10 HOURS). EE HAD NF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Workers Compensation
Other Subject : NONE
Text: 03/12/2021 - HICKS, SARAH EE INJURED IN MVA - NO DURING WORK HOURS. EE WAS PASSENGER IN CAR THAT WAS AT FAULT - NO SUBRO

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR RE UESTED LEAVE COMPLETE

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/02/2021 AND THE LEAVE END DATE IS 03/30/2021.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Extended Benefits
Other Subject :
Text: 02/23/2021 - CROWDER, RHONDA DCM WILL EXTEND CLAIM THROUGH 3/30/21 BASED ON MDS REVIEW

**ote**

Claim/Leave: 10813707
Episode : 2
Nurse Name: SENS, CAROLYNN
Service : 17086088
Service Date: 02/22/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SARAH, HICKS
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE NURSE MEMORANDUM IN DOC LIST

**ote**
Claim/Event/Leave: 10813707
NoteSubject : ER Called
Other Subject : RUPPLE
Text: 02/19/2021 - HICKS, SARAH JASMINE RUPPLE (DARLENE BATTLE S MANAGER) ASKED FOR UPDATE ON CLAIM - DCM ADVISED RECEIVED MR AND SENT FOR REVIEW WHICH TYPICALLY TAKES ABOUT A WEEK. ER HAD NF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Ref to Managed Care
Other Subject : FFR - LEVEL 2
Text: 02/18/2021 - HICKS, SARAH LDW 12/11, DOD 12/13. DX: KNEE - FRACTURE, CONTUSION, AND TEAR DUE TO MVA ON 12/13. EE HAS SEDENTARY JD. DO MR ON FILE SUPPORT ANY FORM OF DISABILITY BEYOND 2/1 IF SO, WHAT DURATION IS REASONABLE AP CONTACT OKAY

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : CAROLINA ORTHO
Text: 02/18/2021 - HICKS, SARAH DOC LIST: PT RECORDS 12/23-2/9

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : PRATO
Text: 02/12/2021 - HICKS, SARAH SENT SUBSE UENT RE UEST FOR PT RECORDS TO MISTY

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : RTC
Text: 02/12/2021 - HICKS, SARAH RTC TO MISTY AT 704 833 3103 AT 4:47PM ON 2/12. LVM WITH FAX NUMBER. LEFT DCM CONTACT INFO. THANKED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : AP Called
Other Subject : VM
Text: 02/12/2021 - HICKS, SARAH 1:50PM ON 2/12 FROM 704 865 0077 MISTY - PLEASE R/C TO PROVIDE FAX TO SEND PT NOTES OR CAN SEND RE UEST TO --FAX 704 852 3499 ATT: MISTY-- CAN CALL BACK AT 704 833 3103

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : PRATO
Text: 02/11/2021 - HICKS, SARAH SENT MRR TO DR. PRATO SPECIFICALLY RE UESTING PT NOTES 12/1-PR. AUTH FORM: YES

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : PRATO
Text: 02/11/2021 - HICKS, SARAH PRESSED OPT 3 FOR PT. LVM WITH MISTY ASKING FOR R/C FOR INFO ON HOW TO RE UEST PT RECORDS. LEFT DCM CONTACT INFO. THANKED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : ER Called
Other Subject :
Text: 02/11/2021 - DELGADO, BRYANA ER CALLED TO CHECK ON CLAIM - DCM ADVISED OF O/S RECRDS

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd

Other Subject : CAROLINA ORTHO PT
Text: 02/11/2021 - HICKS, SARAH DOC LIST: APPT LIST NO NOTES

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : PRATO
Text: 02/04/2021 - HICKS, SARAH PRESSED OPT 0 FOR OPERATOR. SPOKE WITH TAYLOR. TXED TO KAYLA. LVM ASKING FOR R/C TO DISCUSS HOW TO GET PT RECORDS.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject : VM
Text: 02/03/2021 - HICKS, SARAH EE CALLED AT 12:12PM ON 2/3 FROM NEW PT FOV SCHEDULED FOR 2/9 TO SET UP PT SCHEDULE FOR NEXT 6 WEEKS CAN R/C IF UESTIONS NO UESTIONS

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : PRATO
Text: 02/03/2021 - HICKS, SARAH PRESSED OPT 3 FOR PT DEPT. SENT TO VM OF MISTY. PRESSED OPT 0 FOR OPERATOR. TXED TO KELSEY. TXED TO PT DPT. LVM ASKING FOR R/C TO CX HOW BEST TO SEND RE UEST TO GET PT RECORDS AS HAVE NOT BEEN INCLUDED IN RECORDS SENT BY PRATO. LEFT DCM CONTACT INFO INCLUDING FAX. THANKED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 02/03/2021 - HICKS, SARAH SPOKE WITH EE WHO ADVISED HE HASN T HEARD FROM PT YET SO WILL CALL TODAY AND INFORM DCM OF FOV DATE. THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : PRATO
Text: 02/03/2021 - HICKS, SARAH DOC LIST: OVN 12/16-1/28, MRI 1/20

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Notice/Proof Review
Other Subject : DUE 3/14
Text: 01/29/2021 - HICKS, SARAH EE PLACED ON NP FOR MR FROM DR. PRATO, DOS 1/1-PR. NP DL 3/14. DAY 7 2/4, DAY 21 2/18, DAY 46 3/15

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : PRATO
Text: 01/29/2021 - HICKS, SARAH SENT MRR TO DR. PRATO, DOS 1/1-PR. AUTH FORM: YES

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 01/29/2021 - HICKS, SARAH SPOKE WITH EE - AP WANTS HIM TO CONTINUE WITH PT FOR 6 WEEKS TO IMPROVE ROM (TORN LIGAMENT) IF ROM DOESN T IMPROVE, MAY CONSIDER SX. PT WILL BE WITH CAROLINA ORTHOPEDIC & SPORTS MEDICINE --PHONE 704 865 0077-- FOV HASN TBEEN SCHEDULED - WAITING ON CALL. DCM ADVISED WILL RE UEST MR FROM PRATO. THANKED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 01/26/2021 - HICKS, SARAH SPOKE WITH EE AND ADVISED OF EXT. EE WILL CALL AFTER NOV TO PROVIDE UPDATE. EE HAD NF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Extended Benefits
Other Subject : THRU 2/1
Text: 01/26/2021 - HICKS, SARAH PER MDS REVIEW, DCM FINDS IT REASONABLE TO APPROVE CLAIM THRU 2/1 TO ALLOW TIME FOR MRI & F/U ON 1/28. ACTION PLAN: F/U AFTER 1/28 OV - IF NO RELEASE, RE UEST UPDATED RECORDS INCLUDING MRI AND PT

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**ote**
Claim/Leave: 10813707
Episode : 1
Nurse Name: DUMONT, MEGAN
Service : 17068582
Service Date: 01/25/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SARAH, HICKS
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE TRIAGE ASSESSMENT

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Ref to Managed Care
Other Subject : FFR - LEVEL 2
Text: 01/22/2021 - HICKS, SARAH LDW 12/11, DOD 12/13. DX: KNEE FRACTURE, NECK/SHOULDER/BACK PAIN DUE TO MVA ON 12/13. EE HAS SEDENTARY JD. DO MR ON FILE SUPPORT ANY FORM OF DISABILITY BEYOND 12/26 IF SO, WHAT DURATION IS REASONABLE AP CONTACT OKAY

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject :
Text: 01/22/2021 - HICKS, SARAH SPOKE WITH EE. EE HAD MRI ON 1/20 - WILL HAVE NOV 1/28 TO DISCUSS RESULTS. EE WILL CALL AFTER OV TO DISCUSS TX PLAN. DCM ADVISED RECEIVED RECORDS AND BEING SENT FOR REVIEW. EE HAD NF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : PRATO
Text: 01/22/2021 - HICKS, SARAH DOC LIST: R/LS FORM, RTW FORM (NO DATE), OVN 12/16-12/31

**ote**
Claim/Event/Leave: 10813707
NoteSubject : ER Called
Other Subject :
Text: 01/20/2021 - SANBORN, KENDRA ER CALLED IN TO CHECK ON THE CLAIM, WENT OVER EMPLOYEE RE UESTED AN EXTENSION AND WE ARE WAITING ON UPDATED MEDICAL TO SUPPORT EMPLOYEE HAS 45 DAYS TO SUBMIT DOCUMENTATION. ER THANKED C.E

**ote**
Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject :
Text: 01/13/2021 - HICKS, SARAH EE CALLED TO ADVISE HE HAS NEVER SEEN DR. SALT MAN (WAS A REFERRAL BUT ENDED UP GOING TO DR. PRATO INSTEAD) AND ALLISON BENNETT IS JUST HELPING HIM SET UP MRI, NOT ACTUALLY DOING IT THROUGH HER OR FOLLOWING UP WITH HER. DCMADVISED ALL THAT IS NEEDED THEN IS MR FROM DR. PRATO S OFFICE. EE HAD NF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : MULTIPLE
Text: 01/13/2021 - HICKS, SARAH SENT SUBSE UENT RE UESTS TO SALT MAN AND PRATO

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject : 7 DAY NP
Text: 01/13/2021 - HICKS, SARAH LVM ADVISING STILL NEED MR FROM DR. PRATO AND NUMBER ON FILE FOR SALT MAN (PROVIDED) IS NOT WORKING. LEFT DCM CONTACT INFO. THANKED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : SALT MAN

Text: 01/13/2021 - HICKS, SARAH DIALED (704) 878-9800 - AUTOMATED MESSAGE ADVISED CALL CANNOT BE COMPLETED AS DIALED

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : PRATO
Text: 01/13/2021 - HICKS, SARAH PRESSED OPT 0 FOR OPERATOR. SPOKE WITH FEMALE WHO TXED TO KIM. LVM ASKING FOR R/C TO CX MRR RECEIVED. LEFT DCM CONTACT INFO. THANKED.

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : BENNETT
Text: 01/13/2021 - HICKS, SARAH SENT MRR TO DR. BENNETT, DOS 12/1-PR. INCL APS. AUTH FORM: YES

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : BENNETT
Text: 01/13/2021 - HICKS, SARAH LVM ASKING FOR STATUS OF MRR. LEFT DCM CONTACT INFO. THANKED.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : ER Called
Other Subject : DARLENE
Text: 01/13/2021 - HICKS, SARAH ER CALLED TO CX EE HAS A CLAIM OPEN FOR EXT. DCM CXED - WAITING ON MR. ER HAD NF . THANKED.

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : LOGAN
Text: 01/08/2021 - HICKS, SARAH DOC LIST: R/LS FORM DATED 1/7, OVN 12/15-12/30 01/08/2021 - HICKS, SARAH UNABLE TO MAKE DETERM ON EXT - WILL NEED MR FROM ADD L PROVIDERS

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Notice/Proof Review
Other Subject : DUE 2/20
Text: 01/07/2021 - HICKS, SARAH EE PLACED ON NP FOR MR FROM DR. PRATO, DR. LOGAN, AND DR. SALT MAN, DOS 12/1-PR. NP DL 2/20. DAY 7 1/13, DAY 21 1/27, DAY 46 2/22

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject : APPROVAL
Text: 01/07/2021 - HICKS, SARAH SPOKE WITH EE AND ADVISED RECEIVED E.D. NOTE AND ABLE TO APPROVE 2 WEEKS DUE TO KNEE INJURY - ADVISED WILL NEED FORM FROM CHIRO, PCP NOTES, AND ORTHO NOTES IN ORDER TO EXT FURTHER. EE ADVISED CHIRO DID GIVE HIM FORM BUT HEGAVE IT BACK TO THEM SO DCM ENCOURAGED EE TO F/U WITH APO TO MAKE SURE THEY ARE AWARE IT NEEDS THEY HAVE IT AND NEED TO SEND IT OVER. EE HAD NF . THANKED.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called ER
Other Subject : RTC
Text: 01/07/2021 - HICKS, SARAH RTC TO DARLENE AT 980 422 5328 AT 8:48AM ON 1/7. AUTOMATED MESSAGE ADVISED VMBOX NOT SET UP YET

**ote**

Claim/Event/Leave: 10813707
NoteSubject : ER Called
Other Subject : VM
Text: 01/07/2021 - HICKS, SARAH 2:27PM ON 1/6 FROM 980 422 5328 DARLENE BATTLE ASKED FOR R/C WITH STATUS - UTC EE

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Other
Other Subject : DROP DATE
Text: 01/07/2021 - HICKS, SARAH CLAIMANT SENIORITY DATE IS 6/25/01 WHICH CORRESPONDS TO 182 DAYS OF BENEFITS AT 100% PRIOR TO BENEFIT DROP. BASED ON DOD OF 12/13/20 AND BBD DATE OF 12/20/20 THE MAX BENEFIT DATE FOR 100% BENEFIT IS 6/12/21 AND THE DROP DOWN DATE IS 6/13/21.

**C ote**

C ote
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Approved
Other Subject : THRU 12/26
Text: 01/07/2021 - HICKS, SARAH LDW 12/11, DOD 12/13. DX: KNEE FRACTURE, NECK/SHOULDER/BACK PAIN DUE TO MVA ON 12/13. AS MR CX KNEE FRACTURE AND TX FOR NECK PAIN, DCM FINDS IT REASONABLE TO INITIALLY APPROVE CLAIM THRU 12/26 WHILE AWAITING UPDATED MR FROMORTHO, PCP, AND OOW TIMEFRAMES. ACTION PLAN: REVIEW ANY UPDATED MR FOR EXT

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : ATRIUM HEALTH
Text: 01/07/2021 - HICKS, SARAH DOC LIST: (49P) E.D. NOTES 12/13

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : DIBELLA CHIRO
Text: 01/07/2021 - HICKS, SARAH DOC LIST: OVN 12/16-1/6

**ote**
Claim/Event/Leave: 10813707
NoteSubject : AP Called
Other Subject : DIBELLO CHIRO
Text: 01/06/2021 - HICKS, SARAH SPOKE WITH WENDY AND CXED MR HAVE NOT BEEN RECEIVED - SHE HAS SENT THEM PREVIOUSLY AND WILL SEND THEM AGAIN. APS WAS GIVEN TO EE SO HE WILL HAVE TO PROVIDE THAT - APO WILL F/U WITH EE TO REMIND HIM. THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to EE
Other Subject : DAY 21 NP
Text: 01/06/2021 - HICKS, SARAH SENT SUBSE UENT NP LETTER

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : ATRIUM HEALTH
Text: 01/06/2021 - HICKS, SARAH SENT SUBSE UENT RE UEST ATTACHED AUTH

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : ATRIUM HEALTH
Text: 01/06/2021 - HICKS, SARAH PRESSED OPT 4 FOR MR DEPT. PRESSED OPT 2 FOR STATUS. SPOKE WITH ROSELYN WHO ADVISED NEVER RECEIVED UPDATED RE UEST WITH AUTH. THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : SALTMAN
Text: 01/06/2021 - HICKS, SARAH SENT SUBSE UENT RE UEST ATTACHED AUTH

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : SALT MAN
Text: 01/06/2021 - HICKS, SARAH DIALED (704) 878-9800 AUTOMATED MESSAGE ADVISED CALL CANNOT BE COMPLETED AS DIALED

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : LOGAN
Text: 01/06/2021 - HICKS, SARAH SENT SUBSE UENT RE UEST ATTACHED AUTH

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : LOGAN
Text: 01/06/2021 - HICKS, SARAH DIALED (704) 865-1749. RECEIVED BUSY SIGNAL

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : PRATO
Text: 01/06/2021 - HICKS, SARAH SENT SUBSE UENT RE UEST

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : PRATO
Text: 01/06/2021 - HICKS, SARAH PRESSED OPT 7 FOR MR DEPT. AUTOMATED MESSAGE ADVISED DO NOT LEAVE MESSAGE IF CALLING FROM DISABILITY. E/C AND REDIALED. PRESSED OPT 0 FOR OPERATOR. SPOKE WITH FEMALE WHO TXED TO VM FOR KIM. LVM ASKING FOR R/C TO DISCUSS STATUS OF MRR. LEFT DCM CONTACT INFO. THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : DIBELLA
Text: 01/06/2021 - HICKS, SARAH SENT SUBSE UENT RE UEST

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : DIBELLA CHIRO
Text: 01/06/2021 - HICKS, SARAH SPOKE WITH BUFFY WHO COULDN T FIND RE UEST. DCM CXED FAX AND WILL SEND AGAIN

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject : RTC - DAY 21
Text: 01/06/2021 - HICKS, SARAH RTC TO EE AT AT 8:40AM ON 1/6. SPOKE WITH EE WHO ADVISED BENNETT IS THE ONE DOING HIS MRI - HASN T BEEN SCHEDULED YET EE WAITING ON CALL. DCM ADVISED SHE WILL NOTE NEW DOCTOR. EE HAD NF . THANKED. 01/06/2021 -HICKS, SARAH .

**ote**
Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject : VM
Text: 01/06/2021 - HICKS, SARAH EE CALLED AT 11:20AM ON 1/5 FROM CAN SEND MRR TO ALISON BENNETT: --FAX 866 306 7519-- CAN CALL AP AT --PHONE 704 659 0902--

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : DR. PRATO
Text: 01/04/2021 - CROWDER, RHONDA FAXED RE UEST FOR MEDICAL ALONG WITH RESTRICTIONS FORM AND RTW FORM FOR DOS 12/1/20-PRESENT TO CORRECT FAX NUMBER

**ote**
Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject :
Text: 01/04/2021 - CROWDER, RHONDA RCVD CALL FROM EE TO PROVIDE AP INFO - CHRISTOPHER PRATO P: 704-865-0077 F:704-867-6401

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : eSignature
Other Subject : Document Re uested

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : PRATO
Text: 12/23/2020 - HICKS, SARAH SENT MRR TO DR. PRATO, DOS 12/1-PR. INCL R/LS FORM. AUTH FORM: NO

**ote**
Claim/Event/Leave: 10813707
NoteSubject : EE Called
Other Subject :
Text: 12/23/2020 - HICKS, SARAH EE CALLED WITH FAX FOR DR. CHRISTOPHER PRATO AT CAROLINA ORTHO PT & REHAB CENTER --PHONE 704 833 3103-- AND --FAX 704 852 3499--. EE CX PERSONAL INFO. EE CX JOB TITLE, HIRE DATE. SPECIFIC JD: DESK/PHONES. LDW: 12/11 (FULL),DOD: 12/13 - GAP DUE TO SCHEDULE INJURED ON 12/13, DX: NECK/SHOULDER (RIGHT) AND BOTH KNEES INJURIES - MVA ON 12/13 EE WAS PASSENGER (DRIVER IN EE S CAR WAS AT FAULT), TX PLAN: PAIN MEDS, CHIRO, PT, AP: PRATO (ORTHO), CHIRO, AND LOGAN (PCP) RESTRICTIONS: UNABLE TO STAY IN ONE POSITION FOR LONG PERIOD OF TIME COMORBIDS: ANXIETY. MEDS: FOR COMORBID. ERTW: 6 WEEKS. EE ADVISED NO OTHER INCOME/BENEFITS. DCM ADVISED OF 7 DAY EP, 100% PAY & DROP DATE 6/20, STD PROCESS - NEXT STEPS: AWAITING MR, RTW PROCESS - PROVIDE FORM/CALL IVR (PROVIDED),DCM PROVIDED CONTACT INFO. EE HAD NF . THANKED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : DIABELLA CHIRO
Text: 12/21/2020 - CRIDDLE, MORGAN DCM SENT MR RE TO AP ON FILE VIA FAX WITH AP FORM.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : DIABELLA CHIRO
Text: 12/21/2020 - CRIDDLE, MORGAN DCM CALLED TO DISCUSS OV, TX PLAN, R&LS AND RTW PLANS. MUFFY CX RE REC D BUT DATES RE BEFORE EE WAS SEEN. DCM TO RESEND AND CALL ENDED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : DR. SALT MAN
Text: 12/21/2020 - CRIDDLE, MORGAN DCM CALLED AP ON FILE. CALL CANNOT BE COMPLETED AS DIALED.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : DR. LOGAN
Text: 12/21/2020 - CRIDDLE, MORGAN DCM CALLED AP LOGAN. DCM PUSHED 2 FOR CLINICAL ASSISTANT. DCM PUSHED OPTION 2 FOR LOGAN S ASSISTANT. DCM LEFT A VM FOR AP.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : LTR to EE
Other Subject : AUTH FORM
Text: 12/21/2020 - CRIDDLE, MORGAN DCM SENT AUTH FORM TO EE TO BE COMPLETED AND SUBMITTED VIA FAX OR DISABILITYDOCUMENTS LFG.COM.

**ote**
Claim/Event/Leave: 10813707
NoteSubject : Called EE
Other Subject : DAY 7
Text: 12/21/2020 - CRIDDLE, MORGAN DCM CALLED EE TO UPDATE ON CLAIM STATUS. DCM ADVISED TO NEEDING AUTH FORM AS AP WILL NOT RELEASE INFO WITHOUT. DCM CX CAN SEND TO EE S E-MAIL. DCM ASDVISED ADCM TO F/U ONCE MR REC D. CALL ENDED.

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Med Records Rcvd
Other Subject : ATRIUM HEALTH
Text: 12/21/2020 - HICKS, SARAH DOC LIST: NOTE ADVISING NEED COMPLETED AUTH (ATTACHED)

**C ote**
Claim/Event/Leave: 10813707
NoteSubject : Notice/Proof Review
Other Subject : DUE 1/28

Other Subject : DUE 1/28
Text: 12/15/2020 - HICKS, SARAH EE PLACED ON NP FOR MR FROM DIBELLA CHIROPRACTIC CENTER, DR. LOGAN, ATRIUM HEALTH, AND DR. SALT MAN, DOS 12/1-PR (INCL R/LS FORM). NP DL 1/28. DAY 7 12/21, DAY 21 1/4, DAY 46 1/29

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : LTR to AP
Other Subject : MEDICAL RE UEST
Text: 12/15/2020 - HICKS, SARAH CONTACTED DIBELLA CHIROPRACTIC CENTER, DR. LOGAN, ATRIUM HEALTH, AND DR. SALT MAN FOR MEDICAL RECORDS. - RE UEST - PROVIDER - MEDICAL 12/15/2020 - HICKS, SARAH , DOS 12/1-PR. INCL R/LS FORM. AUTH FORM: NO

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Called AP
Other Subject : LOGAN
Text: 12/15/2020 - HICKS, SARAH PRESSED OPT 4 FOR OTHER UESTIONS. SPOKE WITH KIM WHO PROVIDED --FAX 704 865 7328--. THANKED.

**ote**

Claim/Event/Leave: 10813707
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: 12/15/2020 - HICKS, SARAH LVM ASKING FOR R/C TO DISCUSS STD CLAIM. LEFT DCM CONTACT INFO. THANKED.

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Telephonic Intake
Other Subject : INTAKE
Text: 12/15/2020 - STACK, PAMELA EE REPORTED CLAIM. DX- EE WAS IN A MVA - PAIN IN BOTH KNEES, (POSSIBLE TORN ACL R KNEE), NECK, AND R SHOULDER, L SIDE ABDOMINAL PAIN EE BEING TREATED BY ATRIUM HEALTH, PH-7043552000, F-7044466037, (PCP) ALESHA LOGAN, PH-7048651749, F-UNABLE TO OBTAIN, ON HOLD FOR OVER 3 MIN AND HAD TO DISCONNECT, (CHIROPRACTOR) DIBELLA CHIROPRACTIC CENTER, PH-7048671010, F-7048682602, (ORTHO) DR. ROBERT SALT MAN, PH-7048789800, F-7048731853.

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 12/12/2020 AND THE LEAVE END DATE IS 01/11/2021.

**C ote**

Claim/Event/Leave: 10813707
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: LOV- 12-15-2020 (PCP). NOV- 12-16-2020 (CHIROPRACTOR).

**NOTICE CONCERNING COVERAGE**
**LIMITATIONS AND EXCLUSIONS UNDER THE NORTH CAROLINA**
**LIFE AND HEALTH GUARANTY ASSOCIATION ACT**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the North Carolina Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The North Carolina Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in North Carolina. You should not rely on coverage by the North Carolina Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

The North Carolina Life and Health Insurance Guaranty Association
Post Office Box 10218
Raleigh, North Carolina 27605-0218

North Carolina Department of Insurance, Consumer Services Division
1201 Mail Service Center
Raleigh, NC 27699-1201

The state law that provides for this safety-net coverage is called the North Carolina Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

**COVERAGE**
Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**EXCLUSIONS FROM COVERAGE**
However, persons holding such policies are not protected by this association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- The insurer was not authorized to do business in this state;
- Their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does not provide coverage for:

- Any policy or portion of a policy or contract not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed the average rate specified in the law;
- Dividends;
- Experience or other credits given in connection with the administration of a policy by a group contractholder;
- Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts (which give rights to group contractholders, not individuals), unless they fund a government lottery or a benefit plan of an employer, association or union, except that unallocated annuities issued to employee benefit plans protected by the Federal Pension Benefit Guaranty Corporation are not covered.
- A policy or contract commonly known as Medicare Part C or Part D or any regulations issued pursuant thereto.

**LIMITS ON AMOUNT OF COVERAGE**
The act also limits the amount that the association is obligated to pay out as follows:

(1) The guaranty association cannot pay out more than the insurance company would owe under the policy or contract.
(2) Except as provided in (3) (4) and (5) below, the guaranty association will pay a maximum of $300,000 per individual, per insolvency, no matter how many policies or types of policies issued by the insolvent company.
(3) The guaranty association will pay a maximum of $500,000 with respect to basic hospital, medical and surgical insurance and major medical insurance.
(4) The guaranty association will pay a maximum of $1,000,000 with respect to the payee of a structured settlement annuity.
(5) The guaranty association will pay a maximum of $5,000,000 to any one unallocated annuity contract holder.

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **Duke Energy Corporation**

**Policy Number:** **GF3-850-288203-01**

**Effective Date:** **January 1, 2014**

**Governing Jurisdiction** is **North Carolina** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2015.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.
Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02116.

**THIS POLICY CONTAINS AN EXCLUSION FOR PRE-EXISTING CONDITIONS. IT MAY BE TERMINATED BY THE SPONSOR OR LIBERTY. IMPORTANT CANCELLATION INFORMATION - PLEASE READ PROVISION ENTITLED POLICY TERMINATION, FOUND ON PAGE ADOP-TER-0002.4.**

SECRETARY

PRESIDENT

**NON-PARTICIPATING**

## TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

# SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

None

**Long Term Disability Benefits:**

Class 1: All full-time and part-time exempt, non-exempt, USW 7202, IBEW 962, IBEW 926T, IBEW 1902, and PPF 702

Class 2: ERA, IBEW 352, USW 5541, USW 12049, IBEW 1347, UNITE 1995, and IBEW 1393

Class 3: All full-time and part-time exempt, non-exempt, USW 7202, IBEW 962, IBEW 926T, IBEW 1902, and PPF 702 electing the Opt-Up Plan

Class 4: ERA, IBEW 352, USW 5541, USW 12049, IBEW 1347, UNITE 1995, and IBEW 1393 electing the Opt-Up Plan

Class 6: UWUA

Class 7: UWUA electing the Opt-Up Plan

Class 8: IBEW SCU-8

Class 9: IBEW SCU-8 electing the Opt-Up Plan

**Note:** Temporary and seasonal Employees and Employees who are not United States citizens or legal residents working in the United States are not covered under this policy.

**Eligibility Waiting Period:**

1. If the Covered Person is employed by the Sponsor on the policy effective date - None

2. If the Covered Person begins employment for the Sponsor after the policy effective date - None

**Employee Contributions Required:**

Applicable to Class 1, 2, 6, 8

No

Applicable to Class 3, 4, 7, 9

Yes

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

a. the end of the STD benefits, or
b. 180 days.
Note: Periods defined by the Sponsor as "light duty" will count towards the Elimination Period.

**Amount of Insurance:**

Applicable to Class 1, 2, 6, 8:

> 50.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 3, 4, 7, 9:

> 66.67% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

| | |
|---|---|
| Applicable to Class 1, 2, 6, 8: | $30,000.00 |
| Applicable to Class 3, 4, 7, 9: | $22,498.88 |

**Own Occupation Duration:**

24 Month Own Occupation

**Note:** With respect to "Own Occupation" for Nuclear Power Plant Security Personnel, during the first 24 months of Disability, Disabled means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial duties of his Own Job.

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

# SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time or part-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period before each policy anniversary so designated by the Sponsor and Liberty during which an Employee may enroll for coverage under this policy.

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Employee's monthly rate of earnings (basic rate of pay) from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay, incentive pay, non-cash compensation or any other compensation.

**"Consumer Price Index"** means the government publication "The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

**"Covered Person"** means an Employee insured under this policy.

**"Disability"** or **"Disabled"** means:

i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and

2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any ninety or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**"Evidence of Insurability"** means a statement of proof of an Employee's medical history upon which acceptance for insurance will be determined by Liberty.

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Family Status Change"** means any one of the following events that may occur:

1. the Employee's marriage or divorce;
2. the birth of a child to the Employee;
3. the adoption of a child by the Employee;
4. the death of the Employee's spouse or child;
5. the commencement or termination of employment of the Employee's spouse;
6. the change from part-time employment to full-time employment by the Employee or the Employee's spouse;
7. the change from full-time employment to part-time employment by the Employee or the Employee's spouse;
8. the taking of unpaid leave of absence by the Employee or the Employee's spouse.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

## SECTION 2 - DEFINITIONS
(Continued)

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or

2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability. This shall not be construed to require the covered person to see or be under the care of a physician on a regular basis if it can be shown that the insured has reached his maximum point of recovery yet is still disabled under the terms of this policy.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or

2. for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or
2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, he will automatically be enrolled in the Base Plan. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

Applicable to Long Term Disability Class 1, 2, 6, 8:

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;
2. an increase in coverage by one level without Evidence of Insurability.

Applicable to Long Term Disability Class 3, 4, 7, 9:

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;
2. an increase in coverage by one level without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

If a Covered Person fails to enroll for a change in his coverage option during any Annual Enrollment Period he will continue to be insured for the same coverage option during the next policy year and no change in that coverage can be made during the next policy year, unless the Covered Person experiences a Family Status Change.

Applicable To Long Term Disability Class 1, 2, 6, 8:

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage by one level without Evidence of Insurability.

Applicable To Long Term Disability Class 3, 4, 7, 9:

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage by one level without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

The Covered Person must apply for the change in coverage within 31 Days of the date of the Family Status Change. Such changes in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

1. For Coverage Applied for During Initial Enrollment Periods:

   a. an Employee will be insured for non-contributory coverage on his Eligibility Date.
   b. an Employee will be insured for contributory coverage on the date the Employee makes application for insurance if he enrolls on or before the 31st day after his Eligibility Date; or
   c. an Employee who does not enroll for contributory coverage on or before the 31st day after his Eligibility Date, or terminated his insurance while continuing to be eligible may not enroll for contributory coverage until the next Annual Enrollment Period or following a Family Status Change.

**Effective Date of Insurance** (Continued)

2. For Contributory Coverage Applied for During Annual Enrollment Periods

   An Employee will be insured for the selected contributory coverage on the later of these dates:

   a. the first day of the next policy anniversary; or
   b. the date Liberty gives its approval, if the Employee:

      i. increases his coverage option; or
      ii. terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the Employee must submit an application and Evidence of Insurability to Liberty for approval. This will be at the Employee's expense.

3. For Coverage Applied for Due to a Family Status Change

   An Employee will be insured for the selected coverage on the later of the following dates, provided he applies or enrolls for the change in coverage before the end of the 31st Day following the Family Status Change:

   a. the date of the Family Status Change;
   b. the date the Employee applies or enrolls for the change in coverage; or
   c. the date Liberty gives its approval, if the Employee:

      i. increases his coverage option; or
      ii terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the Employee must submit an application and Evidence of Insurability to Liberty for approval. This will be at the Employee's expense.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

   a. the Covered Person returns to work;
   b. this group insurance policy terminates;
   c. the Covered Person is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Person;
   e. the Covered Person's employment terminates.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 30 days of his termination date:

1. all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date; and

2. if an Employee is re-hired by the Sponsor he will be insured for the same coverage that was in effect for him on the date his employment terminated and no change in that coverage may be made during the rest of that policy year, unless he experiences a Family Status Change. He may make changes in his coverage options at the next Annual Enrollment Period.

If a former Employee is re-hired by the Sponsor more than 30 days after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond twelve months from when the leave of absence begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off

The Covered Person's coverage will not continue beyond the end of the policy month in which the lay-off begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

Applicable to Long Term Disability Class 3, 4, 7, 9:

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

# SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or
2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:
   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or
   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then
2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation with Work Incentive Benefit**

For the first 12 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and
2. increased annually by 7.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased by 10.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Decreased Monthly Benefit**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, the benefit percentage shown in the Schedule of Benefits will be reduced by 0.00% beginning on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, benefits will be paid at the reduced amount from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. Railroad Retirement Act;
   e. any governmental compulsory benefit act or law; or
   f. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
   a. any other group insurance plan of the Sponsor;
   b. any governmental retirement system as a result of his employment with the Sponsor ; or
   c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives or is eligible to receive; and
   b. his spouse, child or children receives or are eligible to receive because of his Disability; or
   c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

**LONG TERM DISABILITY COVERAGE** (Continued)

### Estimation of Benefits

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1. provides satisfactory proof of application for Other Income Benefits;

2. signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3. if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4. if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

### Social Security Assistance

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be provided only if Liberty determines that assistance would be beneficial.

**LONG TERM DISABILITY COVERAGE** (Continued)

### Lump Sum Payments

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

    a. the remainder of the Maximum Benefit Period; or
    b. 5 years.

### Cost of Living Freeze

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

### Prorated Benefits

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

### Discontinuation of the Long Term Disability Benefit

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

8. the date the Covered Person is no longer Disabled according to this policy;

9. the end of the Maximum Benefit Period; or

10. the date the Covered Person dies.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

# SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries, while sane or insane;

3. active Participation in a Riot;

4. the committing of or attempting to commit a felony or misdemeanor; or

5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

**LONG TERM DISABILITY COVERAGE**

Applicable to Class 3, 4, 7, 9:

**Pre-Existing Condition Exclusion(s)**

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a. the Elimination Period; and
   b. any period during which premium is being waived.

6. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. less than 25.00% of all the Employees eligible for any contributory insurance are insured for it; or

   d. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**Termination of Coverage Option(s)**

**Participation Requirements**

Liberty may terminate coverage or any coverage option afforded hereunder on any premium due date by giving written notice to the Sponsor at least 31 days in advance:

# SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

    a. all of the pages; and
    b. the attached signed Application of the Sponsor; and
    c. if contributory each Employee's signed application for insurance.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Liberty:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an Employee of insurance;
   b. affect an Employee's Amount of Insurance; or
   c. effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than three years after the time Proof of claim is required.

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

   b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Liberty no later than 180 days after the end of the Elimination Period.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

   c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $2,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

# SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;
2. a division, subsidiary or Associated Company is added to or deleted from this policy;
3. when the number of Covered Persons changes by 25.00% or more from the number insured on this policy's effective date; or
4. a change in existing law which affects this policy.

Such change will not be made more often than once every six months. No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.
2. All payments made to or by Liberty shall be in United States dollars.
3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.
4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.
5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.
6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:
    1. the current policy year; and
    2. the immediately preceding policy year.

**Grace Period**

This is the 60 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Removed the Rehabilitation benefit | Form ADOP-LTD-26 R (1) | Form ADOP-LTD-26<br>Form ADOP-LTD-8<br>Form ADOP-LTD-9 |
| Added eligible IBEW SCU-8 Employees to the classes of Employees eligible for fully insured coverage | Form ADOP-SCH-1 R (1)<br>Form ADOP-SCH-3 R (1)<br>Form ADOP-ELG-4 R (1)<br>Form ADOP-ELG-5 R (1)<br>Form ADOP-ELG-9 R (1)<br>Form ADOP-EXC-7 R (1) | Form ADOP-SCH-1<br>Form ADOP-SCH-3<br>Form ADOP-ELG-4<br>Form ADOP-ELG-5<br>Form ADOP-ELG-9<br>Form ADOP-EXC-7 |

The effective date of this change is January 1, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 8th day of January, 2015.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

# AMENDMENT NO. 2

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Amended the Leave of Absence provision to extend the period of time during which an Employee remains covered while on an approved Leave of Absence from 6 to 12 months | Form ADOP-ELG-8 R(1) | Form ADOP-ELG-8 |

The effective date of this change is January 1, 2014.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 19th day of May, 2015.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**



# AMENDMENT NO. 3

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Added a Rehabilitation Incentive Benefit | Form ADOP-LTD-8 R (1)<br>Form ADOP-LTD-9 R (1) | |

The effective date of this change is May 1, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 19th day of May, 2015.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**





**Lincoln/Araya 0139**

# AMENDMENT NO. 4

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Revised the rehire period in Section 3 | Form ADOP-ELG-7 R(1) | Form ADOP-ELG-7 |

The effective date of this change is January 1, 2016.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 29th day of January, 2016.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ____________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**



# AMENDMENT NO. 5

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Amended Change Exposure limit from 15.00% to 25.00% | Form ADOP-PRE-1.3 R (1) | Form ADOP-PRE-1.3 |

The effective date of this change is January 1, 2017.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 16th day of September, 2016.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

# AMENDMENT NO. 6

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Removed gender change exclusion from Section 5 | Form ADOP-EXC-1.20 R (1) | Form ADOP-EXC-1.20 |

The effective date of this change is January 1, 2017.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 6th day of March, 2017.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**



# AMENDMENT NO. 7

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Revision to the class 1 & 3 descriptions | Form ADOP-SCH-1 R (2) | Form ADOP-SCH-1 R (1) |

The effective date of this change is January 1, 2018.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 9th day of November, 2017.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**



# AMENDMENT NO. 8

It is agreed the following changes are hereby made to this policy: GF3-850-288203-01

| Changes | Additions | Deletions |
|---|---|---|
| Revised the definition of Disability | Form ADOP-DEF-3 R (1) | Form ADOP-DEF-3 |

The effective date of this change is August 1, 2018.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 27th day of July, 2018.

Issued to and Accepted by:

Duke Energy Corporation
**Sponsor**

By ____________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**



**From:**Judd, Alyssa
**Sent:**Fri, 24 Jun 2022 14:03:41 +0000
**To:**Darlene.Battle@duke-energy.com
**Cc:**Leaves Administration
**Subject:**Allan Araya
**Attachments:**11295718-EMPLOYER-CORRESPONDENCE-05.26.2022.pdf

LTD 11295718
Employee ID: 461081
Employee: Allan Araya

Good morning,

On May 26, 2022, we received a call from Mr. Araya that he was returning to work. We thanked him for sending us a copy of the form, but advised him this information should be sent to his employer. During this call he confirmed that he did send it to his employer.

As of today's call I do not believe he has sent the information to Duke and I am sharing.

Best regards,

**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
603-334-0380 Fax

LincolnFinancial.com

**Follow us on:**



DUKE ENERGY

**HUMAN RESOURCES**

**Duke Energy Corporation**
550 South Tryon Street
Charlotte, NC 28202

Allan Araya

April 14, 2022

Re: Employment Status

Dear Allan:

This letter is a follow up to the Medical Accommodation Program (MAP) information sent to you by Duke Energy's third-party administrator, Lincoln Financial Group ("Lincoln Financial"), in relation to your Long Term Disability (LTD) benefits claim closure, effective July 29, 2021.

Specifically, you were provided with information regarding your options with Duke Energy, including assistance with obtaining a vacant position with the Company that you could perform (with or without a reasonable accommodation) and/or appealing Lincoln Financial's closure of your claim. The Company has confirmed that Lincoln Financial reviewed your appeal and upheld its original decision to close your LTD benefit claim. The Company further has confirmed that you did not obtain a vacant position with the Company that you could perform (with or without reasonable accommodation) through the Company's Medical Accommodations Program (MAP).

Accordingly, your employment with Duke Energy will be terminated and/or you may retire (if you meet the necessary age and service requirements for retirement) effective May 31, 2022.

If you have any questions regarding your benefits, please contact one of the following areas:

- myHR Service Center: 1-888-465-1300
- Fidelity: 1-800-376-4015

In the event that you require assistance with personal matters, please know that you may contact the Employee Assistance Program (EAP) at 1-800-985-2594.

Sincerely,

Duke Energy
Human Resources

DUKE ENERGY.

# Return to Work Form

Revised: April 2020

**EMPLOYEE SECTION** - It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**
2) Complete this section and provide this form to your treating Health Care Provider.
3) Provide via hand delivery, e-mail or fax to your supervisor, **before you return to work**.
*NOTE: You will not be permitted to return to work without this signed form.*

**Employee name:** Allan Araya **Employee I.D.**________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ________ **Date:** ________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** 5/24/22 **Date(s) of treatment:** ________

**Date patient may return to work:** May 31st, 2022

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

***IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:*** ________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restriction | Describe Restriction |
|---|---|---|---|---|---|
| Lifting | NA | | Squatting | NA | |
| Prolong Standing | | | Pushing | NA | |
| Continuous Walking | NA | | Pulling | NA | |
| Climbing | NA | | Driving | ~~NA~~ | xwork from home recommend |
| Bending | NA | | Other Sitting | | more breaks |
| Reaching | NA | | Other | | |

Additional Restrictions/Details: ________

- If there are restrictions, are the restrictions permanent? YES / NO (circled)
- Duration of requested restrictions 3 months
- Are medications prescribed that might impact safety? YES / NO (circled) If YES, which medication(s): ________
- Follow-up visits required? YES (circled) / NO If Yes, Return Visit Date every 3months
- Is the illness or injury work related? YES / NO (circled)

**Health Care Provider's Signature** CBBush FNP-C **Date:** ________

**Health Care provider's name, address, and office phone number (please print):** ________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ________
☐ Employee returned to normal duty
☐ Employee requires Light / restricted duty (specify task assigned) ________
☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**
  - List any approved temporary accommodations: ________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted, and appropriate medical clearance documentation provided.**

Supervisor/Designee's comments: ________

Supervisor/Designee's Signature: ________ Date: ________

PAGE 2/3 * RCVD AT 5/24/2022 3:28:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340380 * CSID: * ANI:17048651034 * DURATION (mm-ss):01-11

CaroMont Health

Caromont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557
Phone: 704-865-1749
Fax: 704-865-7328

May 24, 2022

RE: Allan Arturo Araya

To Whom It May Concern:

This is to certify that Allan was evaluated at Caromont Family Medicine (Gaston Day) on 5/24/2022 and was provided with the following work recommendations:

Work Release: reduce work hours. I recommend starting back working 6 hours days with one hour lunch. Only 5 days a week. I recommend that he is able to work from home.
Return to work on 5/31/22. We will continuously reassess to his abilities to increase work hours.

Work Restrictions: no duties where individual cannot take rest breaks.

Additional Comments or Recommendations:

This is intended to provide Allan with work restriction recommendations based on the examination during his appointment. If an extension of time is needed or a change in restriction status is requested, he will need to return for reexamination. Please feel free to send my any FMLA paperwork that needs to be completed for this.

Sincerely,

Christy Bush, FNP-C

C Z Bush FNP C

To: Disability Claims Operation at Lincoln Financial Group

The following Return To Work notice has been submitted via the Automated Disability Claims and Leave Reporting Service IVR at Lincoln Financial Group at 2022/05/26 1:44:24 PM.

Employee Name: ALLAN ARAYA
Customer ID: 05288203
Claim or Leave ID: 11295718
Return to Work Date: 05/31/2022
Return Status: "P" (P = Part-Time, F = Full-Time)
IVR Reference Num.: 3016376
Sub_Name: NONUNION
Loc_Name: MKTSOLUTIONSCAROLINAREGION

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify at Lincoln Financial Group via telephone at (800) 210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof

To: Disability Claims Operation at Lincoln Financial Group

The following Return To Work notice has been submitted via the Automated Disability Claims and Leave Reporting Service IVR at Lincoln Financial Group at 2022/05/24 3:43:03 PM.

Employee Name: ALLAN ARAYA
Customer ID: 05288203
Claim or Leave ID: 11295718
Return to Work Date: 05/31/2022
Return Status: "P" (P = Part-Time, F = Full-Time)
IVR Reference Num.: 3015011
Sub_Name: NONUNION
Loc_Name: MKTSOLUTIONSCAROLINAREGION

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify at Lincoln Financial Group via telephone at (800) 210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof

Crumley Roberts
Attorneys At Law
WE STAND UP FOR YOU®

MAILING ADDRESS:
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 - fax

1-800-288-1-LAW
(1-800-288-1529)

www.CrumleyRoberts.com

April 8, 2022

**SENT VIA FACSIMILE 603-334-0380**
**AND US MAIL**

The Lincoln National Life Insurance Company
Disability and Life Claims
Attn: Joshua Tuliano
P.O Box 2578
Omaha, NE 68172-9688

| | |
|---|---|
| **RE:** | **ALLAN ARAYA** |
| **CLAIM NUMBER:** | **11295718** |
| **POLICY NAME:** | **DUKE ENERGY CORPORATION.** |

Dear Joshua:

This firm has been retained to represent Mr. Araya in his claim for disability benefits. Please show me as Mr. Araya's representative and include me on all future correspondence concerning his claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "... trust agreement, contract, or other instruments under which the plan is established or operated..." These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim

file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from Lincoln to Mr. Araya regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.
5. The initial application for Long Term Disability benefits submitted by Mr. Araya.

B. A copy of the policy or policies of insurance in effect at the time Mr. Araya claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Mr. Araya's employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Mr. Araya's treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure

**CRUMLEY ROBERTS, LLP**
2400 FREEMAN MILL ROAD, SUITE 200
GREENSBORO, NC 27406
Phone: (336) 333-9899 Fax: (336) 333-9894

**PRIVACY RELEASE**

I, Allan Araya, Social Security Number 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, Date of Birth 12/29/1980, am currently seeking a reassessment of my claim for Long Term Disability benefits by Lincoln National Life Insurance Company, Policy # N/A, Claim # 11295718. I have retained Crumley Roberts, LLP, to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR Section 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

[signature]
Signature

Allan Arturo Araya
Printed or Typed Name

03/22/2022
Date

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

CRUMLEY ROBERTS, LLP
2400 FREEMAN MILL RD.
SUITE 200
GREENSBORO NC 27406

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

April 11, 2022

Crumley Roberts, Llp
2400 FREEMAN MILL RD.
SUITE 200
GREENSBORO, NC 27406

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718
Claimant: Allan Araya

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to Allan Araya's claim for LTD benefits under the Policy.

Per Mr. Araya's April 8, 2022 request for relevant claim documentation, we have enclosed the following information:

- Duke Energy Corporation’s Long Term Disability (LTD) Policy
- A complete copy of our claim file

Mr. Araya's full and complete claim file includes all information that was generated, received and considered in our evaluation of his claim.

No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

As noted in the appeal decision letter dated February 11, 2022,

> Duke Energy Corporation’ Long-Term Group Disability Income Policy contains the following provision, that states in part,
>
> ***Legal Proceedings***
> *A claimant or the claimant's authorized representative cannot start any legal action:*
> *1. until 60 days after Proof of claim has been given; or*
> *2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is December 8, 2024.

If Mr. Araya has any questions regarding this information, please contact me.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

Crumley Roberts
Attorneys At Law

**FAX NUMBER:** 16033340380
**FROM:** Lauren Best
**DATE:** 04-08-2022 2:40 PM
**SUBJECT:** Allan Araya, Claim # 11295718
**TOTAL PAGES:** 4

Please see attached letter of representation and request for claim file for Allan Araya, Claim # 11295718.

**Lauren Best**
Case Manager

Crumley Roberts, LLP
2400 Freeman Mill Rd., Suite 200
Greensboro, NC 27406
Direct Dial: (833) 488-1112
Fax: (866) 916-8059
E-mail: labest@crumleyroberts.com
Web site: http://www.crumleyroberts.com
"We Stand Up For You!"
Privileged and Confidential - This communication may contain confidential or legally privileged information and is intended
only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this
material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error,
please notify us immediately.

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us by telephone and return the original message to us via U.S. Postal Service to Crumley Roberts LLP. 2400 Freeman Mill Rd, Suite 200, Greensboro, NC 27406.

Crumley Roberts®
Attorneys At Law
WE STAND UP FOR YOU®

**MAILING ADDRESS:**
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 - fax

**1-800-288-1-LAW**
(1-800-288-1529)

**www.CrumleyRoberts.com**

April 8, 2022

**SENT VIA FACSIMILE 603-334-0380**
**AND US MAIL**

The Lincoln National Life Insurance Company
Disability and Life Claims
Attn: Joshua Tuliano
P.O Box 2578
Omaha, NE 68172-9688

| | |
|---|---|
| **RE:** | **ALLAN ARAYA** |
| **CLAIM NUMBER:** | **11295718** |
| **POLICY NAME:** | **DUKE ENERGY CORPORATION.** |

Dear Joshua:

This firm has been retained to represent Mr. Araya in his claim for disability benefits. Please show me as Mr. Araya's representative and include me on all future correspondence concerning his claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "… trust agreement, contract, or other instruments under which the plan is established or operated…" These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim

file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations. set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from Lincoln to Mr. Araya regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.
5. The initial application for Long Term Disability benefits submitted by Mr. Araya.

B. A copy of the policy or policies of insurance in effect at the time Mr. Araya claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Mr. Araya's employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Mr. Araya's treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure

**CRUMLEY ROBERTS, LLP**
2400 FREEMAN MILL ROAD, SUITE 200
GREENSBORO, NC 27406
Phone: (336) 333-9899 Fax: (336) 333-9894

## PRIVACY RELEASE

I, Allan Araya, Social Security Number_ ______,

Date of Birth_ , am currently seeking a reassessment of my claim for Long Term Disability benefits by Lincoln National Life Insurance Company, Policy # N/A,

Claim # 11295718. I have retained Crumley Roberts, LLP, to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR Section 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

______________________
Signature

Allan Arturo Araya
Printed or Typed Name

03/22/2022
Date

**From:**Tuliano, Joshua
**Sent:**Tue, 5 Apr 2022 12:09:36 +0000
**To:**Battle, Darlene G
**Cc:**Jones, Kamille S
**Subject:**RE: [EXTERNAL] (secure) Allan Araya - Claim 11295718

Hi Darlene,

You may want to reach out to Duke Energy Corporation's MyHR Service Center or your internal HR contact person. From my end, Lincoln's appeal review is complete and there are no additional appeal reviews.

Thank you,




**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax


**From:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Sent:** Monday, April 4, 2022 1:33 PM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Cc:** Jones, Kamille S <Kamille.Jones@duke-energy.com>
**Subject:** RE: [EXTERNAL] (secure) Allan Araya - Claim 11295718

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello, I am following up on the letter sent to Allan back in March. May I get an update and how to move forward.

Thanks,

Darlene Battle
Charlotte Contact Center
Phone: (704) 587-6832
**Darlene.battle @duke-energy.com**
DUKE ENERGY

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Monday, March 7, 2022 12:49 PM
**To:** MAPLead@duke-energy.com; Leaves Administration <LeavesAdministration@duke-energy.com>; Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** [EXTERNAL] (secure) Allan Araya - Claim 11295718

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Hello,

We have reviewed Allan Araya's file in response to his request for reconsideration for Long Term Disability (LTD) benefits. Based on our review, we are upholding the decision to deny benefits as of June 13, 2021, as Allan Araya does not meet the definition of disability defined in the Duke Energy Corporation LTD plan. This determination is based on the medical information contained in Allan Araya's disability file.

Allan Araya will be notified of this determination via letter that is sent by mail. This letter will take approximately one week for the employee to receive.

Please feel free to contact me if you have any questions regarding this correspondence.

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in

relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----------------------------------------------------------------------

This Lincoln Financial Group communication was sent securely using TLS.

**From:** DisabilityDocuments
**Sent:** Wednesday, March 16, 2022 4:50 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Free of charge all documents relevant to claim # 11295718

---

**From:** Allan Araya
**Sent:** Wednesday, March 16, 2022 8:49:28 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fw: Free of charge all documents relevant to claim # 11295718

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

----- Forwarded Message -----
**From:** Allan Araya <
**To:** DisabilityDocuments <disabilitydocuments@lfg.com>
**Sent:** Thursday, February 17, 2022, 03:35:46 PM EST
**Subject:** Free of charge all documents relevant to claim # 11295718

Good afternoon:

Can you please send me all documents free of charge relevant to my claim please. My email address is

Thank you!!

Allan,

**From:** DisabilityDocuments
**Sent:** Wednesday, March 16, 2022 4:28 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: claim file

---

**From:** Allan Araya <
**Sent:** Wednesday, March 16, 2022 8:15:44 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** claim file

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon:

Can you please send me all documents free of charge relevant to my claim please. My email address is

Thank you!!

Allan,

**From:**Tuliano, Joshua
**Sent:**Mon, 7 Mar 2022 17:48:40 +0000
**To:**MAPLead@duke-energy.com;LeavesAdministration@duke-energy.com;Battle, Darlene G
**SCcuebt:**(secure) Allan Araya - Claim 11295718

Hello,

We have reviewed Allan Araya's file in response to his request for reconsideration for Long Term Disability (LTD) benefits. Based on our review, we are upholding the decision to deny benefits as of June 13, 2021, as Allan Araya does not meet the definition of disability defined in the Duke Energy Corporation LTD plan. This determination is based on the medical information contained in Allan Araya's disability file.

Allan Araya will be notified of this determination via letter that is sent by mail. This letter will take approximately one week for the employee to receive.

Please feel free to contact me if you have any questions regarding this correspondence.




**joJs TCHi noa, MAaAB**
Appeal Specialist

**Llnbolm Flni nbli hGroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

**From:**Tuliano, Joshua
**Sent:**Mon, 7 Mar 2022 17:49:52 +0000
**To:**Ruppel, Jasmine Rose
**Subject:**RE: [EXTERNAL] RE: Allan Araya (secure)

Hi Jasmine,

I hope you are having a great day as well! I just sent the notification to the Duke contact mailboxes. The denial was upheld for the LTD claim.

Thank you,

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Monday, March 7, 2022 10:44 AM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Subject:** FW: [EXTERNAL] RE: Allan Araya (secure)

Good Morning Joshua,

I hope that you are having a great day! I wanted to reach out and see if we have an update on this case.

Thank you,
Jazz

---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Tuesday, January 18, 2022 1:53 PM
**To:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>; Judd, Alyssa <Alyssa.Judd@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya (secure)

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Hi Jazz,

As the decision was being made, Mr. Araya sent in several copies of additional and new medical information, which must be considered on the appeal review for LTD benefits. The additional information was faxed over on 1/7/22, 1/11/22 and 1/13/22.

Unfortunately, I don't have an update at this time as we had to conduct multiple additional reviews on his appeal.

I should have my additional reviews back in about two weeks from 1/14/22 and I am hopeful we can make a decision at that time if no additional information is received in the meantime.

Let me know if you have any additional questions.

Thank you,

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Tuesday, January 18, 2022 1:45 PM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>; Judd, Alyssa <Alyssa.Judd@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya (secure)

Good Afternoon All,

I just wanted to follow up on this case.

Thank you,
Jazz

---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Thursday, December 16, 2021 11:17 AM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>; Ruppel, Jasmine Rose

<Jasmine.Ruppel@duke-energy.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya (secure)

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Good morning,

The LTD appeal determination is still pending. He submitted all of the documentation recently to complete his appeal response and we are currently reviewing his submission. I anticipate the resolution of the LTD appeal decision no later than 30-days from today.

Let me know if you have any questions.

Thank you,




**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax


---

**From:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Sent:** Thursday, December 16, 2021 11:15 AM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>; Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya

Good morning Joshua,

Would you please assist with providing an answer to the question listed in the initial email from December 15, 2021, but pertaining to LTD claim 11295718?

Thank you for your help!

Best regards,



**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

**LincolnFinancial.com**

**Follow us on:**




---

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Thursday, December 16, 2021 8:46 AM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya

Happy Day Alyssa,

Thank you for following up. Yes ma'am I was trying to get an update in this LTD claim.

Kindly,
Jazz

---

**From:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Sent:** Thursday, December 16, 2021 8:22 AM
**To:** DukeEnergyDisability <DukeEnergyDisability@lfg.com>; Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** [EXTERNAL] RE: Allan Araya

This EXTERNAL email is originating from a third-party

provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

Good morning,

For clarification, are you requesting an update regarding the appeal on the LTD claim?

The STD claim was approved to the max benefit date of 6/12/2021; therefore, there is no additional information or changes that will occur on the STD claim, 10813707.

If your intention is an update regarding the LTD claim, I will need to forward this request to the case manager handing the LTD appeal.

Best regards,


**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

LincolnFinancial.com


**Follow us on:**




**From:** DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Sent:** Wednesday, December 15, 2021 11:59 AM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Subject:** FW: Allan Araya

FYI in reference to claim 10813707

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Wednesday, December 15, 2021 11:30 AM

**To:** DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** Allan Araya

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

I hope that you are having a wonderful day. I wanted to reach out and see if we are able to obtain a leaves update on the employees listed below.

- **Allan Araya:** Pending LTD Case. The last update we received was 9.27 that this STD from 4.30 was approved. Do we have an update on this case? What is the final date to submit paperwork on this cast. Claim 10813707

Thank you,

Jazz

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

------------------------------------------------------------------------
This Lincoln Financial Group communication was sent securely using TLS.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

----------------------------------------------------------------------
This Lincoln Financial Group communication was sent securely using TLS.

**From:** DisabilityDocuments
**Sent:** Thursday, February 17, 2022 3:36 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Free of charge all documents relevant to claim # 11295718

---

**From:** Allan Araya <
**Sent:** Thursday, February 17, 2022 8:35:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Free of charge all documents relevant to claim # 11295718

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon:

Can you please send me all documents free of charge relevant to my claim please. My email address is

Thank you!!

Allan,

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 11, 2022 1:50:22 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | loqut93ybp5f5kfljmel_12168466.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 2/10/22 Time: 8:42 AM

Fax to: Fax: 260-455-0064
Lincoln Telephone:

From: Fax:
Zimmermann, Laurie Telephone:

Comments:

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, MPT, Cert. DN | Daily Note | Encounter Date: 2/9/2022 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
Review Information

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** No primary diagnosis found.
**Date of Onset:** 2/20/2021

**Visit #: 19**

**Precautions**
No data was found

**CHARGES**
PT Therapeutic Procedures Time Entry
  Therapeutic Exercise Time Entry - 97110: 25 minutes
PT Modalities Time/Service Based Entry
  Ultrasound Time Entry - 97035: 13 minutes
Treatment Time (Timed & Untimed): 38 minutes
Total Visit Time: 38 minutes

**Subjective:**
cc today is pain in the area of the right neck and upper trapezius area. Pt states he has trouble sleeping because of the pain. Able to do HEP for shoulder w/o pain.

**Pain**
Pain Score: 6

**Objective:**

cervical AROM
Flexion 100%
Rotation right 75% + pain right upper trap left 75% + pain right upper trap
Extension 90% + pain right upper trap

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 3 min /3 min
Cable rows single 2 plate 3x10 (3 way)
Cable pull down 1 plate with cervical rotation and flexion 3x10
Cable bicep curls 2 plates 2x10

Cable triceps 2 plates 2x10

ball on wall alphabet 1x*

horiztonal abduction tband lv 2 with chin tuck in stand 2x10*
Lean over row 2# 2x10*
S/l ER 1# 2x10 *

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US 100% 1.3 w/cm2 anterior right shoulder x 8 min x 5 min set up/down

Therapeutic activities were performed today to improve functional performance via dynamic activities and for Body Mechanics/Ergonomics Education
Lifting

Reaching
Pulling

stand flexion 2# 2x10 for reaching *
Stand scaption 2# 2x10 for reaching*

**ASSESSMENT:**

**Pt with cc right upper trapezius pain today, pt able to perform resisted right shoulder exercises w/o c/o right shoulder pain. Pt reports he is to f/u with PCP re: pain in the back of the head and in the upper trapezius area**

**Plan:**

**1 visit then plan to d/c from formal PT**

**LESLEY PACITTO, MPT, Cert. DN**
**2/9/2022 5:47 PM**

Treatment on 2/9/2022

Note viewed by patient

**Additional Documentation**

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, MPT, Cert. DN | Wed Feb 9, 2022 5:48 PM |

**Linked Episodes**

neck/R shoulder pain Noted 8/2/2021

**Orders Placed**

None

**Medication Changes** As of 2/9/2022 5:48 PM

None

**Medication List at End of Visit** As of 2/9/2022 5:48 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **amitriptyline (Elavil) 25 MG tablet**<br>Take 25 mg by mouth. - Oral<br>Patient-reported medication | | 3/31/2021 | |
| **cyclobenzaprine (Flexeril) 5 MG tablet**<br>Take 5 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 3/2/2021 | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS | | 8/17/2021 | |

**Medication List at End of Visit (continued)** As of 2/9/2022 5:48 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Patient-reported medication | | | |
| **hydrOXYzine HCl (Atarax) 25 MG tablet**<br>Take 25 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 4/28/2021 | |
| **meloxicam (Mobic) 15 MG tablet**<br>TAKE 1 TABLET (15 MG) BY MOUTH IN THE MORNING. - Oral | 2 | 1/21/2022 | 4/21/2022 |
| **simvastatin (Zocor) 10 MG tablet**<br>Patient-reported medication | | 12/9/2021 | |
| **venlafaxine XR (Effoxor-XR) 150 MG 24 hr capsule**<br>Patient-reported medication | | 11/16/2021 | |

**Visit Diagnoses**

Biceps tendinitis of right shoulder M75.21
Chronic right shoulder pain M25.511, G89.29

**Visit Diagnoses**

Biceps tendinitis of right shoulder M75.21
Chronic right shoulder pain M25.511, G89.29

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, MPT, Cert. DN | Daily Note | Encounter Date: 2/1/2022 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
Review Information

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** 2/20/2021

**Visit #: 18**

**Precautions**
No data was found

**CHARGES**
PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 17 minutes
Therapeutic Activity Time Entry - 97530: 10 minutes
PT Modalities Time/Service Based Entry
Ultrasound Time Entry - 97035: 10 minutes
Treatment Time (Timed & Untimed): 37 minutes
Total Visit Time: 37 minutes

**Subjective:**
Pt reports continues to have right shoulder pain. States he has appointment at doctor in Gastonia for knot on

the back of his head that seems to cause him pain.

**Pain**

Pain Score: 5 - Moderate pain

**Objective:**

Right shoulder AROM:
Flexion 115 + pain
scaption 87 deg + pain
ER hand to C7 + pain
IR thumb to T10

right shoulder strength
flexion 4/5 with decreased effort by pt + pain
scaption 4/5 with decreased effort by pt + pain

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
Lean over row 2# 2x10
S/l ER 1# 2x10

UBE 3 min /3 min
Cable rows single 2 plate 3x10 (3 way)
Cable pull down 1 plate 3x10

Cable triceps 2 plates 2x10
ball on wall alphabet 1x*

horiztonal abduction tband lv 2 with chin tuck in stand 2x10*

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US 100% 1.3 w/cm2 anterior right shoulder x 7 min x 5 min set up/down

Therapeutic activities were performed today to improve functional performance via dynamic activities and for Body Mechanics/Ergonomics Education

Lifting

Reaching
Pulling

stand flexion 2# 2x10 for reaching
Stand scaption 2# 2x10 for reaching
Cable bicep curls 2 plates 2x10

Updated HEP with 1-2 lb free weight provided and reviewed with pt.

**ASSESSMENT:**

No improvement in AROM right shoulder for the past several months, with an actual decrease in in AROM of the shoulder since 11/2021. Pt with decreased effort with resisted MMT right shoulder.
Pt reports has pending appt with MD re: pain in back of head that radiates to shoulder.

**Plan:**

**Continue per POC. 2 more visit then plan to d/c**

**LESLEY PACITTO, MPT, Cert. DN**
**2/1/2022 1:00 PM**

Treatment on 2/1/2022

Note shared with patient

**Additional Documentation**

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, MPT, Cert. DN | Tue Feb 1, 2022 1:00 PM |

**Linked Episodes**

neck/R shoulder pain Noted 8/2/2021

**Orders Placed**

None

**Medication Changes** As of 2/1/2022 12:23 PM

None

**Medication List at End of Visit** As of 2/1/2022 12:23 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **amitriptyline (Elavil) 25 MG tablet**<br>Take 25 mg by mouth. - Oral<br>Patient-reported medication | | 3/31/2021 | |

**Medication List at End of Visit (continued)** As of 2/1/2022 12:23 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **cyclobenzaprine (Flexeril) 5 MG tablet**<br>Take 5 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 3/2/2021 | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS<br>Patient-reported medication | | 8/17/2021 | |
| **hydrOXYzine HCl (Atarax) 25 MG tablet**<br>Take 25 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 4/28/2021 | |
| **meloxicam (Mobic) 15 MG tablet**<br>TAKE 1 TABLET (15 MG) BY MOUTH IN THE MORNING. - Oral | 2 | 1/21/2022 | 4/21/2022 |
| **simvastatin (Zocor) 10 MG tablet**<br>Patient-reported medication | | 12/9/2021 | |
| **venlafaxine XR (Effoxor-XR) 150 MG 24 hr capsule**<br>Patient-reported medication | | 11/16/2021 | |

**Visit Diagnoses**

Primary: **Chronic right shoulder pain** M25.511, G89.29

**Visit Diagnoses**

Primary: **Chronic right shoulder pain** M25.511, G89.29

Patricia McHale, MD | Progress Notes | Encounter Date: 1/20/2022
Surgeon | Signed
Specialty: Sports Medicine

**Subjective**
Patient ID: Allan A Araya is a 41 y.o. male.

Chief Complaint: Follow-up of the Right Knee and Follow-up of the Right Shoulder

HPI
Patient is here today for follow-up regarding his right shoulder and both knees. He states that his knee still feel tight. He does feel that physical therapy helped because the forces him to do his exercises. He does still complain of pain in the right shoulder. He is complaining of a persistent knot on the back of his head that has been there since his 2nd motor vehicle accident. He complains of headaches and pain that radiates from this knot down into his neck and out to the right shoulder. He apparently is due to see a neurologist next week.

**Objective**

As the patient describes his neck and head symptoms to me, he shows full range of motion of the right shoulder without any evident pain or distress. He is neurovascularly intact throughout the right upper extremity. He has well-maintained range of motion of both knees and is walking with a normal gait today. He is wearing his knee braces. He is neurovascularly intact throughout both lower extremities.

**Assessment**

Encounter Diagnoses:
**Subacromial bursitis of right shoulder joint**

Biceps tendinitis of right shoulder

Sprain of posterior cruciate ligament of right knee, subsequent encounter

Left knee pain, unspecified chronicity

Impingement syndrome of right shoulder

**Plan**
With respect to the shoulder, given the benign exam and the fact that he is now complaining of pain that starts in the back of his head and radiates to the shoulder, I have recommended that we see with the neurologist has to say before pursuing any additional evaluation of the shoulder itself. It is possible that he could have a radicular component to the shoulder pain. With respect to his knees, we will have him complete his currently scheduled visits of physical therapy but after that I think he can progress to a home exercise protocol only. He

is going to have to be diligent about doing his home exercise protocol and we cannot continue formal physical therapy for ever. At this point, I do not have any work restrictions for the patient. I will plan on seeing him back as needed.

**Orders Placed This Encounter**

Procedures

- Follow-up with Me

| | |
|---|---|
| Standing Status: | Future |
| Standing Expiration Date: | 7/20/2022 |
| Order Specific Question: | Follow-up timeframe: |
| Answer: | PRN |
| Order Specific Question: | Should the patient have an option for video visit? |
| Answer: | In-person only |

Office Visit on 1/20/2022

Note viewed by patient

**Additional Documentation**

Vitals: Ht 6' 1" (1.854 m)
Wt 200 lb (90.7 kg)
BMI 26.39 kg/m²
BSA 2.16 m²
Pain Sc 6

**Electronically signed by**

| | |
|---|---|
| Provider | on |
| Patricia McHale, MD | Thu Jan 20, 2022 10:22 PM |

**Orders Placed**

Follow-up with Me

**Other Orders Performed**

Follow-up with Me

**Medication Changes** As of 1/20/2022 4:31 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Venlafaxine HCl** | | | |
| **Discontinued or Completed: venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule** (ineffective)<br>Patient-reported medication | | | |
| **Unchanged: venlafaxine XR (Effoxor-XR) 150 MG 24 hr capsule**<br>Patient-reported medication | | 11/16/2021 | |

**Medication List at End of Visit** As of 1/20/2022 4:31 PM

| | Refills | Start Date | End Date |
|---|---|---|---|

**Medication List at End of Visit (continued)** As of 1/20/2022 4:31 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **amitriptyline (Elavil) 25 MG tablet**<br>Take 25 mg by mouth. - Oral<br>Patient-reported medication | | 3/31/2021 | |
| **cyclobenzaprine (Flexeril) 5 MG tablet**<br>Take 5 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 3/2/2021 | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS<br>Patient-reported medication | | 8/17/2021 | |
| **hydrOXYzine HCl (Atarax) 25 MG tablet**<br>Take 25 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 4/28/2021 | |
| **meloxicam (Mobic) 15 MG tablet**<br>Take 1 tablet (15 mg) by mouth in the morning. - Oral | 2 | 10/25/2021 | 1/21/2022 |
| **simvastatin (Zocor) 10 MG tablet**<br>Patient-reported medication | | 12/9/2021 | |
| **venlafaxine XR (Effoxor-XR) 150 MG 24 hr capsule**<br>Patient-reported medication | | 11/16/2021 | |

**Visit Diagnoses**

Primary: **Subacromial bursitis of right shoulder joint** M75.51
Biceps tendinitis of right shoulder M75.21
Sprain of posterior cruciate ligament of right knee, subsequent encounter S83.521D
Left knee pain, unspecified chronicity M25.562
Impingement syndrome of right shoulder M75.41

**Visit Diagnoses**

Primary: **Subacromial bursitis of right shoulder joint** M75.51
Biceps tendinitis of right shoulder M75.21
Sprain of posterior cruciate ligament of right knee, subsequent encounter S83.521D
Left knee pain, unspecified chronicity M25.562
Impingement syndrome of right shoulder M75.41

| | |
|---|---|
| Date: | 2/08/2022 |
| To: | Joshua Tuliano<br>LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 73044 |

---

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Psychiatry Advisory Report

### Clinical History

This is an addendum from a Psychiatry perspective only. My prior reports are dated 09/16/2021 and RRS Case # 68382 and dated 01/20/2022 and RRS ID: 72438. Please see my prior reports for details.

The claimant is a 40-year-old male who has the diagnoses of unspecified fracture of right patella, initial encounter for closed fracture, and generalized anxiety disorder (GAD) (F41.1). The date of disability is 12/13/2020. The period in review is from 04/30/2021 and beyond.

Additional information was reviewed.

There is a letter with a response to questions dated 01/31/2022 from provider Christy Bush, FNP that was reviewed. The claimant has been under her care since July 28, 2021. She has been treating him for anxiety and chronic pain after having two major car accidents within a few months of one another. She took over care for him from his previous PCP after that provider left the clinic. She has been adjusting his anxiety medications but was not getting anywhere. She referred him to psychiatry in December 2021 as he stated he was still having anxiety about driving and worried about not being able to work because he would be worried about making mistakes which caused his anxiety to be worse. He does drive himself to his appointments but does not really drive anywhere else because of his anxiety. He was last seen on December 9th and the provider recommended counseling in hopes this would help him be able to work again one day. He has his first appointment this month. She recommends reaching out to them for further recommendations.

## Questions and Reviewer's Response

**1. Does the response from Christy Bush FNP change your prior conclusions/opinions. Please explain.**

Reliable Review Services

The response from Christy Bush, FNP does not change my prior conclusions/opinions.

It is noted that the claimant reports a lot of anxiety about driving and making mistakes at work due to anxiety being worse. He has been referred to therapy and psychiatry. However, he has been able to drive himself to his appointments, although he reports that he does not go anywhere else because of his anxiety. No functional impairment from anxiety is documented to support the inability to work.

## Assessment/Rationale

This is an addendum from a Psychiatry perspective. The claimant is a 40-year-old male. Response to questions from provider Christy Bush, FNP stated the claimant has been under her care since July 28, 2021. She has been treating him for anxiety and chronic pain after having two major car accidents within a few months of one another. She took over care for him from his previous PCP after that provider left the clinic. She has been adjusting his anxiety medications but was not getting anywhere. She referred him to psychiatry in December 2021 as he stated he was still having anxiety about driving and worried about not being able to work because he would be worried about making mistakes which caused his anxiety to be worse. He does drive himself to his appointments but does not really drive anywhere else because of his anxiety. He was last seen on December 9 and the provider recommended counseling in hopes this would help him be able to work again one day. He has his first appointment this month. She recommends reaching out to them for further recommendations.

The response from Christy Bush, FNP does not change my prior conclusions/opinions. It is noted that the claimant reports a lot of anxiety about driving and making mistakes at work due to anxiety being worse. He has been referred to therapy and psychiatry. However, he has been able to drive himself to his appointments, although he reports that he does not go anywhere else because of his anxiety. No functional impairment from anxiety is documented to support the inability to work.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 01/20/2022 | Fax Sheet | RRS |
| 01/31/2022 | Correspondence | Christy Bush, FNP-C |

| | |
|---|---|
| Date: | 2/08/2022 |
| To: | Joshua Tuliano<br>LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 73038 |

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Physical Medicine & Rehabilitation Advisory Report

### Clinical History

This is an addendum from a Physical Medicine & Rehabilitation perspective. My prior reports are dated 9/16/2021 and RRS Case # 68381 and dated 12/13/2021 and RRS ID: 71271 and dated 01/18/2022 and RRS ID: 72134. Please see my prior reports for details.

The claimant is a 41-year old male who has a date of disability on 12/13/20. The claimant has the diagnoses of unspecified fracture of right patella, initial encounter for closed fracture (S82. 001A), sprain of ligaments of the cervical spine, initial encounter (S13. 4XXA), and bicipital tendinitis of the right shoulder (M75.21). The time period under review is from 04/30/2021 and beyond.

Additional information was reviewed.

Office visit note by Aaron Brown, MD dated 01/05/22 reported the claimant presents with complaints of a knot on the back of his head due to a motor vehicle accident. He states that the pain goes down to his right shoulder and experiences headaches. The claimant hit his head on a window in a motor vehicle accident 11 months ago. Having pain in that area, with radiation to the right upper shoulder and neck, and doing PT (physical therapy) still. Concerned about a painful nodule that will not go down the right scalp. On examination, the claimant appears well and in no acute distress. The skin is tender 3cm subcutaneous soft mass right posterior scalp. The claimant is diagnosed with scalp mass. Persisting hematoma, surgical evaluation considering pain. Referral to general surgery.

Office visit note by Dr. David Ellertson dated 01/27/22 reported the claimant presents for evaluation of scalp cyst. The claimant states the lesion has been present for 1 year. In addition, notes pain and intermittent swelling associated with this. The claimant desires surgical removal. On examination, there



Lincoln/Araya 0205

is a posterior scalp with a subcutaneous soft lesion. Overall, the claimant appears well and in no acute distress. The claimant is diagnosed with a sebaceous cyst. In the treatment plan, the cyst appears benign clinically. We can proceed with surgical excision after clearance.

CT scan of the brain without contrast dated 02/23/21 showed no acute intracranial abnormality.

## Questions and Reviewer's Response

**1. Does the additional information change any of your prior conclusions or opinions from your 12/13/21 review? Please explain, with medical evidence, why or why not.**

The additional information does not change any of my prior conclusions or opinions from my 12/13/21 review.

The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of the cervical spine, initial encounter (S13. 4XXA), and bicipital tendinitis of the right shoulder (M75.21). The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of the cervical spine, initial encounter (S13. 4XXA), and bicipital tendinitis of the right shoulder (M75.21). For the right knee, from 4/30/2021 to 11/30/2021, the claimant is limited to occasional bending at the knees, twisting, and crouching for up to a total of 2 hours, in an 8-hour workday. He is restricted from prolonged walking/standing greater than 15 minutes at a time, for a total of 2 hours, in an 8-hour workday. He is restricted from lifting/carrying greater than 10 pounds on occasion. For the neck and the right shoulder: From April 30, 2021, beyond, he is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged sitting, greater than 30 minutes at a time, for up to a total of 6 hours, in an 8-hour workday. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. The claimant is limited to driving for 2 hours in an 8-hour workday. No repetitive shoulder joint motion or forceful pushing/pulling in the right upper extremity. These restrictions/limitations apply through 2/28/2022.

The claimant continues with impairments in the right shoulder and neck and is still using a knee brace. He is attending physical therapy.

## Assessment/Rationale

This is an addendum from a Physical Medicine & Rehabilitation perspective. The claimant is a 41-year old male. The additional information does not change any of my prior conclusions or opinions from my 12/13/21 review.

My previous opinion was the claimant has impairing diagnoses of unspecified fracture of right patella,

initial encounter for closed fracture. (S82. 001A), sprain of ligaments of the cervical spine, initial encounter (S13. 4XXA), and bicipital tendinitis of the right shoulder (M75.21). The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of the cervical spine, initial encounter (S13. 4XXA), and bicipital tendinitis of the right shoulder (M75.21). For the right knee, from 4/30/2021 to 11/30/2021, the claimant is limited to occasional bending at the knees, twisting, and crouching for up to a total of 2 hours, in an 8-hour workday. He is restricted from prolonged walking/standing greater than 15 minutes at a time, for a total of 2 hours, in an 8-hour workday. He is restricted from lifting/carrying greater than 10 pounds on occasion. For the neck and the right shoulder: From April 30, 2021, beyond, he is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged sitting, greater than 30 minutes at a time, for up to a total of 6 hours, in an 8-hour workday. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. The claimant is limited to driving for 2 hours in an 8-hour workday. No repetitive shoulder joint motion or forceful pushing/pulling in the right upper extremity. These restrictions/limitations apply through 2/28/2022.

The claimant continues with impairments in the right shoulder and neck and is still using a knee brace. He is attending physical therapy.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Moshe Lewis

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939

FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 01/28/2022 | Email | Lincoln Financial Group |
| 01/05/2022, 01/27/2022 | Progress Notes | CaroMont Health |
| 02/23/2021 | CT Scan of the Brain | George John Hatsios, MD |

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Tue, 8 Feb 2022 20:35:35 +0000
**To:**VendorReferrals;Tuliano, Joshua
**Subject:**Claim Number: 11295718 RRS Case #: 73044
**Attachments:**Report_RRS3_73044-1_v1.pdf, Invoice_73044-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

**Reliable Review Services**

**Invoice Number : 73044-1** **2/8/2022 11:38 AM CST**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 73044-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 0.75 | 210 | $0.00 | 0 | 157.50 |
| | | | **Total Due:** | **$157.50** | |

**Reviewer Details**

**Reviewer**

Elena A Dlugach - Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*

Reliable RS, PO Box 492890, Redding CA 96049

# INVOICE

**Reliable Review Services**

**Invoice Number : 73038-1** **2/8/2022 11:56 AM CST**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 73038-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 0.75 | 210 | $0.00 | 0 | 157.50 |
| | | | **Total Due:** | **$157.50** | |

**Reviewer Details**

**Reviewer**

Moshe Lewis - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, February 1, 2022 2:09:53 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | lgguplssumqlo6vu9vv0_12092137.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

February 1, 2022

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received additional records that you sent in on January 28, 2022 from CaroMont Health. We will be conducting an addendum review for these records and making a final determination upon receipt of the review.

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

**From:**Tuliano, Joshua
**Sent:**Tue, 1 Feb 2022 18:54:33 +0000
**To:**Kenneth Smith
**SCcuebt:**RE: Claim Number: 11295718 (secure)

Good afternoon,

Please proceed with an addendum review.

Question:

1. Does the response from Christy Bush FNP change your prior conclusions/opinions. Please explain.

No AP contact is needed as it was attempted on the prior reviews.

Thank you,




**joJs TCHi noa, MAaAB**
Appeal Specialist

**Llnbolm Flni nbli hGroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax


---

**From:** Kenneth Smith <KSmith@reliablers.com>
**Sent:** Monday, January 31, 2022 4:52 PM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**SCcuebt:** Claim Number: 11295718

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Evening

Please see the attached fax response from  Dr. Dlugach

Please advise if you would like an addendum

Thanks

Kenneth H. Smith

Client Coordinator
Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Phone: 561-893-0123
Fax: 561-995-4189
Email: kSmith@reliablers.com
Web: www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Tuliano, Joshua
**Sent:**Tue, 1 Feb 2022 18:57:27 +0000
**To:**CSR@reliablers.com
**SCc uebt:**Peer Review Claim 11295718 - Addendum Request (secure)
**Attj bJ ments:**11295718-MEDICAL-MEDICALRECORDS-01.28.2022.pdf

Hello,

Can we please set up an addendum review with Moshe Lewis, MD (PM&R) for the above claim? The original report was dated 9/16/21, addendums dated 12/13/21, 1/18/22. The attached documents are for the addendum.

Questions for the addendum:

1. Does the additional information change any of your prior conclusions or opinions from your 12/13/21 review? Please explain, with medical evidence, why or why not.

AP contact at reviewers discretion.

Thank you,

**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linbolн Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
| --- | --- |
| **To:** Christy Bush, FNP | **From:** Reliable RS |
| **Fax:** 704-865-7328 | **Date:** January 20, 2022 |
| **Re:** Allan A Araya | **RRS ID:** 72438 |

As an Independent Peer Reviewer, Elena A Dlugach, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 2/10/2022.**

Does claimant have impairment from the psychiatric standpoint?
Is his anxiety preventing him from working?
When was he last seen and what were the clinical findings?
Have you had to adjust his anxiety medication regimen?

[signature]

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140
January 20, 2022

RRS
Reliable Review Services

18:30:55

| Send to: | From: Reliable Review Services |
|---|---|
| Company: | Phone:<br>Email: NTroiano@reliablers.com |
| Fax: 917048657328 | Fax: 561-995-4189 |

Total Pages (including cover page): 3

**Comment:**

Hi Christy Bush, FNP,

This letter is being sent on behalf of Independent Peer Reviewer, Dr. Dlugach.

Please review for accuracy, comment, sign, and return no later than 02/10/2022.

Thank you,

Nicole Troiano
Client Coordinator
Reliable Review Services

777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Phone: 508-801-2502
Fax: 561-995-4189

Email. ntroiano@reliablers.com
Web. www.reliablers.com

CaroMont Health

Caromont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557
Phone: 704-865-1749
Fax: 704-865-7328

January 31, 2022

Allan Arturo Araya
Date of Birth:

To Whom It May Concern:

Allan has been under my care since 7/28/2021. Since that time I have been treating him for anxiety and chronic pain after having two major car accidents within a few months of one another. I took over care from his previous PCP after that provider left the clinic. We have been adjusting Allan anxiety medications but was not getting anywhere with the medications. I referred him to psychiatry in December 2021 has Allan stated he was still having anxiety about driving and worried about not being able to work because he would be worried about making mistakes which caused his anxiety to be worse. Patient does drive himself to his appointments but does not really drive anywhere else because of his anxiety.
I last saw him on December 9, 2021 and recommended counseling, in hopes this would help him be able to work again one day. He has his first appointment with them this month. I recommend reaching out to them for further recommendations.

Sincerely,

Christy Bush, FNP-C

**From:** DisabilityDocuments
**Sent:** Friday, January 28, 2022 7:47 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Secure Mail: Requested Records

---

**From:** Allan Araya <
**Sent:** Saturday, January 29, 2022 12:45:44 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; Allan Araya <
**Subject:** Fw: Secure Mail: Requested Records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Mr Joshua. Please see attached records. My claim # is 11295718. Thank you!!

Allan,

----- Forwarded Message -----
**From:** Atalaya Neal <atalaya.neal@caromonthealth.org>
**To:** <
**Sent:** Friday, January 28, 2022, 06:53:54 PM EST
**Subject:** Secure Mail: Requested Records

This message was sent securely using Zix®

**PLEASE DO NOT REPLY TO THIS E-MAIL.** See attached for the requested records.
If you have any questions, please contact HIM Department at 704.834.2111.

Atalaya L. Neal
Caromont Regional Medical Center
HIM Supervisor
atalaya.neal@caromonthealth.org

This message was secured by Zix®. **[Error : unloaded OLE object or mail attachment]**

**Progress Notes by Brown, Aaron, MD at 1/5/2022 9:50 AM**

Author: Brown, Aaron, MD
Filed: 1/5/2022 10:29 AM
Editor: Brown, Aaron, MD (Physician)
Service: —
Encounter Date: 1/5/2022
Author Type: Physician
Status: Signed

Allan Arturo Araya

CC: Mass (Allan is here today with a complaint of a knot on the back of his head due to a MVA. He states that the pain goes down to his right shoulder and experiences headaches. )

HPI: Hit head on window in MVA 11 mos ago.
Having pain in that area, with radiation to right upper shoulder and neck, doing PT still. Concerned about a painful nodule that will not go down right scalp.

Medical problems:
**Patient Active Problem List**

| Diagnosis | Code |
|---|---|
| • Anxiety state | F41.1 |
| • Class 1 obesity due to excess calories with serious comorbidity in adult | E66.09 |
| • Chronic fatigue | R53.82 |
| • Mixed hyperlipidemia | E78.2 |
| • Chronic MEE (middle ear effusion), bilateral | H65.493 |
| • Polyarthralgia | M25.50 |
| • Closed displaced comminuted fracture of shaft of right tibia | S82.251A |
| • MVC (motor vehicle collision) | V87.7XXA |
| • Intractable acute post-traumatic headache | G44.311 |
| • Cervicalgia | M54.2 |
| • Chronic right shoulder pain | M25.511, G89.29 |
| • Impingement syndrome of right shoulder | M75.41 |
| • Knee pain, right | M25.561 |
| • Left knee pain | M25.562 |
| • Sprain of posterior cruciate ligament of right knee | S83.521A |
| • Biceps tendinitis of right shoulder | M75.21 |
| • Subacromial bursitis of right shoulder joint | M75.51 |

Past Medical History:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

Past Surgical History: No past surgical history on file.

Medications:
Current Outpatient Medications:
• amitriptyline (ELAVIL) 25 mg tablet, Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia, Disp: 90 Tab, Rfl: 1
• cyclobenzaprine (FLEXERIL) 5 mg Tablet, Take 1 Tab (5 mg) by mouth every 8 hours as needed for

Spasm., Disp: 30 Tab, Rfl: 2
• diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.), , Disp: , Rfl:
• EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector, Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose., Disp: 2 Each, Rfl: 0
• ergocalciferol (VITAMIN D2) 50,000 unit capsule, Take 1 Capsule (50,000 Units) by mouth Every 7 days., Disp: 12 Capsule, Rfl: 1
• [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule, Take 1 Cap (50,000 Units) by mouth Every 7 days., Disp: 12 Cap, Rfl: 1
• hydrOXYzine HCL (ATARAX) 25 mg tablet, TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA., Disp: 270 Tablet, Rfl: 0
• ibuprofen (MOTRIN) 600 mg tablet, , Disp: , Rfl:
• simvastatin (ZOCOR) 10 mg tablet, Take 1 Tablet (10 mg) by mouth Daily late., Disp: 30 Tablet, Rfl: 2
• venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule, Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety, Disp: 90 Capsule, Rfl: 1

Allergies:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Vitals:**

| | 01/05/22 1009 |
|---|---|
| BP: | 122/82 |
| BP Location: | right arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 73 |
| Resp: | 16 |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Temporal |
| SpO2: | 98% |
| Weight: | 97 kg (213 lb 12.8 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 29 kg/m².

Physical Exam
Constitutional: General Appearance: WDWN. Level of Distress: NAD
Psychiatric: Insight: good judgement. Mental Status: normal mood and affect and active and alert.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA.
Neck: normal ROM, no masses, thyromegally, thyroid nodules. No cervical or supraclavicular LA.
Skin: Tender 3cm subcutaneous soft mass right posterior scalp

No results found for this visit on 01/05/22 (from the past 24 hour(s)).

Assessment and Plan

**1. Scalp mass**
Ongoing and painful after MVA. ? Persisting hematoma. Surgical evaluation considering pain.
- AMB Referral to General Surgery

Electronically signed by Brown, Aaron, MD at 1/5/2022 10:29 AM

**Progress Notes by Ellertson Jr., David G, MD at 1/27/2022 1:30 PM**

| | | |
|---|---|---|
| Author: Ellertson Jr., David G, MD | Service: — | Author Type: Physician |
| Filed: 1/27/2022 2:24 PM | Encounter Date: 1/27/2022 | Status: Signed |
| Editor: Ellertson Jr., David G, MD (Physician) | | |

**CaroMont Surgical Associates**

**Date of Service: 1/27/2022**

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 41 y.o. Hispanic male.

**Chief Complaint:** Referral (Scalp Mass. Referring Dr. Aaron Brown)

41-year-old male presents for evaluation of scalp cyst. Patient states lesion has been present for 1 year. Also notes pain and intermittent swelling associated with this. He desires surgical removal.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • No Known Problems | Father | | |
| • No Known Problems | Mother | | |
| • No Known Problems | Sister | | |
| • No Known Problems | Brother | | |
| • Heart Attack | Maternal Grandmother | | |
| • Emphysema | Maternal Grandfather | | |
| • Unknown | Paternal Grandmother | | |
| • Unknown | Paternal Grandfather | | |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|

| | | | |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Capsule (50,000 Units) by mouth Every 7 days. | 12 Capsule | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tablet | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • meloxicam (MOBIC) 15 mg tablet | | | |
| • simvastatin (ZOCOR) 10 mg tablet | Take 1 Tablet (10 mg) by mouth Daily late. | 30 Tablet | 2 |
| • venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety | 90 Capsule | 1 |

No current facility-administered medications for this visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Social History**

Socioeconomic History

- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History

- Not on file

Tobacco Use

- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity

- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file

**Review of Systems**
Aside from that noted in the PMH and HPI, a complete review of systems was reviewed with the patient and found to be otherwise negative.

**Objective:**

BP 135/73 (BP Location: right arm, Patient Position: Sitting, BP Cuff Size: Large Adult) | Pulse 87 | Temp 98.7 °F (37.1 °C) (Temporal) | Ht 6' (1.829 m) | Wt 91.6 kg (202 lb) | SpO2 96% | BMI 27.40 kg/m²

***General appearance*** alert, cooperative, no distress, appears stated age
***Head*** Normocephalic, without obvious abnormality, atraumatic
***Eyes*** conjunctivae/corneas clear. PERRL, EOM's intact.
***Ears*** Normal external exam AU
***Nose*** Nares normal. Septum midline. Mucosa normal. No drainage or sinus tenderness.
***Throat*** Lips, mucosa, and tongue normal. Teeth and gums normal
***Neck*** supple, symmetrical, trachea midline, no adenopathy, thyroid: not enlarged, symmetric, no tenderness/mass/nodules, no carotid bruit and no JVD

***Back*** symmetric, no curvature. ROM normal. No CVA tenderness
***Lungs*** clear to auscultation bilaterally, no dullness to percussion, no wheezes or rales
***Chest wall*** no tenderness
***Heart*** regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
***Abdomen*** soft, non-tender. Bowel sounds normal. No masses, No organomegaly
***Extremities*** extremities normal, atraumatic, no cyanosis or edema
***Pulses*** 2+ and symmetric
***Skin*** posterior scalp with 2 cm subcutaneous soft lesion
***Lymph nodes*** Cervical, supraclavicular, and axillary nodes normal.
***Neurologic*** Cranial nerves 2 thru 12 grossly normal, moves all extremities well, No focal neuro deficits.

**Data Review**
CBC:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 8.8 | 02/02/2021 06:56 PM |
| RBC | 5.31 | 02/02/2021 06:56 PM |
| HGB | 15.4 | 02/02/2021 06:56 PM |
| HCT | 44.6 | 02/02/2021 06:56 PM |
| PLT | 357 | 02/02/2021 06:56 PM |

**Assessment:**
Allan was seen today for referral.

Diagnoses and all orders for this visit:

**Sebaceous cyst**

**Plan:**
1. 41-year-old male with symptomatic scalp cyst. This appears benign clinically. Patient desires surgical excision. We can proceed with surgical excision in our procedure room after clearance.

David G. Ellertson, Jr. M.D. 1/27/2022 2:23 PM

Electronically signed by Ellertson Jr., David G, MD at 1/27/2022 2:24 PM

**CT HEAD WO CONTRAST [182213752]**

Electronically signed by: **Goodwin, Matthew T, PA on 02/23/21 1752** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Goodwin, Matthew T, PA 02/23/21 1752 — Ordering provider: Goodwin, Matthew T, PA
Authorized by: Goodwin, Matthew T, PA — Ordering mode: Standard
Indications of use: Head trauma, skull fracture or hematoma (Age 19-64y)

**Questionnaire**

| Question | Answer |
|---|---|
| Method of Transportation | Stretcher |

**Screening Form**

**General Information**

Patient Name: Araya, Allan Arturo
Date of Birth:
Legal Sex: Male

MRN: 934141
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT HEAD WO CONTRAST | Goodwin, Matthew T, PA<br>704-834-2266 | Goodwin, Matthew T, PA<br>704-834-2266 | 2/23/2021 6:30 PM<br>MTHLY CT<br>CRMT IMAGING CT SCAN-MT HOLLY |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Does this study require contrast screening? | No | |
| What is the patient's height? Indicate in inches. | | |
| 2. Have you had a previous contrast/dye injection for an IVP, CT Scan, Heart Cath, Angiogram, MRI or Myelogram? | | |
| 3. Have you ever had a contrast/dye reaction? If Yes, please explain | | |
| 4. Have you been pre-medicated for a contrast/dye allergy for THIS examination? | | |
| If pre medicated - what did you take? and when? | | |
| 5. Have you ever had cancer? If yes, what kind? | | |
| 6. Do you have multiple myeloma? | | |
| 7. Have you had Chemotherapy in the past 12 months/1 year? | | |
| 8. Do you have renal disease? Including renal insufficiency, tumor, transplant or surgery. Excluding Stones. | | |
| 8b. Has patient been on hemodialysis more than 2 months? - if YES then no creatinine required. | | |
| 9. Does patient have diabetes? | | |
| 10. Are you currently taking any of the following medications? | | |
| Is expected volume of contrast to be used <10 cc? If Yes, no creatinine required. | | |
| Is patient age 60 or older? (If YES - a creatinine and eGFR is required) | | |
| If age <60 and answers YES to any questions 6,7,8,9 or 10 a Creatinine and eGFR is required to proceed: Enter value (Creatinine must be done within 30 days of examination) | | |
| If known contrast reaction exist and no prophylaxis is ordered, consult physician to proceed with contrast injection. | | |
| Name of physician consulted for contrast injection | | |
| Physician's additional recommendations: | | |
| Screened by: | | |
| Is this patient an OP? (Form is not required for ER or IP) | No | |
| If patient answered yes to #4 assessment Abuse question, was pamphlet given? | | |
| Pertinent previous studies: list date/location next to selection | | |
| Medication list reviewed? | | |
| Patient education was given with understanding and acknowledgement given by: | | |
| Barriers to learning: | | |
| Abnormalities that might impact exam: | | |
| Mental status: | | |
| Psychosocial status: | | |
| Special Considerations: | | |
| Patient is educated as to what to expect during the examination: | | |
| Patient is educated about possible complications to look for after the procedure: | | |
| Patient is given printed discharge instructions. These instructions should include any associated risk prevention related to the visit, the procedure or the patient's condition | | |
| Patient and/or family are educated about procedure site | | |

_infection?
Patient is given information for obtaining test results and any _safety related concerns.
_IV's, Catheters, tubes in place:
_Any medication changes made?
If yes to med change - Please enter medication type and _instructions given
Complications:

## INTERPRETATION

HISTORY: Motor vehicle accident. Headache

For all CaroMont Health Care System CT exams, one or more of the following radiation dose
reduction techniques were used to achieve the minimum dose exposure while maintaining necessary
diagnostic image quality: Automated exposure control, BMI based dose modulation, and iterative
reconstruction technique. CTDIvol: 51.9 mGy. DLP: 878 mGy-cm.

CT BRAIN WITHOUT CONTRAST

FINDINGS:

Axial CT images are obtained through the brain without intravenous contrast. The sulcal and gyral
pattern is within normal limits.

Negative for recent infarct or intracranial hemorrhage. No abnormal extra-axial fluid collection
or midline shift. The ventricles are normal in size, shape and symmetry.

The visualized portions of the orbits and sinuses are unremarkable.

Negative for skull fracture.

IMPRESSION

No acute intracranial abnormality.

Electronically Signed By: George John Hatsios, MD on 2/23/2021 6:37 PM

**END OF REPORT**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Christy Bush, FNP | **From:** Reliable RS |
| **Fax:** 704-865-7328 | **Date:** January 20, 2022 |
| **Re:** Allan A Araya | **RRS ID:** 72438 |

As an Independent Peer Reviewer, Elena A Dlugach, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 2/10/2022.**

Does claimant have impairment from the psychiatric standpoint?
Is his anxiety preventing him from working?
When was he last seen and what were the clinical findings?
Have you had to adjust his anxiety medication regimen?

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140
January 20, 2022

Reliable Review Services

15:44:19

| Send to: | From: Reliable Review Services |
|---|---|
| Company: | Phone:<br>Email: NTrojano@reliablers.com |
| Fax: 917048657328 | Fax: 561-995-4189 |

Total Pages (including cover page): 4

**Comment:**

Hi Christy Bush, FNP,

This letter is being sent on behalf of Independent Peer Reviewer, Dr. Lewis,.

Please review for accuracy, comment, sign, and return no later than 02/01/2022.

Thank you,

Nicole Troiano
Client Coordinator
Reliable Review Services

777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Phone: 508-801-2502
Fax: 561-995-4189

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Christy Bush, FNP | **From:** Reliable RS |
| **Fax:** 704-865-7328 | **Date:** January 18, 2022 |
| **Re:** Allan A Araya | **RRS ID:** 72134 |

As an Independent Peer Reviewer, Moshe Lewis, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 2/1/2022.**

What is the claimant's diagnosis?
What are objective functional impairments noted?
What is the claimant's prognosis?
What are the claimant's estimated restrictions?
What is the claimant's estimated return to work date?

Patient has been referred to psychiatry.

Moshe Lewis

Moshe Lewis, M.D.
Board Certified

Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

Reliable Review Services

January 18, 2022

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 12/9/2021
CaroMont Family Medicine (Gaston Day)

Provider: Bush, Christy P, FNP-C (Family Practice)
Primary diagnosis: Anxiety state
Reason for Visit: High Cholesterol • Anxiety; Referred by Bush, Christy P, FNP-C

## Progress Notes

Bush, Christy P, FNP-C (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o. Other male.

**Chief Complaint:**High Cholesterol (F/U) and Anxiety

Allan Arturo Araya is here for the above.

Problem

**Impingement Syndrome of Right Shoulder**
Has 3 different NSAIDs on the chart. Recommended only taking one.

**Anxiety State**
Effexor was increased to 150 at last appointment. Positive depression screening at orthopedic doctor.
Still not making much progress with his anxiety with medications.

**Mixed Hyperlipidemia**
Strong FH- mom, dad, sister

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| HDL | 52 | 08/27/2021 08:30 AM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

Biceps tendinitis of right shoulder
Subacromial bursitis of right shoulder joint
Sprain of posterior cruciate ligament of right knee, subsequent encounter

Going to do PT.

Drives to his mom's house. He states that he does not have any friends or social outings.
States he has a friend in Charlotte but does not like to drive.

Scared to go back to work b/c of the pain. States that he is scared to make mistakes. Continues to do home PT.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tablet | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • simvastatin (ZOCOR) 10 mg tablet | Take 1 Tablet (10 mg) by mouth Daily late. | 30 Tablet | 2 |
| • venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety | 90 Capsule | 1 |

No current facility-administered medications for this visit.

**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file

**Review of Systems**
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective:**

**Vitals:**

| | 12/09/21 1519 |
|---|---|
| BP: | 122/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Large Adult |
| Pulse: | 107 |
| Resp: | 16 |
| Temp: | 98.9 °F (37.2 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | 96.2 kg (212 lb) |
| Height: | 6' (1.829 m) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:

General: He is not in acute distress.

Appearance: Normal appearance. He is well-developed. He is not ill-appearing, toxic-appearing or diaphoretic.

HENT:

Head: Normocephalic.

Eyes:

Conjunctiva/sclera: Conjunctivae normal.

Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.

Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:

Effort: Pulmonary effort is normal. No tachypnea or respiratory distress.

Breath sounds: Normal breath sounds. No wheezing or rales.

Chest:

Chest wall: No tenderness.

Musculoskeletal:

General: Normal range of motion.

Cervical back: Normal range of motion.

Comments: **Bilateral knee braces**

Skin:

General: Skin is warm and dry.

Neurological:

Mental Status: He is alert and oriented to person, place, and time.

Psychiatric:

Attention and Perception: Attention normal.

Mood and Affect: Mood normal.

Speech: Speech normal.

Behavior: Behavior normal. Behavior is cooperative.

Thought Content: Thought content normal.

Cognition and Memory: Cognition normal.
Judgment: Judgment normal.

**Data Review**: Pertinent labs reviewed
No results found for this visit on 12/09/21.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 8.8 | 02/02/2021 06:56 PM |
| HGB | 15.4 | 02/02/2021 06:56 PM |
| HCT | 44.6 | 02/02/2021 06:56 PM |
| PLT | 357 | 02/02/2021 06:56 PM |
| MCV | 84 | 02/02/2021 06:56 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| NA | 140 | 02/02/2021 06:56 PM |
| K | 4.1 | 02/02/2021 06:56 PM |
| CL | 100 | 02/02/2021 06:56 PM |
| CO2 | 25 | 02/02/2021 06:56 PM |
| CA | 9.8 | 02/02/2021 06:56 PM |
| BUN | 10 | 02/02/2021 06:56 PM |
| CREAT | 0.78 | 02/02/2021 06:56 PM |
| GFR | 113 | 02/02/2021 06:56 PM |
| GLUCOSE | 95 | 12/05/2019 07:18 PM |
| TOTALPROTEIN | 7.7 | 02/02/2021 06:56 PM |
| ALBUMIN | 4.5 | 02/02/2021 06:56 PM |
| BILITOTAL | 0.5 | 02/02/2021 06:56 PM |
| ALKPHOS | 70 | 02/02/2021 06:56 PM |
| AST | 17 | 02/02/2021 06:56 PM |
| ALT | 21 | 02/02/2021 06:56 PM |
| ANIONGAP | 10 | 12/05/2019 07:18 PM |
| BCRATIO | 13 | 02/02/2021 06:56 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| CHOLTOT | 362 (H) | 07/28/2021 04:28 PM |
| CHOLTOT | 241 (H) | 02/02/2021 06:56 PM |
| HDL | 52 | 08/27/2021 08:30 AM |
| HDL | 59 | 07/28/2021 04:28 PM |
| HDL | 41 | 02/02/2021 06:56 PM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| LDLCALC | 256 (H) | 07/28/2021 04:28 PM |
| LDLCALC | 150 (H) | 02/02/2021 06:56 PM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 229 (H) | 07/28/2021 04:28 PM |
| TRIGLYCERIDE | 270 (H) | 02/02/2021 06:56 PM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |

| | | |
|---|---|---|
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| HGBA1C | 5.0 | 12/05/2019 07:58 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| VITD25HYTO | 28.1 (L) | 07/28/2021 04:28 PM |

**Assessment/Plan:**

Allan was seen today for high cholesterol and anxiety.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:

Recommend psychiatry referral.
Discussed needing more than meds as he states he stay home most of the time and continues to not feel ready to work...
Encouraged needing to get back into society

Orders:

- Cancel: AMB Referral to Counseling
- AMB Referral to Psychiatry
- AMB Referral to Counseling

**Mixed hyperlipidemia**

Assessment & Plan:

Start statin today. Went over side effects

Orders:

- simvastatin (ZOCOR) 10 mg tablet; Take 1 Tablet (10 mg) by mouth Daily late.

**Impingement syndrome of right shoulder**

Return in about 3 months (around 3/9/2022).
Tobacco Use: Tobacco use was assessed
Tobacco Use Follow-up: cessation not applicable
Medication Reconciliation: Discharge medication list has been reviewed and reconciled with current medication list

Treatment plan reviewed with the patient.
Medication risks/benefit reviewed with the patient
**Health Maintenance Topics with due status: Postponed**

| Topic | Postponed Until |
|---|---|
| COVID-19 VACCINE | 03/09/2022 (Originally 12/29/1992) |

**Health Maintenance Topics with due status: Completed**

| Topic | Last Completion Date |
| --- | --- |
| INFLUENZA VACCINE | 10/26/2021 |

**Health Maintenance Topics with due status: Aged Out**

| Topic | Date Due |
| --- | --- |
| HIB VACCINE | Aged Out |
| PNEUMOCOCCAL VACCINE: <65 | Aged Out |

Discussed with the patient and all questioned fully answered. He will call me if any problems arise.
An After Visit Summary was printed and given to the patient.

## Other Notes

All notes

Mixed hyperlipidemia A&P from Bush, Christy P, FNP-C (Family Practice)

Anxiety state A&P from Bush, Christy P, FNP-C (Family Practice)

## Instructions

Return in about 3 months (around 3/9/2022).

After Visit Summary (Printed 12/9/2021)

## Additional Documentation

| | |
| --- | --- |
| Vitals: | BP 122/80 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Large Adult) Pulse 107 Temp 98.9 °F (37.2 °C) (Oral) Resp 16 Ht 6' (1.829 m) Wt 96.2 kg (212 lb) SpO2 96% BMI 28.75 kg/m² BSA 2.21 m² |
| Flowsheets: | Viral Screening, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

AMB Referral to Psychiatry Authorized
AMB Referral to Counseling Pending Review

## Medication Changes

As of 12/9/2021 3:34 PM

**Added: simvastatin (ZOCOR) 10 mg tablet**
Refills: 2
Start Date: 12/9/2021
End Date: 3/9/2022
Take 1 Tablet (10 mg) by mouth Daily late. - Oral

**Discontinued or Completed: meloxicam (MOBIC) 15 mg tablet**
Patient-reported medication

## Medication List at End of Visit

As of 12/9/2021 3:34 PM

**amitriptyline (ELAVIL) 25 mg tablet**
Refills: 1
Start Date: 9/9/2021
Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia - Oral

**cyclobenzaprine (FLEXERIL) 5 mg Tablet**
Refills: 2
Start Date: 3/2/2021
Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral

**diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.)**
Start Date: 6/9/2021
Patient-reported medication

**EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector**
Refills: 0
Start Date: 2/2/2021
End Date: 12/9/2021
Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. - subCUT

**ergocalciferol (VITAMIN D2) 50,000 unit capsule**
Refills: 1
Start Date: 7/29/2021
End Date: 1/5/2022
Take 1 Cap (50,000 Units) by mouth Every 7 days. - Oral

**hydrOXYzine HCL (ATARAX) 25 mg tablet**
Refills: 0
Start Date: 11/10/2021
TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. - Oral

**ibuprofen (MOTRIN) 600 mg tablet**
Start Date: 12/14/2020
Patient-reported medication

**simvastatin (ZOCOR) 10 mg tablet**
Refills: 2
Start Date: 12/9/2021
End Date: 3/9/2022
Take 1 Tablet (10 mg) by mouth Daily late. - Oral

**venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule**
Refills: 1
Start Date: 11/10/2021
End Date: 2/8/2022
Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety - Oral
Notes to Pharmacy: Increased dose, please d/c previous script

## Visit Diagnoses

Anxiety state F41.1
Mixed hyperlipidemia E78.2
Impingement syndrome of right shoulder M75.41

# Allan Arturo Araya

12/9/2021 3:00 PM Office Visit
MRN: 934141

Description: Male DOB: Provider: Christy Bush
Department: CaroMont Family Medicine (Gaston Day) CSN: 126712573

## Recent Review Flowsheet Data

| Vitals | 7/28/2021 | 9/9/2021 | 9/9/2021 | 12/9/2021 | 12/9/2021 | 1/5/2022 | 1/5/2022 |
|---|---|---|---|---|---|---|---|
| BP | 110/80 | - | 122/84 | - | 122/80 | - | 122/82 |
| Pulse | 103 | - | 75 | - | 107 | - | 73 |
| Temperature | - | - | 97 | - | 98.9 | - | 98.1 |
| Respirations | 16 | - | 16 | - | 16 | - | 16 |
| Weight | 219 lbs 3 oz | - | 217 lbs | - | 212 lbs | - | 213 lbs 13 oz |
| Height | 6' 0" | - | 6' 0" | - | 6' 0" | - | 6' 0" |
| BMI | - | 29.43 | - | 28.75 | - | 29 | - |
| BSA | - | 2.24 | - | 2.21 | - | 2.22 | - |

⚠ **Some recent data might be hidden**

# Patient-Entered Data

Cannot retrieve data: FLT ID is missing or invalid.

## Referring Provider

Christy P Bush, FNP-C

## Diagnoses

| | Codes | Comments |
|---|---|---|
| Anxiety state | ICD-9-CM: 300.00<br>ICD-10-CM: F41.1 | |
| Mixed hyperlipidemia | ICD-9-CM: 272.2<br>ICD-10-CM: E78.2 | |
| Impingement syndrome of right shoulder | ICD-9-CM: 726.2<br>ICD-10-CM: M75.41 | |

## Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **simvastatin (ZOCOR) 10 mg tablet**<br>Take 1 Tablet (10 mg) by mouth Daily late. - Oral | 30 Tablet | 2 | 12/9/2021 | 3/9/2022 |

## Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **meloxicam (MOBIC) 15 mg tablet** | |

## Other Orders

### Active

AMB Referral to Psychiatry — Ordered On: 12/09/2021
AMB Referral to Counseling — Ordered On: 12/09/2021

## Visit Disposition

Dispositions

- Return in about 3 months (around 3/9/2022).

## Recent Review Flowsheet Data

There is no flowsheet data to display in this report, but data may be available in complete flowsheet.

**...More Data Exists**

## Vitals

Most recent update: 12/9/2021 3:20 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/80 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Large Adult) | 107 | 98.9 °F (37.2 °C) (Oral) | 16 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 96.2 kg (212 lb) | 96% | 28.75 kg/m² |

## Pain Information

No pain information on file

Not recorded

## Allergies as of 12/9/2021

Reviewed by Bush, Christy P, FNP-C on 12/9/2021

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Shrimp | 02/04/2019 | | Anaphylaxis |
| Soy | 02/04/2019 | | Anaphylaxis |

## PROGRESS NOTES

### Bush, Christy P, FNP-C at 12/9/2021 3:00 PM

Status: Signed

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o. Other male.

**Chief Complaint:**High Cholesterol (F/U) and Anxiety

Allan Arturo Araya is here for the above.

Problem:

**Impingement Syndrome of Right Shoulder**

Has 3 different NSAIDs on the chart. Recommended only taking one.

**Anxiety State**

Effexor was increased to 150 at last appointment. Positive depression screening at orthopedic doctor.

Still not making much progress with his anxiety with medications.

**Mixed Hyperlipidemia**

Strong FH- mom, dad, sister

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| HDL | 52 | 08/27/2021 08:30 AM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

Biceps tendinitis of right shoulder
Subacromial bursitis of right shoulder joint
Sprain of posterior cruciate ligament of right knee, subsequent encounter

Going to do PT.

Drives to his mom's house. He states that he does not have any friends or social outings.
States he has a friend in Charlotte but does not like to drive.
Scared to go back to work b/c of the pain. States that he is scared to make mistakes.
Continues to do home PT.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |

| | | | |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tablet | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • simvastatin (ZOCOR) 10 mg tablet | Take 1 Tablet (10 mg) by mouth Daily late. | 30 Tablet | 2 |
| • venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety | 90 Capsule | 1 |

No current facility-administered medications for this visit.

**Social History** ≫

Socioeconomic History

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |

- Smokeless tobacco: Never Used

Substance and Sexual Activity

- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file

**Review of Systems**
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective:**

**Vitals:**

| | |
|---|---|
| | 12/09/21 1519 |
| BP: | 122/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |

| | |
|---|---|
| BP Cuff Size: | Large Adult |
| Pulse: | 107 |
| Resp: | 16 |
| Temp: | 98.9 °F (37.2 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | 96.2 kg (212 lb) |
| Height: | 6' (1.829 m) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No tachypnea or respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
Chest wall: No tenderness.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Comments: **Bilateral knee braces**
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal. Behavior is cooperative.
Thought Content: Thought content normal.
Cognition and Memory: Cognition normal.
Judgment: Judgment normal.

**Data Review**: Pertinent labs reviewed
No results found for this visit on 12/09/21.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 8.8 | 02/02/2021 06:56 PM |
| HGB | 15.4 | 02/02/2021 06:56 PM |
| HCT | 44.6 | 02/02/2021 06:56 PM |
| PLT | 357 | 02/02/2021 06:56 PM |
| MCV | 84 | 02/02/2021 06:56 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| NA | 140 | 02/02/2021 06:56 PM |
| K | 4.1 | 02/02/2021 06:56 PM |
| CL | 100 | 02/02/2021 06:56 PM |
| CO2 | 25 | 02/02/2021 06:56 PM |
| CA | 9.8 | 02/02/2021 06:56 PM |
| BUN | 10 | 02/02/2021 06:56 PM |
| CREAT | 0.78 | 02/02/2021 06:56 PM |
| GFR | 113 | 02/02/2021 06:56 PM |
| GLUCOSE | 95 | 12/05/2019 07:18 PM |
| TOTALPROTEIN | 7.7 | 02/02/2021 06:56 PM |
| ALBUMIN | 4.5 | 02/02/2021 06:56 PM |
| BILITOTAL | 0.5 | 02/02/2021 06:56 PM |
| ALKPHOS | 70 | 02/02/2021 06:56 PM |
| AST | 17 | 02/02/2021 06:56 PM |
| ALT | 21 | 02/02/2021 06:56 PM |
| ANIONGAP | 10 | 12/05/2019 07:18 PM |
| BCRATIO | 13 | 02/02/2021 06:56 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| CHOLTOT | 362 (H) | 07/28/2021 04:28 PM |
| CHOLTOT | 241 (H) | 02/02/2021 06:56 PM |
| HDL | 52 | 08/27/2021 08:30 AM |
| HDL | 59 | 07/28/2021 04:28 PM |
| HDL | 41 | 02/02/2021 06:56 PM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| LDLCALC | 256 (H) | 07/28/2021 04:28 PM |
| LDLCALC | 150 (H) | 02/02/2021 06:56 PM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 229 (H) | 07/28/2021 04:28 PM |
| TRIGLYCERIDE | 270 (H) | 02/02/2021 06:56 PM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| HGBA1C | 5.0 | 12/05/2019 07:58 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| VITD25HYTO | 28.1 (L) | 07/28/2021 04:28 PM |

**Assessment/Plan:**

Allan was seen today for high cholesterol and anxiety.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:

Recommend psychiatry referral.
Discussed needing more than meds as he states he stay home most of the time and continues to not feel ready to work...
Encouraged needing to get back into society

Orders:
- Cancel: AMB Referral to Counseling
- AMB Referral to Psychiatry
- AMB Referral to Counseling

**Mixed hyperlipidemia**

Assessment & Plan:

Start statin today. Went over side effects

Orders:
- simvastatin (ZOCOR) 10 mg tablet; Take 1 Tablet (10 mg) by mouth Daily late.

**Impingement syndrome of right shoulder**

Return in about 3 months (around 3/9/2022).
Tobacco Use: Tobacco use was assessed
Tobacco Use Follow-up: cessation not applicable
Medication Reconciliation: Discharge medication list has been reviewed and reconciled with current medication list.

Treatment plan reviewed with the patient.
Medication risks/benefit reviewed with the patient

**Health Maintenance Topics with due status: Postponed**

| Topic | Postponed Until |
|---|---|
| COVID-19 VACCINE | 03/09/2022 (Originally 12/29/1992) |

**Health Maintenance Topics with due status: Completed**

| Topic | Last Completion Date |
|---|---|
| INFLUENZA VACCINE | 10/26/2021 |

**Health Maintenance Topics with due status: Aged Out**

| Topic | Date Due |
|---|---|
| HIB VACCINE | Aged Out |
| PNEUMOCOCCAL VACCINE: <65 | Aged Out |

Discussed with the patient and all questioned fully answered. He will call me if any problems arise.
An After Visit Summary was printed and given to the patient.

## History & Physical Notes

No notes of this type exist for this encounter.

## Reason for Visit

| | |
|---|---|
| High Cholesterol | F/U |
| Anxiety | |

Reason for Visit History

## Level of Service

Level of Service
PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN [99213]

## Questionnaires

No completed forms available for this encounter.

## Medications the Patient Reported Taking at Start of Encounter (see also Historical Meds below, if any)

| | |
|---|---|
| **amitriptyline (ELAVIL) 25 mg tablet (Taking)**<br>Number of times this order has been changed since signing: 1<br>Order Audit Trail | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia |
| **cyclobenzaprine (FLEXERIL) 5 mg Tablet (Taking)**<br>Number of times this order has been changed since signing: 1<br>Order Audit Trail | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. |
| **diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) (Taking)** | |
| **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector (Taking)**<br>Number of times this order has been changed since signing: 2<br>Order Audit Trail | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. |
| ergocalciferol (VITAMIN D2) 50,000 unit capsule (Taking/Discontinued)<br>Number of times this order has been changed since signing: 2<br>Order Audit Trail | Take 1 Cap (50,000 Units) by mouth Every 7 days. |
| **hydrOXYzine HCL (ATARAX) 25 mg tablet (Taking)**<br>Number of times this order has been changed since signing: 1<br>Order Audit Trail | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. |

| | |
|---|---|
| **ibuprofen (MOTRIN) 600 mg tablet (Taking)** | |
| **venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule (Taking)**<br>Number of times this order has been changed since signing: 1<br>Order Audit Trail | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety |

## Routing History

None

## Communication Routing History

None

## All Flowsheet Templates (all recorded)

Custom Formula Data
Encounter Vitals
Viral Screening
Vitals Reassessment

## Pediatric Clinical Details

Additional Clinical Details

## View All Scans and Media

All Scans and Media

## Encounter Charges

Charge related to encounter

## Additional Clinical Details

Clinical details related to encounter

## Additional Encounter Details

Additional encounter details

| | |
|---|---|
| Date: | 1/20/2022 |
| To: | Joshua Tuliano |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 72438 |

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Psychiatry Advisory Report

### Clinical History

This is an addendum from a Psychiatry perspective for additional medical records and attending provider contact. For a complete clinical history, please refer to RRS Case # 68382 dated 9/16/2021.

Previous reviews are provided.

On September 16, 2021, the claimant is sent by doctor Robert Alton Milam, MD, for a follow up of neck pain, diagnosed with right knee sprain, right subacromial bursitis.

Answers to Questions by provider Christy Bush, FNP, dated September 20, 2021, stating are stating that claimant has post-traumatic stress disorder (PTSD) from car accidents , anxiety is preventing him from working, he was last seen on September 9, 2021, was still anxious about driving, and being out in public, medication was increased at last visit.

Appeal letter by claimant dated October 02, 2021, is provided. Since being involved in the motor vehicle accident, it has affected his physical health, and because of that, it has also been affecting his mental health.

On October 12, 2021, there are answers to questions by Patricia McHale, MD, stating that the claimant can return to work without restrictions as of today, from the standpoint of his knee, as long as he wears his brace.

On October 4, 2021, the claimant is seen by Dr.  McHale, sports medicine, for follow up of the right shoulder. Physical therapy helped a little bit. Subacromial injection and continuing physical therapy is recommended.

On October 25, 2021, he is seen by Dr. McHale, for follow up of the right knee. He states that the diclofenac makes him a little bit sleepy, and is wondering if he should take supplements to help with alertness. Switched to meloxicam, Valium is prescribed to take before MRI, he does know that he needs someone to drive him to and from the MRI, if he takes this medication. No restrictions are recommended.

On November 18, 2021, he is seen by Dr. Patricia McHale, he is distressed by the fact that he has pain in his body now that he did not have before his accident. There is a positive depression screening. Follow up with PCP is recommended.

December 9, 2021, the claimant is seen by provider Christy Bush, FNP, for impingement syndrome of right shoulder, has three different NSAIDS on the chart, recommended only taking one. For anxiety state; Effexor was increased to 150 milligrams at the last appointment. Positive depression screening at orthopedic doctor. Still not making much progress with his anxiety with medications. Mixed hyperlipidemia is noted, just starting working out, had screening at work that also showed his lipids were elevated. Going to physical therapy. Drives to his mom's house. States that he does not have any friends or social outings. Scared to go back to work because of the pain. States that he is scared to make mistakes. Continues to go home PT. Mental status examination is normal. Recommended psychiatrist referral. Discussed needing more than medications, as he stays he stays home most of the time, and continues to not feel ready to work. Encouraged needing to get back into society. Started on statin for mixed hyperlipidemia.

On January 5, 2022, the claimant is seen by Christy Bush, FNP/Aaron Brown, MD, with a complaint of a knot on the back of his head due to a motor vehicle accident. Complaints of pain that goes down to his right shoulder, and experiences headaches. He hit his head on window 11 months ago. Normal mood and affect, and active and alert. Referred to general surgery for scalp mass, possible persisting hematoma.

Physical therapy notes are provided. They do not contain mental health information.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 1/13/2022 10:51 AM EST | Voicemail | I called the office of Christy Bush, FNP, and left a message for provider on nurse line. |
| 1/14/2022 9:56 AM EST | Voicemail | I called the office of Christy Bush, FNP again, and left another message for provider on nurse line. |

## Questions and Reviewer's Response

**1. Does the additional information provided change your opinions from your 9/16/21 review? Please explain why or why not. Please specifically address the restrictions provided by Christy Bush, FNP.**

The additional information provided does not change my opinions from 9/16/21 review.

The provider Christy Bush, FNP states that anxiety is preventing him from working, he is still anxious about driving, and being out in public. Positive depression screening at orthopedic doctor is noted. Still not making much progress with his anxiety with medications. Drives to his mom's house. States that he does not have any friends or social outings. Scared to go back to work because of the pain.
While the claimant is distressed by having pain, there is no evidence that his depression his causing functional impairment. He is driving to his mother's house, and to the appointment. There is no documented suicidal or homicidal ideation, psychotic symptoms or difficulty with activities of daily living (ADL'S). There are no adverse effects to medications causing impairment.

**2. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f). If contact is not made, and restrictions are not supported, please include a summary of your findings to the provider and any questions that would have been asked in the phone conversation. Please provide 5-days for the provider to respond in the letter.**

Attempts to contact the AP were unsuccessful.

Please see the call log.

## Assessment/Rationale

The additional information provided does not change my opinions from 9/16/21 review.
The provider Christy Bush, FNP states that anxiety is preventing him from working, he is still anxious about driving, and being out in public. Positive depression screening at orthopedic doctor is noted. Still not making much progress with his anxiety with medications. Drives to his mom's house. States that he does not have any friends or social outings. Scared to go back to work because of the pain.
While the claimant is distressed by having pain, there is no evidence that his depression his causing functional impairment. He is driving to his mother's house, and to the appointment. There is no

documented suicidal or homicidal ideation, psychotic symptoms or difficulty with ADL's. There are no adverse effects to medications causing impairment.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Client |
| 12/15/2020, 12/21/2020, 01/04/2021, 01/06/2021, 01/13/2021, 01/29/2021, 02/17/2021, 03/26/2021, 04/06/2021, 04/20/2021, 05/26/2021, 05/27/2021, 06/23/2021, 07/20/2021, 08/12/2021 | Correspondence | Client |
| 07/27/2021, 07/28/2021 | Correspondence | Judd Alyssa , ALMI , ACS |
| 06/08/2021, 08/31/2021 | Clinical Review Memo | Not Signed |
| 08/30/2021 | Fax Transmission | Ortho Carolina Health Information Management |
| 08/23/2021 | Past Medical History | OrthoCarolina Gastonia |
| 08/03/2021, 08/05/2021, 08/09/2021, 08/12/2021, 08/18/2021 | Physical Therapy Progress Notes | OrthoCarolina Gastonia |

| | | |
|---|---|---|
| 08/02/2021 | Plan Of Care | OrthoCarolina Gastonia |
| 05/25/2021, 06/04/2021, 06/07/2021, 07/12/2021, 07/21/2021, 07/23/2021 | Therapy Progress Note | OrthoCarolina Gastonia |
| 04/01/2021, 05/04/2021, 05/06/2021, 06/09/2021, 06/10/2021, 06/14/2021, 06/15/2021, 06/17/2021, 06/21/2021, 06/24/2021, 06/28/2021 | Progress Notes | OrthoCarolina Gastonia |
| 06/25/2021, /23/2021 | Confidential Patient Information | OrthoCarolina Gastonia |
| 05/06/2021, 06/28/2021 | Progress Notes | Patricia McHale |
| 05/25/2021, 06/04/2021,, 06/10/2021, 06/17/2021, | Therapy Progress Note | Mark Leyhe , PT |
| 06/07/2021, 06/14/2021, 06/21/2021, 06/24/2021, 07/23/2021, | Progress Notes | Emily Reece, PTA |
| 06/09/2021 | Progress Notes | Robert Milam IV, MD |
| 07/12/2021 | Therapy Progress Note | Lesley Pacitto, PT |
| 07/21/2021 | Therapy Progress Note | Phillip Hefner , PTA |
| 08/12/2021 | Correspondence | Darlene Battle |
| 12/05/2019, 12/30/2019, 05/07/2020, 06/07/2020, 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2020, 05/04/2021, 06/15/2021, 07/28/2021, | Progress Notes | Claremont Health |
| Undated | Peer Review | Client |
| Undated | ( New Duke Energy Job Description | Employer |
| 07/29/2021 | Correspondence | Correspondence |
| 07/29/2021 | Fax Correspondence | Carolina Orthopedic |
| 03/11/2021 | IMP Rights PCL Tear , MCL Sprain Nonweightbearing TIBLA Plateau | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, | Office Visit | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, 04/22/2021, | Correspondence | Christopher Prato , MD |
| 01/20/2021 | MRI Knee WO Contrast Right | Victor HO, MD |
| 12/13/2020 -12/14/2020 | Summary Of Care | Carolinas Medical Center |
| 07/29/2021 | Correspondence | Di Bella Chiropractic Center |
| Undated | Independent | Client |
| 07/01/2021 | File Review - Standard | Client |
| 06/28/2021 | Correspondence | Kim Foehl, MD |

| | | |
|---|---|---|
| 06/29/2021 | Medical Documentation Reviewed | Kevin DiBella, DC |
| Undated | Summary Of Conversation | Andrew Nava, MD |
| 06/29/2021 | Correspondence/ Referral | Amia Welch |
| 06/28/2021, | Clinical Review Memo | Aleshi Logan, FNP |
| 06/28/2021 | Correspondence | Alesha Logan, FNP |
| 04/20/2021, 04/21/2021, 06/10/2021 | Authorization For the Release Of Information Including Including Protected Health Information | Claimant |
| 12/23/2020, 04/20/2021, 04/21/2021, | Disability Authorization To Obtain And Release Information | Claimant |
| 12/13/2020 | Non - Reportable Crash Form | HL Bautista |
| 06/09/2021 | Patient Portal History | Ortho Carolina |
| 06/01/2021, 06/08/2021, | Correspondence | Ortho Carolina |
| 05/27/2021 | Authorization For Release Of Health Information | Claimant |
| 03/24/2021, 04/21/2021, | Daily Note / Billing Sheet | Taylor Navey |
| 06/06/2021 | Request For Status | Client |
| 12/22/2020, 12/16/2020, 12/23/2020, 12/28/2020, 12/30/2020, 12/31/2020, 01/06/2021, 05/27/2021 | Progress Notes | Kevin DiBella, DC |
| Undated | Authorization For Release Of Health Information | Not Signed |
| 04/21/2021 | Activities Questionnaire | Claimant |
| 04/21/2021 | Claimant Information Form | Claimant |
| 04/21/2021 | Claimant Supplementary Statement | Claimant |
| Undated | Family Information Questionnaire | Claimant |
| 04/21/2021 | Social Security / Reimbursement Agreement | Claimant |
| Undated | Training - Education - Experience For ( TEE) | Claimant |
| Undated | Return To Work Form | Not Signed |
| 04/21/2021 | Authorization To Speak With Family Member / Alternate Contact | Claimant |
| 04/21/2021 | Reimbursement Agreement | Claimant |
| Undated | North Carolina Drivers License | Claimant |
| Undated | Authorization To Speak With Third Part | Not Signed |
| Undated | Third Party Liability Information Form | Not Signed |

| | | |
|---|---|---|
| 03/30/2021, 04/08/2021 | 12/16/2020, | Aleshi Logan, FNP, BC |
| 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2021 | Progress Notes | Alesha Logan, FNP- BC |
| 02/22/2021, 04/13/2021 | Nursing Memorandum | Client |
| 03/18/2018, 02/09/2021,02/17/2021, 02/26/2021, 03/24/2021 | Flow Sheet | Carolina Orthopedic PT And Rehab |
| 02/09/2021, 03/18/2021 | Patient Outcomes | Jamie Giannattasio, DPT |
| 01/05/2021, 01/12/2021, 01/14/2021, 01/19/2021, 01/21/2021, 01/27/2021, 01/29/2021, 02/09/2021, 02/17/2021, 02/26/2021, 03/04/2021, 03/11/2021, 03/18/2021, 12/23/2021, 12/28/2020 | Daily Note / Billing Sheet | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021 | Physical Therapy Recertification Note | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021, 12/23/2021, | Plan Of Care | Jamie Giannattasio, DPT |
| 03/31/2020, 01/202021, | Restriction Form | Christopher Prato, MD |
| 12/23/2020, 02/09/2021, | Physical Therapy Initial Examination | Jamie Giannattasio, DPT |
| 01/29/2021 | Discharge Note | Jamie Giannattasio, DPT |
| 02/09/2021 | Upcoming Appointments | Carolina Orthopedic |
| 01/25/2021 | Tirage Assessment | Client |
| 01/20/2021 | Return To Work Form | Christopher Prato, MD |
| Undated | Restriction Form | Not Signed |
| 12/24/2020 | Physician Facesheet | Anthony Weekes, MD |
| 12/13/2020 | Ortho Consult Note | Anthony Weekes, MD |
| 12./14/2020 | Consultations | Daniel Phelps, MD |
| 12/13/2020 | ED Physician Documentation - ( Verified) | Anthony Weekes, MD |
| 12/13/2020 | Emergency Department Documentation | Anthony Weekes, MD |
| 12/13/2020 | Lab Report | Lab Corp |
| 12/14/2020 | CT - Computer Tomography | Patrick Fergus, MD |
| 12/13/2021 | CT - Computer Tomography | Walter Steele, MD |
| 12/13/2020 | CT - Computer Tomography | Michael Krasnokutsky, MD |
| 12/14/2020 | DX - Diagnostic Radiology | Edward Kravath, MD |
| 12/13/2020 | DX - Diagnostic Radiology | Walter Steele, MD |
| 01/07/2021 | Restriction Form | Aleshi Logan, FNP |
| 12/17/2020 | Request For Information | Atrium Health |
| Undated | Authorization For Release Of Health Information | Not Signed |
| ADDENDUM | ADDENDUM | ADDENDUM |

| | | |
|---|---|---|
| 10/02/2021 | Correspondence | Claimant |
| 10/06/2021 | ROI | Claimant |
| 10/12/2021 | Correspondence | Patricia McHale, MD |
| 10/04/2021, 10/25/2021, 11/18/2021 | Progress Notes | Patricia McHale, MD |
| 09/01/2021, 09/08/2021, 09/15/2021, 09/22/2021, 09/28/2021, 10/20/2021, 11/29/2021 | Physical  Therapy Treatment | Lesley Marie Pacitto, PT |
| 09/16/2021 | Progress Notes | Robert Alden Milam IV, MD |
| 09/15/2021 | Physical Therapy Treatment | Phillip Hefner, PTA |
| 01/20/2021 | MRI Knee Right WO IV Contrast | Unknown |
| ***************************** | Addendum | ***************** |
| 10/02/2021 | Correspondence | Claimant |
| 09/16/2021 | Correspondence | Elena Dlugach, MD |
| 10/12/2021 | Correspondence | Patricia McHale , MD |
| 09/16/2021 | Correspondence | Moshe Lewis , MD |
| 01/07/2022 | Correspondence | Jordan Breidinger, RHIA |
| 03/04/2019, 12/09/2021, 10/24/2020 | Authorization For Treatment - Assignment Of Benefits | Claimant |
| 12/09/2021 | Immunization | Angela Crockett, CMA |
| 12/09/2021, 01/05/2022 | Progress Notes | Christy Bush, FNP-C |
| 12/09/2021, 01/05/2022 | Medication Administration Record | Caromont Health |
| 10/05/2021, 10/28/2021, 11/17/2021, 11/30/2021, 01/13/2022 | Confidential Patient Information | Claimant |
| 10/04/2021, 10/25/2021, 11/18/2021 | Progress Notes | Patricia McHale, MD |
| 07/12/2021 | PT/ Hand Quick Discharge Note- Non Return | Phillip Hefner, PTA |
| 09/16/2021 | Progress Notes | Nikolina Markovic |
| 09/15/2021 | Physical Therapy Treatment | Phillip Hefner, PTA |
| 09/01/2021, 09/08/2021 | Physical Therapy Treatment | Lesley Marie Pacitto, PT |
| 09/08/2021, 10/20/2021, 11/29/2021, 01/05/2022 | Physical Therapy Progress Note | Lesley Marie Pacitto, PT |
| 11/11/2021 | MRI Knee Right WO IV Contrast | Jared Meyer, MD |
| 09/16/2021 | Progress Note | Robert Alden Milam, MD |
| 01/11/2022 | Physical Therapy Treatment | Emily Reece, PTA |

# INVOICE

**Reliable Review Services**

**Invoice Number : 72438-1** **1/20/2022 10:18 AM CST**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 72438-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 1.75 | 210 | $0.00 | 0 | 367.50 |
| | | | **Total Due:** | **$367.50** | |

**Reviewer Details**

**Reviewer**

Elena A Dlugach - Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*

| | |
|---|---|
| Date: | 1/18/2022 |
| To: | Joshua Tuliano |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 72134 |

---

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Physical Medicine & Rehabilitation Advisory Report

### Clinical History

This is an addendum from a Physical Medicine & Rehabilitation perspective for additional medical records and attending provider contact. For a complete clinical history, please refer to RRS Case # 68381 dated 9/16/2021 an addendum RRS Case# 71271 dated 12/13/2021.

The claimant is a 41-year old individual with a date of disability on 12/13/20.

Office visit note dated 12/09/21, by Christy Bush, FNP, Family Medicine, the patient presents for a follow up consultation. He is diagnosed with impingement syndrome of the right shoulder (he is taking 3 different NSAIDs on chart. Recommended only taking one), anxiety state (Effexor was increased to 150 at last appointment). Positive depression screening at orthopedic doctors. Still not making much progress with his anxiety medications. Problem list notes; Biceps tendonitis of the right shoulder, subacromial bursitis of the right shoulder joint, and sprain of the posterior cruciate ligament of the right knee. He is going to do PT, and continues to do home PT. He reports arthralgias and myalgias, decreased concentration and the patient is nervous and anxious. On examination, normal ROM, in the cervical ROM normal, and wearing bilateral knee braces. The patient was seen today for high cholesterol and anxiety. He is recommended for a psychiatric referral, needing more than meds, as he states he stays home most of the time, and continues to not feel ready to work. A referral to AMB psychiatry, and counseling is ordered. Advised to return in 3 months.

Office visit note by Aaron Brown, MD dated 01/05/22. The patient presents for a follow up consultation. He complains of a knot on the back of his head, due to a MVA. He states that the pain goes down to his right shoulder, and experiences headaches. Due to his injury from MVA, 11 months ago. He hit his head on a window. Having pain in that area, with radiation to the right upper shoulder and neck, doing PT

still. Concerned about a painful nodule, that will not go down the right scalp. On examination, the patient is generally well developed, and in no acute distress. There is tenderness in the 3cm subcutaneous soft mass right posterior scalp. The neck ROM is normal, no masses, and no thyromegaly and thyroid nodules. He has good judgment. Normal mood and affect. The patient is assessed with scalp mass (ongoing and painful after MVA) persisting hematoma. Surgical evaluation considering pain. AMB referral to general surgery.

Physical Therapy note by Lesley Marie Pacitto, PT dated 1/5/2022. This is the 15th PT visit. The patient reports having headaches with knot on the back of the head. Reports he had been having headaches that go from the top of the head, and go down into the right shoulder and neck. He indicates pain in the area of the right upper trapezius and right anterior shoulder. On examination, the right shoulder AROM, flexion 120 degrees with pain, scaption is 85 degrees with pain, and external rotation (90) is 80 degrees. The patient was assessed with right shoulder and neck pain since July 2021.

Physical Therapy note by Emily Reece, PTA dated 1/11/2022. This is the 17th PT visit. The patient reports having headaches with knot on the back of the head. This happened during second MVA, and has not resolved. Assessment: Pain was present with all exercise throughout session. Tenderness to palpation along anterior shoulder. Ultrasound performed to reduce inflammation and control pain. Verbal cues for scapular retraction with cable column rows. Encouraged to continue HEP consistently. Will assess results from upcoming MD appointment.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 1/5/2022 12:26 PM EST | Voicemail | Left a detailed message on office voicemail with patient and callback information. |
| 1/6/2022 2:41 PM EST | Voicemail | I called the office of Christy Bush, FNP, and I left a detailed message on nurse's voicemail, with patient and callback information. |
| 1/7/2022 12:33 PM EST | Voicemail | I called the office of Christy Bush, FNP again, and I left another detailed message on nurse's voicemail, with patient and callback information. |

## Questions and Reviewer's Response

**1. Does the additional information provided change your opinions from your 12/13/21 review? Please explain why or why not. Please specifically address the restrictions provided by Christy Bush, FNP.**

The additional information changes my answers regarding neck and right shoulder restrictions/limitations in the 12/13/2021, report to address driving.

The claimant has impairing diagnoses of sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and bicipital tendinitis of the right shoulder (M75.21).

The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and bicipital tendinitis of the right shoulder (M75.21).

For the right knee, from 4/30/2021 to 11/30/2021, the claimant is limited to occasional bending at the knees, twisting, and crouching for up to a total of 2 hours, in an 8 hour work day. He is restricted from prolonged walking/standing greater than 15 minutes at a time, for a total of 2 hours, in an 8-hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion.

For the neck and the right shoulder: From April 30, 2021 beyond, he is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged sitting, greater than 30 minutes at a time, for up to a total of 6 hours, in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. The claimant is limited to driving for 2 hours in an 8-hour work day. No repetitive shoulder joint motion or forceful pushing/pulling in the right upper extremity. These restrictions/limitations apply through 2/28/2022.

Additional clinical notes dated September 2021 to November 2021, reflect that the claimant continues with complaints of neck, right knee and right shoulder pain that can get severe. MRI of the right knee without contrast dated 11/11/21, showed remote trauma to the posterior tibial plateau/PCL. Remote trauma to the MCL without acute abnormality and minimal joint fluid. X-ray of the right shoulder in October 2021 showed there was a small anterior acromial spur. There was a slight irregularity involving the posterior glenoid which could represent possibly a healed fracture versus wear of the glenoid itself. He reported that the pain starts at the side of his neck, and radiates down to the right shoulder. He has added pain in the superior aspect of his right shoulder. The claimant noted a knot sensation in the right trapezius. He reported he has difficulty sleeping on his right shoulder. He also has pain when squatting. His right knee was a lot better, but continues to feel a popping sensation. Maximum flexion of the knee is what really bothers him. He has been wearing his knee brace. Right knee exam had noted range of motion lacked 5-10 degrees of terminal flexion, but quad strength was improving. Dr. McHale later noted in November 2021, that the patient has well-maintained range of motion and no instability. He

has healed MCL and PCL strains in the right knee. The doctor noted there are no restrictions with regards to the knee, as long as he continues wearing his knee brace. Exams have noted limited neck range of motion, and tenderness and stiffness in the cervical spine musculature. Right shoulder motion is also restricted and painful. There is decreased motor strength in the right upper extremity rated 4/5. Impingement test is positive. He continues with home exercise program and medications for the neck. He has started physical therapy for the right shoulder. Recent office visits note continuing pain in the neck and shoulder, as well as anxiety. He is still wearing knee braces. He has good range of motion in the neck and shoulders.

**2.**

**Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Aaron Brown MD and/or Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f). Please attempt a minimum of 2 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.**

Attempts to contact the AP were unsuccessful.

**3. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Aaron Brown MD and/or Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f). Please attempt a minimum of 2 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.**

## Assessment/Rationale

Additional information changes my answers regarding neck and right shoulder restrictions/limitations in the 12/13/2021 report to address driving.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of***

***this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Moshe Lewis, M.D.
Board Certified

Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
| --- | --- | --- |
| 01/07/2022 | Email | Lincoln Financial Group |
| 03/04/2019, 10/24/2020, 12/09/2021 | Authorization for Treatment | CaroMont Health |
| 12/09/2021, 01/05/2022 | Office Visit Notes | CaroMont Family Medicine |
| 01/05/2022 | Progress Notes | Lesly Marie Pacitto, PT |
| 01/11/2022 | Daily Note | Emily Reece, PTA |

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Tue, 18 Jan 2022 20:44:16 +0000
**To:**VendorReferrals;Tuliano, Joshua
**Subject:**Claim Number: 11295718 RRS Case #: 72134
**Attachments:**Invoice_72134-1_v1.pdf, Report_RRS2__FaxSheetR01P01_72134-1_v1.pdf, Report_RRS2_72134-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Christy Bush, FNP | **From:** Reliable RS |
| **Fax:** 704-865-7328 | **Date:** January 18, 2022 |
| **Re:** Allan A Araya | **RRS ID:** 72134 |

As an Independent Peer Reviewer, Moshe Lewis, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 2/1/2022.**

What is the claimant's diagnosis?
What are objective functional impairments noted?
What is the claimant's prognosis?
What are the claimant's estimated restrictions?
What is the claimant's estimated return to work date?

Moshe Lewis, M.D.
Board Certified

Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

January 18, 2022

# INVOICE

Reliable Review Services

**Invoice Number : 72134-1** **1/18/2022 1:21 PM CST**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 72134-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 1 | 210 | $0.00 | 0 | 210.00 |
| | | | **Total Due:** | **$210.00** | |

**Reviewer Details**

**Reviewer**

Moshe Lewis

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*

From: LFGNotifications@LFG.com
Sent: Friday, January 14, 2022 8:08:06 AM
To:
CC:
BCC:
Subject: [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya
Attachments: d50h6utyyghc27tytl1p_11977292.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

January 14, 2022

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

As we discussed by email on January 11, 2021 and January 12, 2021, you provided additional documentation to us on January 11, 2021. In order to have the information reviewed, we will need additional time. You agreed to an extension of time, which we are requesting 30 days or until February 11, 2022 for us to render our appeal determination.

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

**From:**Tuliano, Joshua
**Sent:**Fri, 14 Jan 2022 19:10:33 +0000
**To:**'CSR@reliablers.com'
**Subject:**RE: Peer Review Claim 11295718 - Addendum Request (secure)
**Attachments:**11295718-MEDICAL-MEDICALRECORDS-01.13.2022.pdf

Hello,

I currently have two outstanding peer addendum reviews outstanding on the above claim. Could the attached records be included in the reviews?

Thank you,

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Tuliano, Joshua
**Sent:** Tuesday, January 11, 2022 12:20 PM
**To:** CSR@reliablers.com
**Subject:** Peer Review Claim 11295718 - Addendum Request (secure)

Hello,

Can we please set up an addendum review with Moshe Lewis, MD (PM&R) for the above claim? The original report was dated 9/16/21, addendum dated 12/13/21. The attached documents are for the addendum.

Questions for the addendum:

1. Does the additional information change any of your prior conclusions or opinions from your 12/13/21 review? Please explain, with medical evidence, why or why not.
2. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Aaron Brown MD and/or Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f). Please attempt a minimum of 2 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Thank you,

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 1/13/22 Time: 10:43 AM

Fax to: Fax: 603-334-0380
Lincoln Financial Telephone:

From: Fax:
Graham, Amanda Telephone:

Comments:
Claim# 11295718
Allan Araya

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Progress Notes | Encounter Date: 1/5/2022 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Progress Note**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:

- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diazePAM (Valium) 10 MG tablet, Take 1 tablet (10 mg) by mouth 1 (one) time if needed for anxiety, sedation or muscle spasms for up to 1 dose., Disp: 1 tablet, Rfl: 0
- ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule, TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS, Disp: , Rfl:
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- meloxicam (Mobic) 15 MG tablet, Take 1 tablet (15 mg) by mouth in the morning., Disp: 30 tablet, Rfl: 2
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** 2/20/2021

**Precautions:**

No data was found
**Other Pertinent Data:**

**Visit #: 15**

**CHARGES**

PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 28 minutes
PT Modalities Time/Service Based Entry
Ultrasound Time Entry - 97035: 12 minutes
Treatment Time (Timed & Untimed): 40 minutes
Total Visit Time: 40 minutes

**Subjective**

**Subjective** Pt reports he did not go to
Pt states he is having headaches with knot on the back of the head. Reports he has been having headaches that go from the top of the head and goes down into right shoulder and neck. Pt states this happened after the second MVA in Feb 2021. Pt states he saw Primary Care today and referred to another doctor to have that area checked. Pt states he has not been to pain management doctor. Pt states he
Right shoulder: pain with laying/sleeping on right shoulder. Pain with picking up things with slight weight.
Pain with medication 5-6/10, no medication 7/10.
Pt states he isn't always consistent with HEP. Has some pain with band exercises.

**Pain:**
Pain Score: 6

**Objective:**

**Measurements:**

Cervical

AROM:
Rotation right 90%+ pain left 90% + pain end range
Flexion 100%
Extension 75% + pain.

No UE radicular symptoms with cervical ROM

Compression: c/o stiffness in neck
Spurlings : c/o stiffness in neck

Right shoulder AROM:
Flexion 120 deg + pain
scaption 85 deg + pain
ER hand to C7 + pain

IR thumb to T10

PROM right shoulder
Flexion 160 deg
scaption 160 deg
ER(90) 90

GH mobility: 3-normal all planes.

Right shoulder strength:
flexion 4/5 with decreased effort by pt + pain
scaption 4/5 with decreased effort by pt + pain
ER 4/5 with decreased effort by pt + pain

**Treatment:**

***indicates treatment not performed today**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
Prone rows/ ext 2 x 15 with 1#*
S/l ER 1# 2x10 *
S/l scaption 1# 2x10*
UBE 3 min /3 min
Cable rows single 2 plate 3x10
Cable pull down 1 plate 3x10
Cable bicep curls 2 plates 2x10
Cable triceps 2 plates 2x10
ball on wall alphabet 1x*
Bilateral scaption with chin tuck 1# 2x10*
horiztonal abduction tband lv 2 with chin tuck in stand 2x10*

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US 100% 1.3 w/cm2 anterior right shoulder x 7 min x 5 min set up/down

**Outcome Measures Current Level**

**Assessment:**
Pt attending PT for right shoulder and neck pain since July 2021. Pt with limited improvement in pain rating of right shoulder with pain 7/10 on evaluation and 5- 6/10 currently. Pt had previously met shoulder AROM and strength goals in August 2021 now demonstrating a decrease in right shoulder AROM and strength compared to measurements in August and November. Decrease effort noted with MMT all planes right shoulder.
Pt also reporting HA that starts from "knot" on back of head that radiates into right shoulder. Per pt report, knot and HA present since MVA Feb 2021.

**Plan**
1x/wk for 4 weeks however
pt to f/u with Dr. McHale 1-20-22. Await recommendation from MD due to limited progress with PT after several months.

**Goals**:

**Goals Addressed**

| | This Visit's Progress |
| --- | --- |

- STG/LTG neck/right shoulder
  - independent with HEP MET 8-18-21
  - left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21 NOW NOT MET 1-5-22
  - left shoulder strength 5-/5 for reaching and lifting MET 8-18-21 NOW NOT MET 1-5-21
  - decrease pain by 50% NOT MET 1-5-22
  - cervical AROM: 75% for adls and driving MET 8-18-21
  - sit tolerance to 45 min for adls NOT MET 1-5-22

LESLEY PACITTO, PT
1/5/2022 1:50 PM

Treatment on 1/5/2022

Note viewed by patient

**Additional Documentation**

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, PT | Wed Jan 5, 2022 1:50 PM |

**Linked Episodes**

neck/R shoulder pain Noted 8/2/2021

**Orders Placed**

None

**Medication Changes** As of 1/5/2022 1:50 PM

None

**Medication List at End of Visit** As of 1/5/2022 1:50 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **amitriptyline (Elavil) 25 MG tablet**<br>Take 25 mg by mouth. - Oral<br>Patient-reported medication | | 3/31/2021 | |
| **cyclobenzaprine (Flexeril) 5 MG tablet**<br>Take 5 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 3/2/2021 | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS<br>Patient-reported medication | | 8/17/2021 | |
| **hydrOXYzine HCl (Atarax) 25 MG tablet**<br>Take 25 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 4/28/2021 | |
| **meloxicam (Mobic) 15 MG tablet**<br>Take 1 tablet (15 mg) by mouth in the morning. - Oral | 2 | 10/25/2021 | 1/23/2022 |
| **venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule**<br>Take by mouth in the morning. - Oral<br>Patient-reported medication | | 7/26/2021 | |

**Visit Diagnoses**

Primary: **Chronic right shoulder pain** M25.511, G89.29

**Goal Changes**

⚠ STG/LTG neck/right shoulder

**Visit Diagnoses**

Primary: **Chronic right shoulder pain** M25.511, G89.29

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Emily Reece, PTA | Daily Note | Encounter Date: 1/11/2022 |
| Physical Therapy Assistant | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
Review Information

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Pain, neck [M54.2]
**Date of Onset:** 2/20/2021

**Visit #: 17**

**Precautions**
No data was found

**CHARGES**
PT Therapeutic Procedures Time Entry
  Therapeutic Exercise Time Entry - 97110: 25 minutes
PT Modalities Time/Service Based Entry
  Ultrasound Time Entry - 97035: 13 minutes
Treatment Time (Timed & Untimed): 38 minutes
Total Visit Time: 38 minutes

**Subjective:** Concerned about knot on top of head. This happened during second MVA and has not resolved. Pain starts at knot and radiates down right side of neck into shoulder. Had appointment with PCP about knot and awaiting phone call from doctor.

**Pain**

**Objective:**

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
Prone rows/ ext 2 x 15 with 1#*
S/l ER 1# 2x10
S/l scaption 1# 2x10*
UBE 3 min /3 min
Cable rows single 2 plate 3x10 (3 way)
Cable pull down 1 plate 3x10
Cable bicep curls 2 plates 2x10
Cable triceps 2 plates 2x10
ball on wall alphabet 1x*
Bilateral scaption with chin tuck 1# 2x10*
horiztonal abduction tband lv 2 with chin tuck in stand 2x10*

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US 100% 1.3 w/cm2 anterior right shoulder x 7 min x 5 min set up/down

**ASSESSMENT:**
Pain present with all exercise through out session. Tenderness to palpation along anterior shoulder. Ultrasound performed to reduce inflammation and control pain. Verbal cues for scapular retraction with cable column

rows. Encouraged to continue with HEP consistently. Will assess results from upcoming MD appointment.

**Plan:**

**Continue per POC.**

**EMILY REECE, PTA**
**1/11/2022 5:16 PM**

Treatment on 1/11/2022

Note shared with patient

**Additional Documentation**

**Electronically signed by**

| Provider | on |
|---|---|
| Emily Reece, PTA | Tue Jan 11, 2022 5:16 PM |

**Linked Episodes**

neck/R shoulder pain Noted 8/2/2021

**Orders Placed**

None

**Medication Changes** As of 1/11/2022 5:16 PM

None

**Medication List at End of Visit** As of 1/11/2022 5:16 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **amitriptyline (Elavil) 25 MG tablet**<br>Take 25 mg by mouth. - Oral<br>Patient-reported medication | | 3/31/2021 | |
| **cyclobenzaprine (Flexeril) 5 MG tablet**<br>Take 5 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 3/2/2021 | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS<br>Patient-reported medication | | 8/17/2021 | |
| **hydrOXYzine HCl (Atarax) 25 MG tablet**<br>Take 25 mg by mouth every 8 (eight) hours if needed. - Oral<br>Patient-reported medication | | 4/28/2021 | |
| **meloxicam (Mobic) 15 MG tablet**<br>Take 1 tablet (15 mg) by mouth in the morning. - Oral | 2 | 10/25/2021 | 1/23/2022 |
| **venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule**<br>Take by mouth in the morning. - Oral<br>Patient-reported medication | | 7/26/2021 | |

**Visit Diagnoses**

Primary: **Pain, neck** M54.2
Chronic right shoulder pain M25.511, G89.29

**Visit Diagnoses**

Primary: **Pain, neck** M54.2
Chronic right shoulder pain M25.511, G89.29



PAGE 10/10 * RCVD AT 1/13/2022 10:43:51 AM [Eastern Standard Time] * SVR:VA1PWFAX301/2 * DNIS:6033340380 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):0

**From:**Tuliano, Joshua
**Sent:**Wed, 12 Jan 2022 15:38:26 +0000
**To:**'
**SCcuebt:**(secure) Long-Term Disability Appeal - Claim 11295718

Hi Allan,

I tried to call you on 1/11/22 and 1/12/22, however, your voicemail was full. The reason for my call is that you have sent in additional records on 1/7/22 and 1/11/22. I can have these considered, however, I need your permission for an extension on the appeal review time. The determination is due no later than 1/19/22, which will not provide enough time to review the additional information and make contact with your providers. Please let me know as soon as possible if you would agree to a 30-day extension on the review time.

Thank you,



**joJs TCHi noa, MAaAB**
Appeal Specialist

**Llnbohn Flni nbli hGroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

**From:**Allan Araya <
**Sent:**Wed, 12 Jan 2022 16:02:08 +0000 (UTC)
**To:**Tuliano, Joshua
**Subject:**Re: (secure) Long-Term Disability Appeal - Claim 11295718

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Mr Joshua: Can we please extend it 30 more days to considered the new records. Thank you !!

Allan,

On Wednesday, January 12, 2022, 10:38:35 AM EST, Tuliano, Joshua <joshua.tuliano@lfg.com> wrote:

This message was sent securely using Zix®

Hi Allan,

I tried to call you on 1/11/22 and 1/12/22, however, your voicemail was full. The reason for my call is that you have sent in additional records on 1/7/22 and 1/11/22. I can have these considered, however, I need your permission for an extension on the appeal review time. The determination is due no later than 1/19/22, which will not provide enough time to review the additional information and make contact with your providers. Please let me know as soon as possible if you would agree to a 30-day extension on the review time.

Thank you,

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**From:**Tuliano, Joshua
**Sent:**Tue, 11 Jan 2022 17:20:06 +0000
**To:**CSR@reliablers.com
**Subject:**Peer Review Claim 11295718 - Addendum Request (secure)
**Attachments:**11295718-MEDICAL-MEDICALRECORDS-01.07.2022.pdf

Hello,

Can we please set up an addendum review with Moshe Lewis, MD (PM&R) for the above claim? The original report was dated 9/16/21, addendum dated 12/13/21. The attached documents are for the addendum.

Questions for the addendum:

1. Does the additional information change any of your prior conclusions or opinions from your 12/13/21 review? Please explain, with medical evidence, why or why not.
2. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Aaron Brown MD and/or Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f)**J** Please attempt a minimum of 2 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Thank you,



**losh Tui,anoMB I AMACL**
Appeal Specialist

**Gncoin F,nanc,ai prou.**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

# FAX

**CaroMont Medical Group**
CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia, NC 28054-6557
704-865-1749

| | |
|---|---|
| Date: 1/11/2022<br>Time: 2:14 PM<br>Number of Pages NOT including cover sheets: | Patient Information (if applicable):<br>MRN: 934141<br>Patient: Araya, Allan Arturo<br>DOB: |
| TO: HIM ROI SEE ATTN TO:<br>Disability And Life Claimsa<br>PO Box 2578<br>OMAHA, NE 68172<br>877-246-5670<br>260-455-0064<br>Comments: | CaroMont Medical Group<br>CaroMont Family Medicine (Gaston Day)<br>Phone #: 704-865-1749<br>Fax #: 704-865-7328<br><br>Record ID: 94816 |

**THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please delete the material from any computer and contact the sender immediately by telephone to arrange for return of the documents to us. Reference: US Federal Regulations (42 CFR, Part 2) protect records containing protected health information.

# FAX

**CaroMont Medical Group**
CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia, NC 28054-6557
704-865-1749

| | |
|---|---|
| Date: 1/11/2022<br>Time: 2:09 PM<br>Number of Pages NOT including cover sheets: | Patient Information (if applicable):<br>MRN: 934141<br>Patient: Araya, Allan Arturo<br>DOB: |
| TO: HIM ROI SEE ATTN TO: LINCOLN FINANCIAL GROUP<br>Disability And Life Claimsa<br>PO Box 2578<br>OMAHA, NE 68172<br>877-246-5670<br>260-455-0064<br>Comments: Allan Araya requested we send records from December 2021 to January 2022 | CaroMont Medical Group<br>CaroMont Family Medicine (Gaston Day)<br>Phone #: 704-865-1749<br>Fax #: 704-865-7328<br><br>Record ID: 94816 |

**THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please delete the material from any computer and contact the sender immediately by telephone to arrange for return of the documents to us. Reference: US Federal Regulations (42 CFR, Part 2) protect records containing protected health information.

**Patient Instructions by Bush, Christy P, FNP-C at 9/9/2021 2:45 PM**

Author: Bush, Christy P, FNP-C | Service: — | Author Type: Nurse Practitioner
Filed: 9/9/2021 3:02 PM | Encounter Date: 9/9/2021 | Status: Signed
Editor: Bush, Christy P, FNP-C (Nurse Practitioner)

# High Cholesterol: Care Instructions

## Overview



Cholesterol is a type of fat in your blood. It is needed for many body functions, such as making new cells. Cholesterol is made by your body. It also comes from food you eat. High cholesterol means that you have too much of the fat in your blood. This raises your risk of a heart attack and stroke.

LDL and HDL are part of your total cholesterol. LDL is the "bad" cholesterol. High LDL can raise your risk for coronary artery disease, heart attack, and stroke. HDL is the "good" cholesterol. It helps clear bad cholesterol from the body. High HDL is linked with a lower risk of coronary artery disease, heart attack, and stroke.

Your cholesterol levels help your doctor find out your risk for having a heart attack or stroke. You and your doctor can talk about whether you need to lower your risk and what treatment is best for you.

Treatment options include a heart-healthy lifestyle and medicine. Both options can help lower your cholesterol and your risk. The way you choose to lower your risk will depend on how high your risk is for heart attack and stroke. It will also depend on how you feel about taking medicines.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Eat heart-healthy foods.
  - Eat fruits, vegetables, whole grains, beans, and other high-fiber foods.
  - Eat lean proteins, such as seafood, lean meats, beans, nuts, and soy products.
  - Eat healthy fats, such as canola and olive oil.
  - Choose foods that are low in saturated fat.

  - Limit sodium and alcohol.
  - Limit drinks and foods with added sugar.
- Be physically active. Try to do moderate activity at least 2½ hours a week. Or try to do vigorous activity at least 1¼ hours a week. You may want to walk or try other activities, such as running, swimming, cycling, or playing tennis or team sports.
- Stay at a healthy weight or lose weight by making the changes in eating and physical activity listed above. Losing just a small amount of weight, even 5 to 10 pounds, can help reduce your risk for having a heart attack or stroke.
- Do not smoke.
- Manage other health problems. These include diabetes and high blood pressure. If you think you may have a problem with alcohol or drug use, talk to your doctor.
- If you take medicine, take it exactly as prescribed. Call your doctor if you think you are having a problem with your medicine.
- Check with your doctor or pharmacist before you use any other medicines, including over-the-counter medicines. Make sure your doctor knows all of the medicines, vitamins, herbal products, and supplements you take. Taking some medicines together can cause problems.

## When should you call for help?

Watch closely for changes in your health, and be sure to contact your doctor if:

- You need help making lifestyle changes.
- You have questions about your medicine.

## Where can you learn more?

Go to https://www.healthwise.net/patientEd

Enter **I865** in the search box to learn more about "**High Cholesterol: Care Instructions**."

Current as of: August 31, 2020 Content Version: 12.9

© 2006-2021 Healthwise, Incorporated.
Care instructions adapted under license by CaroMont Health, Inc. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# Learning About Low-Fat Eating

## What is low-fat eating?



Most food has some fat in it. Your body needs some fat to be healthy. But some kinds of fats are healthier than others.

In a low-fat eating plan, you try to choose healthier fats and eat fewer unhealthy fats. Healthy fats include olive and canola oil. Try to avoid eating too much saturated fat, such as in cheese and meats.

You do not need to cut all fat from your diet. But you can make healthier choices about the types and amount of fat you eat.

Even though it is a good idea to choose healthier fats, it is still important to be careful of how much fat you eat, because all fats are high in calories.

## What are the different types of fats?

### Unhealthy fat

- **Saturated fat.** Saturated fats are mostly in animal foods, such as meat and dairy foods. Tropical oils, such as coconut oil, palm oil, and cocoa butter, are also saturated fats.

### Healthy fats

- **Monounsaturated fat.** Monounsaturated fats are liquid at room temperature but get solid when refrigerated. Eating foods that are high in this fat may help lower your "bad" (LDL) cholesterol, keep your "good" (HDL) cholesterol level up, and lower your chances of getting coronary artery disease. This fat is found in canola oil, olive oil, peanut oil, olives, avocados, nuts, and nut butters.
- **Polyunsaturated fat.** Polyunsaturated fats are liquid at room temperature. They are in safflower, sunflower, and corn oils. They are also the main fat in seafood. Omega-3 fatty acids are types of polyunsaturated fat. Eating fish may lower your chances of getting coronary artery disease. Fatty fish such as salmon and mackerel contain these healthy fatty acids. So do ground flaxseeds and flaxseed oil, soybeans, walnuts, and seeds.

## Why cut down on unhealthy fats?

Eating foods that contain saturated fats can raise the LDL ("bad") cholesterol in your blood. Having a high level of LDL cholesterol increases your chance of hardening of the arteries (atherosclerosis), which can lead to heart disease, heart attack, and stroke.

In general:

- No more than 10% of your daily calories should come from saturated fat. This is about 20 grams in a 2,000-calorie diet.
- No more than 10% of your daily calories should come from polyunsaturated fat. This is about 20 grams in a 2,000-calorie diet.
- Monounsaturated fats can be up to 15% of your daily calories. This is about 25 to 30 grams in a 2,000-calorie diet.

If you're not sure how much fat you should be eating or how many calories you need each day to stay at a healthy weight, talk to a registered dietitian. A dietitian can help you create a plan that's right for you.

## What can you do to cut down on fat?

Foods like cheese, butter, sausage, and desserts can have a lot of unhealthy fats. Try these tips for healthier meals at home and when you eat out.

**At home**

- Fill up on fruits, vegetables, and whole grains.
- Think of meat as a side dish instead of as the main part of your meal.
- When you do eat meat, make it extra-lean ground beef (97% lean), ground turkey breast (without skin added), meats with fat trimmed off before cooking, or skinless chicken.
- Try main dishes that use whole wheat pasta, brown rice, dried beans, or vegetables.
- Use cooking methods that use little or no fat, such as broiling, steaming, or grilling. Use cooking spray instead of oil. If you use oil, use a monounsaturated oil, such as canola or olive oil.
- Read food labels on canned, bottled, or packaged foods. Choose those with little saturated fat.

**When eating out at a restaurant**

- Order foods that are broiled or poached instead of fried or breaded.
- Cut back on the amount of butter or margarine that you use on bread. Use small amounts of olive oil instead.
- Order sauces, gravies, and salad dressings on the side, and use only a little.
- When you order pasta, choose tomato sauce instead of cream sauce.
- Ask for salsa with your baked potato instead of sour cream, butter, cheese, or bacon.

## Where can you learn more?

Go to https://www.healthwise.net/patientEd

Enter **W495** in the search box to learn more about "**Learning About Low-Fat Eating**."

Current as of: December 17, 2020 Content Version: 12.9

© 2006-2021 Healthwise, Incorporated.
Care instructions adapted under license by CaroMont Health, Inc. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Electronically signed by Bush, Christy P, FNP-C at 9/9/2021 3:02 PM

**Progress Notes by Bush, Christy P, FNP-C at 12/9/2021 3:00 PM**

Author: Bush, Christy P, FNP-C | Service: — | Author Type: Nurse Practitioner
Filed: 12/13/2021 8:29 AM | Encounter Date: 12/9/2021 | Status: Signed
Editor: Bush, Christy P, FNP-C (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o. Other male.

**Chief Complaint:**High Cholesterol (F/U) and Anxiety

Allan Arturo Araya is here for the above.

Problem

Impingement Syndrome of Right Shoulder

Has 3 different NSAIDs on the chart. Recommended only taking one.

Anxiety State

Effexor was increased to 150 at last appointment. Positive depression screening at orthopedic doctor.
Still not making much progress with his anxiety with medications.

Mixed Hyperlipidemia

Strong FH- mom, dad, sister

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| HDL | 52 | 08/27/2021 08:30 AM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

Biceps tendinitis of right shoulder
Subacromial bursitis of right shoulder joint
Sprain of posterior cruciate ligament of right knee, subsequent encounter

Going to do PT.

Drives to his mom's house. He states that he does not have any friends or social outings. States he has a friend in Charlotte but does not like to drive.
Scared to go back to work b/c of the pain. States that he is scared to make mistakes.
Continues to do home PT.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Allergies

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tablet | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • simvastatin (ZOCOR) 10 mg tablet | Take 1 Tablet (10 mg) by mouth Daily late. | 30 Tablet | 2 |
| • venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety | 90 Capsule | 1 |

No current facility-administered medications for this visit.

Social History

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file

**Review of Systems**
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

## Objective:

Vitals:

| | 12/09/21 1519 |
|---|---|
| BP: | 122/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Large Adult |
| Pulse: | 107 |
| Resp: | 16 |
| Temp: | 98.9 °F (37.2 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | 96.2 kg (212 lb) |
| Height: | 6' (1.829 m) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No tachypnea or respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
Chest wall: No tenderness.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Comments: **Bilateral knee braces**
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal. Behavior is cooperative.

Thought Content: Thought content normal.
Cognition and Memory: Cognition normal.
Judgment: Judgment normal.

**Data Review**: Pertinent labs reviewed
No results found for this visit on 12/09/21.

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| WBC | 8.8 | 02/02/2021 06:56 PM |
| HGB | 15.4 | 02/02/2021 06:56 PM |
| HCT | 44.6 | 02/02/2021 06:56 PM |
| PLT | 357 | 02/02/2021 06:56 PM |
| MCV | 84 | 02/02/2021 06:56 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| NA | 140 | 02/02/2021 06:56 PM |
| K | 4.1 | 02/02/2021 06:56 PM |
| CL | 100 | 02/02/2021 06:56 PM |
| CO2 | 25 | 02/02/2021 06:56 PM |
| CA | 9.8 | 02/02/2021 06:56 PM |
| BUN | 10 | 02/02/2021 06:56 PM |
| CREAT | 0.78 | 02/02/2021 06:56 PM |
| GFR | 113 | 02/02/2021 06:56 PM |
| GLUCOSE | 95 | 12/05/2019 07:18 PM |
| TOTALPROTEIN | 7.7 | 02/02/2021 06:56 PM |
| ALBUMIN | 4.5 | 02/02/2021 06:56 PM |
| BILITOTAL | 0.5 | 02/02/2021 06:56 PM |
| ALKPHOS | 70 | 02/02/2021 06:56 PM |
| AST | 17 | 02/02/2021 06:56 PM |
| ALT | 21 | 02/02/2021 06:56 PM |
| ANIONGAP | 10 | 12/05/2019 07:18 PM |
| BCRATIO | 13 | 02/02/2021 06:56 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| CHOLTOT | 362 (H) | 07/28/2021 04:28 PM |
| CHOLTOT | 241 (H) | 02/02/2021 06:56 PM |
| HDL | 52 | 08/27/2021 08:30 AM |
| HDL | 59 | 07/28/2021 04:28 PM |
| HDL | 41 | 02/02/2021 06:56 PM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| LDLCALC | 258 (H) | 07/28/2021 04:28 PM |
| LDLCALC | 150 (H) | 02/02/2021 06:56 PM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 229 (H) | 07/28/2021 04:28 PM |
| TRIGLYCERIDE | 270 (H) | 02/02/2021 06:56 PM |

| | | |
|---|---|---|
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| HGBA1C | 5.0 | 12/05/2019 07:58 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| VITD25HYTO | 28.1 (L) | 07/28/2021 04:28 PM |

**Assessment/Plan:**

Allan was seen today for high cholesterol and anxiety.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:

Recommend psychiatry referral.
Discussed needing more than meds as he states he stay home most of the time and continues to not feel ready to work...
Encouraged needing to get back into society

Orders:

- Cancel: AMB Referral to Counseling
- AMB Referral to Psychiatry
- AMB Referral to Counseling

**Mixed hyperlipidemia**

Assessment & Plan:

Start statin today. Went over side effects

Orders:

- simvastatin (ZOCOR) 10 mg tablet; Take 1 Tablet (10 mg) by mouth Daily late.

**Impingement syndrome of right shoulder**

Return in about 3 months (around 3/9/2022).
Tobacco Use: Tobacco use was assessed
Tobacco Use Follow-up: cessation not applicable
Medication Reconciliation: Discharge medication list has been reviewed and reconciled with current medication list.

Treatment plan reviewed with the patient.
Medication risks/benefit reviewed with the patient
Health Maintenance Topics with due status: Postponed

| Topic | Postponed Until |
|---|---|
| COVID-19 VACCINE | 03/09/2022 (Originally 12/29/1992) |

Health Maintenance Topics with due status: Completed

| Topic | Last Completion Date |
|---|---|
| INFLUENZA VACCINE | 10/26/2021 |

Health Maintenance Topics with due status: Aged Out

| Topic | Date Due |
|---|---|
| HIB VACCINE | Aged Out |
| PNEUMOCOCCAL VACCINE: <65 | Aged Out |

Discussed with the patient and all questioned fully answered. He will call me if any problems arise.
An After Visit Summary was printed and given to the patient.

Electronically signed by Bush, Christy P, FNP-C at 12/13/2021 8:29 AM

**Progress Notes by Brown, Aaron, MD at 1/5/2022 9:50 AM**

Author: Brown, Aaron, MD | Service: — | Author Type: Physician
Filed: 1/5/2022 10:29 AM | Encounter Date: 1/5/2022 | Status: Signed
Editor: Brown, Aaron, MD (Physician)

Allan Arturo Araya

CC: Mass (Allan is here today with a complaint of a knot on the back of his head due to a MVA. He states that the pain goes down to his right shoulder and experiences headaches. )

HPI: Hit head on window in MVA 11 mos ago.
Having pain in that area, with radiation to right upper shoulder and neck, doing PT still. Concerned about a painful nodule that will not go down right scalp.

Medical problems:
Patient Active Problem List

| Diagnosis | Code |
|---|---|
| • Anxiety state | F41.1 |
| • Class 1 obesity due to excess calories with serious comorbidity in adult | E66.09 |
| • Chronic fatigue | R53.82 |
| • Mixed hyperlipidemia | E78.2 |
| • Chronic MEE (middle ear effusion), bilateral | H65.493 |
| • Polyarthralgia | M25.50 |
| • Closed displaced comminuted fracture of shaft of right tibia | S82.251A |
| • MVC (motor vehicle collision) | V87.7XXA |
| • Intractable acute post-traumatic headache | G44.311 |
| • Cervicalgia | M54.2 |
| • Chronic right shoulder pain | M25.511, G89.29 |

| | |
|---|---|
| • Impingement syndrome of right shoulder | M75.41 |
| • Knee pain, right | M25.561 |
| • Left knee pain | M25.562 |
| • Sprain of posterior cruciate ligament of right knee | S83.521A |
| • Biceps tendinitis of right shoulder | M75.21 |
| • Subacromial bursitis of right shoulder joint | M75.51 |

Past Medical History:

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

Past Surgical History: No past surgical history on file.

Medications:

Current Outpatient Medications:

- amitriptyline (ELAVIL) 25 mg tablet, Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia, Disp: 90 Tab, Rfl: 1
- cyclobenzaprine (FLEXERIL) 5 mg Tablet, Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm., Disp: 30 Tab, Rfl: 2
- diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.), , Disp: , Rfl:
- EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector, Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose., Disp: 2 Each, Rfl: 0
- ergocalciferol (VITAMIN D2) 50,000 unit capsule, Take 1 Capsule (50,000 Units) by mouth Every 7 days., Disp: 12 Capsule, Rfl: 1
- [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule, Take 1 Cap (50,000 Units) by mouth Every 7 days., Disp: 12 Cap, Rfl: 1
- hydrOXYzine HCL (ATARAX) 25 mg tablet, TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA., Disp: 270 Tablet, Rfl: 0
- ibuprofen (MOTRIN) 600 mg tablet, , Disp: , Rfl:
- simvastatin (ZOCOR) 10 mg tablet, Take 1 Tablet (10 mg) by mouth Daily late., Disp: 30 Tablet, Rfl: 2
- venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule, Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety, Disp: 90 Capsule, Rfl: 1

Allergies:

Allergies

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

Vitals:

| | 01/05/22 1009 |
|---|---|
| BP: | 122/82 |
| BP Location: | right arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |

**Progress Notes by Brown, Aaron, MD at 1/5/2022 9:50 AM (continued)**

| | |
|---|---|
| Pulse: | 73 |
| Resp: | 16 |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Temporal |
| SpO2: | 98% |
| Weight: | 97 kg (213 lb 12.8 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 29 kg/m².

Physical Exam
Constitutional: General Appearance: WDWN. Level of Distress: NAD
Psychiatric: Insight: good judgement. Mental Status: normal mood and affect and active and alert.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA.
Neck: normal ROM, no masses, thyromegally, thyroid nodules. No cervical or supraclavicular LA.
Skin: Tender 3cm subcutaneous soft mass right posterior scalp

No results found for this visit on 01/05/22 (from the past 24 hour(s)).

Assessment and Plan

**1. Scalp mass**
Ongoing and painful after MVA. ? Persisting hematoma. Surgical evaluation considering pain.
- AMB Referral to General Surgery

Electronically signed by Brown, Aaron, MD at 1/5/2022 10:29 AM

HIM ROI Authorization - Scan on 8/11/2021 8:59 AM by Abbasi, Emaan: Allan Araya (below)

CaroMont Health

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557

Araya, Allan Arturo
MRN: 934141, DOB:
ENC 1/5/2022

Sex: M

Patient Name: Allan Araya DOB: LAST 4 DIGITS SSN:

Address:

I, the patient (or legal representative of the patient), am requesting that CaroMont Health:

[✓] Give my medical records to me [ ] Give my medical records to someone else, listed below [ ] Obtain my records from, listed below:

Name & Address:

**Information to be provided:** Date(s) of Service: 12-15-2020 to Present

___ Abstract (Discharge Summary, History/Physical, Consultation Reports, Operative Reports, Labs, Radiology, Pathology Report, EKG's)

___ Entire Record ___ ER Record ___ Discharge Summary ___ History & Physical ___ Consultation Reports ___ Operative Reports

___ Physician Orders ___ Progress Notes ___ Pathology Report ___ Autopsy Report ___ Nursing Data/Notes ___ Laboratory Reports

___ Radiology Results ___ Radiology Images on a CD ✓ Other (please specify) Alesha Logan

**I am requesting the records be provided in the following method/format:** [✓] Paper OR [ ] Electronic (Check specifics below)

| Paper: | Electronic (pdf format will be used unless otherwise specified): |
|---|---|
| ✓ In-Person Pickup | ___ Release records to my MYCHART account |
| ___ Mailed to address above or other address provided below: | ___ CD with password OR ___ CD without password |
| | ___ In-Person Pickup (password provided when picked up) |
| | ___ Mail CD to address above or other address provided below: |
| **NOTE:** Please consider the method you wish to receive or have your records sent if using an electronic method.<br>• Information placed on an unsecured CD (without password) is not secure and could result in information being read or accessed while in transit or by anyone who accesses the CD. A secured CD (with password) can only be opened by someone who has the password.<br>• Information sent by fax can be accessed by any person physically on the receiving side of such fax transmission and is not secured.<br>• E-Mail may require a password to access a file sent depending on the security of the recipient's e-mail server. | ___ E-mail CD password to:<br>___ Mail CD password to above address separately<br>___ E-Mail PDF file ___ securely or ___ unsecurely to: |
| **FEES:** A flat fee of $5.00 may be charged if records are released on a CD. No fees are charged if released by any other method. | ___ Fax records to this number: |

If I am requesting access to or directing release of medical records for a minor patient, I certify that I have the legal authority to access or direct release of the minor patient's medical records.

Healthcare POA's, Executors of Estates, and other Court authorized Legal Representatives will be asked to provide the documentation of their legal relationship to the patient.

[signature] 8-11-2021

Signature of Patient or Legal Representative Date

Printed Name of Patient or Legal Representative

Relationship of Legal Representative to Patient (Healthcare POA, Executor, etc.)

**CaroMont Staff Use Only for Verification Processes** MRN: 934141

| | |
|---|---|
| Face-to-Face Request: ✓<br>Patient/Authorized Legal Representative identification verified:<br>✓ Drivers' License / Other Photo ID (Do not copy photo identification)<br>✓ Signature matched with file in the medical record<br>Employee's Initials: EN | Verbal or Phone Request (release to patient or for Continuing Care): ___<br>___ Patient Name + 2 Identifiers verified with patient (DOB, Address, SSN)<br>Staff should complete form and scan into the Release.<br>Employee's Initials: ___ |

| | | |
|---|---|---|
| 182 pgs. | **Patient Request for Health Information**<br>Tab: Miscellaneous<br>Page: 1 of 1 Inventory #:<br>Created: 06/2017 Revised: 04/2018 | CaroMont Health |

HIM ROI Authorization - Scan on 1/7/2022 11:14 AM by Kickham, Karen L.: Allan Araya (patient) (below)

1/7/2022

Patient Name: Allan Araya DOB: LAST 4 DIGITS SSN: ____

Address: ____

I, the patient (or legal representative of the patient), am requesting that CaroMont Health:

☑ Give my medical records to me ☐ Give my medical records to someone else, listed below ☐ Obtain my records from, listed below:

Name & Address: ____

**Information to be provided:** Date(s) of Service: 12/9/2021 – 1/5/2022

____ Abstract (Discharge Summary, History/Physical, Consultation Reports, Operative Reports, Labs, Radiology, Pathology Report, EKG's)

____ Entire Record ____ ER Record ____ Discharge Summary ____ History & Physical ____ Consultation Reports ____ Operative Reports

____ Physician Orders ____ Progress Notes ____ Pathology Report ____ Autopsy Report ____ Nursing Data/Notes ____ Laboratory Reports

____ Radiology Results ____ Radiology Images on a CD ✓ Other (please specify) ambulatory - CFM GD

**I am requesting the records be provided in the following method/format:** ☐ Paper OR ☑ Electronic (Check specifics below)

| **Paper:** | **Electronic** (pdf format will be used unless otherwise specified): |
|---|---|
| ____ In-Person Pickup | ____ Release records to my MYCHART account |
| ____ Mailed to address above or other address provided below: | ____ CD with password OR ____ CD without password |
| | ____ In-Person Pickup (password provided when picked up) |
| | ____ Mail CD to address above or other address provided below: |
| **NOTE:** Please consider the method you wish to receive or have your records sent if using an electronic method.<br>• Information placed on an unsecured CD (without password) is not secure and could result in information being read or accessed while in transit or by anyone who accesses the CD. A secured CD (with password) can only be opened by someone who has the password.<br>• Information sent by fax can be accessed by any person physically on the receiving side of such fax transmission and is not secured.<br>• E-Mail may require a password to access a file sent depending on the security of the recipient's e-mail server. | ____ E-mail CD password to: ____<br>____ Mail CD password to above address separately<br>✓ E-Mail PDF file ____ securely or ✓ unsecurely to: |
| **FEES:** A flat fee of $5.00 may be charged if records are released on a CD. No fees are charged if released by any other method. | ____ Fax records to this number: |

If I am requesting access to or directing release of medical records for a minor patient, I certify that I have the legal authority to access or direct release of the minor patient's medical records.

Healthcare POA's, Executors of Estates, and other Court authorized Legal Representatives will be asked to provide the documentation of their legal relationship to the patient.

Signature of Patient or Legal Representative ____ Date ____

Printed Name of Patient or Legal Representative ____ Relationship of Legal Representative to Patient (Healthcare POA, Executor, etc.) ____

**CaroMont Staff Use Only for Verification Processes** MRN: 934141

| | |
|---|---|
| Face-to-Face Request: ____<br>Patient/Authorized Legal Representative identification verified:<br>____ Drivers' License / Other Photo ID (Do not copy photo identification)<br>____ Signature matched with file in the medical record<br>Employee's Initials: ____ | Verbal or Phone Request (release to patient or for Continuing Care): ✓<br>✓ Patient Name + 2 Identifiers verified with patient (DOB, Address, SSN)<br>Staff should complete form and scan into the Release.<br>Employee's Initials: KK |

| | **Patient Request for Health Information**<br>Tab: Miscellaneous<br>Page: 1 of 1 Inventory #:<br>Created: 06/2017 Revised: 04/2018 | CaroMont Health |
|---|---|---|

**END OF REPORT**

**From:**Tuliano, Joshua
**Sent:**Tue, 11 Jan 2022 17:15:48 +0000
**To:**CSR@reliablers.com
**SCcuebt:**RE: Addendum Request 11295718 (secure)
**Attj bJ ments:**11295718-MEDICAL-MEDICALRECORDS-01.07.2022.pdf

Hello,

Can we please include the additional records attached for this addendum review? An extension of time is fine.

Thank you,




**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linbolnl Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax


---

**From:** Tuliano, Joshua
**Sent:** Friday, December 31, 2021 11:32 AM
**To:** CSR@reliablers.com
**SCcuebt:** Addendum Request 11295718 (secure)

Good morning,

Can we please set up an addendum request with Dr. Elena Dlugach, MD to review the attached additional documentation and to answer the below questions?

1. Does the additional information provided change your opinions from your 9/16/21 review? Please explain why or why not. Please specifically address the restrictions provided by Christy Bush, FNP.
2. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f). If contact is not made, and restrictions are not supported, please include a summary of your findings to the provider and any questions that would have been asked in the phone conversation. Please provide 5-days for the provider to respond in the letter.

Thank you,

**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linbo ln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

**From:** DisabilityDocuments
**Sent:** Friday, January 7, 2022 3:07 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Requested Records

---

**From:** Allan Araya <
**Sent:** Friday, January 7, 2022 8:04:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; lfgnotifications@lfg.com <lfgnotifications@lfg.com>
**Subject:** Fw: Requested Records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To: Joshua Tuliano Claim#11295718 Thanks Allan

----- Forwarded Message -----
**From:** Jordan Breidinger <jordan.breidinger@caromonthealth.org>
**To:** <
**Sent:** Friday, January 7, 2022, 12:39:06 PM EST
**Subject:** Requested Records

This message was sent securely using Zix®

See attached for the requested records. If you have any questions please contact the HIM Department at 704-834-2111.

Thanks

Jordan Breidinger, RHIA
Operations Manager
Health Information Management
CaroMont Regional Medical Center

This message was secured by **Zix**®. **[Error : unloaded OLE object or mail attachment]**

**Patient-Level Documents:**

Ambulatory Consent Form - Scan on 12/9/2021 3:27 PM by Ross, Jennifer M.: Treatment Consent (below)

## Authorization For Treatment - Assignment of Benefits

**CONSENT TO ADMISSION, EXAMINATION, & TREATMENT:**

I, whether signed as the patient or as the personal representative for the patient, hereby consent to treatment/admission/telehealth services and grant permission for the examination, testing (which could include HIV testing), treatment, which may include debridement of the wound and photographs for treatment evaluations by and photographs by CaroMont Health (CaroMont Regional Medical Center, and/or CaroMont Medical Group, collectively "CaroMont Health") and the medical provider(s) providing care. For my protection and the protection of the people who provide health care for me, I consent to testing for communicable and infectious diseases. Furthermore, it is acknowledged and agreed that the medical providers furnishing services to the patient, including but not limited to the Emergency Services Physician, Radiologist, Pathologist, Anesthesiologist, and the like, may be INDEPENDENT CONTRACTORS and may not be employees nor agents of CaroMont Health.

**EMERGENCY SERVICES: TELEHEALTH PATIENTS:** I understand and agree that to the extent I receive telehealth medical services from any CaroMont Health entity, such services will not include emergency medical care or advice and I will not attempt to schedule a telehealth appointment for nor receive emergency medical care during a telehealth visit. In case of an emergency, I will dial 911 or go directly to the nearest hospital emergency room.

Further, I understand and agree that telehealth medical services may include the following potential risks or limitations: (i) limited or no availability of diagnostic laboratory, x-ray, EKG, and other testing, and some prescriptions, to assist my medical provider in diagnosis and treatment; (ii) my provider's inability to conduct a hands-on physical examination of me and my condition; and (iii) delays in evaluation and treatment due to technical difficulties or interruptions, distortion of diagnostic images or specimens resulting from electronic transmission issues, unauthorized access to my information, or loss of information due to technical failures. I will not hold CaroMont Health responsible for lost information due to technical failures.

**In-Person / Emergency Department Services:** I, as the patient or as the personal representative for the patient, understand my right, upon presentation to a CaroMont Health emergency department, to receive an appropriate medical screening exam performed by a doctor or other qualified medical professional to determine whether I, the patient, am suffering from an emergency medical condition, and if such a condition exists, stabilizing treatment within the capabilities of the CRMC staff and facilities, even if I cannot pay for these services, do not have medical insurance, or am not entitled to Medicare or Medicaid.

**FINANCIAL OBLIGATION:**

I, in consideration of the services to be rendered to the patient, agree to pay the account at CaroMont Health in accordance with current charges. I understand that the account is due and payable at the time service is rendered. Any additional unpaid balance will be billed (unless I make other appropriate arrangements with CaroMont Health). I understand that I will be responsible for any charges deemed non-covered by my insurance plan. If I do not pay the entire balance shown on my statement by the Due Date, I agree to pay FINANCE CHARGES on the account's principal balance at a rate not to exceed 12.5% per annum. Should the account be referred to collections for non-payment, whether it be a collection agency, attorney, or other agent of CaroMont Health, the undersigned agrees to pay all the costs of collection, including all expenses and reasonable attorney's fees. Any amounts collected will be applied first to cost of collection, then to outstanding interest, and then to principal. CaroMont Health reserves the right to deny non-emergency services if my account is delinquent.

**CELL PHONES AND E-MAILS COMMUNICATIONS:**

I hereby consent to contact from CaroMont Health via email as well as receiving auto-dialed or pre-recorded calls and/or text messages to my cellular telephone and to any telephone number provided by me, CaroMont Health, or its affiliates and their agents, including without limitation, any debt collector, at the telephone number provided. I understand that consent is not a condition for treatment. I understand that I can stop receiving text and email messages of healthcare information sent to any email address or cellular telephone number provided by calling 704-834-2411 and requesting to have the cellular telephone number and/or email address removed.

**RELEASE OF INFORMATION:**

I authorize CaroMont Health, and medical provider(s) providing services, to disclose by voice, fax, electronic or written methods, all or any part of my medical record to any person, corporation, or third party which is or may be liable under a contract with CaroMont Health, or to myself, to a family member, or to an employer of myself or personal representative related to claims or services rendered. CaroMont Health is authorized to obtain from or share with other agencies or institutions relevant medical or social information necessary to seek assistance, such as transfer to another healthcare facility or provider.

**ASSIGNMENT OF INSURANCE BENEFITS:**

I hereby assign to CaroMont Health all benefits to which I may be entitled by virtue of insurance or public funding and authorize CaroMont Health to file claims therefore. Further, I hereby assign benefits payable for the service of medical provider(s) to the medical provider(s) or organization furnishing the service and authorize the medical provider(s) to file claims.

**MEDICATION ASSISTANCE PROGRAM (EXCLUDES TELEHEALTH):**

In some cases, CaroMont Health is able to obtain reimbursement of some of your medications from companies that manufacture them. When this occurs, the cost of the medication is removed from the bill from your hospital stay. Most of these reimbursement programs require your signature on the application forms. Pharmacy Health care Solutions (PHS) assists CaroMont Health in obtaining these reimbursements. To prevent you from having to sign an application for each medication, we are requesting that you allow a PHS representative to sige these applications on your behalf. By signing this Authorization, you appoint PHS to carry out, in your name, the application forms required for PHS to obtain reimbursement and/or replacement of your medications from manufacturers. This signature will be in full force from the date signed.

**APPLICATION OF CREDIT BALANCE:**

Credit balances which occur in my favor on this account for whatever reason may be applied by CaroMont Health to reduce any other outstanding account with CaroMont Health or any facility owned by CaroMont Health for which I am responsible before refund of any balance remaining.

| | | |
|---|---|---|
| **Name: Araya, Allan Arturo**<br>**CSN:** 126712573<br>**MRN:** 934141<br>**DOB:** (40 yrs)<br>**SEX:** male | **CaroMont Health Consent Form**<br>**(Authorization for Treatment)**<br>Tab: Miscellaneous<br>Page: 1 of 2 Inventory#: 4547<br>Revision Date: 5/2021 | CaroMont Health<br>CS0013 CSN126712573 |

**PERSONAL VALUABLES (EXCLUDES TELEHEALTH):**

I understand and agree that while CaroMont Health maintains a safe for the safekeeping of money and valuables for patients at CaroMont Regional Medical Center, CaroMont Health shall not be liable for loss or damage to any money, jewelry, glasses, dentures, documents, and coats or other articles of value, whether placed in the safe or otherwise. As such, CaroMont Health shall not be liable for loss or damage to any other personal property, whether deposited with CaroMont Health for safekeeping or otherwise.

**FOR TELEHEALTH VISITS:**
I understand and agree that during my telehealth visit, my medical provider(s) may determine whether or not the telehealth visit is appropriate and may discontinue my telehealth visit / request me to make an in-clinic appointment for further medical evaluation or services. I understand and agree that:

- I will not be in the same location as my medical provider.
- My medical provider is licensed in the state in which I am receiving services. I will report my location accurately during registration.
- Potential benefits of telehealth (which are not guaranteed or assured) include: (i) access to medical care if I am unable to travel to my medical provider's office; (ii) more efficient medical evaluation; and (iii) during the COVID-19 pandemic, reduced exposure to patients, medical staff and other individuals at a physical location.
- My medical provider's advice, recommendation, and/or decisions may be based on factors not within his/her control, including incomplete or inaccurate data provided by me. I understand my medical provider relies on information about my medical history, condition(s), and current or previous medical care that is complete and accurate to the best of my ability.
- I may discuss these risks and benefits with my medical provider and will be given an opportunity to ask questions about telehealth services. I have the right to withdraw this consent to telehealth services or end the telehealth session at any time without affecting my right to future treatment by CaroMont Health.
- The level of care provided by my medical provider is to be the same level that is available to me through an in-person medical visit. However, if my provider believes I would be better served by face-to-face services or another form of care, I will be referred to the nearest CaroMont Health medical center, hospital emergency department or other appropriate healthcare provider.
- I have the right to receive face-to-face medical services at any time by traveling to a CaroMont Health medical center that is convenient to me.

I consent to, understand and agree that:

- I have the right to discuss the risks and benefits of all procedures and courses of treatment proposed by my health care provider(s), together with any available alternatives.
- CaroMont Health will provide care consistent with the prevailing standards of medical practice but makes no assurances or guarantees as to the results of treatment.
- Before prescribing any controlled substance to me, CaroMont Health may review information from the Prescription Drug Monitoring Program in my state of residence regarding my prior receipt of controlled substances and may not prescribe these substances without further review by the provider.
- I have the right to review and receive copies of my medical records, including all information obtained during a telehealth interaction, subject to CaroMont Health's standard policies regarding request and receipt of medical records and applicable law.
- The laws of the state in which I am located will apply to my receipt of telehealth services.

For in-clinic/emergency care/services, information was provided to the patient concerning PATIENT'S RIGHTS AND RESPONSIBILITIES & ADVANCE DIRECTIVES. (YES) NO

If no, document reason____________________________________

Does the patient have an Advance Directive? YES NO

I, AS THE PATIENT OR THE PATIENT'S PERSONAL REPRESENTATIVE, HAVE READ THE FOREGOING, ACKNOWLEDGE AND UNDERSTAND ALL TERMS, AND HAVE RECEIVED A COPY OF THE SAME.

SIGNED: [signature] DATE: 12-9-2021 TIME: 3:05 pm.
(Signature of Patient, Personal Representative, or Responsible Party)

WITNESSED: Jennifer Ross DATE: 12-9-21 TIME:________

| | | |
|---|---|---|
| **Name: Araya, Allan Arturo**<br>**CSN:** 126712573<br>**MRN:** 934141<br>**DOB:** (40 yrs)<br>**SEX:** male | **CaroMont Health Consent Form (Authorization for Treatment)**<br>Tab: Miscellaneous<br>Page: 2 of 2 Inventory#: 4547<br>Revision Date: 5/2021 | CaroMont Health<br>CS0013 CSN126712573 |

Ambulatory Consent Form - scan on 10/24/2020 2:31 PM by Parker, Melissa L: Amb Consent Form(below)

**Patient-Level Documents: (continued)**

**Authorization For Treatment - Assignment of Benefits**

**CONSENT TO ADMISSION, EXAMINATION, & TREATMENT:**
I, whether signed as the patient or as the personal representative for the patient, hereby consent to treatment/admission and grant permission for the examination, testing (which could include HIV testing), treatment, which may include debridement of the wound and photographs for treatment evaluations by and photographs by CaroMont Health (CaroMont Regional Medical Center, and/or CaroMont Medical Group, collectively "CaroMont Health") and the physician(s) providing care. For my protection and the protection of the people who provide health care for me, I consent to testing for communicable and infectious diseases. Furthermore, it is acknowledged and agreed that most physicians furnishing services to the patient, including but not limited to the Emergency Services Physician, Radiologist, Pathologist, Anesthesiologist, and the like, are INDEPENDENT CONTRACTORS and are neither employees nor agents of CaroMont Health.
I, as the patient or as the personal representative for the patient, understand my right to receive an appropriate medical screening exam performed by a doctor or other qualified medical professional to determine whether I, the patient, am suffering from an emergency medical condition, and if such a condition exists, stabilizing treatment within the capabilities of the CRMC staff and facilities, even if I cannot pay for these services, do not have medical insurance, or am not antitled to Medicare or Medicaid.

**FINANCIAL OBLIGATION:**
I, in consideration of the services to be rendered to the patient, agree to pay the account at CaroMont Health in accordance with current charges. I understand that the account is due and payable at the time service is rendered. Any additional unpaid balance will be billed (unless I make other appropriate arrangements with CaroMont Health). I understand that I will be responsible for any charges deemed non-covered by my insurance plan. If I do not pay the entire balance shown on my statement by the Due Date, I agree to pay **FINANCE CHARGES** on the account's principle balance et a rata not to exceed 12.5% per annum. Should the account be referred to collections for non-payment, whether it be a collection agency, attorney or other agent, CaroMont Health, the undersigned agrees to pay all the costs of collection, including all expenses and reasonable attorney's fees. Any amounts collected will be applied first to cost of collection, then to outstanding interest, and than to principle.

**CELL PHONES AND E-MAILS:**
I hereby consent to contact from CaroMont Health via email as well as receiving auto-dialed or pre-recorded calls and/or text messages to my cellular telephone and to any telephone number provided by me, CaroMont Health, or its affiliates and their agents, including without limitation, any debt collector, at the telephone number provided. I understand that consent is not a condition for treatment. I understand that I can stop receiving text and email messages of healthcare information sent to any email address or cellular telephone number provided by calling 704-834-2411 and requesting to have the cellular telephone number and/or email address removed.

**RELEASE OF INFORMATION:**
I authorize CaroMont Health, and physicians providing services, to disclose by voice, fax, electronic or written methods, all or any part of my medical record to any person, corporation, or third party which is or may be liable under a contract with CaroMont Health, or to myself, to a family member, or to an employer of myself or personal representative related to claims or services rendered. CaroMont Health is authorized to obtain from or share with other agencies or institutions relevant medical or social information necessary to seek assistance, such as transfer to another healthcare facility or provider.

**ASSIGNMENT OF INSURANCE BENEFITS:**
I hereby assign to CaroMont Health all benefits to which I may be entitled by virtue of insurance or public funding and authorize CaroMont Health to file claims therefore. Further, I hereby assign benefits payable for the service of Physicians to the Physician or organization furnishing the service and authorize the Physician to file claims.

**MEDICATION ASSISTANCE PROGRAM:**
In some cases, CaroMont Health is able to obtain reimbursement of some of your medications from companies that manufacture them. When this occurs, the cost of the medication is removed from the bill from your hospital stay. Most of these reimbursement programs require your signature on the application forms. Pharmacy Healthcare Solutions (PHS) assists CaroMont Health in obtaining these reimbursements. To prevent you from having to sign an application for each medication, we are requesting that you allow a PHS representative to sign these applications on your behalf. By signing this Authorization, you appoint PHS to carry out, in your name, the application forms required for PHS to obtain reimbursement and/or replacement of your medications from manufacturers. This signature will be in full force from the date signed.

**APPLICATION OF CREDIT BALANCE:**
Credit balances which occur in my favor on this account for whatever reason may be applied by CaroMont Health to reduce any other outstanding account with CaroMont Health or any facility owned by CaroMont Health for which I am responsible before refund of any balance remaining.

**PERSONAL VALUABLES:**
I understand and agree that while CaroMont Health maintains a safe for the safekeeping of money and valuables for patients at CaroMont Regional Medical Center, CaroMont Health shall not be liable for loss or damage to any money, jewelry, glasses, dentures, documents, and coats or other articles of value, whether placed in the safe or otherwise. As such, CaroMont Health shall not be liable for loss or damage to any other personal property, whether deposited with CaroMont Health for safekeeping or otherwise.

Information was provided to the patient concerning PATIENT'S RIGHTS AND RESPONSIBILITIES & ADVANCE DIRECTIVES. YES NO
If no, document
reason:__________
Does the patient have an Advance Directive? YES NO

**I, AS THE PATIENT OR THE PATIENT'S PERSONAL REPRESENTATIVE, HAVE READ THE FOREGOING, ACKNOWLEDGE AND UNDERSTAND ALL TERMS, AND HAVE RECEIVED A COPY OF THE SAME.**

SIGNED: __________ DATE: 10-24-2018 TIME: ______
(Signature of Patient, Personal Representative, or Responsible Party)

WITNESSED: __________ DATE: 10-24-18 TIME: ______

| | | |
|---|---|---|
| **Name: Araya, Allan Arturo**<br>**CSN:** 122226914<br>**MRN:** 934141<br>**DOB:** (39 yrs)<br>**SEX:** male | **CaroMont Health Consent Form**<br>**(Authorization for Treatment)**<br>Tab: Miscellaneous<br>Page: 1 of 1 Inventory#: 4547<br>Revision Date: 7/2019 | CaroMont Health<br>CS0010 CSN122226914 |

Ambulatory Consent Form - scan on 2/4/2019 11:26 AM by Moore, Kathy M.: ambulatory consent form(below)

**Patient-Level Documents: (continued)**

**Authorization For Treatment - Assignment of Benefits**

**CONSENT TO ADMISSION, EXAMINATION, & TREATMENT:**
I, whether signed as the patient or as the personal representative for the patient, hereby consent to treatment/admission and grant permission for the examination, testing (which could include HIV testing), treatment, which may include debridement of the wound and photographs for treatment evaluations by and photographs by CaroMont Health (CaroMont Regional Medical Center, and/or CaroMont Medical Group, collectively "CaroMont Health") and the physician(s) providing care. For my protection and the protection of the people who provide health care for me, I consent to testing for communicable and infectious diseases. Furthermore, it is acknowledged and agreed that most physicians furnishing services to the patient, including but not limited to the Emergency Services Physician, Radiologist, Pathologist, Anesthesiologist, and the like, are INDEPENDENT CONTRACTORS and are neither employees nor agents of CaroMont Health.
I, as the patient or as the personal representative for the patient, understand my right to receive an appropriate medical screening exam performed by a doctor or other qualified medical professional to determine whether I, the patient, am suffering from an emergency medical condition, and if such a condition exists, stabilizing treatment within the capabilities of the CRMC staff and facilities, even if I cannot pay for these services, do not have medical insurance, or am not entitled to Medicare or Medicaid.

**FINANCIAL OBLIGATION:**
I, in consideration of the services to be rendered to the patient, agree to pay the account at CaroMont Health in accordance with current charges. I understand that the account is due and payable at the time service is rendered. Any additional unpaid balance will be billed (unless I make other appropriate arrangements with CaroMont Health). I understand that I will be responsible for any charges deemed non-covered by my insurance plan. If I do not pay the entire balance shown on my statement by the Due Date, I agree to pay FINANCE CHARGES on the account's principle balance at a rate not to exceed 12.5% per annum. Should the account be referred to collections for non-payment, whether it be a collection agency, attorney or other agent, CaroMont Health, the undersigned agrees to pay all the costs of collection, including all expenses and reasonable attorney's fees. Any amounts collected will be applied first to cost of collection, then to outstanding interest, and then to principle.

**CELL PHONES AND E-MAILS:**
I hereby consent to contact from CaroMont Health via email as well as receiving auto-dialed or pre-recorded calls and/or text messages to my cellular telephone and to any telephone number provided by me, CaroMont Health, or its affiliates and their agents, including without limitation, any debt collector, at the telephone number provided. I understand that consent is not a condition for treatment. I understand that I can stop receiving text and email messages of healthcare information sent to any email address or cellular telephone number provided by calling 704-834-2411 and requesting to have the cellular telephone number and/or email address removed.

**RELEASE OF INFORMATION:**
I authorize CaroMont Health, and physicians providing services, to disclose by voice, fax, electronic or written methods, all or any part of my medical record to any person, corporation, or third party which is or may be liable under a contract with CaroMont Health, or to myself, to a family member, or to an employer of myself or personal representative related to claims or services rendered. CaroMont Health is authorized to obtain from or share with other agencies or institutions relevant medical or social information necessary to seek assistance, such as transfer to another healthcare facility or provider.

**ASSIGNMENT OF INSURANCE BENEFITS:**
I hereby assign to CaroMont Health all benefits to which I may be entitled by virtue of insurance or public funding and authorize CaroMont Health to file claims therefore. Further, I hereby assign benefits payable for the service of Physicians to the Physician or organization furnishing the service and authorize the Physician to file claims.

**MEDICATION ASSISTANCE PROGRAM:**
In some cases, CaroMont Health is able to obtain reimbursement of some of your medications from companies that manufacture them. When this occurs, the cost of the medication is removed from the bill from your hospital stay. Most of these reimbursement programs require your signature on the application forms. Pharmacy Healthcare Solutions (PHS) assists CaroMont Health in obtaining these reimbursements. To prevent you from having to sign an application for each medication, we are requesting that you allow a PHS representative to sign these applications on your behalf. By signing this Authorization, you appoint PHS to carry out, in your name, the application forms required for PHS to obtain reimbursement and/or replacement of your medications from manufacturers. This signature will be in full force from the date signed.

**APPLICATION OF CREDIT BALANCE:**
Credit balances which occur in my favor on this account for whatever reason may be applied by CaroMont Health to reduce any other outstanding account with CaroMont Health or any facility owned by CaroMont Health for which I am responsible before refund of any balance remaining.

**PERSONAL VALUABLES:**
I understand and agree that while CaroMont Health maintains a safe for the safekeeping of money and valuables for patients at CaroMont Regional Medical Center, CaroMont Health shall not be liable for loss or damage to any money, jewelry, glasses, dentures, documents, and coats or other articles of value, whether placed in the safe or otherwise. As such, CaroMont Health shall not be liable for loss or damage to any other personal property, whether deposited with CaroMont Health for safekeeping or otherwise.

Information was provided to the patient concerning PATIENT'S RIGHTS AND RESPONSIBILITIES & ADVANCE DIRECTIVES. YES NO
If no, document reason:__________
Does the patient have an Advance Directive? YES NO

**I, AS THE PATIENT OR THE PATIENT'S PERSONAL REPRESENTATIVE, HAVE READ THE FOREGOING, ACKNOWLEDGE AND UNDERSTAND ALL TERMS, AND HAVE RECEIVED A COPY OF THE SAME.**

SIGNED: Bey Arqa DATE: 3-4-2019 TIME:________
(Signature of Patient, Personal Representative, or Responsible Party)

WITNESSED: Kathy Moore DATE:________ TIME:________

| | | |
|---|---|---|
| **Name:** Araya,Allan Arturo<br>**CSN:** 112353826<br>**MRN:** 934141<br>**DOB:** 12/29/1980 (38 yrs)<br>**SEX:** male | **CaroMont Health Consent Form**<br>**(Authorization for Treatment)**<br>Tab: Miscellaneous<br>Page: 1 of 1 Inventory#: 4547<br>Revision Date: December 2018 | CaroMont Health<br>CS0010 CSN112353826 |

## Allergies

**Allergies as of 12/9/2021** Reviewed on 12/9/2021

## Allergies (continued)

**Allergies as of 12/9/2021 (continued)** Reviewed on 12/9/2021

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Shrimp** | **02/04/2019** | | **Anaphylaxis** |
| **Soy** | **02/04/2019** | | **Anaphylaxis** |

## Immunizations

**Immunizations Administered as of 12/09/21**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **INFLUENZA**<br>Given By: Crockett, Angela M., CMA<br>Lot#: UT7002AA | 10/24/20 | 0.5 mL<br>Manufacturer: Sanofi Pasteur | 8/15/2019 | Intramuscular | Left Deltoid |
| **Influenza Vaccine(Historical/Received Elsewhere)**<br>Given By:<br>Lot#: 49LC5 | 10/26/21 | 0.5 mL<br>Manufacturer: GlaxoSmithKline | | Intramuscular | Right Deltoid |
| **Influenza Vaccine(Historical/Received Elsewhere)**<br>Given By:<br>Lot#: UT7002AA | 10/24/20 | 0.5 mL<br>Manufacturer: | | | |
| **Tdap Vaccine(Historical/Received Elsewhere)**<br>Given By:<br>Lot#: 5277J | 10/26/21 | 0.5 mL<br>Manufacturer: GlaxoSmithKline | | Intramuscular | Right Deltoid |

**Immunizations Review History as of 12/09/21**

Reviewed by Crockett, Angela M., CMA on 10/24/2020 0929

## Problem List

**Problem List** as of 12/9/2021 Date Reviewed: **12/9/2021**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Anxiety state** | | | 12/5/2019 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/9/2021 by Bush, Christy P, FNP-C |

Overview Addendum 12/9/2021 2:48 PM by Bush, Christy P, FNP-C

Effexor was increased to 150 at last appointment. Positive depression screening at orthopedic doctor.

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Class 1 obesity due to excess calories with serious comorbidity in adult** | | | 12/5/2019 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/5/2019 by Logan, Alesha N., FNP-C |

Overview Signed 12/5/2019 7:17 PM by Logan, Alesha N., FNP-C

## Problem List (continued)

**Problem List (continued)** as of 12/9/2021 — Date Reviewed: **12/9/2021**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|

| | |
|---|---|
| Last height, weight and BMI | 12/5/2019 |
| **HEIGHT** | 1.829 m |
| **WEIGHT** | 221 lb 9.6 oz |
| **BODY MASS INDEX** | 30.05 kg/m2 |

**Chronic fatigue** — 12/5/2019 - Present — 12/30/2019 by Logan, Alesha N., FNP-C

Entered by Logan, Alesha N., FNP-C

Overview Addendum 12/30/2019 7:15 PM by Logan, Alesha N., FNP-C

Decreased energy level
Thinks it may be related to his anxiety
Is working out daily, getting up at 6 am, trying to lose weight
Vitamin d level was low.

**Mixed hyperlipidemia** — 12/5/2019 - Present — 12/9/2021 by Bush, Christy P, FNP-C

Entered by Logan, Alesha N., FNP-C

Overview Addendum 12/9/2021 3:32 PM by Bush, Christy P, FNP-C

Strong FH- mom, dad, sister

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| HDL | 52 | 08/27/2021 08:30 AM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

**Chronic MEE (middle ear effusion), bilateral** — 12/30/2019 - Present — 12/30/2019 by Logan, Alesha N., FNP-C

Entered by Logan, Alesha N., FNP-C

Overview Signed 12/30/2019 7:21 PM by Logan, Alesha N., FNP-C

Has seen an allergist in the past and received allergy injections
No longer taking any medications

## Problem List (continued)

**Problem List (continued)** as of 12/9/2021 — Date Reviewed: **12/9/2021**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Polyarthralgia** | | | 12/15/2020 - Present | 12/15/2020 by Logan, Alesha N., FNP-C |

Entered by Logan, Alesha N., FNP-C

Overview Signed 12/15/2020 7:58 PM by Logan, Alesha N., FNP-C

Patient was involved in a MVC on 12-13-2020.
He was the backseat passenger.
He did visit the emergency room after the accident

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Closed displaced comminuted fracture of shaft of right tibia** | | | 12/15/2020 - Present | 2/2/2021 by Logan, Alesha N., FNP-C |

Entered by Logan, Alesha N., FNP-C

Overview Addendum 2/2/2021 8:00 PM by Logan, Alesha N., FNP-C

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**
Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

**2/2/2021**

## Problem List (continued)

**Problem List (continued)** as of 12/9/2021 — Date Reviewed: **12/9/2021**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|

He is out of boot, has physical therapy scheduled for another 6 weeks. Still having some pain in joints, but it is much better.

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **MVC (motor vehicle collision)** | | | 12/15/2020 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/30/2020 by Logan, Alesha N., FNP-C |

Overview Addendum 12/30/2020 11:46 AM by Logan, Alesha N., FNP-C

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Intractable acute post-traumatic headache** | | | 3/2/2021 - Present<br>Entered by Logan, Alesha N., FNP-C | 3/2/2021 by Logan, Alesha N., FNP-C |
| **Cervicalgia** | | | 6/9/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 9/9/2021 by Bush, Christy P, FNP-C |

Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C

Formatting of this note might be different from the original.
Description:

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Chronic right shoulder pain** | | | 8/2/2021 - Present<br>Entered by Bush, Christy P, FNP- | 9/9/2021 by Bush, Christy P, FNP-C |

## Problem List (continued)

**Problem List (continued)** as of 12/9/2021 Date Reviewed: **12/9/2021**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Impingement syndrome of right shoulder** | | | 6/9/2021 - Present | 12/9/2021 by Bush, Christy P, FNP-C |
| | | | Entered by Bush, Christy P, FNP-C | |

Overview Addendum 12/9/2021 3:34 PM by Bush, Christy P, FNP-C
Has 3 different NSAIDs on the chart. Recommended only taking one

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Knee pain, right** | | | 5/6/2021 - Present | 9/9/2021 by Bush, Christy P, FNP-C |
| | | | Entered by Bush, Christy P, FNP-C | |

Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C
Formatting of this note might be different from the original.
Description:

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Left knee pain** | | | 5/6/2021 - Present | 9/9/2021 by Bush, Christy P, FNP-C |
| | | | Entered by Bush, Christy P, FNP-C | |

Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C
Formatting of this note might be different from the original.
Description:

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Sprain of posterior cruciate ligament of right knee** | | | 5/6/2021 - Present | 9/9/2021 by Bush, Christy P, FNP-C |
| | | | Entered by Bush, Christy P, FNP-C | |

Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C
Formatting of this note might be different from the original.
Description:

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Biceps tendinitis of right shoulder** | | | 10/4/2021 - Present | 12/9/2021 by Bush, Christy P, FNP-C |
| | | | Entered by Bush, Christy P, FNP-C | |
| **Subacromial bursitis of right shoulder joint** | | | 9/16/2021 - Present | 12/9/2021 by Bush, Christy P, FNP-C |
| | | | Entered by Bush, Christy P, FNP-C | |

## Reason for Visit

## Reason for Visit (continued)

**Reason for Visit**

| | |
|---|---|
| **High Cholesterol** | F/U |
| **Anxiety** | |

**Current Vitals** Most recent update: 12/9/2021 3:20 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/80 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Large Adult) | 107 | 98.9 °F (37.2 °C) (Oral) | 16 | 6' (1.829 m) |

| Wt | SpO2 |
|---|---|
| 96.2 kg (212 lb) | 96% |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Patient denies medical problems | | | |

**Substances and Sexuality as of 12/9/2021**

**Tobacco Use**

Never smoked or used smokeless tobacco.

**Alcohol Use**

No.

**Drug Use**

No.

**Sexual Activity**

Not asked if sexually active.

## Outpatient Notes

**Progress Notes by Bush, Christy P, FNP-C at 12/9/2021 3:00 PM** Version 1 of 1

Author: Bush, Christy P, FNP-C Service: — Author Type: Nurse Practitioner
Filed: 12/13/2021 8:29 AM Encounter Date: 12/9/2021 Status: Signed
Editor: Bush, Christy P, FNP-C (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o. Other male.

**Chief Complaint:**High Cholesterol (F/U) and Anxiety

## Outpatient Notes (continued)

**Progress Notes by Bush, Christy P, FNP-C at 12/9/2021 3:00 PM (continued)** Version 1 of 1

Allan Arturo Araya is here for the above.

Problem
**Impingement Syndrome of Right Shoulder**
Has 3 different NSAIDs on the chart. Recommended only taking one.

**Anxiety State**
Effexor was increased to 150 at last appointment. Positive depression screening at orthopedic doctor.
Still not making much progress with his anxiety with medications.

**Mixed Hyperlipidemia**
Strong FH- mom, dad, sister
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| HDL | 52 | 08/27/2021 08:30 AM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

Biceps tendinitis of right shoulder
Subacromial bursitis of right shoulder joint
Sprain of posterior cruciate ligament of right knee, subsequent encounter

Going to do PT.

Drives to his mom's house. He states that he does not have any friends or social outings. States he has a friend in Charlotte but does not like to drive.
Scared to go back to work b/c of the pain. States that he is scared to make mistakes.
Continues to do home PT.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

## Outpatient Notes (continued)

**Progress Notes by Bush, Christy P, FNP-C at 12/9/2021 3:00 PM (continued)** Version 1 of 1

**Allergies**

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tablet | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • simvastatin (ZOCOR) 10 mg tablet | Take 1 Tablet (10 mg) by mouth Daily late. | 30 Tablet | 2 |
| • venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety | 90 Capsule | 1 |

No current facility-administered medications for this visit.

**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file

**Review of Systems**
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective:**

**Vitals:**

| | 12/09/21 1519 |
|---|---|
| BP: | 122/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Large Adult |
| Pulse: | 107 |
| Resp: | 16 |
| Temp: | 98.9 °F (37.2 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | 96.2 kg (212 lb) |
| Height: | 6' (1.829 m) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: Normal appearance. He is well-developed. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
  Head: Normocephalic.
Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
  Effort: Pulmonary effort is normal. No tachypnea or respiratory distress.
  Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
  Chest wall: No tenderness.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion.
  Comments: **Bilateral knee braces**
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:

Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal. Behavior is cooperative.
Thought Content: Thought content normal.
Cognition and Memory: Cognition normal.
Judgment: Judgment normal.

**Data Review**: Pertinent labs reviewed
No results found for this visit on 12/09/21.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 8.8 | 02/02/2021 06:56 PM |
| HGB | 15.4 | 02/02/2021 06:56 PM |
| HCT | 44.6 | 02/02/2021 06:56 PM |
| PLT | 357 | 02/02/2021 06:56 PM |
| MCV | 84 | 02/02/2021 06:56 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| NA | 140 | 02/02/2021 06:56 PM |
| K | 4.1 | 02/02/2021 06:56 PM |
| CL | 100 | 02/02/2021 06:56 PM |
| CO2 | 25 | 02/02/2021 06:56 PM |
| CA | 9.8 | 02/02/2021 06:56 PM |
| BUN | 10 | 02/02/2021 06:56 PM |
| CREAT | 0.78 | 02/02/2021 06:56 PM |
| GFR | 113 | 02/02/2021 06:56 PM |
| GLUCOSE | 95 | 12/05/2019 07:18 PM |
| TOTALPROTEIN | 7.7 | 02/02/2021 06:56 PM |
| ALBUMIN | 4.5 | 02/02/2021 06:56 PM |
| BILITOTAL | 0.5 | 02/02/2021 06:56 PM |
| ALKPHOS | 70 | 02/02/2021 06:56 PM |
| AST | 17 | 02/02/2021 06:56 PM |
| ALT | 21 | 02/02/2021 06:56 PM |
| ANIONGAP | 10 | 12/05/2019 07:18 PM |
| BCRATIO | 13 | 02/02/2021 06:56 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| CHOLTOT | 362 (H) | 07/28/2021 04:28 PM |
| CHOLTOT | 241 (H) | 02/02/2021 06:56 PM |
| HDL | 52 | 08/27/2021 08:30 AM |
| HDL | 59 | 07/28/2021 04:28 PM |

| | | |
|---|---|---|
| HDL | 41 | 02/02/2021 06:56 PM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| LDLCALC | 256 (H) | 07/28/2021 04:28 PM |
| LDLCALC | 150 (H) | 02/02/2021 06:56 PM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 229 (H) | 07/28/2021 04:28 PM |
| TRIGLYCERIDE | 270 (H) | 02/02/2021 06:56 PM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| HGBA1C | 5.0 | 12/05/2019 07:58 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| VITD25HYTO | 28.1 (L) | 07/28/2021 04:28 PM |

**Assessment/Plan:**

Allan was seen today for high cholesterol and anxiety.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:

Recommend psychiatry referral.
Discussed needing more than meds as he states he stay home most of the time and continues to not feel ready to work...
Encouraged needing to get back into society

Orders:

- Cancel: AMB Referral to Counseling
- AMB Referral to Psychiatry
- AMB Referral to Counseling

**Mixed hyperlipidemia**

Assessment & Plan:

Start statin today. Went over side effects

Orders:

- simvastatin (ZOCOR) 10 mg tablet; Take 1 Tablet (10 mg) by mouth Daily late.

**Impingement syndrome of right shoulder**

Return in about 3 months (around 3/9/2022).
Tobacco Use: Tobacco use was assessed
Tobacco Use Follow-up: cessation not applicable
Medication Reconciliation: Discharge medication list has been reviewed and reconciled with current medication list.

Treatment plan reviewed with the patient.
Medication risks/benefit reviewed with the patient
**Health Maintenance Topics with due status: Postponed**

| Topic | Postponed Until |
|---|---|
| COVID-19 VACCINE | 03/09/2022 (Originally 12/29/1992) |

**Health Maintenance Topics with due status: Completed**

| Topic | Last Completion Date |
|---|---|
| INFLUENZA VACCINE | 10/26/2021 |

**Health Maintenance Topics with due status: Aged Out**

| Topic | Date Due |
|---|---|
| HIB VACCINE | Aged Out |
| PNEUMOCOCCAL VACCINE: <65 | Aged Out |

Discussed with the patient and all questioned fully answered. He will call me if any problems arise.
An After Visit Summary was printed and given to the patient.

Electronically signed by Bush, Christy P, FNP-C at 12/13/2021 8:29 AM

## Diagnoses

**Diagnoses**

| | Comments |
|---|---|
| Anxiety state | |
| Mixed hyperlipidemia | |
| Impingement syndrome of right shoulder | |

Not recorded

## Outpatient Referral - All Orders and Results

**AMB Referral to Counseling [207108436]**

Electronically signed by: **Bush, Christy P, FNP-C on 12/09/21 1529** Status: **Discontinued**
Ordering user: Bush, Christy P, FNP-C 12/09/21 1529 Authorized by: Bush, Christy P, FNP-C
Ordering mode: Standard

## Outpatient Referral - All Orders and Results (continued)

**AMB Referral to Counseling [207108436] (continued)**

Frequency: ROUTINE 12/09/21 - Discontinued by: Bush, Christy P, FNP-C 12/09/21 1530
Diagnoses
Anxiety state [F41.1]
Order comments: Increased anxiety after car accident and chronic pain.

**AMB Referral to Psychiatry [213103918]**

Electronically signed by: **Bush, Christy P, FNP-C on 12/09/21 1530** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Bush, Christy P, FNP-C 12/09/21 1530 AuthoriZed by: Bush, Christy P, FNP-C
Ordering mode: Standard
Frequency: ROUTINE 12/09/21 -
Diagnoses
Anxiety state [F41.1]
Order comments: Increased anxiety and depression after car accident

**AMB Referral to Counseling [213103919]**

Electronically signed by: **Bush, Christy P, FNP-C on 12/09/21 1530** Status: **Active**
Ordering user: Bush, Christy P, FNP-C 12/09/21 1530 AuthoriZed by: Bush, Christy P, FNP-C
Ordering mode: Standard
Frequency: ROUTINE 12/09/21 -
Diagnoses
Anxiety state [F41.1]
Order comments: Increased anxiety after car accident and chronic pain.

## Medications - All Orders and Results

**meloxicam (MOBIC) 15 mg tablet [207108435]** Patient-reported historical medication

Ordering date: 12/09/21 1519 AuthoriZed by: ProVider, Historical
Ordering mode: Standard
Frequency: ROUTINE 11/22/21 - 12/09/21 Discontinued by: Bush, Christy P, FNP-C 12/09/21 1533

**simvastatin (ZOCOR) 10 mg tablet [213103920]**

Electronically signed by: **Bush, Christy P, FNP-C on 12/09/21 1532** Status: **Active**
Ordering user: Bush, Christy P, FNP-C 12/09/21 1532 AuthoriZed by: Bush, Christy P, FNP-C
Ordering mode: Standard
Frequency: ROUTINE Daily late 12/09/21 - 90 days
Diagnoses
Mixed hyperlipidemia [E78.2]

## Medication Administration Record

**Medication Administration Report** for Araya, Allan Arturo as of 01/07/22 1114

No medications to display

## Medications w/ Drug Wastage

Not a medication.

## Medication Administration Record (continued)

Not a medication.
Not a medication.

Not a medication.
Not a medication.
Not a medication.

Not a medication.
Not a medication.
Not a medication.

## Medications

**Patient Reported Taking**

| | Dosage |
|---|---|
| **amitriptyline (ELAVIL) 25 mg tablet (Taking)** | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia |
| **cyclobenzaprine (FLEXERIL) 5 mg Tablet (Taking)** | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. |
| **diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) (Taking)** | |
| **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector (Taking)** | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. |
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule (Taking/Discontinued)** | Take 1 Cap (50,000 Units) by mouth Every 7 days. |
| **hydrOXYzine HCL (ATARAX) 25 mg tablet (Taking)** | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. |
| **ibuprofen (MOTRIN) 600 mg tablet (Taking)** | |
| **meloxicam (MOBIC) 15 mg tablet (Discontinued)** | |
| **simvastatin (ZOCOR) 10 mg tablet (Taking)** | Take 1 Tablet (10 mg) by mouth Daily late. |
| **venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule (Taking)** | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety |

**At Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 mg tablet (Taking)** | 90 Tab | 1 | 9/9/2021 | |
| Sig - Route: Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia - Oral<br>Class: E-Prescribe | | | | |
| **cyclobenzaprine (FLEXERIL) 5 mg Tablet (Taking)** | 30 Tab | 2 | 3/2/2021 | |
| Sig - Route: Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral<br>Class: E-Prescribe | | | | |
| **diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) (Taking)** | | | 6/9/2021 | |
| Class: Historical Med | | | | |
| **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector (Taking)** | 2 Each | 0 | 2/2/2021 | 12/9/2021 |
| Sig - Route: Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. - subCUT | | | | |

## Medications (continued)

### At Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: E-Prescribe | | | | |
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule (Taking/Discontinued)**<br>Sig - Route: Take 1 Cap (50,000 Units) by mouth Every 7 days. - Oral<br>Class: E-Prescribe<br>Reason for Discontinue: **Reorder** | 12 Cap | 1 | 7/29/2021 | 1/5/2022 |
| **hydrOXYzine HCL (ATARAX) 25 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. - Oral<br>Class: E-Prescribe<br>Cosign for Ordering: Accepted by Bush, Christy P, FNP-C on 11/10/2021 5:06 PM | 270 Tablet | 0 | 11/10/2021 | |
| **ibuprofen (MOTRIN) 600 mg tablet (Taking)**<br>Class: Historical Med | | | 12/14/2020 | |
| **meloxicam (MOBIC) 15 mg tablet (Discontinued)**<br>Class: Historical Med | | | 11/22/2021 | 12/9/2021 |
| **simvastatin (ZOCOR) 10 mg tablet (Taking)**<br>Sig - Route: Take 1 Tablet (10 mg) by mouth Daily late. - Oral<br>Class: E-Prescribe | 30 Tablet | 2 | 12/9/2021 | 3/9/2022 |
| **venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule (Taking)**<br>Sig - Route: Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety - Oral<br>Class: E-Prescribe<br>Notes to Pharmacy: Increased dose, please d/c previous script<br>Cosign for Ordering: Accepted by Bush, Christy P, FNP-C on 11/10/2021 5:06 PM | 90 Capsule | 1 | 11/10/2021 | 2/8/2022 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **meloxicam (MOBIC) 15 mg tablet** | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **simvastatin (ZOCOR) 10 mg tablet**<br>Take 1 Tablet (10 mg) by mouth Daily late. - Oral | 30 Tablet | 2 | 12/9/2021 | 3/9/2022 |

## Patient Instructions

### Instructions

None

### Follow-up and Disposition History

12/09/2021 1542 - Christy P Bush, FNP-C

Dispositions:
- Return in about 3 months (around 3/9/2022).

## Patient Instructions (continued)

### Encounter Messages

No messages in this encounter

## Documents

### Encounter-Level Documents - 12/09/2021:

After Visit Summary - Document on 12/9/2021 3:46 PM by Parker, Melissa L.: After Visit Summary (below)

## Documents (continued)

### Encounter-Level Documents - 12/09/2021: (continued)

CaroMont Health

# AFTER VISIT SUMMARY

**Allan A. Araya** DoB: 12/9/2021 3:00 PM CaroMont Family Medicine (Gaston Day) 704-865-1749

## Instructions from Christy Bush, FNP-C

Today's medication changes

START taking:
**simvastatin** (ZOCOR)

STOP taking:
**meloxicam** 15 mg tablet (MOBIC)

Accurate as of December 9, 2021 3:46 PM.
**Review your updated medication list below.**

Pick up these medications at CVS/pharmacy #3837 - GASTONIA, NC - 1803 S. NEW HOPE ROAD AT CORNER OF ARMSTRONG PARK
- simvastatin

Your estimated payment per fill: $0

Address: 1803 S. NEW HOPE ROAD, GASTONIA NC 28054
Phone: 704-867-4121

Referrals made today
AMB Referral to Psychiatry
Expires: 12/9/2022 (requested)

AMB Referral to Counseling
Expires: 12/10/2022 (requested)

Return in about 3 months
(around 3/9/2022).

## Today's Visit

You saw Christy Bush, FNP-C on Thursday December 9, 2021. The following issues were addressed: Anxiety problem, Mixed hyperlipidemia, and Impingement syndrome of shoulder.

| | |
|---|---|
| Blood Pressure 122/80 | BMI 28.75 |
| Weight 212 lb | Height 6' |
| Temperature (Oral) 98.9 °F | Pulse 107 |
| Respiration 16 | Oxygen Saturation 96% |

## MyChart

Access your medical record on the MyChart patient portal at:
***MyChart.CaroMontHealth.org***
For any medical concerns, refill questions, or test results, please contact your clinic. MyChart only offers technical support for the patient portal.

## Documents (continued)

**Encounter-Level Documents - 12/09/2021: (continued)**

### What's Next

MAR 10 2022 Follow Up with Christy Bush, FNP-C
Thursday March 10 1:30 PM

If you have cough, fever or shortness of breath; and have been on a cruise or airplane in the last 14 days; or have been exposed to someone with Coronavirus/COVID-19 or someone quarantined, DO NOT schedule an appointment or go to an Urgent Care location. Please call the Urgent Care location to first be screened for symptoms and receive instructions to access care.

If you have a scheduled appointment and are a new patient to our office, please arrive 20 minutes prior to your appointment. If you have previously been seen in our office, please arrive 15 minutes prior to your appointment. We are now requiring all patients to wear a mask while in the clinic for your appointment . Please visit our website for our current visitor policy. Remember to bring all prescribed medication in their original containers along with your photo ID, current insurance information and method of payment. Thank you for choosing CaroMont for your healthcare needs.

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557
704-865-1749

## Documents (continued)

**Encounter-Level Documents - 12/09/2021: (continued)**

### Your Medication List as of December 9, 2021 3:46 PM

ⓘ Always use your most recent med list.

| | | |
|---|---|---|
| | **amitriptyline** 25 mg tablet<br>Commonly known as: ELAVIL | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia |
| | **cyclobenzaprine** 5 mg Tablet<br>Commonly known as: FLEXERIL | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. |
| | **diclofenac sodium** 75 mg Tablet, Delayed Release (E.C.)<br>Commonly known as: VOLTAREN | |
| | **EPINEPHrine** 0.3 mg/0.3 mL Auto-Injector<br>Commonly known as: EPIPEN | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. |
| | **ergocalciferol** 50,000 unit capsule<br>Commonly known as: VITAMIN D2 | Take 1 Cap (50,000 Units) by mouth Every 7 days. |
| | **hydrOXYzine HCL** 25 mg tablet<br>Commonly known as: ATARAX | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. |
| | **ibuprofen** 600 mg tablet<br>Commonly known as: MOTRIN | |
| START | **simvastatin** 10 mg tablet<br>Commonly known as: ZOCOR<br>Started by: Christy Bush, FNP-C | Take 1 Tablet (10 mg) by mouth Daily late. |
| | **venlafaxine** 150 mg Extended Release 24 hour capsule<br>Commonly known as: EFFEXOR XR | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety |

## Documents (continued)

**Encounter-Level Documents - 12/09/2021: (continued)**

### Keep an eye on your important

# Health Numbers




Ask a member of your care team for a card to help keep track of your numbers.

## Documents (continued)

**Encounter-Level Documents - 12/09/2021: (continued)**

**Patient-Level E-Signatures:**

No documentation.

## Serious Illness Questionnaire

What is your understanding now of where you are with your illness?

How much information about what is likely to be ahead with your illness would you like to have?

What did you (clinician) communicate to the patient?

If your health situation worsens, what are your most important goals?

What are your biggest fears and worries about the future with your health?

What gives you strength as you think about your future illness?

What abilities are so critical to your life that you cannot imagine living without them?

If you become sicker, how much are you willing to go through for the possibility of gaining more time?
*Would this change if these were permanent states, if they did not get better?*
How much does your proxy and family know about your priorities and wishes?

Additional Comments (regarding the patient's understanding of current condition and plan of care):

## End of Encounter

## Allergies

**Allergies as of 1/5/2022** Reviewed on 1/5/2022

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Shrimp** | **02/04/2019** | | **Anaphylaxis** |
| **Soy** | **02/04/2019** | | **Anaphylaxis** |

## Immunizations

**Immunizations Administered as of 01/05/22**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **INFLUENZA** | 10/24/20 | 0.5 mL | 8/15/2019 | Intramuscular | Left Deltoid |
| Given By: Crockett, Angela M., CMA<br>Lot#: UT7002AA | | Manufacturer: Sanofi Pasteur | | | |
| **Influenza Vaccine(Historical/Received Elsewhere)** | 10/26/21 | 0.5 mL | | Intramuscular | Right Deltoid |
| Given By:<br>Lot#: 49LC5 | | Manufacturer: GlaxoSmithKline | | | |
| **Influenza Vaccine(Historical/Received Elsewhere)** | 10/24/20 | 0.5 mL | | | |
| Given By:<br>Lot#: UT7002AA | | Manufacturer: | | | |
| **Tdap Vaccine(Historical/Received Elsewhere)** | 10/26/21 | 0.5 mL | | Intramuscular | Right Deltoid |
| Given By:<br>Lot#: 5277J | | Manufacturer: GlaxoSmithKline | | | |

**Immunizations Review History as of 01/05/22**

Reviewed by Crockett, Angela M., CMA on 10/24/2020 0929

## Problem List

**Problem List** as of 1/5/2022 Date Reviewed: **1/5/2022**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Anxiety state** | | | 12/5/2019 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/13/2021 by Bush, Christy P, FNP-C |

Overview Addendum 12/13/2021 8:27 AM by Bush, Christy P, FNP-C

Effexor was increased to 150 at last appointment. Positive depression screening at orthopedic doctor. Still not making much progress with his anxiety with medications.

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Class 1 obesity due to excess calories with serious comorbidity in adult** | | | 12/5/2019 - Present<br>Entered by Logan, Alesha N., | 12/5/2019 by Logan, Alesha N., FNP-C |

## Problem List (continued)

**Problem List (continued)** as of 1/5/2022 Date Reviewed: **1/5/2022**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| | | | FNP-C | |

Overview Signed 12/5/2019 7:17 PM by Logan, Alesha N., FNP-C

| Last height, weight and BMI | 12/5/2019 |
|---|---|
| **HEIGHT** | 1.829 m |
| **WEIGHT** | 221 lb 9.6 oz |
| **BODY MASS INDEX** | 30.05 kg/m2 |

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Chronic fatigue** | | | 12/5/2019 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/30/2019 by Logan, Alesha N., FNP-C |

Overview Addendum 12/30/2019 7:15 PM by Logan, Alesha N., FNP-C

Decreased energy level
Thinks it may be related to his anxiety
Is working out daily, getting up at 6 am, trying to lose weight
Vitamin d level was low.

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Mixed hyperlipidemia** | | | 12/5/2019 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/9/2021 by Bush, Christy P, FNP-C |

Overview Addendum 12/9/2021 3:32 PM by Bush, Christy P, FNP-C

Strong FH- mom, dad, sister

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 261 (H) | 08/27/2021 08:30 AM |
| HDL | 52 | 08/27/2021 08:30 AM |
| LDLCALC | 188 (H) | 08/27/2021 08:30 AM |
| TRIGLYCERIDE | 119 | 08/27/2021 08:30 AM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Chronic MEE (middle ear effusion), bilateral** | | | 12/30/2019 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/30/2019 by Logan, Alesha N., FNP-C |

Overview Signed 12/30/2019 7:21 PM by Logan, Alesha N., FNP-C

## Problem List (continued)

**Problem List (continued)** as of 1/5/2022 — Date Reviewed: 1/5/2022

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|

Has seen an allergist in the past and received allergy injections
No longer taking any medications

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Polyarthralgia** | | | 12/15/2020 - Present<br>Entered by Logan, Alesha N., FNP-C | 12/15/2020 by Logan, Alesha N., FNP-C |

Overview Signed 12/15/2020 7:58 PM by Logan, Alesha N., FNP-C
Patient was involved in a MVC on 12-13-2020.
He was the backseat passenger.
He did visit the emergency room after the accident

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Closed displaced comminuted fracture of shaft of right tibia** | | | 12/15/2020 - Present<br>Entered by Logan, Alesha N., FNP-C | 2/2/2021 by Logan, Alesha N., FNP-C |

Overview Addendum 2/2/2021 8:00 PM by Logan, Alesha N., FNP-C
Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**
Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

## Problem List (continued)

**Problem List (continued)** as of 1/5/2022 Date Reviewed: **1/5/2022**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|

**2/2/2021**
He is out of boot, has physical therapy scheduled for another 6 weeks. Still having some pain in joints, but it is much better.

| | | | | |
|---|---|---|---|---|
| **MVC (motor vehicle collision)** | | | 12/15/2020 - Present<br>Entered by Logan, Alesha N, FNP-C | 12/30/2020 by Logan, Alesha N, FNP-C |

Overview Addendum 12/30/2020 11:46 AM by Logan, Alesha N, FNP-C

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after.
Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

| | | | | |
|---|---|---|---|---|
| **Intractable acute post-traumatic headache** | | | 3/2/2021 - Present<br>Entered by Logan, Alesha N, FNP-C | 3/2/2021 by Logan, Alesha N, FNP-C |
| **Cervicalgia** | | | 6/9/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 9/9/2021 by Bush, Christy P, FNP-C |

Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C

Formatting of this note might be different from the original.
Description:

| | | | | |
|---|---|---|---|---|
| **Chronic right shoulder pain** | | | 8/2/2021 - Present | 9/9/2021 by Bush, Christy |

## Problem List (continued)

**Problem List (continued)** as of 1/5/2022 Date Reviewed: **1/5/2022**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| | | | Entered by Bush, Christy P, FNP-C | P, FNP-C |
| **Impingement syndrome of right shoulder** | | | 6/9/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 12/13/2021 by Bush, Christy P, FNP-C |
| Overview Addendum 12/13/2021 8:28 AM by Bush, Christy P, FNP-C<br>Has 3 different NSAIDs on the chart. Recommended only taking one. | | | | |
| **Knee pain, right** | | | 5/6/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 9/9/2021 by Bush, Christy P, FNP-C |
| Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C<br>Formatting of this note might be different from the original.<br>Description: | | | | |
| **Left knee pain** | | | 5/6/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 9/9/2021 by Bush, Christy P, FNP-C |
| Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C<br>Formatting of this note might be different from the original.<br>Description: | | | | |
| **Sprain of posterior cruciate ligament of right knee** | | | 5/6/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 9/9/2021 by Bush, Christy P, FNP-C |
| Overview Signed 9/9/2021 3:06 PM by Bush, Christy P, FNP-C<br>Formatting of this note might be different from the original.<br>Description: | | | | |
| **Biceps tendinitis of right shoulder** | | | 10/4/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 12/9/2021 by Bush, Christy P, FNP-C |
| **Subacromial bursitis of right shoulder joint** | | | 9/16/2021 - Present<br>Entered by Bush, Christy P, FNP-C | 12/9/2021 by Bush, Christy P, FNP-C |

## Problem List (continued)

## Reason for Visit

**Reason for Visit**

| | |
|---|---|
| **Mass** | Allan is here today with a complaint of a knot on the back of his head due to a MVA. He states that the pain goes down to his right shoulder and experiences headaches. |

**Current Vitals** — Most recent update: 1/5/2022 10:14 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/82 (BP Location: right arm, Patient Position: Sitting, BP cuff Size: Adult) | 73 | 98.1 °F (36.7 °C) (Temporal) | 16 | 6' (1.829 m) |

| Wt | SpO2 |
|---|---|
| 97 kg (213 lb 12.8 oz) | 98% |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Patient denies medical problems | | | |

**Substances and Sexuality as of 1/5/2022**

**Tobacco Use**

Never smoked or used smokeless tobacco.

**Alcohol Use**

No.

**Drug Use**

No.

**Sexual Activity**

Not asked if sexually active.

## Outpatient Notes

**Progress Notes by Brown, Aaron, MD at 1/5/2022 9:50 AM** — Version 1 of 1

Author: Brown, Aaron, MD | Service: — | Author Type: Physician
Filed: 1/5/2022 10:29 AM | Encounter Date: 1/5/2022 | Status: Signed
Editor: Brown, Aaron, MD (Physician)

Allan Arturo Araya

CC: Mass (Allan is here today with a complaint of a knot on the back of his head due to a MVA. He states that the pain goes down to his right shoulder and experiences headaches. )

HPI: Hit head on window in MVA 11 mos ago.
Having pain in that area, with radiation to right upper shoulder and neck, doing PT still. Concerned about a painful nodule that will not go down right scalp.

Medical problems:
**Patient Active Problem List**

| Diagnosis | Code |
|---|---|
| • Anxiety state | F41.1 |
| • Class 1 obesity due to excess calories with serious comorbidity in adult | E66.09 |
| • Chronic fatigue | R53.82 |
| • Mixed hyperlipidemia | E78.2 |
| • Chronic MEE (middle ear effusion), bilateral | H65.493 |
| • Polyarthralgia | M25.50 |
| • Closed displaced comminuted fracture of shaft of right tibia | S82.251A |
| • MVC (motor vehicle collision) | V87.7XXA |
| • Intractable acute post-traumatic headache | G44.311 |
| • Cervicalgia | M54.2 |
| • Chronic right shoulder pain | M25.511, G89.29 |
| • Impingement syndrome of right shoulder | M75.41 |
| • Knee pain, right | M25.561 |
| • Left knee pain | M25.562 |
| • Sprain of posterior cruciate ligament of right knee | S83.521A |
| • Biceps tendinitis of right shoulder | M75.21 |
| • Subacromial bursitis of right shoulder joint | M75.51 |

Past Medical History:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

Past Surgical History: No past surgical history on file.

Medications:
Current Outpatient Medications:
• amitriptyline (ELAVIL) 25 mg tablet, Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia, Disp: 90 Tab, Rfl: 1
• cyclobenzaprine (FLEXERIL) 5 mg Tablet, Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm., Disp: 30 Tab, Rfl: 2

- diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.), , Disp: , Rfl:
- EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector, Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose., Disp: 2 Each, Rfl: 0
- ergocalciferol (VITAMIN D2) 50,000 unit capsule, Take 1 Capsule (50,000 Units) by mouth Every 7 days., Disp: 12 Capsule, Rfl: 1
- [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule, Take 1 Cap (50,000 Units) by mouth Every 7 days., Disp: 12 Cap, Rfl: 1
- hydrOXYzine HCL (ATARAX) 25 mg tablet, TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA., Disp: 270 Tablet, Rfl: 0
- ibuprofen (MOTRIN) 600 mg tablet, , Disp: , Rfl:
- simvastatin (ZOCOR) 10 mg tablet, Take 1 Tablet (10 mg) by mouth Daily late., Disp: 30 Tablet, Rfl: 2
- venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule, Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety, Disp: 90 Capsule, Rfl: 1

Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Vitals:**

| | 01/05/22 1009 |
|---|---|
| BP: | 122/82 |
| BP Location: | right arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 73 |
| Resp: | 16 |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Temporal |
| SpO2: | 98% |
| Weight: | 97 kg (213 lb 12.8 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 29 kg/m².

Physical Exam
Constitutional: General Appearance: WDWN. Level of Distress: NAD
Psychiatric: Insight: good judgement. Mental Status: normal mood and affect and active and alert.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA.
Neck: normal ROM, no masses, thyromegally, thyroid nodules. No cervical or supraclavicular LA.
Skin: Tender 3cm subcutaneous soft mass right posterior scalp

No results found for this visit on 01/05/22 (from the past 24 hour(s)).

## Outpatient Notes (continued)

**Progress Notes by Brown, Aaron, MD at 1/5/2022 9:50 AM (continued)** Version 1 of 1

Assessment and Plan

**1. Scalp mass**
Ongoing and painful after MVA. ? Persisting hematoma. Surgical evaluation considering pain.
- AMB Referral to General Surgery

Electronically signed by Brown, Aaron, MD at 1/5/2022 10:29 AM

## Diagnoses

**Diagnoses**

| | Comments |
|---|---|
| **Scalp mass** - Primary | |

Not recorded

## Outpatient Referral - All Orders and Results

**AMB Referral to General Surgery [213103922]**

Electronically signed by: **Brown, Aaron, MD on 01/05/22 1028** Status: **Active**
Ordering user: Brown, Aaron, MD 01/05/22 1028 Authorized by: Brown, Aaron, MD
Ordering mode: Standard
Frequency: ROUTINE 01/05/22 -
Diagnoses
Scalp mass [R22.0]
Order comments: Evaluate tender scalp mass persisting after MVA in February 2021.

## Medications - All Orders and Results

**ergocalciferol (VITAMIN D2) 50,000 unit capsule [213103921]**

Electronically signed by: **Brown, Aaron, MD on 01/05/22 1023** Status: **Active**
Ordering user: Brown, Aaron, MD 01/05/22 1023 Authorized by: Brown, Aaron, MD
Ordering mode: Standard
Frequency: ROUTINE Every 7 days 01/05/22 - Until Discontinued Released by: Vang, Julie, CMA 01/05/22 1023

## Medication Administration Record

**Medication Administration Report** for Araya, Allan Arturo as of 01/07/22 1114

| No medications to display |
|---|

## Medication Administration Record (continued)

### Medications w/ Drug Wastage

Not a medication.
Not a medication.
Not a medication.

### Medications

**Patient Reported Taking**

| | Dosage |
|---|---|
| **amitriptyline (ELAVIL) 25 mg tablet (Taking)** | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia |
| **cyclobenzaprine (FLEXERIL) 5 mg Tablet (Taking)** | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. |
| **diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) (Taking)** | |
| **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector** | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. |
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule (Taking)** | Take 1 Capsule (50,000 Units) by mouth Every 7 days. |
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule (Discontinued)** | Take 1 Cap (50,000 Units) by mouth Every 7 days. |
| **hydrOXYzine HCL (ATARAX) 25 mg tablet (Taking)** | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. |
| **ibuprofen (MOTRIN) 600 mg tablet (Taking)** | |
| **simvastatin (ZOCOR) 10 mg tablet (Taking)** | Take 1 Tablet (10 mg) by mouth Daily late. |
| **venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule (Taking)** | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety |

**At Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 mg tablet (Taking)** | 90 Tab | 1 | 9/9/2021 | |
| Sig - Route: Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia - Oral<br>Class: E-Prescribe | | | | |
| **cyclobenzaprine (FLEXERIL) 5 mg Tablet (Taking)** | 30 Tab | 2 | 3/2/2021 | |
| Sig - Route: Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral<br>Class: E-Prescribe | | | | |
| **diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) (Taking)** | | | 6/9/2021 | |
| Class: Historical Med | | | | |
| **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector** | 2 Each | 0 | 2/2/2021 | 12/9/2021 |
| Sig - Route: Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. - subCUT<br>Class: E-Prescribe | | | | |
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule (Taking)** | 12 Capsule | 1 | 1/5/2022 | |
| Sig - Route: Take 1 Capsule (50,000 Units) by mouth Every 7 days. - Oral | | | | |

## Medications (continued)

**At Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: E-Prescribe | | | | |
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule (Discontinued)**<br>Sig - Route: Take 1 Cap (50,000 Units) by mouth Every 7 days. - Oral<br>Class: E-Prescribe<br>Reason for Discontinue: **Reorder** | 12 Cap | 1 | 7/29/2021 | 1/5/2022 |
| **hydrOXYzine HCL (ATARAX) 25 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. - Oral<br>Class: E-Prescribe<br>Cosign for Ordering: Accepted by Bush, Christy P, FNP-C on 11/10/2021 5:06 PM | 270 Tablet | 0 | 11/10/2021 | |
| **ibuprofen (MOTRIN) 600 mg tablet (Taking)**<br>Class: Historical Med | | | 12/14/2020 | |
| **simvastatin (ZOCOR) 10 mg tablet (Taking)**<br>Sig - Route: Take 1 Tablet (10 mg) by mouth Daily late. - Oral<br>Class: E-Prescribe | 30 Tablet | 2 | 12/9/2021 | 3/9/2022 |
| **venlafaxine (EFFEXOR XR) 150 mg Extended Release 24 hour capsule (Taking)**<br>Sig - Route: Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety - Oral<br>Class: E-Prescribe<br>Notes to Pharmacy: Increased dose, please d/c previous script<br>Cosign for Ordering: Accepted by Bush, Christy P, FNP-C on 11/10/2021 5:06 PM | 90 Capsule | 1 | 11/10/2021 | 2/8/2022 |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ergocalciferol (VITAMIN D2) 50,000 unit capsule**<br>Take 1 Capsule (50,000 Units) by mouth Every 7 days. - Oral | 12 Capsule | 1 | 1/5/2022 | |

## Patient Instructions

**Instructions**

None

**Encounter Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Allan Arturo Araya | Aaron Brown, MD | 1/5/2022 9:09 AM |

Patient Questionnaire Submission

--------------------------------

## Patient Instructions (continued)

**Encounter Messages (continued)**

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Severe headache

Question: In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 14 days?
Answer: No

## Documents

**Encounter-Level Documents - 01/05/2022:**

After Visit Summary - Document on 1/5/2022 10:30 AM by Parker, Melissa L.: After Visit Summary (below)

## Documents (continued)

### Encounter-Level Documents - 01/05/2022: (continued)

AFTER VISIT SUMMARY

CaroMont Health

**Allan A. Araya** DoB: 1/5/2022 9:50 AM CaroMont Family Medicine (Gaston Day) 704-865-1749

## Instructions from AARON BROWN, MD

Pick up these medications at CVS/pharmacy #3837 - GASTONIA, NC - 1803 S. NEW HOPE ROAD AT CORNER OF ARMSTRONG PARK

ergocalciferol

Address: 1803 S. NEW HOPE ROAD, GASTONIA NC 28054
Phone: 704-867-4121

AMB Referral to General Surgery
Expires: 1/5/2023 (requested)

## What's Next

JAN 25 2022 Office Visit New Patient with Kim English, PMHNP
Tuesday January 25 3:00 PM

Caromont Psychiatric Associates (Belmont)
1212 Spruce Street, Suite 315
Belmont NC 28012-3386
704-865-3848

If you have cough, fever or shortness of breath; and have been on a cruise or airplane in the last 14 days; or have been exposed to someone with Coronavirus/COVID-19 or someone quarantined, DO NOT schedule an appointment or go to an Urgent Care location. Please call the Urgent Care location to first be screened for symptoms and receive instructions to access care.

If you have a scheduled appointment and are a new patient to our office, please arrive 20 minutes prior to your appointment. If you have previously been seen in our office, please arrive 15 minutes prior to your appointment. We are now requiring all patients to wear a mask while in the clinic for your appointment . Please visit our website for our current visitor policy. Remember to bring all prescribed medication in their original containers along with your photo ID, current insurance information and method of payment. Thank you for choosing CaroMont for your healthcare needs.

## Today's Visit

You saw AARON BROWN, MD on Wednesday January 5, 2022. The following issue was addressed: Mass of scalp.

| | |
|---|---|
| Blood Pressure 122/82 | BMI 29.00 |
| Weight 213 lb 12.8 oz | Height 6' |
| Temperature (Temporal) 98.1 °F | Pulse 73 |
| Respiration 16 | Oxygen Saturation 98% |

## MyChart

Access your medical record on the MyChart patient portal at: ***MyChart.CaroMontHealth.org***
For any medical concerns, refill questions, or test results, please contact your clinic. MyChart only offers technical support for the patient portal.

## Documents (continued)

### Encounter-Level Documents - 01/05/2022: (continued)

What's Next (continued)

MAR 10 2022 Follow Up with Christy Bush, FNP-C
Thursday March 10 1:30 PM

If you have cough, fever or shortness of breath; and have been on a cruise or airplane in the last 14 days; or have been exposed to someone with Coronavirus/COVID-19 or someone quarantined, DO NOT schedule an appointment or go to an Urgent Care location. Please call the Urgent Care location to first be screened for symptoms and receive instructions to access care.

If you have a scheduled appointment and are a new patient to our office, please arrive 20 minutes prior to your appointment. If you have previously been seen in our office, please arrive 15 minutes prior to your appointment. We are now requiring all patients to wear a mask while in the clinic for your appointment . Please visit our website for our current visitor policy. Remember to bring all prescribed medication in their original containers along with your photo ID, current insurance information and method of payment. Thank you for choosing CaroMont for your healthcare needs.

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557
704-865-1749

## Documents (continued)

**Encounter-Level Documents - 01/05/2022: (continued)**

### Your Medication List as of January 5, 2022 10:30 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **amitriptyline** 25 mg tablet<br>Commonly known as: ELAVIL | Take 1 Tab (25 mg) by mouth Daily at bedtime. For: neuropathic pain, headaches, insomnia |
| **cyclobenzaprine** 5 mg Tablet<br>Commonly known as: FLEXERIL | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. |
| **diclofenac sodium** 75 mg Tablet, Delayed Release (E.C.)<br>Commonly known as: VOLTAREN | |
| **EPINEPHrine** 0.3 mg/0.3 mL Auto-Injector<br>Commonly known as: EPIPEN | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. |
| **ergocalciferol** 50,000 unit capsule<br>Commonly known as: VITAMIN D2 | Take 1 Capsule (50,000 Units) by mouth Every 7 days. |
| **hydrOXYzine HCL** 25 mg tablet<br>Commonly known as: ATARAX | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. |
| **ibuprofen** 600 mg tablet<br>Commonly known as: MOTRIN | |
| **simvastatin** 10 mg tablet<br>Commonly known as: ZOCOR | Take 1 Tablet (10 mg) by mouth Daily late. |
| **venlafaxine** 150 mg Extended Release 24 hour capsule<br>Commonly known as: EFFEXOR XR | Take 1 Capsule (150 mg) by mouth Daily. For: repeated episodes of anxiety |

## Documents (continued)

**Encounter-Level Documents - 01/05/2022: (continued)**



## Documents (continued)

**Encounter-Level Documents - 01/05/2022: (continued)**

**Patient-Level E-Signatures:**

No documentation.

## Serious Illness Questionnaire

What is your understanding now of where you are with your illness?

How much information about what is likely to be ahead with your illness would you like to have?

What did you (clinician) communicate to the patient?

If your health situation worsens, what are your most important goals?

What are your biggest fears and worries about the future with your health?

What gives you strength as you think about your future illness?

What abilities are so critical to your life that you cannot imagine living without them?

If you become sicker, how much are you willing to go through for the possibility of gaining more time?
*Would this change if these were permanent states, if they did not get better?*
How much does your proxy and family know about your priorities and wishes?

Additional Comments (regarding the patient's understanding of current condition and plan of care):

## End of Encounter

## END OF REPORT

From: LFGNotifications@LFG.com
Sent: Friday, December 31, 2021 1:27:10 PM
To:
CC:
BCC:
Subject: [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya
Attachments: ne1fkh9f9ofkfo46algi_11895318.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

December 31, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal. To assist us in evaluating your eligibility for benefits we have referred your file for an additional medical review and assessment by a board certified physician (psychiatry).

We anticipate a response from the reviewing board certified physician no later than 19 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln' control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

**From:**Tuliano, Joshua
**Sent:**Fri, 31 Dec 2021 16:31:57 +0000
**To:**'CSR@reliablers.com'
**SCc uebt:**Addendum Request 11295718 (secure)
**Attj bJ ments:**11295718-MEDICAL-MEDICALRECORDS-11.19.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-11.30.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-11.30.2021_1.pdf, 11295718-MEDICAL-MEDICALRECORDS-12.01.2021.pdf, 11295718-MEDICAL-CP-PEERREVIEW-10.13.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-10.05.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-10.28.2021.pdf, 11295718-APPEAL-NOTICEOFAPPEAL-10.04.2021.pdf, 11295718-MEDICAL-CORRESPONDENCE-09.20.2021.pdf

Good morning,

Can we please set up an addendum request with Dr. Elena Dlugach, MD to review the attached additional documentation and to answer the below questions?

1. Does the additional information provided change your opinions from your 9/16/21 review? Please explain why or why not. Please specifically address the restrictions provided by Christy Bush, FNP.
2. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f). If contact is not made, and restrictions are not supported, please include a summary of your findings to the provider and any questions that would have been asked in the phone conversation. Please provide 5-days for the provider to respond in the letter.

Thank you,



**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

**From:**submit@reliablers.com
**Sent:**Fri, 31 Dec 2021 12:39:10 -0500
**To:**Tuliano, Joshua
**Subject:**RRS Review Submitted - RRS#72134 / Claim: 11295718

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank you for working with RRS. Your review, Claim Number 11295718, has been received successfully and can be tracked using Case ID#: 72134.

If you have any questions please feel free to give us a call at 561-893-0123.

Thank you,

Reliable Review Services

"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."

**From:**Tuliano, Joshua
**Sent:**Thu, 16 Dec 2021 16:37:47 +0000
**To:**Tuliano, Joshua
**Subject:**Allan Araya (secure)

**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Thursday, December 16, 2021 11:24 AM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya (secure)

Thank you so very much for the update.

---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Thursday, December 16, 2021 11:17 AM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>; Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya (secure)

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Good morning,

The LTD appeal determination is still pending. He submitted all of the documentation recently to complete his appeal response and we are currently reviewing his submission. I anticipate the resolution of the LTD appeal decision no later than 30-days from today.

Let me know if you have any questions.

Thank you,


**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax


---

**From:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Sent:** Thursday, December 16, 2021 11:15 AM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>; Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya

Good morning Joshua,

Would you please assist with providing an answer to the question listed in the initial email from December 15, 2021, but pertaining to LTD claim 11295718?

Thank you for your help!

Best regards,


**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

**LincolnFinancial.com**

**Follow us on:**




---

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Thursday, December 16, 2021 8:46 AM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>; DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** RE: [EXTERNAL] RE: Allan Araya

Happy Day Alyssa,

Thank you for following up. Yes ma'am I was trying to get an update in this LTD claim.

Kindly,
Jazz

---

**From:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Sent:** Thursday, December 16, 2021 8:22 AM
**To:** DukeEnergyDisability <DukeEnergyDisability@lfg.com>; Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** [EXTERNAL] RE: Allan Araya

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

Good morning,

For clarification, are you requesting an update regarding the appeal on the LTD claim?

The STD claim was approved to the max benefit date of 6/12/2021; therefore, there is no additional information or changes that will occur on the STD claim, 10813707.

If your intention is an update regarding the LTD claim, I will need to forward this request to the case manager handing the LTD appeal.

Best regards,




**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

LincolnFinancial.com


**Follow us on:**




---

**From:** DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Sent:** Wednesday, December 15, 2021 11:59 AM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Subject:** FW: Allan Araya

FYI in reference to claim 10813707

---

**From:** Ruppel, Jasmine Rose <Jasmine.Ruppel@duke-energy.com>
**Sent:** Wednesday, December 15, 2021 11:30 AM
**To:** DukeEnergyDisability <DukeEnergyDisability@lfg.com>
**Cc:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Subject:** Allan Araya

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

I hope that you are having a wonderful day. I wanted to reach out and see if we are able to obtain a leaves update on the employees listed below.

- **Allan Araya:** Pending LTD Case. The last update we received was 9.27 that this STD from 4.30 was approved. Do we have an update on this case?  What is the final date to submit paperwork on this cast. Claim 10813707

Thank you,

Jazz

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

------------------------------------------------------------------------

This Lincoln Financial Group communication was sent securely using TLS.

| | |
|---|---|
| Date: | 12/13/2021 |
| To: | Joshua Tuliano |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 71271 |

---

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Physical Medicine & Rehabilitation Advisory Report

### Clinical History

This is an addendum from a Physical Medicine & Rehabilitation perspective for additional medical records and attending provider contact. For a complete clinical history, please refer to RRS Case # 68381 dated 9/16/2021.

The claimant is a 40-year old individual who has a date of disability on 12/13/20.

Physical therapy note dated 09/01/21, 09/08/21, 09/15/21, 09/22/21, and 09/28/21.

Office visit note by Robert Alden Milam IV, MD dated 09/16/21. The patient presents for follow up of neck pain. He may have right subacromial impingement syndrome. The patient has been doing physical therapy for his right shoulder. Today, he indicates that his pain is still present, and that it starts in the side of his neck, and radiates down into the right shoulder. He adds that he has pain in the superior aspect of his right shoulder, and has no pain in the posterior aspect of the shoulder. He notes a knot sensation in the right trapezius. The patient denies any numbness or tingling in his hands. He states that he has pain with overhead maneuvers with his right upper extremity. The patient reports that he still has difficulty with sleeping on his right shoulder. He states that the most comfortable position for him to sleep is on his stomach with his right arm up over his head. He notes that some nights are better than others. He reports that physical therapy is going well, but he does feel that it is more challenging for him to be consistent with it at home with his exercises. In terms of the right knee, the patient reports that his knee is feeling a little better, but he continues to feel a popping sensation in his knee. He notes that he has pain with squatting maneuvers, but it has improved since his injury. The patient is currently out of work. On examination, the patient is well developed, well-nourished, and in no acute distress. The patient is alert and oriented x3. The patient moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and

both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is non-labored. The patient flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The patient can heel raise in tandem and independently. The patient can toe raise in tandem and independently. Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The patient flexes forward to the chest, and extends 100 percent of normal, with stiffness. Lateral bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling maneuver is negative bilaterally. Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clonus. Babinski testing shows toes are down-going. Bilaterally, shoulders are nontender. Impingement sign in the right shoulder. No instability. Supraspinatus testing is negative. Back is nontender to palpation, has normal ROM, and has no atrophy, and no gross instability or malalignment.

Office visit note by Patricia McHale, MD dated 10/04/21, the patient presents for a follow up of the right shoulder. The patient is here today regarding his right shoulder. He has seen Dr. Milam for neck pain after his car accidents. He thought that the patient had signs of bursitis in the right shoulder and he recommended that the patient come in to see me for additional evaluation. He has been doing some home exercises for the shoulder. Those seem to help. He is right hand dominant. He has been coming in for some physical therapy, and that has helped a little bit. He is very nervous about potentially needing an MRI of his right shoulder, as he has significant claustrophobia; he states that he will need to be medicated for the MRI if that is recommended. Overall, the patient has a fairly well-maintained range of motion of the right shoulder in all directions. He has a well-maintained range of motion of the cervical spine as well. There is some tenderness through the trapezius and also tenderness over the anterolateral cuff insertion and bicipital groove. There is pain with impingement maneuvers and O'Brien's testing. Supraspinatus strength is at 5/5 with minimal pain. There is a negative lift-off test. His muscle tone is normal and his skin is intact throughout the right upper extremity. He is grossly neurovascularly intact throughout the right upper extremity. X-ray of the right shoulder showed there is a small anterior acromial spur. There is a slight irregularity involving the posterior glenoid which could represent possibly a healed fracture versus wear of the glenoid itself. The patient is assessed with right shoulder pain with some signs of muscular pain involving the trapezius and cervical spine, as well as signs of bursitis/tendinitis of the right rotator cuff and possibly some biceps pathology. He is diagnosed with Biceps tendinitis of the right shoulder. Treatment plan is to recommend subacromial injection to help with his pain, which was performed and was tolerated well by the patient with no immediate complication noted. In addition, it is recommended that physical therapy for ultrasound to the bicipital groove and a good rotator cuff strengthening protocol as well as scapular stabilization. He may benefit from dry needle treatments to help with some of the muscle tightness in the trapezius as well. If he is still not doing well. An MRI arthrogram of the right shoulder for further evaluation. A sedation will be recommended for this, given his claustrophobia issues. Advised to follow up in 6 weeks.

Response Letter by Patricia McHale, MD dated 10/12/21, stated the diagnosis for the visit on 08/09/2021 was healed PCL and MCL sprains of the right knee, and chronic pain of the right knee. Objectively, the patient is doing well after physical therapy, and with bracing. He does have some

subjective complaints of ongoing pain. The patient's prognosis is fair given the continued pain complaints without obvious additional structural pathology. At this point, with respect to the knee, there are no restrictions for the patient. From the standpoint of his knee, as long as he wears his brace, it is fine with me that he returns to work without restrictions as of today. No restrictions have been set to the patient specifically previous to this.

Physical Therapy note by Lesly Marie Pacitto, PT dated 10/20/21. The patient presents with complaints of shoulder pain waking him from sleep. The patient indicates pain in the front of the right shoulder. Right shoulder “doesn’t feel right” when trying to do things. The pain is rated 7/10. On examination, the right shoulder AROM in flexion is 120, scaption is 90, ER hand to back of the head and IR thumb to T10. The right shoulder strength in flexion is 4/5, with cogwheel type resistance by patient. Scaption is 4/5 cogwheel type resistance by patient. ER is 4/5 cogwheel type resistance by patient. The patient initially went to physical therapy (PT) for right shoulder/neck pain in July 2021. PT program has included manual therapy to cervical region/upper trapezius, US, exercise program cervical and right shoulder including strengthening to RCR, home exercise program (HEP) for shoulder range of motion (ROM) and strengthening. Since that time, no improvement in neck or right shoulder pain rating. The patient is unable to report specific aggravating activities or positions other than sleeping that increases shoulder pain. He had previously demonstrated full AROM of the right shoulder. Currently, patient with decrease in shoulder AROM due to c/o pain with shoulder elevation. PROM right shoulder is within normal limits (WNL) all planes with c/o pain at end range in all directions. Strength with resistance MMT has also decreased since the previous assessment a month ago. Noted cogwheel type effort by pt to resist MMT. The patient is recommended to follow up with Dr. Hale 10/21/21.

Office visit note by Patricia Hale, MD dated 10/25/21, the patient presents for a follow up of the right knee. The patient comes in today continuing to complain of pain in his right knee. Maximum flexion is what really bothers him. He feels like the right knee is still stiffer than the left. He has been wearing his brace and doing his exercises. He states that the diclofenac makes him a little bit sleepy; he is wondering if he should take some sort of supplement to help with his alertness. The Patient is walking fairly well today in his posterior cruciate ligament (PCL) brace. He does lack about 5-10 degrees of terminal flexion on the right compared to the left. There is no effusion. His quad strength is slowly improving. He is neurovascularly intact throughout the right lower extremity. His muscle tone is normal and his skin is intact throughout the right lower extremity. The patient is diagnosed with a sprain of the posterior cruciate ligament of the right knee. It was recommended for the patient to obtain an MRI of the right knee without contrast, medication such as meloxicam 15mg tab and diazepam 10 mg tablet.

MRI of the right knee without IV contrast dated 11/11/21, revealed remote trauma to the posterior tibial plateau/PCL. Remote trauma to the MCL without acute abnormality and Minimal joint fluid.

Office visit note by Patricia McHale, MD dated 11/18/21. The patient presents with complaints of pain in the right shoulder, and pain of the right knee. The patient is here today for follow-up on his right shoulder. He also had his right knee MRI done since his last visit with me as well. He continues to complain of pain in the knee and the shoulder. He states that the subacromial injection did help quite a bit, but it feels like it is wearing off. He has not started physical therapy for the shoulder yet. He continues to do his home exercises for his knee. Overall, he is just distressed by the fact that he has pain

in his body now that he did not have before his accident. The patient is walking with a normal gait today. He is wearing his PCL brace on the right. Right knee range of motion is well-maintained, and there is no appreciable instability. Right shoulder exam has not changed. He is neurovascularly intact throughout the right upper and lower extremities. He does still have some pain with impingement maneuvers on the right. The patient is assessed with biceps tendinitis of the right shoulder, subacromial bursitis of right shoulder joint and sprain of posterior cruciate ligament of right knee, subsequent encounter. It is recommended that he continue with the usage of the brace and continue with HEP. It is not recommended at this visit for the patient to have another injection because he has not had any physical therapy yet. Referral to PCP for follow up of the positive depression and Advised the patient is advised to follow up in 2 months.

Physical therapy note by Lesly Marie Pacitto, PT dated 11/29/21. The patient reports still having problems with trying to sleep on the right shoulder. Feels stiff. Gets better with medication. Dr. McHale has changed the medicine which seems to be helping. Painful when trying to lift the arm, pain with pulling arm across body, and with lifting things. Neck pain starts at the base of the neck, and comes down to the shoulder. Changing positions help with pain. Pain is worse with staying in one position. Doing HEP, even though they hurt. Has not returned to work. The pain is rated 6/10. On examination, the cervical AROM in bilateral rotation is 90% with pain at end range, flexion is 100% and the extension is 75% with pain. No upper extremity radicular symptoms with cervical ROM. Compression and Spurling's test both have stiffness in the neck. The right shoulder AROM in flexion is 130, scaption is 95 and ER hand to C7 are all positive in pain. There is pain as well in the speed test located in the top of the shoulder. The right shoulder strength in flexion, scaption and ER are all 4/5 with decreased effort by patient and positive with pain. The patient is assessed and was determined with limited improvement in pain rating of right shoulder with pain 7/10 on evaluation and 6/10 currently. He is demonstrating a loss of AROM right shoulder compared to initial evaluation and a decrease in strength compared to evaluation. He had previously met shoulder AROM and strength goals in August 2021. Cervical AROM with pain has not changed since initial evaluation. The patient returns to PT per MD referral for right shoulder biceps tendonitis.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 12/3/2021 3:00 PM EST | Office staff | I called the PT L. Pacitto, and the office staff stated that there is no Lesley Pacitto, PT in their facility. |
| 12/9/2021 4:00 PM EST | Selina, office staff | I called L. Pacitto, PT again, and Selina took a detailed message with patient and callback information. She states that Lesley is out of the office, and will be back on Monday, 12/13/2021. |

## Questions and Reviewer's Response

**1. Does the additional information change any of your prior conclusions or opinions from your 9/16/21 review? Please explain, with medical evidence, why or why not.**

Yes, the additional information changed my prior conclusions/opinions from my 9/16/21 review.

Previous opinion: The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and unspecified sprain of right shoulder joint, initial encounter (S43. 401A). From April 30, 2021, the claimant is limited to occasional bending, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. These restrictions/limitations apply through 11/30/21.

Current opinion: The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and bicipital tendinitis of the right shoulder (M75.21). For the right knee, from April 30, 2021 to 11/30/2021, the claimant is limited to occasional bending at the knees, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion.

For the neck and the right shoulder: From April 30, 2021 to present, he is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. No repetitive shoulder joint motion or forceful pushing/pulling in the right upper extremity. These restrictions/limitations apply through 2/28/2022.

Additional clinical notes dated September 2021 to November 2021, reflect that the claimant continues with complaints of neck, right knee and right shoulder pain that can get severe. MRI of the right knee without contrast dated 11/11/21 showed remote trauma to the posterior tibial plateau/PCL. Remote trauma to the MCL without acute abnormality and minimal joint fluid. X-ray of the right shoulder in October 2021 showed there was a small anterior acromial spur. There was a slight irregularity involving the posterior glenoid which could represent possibly a healed fracture versus wear of the glenoid itself. He reported that the pain starts at the side of his neck, and radiates down to the right shoulder. He

added pain in the superior aspect of his right shoulder. The claimant noted a knot sensation in the right trapezius. He reported he has difficulty sleeping on his right shoulder. He also has pain when squatting. His right knee was a lot better, but continues to feel a popping sensation. Maximum flexion of the knee is what really bothers him. He has been wearing his knee brace. Right knee exam had noted range of motion lacked 5-10 degrees of terminal flexion, but quad strength was improving. Dr. McHale later noted in November 2021, that the patient has well-maintained range of motion and no instability. He has healed MCL and PCL strains in the right knee. The doctor noted there are no restrictions with regards to the knee, as long as he continues wearing his knee brace. Exams have noted limited neck range of motion, and tenderness and stiffness in the cervical spine musculature. Right shoulder motion is also restricted and painful. There is decreased motor strength in the right upper extremity rated 4/5. Impingement test is positive. He continues with home exercise program and medications for the neck. He has started physical therapy for the right shoulder.

**2.**

**Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. Please attempt a minimum of 2 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.**

Attempts to contact AP were unsuccessful.

Please see call logs.

## Assessment/Rationale

Additional clinical notes dated September 2021 to November 2021 reflect that the claimant continues with complaints of neck, right knee and right shoulder pain that can get severe. MRI of the right knee without contrast dated 11/11/21 showed remote trauma to the posterior tibial plateau/PCL. Remote trauma to the MCL without acute abnormality and minimal joint fluid. X-ray of the right shoulder in October 2021 showed there was a small anterior acromial spur. There was a slight irregularity involving the posterior glenoid which could represent possibly a healed fracture versus wear of the glenoid itself. He reported that the pain starts at the side of his neck, and radiates down to the right shoulder. He added pain in the superior aspect of his right shoulder. The claimant noted a knot sensation in the right trapezius. He reported he has difficulty sleeping on his right shoulder. He also has pain when squatting. His right knee was a lot better, but continues to feel a popping sensation. Maximum flexion of the knee is what really bothers him. He has been wearing his knee brace. Right knee exam had noted range of

motion lacked 5-10 degrees of terminal flexion, but quad strength was improving. Dr. McHale later noted in November 2021, that the patient has well-maintained range of motion and no instability. He has healed MCL and PCL strains in the right knee. The doctor noted there are no restrictions with regards to the knee, as long as he continues wearing his knee brace. Exams have noted limited neck range of motion, and tenderness and stiffness in the cervical spine musculature. Right shoulder motion is also restricted and painful. There is decreased motor strength in the right upper extremity rated 4/5. Impingement test is positive. He continues with home exercise program and medications for the neck. He has started physical therapy for the right shoulder.

The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and bicipital tendinitis of the right shoulder (M75.21). For the right knee, from April 30, 2021 to 11/30/2021, the claimant is limited to occasional bending at the knees, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion.

For the neck and the right shoulder: From April 30, 2021 to present, he is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. No repetitive shoulder joint motion or forceful pushing/pulling in the right upper extremity. These restrictions/limitations apply through 2/28/2022.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***



Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
| --- | --- | --- |
| Undated | Peer Review | Client |
| 12/15/2020, 12/21/2020, 01/04/2021, 01/06/2021, 01/13/2021, 01/29/2021, 02/17/2021, 03/26/2021, 04/06/2021, 04/20/2021, 05/26/2021, 05/27/2021, 06/23/2021, 07/20/2021, 08/12/2021 | Correspondence | Client |
| 07/27/2021, 07/28/2021 | Correspondence | Judd Alyssa , ALMI , ACS |
| 06/08/2021, 08/31/2021 | Clinical Review Memo | Not Signed |
| 08/30/2021 | Fax Transmission | Ortho Carolina Health Information Management |
| 08/23/2021 | Past Medical History | OrthoCarolina Gastonia |
| 08/03/2021, 08/05/2021, 08/09/2021, 08/12/2021, 08/18/2021 | Physical Therapy Progress Notes | OrthoCarolina Gastonia |
| 08/02/2021 | Plan Of Care | OrthoCarolina Gastonia |
| 05/25/2021, 06/04/2021, 06/07/2021, 07/12/2021, 07/21/2021, 07/23/2021 | Therapy Progress Note | OrthoCarolina Gastonia |
| 04/01/2021, 05/04/2021, 05/06/2021, 06/09/2021, 06/10/2021, 06/14/2021, 06/15/2021, 06/17/2021, 06/21/2021, 06/24/2021, 06/28/2021 | Progress Notes | OrthoCarolina Gastonia |
| 06/25/2021, /23/2021 | Confidential Patient Information | OrthoCarolina Gastonia |
| 05/06/2021, 06/28/2021 | Progress Notes | Patricia McHale |

| | | |
|---|---|---|
| 05/25/2021, 06/04/2021,, 06/10/2021, 06/17/2021, | Therapy Progress Note | Mark Leyhe , PT |
| 06/07/2021, 06/14/2021, 06/21/2021, 06/24/2021, 07/23/2021, | Progress Notes | Emily Reece, PTA |
| 06/09/2021 | Progress Notes | Robert Milam IV, MD |
| 07/12/2021 | Therapy Progress Note | Lesley Pacitto, PT |
| 07/21/2021 | Therapy Progress Note | Phillip Hefner , PTA |
| 08/12/2021 | Correspondence | Darlene Battle |
| 12/05/2019, 12/30/2019, 05/07/2020, 06/07/2020, 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2020, 05/04/2021, 06/15/2021, 07/28/2021, | Progress Notes | Claremont Health |
| Undated | Peer Review | Client |
| Undated | ( New Duke Energy Job Description | Employer |
| 07/29/2021 | Correspondence | Correspondence |
| 07/29/2021 | Fax Correspondence | Carolina Orthopedic |
| 03/11/2021 | IMP Rights PCL Tear , MCL Sprain Nonweightbearing TIBLA Plateau | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, | Office Visit | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, 04/22/2021, | Correspondence | Christopher Prato , MD |
| 01/20/2021 | MRI Knee WO Contrast Right | Victor HO, MD |
| 12/13/2020 -12/14/2020 | Summary Of Care | Carolinas Medical Center |
| 07/29/2021 | Correspondence | Di Bella Chiropractic Center |
| Undated | Independent | Client |
| 07/01/2021 | File Review - Standard | Client |
| 06/28/2021 | Correspondence | Kim Foehl, MD |
| 06/29/2021 | Medical Documentation Reviewed | Kevin DiBella, DC |
| Undated | Summary Of Conversation | Andrew Nava, MD |
| 06/29/2021 | Correspondence/ Referral | Amia Welch |
| 06/28/2021, | Clinical Review Memo | Aleshi Logan, FNP |
| 06/28/2021 | Correspondence | Alesha Logan, FNP |
| 04/20/2021, 04/21/2021, 06/10/2021 | Authorization For the Release Of Information Including Including Protected Health Information | Claimant |
| 12/23/2020, 04/20/2021, 04/21/2021, | Disability Authorization To Obtain And Release Information | Claimant |

| | | |
|---|---|---|
| 12/13/2020 | Non - Reportable Crash Form | HL Bautista |
| 06/09/2021 | Patient Portal History | Ortho Carolina |
| 06/01/2021, 06/08/2021, | Correspondence | Ortho Carolina |
| 05/27/2021 | Authorization For Release Of Health Information | Claimant |
| 03/24/2021, 04/21/2021, | Daily Note / Billing Sheet | Taylor Navey |
| 06/06/2021 | Request For Status | Client |
| 12/22/2020, 12/16/2020, 12/23/2020, 12/28/2020, 12/30/2020, 12/31/2020, 01/06/2021, 05/27/2021 | Progress Notes | Kevin DiBella, DC |
| Undated | Authorization For Release Of Health Information | Not Signed |
| 04/21/2021 | Activities Questionnaire | Claimant |
| 04/21/2021 | Claimant Information Form | Claimant |
| 04/21/2021 | Claimant Supplementary Statement | Claimant |
| Undated | Family Information Questionnaire | Claimant |
| 04/21/2021 | Social Security / Reimbursement Agreement | Claimant |
| Undated | Training - Education - Experience For ( TEE) | Claimant |
| Undated | Return To Work Form | Not Signed |
| 04/21/2021 | Authorization To Speak With Family Member / Alternate Contact | Claimant |
| 04/21/2021 | Reimbursement Agreement | Claimant |
| Undated | North Carolina Drivers License | Claimant |
| Undated | Authorization To Speak With Third Part | Not Signed |
| Undated | Third Party Liability Information Form | Not Signed |
| 03/30/2021, 04/08/2021 | 12/16/2020, | Aleshi Logan, FNP, BC |
| 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2021 | Progress Notes | Alesha Logan, FNP- BC |
| 02/22/2021, 04/13/2021 | Nursing Memorandum | Client |
| 03/18/2018, 02/09/2021,02/17/2021, 02/26/2021, 03/24/2021 | Flow Sheet | Carolina Orthopedic PT And Rehab |
| 02/09/2021, 03/18/2021 | Patient Outcomes | Jamie Giannattasio, DPT |
| 01/05/2021, 01/12/2021, 01/14/2021, 01/19/2021, 01/21/2021, 01/27/2021, 01/29/2021, 02/09/2021, | Daily Note / Billing Sheet | Jamie Giannattasio, DPT |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 02/17/2021, 02/26/2021, 03/04/2021, 03/11/2021, 03/18/2021, 12/23/2021, 12/28/2020 | | |
| 02/09/2021, 03/18/2021 | Physical Therapy Recertification Note | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021, 12/23/2021, | Plan Of Care | Jamie Giannattasio, DPT |
| 03/31/2020, 01/202021, | Restriction Form | Christopher Prato, MD |
| 12/23/2020, 02/09/2021, | Physical Therapy Initial Examination | Jamie Giannattasio, DPT |
| 01/29/2021 | Discharge Note | Jamie Giannattasio, DPT |
| 02/09/2021 | Upcoming Appointments | Carolina  Orthopedic |
| 01/25/2021 | Tirage Assessment | Client |
| 01/20/2021 | Return To Work Form | Christopher Prato, MD |
| Undated | Restriction Form | Not Signed |
| 12/24/2020 | Physician Facesheet | Anthony Weekes, MD |
| 12/13/2020 | Ortho Consult Note | Anthony Weekes, MD |
| 12./14/2020 | Consultations | Daniel Phelps, MD |
| 12/13/2020 | ED Physician Documentation -  ( Verified) | Anthony Weekes, MD |
| 12/13/2020 | Emergency Department Documentation | Anthony Weekes, MD |
| 12/13/2020 | Lab Report | Lab Corp |
| 12/14/2020 | CT - Computer Tomography | Patrick Fergus, MD |
| 12/13/2021 | CT - Computer Tomography | Walter Steele, MD |
| 12/13/2020 | CT - Computer Tomography | Michael Krasnokutsky, MD |
| 12/14/2020 | DX - Diagnostic Radiology | Edward Kravath, MD |
| 12/13/2020 | DX - Diagnostic Radiology | Walter Steele, MD |
| 01/07/2021 | Restriction Form | Aleshi Logan, FNP |
| 12/17/2020 | Request For Information | Atrium Health |
| Undated | Authorization For Release Of Health Information | Not Signed |
| ADDENDUM | ADDENDUM | ADDENDUM |
| 10/02/2021 | Correspondence | Claimant |
| 10/06/2021 | ROI | Claimant |
| 10/12/2021 | Correspondence | Patricia McHale, MD |
| 10/04/2021, 10/25/2021, 11/18/2021 | Progress Notes | Patricia McHale, MD |
| 09/01/2021, 09/08/2021, 09/15/2021, 09/22/2021, 09/28/2021, 10/20/2021, 11/29/2021 | Physical  Therapy Treatment | Lesley Marie Pacitto, PT |
| 09/16/2021 | Progress Notes | Robert Alden Milam IV, MD |
| 09/15/2021 | Physical Therapy Treatment | Phillip Hefner, PTA |
| 01/20/2021 | MRI Knee Right WO IV Contrast | Unknown |

Reliable Review Services

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Lesley Marie Pacitto PT | **From:** Reliable RS |
| **Fax:** 704-865-9106 | **Date:** December 13, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 71271 |

As an Independent Peer Reviewer, Moshe Lewis, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 12/27/2021.**

What is the claimant's diagnosis?
What are objective functional impairments noted?
What is the claimant's prognosis?
What are the claimant's estimated restrictions?
What is the claimant's estimated return to work date?

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065
December 13, 2021

Claimant Name: Allan A Araya

RRS ID: 71271

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Mon, 13 Dec 2021 23:29:51 +0000
**To:**VendorReferrals;Tuliano, Joshua
**Subject:**Claim Number: 11295718 RRS Case #: 71271
**Attachments:**Report_RRS2_71271-1_v1.pdf, Report_RRS2__FaxSheetR01P01_71271-1_v1.pdf, Invoice_71271-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!


**Nicole Troiano**
Client Coordinator
Reliable Review Services

777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com


RRS
Reliable Review Services


*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

**Reliable Review Services**

**Invoice Number : 71271-1**

**12/13/2021 4:48 PM CST**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 71271-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 1.75 | 210 | $0.00 | 367.50 |

**Total Due: $367.50**

**Reviewer Details**

**Reviewer**

Moshe Lewis - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, December 2, 2021 2:04:24 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | qemdsqsrdsfn2dzp6240_11723543.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

December 2, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a board certified physician.

We anticipate a response from the reviewing board certified physician no later than 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

**From:**Tuliano, Joshua
**Sent:**Thu, 2 Dec 2021 18:49:44 +0000
**To:**'CSR@reliablers.com'
**Subject:**Peer Review Claim 11295718 - Addendum Request (secure)
**Attachments:**11295718-APPEAL-NOTICEOFAPPEAL-10.04.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-10.05.2021.pdf, 11295718-EMPLOYEE-CLAIMANT-AUTHORIZATION-10.06.2021.pdf, 11295718-MEDICAL-CP-PEERREVIEW-10.13.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-10.28.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-11.19.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-11.30.2021.pdf, 11295718-MEDICAL-MEDICALRECORDS-11.30.2021_1.pdf, 11295718-MEDICAL-MEDICALRECORDS-12.01.2021.pdf

Hello,

Can we please set up an addendum review with Moshe Lewis, MD (PM&R) for the above claim? The original report was dated 9/16/21. The attached documents are for the addendum.

Questions for the addendum:

1. Does the additional information change any of your prior conclusions or opinions from your 9/16/21 review? Please explain, with medical evidence, why or why not.
2. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is **Lesley Marie Pacitto PT 704-867-2333 (ph), 704-865-9106 (f).** Please attempt a minimum of 2 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported,

please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Thank you,


**Josh Tuliano, MBA, AIC**
Appeal Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 11/30/21 Time: 9:15 AM

Fax to: Fax: 603-334-0380
Joshua Tuliano Telephone:

From: Fax:
Zimmermann, Laurie Telephone:

Comments:

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Daily Note | Encounter Date: 9/1/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Pain, neck [M54.2]
**Date of Onset:** No onset impairment date on file.

**visit 8 for neck/right shoulder**

**Precautions**

**CHARGES**

PT Therapeutic Procedures Time Entry
  Manual Therapy Time Entry - 97140: 10 minutes
  Therapeutic Exercise Time Entry - 97110: 25 minutes
PT Modalities Time/Service Based Entry
  Ultrasound Time Entry - 97035: 13 minutes
Treatment Time (Timed & Untimed): 48
Total Visit Time: 48

**Subjective:**

Pt reports he had difficulty falling asleep last night due to pain in the neck and right shoulder. Had to take medication to get to sleep.

**Pain**
6-7/10 with medication

**Objective:**

cervical AROM: right rotation 90% left rotation 75%

**Treatment:**
***indicates treatment not performed today**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius

**ASSESSMENT:**
Pt demonstrating good form with resisted shoulder and postural muscle strengthening. Pt unable to give specific shoulder movement, neck movements that reproduce pain other than when trying to sleep.
Trial of US today, will assess pt's response next visit.

**Plan:**

**1x/wk per POC**

**LESLEY PACITTO, PT**
**9/1/2021 4:02 PM**

Treatment on 9/1/2021

Note shared with patient

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, PT | Wed Sep 1, 2021 4:02 PM |

## Visit Diagnoses

Primary: **Pain, neck** M54.2
Chronic right shoulder pain M25.511, G89.29



PAGE 5/37 * RCVD AT 11/30/2021 9:17:18 AM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033340380 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):11

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Progress Notes | Encounter Date: 9/8/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

## Physical Therapy Progress Note

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:
- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 1
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Pain, neck [M54.2]
**Date of Onset:** No onset impairment date on file.

**Precautions:**
No data was found

**Other Pertinent Data:**

**CHARGES**

PT Therapeutic Procedures Time Entry
  Therapeutic Exercise Time Entry - 97110: 30 minutes
PT Modalities Time/Service Based Entry
  Ultrasound Time Entry - 97035: 10 minutes
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective**

**Subjective** Pt reports "pain is the same" in the neck and right shoulder. Unable to state specific aggravating factors.

**Pain**

Pain Assessment
Pain Score: 6

**Objective:**

**Measurements:**

cervical AROM: right rotation 90% left rotation 75% extension

Right shoulder AROM:
Flexion 125 deg w/ c/o pain
scaption 95 deg w w/co pain
ER hand to back of head
IR thumb to T10

Right shoulder strength:
Flexion 5-/5 with c/o pain
scaption 5-/5 with c/o pain
Abduction 5-/5 with c/o pain
ER 5-/5
IR 5-/5

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec *
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *

Prone rows/ ext 2 x 15 *hep
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion*



PAGE 8/37 * RCVD AT 11/30/2021 9:17:18 AM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033340380 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):11

**Outcome Measures Current Level**

**Assessment:**

No improvement in neck or right shoulder pain in the past several weeks. Pt unable to report specific aggravating activities or positions other than sleeping that increases shoulder pain.
Pt had previously demonstrated full AROM of right shoulder. Currently, pt with decrease in shoulder AROM due to c/o pain with shoulder elevation. Strength right shoulder remains good however c/o pain with several MMT.
Cervical AROM WNL left rotation and some limitation right rotation and extension. Pt reports "stiffness" with cervical AROM, no radicular RUE symptoms reported. Pt attending PT 1x/wk. Discussed with pt continuation of PT due to limited progress with pain. Pt states he does feel benefit with attending PT and would like to continue.

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 5 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius

**Plan**

1x/wk for 3-4 weeks

**Goals:**

**Goals Addressed**

| | This Visit's Progress |
|---|---|

- STG/LTG neck/right shoulder
  - independent with HEP MET 8-18-21
  - left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
  - left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
  - decrease pain by 50% NOT MET 9-8-21
  - cervical AROM: 75% for adls and driving MET 8-18-21

This Visit's Progress

sit tolerance to 45 min for adls PROGRESSING 9-8-21

LESLEY PACITTO, PT
9/8/2021 7:40 AM

Treatment on 9/8/2021

Note shared with patient

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, PT | Wed Sep 8, 2021 7:40 AM |

**Visit Diagnoses**

Primary: **Pain, neck** M54.2
Chronic right shoulder pain M25.511, G89.29

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Daily Note | Encounter Date: 9/8/2021 |
| Physical Therapist | Deleted | |
| Specialty: Physical Therapy | | |

**Deleted by Lesley Marie Pacitto, PT 9/8/2021 7:14 AM**

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** No primary diagnosis found.
**Date of Onset:** No onset impairment date on file.

**visit 8 for neck/right shoulder**

**Precautions**

**CHARGES**

**Subjective:**

**Pain**

**Objective:**

cervical AROM: right rotation 90% left rotation 75%

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve

neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius

**ASSESSMENT:**

**Plan:**

**1x/wk per POC**

**LESLEY PACITTO, PT**
**9/7/2021 7:46 AM**

Deleted by: Lesley Marie Pacitto, PT at 9/8/2021 7:14 AM
Treatment on 9/8/2021

**Electronically signed by**

| | |
|---|---|
| Provider | on |
| Lesley Marie Pacitto, PT | Wed Sep 8, 2021 7:14 AM |

**Visit Diagnoses**

Primary: **Pain, neck** M54.2
Chronic right shoulder pain M25.511, G89.29

| | | |
|---|---|---|
| Phillip Hefner, PTA | Daily Note | Encounter Date: 9/15/2021 |
| Physical Therapy Assistant | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** No onset impairment date on file.

**visit 10 for neck/right shoulder**

**Precautions**

**CHARGES**

**Subjective:**

Pt reports he had difficulty sleeping last night due to pain in the neck and right shoulder.

**Pain**
6-7/10 with medication

**Objective:**

cervical AROM: right rotation 90% left rotation 75%

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius*

**ASSESSMENT:**
Pt demonstrating good form with resisted shoulder and postural muscle strengthening. Pt symptoms have not changed much with pain during therapy sessions.

**Plan:**

**1x/wk per POC**

**PHILLIP HEFNER, PTA**
**9/15/2021 11:36 AM**

Treatment on 9/15/2021

Note shared with patient

**Electronically signed by**

| | |
|---|---|
| Provider | on |
| Phillip Hefner, PTA | Wed Sep 15, 2021 11:36 AM |

**Visit Diagnoses**

Primary: **Chronic right shoulder pain** M25.511, G89.29

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Robert Alden Milam IV, MD | Progress Notes | Encounter Date: 9/16/2021 |
| Surgeon | Signed | |
| Specialty: Spine | | |

DATE OF INJURY:
02/20/2021.

IMPRESSION:
1. Right knee PCL sprain.
2. Right subacromial bursitis.
3. 2 separate motor vehicle accidents, 12/13/2020 and 02/20/2021. These are not workers' compensation related injuries.

PLAN:
I discussed treatment options with the patient. I am happy to see the patient back. I would recommend that he see Dr. McHale for his right shoulder, as well. I have not ordered any advanced imaging of the right shoulder at this point. I have recommended that he continue with physical therapy for the right shoulder and neck. At this point, I do not think his neck problem is truly related to his workers' compensation motor vehicle accident. I do not believe this is a specifically a disc herniation or other type of nerve compression problem. He may have a little bit of myofascial or nerve compression from whiplash, but I do think this is more right shoulder dysfunction given the pain he has with overhead movement with the right shoulder. If Dr. McHale does not believe this is a shoulder issue, I have asked her to obtain an MRI scan of the cervical spine without gadolinium and then have the patient follow up with me to discuss the results.

The patient has not been working. After reviewing the notes, I do not see where he has been taken out of work from any my or Dr. McHale's notes. I placed him in a temporary medium duty category for his neck.

The patient will follow up with me as needed. I will see him back at Dr. McHale's discretion.

CHIEF COMPLAINT:
Follow-up of neck pain.

HISTORY OF PRESENT ILLNESS:
Mr. Araya is a pleasant 40-year-old male who presents today for a follow-up evaluation regarding neck pain. I last saw the patient on 06/09/2021. At that time, I thought he may have right subacromial impingement syndrome. I had the patient see Dr. Patricia McHale for his right knee and he has been under her care for this. The patient has been doing physical therapy for his right shoulder.

Today, he indicates that his pain is still present and that it starts in the side of his neck and radiates down into the right shoulder. He adds that he has pain in on the superior aspect of his right shoulder and has no pain in the posterior aspect of the shoulder. He notes a knot sensation in the right trapezius. The patient denies any numbness or tingling in his hands. He states that his has pain with overhead maneuvers with his right upper extremity. The patient reports that he still has difficulty with sleeping on his right shoulder. He states that the

most comfortable position for him to sleep is on his stomach with his right arm up over his head. He notes that some nights are better than others. He reports that physical therapy is going well, but he does feel that it is more challenging for him to be consistent with it at home with his exercises.

In terms of the right knee, the patient reports that his knee is feeling a little better, but he continues to feel a popping sensation in his knee. He notes that he has pain with squatting maneuvers, but it has improved since his injury.

The patient is currently out of work.

PHYSICAL EXAMINATION:
Patient is well developed, well nourished and in no acute distress. The patient is alert and oriented x3. The patient moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is non-labored.

The patient flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The patient can heel raise in tandem and independently. The patient can toe raise in tandem and independently.

Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The patient flexes forward to the chest, and extends 100 percent of normal, with stiffness. Lateral bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling maneuver is negative bilaterally.

Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clonus. Babinski testing shows toes are down-going.

Bilaterally, shoulders are nontender. Impingement sign in the right shoulder. No instability. Supraspinatus testing is negative.

Back is nontender to palpation, has normal ROM, has no atrophy, and no gross instability or malalignment.

DIAGNOSTIC STUDIES:
No new studies.

NuanceDAX: NM

**Answers for HPI/ROS submitted by the patient on 9/15/2021**
Onset: more than 1 month ago
Frequency: daily
Progression since onset: gradually improving
Date of Injury (mm/dd/yyyy): 12/13/2020 and 2/20/2021
Where did the injury occur? : other
Aggravating factors: sitting
Treatments tried: rest, acetaminophen, position changes, relaxation

Improvement with treatment: mild

Office Visit on 9/16/2021

Note shared with patient

**Electronically signed by**

| Provider | on |
|---|---|
| Robert Alden Milam IV, MD | Mon Sep 20, 2021 1:34 PM |

**Visit Diagnoses**

Primary: **Subacromial bursitis of right shoulder joint** M75.51

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Daily Note | Encounter Date: 9/22/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** No onset impairment date on file.

**Visit #: 11**

**visit 11 for neck/right shoulder**

**Precautions**

**CHARGES**

**Subjective:**

Sleeping is still painful

**Pain**
Pt indicates pain in area of right upper trapezius and right anterior shoulder.

**Objective:**

Right shoulder AROM:
Flexion 125 deg w/ c/o pain
scaption 95 deg w w/co pain
ER(90) 80 deg

Right shoulder strength:
Flexion + cogwheel resistance from pt
scaption + cogwheel resistance from pt

ER + cogwheel resistance from pt

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10*
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep



PAGE 21/37 * RCVD AT 11/30/2021 9:17:18 AM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033340380 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):1

Lincoln/Araya 0407

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius*

**ASSESSMENT:**
+ cogwheel resistance with MMT right shoulder. AROM limited with c/o pain all planes.

**Plan:**

**1x/wk per POC**

**LESLEY PACITTO, PT**
**9/22/2021 4:07 PM**

Treatment on 9/22/2021

Note shared with patient

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, PT | Wed Sep 22, 2021 4:08 PM |

**Visit Diagnoses**

Primary: **Chronic right shoulder pain** M25.511, G89.29
Pain, neck M54.2

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 10/4/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

**Procedure Orders**
*L Inj/Asp: R subacromial bursa [8657835] ordered by Patricia McHale, MD

**Post-procedure Diagnoses**
Subacromial bursitis of right shoulder joint [M75.51]

**Subjective**

Patient ID: Allan A Araya is a 40 y.o. male.

Chief Complaint: Follow-up of the Right Shoulder

HPI

The patient is here today regarding his right shoulder. He has seen Dr. Milam for neck pain after his car accidents. He thought that the patient had signs of bursitis in the right shoulder and he recommended that the patient come in to see me for additional evaluation. He has been doing some home exercises for the shoulder. Those seem to help. He is right hand dominant. He has been coming in for some physical therapy and that has helped a little bit. He is very nervous about potentially needing an MRI of his right shoulder is he has significant claustrophobia; he states that he will need to be medicated for the MRI if that is recommended.

**Objective**

Overall, the patient has fairly well-maintained range of motion of the right shoulder in all directions. He has well-maintained range of motion of cervical spine as well. There is some tenderness through the trapezius and also tenderness over the anterolateral cuff insertion and bicipital groove. There is pain with impingement maneuvers and O'Brien's testing. Supraspinatus strength is at 5/5 with minimal pain. There is a negative lift-off test. His muscle tone is normal and his skin is intact throughout the right upper extremity. He is grossly neurovascularly intact throughout the right upper extremity.

Imaging Results:

**XR shoulder 2+ views right**

Four views of the right shoulder were obtained and reviewed in the office today. There is a small anterior acromial spur. There is a slight irregularity involving the posterior glenoid which could represent possibly a healed fracture verses wear of the glenoid itself.

**Assessment**

Right shoulder pain with some signs muscular pain involving the trapezius and cervical spine as well as signs of bursitis/tendinitis of the right rotator cuff and possibly some biceps pathology.

Encounter Diagnoses:

**Subacromial bursitis of right shoulder joint**

Biceps tendinitis of right shoulder

**Plan**

I did suggest a subacromial injection to help with his pain. This can help us from a diagnostic as well as therapeutic purposes. In addition, I have recommended that we continue physical therapy for ultrasound to the bicipital groove and a good rotator cuff strengthening protocol as well as scapular stabilization. He may benefit from dry needle treatments to help with some of the muscle tightness in the trapezius as well. I will see him back in 6 weeks. If he is still not doing as well as we would have hoped, we may need to pursue an MRI arthrogram of the right shoulder for further evaluation. We would go ahead and get this done under sedation given his claustrophobia issues.

**Orders Placed This Encounter**

- *L Inj/Asp: R subacromial bursa
- XR shoulder 2+ views right
- Ambulatory referral to Physical Therapy

**Orders Placed This Encounter**

Procedures

- Follow-up with Me

| | |
|---|---|
| Standing Status: | Future |
| Standing Expiration Date: | 4/4/2022 |
| Order Specific Question: | Follow-up timeframe: |
| Answer: | 6 weeks |
| Order Specific Question: | Should the patient have an option for video visit? |
| Answer: | In-person only |

**Patient ID:** Allan A Araya is a 40 y.o. male.

***L Inj/Asp: R subacromial bursa** on 10/4/2021 4:33 PM

Indications: pain

Details: 21 G needle, posterior approach

Medications: 20 mg triamcinolone acetonide 10 MG/ML

Outcome: tolerated well, no immediate complications

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Office Visit on 10/4/2021

Note viewed by patient

**Electronically signed by**

| Provider | on |
|---|---|
| Patricia McHale, MD | Mon Oct 4, 2021 4:39 PM |

**Visit Diagnoses**

Primary: **Subacromial bursitis of right shoulder joint** M75.51
Biceps tendinitis of right shoulder M75.21

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Progress Notes | Encounter Date: 10/20/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

## Physical Therapy Progress Note

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:

- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 0
- ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule, TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS, Disp: , Rfl:
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** No primary diagnosis found.
**Date of Onset:** 2/20/2021

**Precautions:**
No data was found

**Other Pertinent Data:**

**Visit #: 13**

**CHARGES**

PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 26 minutes
PT Modalities Time/Service Based Entry
Ultrasound Time Entry - 97035: 12 minutes
Treatment Time (Timed & Untimed): 38 minutes
Total Visit Time: 38 minutes

**Subjective**

**Subjective**

**Pt's cc is shoulder pain waking him from sleep. Pt indicates pain in the front of the right shoulder. Right shoulder "doesn't feel right" when trying to do things.**

**Pain**

Pain Assessment
Pain Score: 7

**Objective:**

**Measurements:**

10-20-21:
Right shoulder AROM:
Flexion 120
scaption 90
ER hand to back of head
IR thumb to T10

Righ shoulder PROM
Flexion
scaption

Right shoulder strength:
Flexion 4/5 with cogwheel type resistance by pt
scaption 4/5 cogwheel type resistance by pt
ER 4/5 cogwheel type resistance by pt

9-8-21

Right shoulder AROM:
Flexion 125 deg w/ c/o pain
scaption 95 deg w w/co pain
ER hand to back of head
IR thumb to T10

Right shoulder strength:
Flexion 5-/5 with c/o pain
scaption 5-/5 with c/o pain
Abduction 5-/5 with c/o pain
ER 5-/5
IR 5-/5

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
Prone rows/ ext 2 x 15 with 1#
S/l ER 1# 2x10
S/l scaption 1# 2x10
Cable rows single 2 plate 3x10

Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US 100% 1.3 w/cm2 anterior right shoulder x 7 min x 5 min set up/down

**Outcome Measures Current Level**

**Assessment:**

Pt initially to PT for right shoulder/neck pain in July 2021. PT program has included manual therapy to cervical region/upper trapezius, US, exercise program cervical and right shoulder including strengthening to RCR., HEP for shoulder ROM and strengthening.

Since that time, no improvement in neck or right shoulder pain rating. Pt unable to report specific aggravating activities or positions other than sleeping that increases shoulder pain.

Pt had previously demonstrated full AROM of right shoulder. Currently, pt with decrease in shoulder AROM due to c/o pain with shoulder elevation. PROM right shoulder is WNL all planes with c/o pain at end range all directions. Strength with resisted MMT is also decreased since previous assessment a month ago. Noted cogwheel type effort by pt to resisted MMT

**Plan**

2 visits of PT remaining per current insurance authorization.

Pt to f/u with Dr. McHale 10-21-21

**Goals:**

**Goals Addressed**

| | This Visit's Progress |
|---|---|
| • STG/LTG neck/right shoulder<br>independent with HEP MET 8-18-21 | |

This Visit's Progress

left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
decrease pain by 50% NOT MET 10-20-21
cervical AROM: 75% for adls and driving MET 8-18-21
sit tolerance to 45 min for adls PROGRESSING 9-8-21

LESLEY PACITTO, PT
10/20/2021 1:40 PM

Treatment on 10/20/2021

Note viewed by patient

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, PT | Wed Oct 20, 2021 1:40 PM |

**Visit Diagnoses**

Biceps tendinitis of right shoulder M75.21
Chronic right shoulder pain M25.511, G89.29

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 10/25/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

**Subjective**

Patient ID: Allan A Araya is a 40 y.o. male.

Chief Complaint: Follow-up of the Right Knee

HPI

The patient comes in today continuing to complain of pain in his right knee. Maximum flexion is what really bothers him. He feels like the right knee is still more stiff than the left. He has been wearing his brace and doing his exercises. He states that the diclofenac makes him a little bit sleepy; he is wondering if he should take some sort of supplement to help with his alertness.

**Objective**

Patient is walking fairly well today in his PCL brace. He does lack about 5-10 degrees of terminal flexion on the right compared to the left. There is no effusion. His quad strength is slowly improving. He is neurovascularly intact throughout the right lower extremity. His muscle tone is normal and his skin is intact throughout the right lower extremity.

**Assessment**

Persistent right knee pain after PCL and MCL sprains.

Encounter Diagnoses:

**Sprain of posterior cruciate ligament of right knee, subsequent encounter**

Right knee pain, unspecified chronicity

**Plan**

Given his continued symptoms, I have recommended that we repeat an MRI to see how healing of the MCL and PCL has progressed and to make sure there is no additional pathology. If this is negative, then I would recommend continued bracing and home exercises. We will try switching him from diclofenac to meloxicam to see if that is more tolerable from a side effect perspective. He is given a prescription for Valium to take prior to his MRI; he does know that he needs someone to drive him to and from the MRI if he takes this. I will see him back after the MRI has been performed. I have no restrictions for him with respect to work at this time.

**Orders Placed This Encounter**

- MRI knee right wo IV contrast
- meloxicam (Mobic) 15 MG tablet
- diazePAM (Valium) 10 MG tablet

Office Visit on 10/25/2021

Note viewed by patient

**Electronically signed by**

| Provider | on |
|---|---|
| Patricia McHale, MD | Mon Oct 25, 2021 4:27 PM |

**Visit Diagnoses**

Primary: **Sprain of posterior cruciate ligament of right knee, subsequent encounter** S83.521D
Right knee pain, unspecified chronicity M25.561

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Progress Notes | Encounter Date: 11/29/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

## Physical Therapy Progress Note

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:
- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diazePAM (Valium) 10 MG tablet, Take 1 tablet (10 mg) by mouth 1 (one) time if needed for anxiety, sedation or muscle spasms for up to 1 dose., Disp: 1 tablet, Rfl: 0
- ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule, TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS, Disp: , Rfl:
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- meloxicam (Mobic) 15 MG tablet, Take 1 tablet (15 mg) by mouth in the morning., Disp: 30 tablet, Rfl: 2
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** No primary diagnosis found.
**Date of Onset:** 2/20/2021

**Precautions:**
No data was found

**Other Pertinent Data:**

**CHARGES**

**Subjective** _

**Subjective** Pt reports still having problems with trying to sleep on the right shoulder. Feels stiff. Gets better with medication. Dr. McHale has changed the medicine which seems to be helping. Painful when trying to lift the arm, pain with pulling arm across body and with lifting things.
Neck pain starts at the base of the neck and comes down to the shoulder.
Changing positions help with pain. Pain worse with staying in one positon
Doing HEP even thought they hurt.

Has not returned to work.

**Pain**

6/10

**Objective:**

**Measurements:**
Cervical

AROM:
Rotation right 90%+ pain left 90% + pain end range
Flexion 100%
Extension 75% + pain.

No UE radicular symptoms with cervical ROM

Compression: c/o stiffness in neck
Spurlings : c/o stiffness in neck

Right shoulder AROM:
Flexion 130 deg + pain
scaption 95 deg + pain
ER hand to C7 + pain

Speed's test: pain on top of shoulder

Right shoulder strength:
flexion 4/5 with decreased effort by pt + pain
scaption 4/5 with decreased effort by pt + pain
ER 4/5 with decreased effort by pt + pain

10-20-21:
Right shoulder AROM:
Flexion 120
scaption 90
ER hand to back of head
IR thumb to T10

Righ shoulder PROM
Flexion
scaption

Right shoulder strength:
Flexion 4/5 with cogwheel type resistance by pt
scaption 4/5 cogwheel type resistance by pt
ER 4/5 cogwheel type resistance by pt

**Treatment:**

***indicates treatment not performed today**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
Prone rows/ ext 2 x 15 with 1#*
S/l ER 1# 2x10 *
S/l scaption 1# 2x10*
Cable rows single 2 plate 3x10
Cable pull down 1 plate 3x10
Cable bicep curls 2 plates 2x10
ball on wall alphabet 1x
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10*

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.

US 100% 1.3 w/cm2 anterior right shoulder x 7 min x 5 min set up/down

**Outcome Measures Current Level**

**Assessment:**

Pt attending PT for right shoulder and neck pain since July 2021. Pt with limited improvement in pain rating of right shoulder with pain 7/10 on evaluation and 6/10 currently. Pt is demonstrating a loss of AROM right shoulder compared to initial evaluation and a decrease in strength compared to evaluation. Pt had previously met shoulder AROM and strength goals in August 2021. Cervical AROM with pain has not changed since initial evaluation.

Pt returns to PT per MD referral for right shoulder **biceps tendonitis.**

**Plan**

1 visit with current insurance authorization.

**Goals:**

**Goals Addressed**

| | This Visit's Progress |
|---|---|
| • STG/LTG neck/right shoulder<br>independent with HEP MET 8-18-21 | |

This Visit's Progress

left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
decrease pain by 50% NOT MET 11-29-21
cervical AROM: 75% for adls and driving MET 8-18-21
sit tolerance to 45 min for adls NOT MET 11-29-21

LESLEY PACITTO, PT
11/29/2021 4:00 PM

Treatment on 11/29/2021

Note shared with patient

**Electronically signed by**

| Provider | on |
|---|---|
| Lesley Marie Pacitto, PT | Mon Nov 29, 2021 4:04 PM |

**Visit Diagnoses**

Chronic right shoulder pain M25.511, G89.29

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 11/30/21 Time: 10:33 AM

Fax to: Fax: 603-334-0380
Lincoln Telephone:

From: Fax:
Graham, Amanda Telephone:

Comments:
Allan Araya
Claim 11295718

# MRI KNEE RIGHT WO IV CONTRAST

**Araya, Allan A**
MRN: 10464965, Sex Assigned at Birth: Male, (40 yrs)
Accession #: 8657837

## Final Result

IMPRESSION:
TECHNIQUE:MRI KNEE RIGHT WO-- Multiplanar, multisequence MR imaging of the right knee was performed without contrast.

INDICATION: Knee trauma, internal derangement suspected, xray done. Knee pain. Multiple MVAs. No surgery.

COMPARISON: 1/20/2021

FINDINGS:

Bone: No acute fracture, avascular necrosis, or marrow replacement. Healed fracture of the posterior tibial plateau.

Cruciate ligaments: ACL is intact. Scarring along the distal PCL.

Medial meniscus: Intact.

Lateral meniscus: Intact.

Medial collateral ligament: Mild thickening of the MCL. No fiber discontinuity.

Lateral collateral ligamentous structures (including fibular collateral ligament, biceps femoris tendon, popliteus tendon, and posterolateral corner structures): Intact.

Cartilage:
- Medial compartment: No deep chondral defect.
- Lateral compartment: No deep chondral defect.
- Patellofemoral compartment: No deep chondral defect.

Extensor mechanism, including quadriceps tendon, medial and lateral patellar retinaculum, and patellar tendon: Intact.

IT band/Pes anserine bursa: Intact.

Joint: Lateral patellar tilt. Minimal joint fluid. No dislocation.

Soft tissues: No Baker cyst.

IMPRESSION:
1. Remote trauma to the posterior tibial plateau/PCL.
2. Remote trauma to the MCL without acute abnormality.
3. Minimal joint fluid.

Electronically Signed by Jared Meyer, MD; 11/12/2021 3:01 PM

## Appointment Info

Exam Date
11/11/2021

Department
OrthoCarolina Gastonia
704-867-2333
870 Summit Crossing Place
Gastonia NC 28054-2192

## Reason for Exam

Knee trauma, internal derangement suspected, xray done

## Diagnoses

Sprain of posterior cruciate ligament of right knee, subsequent encounter
Right knee pain, unspecified chronicity

## Providers

PCP
No Pcp
704-384-5043
No address on file

Ordering Provider
Patricia McHale, MD
704-867-2333
870 Summit Crossing Place
Gastonia NC 28054

Signed by Jared Meyer, MD on 11/12/2021 3:01 PM

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 11/30/21 Time: 10:32 AM

Fax to: Fax: 603-334-0380
Lincoln Telephone:

From: Fax:
Graham, Amanda Telephone:

Comments:
Allan Araya
Claim 11295718

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 11/18/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

**Subjective**

Patient ID: Allan A Araya is a 40 y.o. male.

Chief Complaint: Pain of the Right Shoulder and Pain of the Right Knee

HPI

The patient is here today for follow-up on his right shoulder. He also did have his right knee MRI done since his last visit with me as well. He continues to complain of pain in the knee and the shoulder. He states that the subacromial injection did help quite a bit, but it feels like it is wearing off. He has not started physical therapy for the shoulder yet. He does continue to do his home exercises for his knee. Overall, he is just distressed by the fact that he has pain in his body now that he did not have before his accident.

**Objective**

The patient is walking with a normal gait today. He is wearing his PCL brace on the right. Right knee range of motion is well-maintained and there is no appreciable instability. Right shoulder exam has not changed. He is neurovascularly intact throughout the right upper and lower extremities. He does still have some pain with impingement maneuvers on the right.

Imaging Results:

**MRI knee right wo IV contrast**

TECHNIQUE:MRI KNEE RIGHT WO-- Multiplanar, multisequence MR imaging of the right knee was performed without contrast.

INDICATION: Knee trauma, internal derangement suspected, xray done. Knee pain. Multiple MVAs. No surgery.

COMPARISON: 1/20/2021

FINDINGS:

Bone: No acute fracture, avascular necrosis, or marrow replacement. Healed fracture of the posterior tibial plateau.

Cruciate ligaments: ACL is intact. Scarring along the distal PCL.

Medial meniscus: Intact.

Lateral meniscus: Intact.

Medial collateral ligament: Mild thickening of the MCL. No fiber discontinuity.

Lateral collateral ligamentous structures (including fibular collateral ligament, biceps femoris tendon, popliteus tendon, and posterolateral corner structures): Intact.

Cartilage:
- Medial compartment: No deep chondral defect.
- Lateral compartment: No deep chondral defect.
- Patellofemoral compartment: No deep chondral defect.

Extensor mechanism, including quadriceps tendon, medial and lateral patellar retinaculum, and patellar tendon: Intact.

IT band/Pes anserine bursa: Intact.

Joint: Lateral patellar tilt. Minimal joint fluid. No dislocation.

Soft tissues: No Baker cyst.

IMPRESSION:
1. Remote trauma to the posterior tibial plateau/PCL.
2. Remote trauma to the MCL without acute abnormality.
3. Minimal joint fluid.

Electronically Signed by Jared Meyer, MD; 11/12/2021 3:01 PM

I did review the patient's right knee MRI films myself as well. The MCL sprain has healed as has the PCL sprain. There is no additional pathology.

**Assessment**

Encounter Diagnoses:
**Positive depression screening**

Biceps tendinitis of right shoulder

Subacromial bursitis of right shoulder joint

Sprain of posterior cruciate ligament of right knee, subsequent encounter

**Plan**
With respect to the knee, I just recommend that he continue in the brace and continue with his home exercise protocol. It is okay for him to start testing the knee out and to advance his activity level. With respect to the shoulder, I do not recommend another injection at this point because he has not had physical therapy yet. He will start physical therapy for the shoulder as scheduled on 11/29/2021 and I will see him back in about 2 months. I do think the patient is having issues with the mental part of the accident itself. I did recommend

that he follow up with his primary care provider regarding these concerns and the fact that he did screen positive on her depression screening today. He states that he will do so.

**Orders Placed This Encounter**

- Ambulatory referral to Family Practice

**Orders Placed This Encounter**

Procedures

- Follow-up with Me

| | |
|---|---|
| Standing Status: | Future |
| Standing Expiration Date: | 5/18/2022 |
| Order Specific Question: | Follow-up timeframe: |
| Answer: | 2 months |
| Order Specific Question: | Should the patient have an option for video visit? |
| Answer: | In-person only |

Office Visit on 11/18/2021

Note viewed by patient

**Electronically signed by**

| | |
|---|---|
| Provider | on |
| Patricia McHale, MD | Thu Nov 18, 2021 5:22 PM |

**Visit Diagnoses**

Primary: **Positive depression screening** Z13.31 - PHQ-9 indicated moderate depression
Biceps tendinitis of right shoulder M75.21
Subacromial bursitis of right shoulder joint M75.51
Sprain of posterior cruciate ligament of right knee, subsequent encounter S83.521D

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 11/17/21 Time: 12:35 PM

Fax to: Fax: 603-334-0380
Lincoln Telephone:

From: Fax:
Graham, Amanda Telephone:

Comments:
Allan Araya

# MRI KNEE RIGHT WO IV CONTRAST

**Araya, Allan A**
MRN: 10464965, Sex Assigned at Birth: Male, (40 yrs)
Accession #: 8657837

## Final Result

IMPRESSION:
TECHNIQUE:MRI KNEE RIGHT WO-- Multiplanar, multisequence MR imaging of the right knee was performed without contrast.

INDICATION: Knee trauma, internal derangement suspected, xray done. Knee pain. Multiple MVAs. No surgery.

COMPARISON: 1/20/2021

FINDINGS:

Bone: No acute fracture, avascular necrosis, or marrow replacement. Healed fracture of the posterior tibial plateau.

Cruciate ligaments: ACL is intact. Scarring along the distal PCL.

Medial meniscus: Intact.

Lateral meniscus: Intact.

Medial collateral ligament: Mild thickening of the MCL. No fiber discontinuity.

Lateral collateral ligamentous structures (including fibular collateral ligament, biceps femoris tendon, popliteus tendon, and posterolateral corner structures): Intact.

Cartilage:
- Medial compartment: No deep chondral defect.
- Lateral compartment: No deep chondral defect.
- Patellofemoral compartment: No deep chondral defect.

Extensor mechanism, including quadriceps tendon, medial and lateral patellar retinaculum, and patellar tendon: Intact.

IT band/Pes anserine bursa: Intact.

Joint: Lateral patellar tilt. Minimal joint fluid. No dislocation.

Soft tissues: No Baker cyst.

IMPRESSION:
1. Remote trauma to the posterior tibial plateau/PCL.
2. Remote trauma to the MCL without acute abnormality.
3. Minimal joint fluid.

Electronically Signed by Jared Meyer, MD; 11/12/2021 3:01 PM

## Appointment Info

Exam Date
11/11/2021

Department
OrthoCarolina Gastonia
704-867-2333
870 Summit Crossing Place
Gastonia NC 28054-2192

## Reason for Exam

Knee trauma, internal derangement suspected, xray done

## Diagnoses

Sprain of posterior cruciate ligament of right knee, subsequent encounter
Right knee pain, unspecified chronicity

## Providers

PCP
No Pcp
704-384-5043
No address on file

Ordering Provider
Patricia McHale, MD
704-867-2333
870 Summit Crossing Place
Gastonia NC 28054

Signed by Jared Meyer, MD on 11/12/2021 3:01 PM

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, November 10, 2021 2:30:44 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | ek6lrr7nqwfxzjbxdr0i_11597192.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

November 10, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In a voicemail on November 10, 2021, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered by December 1, 2021.

If we do not hear from you and do not receive additional information by December 1, 2021, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message my be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 10/28/21 Time: 10:09 AM

Fax to: Fax: 603-334-0380
Lincoln Financial Telephone:

From: Fax:
Shafer, Rene Telephone:

Comments:
CL #11295718
Allan Araya
DOB

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 10/25/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

**Subjective**
Patient ID: Allan A Araya is a 40 y.o. male.

Chief Complaint: Follow-up of the Right Knee

HPI
The patient comes in today continuing to complain of pain in his right knee. Maximum flexion is what really bothers him. He feels like the right knee is still more stiff than the left. He has been wearing his brace and doing his exercises. He states that the diclofenac makes him a little bit sleepy; he is wondering if he should take some sort of supplement to help with his alertness.

**Objective**

Patient is walking fairly well today in his PCL brace. He does lack about 5-10 degrees of terminal flexion on the right compared to the left. There is no effusion. His quad strength is slowly improving. He is neurovascularly intact throughout the right lower extremity. His muscle tone is normal and his skin is intact throughout the right lower extremity.

**Assessment**
Persistent right knee pain after PCL and MCL sprains.
Encounter Diagnoses:
**Sprain of posterior cruciate ligament of right knee, subsequent encounter**

Right knee pain, unspecified chronicity

**Plan**
Given his continued symptoms, I have recommended that we repeat an MRI to see how healing of the MCL and PCL has progressed and to make sure there is no additional pathology. If this is negative, then I would recommend continued bracing and home exercises. We will try switching him from diclofenac to meloxicam to see if that is more tolerable from a side effect perspective. He is given a prescription for Valium to take prior to his MRI; he does know that he needs someone to drive him to and from the MRI if he takes this. I will see him back after the MRI has been performed. I have no restrictions for him with respect to work at this time.
**Orders Placed This Encounter**
- MRI knee right wo IV contrast
- meloxicam (Mobic) 15 MG tablet
- diazePAM (Valium) 10 MG tablet

Electronically signed by Patricia McHale, MD at 10/25/2021 4:27 PM

Office Visit on 10/25/2021

Note viewed by patient

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Progress Notes | Encounter Date: 10/20/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Progress Note**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:

- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 0
- ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule, TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS, Disp: , Rfl:
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** McHale, Patricia, MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: No primary diagnosis found.
**Date of Onset:** 2/20/2021

**Precautions:**
No data was found

**Other Pertinent Data:**

**Visit #: 13**

**CHARGES**

PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 26 minutes
PT Modalities Time/Service Based Entry
Ultrasound Time Entry - 97035: 12 minutes
Treatment Time (Timed & Untimed): 38 minutes
Total Visit Time: 38 minutes

**Subjective**

**Subjective**

**Pt's cc is shoulder pain waking him from sleep. Pt indicates pain in the front of the right shoulder. Right shoulder "doesn't feel right" when trying to do things.**

**Pain**

Pain Assessment
Pain Score: 7

**Objective:**

**Measurements:**

10-20-21:
Right shoulder AROM:
Flexion 120
scaption 90
ER hand to back of head
IR thumb to T10

Righ shoulder PROM
Flexion
scaption

Right shoulder strength:
Flexion 4/5 with cogwheel type resistance by pt
scaption 4/5 cogwheel type resistance by pt
ER 4/5 cogwheel type resistance by pt

9-8-21

Right shoulder AROM:
Flexion 125 deg w/ c/o pain
scaption 95 deg w w/co pain
ER hand to back of head
IR thumb to T10

Right shoulder strength:
Flexion 5-/5 with c/o pain
scaption 5-/5 with c/o pain
Abduction 5-/5 with c/o pain
ER 5-/5
IR 5-/5

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
Prone rows/ ext 2 x 15 with 1#
S/I ER 1# 2x10
S/I scaption 1# 2x10
Cable rows single 2 plate 3x10

Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US 100% 1.3 w/cm2 anterior right shoulder x 7 min x 5 min set up/down



PAGE 6/8 * RCVD AT 10/28/2021 10:09:53 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340380 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):02-

**Outcome Measures Current Level**

**Assessment:**

Pt initially to PT for right shoulder/neck pain in July 2021. PT program has included manual therapy to cervical region/upper trapezius, US, exercise program cervical and right shoulder including strengthening to RCR., HEP for shoulder ROM and strengthening.
Since that time, no improvement in neck or right shoulder pain rating. Pt unable to report specific aggravating activities or positions other than sleeping that increases shoulder pain.
Pt had previously demonstrated full AROM of right shoulder. Currently, pt with decrease in shoulder AROM due to c/o pain with shoulder elevation. PROM right shoulder is WNL all planes with c/o pain at end range all directions. Strength with resisted MMT is also decreased since previous assessment a month ago. Noted cogwheel type effort by pt to resisted MMT

**Plan**

2 visits of PT remaining per current insurance authorization.
Pt to f/u with Dr. McHale 10-21-21

**Goals**:

**Goals Addressed**

| | This Visit's Progress |
|---|---|
| • STG/LTG neck/right shoulder<br>independent with HEP MET 8-18-21 | |

This Visit's Progress

left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
decrease pain by 50% NOT MET 10-20-21
cervical AROM: 75% for adls and driving MET 8-18-21
sit tolerance to 45 min for adls PROGRESSING 9-8-21

LESLEY PACITTO, PT
10/20/2021 1:40 PM

Electronically signed by Lesley Marie Pacitto, PT at 10/20/2021 1:40 PM

Treatment on 10/20/2021

Note viewed by patient



PAGE 8/8 * RCVD AT 10/28/2021 10:09:53 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340380 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):02-

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, October 22, 2021 1:47:12 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | bjlcyop01jtn4ix7gwks_11477430.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

October 22, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In a telephone conversation on October 12, 2021, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter.

If we do not hear from you and do not receive additional information by November 20, 2021, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 12, 2021 at 12:57:38 PM EDT | OrthoCarolina PA | 204 | 3 | Received |



# FAX

OrthoCarolina

#YOUIMPROVED

| | |
|---|---|
| Date & Time: | 10/12/2021 |
| Deliver To: | Reliable Review Services |
| Fax Number: | 561-995-4189 |
| From: | OrthoCarolina |
| Phone: | 704-323-3337 |
| Regarding: | Patient: Allen Araya |

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone at the number above to arrange the return or destruction of the information and all copies.

OrthoCarolina

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL 33316

October 12, 2021

To whom it May concern:

I am responding to the questionnaire that you sent regarding patient Allan Araya on 09/16/2021.

1. The diagnosis for the visit on 08/09/2021 was healed PCL and MCL sprains of the right knee and chronic pain of the right knee.

2. Objectively, the patient is doing well after physical therapy and with bracing. He does have some subjective complaints of ongoing pain.

3. The patient's prognosis is fair given the continued pain complaints without obvious additional structural pathology.

4. At this point, with respect to the knee, I do not have any restrictions for the patient.

5. From the standpoint of his knee, as long as he wears his brace, it is fine with me that he return to work without restrictions as of today. I have not had the patient out on restrictions specifically previous to this.

Please contact me with any additional questions.

Sincerely,

Patricia McHale, MD

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Dr. Patricia Mc.Hale | **From:** Reliable RS |
| **Fax:** 704-865-9106 | **Date:** September 16, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 68381 |

As an Independent Peer Reviewer, Moshe Lewis, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 9/23/2021.**

☆ QUESTIONS FOR MOST RECENT VISIT ON 8/9/2021.

What is the claimant's diagnosis?
What are objective functional impairments noted?
What is the claimant's prognosis?
What are the claimant's estimated restrictions?
What is the claimant's estimated return to work date?

Moshe Lewis

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065
September 16, 2021

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Bcc:** DukeEnergyEmails@lfg.com
**Subject:** Lincoln Financial Notification: Closure of Short Term Disability and FMLA Leave for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability and coordinated FMLA leave for Allan Araya has been closed as of 6/13/2021. The reason for the closure is Maximum Duration.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Closed** | **Maximum Duration** | **12/13/2020** | **6/12/2021** | [redacted] |
| **Leave** | **Closed** | **Coordinated Claim Closed** | **2/2/2021** | **6/12/2021** | |

*Balance is as of date of this communication.

## If the employee is returning to work

- Prior to their return to work, the employee must provide a completed Duke Energy Return to Work form to their manager to allow time for review of any restrictions or limitations that may need to be considered.
- At least 2 days in advance of their return, employee must call Lincoln Financial's automated disability reporting line at 888.516.0747, option 2, to report their return.

## Time entry information

Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during approved STD* |

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work after the claim closure:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Employees who do not have any sick, vacation or personal holiday time to use, or who choose not to use these balances to continue pay, must be placed on an unpaid personal leave. To place the employee on an unpaid leave, contact the Duke Energy myHR Service Center (888.465.1300) and select the option for Payroll and Time Reporting > All Other Payroll Questions.**

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Alyssa.Judd@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.59565

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 6, 2021 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | |
| Fax: | (704) 865-7328 |
| From: | Joshua Tuliano<br>Appeals Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 11295718<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

October 6, 2021

Dr. Alesha Logan
Caromont Family Medicine
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Alesha Logan:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 29, 2021 through the present

We ask that you provide this information by October 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

CC: Allan Araya
Attachments: 11295718-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.06.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**I understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) allan a araya

Name of legal representative, if applicable (print) n/a Relationship n/a

Signature of claimant or legal representative DocuSigned by: 6A0842F695DA442... Date: 10/6/2021

Date of Birth: __ ________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

From: LFGNotifications@LFG.com
Sent: Wednesday, October 6, 2021 2:46:32 PM
To:
CC:
BCC:
Subject: [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya
Attachments: cc_qyoyszp8yzousp5fatpf_11370547_11673303.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

October 6, 2021

Dr. Alesha Logan
Caromont Family Medicine
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Alesha Logan:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 29, 2021 through the present

We ask that you provide this information by October 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

CC: Allan Araya
Attachments: 11295718-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.06.2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative _________________________________________ Date: ______________________

Date of Birth: ____________________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) allan a araya

Name of legal representative, if applicable (print) n/a Relationship n/a

DocuSigned by: 6A0642F695DA442

Signature of claimant or legal representative ______________________ Date: 10/6/2021

Date of Birth: __ ________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ______________

Signature of claimant or legal representative ______________________________ Date: ______________

Date of Birth: ______________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message my be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 10/5/21 Time: 10:47 AM

Fax to: Fax: 260-455-0064
Lincoln Financial Telephone:

From: Fax:
Graham, Amanda Telephone:

Comments:
Allan Araya 10464965

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 10/4/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

**Procedure Orders**
*L Inj/Asp: R subacromial bursa [8657835] ordered by Patricia McHale, MD

**Post-procedure Diagnoses**
Subacromial bursitis of right shoulder joint [M75.51]

**Subjective**

Patient ID: Allan A Araya is a 40 y.o. male.

Chief Complaint: Follow-up of the Right Shoulder

HPI

The patient is here today regarding his right shoulder. He has seen Dr. Milam for neck pain after his car accidents. He thought that the patient had signs of bursitis in the right shoulder and he recommended that the patient come in to see me for additional evaluation. He has been doing some home exercises for the shoulder. Those seem to help. He is right hand dominant. He has been coming in for some physical therapy and that has helped a little bit. He is very nervous about potentially needing an MRI of his right shoulder is he has significant claustrophobia; he states that he will need to be medicated for the MRI if that is recommended.

**Objective**

Overall, the patient has fairly well-maintained range of motion of the right shoulder in all directions. He has well-maintained range of motion of cervical spine as well. There is some tenderness through the trapezius and also tenderness over the anterolateral cuff insertion and bicipital groove. There is pain with impingement maneuvers and O'Brien's testing. Supraspinatus strength is at 5/5 with minimal pain. There is a negative lift-off test. His muscle tone is normal and his skin is intact throughout the right upper extremity. He is grossly neurovascularly intact throughout the right upper extremity.

Imaging Results:

**XR shoulder 2+ views right**

Four views of the right shoulder were obtained and reviewed in the office today. There is a small anterior acromial spur. There is a slight irregularity involving the posterior glenoid which could represent possibly a healed fracture verses wear of the glenoid itself.

**Assessment**

Right shoulder pain with some signs muscular pain involving the trapezius and cervical spine as well as signs of bursitis/tendinitis of the right rotator cuff and possibly some biceps pathology.

Encounter Diagnoses:



PAGE 2/26 * RCVD AT 10/5/2021 10:48:30 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):07-

**Subacromial bursitis of right shoulder joint**

Biceps tendinitis of right shoulder

**Plan**

I did suggest a subacromial injection to help with his pain. This can help us from a diagnostic as well as therapeutic purposes. In addition, I have recommended that we continue physical therapy for ultrasound to the bicipital groove and a good rotator cuff strengthening protocol as well as scapular stabilization. He may benefit from dry needle treatments to help with some of the muscle tightness in the trapezius as well. I will see him back in 6 weeks. If he is still not doing as well as we would have hoped, we may need to pursue an MRI arthrogram of the right shoulder for further evaluation. We would go ahead and get this done under sedation given his claustrophobia issues.

**Orders Placed This Encounter**

- *L Inj/Asp: R subacromial bursa
- XR shoulder 2+ views right
- Ambulatory referral to Physical Therapy

**Orders Placed This Encounter**

Procedures

- Follow-up with Me

| | |
|---|---|
| Standing Status: | Future |
| Standing Expiration Date: | 4/4/2022 |
| Order Specific Question: | Follow-up timeframe: |
| Answer: | 6 weeks |
| Order Specific Question: | Should the patient have an option for video visit? |
| Answer: | In-person only |

**Patient ID:** Allan A Araya is a 40 y.o. male.

***L Inj/Asp: R subacromial bursa** on 10/4/2021 4:33 PM

Indications: pain

Details: 21 G needle, posterior approach

Medications: 20 mg triamcinolone acetonide 10 MG/ML

Outcome: tolerated well, no immediate complications

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Electronically signed by Patricia McHale, MD at 10/4/2021 4:39 PM

Office Visit on 10/4/2021

Note shared with patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Phillip Hefner, PTA | Discharge Note | Creation Time: 9/28/2021 10:06 AM |
| Physical Therapy Assistant | Signed | |
| Specialty: Physical Therapy | | |

**PT/ Hand Quick Discharge Note - Non Return**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
No date for treatment started on file.
Review Information
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:
- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 1
- ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule, TAKE 1 CAPSULE BY MOUTH EVERY 7 DAYS, Disp: , Rfl:
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Other Pertinent Data:**
**Patient Active Problem List**
Diagnosis
- Chronic right shoulder pain
- Pain, neck
- Left knee pain
- Anxiety state
- Chronic fatigue
- Chronic MEE (middle ear effusion), bilateral
- Class 1 obesity due to excess calories with serious comorbidity in adult
- Depression
- Hypercholesterolemia
- Mixed hyperlipidemia
- Impingement syndrome of right shoulder
- Intractable acute post-traumatic headache
- MVC (motor vehicle collision)
- Overweight
- Polyarthralgia

- Sprain of posterior cruciate ligament of right knee
- Tobacco non-user
- Knee pain, left
- Knee pain, right
- Neck pain
- Subacromial bursitis of right shoulder joint

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Closed displaced comminuted fracture of shaft of right tibia<br>*Secondary to MVA Right Lower extremity CT completed on 12-14-2020 FINDINGS: There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation. There is a small joint effusion. Capsular edema is seen poste* | 12/15/2020 |
| • Diagnosis unknown<br>*No significant past medical history,Persistence: Chronic* | 06-02-2021 |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*Eye Surgery,05-27-2014,Description: ,* | | |
| • OTHER SURGICAL HISTORY<br>*Oral Surgery Tooth Extraction,04-30-2021,Description: ,* | | |
| • OTHER SURGICAL HISTORY<br>*Surgery,05-27-2014,,* | | |

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: No primary diagnosis found.
**Date of Onset:** 2/20/2021

**Current Status:**
10 number of visits
The patient cancelled/no showed times.

**Objective:**
Present Objective status unknown due to non-return for further treatment

**Assessment**
Unable to assess due to non-return

**Goals/ Plan of Care**
Unable to assess goal progress due to non-return

**Plan**
Discharge from PT due to non-return for recommended course of therapy due to unknown reasons.

PHILLIP HEFNER, PTA
9/28/2021 10:06 AM

Electronically signed by Phillip Hefner, PTA at 9/28/2021 10:06 AM

Documentation on 9/28/2021

Note viewed by patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Daily Note | Encounter Date: 9/22/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** No onset impairment date on file.

**Visit #: 11**

**visit 11 for neck/right shoulder**

**Precautions**

**CHARGES**

**Subjective:**

Sleeping is still painful

**Pain**
Pt indicates pain in area of right upper trapezius and right anterior shoulder.

**Objective:**

Right shoulder AROM:
Flexion 125 deg w/ c/o pain
scaption 95 deg w w/co pain
ER(90) 80 deg

Right shoulder strength:
Flexion + cogwheel resistance from pt
scaption + cogwheel resistance from pt

ER + cogwheel resistance from pt

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10*
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep



PAGE 8/26 * RCVD AT 10/5/2021 10:48:30 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):07-

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius*

**ASSESSMENT:**
+ cogwheel resistance with MMT right shoulder. AROM limited with c/o pain all planes.

**Plan:**

**1x/wk per POC**

**LESLEY PACITTO, PT**
**9/22/2021 4:07 PM**

Electronically signed by Lesley Marie Pacitto, PT at 9/22/2021 4:08 PM

Treatment on 9/22/2021

Note shared with patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Robert Alden Milam IV, MD | Progress Notes | Encounter Date: 9/16/2021 |
| Surgeon | Signed | |
| Specialty: Spine | | |

DATE OF INJURY:
02/20/2021.

IMPRESSION:
1. Right knee PCL sprain.
2. Right subacromial bursitis.
3. 2 separate motor vehicle accidents, 12/13/2020 and 02/20/2021. These are not workers' compensation related injuries.

PLAN:
I discussed treatment options with the patient. I am happy to see the patient back. I would recommend that he see Dr. McHale for his right shoulder, as well. I have not ordered any advanced imaging of the right shoulder at this point. I have recommended that he continue with physical therapy for the right shoulder and neck. At this point, I do not think his neck problem is truly related to his workers' compensation motor vehicle accident. I do not believe this is a specifically a disc herniation or other type of nerve compression problem. He may have a little bit of myofascial or nerve compression from whiplash, but I do think this is more right shoulder dysfunction given the pain he has with overhead movement with the right shoulder. If Dr. McHale does not believe this is a shoulder issue, I have asked her to obtain an MRI scan of the cervical spine without gadolinium and then have the patient follow up with me to discuss the results.

The patient has not been working. After reviewing the notes, I do not see where he has been taken out of work from any my or Dr. McHale's notes. I placed him in a temporary medium duty category for his neck.

The patient will follow up with me as needed. I will see him back at Dr. McHale's discretion.

CHIEF COMPLAINT:
Follow-up of neck pain.

HISTORY OF PRESENT ILLNESS:
Mr. Araya is a pleasant 40-year-old male who presents today for a follow-up evaluation regarding neck pain. I last saw the patient on 06/09/2021. At that time, I thought he may have right subacromial impingement syndrome. I had the patient see Dr. Patricia McHale for his right knee and he has been under her care for this. The patient has been doing physical therapy for his right shoulder.

Today, he indicates that his pain is still present and that it starts in the side of his neck and radiates down into the right shoulder. He adds that he has pain in on the superior aspect of his right shoulder and has no pain in the posterior aspect of the shoulder. He notes a knot sensation in the right trapezius. The patient denies any numbness or tingling in his hands. He states that his has pain with overhead maneuvers with his right upper extremity. The patient reports that he still has difficulty with sleeping on his right shoulder. He states that the

most comfortable position for him to sleep is on his stomach with his right arm up over his head. He notes that some nights are better than others. He reports that physical therapy is going well, but he does feel that it is more challenging for him to be consistent with it at home with his exercises.

In terms of the right knee, the patient reports that his knee is feeling a little better, but he continues to feel a popping sensation in his knee. He notes that he has pain with squatting maneuvers, but it has improved since his injury.

The patient is currently out of work.

PHYSICAL EXAMINATION:
Patient is well developed, well nourished and in no acute distress. The patient is alert and oriented x3. The patient moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is non-labored.

The patient flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The patient can heel raise in tandem and independently. The patient can toe raise in tandem and independently.

Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The patient flexes forward to the chest, and extends 100 percent of normal, with stiffness. Lateral bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling maneuver is negative bilaterally.

Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clonus. Babinski testing shows toes are down-going.

Bilaterally, shoulders are nontender. Impingement sign in the right shoulder. No instability. Supraspinatus testing is negative.

Back is nontender to palpation, has normal ROM, has no atrophy, and no gross instability or malalignment.

DIAGNOSTIC STUDIES:
No new studies.

NuanceDAX: NM

**Answers for HPI/ROS submitted by the patient on 9/15/2021**
Onset: more than 1 month ago
Frequency: daily
Progression since onset: gradually improving
Date of Injury (mm/dd/yyyy): 12/13/2020 and 2/20/2021
Where did the injury occur? : other
Aggravating factors: sitting
Treatments tried: rest, acetaminophen, position changes, relaxation

Improvement with treatment: mild

Electronically signed by Nikolina Markovic at 9/20/2021 1:34 PM

Office Visit on 9/16/2021

Note shared with patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Phillip Hefner, PTA | Daily Note | Encounter Date: 9/15/2021 |
| Physical Therapy Assistant | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** No onset impairment date on file.

**visit 10 for neck/right shoulder**

**Precautions**

**CHARGES**

**Subjective:**

Pt reports he had difficulty sleeping last night due to pain in the neck and right shoulder.

**Pain**
6-7/10 with medication

**Objective:**

cervical AROM: right rotation 90% left rotation 75%

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius*

**ASSESSMENT:**
Pt demonstrating good form with resisted shoulder and postural muscle strengthening. Pt symptoms have not changed much with pain during therapy sessions.

**Plan:**

**1x/wk per POC**

**PHILLIP HEFNER, PTA**
**9/15/2021 11:36 AM**

Electronically signed by Phillip Hefner, PTA at 9/15/2021 11:36 AM

Treatment on 9/15/2021

Note shared with patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Daily Note | Encounter Date: 9/8/2021 |
| Physical Therapist | Deleted | |
| Specialty: Physical Therapy | | |

**Deleted by Lesley Marie Pacitto, PT 9/8/2021 7:14 AM**

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** No primary diagnosis found.
**Date of Onset:** No onset impairment date on file.

**visit 8 for neck/right shoulder**

**Precautions**

**CHARGES**

**Subjective:**

**Pain**

**Objective:**

cervical AROM: right rotation 90% left rotation 75%

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve

neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius

**ASSESSMENT:**

**Plan:**

**1x/wk per POC**

**LESLEY PACITTO, PT**
**9/7/2021 7:46 AM**

Deleted by: Lesley Marie Pacitto, PT at 9/8/2021 7:14 AM

Treatment on 9/8/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Progress Notes | Encounter Date: 9/8/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Progress Note**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:
- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 1
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries:** No data was found
**Treatment Diagnosis:** Pain, neck [M54.2]
**Date of Onset:** No onset impairment date on file.

**Precautions:**
No data was found

**Other Pertinent Data:**

**CHARGES**

PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 30 minutes
PT Modalities Time/Service Based Entry
Ultrasound Time Entry - 97035: 10 minutes
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective**

**Subjective** Pt reports "pain is the same" in the neck and right shoulder. Unable to state specific aggravating factors.

**Pain**

Pain Assessment
Pain Score: 6

**Objective:**

**Measurements:**

cervical AROM: right rotation 90% left rotation 75% extension

Right shoulder AROM:
Flexion 125 deg w/ c/o pain
scaption 95 deg w w/co pain
ER hand to back of head
IR thumb to T10

Right shoulder strength:
Flexion 5-/5 with c/o pain
scaption 5-/5 with c/o pain
Abduction 5-/5 with c/o pain
ER 5-/5
IR 5-/5

**Treatment:**

***indicates treatment not performed today**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec *
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *

Prone rows/ ext 2 x 15 *hep
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion*

**Outcome Measures Current Level**

**Assessment:**

No improvement in neck or right shoulder pain in the past several weeks. Pt unable to report specific aggravating activities or positions other than sleeping that increases shoulder pain.
Pt had previously demonstrated full AROM of right shoulder. Currently, pt with decrease in shoulder AROM due to c/o pain with shoulder elevation. Strength right shoulder remains good however c/o pain with several MMT.
Cervical AROM WNL left rotation and some limitation right rotation and extension. Pt reports "stiffness" with cervical AROM, no radicular RUE symptoms reported. Pt attending PT 1x/wk. Discussed with pt continuation of PT due to limited progress with pain. Pt states he does feel benefit with attending PT and would like to continue.

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 5 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius

**Plan**

1x/wk for 3-4 weeks

**Goals:**

**Goals Addressed**

This Visit's Progress

- STG/LTG neck/right shoulder
  - independent with HEP MET 8-18-21
  - left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
  - left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
  - decrease pain by 50% NOT MET 9-8-21
  - cervical AROM: 75% for adls and driving MET 8-18-21

This Visit's Progress

sit tolerance to 45 min for adls PROGRESSING 9-8-21

LESLEY PACITTO, PT
9/8/2021 7:40 AM

Electronically signed by Lesley Marie Pacitto, PT at 9/8/2021 7:40 AM

Treatment on 9/8/2021

Note shared with patient

| | | |
|---|---|---|
| Lesley Marie Pacitto, PT | Daily Note | Encounter Date: 9/1/2021 |
| Physical Therapist | Signed | |
| Specialty: Physical Therapy | | |

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Pain, neck [M54.2]
**Date of Onset:** No onset impairment date on file.

**visit 8 for neck/right shoulder**

**Precautions**

**CHARGES**

PT Therapeutic Procedures Time Entry
  Manual Therapy Time Entry - 97140: 10 minutes
  Therapeutic Exercise Time Entry - 97110: 25 minutes
PT Modalities Time/Service Based Entry
  Ultrasound Time Entry - 97035: 13 minutes
Treatment Time (Timed & Untimed): 48
Total Visit Time: 48

**Subjective:**

Pt reports he had difficulty falling asleep last night due to pain in the neck and right shoulder. Had to take medication to get to sleep.

**Pain**
6-7/10 with medication

**Objective:**

cervical AROM: right rotation 90% left rotation 75%

**Treatment:**
***indicates treatment not performed today**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Cable pull down in sit RUE with left rotation and flexion 1.5 plate 20x
ER tband lv 2 2x10
IR tband lv 2 2x10
Extension tband lv 2x10
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *
chin tucks supine 5 sec x 10 *hep
cervical rotation supine 5 sec x10 *hep
upper trap stretch in sit 5 sec *hep
levator stretch in sit 5 sec *hep
4 way cervical ismetrics 5 sec x 10 *hep

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility, to improve scar mobility, to improve soft tissue mobility, to decrease swelling and for desensitization.

STM right levator, upper trapezius, cervical paraspinals, manual distraction, PIVMS left C5-6-7 for rotation in flexion

Modalities were performed today to decrease pain, to decrease inflammation, to decrease swelling, to improve neuromuscular recruitment, to improve blood flow, to facilitate exercise/movement and for desensitization.
US x 8 min with 5 min set up/down 1.4 w/cm2 100% to cervical paraspinals, right upper trapezius

**ASSESSMENT:**
Pt demonstrating good form with resisted shoulder and postural muscle strengthening. Pt unable to give specific shoulder movement, neck movements that reproduce pain other than when trying to sleep.
Trial of US today, will assess pt's response next visit.

**Plan:**

**1x/wk per POC**

**LESLEY PACITTO, PT**
**9/1/2021 4:02 PM**

Electronically signed by Lesley Marie Pacitto, PT at 9/1/2021 4:02 PM

Treatment on 9/1/2021

Note shared with patient

Subject: FW: Lincoln Financial Group Action Needed
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-10-06 07:50:45

From: Allan Araya <
Sent: Tuesday, October 5, 2021 1:27 PM
To: lfgnotifications@lfg.com; DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Fw: Lincoln Financial Group Action Needed

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello : Can you please resend this. I can?t open the attachment. Thanks Allan

----- Forwarded Message -----

From: GP_ESign_Services_Prod via DocuSign <dse_na2@docusign.net>

To: Allan Araya <

Sent: Tuesday, October 5, 2021, 11:32:33 AM EDT

Subject: Lincoln Financial Group Action Needed

Lg

Lincoln Financial Group sent you a document to review and sign.

REVIEW DOCUMENT
<https://na2.docusign.net/Member/EmailStart.aspx?a=5177981d-fe12-4b59-b488-2da9144740c1&acct=b277fb53-d22b-414b-b22a-ef831401c3f8&er=c7eadc34-44b8-4829-9b1a-64466412bad1>

RE: Claim #11295718

We are in need of information to evaluate your eligibility for benefits. Please follow the link above and provide eSignature so that we can continue our review.

Joshua Tuliano

Powered by

Do Not Share This Email
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

Alternate Signing Method
Visit DocuSign.com, click 'Access Documents' and enter the security code:
5177981DFE124B59B4882DA9144740C12

Questions about the Document?
If you are having trouble signing the document, please visit the Help with Signing
<https://support.docusign.com/articles/How-do-I-sign-a-DocuSign-document-Basic-Signing> page on ourSupport Center
<https://www.docusign.com/support>.

This message was sent to you by Lincoln Financial Group who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact Lincoln Financial Group with your request.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4190

| | |
|---|---|
| Date: | October 4, 2021 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records / Dr. Logan/ Dr. Bush |
| Fax: | (704) 865-7328 |
| From: | Corie Gillham<br>Appeals Specialist<br>On Behalf Of: Joshua Tuliano<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-4190 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 11295718<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4190

October 4, 2021

Dr. Alesha Logan
Caromont Family Medicine
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Alesha Logan:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 29, 2021 through the present

We ask that you provide this information by October 11, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4190 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corie Gillham
Appeals Specialist
On Behalf Of: Joshua Tuliano
Phone No.: (888) 437-7611 Ext. 16440
Secure Fax No.: (603) 334-4190

Attachments: 11295718-EMPLOYEE/CLAIMANT-06.10.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**I understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

DocuSign Envelope ID: D9B56579-CF0D-41B8-9961-A94A757ED7DE

Name of claimant (print) allan a araya

Name of legal representative, if applicable (print) n/a Relationship n/a

DocuSigned by:
6A0842F695DA442...

Signature of claimant or legal representative ________ Date: 6/10/2021

Date of Birth: __ ________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

October 02, 2021

RE: Allan Araya

Claim #: 11295718

To Whom It May Concern:

I, Allan A. Araya, am writing regarding the appeals process of my case. I am currently following up with the specialists and general physician since the accident that has taken place. I am adhering to their instructions and recommendations along with taking the medications prescribed as directed.

Due to the incident, I have been following up with health care providers this year more than I have accustomed to. Since being involved in the motor vehicle accident it has affected my physical health and because of that it has also been affecting my mental health. I am limited in my physical condition. I used to be able to ambulate without any issues in the past and since the accident it has affected by physical condition. I cannot walk, jog or run due to experiencing pain to my right lower extremity. Even sitting for a short or long period of time causes my leg to cramp and spasm making it very difficult and uncomfortable to perform my work duties and activities of daily living.

In addition to injuring my right lower extremity I have also sustained injuries to my right upper extremity and neck areas which I am currently undergoing treatment to help facilitate the pain and hopefully cure so I can go back to my activities of daily living. I am unable to hold or lift objects for long periods or time. I am also unable to sit or stand for periods of time due to the aching pain I am afflicted with afterwards.

Because of my limitations this situation has been affecting my mental health and it is frustrating that these issues are still ongoing since the accident. I am taking medications to help with the ongoing issues and following up with the specialists to help treat and hopefully heal the injuries sustained during the accident.

I do have upcoming appointments with my physicians and will be forwarding you the information to help with the determination of my case.

If you have any further questions or concerns regarding this letter or my condition, please feel free to reach out either to myself or my physicians and we will be happy to assist you.

Thanks,

Allan A. Araya

**From:**Allan Araya <
**Sent:**Mon, 4 Oct 2021 14:24:41 +0000 (UTC)
**To:**lfgnotifications@lfg.com;DisabilityDocuments
**Subject:**Letter
**Attachments:**Allan Araya Letter.docx, Allan Araya Letter.docx

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Bcc:** DukeEnergyEmails@lfg.com
**Subject:** Lincoln Financial Notification: Short Term Disability and FMLA Leave Approval or Extension for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability (STD) and coordinated leave for Allan Araya has been approved or extended. The coordinated FMLA leave will run concurrently with the STD claim until the leave reaches maximum entitlement.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Approved** | **Injury** | **12/13/2020** | **6/12/2021** | [redacted] |
| **Leave** | **Approved** | **Company Own Medical** | **2/2/2021** | **6/12/2021** | |

*Balance is as of date of this communication.

***Please note the "Approved Through" date is not necessarily the return to work date. The "Approved Through" date is subject to change.***

**The employee's pay will drop to 66 2/3%, effective 6/13/2021, if the claim is approved through this date.**

**<u>Time entry information</u>**

***Please allow 24-48 hours after you receive this notification before attempting to enter time in MyTime to allow the leave to process in the system.***

Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during approved STD* |

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Alyssa.Judd@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.59565

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, October 4, 2021 9:45:00 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | cgjn7r4h43bwqvmfoit4_11338526.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

October 4, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

The Plan under which you are covered contains the following contractual provision regarding your maximum benefit period:

***Maximum Benefit Period:***

***Applicable to Injury:***

*Class: 1, 1A, 2, 2A, 3, 4, and 5*

*The period for which a benefit is payable, following completion of the Elimination Period, for any one Disability will end on the earliest of:*

*a. the end of the Disability; or*

*b. the end of the 25th week of Disability for which a benefit is payable.*

***Applicable to Sickness**:*

*Class: 1, 1A, 2, 2A, 3, 4, and 5*

*The period for which a benefit is payable, following completion of the Elimination Period, for any one Disability will end on the earliest of:*

*a. the end of the Disability; or*

*b. the end of the 25th week of Disability for which a benefit is payable.*

Your benefits began on December 20, 2020; thus, you will have reached your maximum benefit period on June 12, 2021. Since we have approved benefits through the maximum allowed period, we are closing your claim.

Any pending application(s) for benefits that are considered an offset under the Plan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the Plan. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: Duke Energy RTW Form
Duke Energy IVR RTW Instructions
Duke Energy STD Denial

# Return to Work Form

Revised: April 2020

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**
2) Complete this section and provide this form to your treating Health Care Provider.
3) Provide via hand delivery, e-mail or fax this form to your supervisor**, before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** __________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** __________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** __________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| **Lifting** | | | **Squatting** | | |
| **Prolong Standing** | | | **Pushing** | | |
| **Continuous Walking** | | | **Pulling** | | |
| **Climbing** | | | **Driving** | | |
| **Bending** | | | **Other** | | |
| **Reaching** | | | **Other** | | |

Additional Restrictions/Details: ______________________

______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s):__________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** __________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Lincoln/Araya 0505**

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ______________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ______________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ______________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ______________________

**Supervisor/Designee's Signature:** ______________________ **Date:** ____________

# Reporting Your Continuous Leave of Absence Return to Work Date

*Follow the steps below to report your return to work date associated with your Leave of Absence 24 hours a day, 7 days a week.*

Lincoln Financial Group®

- Have your treating provider(s) complete the Return to Work Release Form. The completed form must include your return to work date and any restrictions or limitations that may be needed. This form is only required if your leave is due to your own disability or a work-related injury.

- Contact your manager or supervisor to discuss the details of your return to work. If you return to work with work-related restrictions, the restrictions must be described on the Duke Energy Return to Work form and reviewed by your manager or supervisor before you will be allowed to return to work.

- Give your supervisor/designee the completed Return to Work Form before or on the day you return to work.

- Report your return to work date *before* you return to work -- call Lincoln Financial Group's automated disability reporting line at 888.516.0747, Option #2.
    - You should call 2-3 days before your return date to allow systems to be available to you (e.g., MyTime, etc.).
    - You will need your Duke Energy employee ID, date of birth (for verification purposes), return to work date and type of return to work (full-time or part-time). NOTE: If your employee ID includes a "0" then please make sure you say "zero."

- Wait to receive your confirmation number from the Lincoln Financial Group reporting line. Without this number, your return date is not complete or reported. Write down this number for future reference

# Frequently Asked Questions

## Is a release required for Return to Work (RTW)?

- Yes. When you return to work full-time or part-time, from a continuous leave for your own health condition, you are required to have a completed release to RTW form from your treating provider(s) submitted to your supervisor/designee before or on the day you return to work.
- If there is an opportunity to return to work on a partial schedule or with restrictions, your disability case manager will facilitate the process with Duke Energy and your treating provider(s) to finalize the RTW plan. The RTW plan must be approved before you return to work.

## When Do I Report My RTW Date Associated with my Continuous Leave of Absence?

- Report your RTW date when you have a known date.
- Please allow 48 hours after you report your return for all downstream systems and applications to be updated.

## What happens if I do not complete this process to report my RTW?

- This process is required in order to change your status back to “active” in the HR and Payroll systems. If this step is not completed, then your pay could be impacted and your system access may not be restored.
- If you are unable to report your RTW prior to your RTW date, you should call on the date you return to minimize payroll and time reporting issues.

## Things to Remember When Reporting Return To Work

- Notify your disability case manager immediately if your plans for RTW change.
- Lincoln Financial Group will notify Duke Energy, including your manager, of your RTW date.

# Medical Accommodations Program Summary
## Short-Term Disability Closure

The purpose of this flyer is to provide you with information regarding your employment status and options for your consideration due to the recent closure of your Short-Term Disability (STD) claim.

Should you not be able to return to work with or without a reasonable accommodation, your employment with Duke Energy will continue in a temporary paid leave status until you exhaust any remaining paid time off to enable you to pursue an administrative appeal of your STD benefits with Lincoln Financial Group. Following exhaustion of remaining paid time off, your employment status will transition to a temporary unpaid personal leave status. During such time of unpaid personal leave, you will have access to subsidized health and life insurance for up to six (6) months by paying the employee cost. If you have any questions about insurance benefits, please contact the Duke Energy myHR Service Center at 1-888-465-1300.

**Options for Consideration:**

- **Retirement**
  If you are considering retirement (and you meet the necessary age and service requirements for retirement), please contact the Duke Energy myHR Service Center at 1-888-465-1300 and select the option for Retirement.
  A Retirement Benefits Specialist can discuss your specific situation and related benefits.

- **Return to Work**
  If you are not able to return to work in your current position, you are encouraged to use the administrative appeal period to review jobs posted with Duke Energy. Duke Energy offers a Medical Accommodations Program (MAP) to provide assistance for you to seek other employment opportunities within Duke Energy that you are qualified to perform, with or without a reasonable accommodation. To start an interactive dialogue on returning to work under the MAP Program, please take the steps below:

  - Contact the Duke Energy myHR Service Center at 1-888-465-1300 and select the "HR Tools" option to notify the Company that you wish to participate in MAP.

  - Provide the enclosed "Duke Energy Return to Work" form completed by your doctor that releases you to return to work and identifies any work-related restrictions that you currently may have. Please understand that receipt of this information is necessary to evaluate the vacant positions that you may be qualified to perform, with or without reasonable accommodation. Please email the completed form to dukemyhrescalations@alight.com.

  - Visit https://digital.alight.com/dukeenergy to look for a vacant position that fits your desires, skills and qualifications. You will be required to enter your User ID and Password. (If you do not know your User ID, please click the Forgot User ID or Password link and enter your identification information. If you do not know your password, please call the Duke Energy myHR Service Center at 1-888-465-1300. To reset your password, the Service Center representative will require a personal email address.) Upon successful login, visit the Find Job Opportunities link in the Other Resources section. You will then be able to search and apply for job opportunities.

Consistent with Company practice, should you not successfully appeal your STD claim closure and/or you have not obtained a position with Duke Energy you can perform with or without a reasonable accommodation through MAP by the time you are apprised of Lincoln Financial Group's appeal determination or the expiration date of your appeal window, your employment with the Company will be terminated.

For represented employees, the collective bargaining agreement prevails when there are any inconsistencies.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, September 30, 2021 9:13:16 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | 8zvjmlop0wb0zsjvhqap_11327775.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

September 30, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the independent physician reviwes and vocational reviews, which is new or additional evidence in connection with your appeal. You may review the independent physician reviwes and vocational reviews and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or October 21, 2021, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by October 21, 2021, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln’s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding your appeal, I can be reached at the number listed below.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

Attachments: 11295718-MEDICAL-CP/PEER REVIEW-09.17.2021
11295718-MEDICAL-CP/PEER REVIEW-09.17.2021
11295718-MEDICAL-CP/PEER REVIEW-09.17.2021
11295718-MEDICAL-CORRESPONDENCE-09.20.2021
11295718-VOC-JOB/OCCUPATIONAL ANALYSIS-09.22.2021
11295718-VOC-JOB/OCCUPATIONAL ANALYSIS-09.29.2021

Reliable Review Services

| | |
|---|---|
| Date: | 9/16/2021 |
| To: | Joshua Tuliano |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 68381 |

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 40 year old male who has reported date of disability of 12/13/20. The claimant has a diagnosis of unspecified fracture of right patella, initial encounter for closed fracture. The period in review is from 04/30/21 and beyond.

Physical therapy notes 04/21/21, 05/25/21, 06/04/21, 06/07/21, 06/10/21, 06/14/21, 06/17/21, 06/21/21, 06/24/21, 07/12/21, 07/21/21, 07/23/21, 08/02/21, 08/03/21, 08/05/21, 08/09/21, 08/10/21, and 08/12/21.

Chiropractic therapy notes 12/22/20, 12/23/20, 12/28/20, 12/30/20, 12/31/20, 01/04/21, 01/06/21, 01/11/21, 01/13/21, 01/14/21, 01/21/21, 01/25/21, 01/27/21, 02/02/21, 02/04/21, 02/10/21, 02/12/21, 02/17/21, 02/18/21, 02/23/21, 02/26/21, 03/03/21, 03/04/21, 03/10/21, 03/11/21, 03/17/21, 03/18/21, 03/24/21, 03/26/21, 04/01/21, 04/08/21, 04/09/21, 04/15/21, 04/16/21, 04/21/21, 04/22/21, 04/28/21, and 04/29/21.

Computed tomography (CT) of the head without contrast dated 12/13/20 revealed no acute intracranial abnormality. Moderate inflammatory changes in the right frontal and ethmoid sinuses.

Computed tomography of the thoracic spine without contrast dated 12/13/21 revealed no acute findings.

X-ray of the bilateral legs and left ankle dated 12/13/21 revealed no acute findings.

X-ray of the knee bilateral dated 12/13/20 revealed no effusion, fracture, dislocation or subluxation. No other acute findings.

X-ray of the pelvis dated 12/13/20 revealed normal radiographic examination.

X-ray of the chest dated 12/13/20 revealed normal chest radiographs.

X-ray of the right femur dated 12/14/21 revealed that the femur appears intact with no acute findings.

X-ray of the right lower leg dated 12/14/21 revealed that on the lateral view there are small osseous fragments adjacent to the posterior tibial plateau and fibular head. The more distal tibia and fibula appear intact.

X-ray of the right knee dated 12/14/21 revealed that on the lateral view there are small osseous fragments adjacent to the posterior tibial plateau. The joint appears congruent.

X-ray of the left femur dated 12/14/21 revealed no acute findings.

Computed tomography of the chest, abdomen and pelvis with contrast dated 12/13/21 revealed no acute abnormalities.

Computed tomography of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. Evidence of posteromedial corner injury with capsular edema.

Magnetic resonance imaging of the right knee without contrast dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. No meniscus tears.

Office visit note by Alesha Logan N, FNP-BC dated 04/01/21 the claimant presents for a follow up and was involved in a motor vehicle collision which caused the claimant to have an injury on the right knee. The claimant feels anxious particularly in public settings and when driving. The claimant drove himself today. The headaches are intermittent. They are not bad, some days are better than others as verbalized by the claimant. The headache is present today and is taking amitriptyline nightly. He does not want surgery. He is attending physical therapy and chiro. He wears a right knee brace. He has been out of work and is on short term disability. ROS is positive for neck and joint pain. On examination, the claimant appears normal, well developed and not ill-appearing. The current mood of the claimant is anxious. The claimant was assessed with MVC; Anxiety state; and Vitamin D deficiency. The claimant will continue with physical therapy and chiropractic care, continue with the current medication regimen and be advised to follow up in 4 weeks.

Restrictions form by Alesha Logan, NP dated 04/08/21 the claimant will be on a sedentary restriction lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time of the time and standing/ walking occasionally. There is impaired mobility secondary to MVA. The restrictions will be imposed 12/15/21 to 05/05/21. The treatment best fit for the claimant is physical therapy.

Activities questionnaire accomplished by the claimant dated 04/21/21 the claimant is able to sit for 15 mins, stand for 30 mins and walk for 35 mins. Typically the claimant sits and stands 1hr daily and walks

for 2 hours daily. The claimant spends a maximum of 6 hours sleeping poorly due to neck, right shoulder, knees, and headache issues. The claimant uses cane as assistance in ambulation. The claimant is unable to work in his garden, house and wash his car. The claimant spends 30mins daily on the computer. The claimant is able to perform on the home computers such as pay bills and use search engines. The claimant is capable of opening and responding to mail, managing finances, balancing the checkbooks, bathing himself, styling own car, getting dressed and going up and down the stairs. The claimant however needs assistance in grocery shopping and carrying the groceries, cooking meals, cleaning the bathroom and vacuuming. The claimant stated that sitting for long periods in front of the computer obtained severe right shoulder, neck and bilateral knees injuries due to MVA, because of that they have mobility issues.

Office visit note by Christopher Prato, MD dated 04/22/21 states the claimant returns in followup for his right knee. He has been consistent with his physical therapy and at this point the therapist is happy with his progress. He still walks on a slightly flexed knee gait, maybe a few degrees, but the claimant feels as though he is improving and has improved dramatically. He occasionally wears his knee sleeve when he is going to be up for long distances. Overall he feels he is at least 90% improved. On physical examination the knee is extension 3 and flexion is 130. No tenderness is noted on the exam. The claimant is assessed with Right PCL tear, MCL sprain, non-weight bearing tibial plateau fracture and the plan at this point is to continue with home exercise program and to follow up in the next 6 months.

Office visit note by Alesha Logan N, FNP-BC dated 05/04/21 the claimant returns for a follow up verbalized that he doesn't feel normal. He has been seeing a chiropractor regularly as well as an orthopedist. He is still having pain in his extremities. He is concerned that he is having to take medications regularly now. He has yet to return to work. Is currently receiving therapy. Both knees continue to throb and ache. He fell out of bed the other night due to tossing and turning trying to get comfortable in bed. Now has a bruise on his right abdomen. His anxiety is increased because of the accidents. Prior to the accident he was not on any medications regularly. He is now taking hydroxyzine and effexor. These do help his symptoms. Reports his employer wants him to complete a return to work form. On examination of the bilateral knee there is tenderness found. The claimant is advised to follow up with a specialist as scheduled, continue the current regimen/plan and follow up in 6 weeks to assess his readiness to return to work and depression screening is also set up for the claimant.

Office visit note by Patricia McHale, MD dated 05/06/21 the claimant presents today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. X-rays and an MRI were done. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The claimant states that he is taking multiple different pain medications, but is not comfortable identifying the medications. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies

any previous problems with his knees prior to this accident. The claimant does walk with an antalgic gait on the right. He has a range of motion of the right knee from approximately 5-1 00 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has a well- maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has a well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities. The claimant was assessed with bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left. The plan is to request an x-ray of the bilateral knee, physical therapy evaluation and treatment and tobacco use screening.

Chiropractic therapy initial note by Kevin Dibella, DC dated 05/07/21 the claimant presents with several complaints: Cervical area, neck and right shoulder pain still persists. The right shoulder pain has reduced by 60% since the beginning of treatment. Still taking medication. The pain is acute, which is caused by an auto accident. Greatly, the affected side is the right. The condition is improving. The Pain is described as dull and stiff, with a pain rate of 6/10. The pain is intermittent and radiates to the right shoulder and right shoulder blade. Time of day when symptoms get worse during the night. The symptoms aggravate in movement; sitting and Standing. Time of day when symptoms improves as the day progresses. Symptoms alleviate with chiropractic care; medication. The Headaches are Occasional. The cervical disability index is 66%. The Thoracic spine where in the right upper back pain is intermittent, but has improved especially with medication. The pain is acute and is caused with MVA, and the affected side is the right. The condition is improving. The pain is dull, stiff, and described as moderate with a pain rate of 6/10. Pain is intermittent. Pain radiates to Right arm. And aggravates in Sitting long periods; Standing, and is only Alleviated by chiropractic care and medication. The Upper Extremity specifically in the right shoulder still persists, but has improved. Mobility has improved. Still having some disruptive sleep due to the pain. He continues to take pain medication as needed. Location is the shoulder on the right. Onset is acute, and the cause of symptoms is the accident. Changes in this condition are improving. Pain quality is achy, dull, stiff, described as moderate level with a pain rate of 6/10. Pain is frequent. Pain radiates to other areas at the right trapezius. Time of day when symptoms get worse is during the night. Exacerbating symptoms is with movement. Time of day when symptoms improve is as the day progresses. Alleviates symptoms with chiropractic care; resting; warmth. Weakness is on the right shoulder. Shoulder pain with movement and right internal rotation is mild. On physical examination, the cervical Range of motion in flexion is 50/50, extension is 50/60 with pain with left rotation is 80/80 with pain, right rotation is 80/80 with pain, The left lateral bending is 45/45, right lateral bending is 45/45. Tightness is the right, cervical area is moderate. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. The orthopedic tests the head compression is Negative; left lateral compression is Negative; right lateral compression is Negative; Right Shoulder Depression is Positive; Left Shoulder Depression is Negative. Spinal subluxation level in the C5, C6, C7, T1, T2. The Thoracic is Tightness specifically in the right upper thoracic paraspinals is moderate. Tenderness on palpation: T1-T2 is dull and moderate in intensity. The right upper thoracic paraspinals are moderate and dull. The Upper Extremity on Palpation elicited pain over the anterior shoulder. Pain was elicited in internal rotation. The

claimant is assessed with sprain of the cervical spine, strain of the muscle, fascia and tendon in the neck level, a somatic dysfunction of the cervical region, sprain of the thoracic spine, strain of the muscle and tendon back wall of thorax/ There is also a sprain of the right shoulder. With post treatment analysis which gave the claimant improved ROM, the claimant tolerated the treatment without incident. The plan where the prognosis is fair and the alternate heat and ice 20 mins each.

Initial evaluation therapy progress note by Mark Leyhe, PT dated 05/25/21 states the claimant presents with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. The claimant states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The claimant states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident. The Claimant reports pain in Left calf and at night, He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Claimant is currently not working due to pain when sitting. Claimant wants to get back running and play basketball. The claimant reports impaired function with lifting/carrying, driving, mobilization in/out of vehicle, negotiating stairs, rise from sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational sports activities and gardening/yard work. In examination is that the gait is antalgic with cellulitis on the right posterior and medial knee. There is moderate popliteal fossa on the right knee tenderness. Knee/Hip ROM is within normal limits except, knee flexion in the right is 1120 and left is 130. The knee extension in the right is 10 lacking and left is -2 HE. The right knee end feel is painful/empty and muscle guarding whereas the left knee end feel is normal. Quadricep and hamstring limitations are severe on the right. The knee strength flexion on the right is 3/5 and left is 4/5, whereas in extension on the right is 3-/5 and left is 3+/5. Straight leg raise on the right is unable and left is able. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%. The claimant assessment is that the claimant will benefit from skilled physical therapy in order to improve Bilateral knee ROM, endurance, strength, load balance, agility and power necessary to return to community and recreational activities without limitation. Impaired body functions and systems to be addressed, pain, muscle guarding, decreased ROM, joint mobility, strength, and dynamic balance/stabilization, gait deviations and limited knowledge of present condition management and HEP. The prognosis is good.

Final Therapy note by Emily Reece, PTA dated 06/07/21 the claimant was evaluated and assessed for bilateral knee pain. Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Claimant reports popping and cracking in knee throughout session for all exercises. Claimant is advised to continue therapy.

Reliable Review Services

Office visit note by Robert Alden Milam, IV dated 06/09/21 the claimant presents today for neck pain. The claimant presents today as a new claimant for evaluation regarding neck pain. He was previously seen by Dr. Patricia McHale on 05/06/2021. The claimant reports he was involved in 2 motor vehicle accidents. The first occurred on 12/13/2020 and at that time he was the restrained back seat passenger in a vehicle that had a head on collision hitting on the right side. The claimant apparently noted onset of pain in the knees and in his right shoulder beginning at that point. He then had a second accident on 02/20/2021 that further these issues. At that time, he was a restrained front seat passenger in his car in the left lane. The car from the right lane moved to the left, impacting the passenger side of his vehicle. Today, the claimant complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder "does not feel right." The claimant reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self-prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers. Today, the claimant complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder "does not feel right." The claimant reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self-prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers. The claimant states he has been receiving treatment for his knees at Carolina Orthopedics in Gastonia. Claimant is well developed, well-nourished and in no acute distress. The claimant is alert and oriented x3. The claimant moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is unlabored. The claimant flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The claimant can heel raise in tandem and independently. The claimant can toe raise in tandem and independently. Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, non-tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The claimant flexes forward to the chest, and extends 100 percent of normal, with pain. Lateral Bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling's maneuver is negative bilaterally. No tenderness to palpation along the neck and trapezius specifically, but does have pain with cervical range of motion particularly with left rotation, flexion, and extension of the cervical spine. Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clone. Babinski testing shows toes are down-going. Positive Hawkins and Neer impingement testing. Pain with range of motion of the right shoulder. Impingement testing is positive on the right. Bilaterally, shoulders are nontender, ROM is full in all planes with no instability. Supraspinatus testing is negative. Back is nontender to palpation, has normal ROM, and has no atrophy, and no gross instability or malalignment. AP and lateral cervical spine radiographs ordered and performed today and interpreted by me show well-preserved disc spaces throughout. Normal alignment. No cervical facet spondylosis, have some anterior calcification of the anterior longitudinal ligament at C5-6. No fractures. The claimant is diagnosed with tobacco non-user, neck pain and impingement of the right shoulder. The plan is to start diclofenac, physical therapy of the spine, request for a cervical spine x-ray and a tobacco use screening.

Office visit note by Patricia McHale, MD dated 06/28/21 the claimant presents with follow up for the

bilateral knee pain. He states that his left knee is doing better. His right knee is still sore. He has a lot of trouble with his right knee at night. Physical therapy does seem to be helping and very pleased with how the PCL brace has helped. The claimant is walking well today. He has a well-maintained range of motion of both knees. He does continue to have some pain with maximal flexion of the right knee. There is no valgus instability. He does have a grade 1 posterior drawer. There is no anterior or varus instability. He is able to do an active straight leg raise on both sides with no extensor lag. There is minimal swelling of the right knee. His quadriceps strength is progressing nicely. He is neurovascularly intact throughout both lower. The claimant is assessed with right knee MCL and PCL sprains and is improving. Plan is to continue with therapy and continue to use braces for activity. Advised to follow up in 4-6 weeks.

Office visit note by Alesha Logan, FNP-BC dated 06/15/21 the claimant presents for a follow up of the pain in the right knee. The claimant is a status post MVA. He is still undergoing PT, as advised by two specialists. He has been consistently attending and doing exercises at home. ROM has improved, but not quite at his target. Not ready to return to work due to his persistent pain. He reports pain with extended driving that is occasionally relieved with repositioning. His anxiety has improved. On examination of the right knee exhibits decreased range of motion and there is tenderness. The claimant has antalgic gait posture. The claimant was assessed with vitamin D deficiency advised to take ergocalciferol capsule and for the anxiety state to continue with the current regimen. Advised the claimant to return in 6 weeks.

Peer review report by Andrew Nava, MD dated 06/28/21 stated that the claimant's primary impairing diagnosis of left knee, right knee pain and sprain of posterior cruciate ligament of the right knee are not supported as functionally impairing as of the moment. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 4/30/2021 to present. The treatment provided is consistent with the standard of care for the apparent level of severity of the condition(s). No, there is no evidence that the claimant is not compliant with treatment that meets the standard of care. There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

Office visit note by Christy Bush P, FNP-C dated 07/28/21 the claimant presents with motor vehicle crash and medication refill. He is currently out of work for this. He worked for Duke for 20 years. He states that he would like to get back to work once he feels better. He states that he can't sleep well and does not want to make any mistakes at work because of his fatigue. He has been out of work since 2/2021 this is when the 2nd accident occurred. He was on 85 and mom was driving a car when another car came into their lane. He tore his right ACL. He states that he is seeing ortho and PT. He states that he does not like to drive and is very anxious to be on the road. He is taking Effexor for this. He states that he is doing better but still anxiety is there. He had PT for the knees. He sees ortho on 8/9/21 and plans on asking for a steroid injection. He does not want surgery. He is taking flexeril 5 mg q 8hr and states it helps him with the pain in his neck. Seeing a different doctor for the neck. He also recommended PT as well but has not followed up because he has been working on his knees. The claimant states that there is neck pain, bilateral knee pain, and wears a right knee brace. Positive for sleep disturbance and currently the claimant is nervous and anxious. On examination, there is decreased range of motion in the right knee and with right knee brace. The claimant is assessed with Vitamin D deficiency, chronic bilateral middle ear effusion, mixed hyperlipidemia. The plan is to redo cholesterol testing when fasting

to come back in 4 weeks, depression screening and to follow up in 6 weeks.

Therapy notes by Lesley Marie Pacitto, PT dated 08/18/21 the claimant presents with neck pain. Sleeping on the right shoulder is painful, wakes claimants at night. Pt indicates pain in the area of the cervicothoracic junction, goes to the area of the right upper trapezius and anterior shoulder. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Pain 5-6/10 with medication. 7/10 without medication. On examination of the right shoulder AROM: flexion 160 deg scaption 160 deg ER 75 deg IR thumb to T10, the Right shoulder strength is flexion 5-/5 scaption 5-/5 ER 4+/5. Claimant's anterior shoulder pain with resisted shoulder flexion. Neer's impingement with pain. Hawkins impingement is negative. The Cervical AROM is rotation right 75% "stiff" left 75% "stiff", extension 75% "stiff". Right posterior quadrant with neck pain. Compression test is negative. The claimant has right shoulder pain and neck pain continues at level of 5-6/10 with medication. Does not appear pain is radicular in nature, right shoulder with good AROM and strength however it does have pain with overhead impingement tests and resisted shoulder flexion.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 9/7/2021 3:11 PM EDT | Voicemail | Left a detailed message on office voicemail for Dr. Patricia Mc.Hale with claimant and callback information. |
| 9/8/2021 12:27 PM EDT | Voicemail | Left a detailed message on office voicemail for Dr. Patricia Mc.Hale with claimant and callback information. |
| 9/9/2021 10:56 AM EDT | Voicemail | Left a detailed message on office voicemail for Dr. Patricia Mc.Hale with claimant and callback information. |
| 9/7/2021 3:17 PM EDT | Tonya, Office Staff | Tonya took a detailed message for Kevin DiBella, DC with patient and callback information. |
| 9/8/2021 12:10 PM EDT | Voicemail | Left a detailed message on office voicemail for Kevin DiBella, DC with claimant and callback information. |
| 9/9/2021 11:00 AM EDT | Kevin DiBella, DC | See discussion below. |
| 9/7/2021 3:23 PM EDT | Voicemail | Left a detailed message for Dr. Christopher Prato on nurse's voicemail with claimant and callback information. |
| 9/8/2021 12:16 PM EDT | Voicemail | Left a detailed message for Dr. Christopher Prato on nurse's voicemail with claimant and callback information. |
| 9/9/2021 11:08 AM EDT | Voicemail | Left a detailed message for Dr. Christopher Prato on nurse's voicemail with claimant and callback information. |

Reliable Review Services

## Discussion Summary:

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and unspecified sprain of right shoulder joint, initial encounter (S43. 401A).

The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. Evidence of posteromedial corner injury with capsular edema. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. He has been out of work and is on short term disability. He also reported neck and joint pain. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Both knees continue to throb and ache. He is taking hydroxyzine and effexor which help his symptoms. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. On a visit dated 05/07/2021, the claimant also complained of persistent cervical pain and right shoulder pain. The right shoulder pain has reduced by 60% since the beginning of treatment. The cervical disability index is 66%. The neck pain is described as dull and stiff rated 6/10. The pain is intermittent and radiates to the right shoulder and right shoulder blade. Symptoms alleviate with chiropractic care and medication. The Headaches are Occasional. Sleep is disrupted and pain is exacerbated with movement. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on

palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Right knee ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Not Applicable

**3. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Yes. The medical records support the R&Ls that were recommended by treating providers for the timeframes in question.

Restrictions form by Alesha Logan, NP dated 04/08/21 the claimant will be on a sedentary restriction lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time of the time and standing/ walking occasionally. There is impaired mobility secondary to MVA. The restrictions will be imposed 12/15/21 to 05/05/21. The treatment best fit for the claimant is physical therapy.

The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area.

Reliable Review Services

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant was managed with conservative care including medication, physical therapy, chiropractic care, brace, and pain management.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**6. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond April 30, 2021 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond April 30, 2021.**

From April 30, 2021, the claimant is limited to occasional bending, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. These restrictions/limitations apply through 11/30/21.

The claimant is capable of a sustained full time work within the restrictions and limitations.

The claimant has complaints of bilateral knee pain, neck pain and shoulder pain s/p vehicular collision. CT of the right lower extremity revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. MRI of the right knee revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He has been out of work and is on short term disability. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the

right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion. Recent exam of the right knee noted ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%.

**7. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?**

Restrictions and limitations provided by the attending physician are consistent with the medical information provided.

Restrictions form by Alesha Logan, NP dated 04/08/21 the claimant will be on a sedentary restriction lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time of the time and standing/ walking occasionally. There is impaired mobility secondary to MVA. The restrictions will be imposed 12/15/21 to 05/05/21. The treatment best fit for the claimant is physical therapy. The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area.

8. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

The medical evidence does not support any side effects from any medications.

9. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Patricia Mc.Hale 704-867-2333 (ph), 704-865-9106 (f); Kevin DiBella DC 704-867-1010 (ph), 704-868-2602 (f); Dr. Christopher Prato (ortho) 704-865-0077 (ph), 704-867-6401 (f).

Please attempt a minimum of 3 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Noted.

10.

If your conclusion(s) is/are different from the conclusions in the review memo of June 29, 2021 by Dr. Andrew Nava MD, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

Based on my review of the claimant's medical records, the conclusion is different from the review memo of June 29, 2021 by Dr. Andrew Nava MD.

Peer review report by Andrew Nava, MD dated 06/28/21 stated that the claimant's primary impairing diagnosis of left knee, right knee pain and sprain of posterior cruciate ligament of the right knee are not supported as functionally impairing as of the moment. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 4/30/2021 to present.

The claimant has complaints of bilateral knee pain, neck pain and shoulder pain s/p vehicular collision. CT and MRI of the right lower extremity revealed comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. There is complete PCL tear near complete MCL tear. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-

100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion. Recent exam of the right knee noted ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%.

11. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.

Yes. The severity and scope of the claimant's reported pain is consistent with the severity and scope of the claimant's medical conditions and intensity of treatment.

The claimant has complaints of bilateral knee pain, neck pain and shoulder pain s/p vehicular accident. CT and MRI of the right lower extremity revealed comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. There is complete PCL tear near complete MCL tear. Pain interferes with sleep, work, and ADLS. He has been out of work and is on short term disability. He complained of persistent pain on extremities despite therapy. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There

is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion. Recent exam of the right knee noted ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%.

The claimant does not want surgery and opt for conservative care. However, he continues to complain of persistent pain and impairments are evident on exam findings. He is off from work due to pain and deficits.

## Assessment/Rationale

The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. Evidence of posteromedial corner injury with capsular edema. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. He has been out of work and is on short term disability. He also reported neck and joint pain. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Both knees continue to throb and ache. He is taking hydroxyzine and effexor which help his symptoms. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. On a visit dated 05/07/2021, the claimant also complained of persistent cervical pain and right shoulder pain. The right shoulder pain has reduced by 60% since the beginning of treatment. The cervical disability index is 66%. The neck pain is described as dull and stiff rated 6/10. The pain is intermittent and radiates to the right shoulder and right shoulder blade. Symptoms alleviate with chiropractic care and medication. The Headaches are Occasional. Sleep is disrupted and pain is exacerbated with movement. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is

dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Right knee ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion.

From April 30, 2021, the claimant is limited to occasional bending, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. These restrictions/limitations apply through 11/30/21.

The claimant is capable of a sustained full time work within the restrictions and limitations.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Moshe Levis

Reliable Review Services

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Client |
| 12/15/2020, 12/21/2020, 01/04/2021, 01/06/2021, 01/13/2021, 01/29/2021, 02/17/2021, 03/26/2021, 04/06/2021, 04/20/2021, 05/26/2021, 05/27/2021, 06/23/2021, 07/20/2021, 08/12/2021 | Correspondence | Client |
| 07/27/2021, 07/28/2021 | Correspondence | Judd Alyssa , ALMI , ACS |
| 06/08/2021, 08/31/2021 | Clinical Review Memo | Not Signed |
| 08/30/2021 | Fax Transmission | Ortho Carolina Health Information Management |
| 08/23/2021 | Past Medical History | OrthoCarolina Gastonia |
| 08/03/2021, 08/05/2021, 08/09/2021, 08/12/2021, 08/18/2021 | Physical Therapy Progress Notes | OrthoCarolina Gastonia |
| 08/02/2021 | Plan Of Care | OrthoCarolina Gastonia |
| 05/25/2021, 06/04/2021, 06/07/2021, 07/12/2021, 07/21/2021, 07/23/2021 | Therapy Progress Note | OrthoCarolina Gastonia |
| 04/01/2021, 05/04/2021, 05/06/2021, 06/09/2021, 06/10/2021, 06/14/2021, 06/15/2021, 06/17/2021, 06/21/2021, 06/24/2021, | Progress Notes | OrthoCarolina Gastonia |

| | | |
|---|---|---|
| 06/28/2021 | | |
| 06/25/2021, /23/2021 | Confidential Patient Information | OrthoCarolina Gastonia |
| 05/06/2021, 06/28/2021 | Progress Notes | Patricia McHale |
| 05/25/2021, 06/04/2021,, 06/10/2021, 06/17/2021, | Therapy Progress Note | Mark Leyhe , PT |
| 06/07/2021, 06/14/2021, 06/21/2021, 06/24/2021, 07/23/2021, | Progress Notes | Emily Reece, PTA |
| 06/09/2021 | Progress Notes | Robert Milam IV, MD |
| 07/12/2021 | Therapy Progress Note | Lesley Pacitto, PT |
| 07/21/2021 | Therapy Progress Note | Phillip Hefner , PTA |
| 08/12/2021 | Correspondence | Darlene Battle |
| 12/05/2019, 12/30/2019, 05/07/2020, 06/07/2020, 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2020, 05/04/2021, 06/15/2021, 07/28/2021, | Progress Notes | Claremont Health |
| Undated | Peer Review | Client |
| Undated | ( New Duke Energy Job Description | Employer |
| 07/29/2021 | Correspondence | Correspondence |
| 07/29/2021 | Fax Correspondence | Carolina Orthopedic |
| 03/11/2021 | IMP Rights PCL Tear , MCL Sprain Nonweightbearing TIBLA Plateau | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, | Office Visit | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, 04/22/2021, | Correspondence | Christopher Prato , MD |
| 01/20/2021 | MRI Knee WO Contrast Right | Victor HO, MD |
| 12/13/2020 -12/14/2020 | Summary Of Care | Carolinas Medical Center |
| 07/29/2021 | Correspondence | Di Bella Chiropractic Center |
| Undated | Independent | Client |
| 07/01/2021 | File Review - Standard | Client |
| 06/28/2021 | Correspondence | Kim Foehl, MD |
| 06/29/2021 | Medical Documentation Reviewed | Kevin DiBella, DC |
| Undated | Summary Of Conversation | Andrew Nava, MD |
| 06/29/2021 | Correspondence/ Referral | Amia Welch |
| 06/28/2021, | Clinical Review Memo | Aleshi Logan, FNP |
| 06/28/2021 | Correspondence | Alesha Logan, FNP |
| 04/20/2021, 04/21/2021, 06/10/2021 | Authorization For the Release Of Information Including Including Protected Health | Claimant |

Reliable Review Services

| | | |
|---|---|---|
| | Information | |
| 12/23/2020, 04/20/2021, 04/21/2021, | Disability Authorization To Obtain And Release Information | Claimant |
| 12/13/2020 | Non - Reportable Crash Form | HL Bautista |
| 06/09/2021 | Patient Portal History | Ortho Carolina |
| 06/01/2021, 06/08/2021, | Correspondence | Ortho Carolina |
| 05/27/2021 | Authorization For Release Of Health Information | Claimant |
| 03/24/2021, 04/21/2021, | Daily Note / Billing Sheet | Taylor Navey |
| 06/06/2021 | Request For Status | Client |
| 12/22/2020, 12/16/2020, 12/23/2020, 12/28/2020, 12/30/2020, 12/31/2020, 01/06/2021, 05/27/2021 | Progress Notes | Kevin DiBella, DC |
| Undated | Authorization For Release Of Health Information | Not Signed |
| 04/21/2021 | Activities Questionnaire | Claimant |
| 04/21/2021 | Claimant Information Form | Claimant |
| 04/21/2021 | Claimant Supplementary Statement | Claimant |
| Undated | Family Information Questionnaire | Claimant |
| 04/21/2021 | Social Security / Reimbursement Agreement | Claimant |
| Undated | Training - Education - Experience For ( TEE) | Claimant |
| Undated | Return To Work Form | Not Signed |
| 04/21/2021 | Authorization To Speak With Family Member / Alternate Contact | Claimant |
| 04/21/2021 | Reimbursement Agreement | Claimant |
| Undated | North Carolina Drivers License | Claimant |
| Undated | Authorization To Speak With Third Part | Not Signed |
| Undated | Third Party Liability Information Form | Not Signed |
| 03/30/2021, 04/08/2021 | 12/16/2020, | Aleshi Logan, FNP, BC |
| 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2021 | Progress Notes | Alesha Logan, FNP- BC |
| 02/22/2021, 04/13/2021 | Nursing Memorandum | Client |
| 03/18/2018, 02/09/2021,02/17/2021, 02/26/2021, 03/24/2021 | Flow Sheet | Carolina Orthopedic PT And Rehab |
| 02/09/2021, 03/18/2021 | Patient Outcomes | Jamie Giannattasio, DPT |

Reliable Review Services

| | | |
|---|---|---|
| 01/05/2021, 01/12/2021, 01/14/2021, 01/19/2021, 01/21/2021, 01/27/2021, 01/29/2021, 02/09/2021, 02/17/2021, 02/26/2021, 03/04/2021, 03/11/2021, 03/18/2021, 12/23/2021, 12/28/2020 | Daily Note / Billing Sheet | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021 | Physical Therapy Recertification Note | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021, 12/23/2021, | Plan Of Care | Jamie Giannattasio, DPT |
| 03/31/2020, 01/202021, | Restriction Form | Christopher Prato, MD |
| 12/23/2020, 02/09/2021, | Physical Therapy Initial Examination | Jamie Giannattasio, DPT |
| 01/29/2021 | Discharge Note | Jamie Giannattasio, DPT |
| 02/09/2021 | Upcoming Appointments | Carolina Orthopedic |
| 01/25/2021 | Tirage Assessment | Client |
| 01/20/2021 | Return To Work Form | Christopher Prato, MD |
| Undated | Restriction Form | Not Signed |
| 12/24/2020 | Physician Facesheet | Anthony Weekes, MD |
| 12/13/2020 | Ortho Consult Note | Anthony Weekes, MD |
| 12./14/2020 | Consultations | Daniel Phelps, MD |
| 12/13/2020 | ED Physician Documentation - ( Verified) | Anthony Weekes, MD |
| 12/13/2020 | Emergency Department Documentation | Anthony Weekes, MD |
| 12/13/2020 | Lab Report | Lab Corp |
| 12/14/2020 | CT - Computer Tomography | Patrick Fergus, MD |
| 12/13/2021 | CT - Computer Tomography | Walter Steele, MD |
| 12/13/2020 | CT - Computer Tomography | Michael Krasnokutsky, MD |
| 12/14/2020 | DX - Diagnostic Radiology | Edward Kravath, MD |
| 12/13/2020 | DX - Diagnostic Radiology | Walter Steele, MD |
| 01/07/2021 | Restriction Form | Aleshi Logan, FNP |
| 12/17/2020 | Request For Information | Atrium Health |
| Undated | Authorization For Release Of Health Information | Not Signed |

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 9/16/2021 |
| To: | Joshua Tuliano |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 68382 |

---

| | |
|---|---|
| Claimant: | Allan A Araya |
| Claim #: | 11295718 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a Psychiatry perspective. The claimant is a 40 year old male, birthdate: who has reported date of disability of 12/13/20. The claimant has diagnoses of unspecified fracture of right patella, initial encounter for closed fracture and generalized anxiety disorder (GAD) (F41.1). The period in review is from 04/30/21 and beyond.

Per Job description, responsible for handling billing inquiries, service orders, trouble calls both during and outside of normal schedule, and any related matters from customers and other sources through various customer contact channels including telephone, email, websites and US mail. Focus is on meeting any customer requests and needs the first time, every time. Handles customer inquiries in a professional manner to develop and promote the highest possible degree of customer satisfaction, efficiency and cost effectiveness. Responds to customer inquiries and requests in relation to the customer's account. Demonstrates good decision making by matching customer needs with solutions or offerings. Assists customers with any questions regarding billing, service and account issues. Analyzes accounts to elaborate on: electric and/or gas charges, effects of weather conditions, general concepts in the pricing of gas and/or electric service; and the cost of operating various appliances. Provides energy conservation advice to assist customers with managing their bill. Promotes and offers valuable products and services as well as answers questions related to those products and services. Practice all safety policies and guidelines (e.g., hazard recognition, personal accountability and actively caring). This position requires sitting for long periods of time, adhering to a strict schedule, and the use of dual monitors to access multiple applications at the same time.

Claim paperwork, previous reviews, records from Ortho Carolina, an accident report and emergency room records after MVAs, multiple labs are included.

Restriction forms for impaired mobility due to motor vehicle accident are included. CaroMont health family medicine notes are provided. Patient is seen by Alesha Logan, FNP, then Christie Bush, FNP.

Appeal letter by claimant is included. He complains of multiple injuries from MVA and difficulty with ADLs. Activities questionnaire by claimant reports that he does not sleep well due to neck, shoulder, knees, and headache issues. Has difficulty with sitting.

Claimant was seen on 12/5/19 to establish care. Reported situational anxiety, worse when he is at work, feels relaxed on the weekends. He is exercising before he goes to work, which helps significantly. Mental status examination is normal.

On 5/7/20 it is noted that he has worsening anxiety since Covid 19 crisis. He is working from home, but feels worsening anxiety when out shopping and around his elderly parents. He is also very nervous about returning to work next month and has increased anxiety. When thinking about going back. Works in an office with 76 people. Diagnosed with anxiety state F 41.1. Obesity E 66.09 and chronic fatigue R 53.82 are noted. At that point he is prescribed hydroxyzine as needed.

The claimant was diagnosed with closed displaced comminuted fracture of shaft of right tibia on 12/15/20 as a result of MVA. Date of injury was 12/13/20 Hypertension is also noted. Records from that point onward are provided.

On 12/15/20 he presents for follow-up after a vehicle accident. He is seen by Alesha Logan, FNP. The driver hit another car head on. He is out of hydroxyzine. Anxiety has been significantly increased since his accident. He complains of pain and has been referred to ortho. Mental status examination is normal. He is provided with refills on hydroxyzine as needed for anxiety or insomnia.

There are also the records from Carolina orthopedic PT and rehab. Patient was assessed on 12/23/20 and has been receiving physical therapy for osteoarthritis right knee, pain and right knee. Difficulty walking is noted.

On 12/30/20 He is seen for his injuries. Hydroxyzine is refilled at his last appointment. He is taking this at night which is helping with anxiety and getting to sleep. He does not worry as much as he used to.

Carolina orthopedic and sports medicine Center records starting 12/31/20 are provided. He is seen for his injuries.

DiBella chiropractic Center records are provided. Patient was seen from December 2020 ongoing, on 4/1/21, 5/7/21.

On 2/2/21. He reports that he is taking hydroxyzine night and sometimes during the day as needed. Anxiety is uncontrolled, he feels anxious most of the day. GAD seven score is 18. Mental status examination is normal. He is continued on hydroxyzine, Effexor XR 37.5 mg daily added to help with anxiety.

On 3/2/21 he is seen for post hospital checked, was in a motor vehicle accident with mother, and complains of neck and back of head pain and anxiety. Does not want to drive because everything that has happened. Not sleeping well, anxiety is much worse, he is scared to drive. He is still completing

RRS
Reliable Review Services

physical therapy from his first accident. PHQ two score is zero. Mental status examination is normal.

On 4/1/21 He is seen for follow-up after another motor vehicle accident. Has right knee pain. Discharged home from the emergency room with or the referral. Anxiety is still there, he is particularly anxious in public settings and when driving. He drove himself to his appointment today. Has intermittent headaches. Mental status examination is normal. Some post trauma anxiety from the MVA is noted and Effexor is increased to 75 mg.

On 5/4/21. He reports he does not feel normal, having a lot of pain, seeing a chiropractor, orthopedist, receiving therapy. PHQ two score is zero. Mental status examination is normal.

On 6/15/21 he is seen for follow-up and still complains of pain. His anxiety has improved. Mental status examination is normal, and he is continued on his current regimen.

On 7/28/21 he is seen by Christie Bush, FNP. He is here for follow-up for motor vehicle crash and medication refill. He is currently out of work for these. He worked for Duke for 20 years. He would like to go back to work once he feels better. He states he cannot sleep well and does not want to make any mistakes at work because of his fatigue. He has been out of work since 2/21 when the second accident occurred. He tore his right ACL. He is seen ortho and PT. He states that he does not like to drive and is very anxious to be on the road. He is taken Effexor for this. He is doing better, but still anxiety is there. He is getting PT and seeing another doctor for his neck. Review of systems is positive for sleep disturbance and anxiety. Judgment is normal. No medication changes are noted. Vitamin D deficiency is documented.

He is receiving physical therapy, records from 5/6/21 on are provided, and most recent note is dated 8/18/21. He complains of knee pain, shoulder pain. Also receives pain medications. Mental status examination is noted is normal in all appointments. Sleep disturbances noted on review of systems. He is diagnosed with knee pain, right, M 25.561, neck pain M 54.2, impingement syndrome of right shoulder M 75.41, hypercholesterolemia E 78.00. Depression F 32.9 is also noted.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 9/2/2021 3:22 PM EDT | Voicemail | I left a detailed message for Christy Bush, FNP on medical assistant voicemail, including call back number. |
| 9/3/2021 11:51 AM EDT | Voicemail | I left a detailed message for Christy Bush, FNP on medical assistant voicemail, including call back number. |
| 9/7/2021 8:55 AM EDT | Voicemail | I left a detailed message for Christy Bush, FNP on medical assistant voicemail, including call back number. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant is diagnosed with generalized anxiety disorder (F41.1). No impairment from this condition is documented in records provided.

The claimant has sleep disturbance, primarily from pain, and reports anxiety when driving, but seems to be able to drive. He is prescribed Hydroxyzine and Effexor XR, but no adverse effects are noted.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

He is diagnosed with knee pain, right, M 25.561, neck pain M 54.2, impingement syndrome of right shoulder M 75.41, hypercholesterolemia E 78.00. Obesity E 66.09 and chronic fatigue R 53.82 are noted. Headaches are also noted.

Medical issues will be deferred to the appropriate specialty for review.

**3. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Medical records do not support any R&Ls that were recommended by treating providers for the timeframes in question from the psychiatric standpoint.

It appears that most restrictions were related to mobility issues due to injuries. There are actually no documented restrictions due to anxiety.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant is receiving medications which are helping with anxiety and sleep. It may be worth considering psychotherapy, however he does not appear that he had a referral made.

5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

There are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

6. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond April 30, 2021 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond April 30, 2021.

The claimant does not have any impairments from the psychiatric standpoint and does not require restrictions and limitations beyond April 30, 2021. He has ability to perform sustained full time work beyond April 30, 2021.

Complaints of anxiety, primarily when driving, are noted. The claimant receives hydroxyzine and Effexor XR, last noted dose adjustment was on 4/1/21. No adverse effects to medications are noted. Mental status examination is normal.

7. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?

The restrictions and limitations provided by the attending physician are consistent with the medical information provided.

Restrictions and limitations are related to physical injuries and will be deferred to the appropriate specialty for review.

8. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

The medical evidence does not support any side effects from any medications.

No adverse effect. Medications are noted in records provided.

9. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Christy Bush,

Please attempt a minimum of 3 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Placed phone calls as noted above, but was unable to reach provider.

10. If your conclusion(s) is/are different from the conclusions in the review memo of June 28, 2021 by Dr. Kim Foehl, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

My conclusions are the same as the conclusions in the review memo of June 28, 2021 by Dr. Kim Foehl.

I agree that the claimant is not impaired from the psychiatric standpoint.

## Assessment/Rationale

This review is from a Psychiatry perspective. The claimant is a 40 year old male, birthdate:
who has reported date of disability of 12/13/20. The claimant has diagnoses of unspecified fracture of right patella, initial encounter for closed fracture and generalized anxiety disorder (GAD) (F41.1). The period in review is from 04/30/21 and beyond. The claimant does not have any impairments from the psychiatric standpoint and does not require restrictions and limitations beyond April 30, 2021. He has ability to perform sustained full time work beyond April 30, 2021. Complaints of anxiety, primarily when driving, are noted, the claimant receives hydroxyzine and Effexor XR, last noted dose adjustment was on 4/1/21. No adverse effects to medications are noted. Mental status examination is normal. The claimant has been primarily out of work due to physical injuries, which will be deferred to the appropriate specialty for review. It appears that his difficulty sleeping and difficulty with ADLs by his report a mostly related to injuries and pain.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies). I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Reliable Review Services

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Client |
| 12/15/2020, 12/21/2020, 01/04/2021, 01/06/2021, 01/13/2021, 01/29/2021, 02/17/2021, 03/26/2021, 04/06/2021, 04/20/2021, 05/26/2021, 05/27/2021, 06/23/2021, 07/20/2021, 08/12/2021 | Correspondence | Client |
| 07/27/2021, 07/28/2021 | Correspondence | Judd Alyssa , ALMI , ACS |
| 06/08/2021, 08/31/2021 | Clinical Review Memo | Not Signed |
| 08/30/2021 | Fax Transmission | Ortho Carolina Health Information Management |
| 08/23/2021 | Past Medical History | OrthoCarolina Gastonia |
| 08/03/2021, 08/05/2021, 08/09/2021, 08/12/2021, 08/18/2021 | Physical Therapy Progress Notes | OrthoCarolina Gastonia |
| 08/02/2021 | Plan Of Care | OrthoCarolina Gastonia |
| 05/25/2021, 06/04/2021, 06/07/2021, 07/12/2021, 07/21/2021, 07/23/2021 | Therapy Progress Note | OrthoCarolina Gastonia |
| 04/01/2021, 05/04/2021, 05/06/2021, 06/09/2021, 06/10/2021, 06/14/2021, 06/15/2021, 06/17/2021, | Progress Notes | OrthoCarolina Gastonia |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 06/21/2021, 06/24/2021, 06/28/2021 | | |
| 06/25/2021, /23/2021 | Confidential Patient Information | OrthoCarolina Gastonia |
| 05/06/2021, 06/28/2021 | Progress Notes | Patricia McHale |
| 05/25/2021, 06/04/2021,, 06/10/2021, 06/17/2021, | Therapy Progress Note | Mark Leyhe , PT |
| 06/07/2021, 06/14/2021, 06/21/2021, 06/24/2021, 07/23/2021, | Progress Notes | Emily Reece, PTA |
| 06/09/2021 | Progress Notes | Robert Milam IV, MD |
| 07/12/2021 | Therapy Progress Note | Lesley Pacitto, PT |
| 07/21/2021 | Therapy Progress Note | Phillip Hefner , PTA |
| 08/12/2021 | Correspondence | Darlene Battle |
| 12/05/2019, 12/30/2019, 05/07/2020, 06/07/2020, 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2020, 05/04/2021, 06/15/2021, 07/28/2021, | Progress Notes | Claremont Health |
| Undated | Peer Review | Client |
| Undated | ( New Duke Energy Job Description | Employer |
| 07/29/2021 | Correspondence | Correspondence |
| 07/29/2021 | Fax Correspondence | Carolina Orthopedic |
| 03/11/2021 | IMP Rights PCL Tear , MCL Sprain Nonweightbearing TIBLA Plateau | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, | Office Visit | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, 04/22/2021, | Correspondence | Christopher Prato , MD |
| 01/20/2021 | MRI Knee WO Contrast Right | Victor HO, MD |
| 12/13/2020 -12/14/2020 | Summary Of Care | Carolinas Medical Center |
| 07/29/2021 | Correspondence | Di Bella Chiropractic Center |
| Undated | Independent | Client |
| 07/01/2021 | File Review - Standard | Client |
| 06/28/2021 | Correspondence | Kim Foehl, MD |
| 06/29/2021 | Medical Documentation Reviewed | Kevin DiBella, DC |
| Undated | Summary Of Conversation | Andrew Nava, MD |
| 06/29/2021 | Correspondence/ Referral | Amia Welch |
| 06/28/2021, | Clinical Review Memo | Aleshi Logan, FNP |
| 06/28/2021 | Correspondence | Alesha Logan, FNP |
| 04/20/2021, 04/21/2021, 06/10/2021 | Authorization For the Release Of Information Including | Claimant |

| | | |
|---|---|---|
| | Including Protected Health Information | |
| 12/23/2020, 04/20/2021, 04/21/2021, | Disability Authorization To Obtain And Release Information | Claimant |
| 12/13/2020 | Non - Reportable Crash Form | HL Bautista |
| 06/09/2021 | Patient Portal History | Ortho Carolina |
| 06/01/2021, 06/08/2021, | Correspondence | Ortho Carolina |
| 05/27/2021 | Authorization For Release Of Health Information | Claimant |
| 03/24/2021, 04/21/2021, | Daily Note / Billing Sheet | Taylor Navey |
| 06/06/2021 | Request For Status | Client |
| 12/22/2020, 12/16/2020, 12/23/2020, 12/28/2020, 12/30/2020, 12/31/2020, 01/06/2021, 05/27/2021 | Progress Notes | Kevin DiBella, DC |
| Undated | Authorization For Release Of Health Information | Not Signed |
| 04/21/2021 | Activities Questionnaire | Claimant |
| 04/21/2021 | Claimant Information Form | Claimant |
| 04/21/2021 | Claimant Supplementary Statement | Claimant |
| Undated | Family Information Questionnaire | Claimant |
| 04/21/2021 | Social Security / Reimbursement Agreement | Claimant |
| Undated | Training - Education - Experience For ( TEE) | Claimant |
| Undated | Return To Work Form | Not Signed |
| 04/21/2021 | Authorization To Speak With Family Member / Alternate Contact | Claimant |
| 04/21/2021 | Reimbursement Agreement | Claimant |
| Undated | North Carolina Drivers License | Claimant |
| Undated | Authorization To Speak With Third Part | Not Signed |
| Undated | Third Party Liability Information Form | Not Signed |
| 03/30/2021, 04/08/2021 | 12/16/2020, | Aleshi Logan, FNP, BC |
| 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2021 | Progress Notes | Alesha Logan, FNP- BC |
| 02/22/2021, 04/13/2021 | Nursing Memorandum | Client |
| 03/18/2018, 02/09/2021,02/17/2021, 02/26/2021, 03/24/2021 | Flow Sheet | Carolina Orthopedic PT And Rehab |

Reliable Review Services

| | | |
|---|---|---|
| 02/09/2021, 03/18/2021 | Patient Outcomes | Jamie Giannattasio, DPT |
| 01/05/2021, 01/12/2021, 01/14/2021, 01/19/2021, 01/21/2021, 01/27/2021, 01/29/2021, 02/09/2021, 02/17/2021, 02/26/2021, 03/04/2021, 03/11/2021, 03/18/2021, 12/23/2021, 12/28/2020 | Daily Note / Billing Sheet | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021 | Physical Therapy Recertification Note | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021, 12/23/2021, | Plan Of Care | Jamie Giannattasio, DPT |
| 03/31/2020, 01/202021, | Restriction Form | Christopher Prato, MD |
| 12/23/2020, 02/09/2021, | Physical Therapy Initial Examination | Jamie Giannattasio, DPT |
| 01/29/2021 | Discharge Note | Jamie Giannattasio, DPT |
| 02/09/2021 | Upcoming Appointments | Carolina Orthopedic |
| 01/25/2021 | Tirage Assessment | Client |
| 01/20/2021 | Return To Work Form | Christopher Prato, MD |
| Undated | Restriction Form | Not Signed |
| 12/24/2020 | Physician Facesheet | Anthony Weekes, MD |
| 12/13/2020 | Ortho Consult Note | Anthony Weekes, MD |
| 12./14/2020 | Consultations | Daniel Phelps, MD |
| 12/13/2020 | ED Physician Documentation - ( Verified) | Anthony Weekes, MD |
| 12/13/2020 | Emergency Department Documentation | Anthony Weekes, MD |
| 12/13/2020 | Lab Report | Lab Corp |
| 12/14/2020 | CT - Computer Tomography | Patrick Fergus, MD |
| 12/13/2021 | CT - Computer Tomography | Walter Steele, MD |
| 12/13/2020 | CT - Computer Tomography | Michael Krasnokutsky, MD |
| 12/14/2020 | DX - Diagnostic Radiology | Edward Kravath, MD |
| 12/13/2020 | DX - Diagnostic Radiology | Walter Steele, MD |
| 01/07/2021 | Restriction Form | Aleshi Logan, FNP |
| 12/17/2020 | Request For Information | Atrium Health |
| Undated | Authorization For Release Of Health Information | Not Signed |

Reliable Review Services

Please remit response to:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Date: September 16, 2021
Kevin DiBella DC
Fax: 704-868-2602

Re: Allan A Araya DOB:
Claim #: 11295718
RRS Case#: 68381

Dear Kevin DiBella DC,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Allan A Araya's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

Sincerely,

Moshe Lewis

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Allan A Araya's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (9/23/2021).

Print: Kevin DiBella
Kevin DiBella DC

Sign: [signature]
Kevin DiBella DC

Date: 9/17/2021

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

RRS
Reliable Review Services

Please remit response to:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Date: September 16, 2021
Kevin DiBella DC
Fax: 704-868-2602

Re: Allan A Araya DOB:
Claim #: 11295718
RRS Case#: 68381

Dear Kevin DiBella DC,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Allan A Araya's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

## Discussion Summary:

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

Sincerely,

Moshe Lewis

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Allan A Araya's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (9/23/2021).

Print: Kevin DiBella
Kevin DiBella DC

Reliable Review Services

Sign: [signature] Date: 9/17/2021

Kevin DiBella DC

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Angelle Nash, MHS, CRC
Email: Angelle.Nash@lfg.com

# Occupational Analysis

**Date: 9/22/21**
**Name: Allan Araya**
**Claim Number: 11295718**
**Policy Holder: Duke Energy Corporation**

An Occupational Analysis was completed to compare the job, Customer Care Specialist to the occupation in the National Economy, per the DOT of Customer Service Representative (Sedentary, #239.362-014, ONET 43-4051.00).

Documents/Resources Reviewed:

- Job Description
- DOT-Dictionary of Occupational Titles
- ONET- Occupational Information Network Online

EE's RLs: No medicals provided for review with referral. The employee has anxiety and major depressive disorders.

The comparison to the position with the employer to the national economy is as follows:
**Essential Duties**:
Per the employer, This position is responsible for handling billing inquiries, service orders, trouble calls both during and outside of normal schedule, and any related matters from customers and other sources through various customer contact channels including telephone, email, websites and US mail. Focus is on meeting any customer requests and needs the first time, every time. Handles customer inquiries in a professional manner to develop and promote the highest possible degree of customer satisfaction, efficiency and cost effectiveness. Responds to customer inquiries and requests in relation to the customer's account. Demonstrates good decision making by matching customer needs with solutions or offerings. Assists customers with any questions regarding billing, service and account issues. Analyzes accounts to elaborate on: electric and/or gas charges, effects of weather conditions, general concepts in the pricing of gas and/or electric service; and the cost of operating various appliances. Provides energy conservation advice to assist customers with managing their bill. Promotes and offers valuable products and services as well as answers questions related to those products and services. Practice all safety policies and guidelines (e.g., hazard recognition, personal accountability and actively caring).

Per the DOT, Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment problems. Alternate Titles: Adjustment Clerk; Application Clerk; Order Clerk; Outside Contact Clerk; Service Representative

**Physical Demands**:
The employer indicates: This position requires sitting for long periods of time, adhering to a strict schedule, and the use of dual monitors to access multiple applications at the same time.

The occupation is typically performed as Sedentary in the National Economy, per the DOT. National Economy demand levels include:
Per the DOT:

- Occasional reaching, handling and fingering
- Frequent talking and hearing

**Summary**:
The employer physical requirements are not specifically outlined. The occupation is most often performed in the National Economy at the sedentary physical demand level. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,
Electronically Signed
*Angelle W. Nash, MHS, CRC, LRC*
*Vocational Case Manager*

**OCCUPATIONAL DATA**
**239.362-014 Customer Service Representative**
Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment problems. Alternate Titles: Adjustment Clerk; Application Clerk; Order Clerk; Outside Contact Clerk; Service Representative DLU: 1988

## OCCUPATIONAL REQUIREMENTS

**Title:** Customer Service Representative **DOT Code:** 239.362-014
**Industry:** Utilities

**Specific Vocational Preparation:** Level 5 (6 months to 1 year)

**General Educational Development:** Reasoning Grades 7-8
Mathematics Grades 4-6
Language Grades 7-8

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Constantly | Exposure to Radiation | Never |
| Hearing | Constantly | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Dealing with people.

**Data:** 3 Compiling
**People:** 6 Speaking-Signaling
**Things:** 2 Operating-Controlling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Vocational Memorandum**

**From:** Angelle Nash, MHS, CRC **Date:** 9/29/21

**To:** Joshua Tuliano

**Claim#:** 11295718
**Claimant:** Alan Araya
**Date of Birth:**
**Date of Disability:** 12/13/20

**Vocational Assessment:**

VCM received this file for an OA addendum to the OA previously performed by this VCM on 9/22/21. Please see this report for complete details regarding job duties and physical demands. I concur with the chosen occupation of Customer Service Representative (Sedentary, #239.362-014, ONET 43-4051.00). Per ARC request, review was completed to outline neck bending and rotation for occupational demands. It was also requested to address whether it is typical for a sit/stand desk within the workspace set up for the occupation or would this be an accommodation.

Research was completed utilizing DOT, ERI and ONET. Neck bending and rotation requirements are not specifically addressed in the research for this occupation. However, per a review of the material and substantial functions, this occupation would typically be performed in an office environment, and it is reasonable to conclude that neck bending and rotation would be minimal (occasional) as performed at an ergonomically correct workstation.

The tasks involved for this occupation which include time on the telephone, computer and communicating in person would all allow for the incumbent to change positions at will and alternate between sitting and standing. In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s).

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Sincerely,
Angelle Nash, MHS, CRC
Vocational Case Manager
Group Protection

**Vocational Memorandum**

**From:** Angelle Nash, MHS, CRC **Date:** 9/29/21

**To:** Joshua Tuliano

| | |
|---|---|
| **Claim#:** | 11295718 |
| **Claimant:** | Alan Araya |
| **Date of Birth:** | |
| **Date of Disability:** | 12/13/20 |

**Vocational Assessment:**

VCM received this file for an OA addendum to the OA previously performed by this VCM on 9/22/21. Please see this report for complete details regarding job duties and physical demands. I concur with the chosen occupation of Customer Service Representative (Sedentary, #239.362-014, ONET 43-4051.00). Per ARC request, review was completed to outline neck bending and rotation for occupational demands. It was also requested to address whether it is typical for a sit/stand desk within the workspace set up for the occupation or would this be an accommodation.

Research was completed utilizing DOT, ERI and ONET. Neck bending and rotation requirements are not specifically addressed in the research for this occupation. However, per a review of the material and substantial functions, this occupation would typically be performed in an office environment, and it is reasonable to conclude that neck bending and rotation would be minimal (occasional) as performed at an ergonomically correct workstation.

The tasks involved for this occupation which include time on the telephone, computer and communicating in person would all allow for the incumbent to change positions at will and alternate between sitting and standing. In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s).

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Sincerely,
Angelle Nash, MHS, CRC
Vocational Case Manager
Group Protection

**From:**Tuliano, Joshua
**Sent:**Mon, 27 Sep 2021 19:16:30 +0000
**To:**'LeavesAdministration@duke-energy.com';'MAPLead@duke-energy.com';'Battle, Darlene G'
**SCcuebt:**(secure) Short-Term Disability Appeal - Claim 11295718

Good afternoon,

We have reviewed Allan Araya’s file in response to his request for reconsideration for Short-Term Disability benefits beyond April 30, 2021. Based on our review, we are recommending that benefits be approved through June 12, 2021. This determination is based on the medical and vocational information contained in his disability file.

Please note that his LTD appeal for Long-Term Disability benefits is still being evaluated.

Mr. Araya will be notified of this determination under a separate cover.

Please feel free to contact me if you have any questions regarding this correspondence.




**joJs TCHi noa, MAaAB**
Appeal Specialist

**Llnbolm Flni nbli hGroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, September 27, 2021 3:11:12 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | nmakrvgpl6nslpim2bpf_11305092.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

September 27, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed our review of your request for reconsideration for Short Term Disability (STD) benefits and have determined that benefits are payable. Any benefits that may be payable will be sent under separate cover.

We will be requesting information periodically to evaluate your continued eligibility for benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [ ] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Joshua Tuliano DATE: Friday, September 24, 2021

## CLAIM BACKGROUND

Claimant Name: ALLAN ARAYA Claim Number: 11295718

- [ ] STD
- [x] FULLY INSURED
- ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: DUKE ENERGY CORPORATION

Change In DEF. Date: 06/13/2023

Pre-Disability Earnings: $5,007.60 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

OA addendum. Please outline neck bending and rotation for occupational demands. Is it typical for sit/stand desks within the workspace set up for the occupation, or would this be an accomodation?

RRS
Reliable Review Services

18:43:09

| | |
|---|---|
| Send to: Dr. Prato | From: Reliable Review Services |
| Company: | Phone:<br>Email: NTroiano@reliablers.com |
| Fax: 917048676401 | Fax: 561-995-4189 |

Total Pages (including cover page): 4

**Comment:**

Hi Dr. Christopher Prato,

This letter is being sent on behalf of Independent Peer Reviewer, Dr. Lewis.

Please review for accuracy, comment, sign, and return no later than 09/23/2021.

Thank you,

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
Fax: 561-995-4189

Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Dr. Christopher Prato | **From:** Reliable RS |
| **Fax:** 704-867-6401 | **Date:** September 16, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 68381 |

As an Independent Peer Reviewer, Moshe Lewis, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 9/23/2021.**

What is the claimant's diagnosis? PCL tear, MCL sprain, tib plateau fx
What are objective functional impairments noted? bluffed knee gait, knee sleeve for stability
What is the claimant's prognosis? good
What are the claimant's estimated restrictions? None
What is the claimant's estimated return to work date? last visit 4/22 - likely @ that date

Moshe Lewis

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082

9/20/21

Reliable Review Services

OH - 35.131470
TX - AM00065
September 16, 2021

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Fri, 24 Sep 2021 16:38:38 +0000
**To:**Tuliano, Joshua
**Cc:**VendorReferrals;Freda Jones
**Subject:**Claim Number: 11295718 RRS Case #: 68381
**Attachments:**Claim Number 11295718 RRS Case # 68381,Dr. Christopher Prato.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see the attached fax response from Dr. Christopher Prato.
Please advise if you would like an addendum.
Thanks!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Angelle Nash, MHS, CRC
Email: Angelle.Nash@lfg.com

# Occupational Analysis

**Date: 9/22/21**
**Name: Allan Araya**
**Claim Number: 11295718**
**Policy Holder: Duke Energy Corporation**

An Occupational Analysis was completed to compare the job, Customer Care Specialist to the occupation in the National Economy, per the DOT of Customer Service Representative (Sedentary, #239.362-014, ONET 43-4051.00).

Documents/Resources Reviewed:

- Job Description
- DOT-Dictionary of Occupational Titles
- ONET- Occupational Information Network Online

EE's RLs: No medicals provided for review with referral. The employee has anxiety and major depressive disorders.

The comparison to the position with the employer to the national economy is as follows:
**Essential Duties**:
Per the employer, This position is responsible for handling billing inquiries, service orders, trouble calls both during and outside of normal schedule, and any related matters from customers and other sources through various customer contact channels including telephone, email, websites and US mail. Focus is on meeting any customer requests and needs the first time, every time. Handles customer inquiries in a professional manner to develop and promote the highest possible degree of customer satisfaction, efficiency and cost effectiveness. Responds to customer inquiries and requests in relation to the customer's account. Demonstrates good decision making by matching customer needs with solutions or offerings. Assists customers with any questions regarding billing, service and account issues. Analyzes accounts to elaborate on: electric and/or gas charges, effects of weather conditions, general concepts in the pricing of gas and/or electric service; and the cost of operating various appliances. Provides energy conservation advice to assist customers with managing their bill. Promotes and offers valuable products and services as well as answers questions related to those products and services. Practice all safety policies and guidelines (e.g., hazard recognition, personal accountability and actively caring).

Per the DOT, Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment problems. Alternate Titles: Adjustment Clerk; Application Clerk; Order Clerk; Outside Contact Clerk; Service Representative

**Physical Demands**:
The employer indicates: This position requires sitting for long periods of time, adhering to a strict schedule, and the use of dual monitors to access multiple applications at the same time.

The occupation is typically performed as Sedentary in the National Economy, per the DOT. National Economy demand levels include:
Per the DOT:

- Occasional reaching, handling and fingering
- Frequent talking and hearing

**Summary**:
The employer physical requirements are not specifically outlined. The occupation is most often performed in the National Economy at the sedentary physical demand level. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,
Electronically Signed
*Angelle W. Nash, MHS, CRC, LRC*
*Vocational Case Manager*

OCCUPATIONAL DATA

239.362-014 Customer Service Representative

Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment problems. Alternate Titles: Adjustment Clerk; Application Clerk; Order Clerk; Outside Contact Clerk; Service Representative DLU: 1988

# OCCUPATIONAL REQUIREMENTS

Title: Customer Service Representative DOT Code: 239.362-014

Industry: Utilities

Specific Vocational Preparation: Level 5 (6 months to 1 year)

General Educational Development: Reasoning Grades 7-8
Mathematics Grades 4-6
Language Grades 7-8

Strength: Sedentary Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Constantly | Exposure to Radiation | Never |
| Hearing | Constantly | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

Work Situations: Performing a variety of duties.
Dealing with people.

Data: 3 Compiling

People: 6 Speaking-
Signaling

Things: 2 Operating-
Controlling

| Aptitudes: | DOT | OAP |
| --- | --- | --- |
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [ ] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Joshua Tuliano DATE: Monday, September 20, 2021

## CLAIM BACKGROUND

Claimant Name: ALLAN ARAYA Claim Number: 11295718

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: DUKE ENERGY CORPORATION

Change In DEF. Date: 06/13/2023

Pre-Disability Earnings: $5,007.60 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

OA - Appeal

RRS
Reliable Review Services

Please remit response to:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Date: September 16, 2021
Kevin DiBella DC
Fax: 704-868-2602

Re: Allan A Araya DOB:
Claim #: 11295718
RRS Case#: 68381

Dear Kevin DiBella DC,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Allan A Araya's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

Sincerely,

Moshe Lewis

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Allan A Araya's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (9/23/2021).

Print: Kevin DiBella

Kevin DiBella DC

RRS
Reliable Review Services

Sign: [signature]
Kevin DiBella DC

Date: 9/17/2021

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

**From:**Megan Collins <MCollins@reliablers.com>
**Sent:**Fri, 17 Sep 2021 14:07:21 +0000
**To:**VendorReferrals
**Cc:**Tuliano, Joshua
**Subject:**Claim# 11295718, RRS# 68381
**Attachments:**DiBella, Claim# 11295718, RRS# 68381.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

Please see the attached fax response from Dr. DiBella.

Thank you,


**Megan Collins**
**Billing Clerk**
Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL 33316
**Phone: 828-676-7258**

Email: mcollins@reliablers.com
Web: www.reliablers.com


RRS
Reliable Review Services


*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

FAXED 9/20/21

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
Fax: 561-995-4189

Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Christy Bush, FNP | **From:** Reliable RS |
| **Fax:** 704-865-7328 | **Date:** September 16, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 68382 |

As an Independent Peer Reviewer, Elena A Dlugach, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 9/23/2021.**

Does claimant have impairment from the psychiatric standpoint? PTSD from car accidents
Is his anxiety preventing him from working? Yes
When was he last seen and what were the clinical findings? 9/9/2021, Still Anxious about Driving & outi public.
Have you had to adjust his anxiety medication regimen? no increased medication at last visit.

[signature]

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140
September 16, 2021

[signature] 9/20/2021

Reliable Review Services

18:40:24

| Send to: | From: Reliable Review Services |
|---|---|
| Company: | Phone:<br>Email: NTrojano@reliablers.com |
| Fax: 917048657328 | Fax: 561-995-4189 |

Total Pages (including cover page): 3

**Comment:**

Hi Christy Bush, FNP,

This letter is being sent on behalf of Independent Peer Reviewer, Dr. Dlugach.

Please review for accuracy, comment, sign, and return no later than 09/23/2021.

Thank you,
**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

**From:**Megan Collins <MCollins@reliablers.com>
**Sent:**Mon, 20 Sep 2021 20:27:01 +0000
**To:**VendorReferrals
**Cc:**Tuliano, Joshua
**Subject:**Claim# 11295718, RRS# 68382
**Attachments:**Bush, Claim# 11295718, RRS# 68382.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please see the attached fax response from Christy Bush, FNP.

Thank you,


**Megan Collins**
**Billing Clerk**
Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL 33316
**Phone: 828-676-7258**

Email: mcollins@reliablers.com
Web: www.reliablers.com


RRS
Reliable Review Services


*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Sent:**Mon, 20 Sep 2021 15:11:37 +0000
**To:**Tuliano, Joshua
**SCcuebt:**RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)
**Attj bJ ments:**Job Demands 10813707.docx

---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Monday, September 20, 2021 10:39 AM
**To:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**SCcuebt:** RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Hi Darlene,

Would you be able to clarify the additional job demands for Allan Araya in the attached document?

Thank you,



**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Tuliano, Joshua
**Sent:** Thursday, August 12, 2021 3:12 PM
**To:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**SCcuebt:** RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

Thank you Darlene!



**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Sent:** Thursday, August 12, 2021 2:34 PM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**SCcuebt:** RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Allan's job does not require any overhead activity or reaching below the shoulder level..

Thanks,
Darlene Battle
Charlotte Contact Center
Phone: (704) 587-6832
**Darlene.battle @duke-energy.com**
DUKE ENERGY.

---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Thursday, August 12, 2021 1:09 PM
**To:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**SCcuebt:** [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Hi Darlene,

I'm reviewing a Short-Term and Long-Term Disability appeal for Allan Araya (EE ID 461081). Can you confirm if his job requires any overhead activity or reaching below the shoulder level? These were not noted in the job description.

If his job does require the above, can you define the amount of time per the below definitions (occasional, frequent or constant)?

**<u>Definitions</u>**

Occasional: activity or condition exists up to 1/3 of the time; 20 minutes per hour or 2 ½ hours per day.
Frequent: activity or condition exists up to 1/3 to 2/3 of the time; 40 minutes per hour or 5½ hours per day.
Constant: activity or condition exists 2/3 or more of the time; 41 minutes per hour or more; more than 5½ hours per day.

Thank you in advance,



**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

----------------------------------------------------------------------
This Lincoln Financial Group communication was sent securely using TLS.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

----------------------------------------------------------------------

This Lincoln Financial Group communication was sent securely using TLS.

**From:**Tuliano, Joshua
**Sent:**Mon, 20 Sep 2021 14:38:46 +0000
**To:**'Battle, Darlene G'
**SCcuebt:**RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)
**Attj bJ ments:**Job Demands 10813707.docx

Hi Darlene,

Would you be able to clarify the additional job demands for Allan Araya in the attached document?

Thank you,

**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Tuliano, Joshua
**Sent:** Thursday, August 12, 2021 3:12 PM
**To:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**SCcuebt:** RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

Thank you Darlene!

**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

---

**From:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Sent:** Thursday, August 12, 2021 2:34 PM
**To:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**SCcuebt:** RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Allan’s job does not require any overhead activity or reaching below the shoulder level..

Thanks,
Darlene Battle
Charlotte Contact Center
Phone: (704) 587-6832
**Darlene.battle @duke-energy.com**

---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Thursday, August 12, 2021 1:09 PM
**To:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**SCcuebt:** [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®

Hi Darlene,

I'm reviewing a Short-Term and Long-Term Disability appeal for Allan Araya (EE ID 461081). Can you confirm if his job requires any overhead activity or reaching below the shoulder level? These were not noted in the job description.

If his job does require the above, can you define the amount of time per the below definitions (occasional, frequent or constant)?

**Definitions**

Occasional: activity or condition exists up to 1/3 of the time; 20 minutes per hour or 2 ½ hours per day.
Frequent: activity or condition exists up to 1/3 to 2/3 of the time; 40 minutes per hour or 5½ hours per day.
Constant: activity or condition exists 2/3 or more of the time; 41 minutes per hour or more; more than 5½ hours per day.

Thank you in advance,




**hosJ TClij noa, MAaAB**
Appeal Specialist

**Linboln Finj nbij l GroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

----------------------------------------------------------------------

This Lincoln Financial Group communication was sent securely using TLS.

I am in need for further information regarding Allan Araya specific physical job requirements.

Can you please advise on the frequency required to perform the following activities?

**Does his job require in excess of lift/push/carry/pulling or pull > 10 lbs. occasionally?**

1. Yes
2. No

**Standing**

1. Occasional
2. Frequent
3. Constant
4. Never

**Walking**

1. Occasional
2. Frequent
3. Constant
4. Never

**Sitting**

1. Occasional
2. Frequent
3. Constant
4. Never

**Bending**

1. Occasional
2. Frequent
3. Constant
4. Never

**Twisting**

1. Occasional
2. Frequent
3. Constant
4. Never

**Crouching**

1. Occasional
2. Frequent
3. Constant

4. Never

**Neck Bending**

1. Occasional
2. Frequent
3. Constant
4. Never

**Does my Araya's have a sit/stand desk?**

1. Yes
2. No

**<u>Definitions</u>**

Occasional: activity or condition exists up to 1/3 of the time; 20 minutes per hour or 2 ½ hours per day.
Frequent: activity or condition exists up to 1/3 to 2/3 of the time; 40 minutes per hour or 5½ hours per day.
Constant: activity or condition exists 2/3 or more of the time; 41 minutes per hour or more; more than 5½ hours per day.

Please let me know if you have any questions. Thank you for your assistance!

I am in need for further information regarding Allan Araya specific physical job requirements.

Can you please advise on the frequency required to perform the following activities?

**Does his job require in excess of lift/push/carry/pulling or pull > 10 lbs. occasionally?**

1. Yes
2. No

**Standing**

1. Occasional
2. Frequent
3. Constant
4. Never

**Walking**

1. Occasional
2. Frequent
3. Constant
4. Never

**Sitting**

1. Occasional
2. Frequent
3. Constant
4. Never

**Bending**

1. Occasional
2. Frequent
3. Constant
4. Never

**Twisting**

1. Occasional
2. Frequent
3. Constant
4. Never

**Crouching**

1. Occasional
2. Frequent
3. Constant

4. Never

**Neck Bending**

1. Occasional
2. Frequent
3. Constant
4. Never

**Does my Araya's have a sit/stand desk?**

1. Yes
2. No Allan is remote, he works from home not sure of the type of desk

**<u>Definitions</u>**

Occasional: activity or condition exists up to 1/3 of the time; 20 minutes per hour or 2 ½ hours per day.
Frequent: activity or condition exists up to 1/3 to 2/3 of the time; 40 minutes per hour or 5½ hours per day.
Constant: activity or condition exists 2/3 or more of the time; 41 minutes per hour or more; more than 5½ hours per day.

Please let me know if you have any questions. Thank you for your assistance!

Date: 9/16/2021

To: Joshua Tuliano

LINCOLN FINANCIAL GROUP

Re: RRS ID: 68381

---

Claimant: Allan A Araya

Claim #: 11295718

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 40 year old male who has reported date of disability of 12/13/20. The claimant has a diagnosis of unspecified fracture of right patella, initial encounter for closed fracture. The period in review is from 04/30/21 and beyond.

Physical therapy notes 04/21/21, 05/25/21, 06/04/21, 06/07/21, 06/10/21, 06/14/21, 06/17/21, 06/21/21, 06/24/21, 07/12/21, 07/21/21, 07/23/21, 08/02/21, 08/03/21, 08/05/21, 08/09/21, 08/10/21, and 08/12/21.

Chiropractic therapy notes 12/22/20, 12/23/20, 12/28/20, 12/30/20, 12/31/20, 01/04/21, 01/06/21, 01/11/21, 01/13/21, 01/14/21, 01/21/21, 01/25/21, 01/27/21, 02/02/21, 02/04/21, 02/10/21, 02/12/21, 02/17/21, 02/18/21, 02/23/21, 02/26/21, 03/03/21, 03/04/21, 03/10/21, 03/11/21, 03/17/21, 03/18/21, 03/24/21, 03/26/21, 04/01/21, 04/08/21, 04/09/21, 04/15/21, 04/16/21, 04/21/21, 04/22/21, 04/28/21, and 04/29/21.

Computed tomography (CT) of the head without contrast dated 12/13/20 revealed no acute intracranial abnormality. Moderate inflammatory changes in the right frontal and ethmoid sinuses.

Computed tomography of the thoracic spine without contrast dated 12/13/21 revealed no acute findings.

X-ray of the bilateral legs and left ankle dated 12/13/21 revealed no acute findings.

X-ray of the knee bilateral dated 12/13/20 revealed no effusion, fracture, dislocation or subluxation. No other acute findings.

X-ray of the pelvis dated 12/13/20 revealed normal radiographic examination.

X-ray of the chest dated 12/13/20 revealed normal chest radiographs.

X-ray of the right femur dated 12/14/21 revealed that the femur appears intact with no acute findings.

X-ray of the right lower leg dated 12/14/21 revealed that on the lateral view there are small osseous fragments adjacent to the posterior tibial plateau and fibular head. The more distal tibia and fibula appear intact.

X-ray of the right knee dated 12/14/21 revealed that on the lateral view there are small osseous fragments adjacent to the posterior tibial plateau. The joint appears congruent.

X-ray of the left femur dated 12/14/21 revealed no acute findings.

Computed tomography of the chest, abdomen and pelvis with contrast dated 12/13/21 revealed no acute abnormalities.

Computed tomography of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. Evidence of posteromedial corner injury with capsular edema.

Magnetic resonance imaging of the right knee without contrast dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. No meniscus tears.

Office visit note by Alesha Logan N, FNP-BC dated 04/01/21 the claimant presents for a follow up and was involved in a motor vehicle collision which caused the claimant to have an injury on the right knee. The claimant feels anxious particularly in public settings and when driving. The claimant drove himself today. The headaches are intermittent. They are not bad, some days are better than others as verbalized by the claimant. The headache is present today and is taking amitriptyline nightly. He does not want surgery. He is attending physical therapy and chiro. He wears a right knee brace. He has been out of work and is on short term disability. ROS is positive for neck and joint pain. On examination, the claimant appears normal, well developed and not ill-appearing. The current mood of the claimant is anxious. The claimant was assessed with MVC; Anxiety state; and Vitamin D deficiency. The claimant will continue with physical therapy and chiropractic care, continue with the current medication regimen and be advised to follow up in 4 weeks.

Restrictions form by Alesha Logan, NP dated 04/08/21 the claimant will be on a sedentary restriction lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time of the time and standing/ walking occasionally. There is impaired mobility secondary to MVA. The restrictions will be imposed 12/15/21 to 05/05/21. The treatment best fit for the claimant is physical therapy.

Activities questionnaire accomplished by the claimant dated 04/21/21 the claimant is able to sit for 15 mins, stand for 30 mins and walk for 35 mins. Typically the claimant sits and stands 1hr daily and walks

for 2 hours daily. The claimant spends a maximum of 6 hours sleeping poorly due to neck, right shoulder, knees, and headache issues. The claimant uses cane as assistance in ambulation. The claimant is unable to work in his garden, house and wash his car. The claimant spends 30mins daily on the computer. The claimant is able to perform on the home computers such as pay bills and use search engines. The claimant is capable of opening and responding to mail, managing finances, balancing the checkbooks, bathing himself, styling own car, getting dressed and going up and down the stairs. The claimant however needs assistance in grocery shopping and carrying the groceries, cooking meals, cleaning the bathroom and vacuuming. The claimant stated that sitting for long periods in front of the computer obtained severe right shoulder, neck and bilateral knees injuries due to MVA, because of that they have mobility issues.

Office visit note by Christopher Prato, MD dated 04/22/21 states the claimant returns in followup for his right knee. He has been consistent with his physical therapy and at this point the therapist is happy with his progress. He still walks on a slightly flexed knee gait, maybe a few degrees, but the claimant feels as though he is improving and has improved dramatically. He occasionally wears his knee sleeve when he is going to be up for long distances. Overall he feels he is at least 90% improved. On physical examination the knee is extension 3 and flexion is 130. No tenderness is noted on the exam. The claimant is assessed with Right PCL tear, MCL sprain, non-weight bearing tibial plateau fracture and the plan at this point is to continue with home exercise program and to follow up in the next 6 months.

Office visit note by Alesha Logan N, FNP-BC dated 05/04/21 the claimant returns for a follow up verbalized that he doesn't feel normal. He has been seeing a chiropractor regularly as well as an orthopedist. He is still having pain in his extremities. He is concerned that he is having to take medications regularly now. He has yet to return to work. Is currently receiving therapy. Both knees continue to throb and ache. He fell out of bed the other night due to tossing and turning trying to get comfortable in bed. Now has a bruise on his right abdomen. His anxiety is increased because of the accidents. Prior to the accident he was not on any medications regularly. He is now taking hydroxyzine and effexor. These do help his symptoms. Reports his employer wants him to complete a return to work form. On examination of the bilateral knee there is tenderness found. The claimant is advised to follow up with a specialist as scheduled, continue the current regimen/plan and follow up in 6 weeks to assess his readiness to return to work and depression screening is also set up for the claimant.

Office visit note by Patricia McHale, MD dated 05/06/21 the claimant presents today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. X-rays and an MRI were done. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The claimant states that he is taking multiple different pain medications, but is not comfortable identifying the medications. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies

any previous problems with his knees prior to this accident. The claimant does walk with an antalgic gait on the right. He has a range of motion of the right knee from approximately 5-1 00 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has a well- maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has a well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities. The claimant was assessed with bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left. The plan is to request an x-ray of the bilateral knee, physical therapy evaluation and treatment and tobacco use screening.

Chiropractic therapy initial note by Kevin Dibella, DC dated 05/07/21 the claimant presents with several complaints: Cervical area, neck and right shoulder pain still persists. The right shoulder pain has reduced by 60% since the beginning of treatment. Still taking medication. The pain is acute, which is caused by an auto accident. Greatly, the affected side is the right. The condition is improving. The Pain is described as dull and stiff, with a pain rate of 6/10. The pain is intermittent and radiates to the right shoulder and right shoulder blade. Time of day when symptoms get worse during the night. The symptoms aggravate in movement; sitting and Standing. Time of day when symptoms improves as the day progresses. Symptoms alleviate with chiropractic care; medication. The Headaches are Occasional. The cervical disability index is 66%. The Thoracic spine where in the right upper back pain is intermittent, but has improved especially with medication. The pain is acute and is caused with MVA, and the affected side is the right. The condition is improving. The pain is dull, stiff, and described as moderate with a pain rate of 6/10. Pain is intermittent. Pain radiates to Right arm. And aggravates in Sitting long periods; Standing, and is only Alleviated by chiropractic care and medication. The Upper Extremity specifically in the right shoulder still persists, but has improved. Mobility has improved. Still having some disruptive sleep due to the pain. He continues to take pain medication as needed. Location is the shoulder on the right. Onset is acute, and the cause of symptoms is the accident. Changes in this condition are improving. Pain quality is achy, dull, stiff, described as moderate level with a pain rate of 6/10. Pain is frequent. Pain radiates to other areas at the right trapezius. Time of day when symptoms get worse is during the night. Exacerbating symptoms is with movement. Time of day when symptoms improve is as the day progresses. Alleviates symptoms with chiropractic care; resting; warmth. Weakness is on the right shoulder. Shoulder pain with movement and right internal rotation is mild. On physical examination, the cervical Range of motion in flexion is 50/50, extension is 50/60 with pain with left rotation is 80/80 with pain, right rotation is 80/80 with pain, The left lateral bending is 45/45, right lateral bending is 45/45. Tightness is the right, cervical area is moderate. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. The orthopedic tests the head compression is Negative; left lateral compression is Negative; right lateral compression is Negative; Right Shoulder Depression is Positive; Left Shoulder Depression is Negative. Spinal subluxation level in the C5, C6, C7, T1, T2. The Thoracic is Tightness specifically in the right upper thoracic paraspinals is moderate. Tenderness on palpation: T1-T2 is dull and moderate in intensity. The right upper thoracic paraspinals are moderate and dull. The Upper Extremity on Palpation elicited pain over the anterior shoulder. Pain was elicited in internal rotation. The

claimant is assessed with sprain of the cervical spine, strain of the muscle, fascia and tendon in the neck level, a somatic dysfunction of the cervical region, sprain of the thoracic spine, strain of the muscle and tendon back wall of thorax/ There is also a sprain of the right shoulder. With post treatment analysis which gave the claimant improved ROM, the claimant tolerated the treatment without incident. The plan where the prognosis is fair and the alternate heat and ice 20 mins each.

Initial evaluation therapy progress note by Mark Leyhe, PT dated 05/25/21 states the claimant presents with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. The claimant states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The claimant states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident. The Claimant reports pain in Left calf and at night, He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Claimant is currently not working due to pain when sitting. Claimant wants to get back running and play basketball. The claimant reports impaired function with lifting/carrying, driving, mobilization in/out of vehicle, negotiating stairs, rise from sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational sports activities and gardening/yard work. In examination is that the gait is antalgic with cellulitis on the right posterior and medial knee. There is moderate popliteal fossa on the right knee tenderness. Knee/Hip ROM is within normal limits except, knee flexion in the right is 1120 and left is 130. The knee extension in the right is 10 lacking and left is -2 HE. The right knee end feel is painful/empty and muscle guarding whereas the left knee end feel is normal. Quadricep and hamstring limitations are severe on the right. The knee strength flexion on the right is 3/5 and left is 4/5, whereas in extension on the right is 3-/5 and left is 3+/5. Straight leg raise on the right is unable and left is able. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%. The claimant assessment is that the claimant will benefit from skilled physical therapy in order to improve Bilateral knee ROM, endurance, strength, load balance, agility and power necessary to return to community and recreational activities without limitation. Impaired body functions and systems to be addressed, pain, muscle guarding, decreased ROM, joint mobility, strength, and dynamic balance/stabilization, gait deviations and limited knowledge of present condition management and HEP. The prognosis is good.

Final Therapy note by Emily Reece, PTA dated 06/07/21 the claimant was evaluated and assessed for bilateral knee pain. Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Claimant reports popping and cracking in knee throughout session for all exercises. Claimant is advised to continue therapy.

Office visit note by Robert Alden Milam, IV dated 06/09/21 the claimant presents today for neck pain. The claimant presents today as a new claimant for evaluation regarding neck pain. He was previously seen by Dr. Patricia McHale on 05/06/2021. The claimant reports he was involved in 2 motor vehicle accidents. The first occurred on 12/13/2020 and at that time he was the restrained back seat passenger in a vehicle that had a head on collision hitting on the right side. The claimant apparently noted onset of pain in the knees and in his right shoulder beginning at that point. He then had a second accident on 02/20/2021 that further these issues. At that time, he was a restrained front seat passenger in his car in the left lane. The car from the right lane moved to the left, impacting the passenger side of his vehicle. Today, the claimant complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder “does not feel right.” The claimant reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self-prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers. Today, the claimant complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder “does not feel right.” The claimant reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self-prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers. The claimant states he has been receiving treatment for his knees at Carolina Orthopedics in Gastonia. Claimant is well developed, well-nourished and in no acute distress. The claimant is alert and oriented x3. The claimant moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is unlabored. The claimant flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The claimant can heel raise in tandem and independently. The claimant can toe raise in tandem and independently. Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, non-tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The claimant flexes forward to the chest, and extends 100 percent of normal, with pain. Lateral Bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling’s maneuver is negative bilaterally. No tenderness to palpation along the neck and trapezius specifically, but does have pain with cervical range of motion particularly with left rotation, flexion, and extension of the cervical spine. Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clone. Babinski testing shows toes are down-going. Positive Hawkins and Neer impingement testing. Pain with range of motion of the right shoulder. Impingement testing is positive on the right. Bilaterally, shoulders are nontender, ROM is full in all planes with no instability. Supraspinatus testing is negative. Back is nontender to palpation, has normal ROM, and has no atrophy, and no gross instability or malalignment. AP and lateral cervical spine radiographs ordered and performed today and interpreted by me show well-preserved disc spaces throughout. Normal alignment. No cervical facet spondylosis, have some anterior calcification of the anterior longitudinal ligament at C5-6. No fractures. The claimant is diagnosed with tobacco non-user, neck pain and impingement of the right shoulder. The plan is to start diclofenac, physical therapy of the spine, request for a cervical spine x-ray and a tobacco use screening.

Office visit note by Patricia McHale, MD dated 06/28/21 the claimant presents with follow up for the

bilateral knee pain. He states that his left knee is doing better. His right knee is still sore. He has a lot of trouble with his right knee at night. Physical therapy does seem to be helping and very pleased with how the PCL brace has helped. The claimant is walking well today. He has a well-maintained range of motion of both knees. He does continue to have some pain with maximal flexion of the right knee. There is no valgus instability. He does have a grade 1 posterior drawer. There is no anterior or varus instability. He is able to do an active straight leg raise on both sides with no extensor lag. There is minimal swelling of the right knee. His quadriceps strength is progressing nicely. He is neurovascularly intact throughout both lower. The claimant is assessed with right knee MCL and PCL sprains and is improving. Plan is to continue with therapy and continue to use braces for activity. Advised to follow up in 4-6 weeks.

Office visit note by Alesha Logan, FNP-BC dated 06/15/21 the claimant presents for a follow up of the pain in the right knee. The claimant is a status post MVA. He is still undergoing PT, as advised by two specialists. He has been consistently attending and doing exercises at home. ROM has improved, but not quite at his target. Not ready to return to work due to his persistent pain. He reports pain with extended driving that is occasionally relieved with repositioning. His anxiety has improved. On examination of the right knee exhibits decreased range of motion and there is tenderness. The claimant has antalgic gait posture. The claimant was assessed with vitamin D deficiency advised to take ergocalciferol capsule and for the anxiety state to continue with the current regimen. Advised the claimant to return in 6 weeks.

Peer review report by Andrew Nava, MD dated 06/28/21 stated that the claimant's primary impairing diagnosis of left knee, right knee pain and sprain of posterior cruciate ligament of the right knee are not supported as functionally impairing as of the moment. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 4/30/2021 to present. The treatment provided is consistent with the standard of care for the apparent level of severity of the condition(s). No, there is no evidence that the claimant is not compliant with treatment that meets the standard of care. There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

Office visit note by Christy Bush P, FNP-C dated 07/28/21 the claimant presents with motor vehicle crash and medication refill. He is currently out of work for this. He worked for Duke for 20 years. He states that he would like to get back to work once he feels better. He states that he can't sleep well and does not want to make any mistakes at work because of his fatigue. He has been out of work since 2/2021 this is when the 2nd accident occurred. He was on 85 and mom was driving a car when another car came into their lane. He tore his right ACL. He states that he is seeing ortho and PT. He states that he does not like to drive and is very anxious to be on the road. He is taking Effexor for this. He states that he is doing better but still anxiety is there. He had PT for the knees. He sees ortho on 8/9/21 and plans on asking for a steroid injection. He does not want surgery. He is taking flexeril 5 mg q 8hr and states it helps him with the pain in his neck. Seeing a different doctor for the neck. He also recommended PT as well but has not followed up because he has been working on his knees. The claimant states that there is neck pain, bilateral knee pain, and wears a right knee brace. Positive for sleep disturbance and currently the claimant is nervous and anxious. On examination, there is decreased range of motion in the right knee and with right knee brace. The claimant is assessed with Vitamin D deficiency, chronic bilateral middle ear effusion, mixed hyperlipidemia. The plan is to redo cholesterol testing when fasting

to come back in 4 weeks, depression screening and to follow up in 6 weeks.

Therapy notes by Lesley Marie Pacitto, PT dated 08/18/21 the claimant presents with neck pain. Sleeping on the right shoulder is painful, wakes claimants at night. Pt indicates pain in the area of the cervicothoracic junction, goes to the area of the right upper trapezius and anterior shoulder. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Pain 5-6/10 with medication. 7/10 without medication. On examination of the right shoulder AROM: flexion 160 deg scaption 160 deg ER 75 deg IR thumb to T10, the Right shoulder strength is flexion 5-/5 scaption 5-/5 ER 4+/5. Claimant's anterior shoulder pain with resisted shoulder flexion. Neer's impingement with pain. Hawkins impingement is negative. The Cervical AROM is rotation right 75% "stiff" left 75% "stiff", extension 75% "stiff". Right posterior quadrant with neck pain. Compression test is negative. The claimant has right shoulder pain and neck pain continues at level of 5-6/10 with medication. Does not appear pain is radicular in nature, right shoulder with good AROM and strength however it does have pain with overhead impingement tests and resisted shoulder flexion.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 9/7/2021 3:11 PM EDT | Voicemail | Left a detailed message on office voicemail for Dr. Patricia Mc.Hale with claimant and callback information. |
| 9/8/2021 12:27 PM EDT | Voicemail | Left a detailed message on office voicemail for Dr. Patricia Mc.Hale with claimant and callback information. |
| 9/9/2021 10:56 AM EDT | Voicemail | Left a detailed message on office voicemail for Dr. Patricia Mc.Hale with claimant and callback information. |
| 9/7/2021 3:17 PM EDT | Tonya, Office Staff | Tonya took a detailed message for Kevin DiBella, DC with patient and callback information. |
| 9/8/2021 12:10 PM EDT | Voicemail | Left a detailed message on office voicemail for Kevin DiBella, DC with claimant and callback information. |
| 9/9/2021 11:00 AM EDT | Kevin DiBella, DC | See discussion below. |
| 9/7/2021 3:23 PM EDT | Voicemail | Left a detailed message for Dr. Christopher Prato on nurse's voicemail with claimant and callback information. |
| 9/8/2021 12:16 PM EDT | Voicemail | Left a detailed message for Dr. Christopher Prato on nurse's voicemail with claimant and callback information. |
| 9/9/2021 11:08 AM EDT | Voicemail | Left a detailed message for Dr. Christopher Prato on nurse's voicemail with claimant and callback information. |

## Discussion Summary:

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant has impairing diagnoses of unspecified fracture of right patella, initial encounter for closed fracture. (S82. 001A), sprain of ligaments of cervical spine, initial encounter (S13. 4XXA) and unspecified sprain of right shoulder joint, initial encounter (S43. 401A).

The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. Evidence of posteromedial corner injury with capsular edema. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. He has been out of work and is on short term disability. He also reported neck and joint pain. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Both knees continue to throb and ache. He is taking hydroxyzine and effexor which help his symptoms. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. On a visit dated 05/07/2021, the claimant also complained of persistent cervical pain and right shoulder pain. The right shoulder pain has reduced by 60% since the beginning of treatment. The cervical disability index is 66%. The neck pain is described as dull and stiff rated 6/10. The pain is intermittent and radiates to the right shoulder and right shoulder blade. Symptoms alleviate with chiropractic care and medication. The Headaches are Occasional. Sleep is disrupted and pain is exacerbated with movement. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on

palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Right knee ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Not Applicable

**3. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Yes. The medical records support the R&Ls that were recommended by treating providers for the timeframes in question.

Restrictions form by Alesha Logan, NP dated 04/08/21 the claimant will be on a sedentary restriction lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time of the time and standing/ walking occasionally. There is impaired mobility secondary to MVA. The restrictions will be imposed 12/15/21 to 05/05/21. The treatment best fit for the claimant is physical therapy.

The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds.  The left side seems to hurt more in the calf area.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant was managed with conservative care including medication, physical therapy, chiropractic care, brace, and pain management.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**6. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond April 30, 2021 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond April 30, 2021.**

From April 30, 2021, the claimant is limited to occasional bending, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. These restrictions/limitations apply through 11/30/21.

The claimant is capable of a sustained full time work within the restrictions and limitations.

The claimant has complaints of bilateral knee pain, neck pain and shoulder pain s/p vehicular collision. CT of the right lower extremity revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. MRI of the right knee revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He has been out of work and is on short term disability. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the

right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion. Recent exam of the right knee noted ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%.

**7. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?**

Restrictions and limitations provided by the attending physician are consistent with the medical information provided.

Restrictions form by Alesha Logan, NP dated 04/08/21 the claimant will be on a sedentary restriction lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time of the time and standing/ walking occasionally. There is impaired mobility secondary to MVA. The restrictions will be imposed 12/15/21 to 05/05/21. The treatment best fit for the claimant is physical therapy. The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area.

**8. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence does not support any side effects from any medications.

**9. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Patricia Mc.Hale 704-867-2333 (ph), 704-865-9106 (f); Kevin DiBella DC 704-867-1010 (ph), 704-868-2602 (f); Dr. Christopher Prato (ortho) 704-865-0077 (ph), 704-867-6401 (f).**

**Please attempt a minimum of 3 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.**

Noted.

**10.**

**If your conclusion(s) is/are different from the conclusions in the review memo of June 29, 2021 by Dr. Andrew Nava MD, please explain the medical rationale and evidence used in your coming to the different conclusion(s).**

Based on my review of the claimant's medical records, the conclusion is different from the review memo of June 29, 2021 by Dr. Andrew Nava MD.

Peer review report by Andrew Nava, MD dated 06/28/21 stated that the claimant's primary impairing diagnosis of left knee, right knee pain and sprain of posterior cruciate ligament of the right knee are not supported as functionally impairing as of the moment. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 4/30/2021 to present.

The claimant has complaints of bilateral knee pain, neck pain and shoulder pain s/p vehicular collision. CT and MRI of the right lower extremity revealed comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. There is complete PCL tear near complete MCL tear. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-

100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion. Recent exam of the right knee noted ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%.

**11. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

Yes. The severity and scope of the claimant's reported pain is consistent with the severity and scope of the claimant's medical conditions and intensity of treatment.

The claimant has complaints of bilateral knee pain, neck pain and shoulder pain s/p vehicular accident. CT and MRI of the right lower extremity revealed comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. There is complete PCL tear near complete MCL tear. Pain interferes with sleep, work, and ADLS. He has been out of work and is on short term disability. He complained of persistent pain on extremities despite therapy. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There

is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion. Recent exam of the right knee noted ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%.

The claimant does not want surgery and opt for conservative care. However, he continues to complain of persistent pain and impairments are evident on exam findings. He is off from work due to pain and deficits.

## Assessment/Rationale

The claimant has complaints of bilateral knee pain s/p vehicular accident. CT of the right lower extremity dated 12/14/20 revealed a comminuted avulsion fracture of the proximal tibia involving the entirety of the PGL insertional footprint. Evidence of posteromedial corner injury with capsular edema. MRI of the right knee dated 01/20/21 revealed a comminuted fracture of the posterior tibial plateau. Extensive contusion as described. Complete PCL tear near complete MCL tear. He wears a right knee brace. He has been out of work and is on short term disability. He also reported neck and joint pain. Pain interferes with sleep. He is attending physical therapy and chiropractic car with improvements noted. He complained of persistent pain on extremities despite therapy. Both knees continue to throb and ache. He is taking hydroxyzine and effexor which help his symptoms. Exam of the bilateral knees noted tenderness. Exam of the right knee noted antalgic gait on the right. ROM from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. Left knee range of motion is from 0-120 degrees. ROM of His right knee cracks and grinds. The left side seems to hurt more in the calf area. On a visit dated 05/07/2021, the claimant also complained of persistent cervical pain and right shoulder pain. The right shoulder pain has reduced by 60% since the beginning of treatment. The cervical disability index is 66%. The neck pain is described as dull and stiff rated 6/10. The pain is intermittent and radiates to the right shoulder and right shoulder blade. Symptoms alleviate with chiropractic care and medication. The Headaches are Occasional. Sleep is disrupted and pain is exacerbated with movement. Exam of the cervical spine noted ROM extension is 50/60 with pain, pain with rotation noted. There is moderate tightness on the right. Tenderness on palpation in the C5-C7 is moderate and the quality is

dull. Right shoulder depression is positive. Spinal subluxation level is in the C5, C6, C7, T1, and T2. There is moderate tightness in the right upper thoracic paraspinals. Dull and moderate tenderness on palpation at T1-T2. The right upper thoracic paraspinals are moderate and dull. There is pain over the anterior shoulder and on internal rotation. Positive Hawkins and Neer impingement testing. He also reported impaired function with ADLS due to bilateral knee pain. Right knee ROM is restricted and painful. Quadricep and hamstring limitations are severe on the right. Right knee strength is also impaired. Straight leg raise on the right is unable. The quad contraction on the right is poor and left is poor. Right valgus stress is positive and negative and functional squat is 25%. Per recent visit, the claimant continues to complain of persistent pain on both knees. He also complained of neck pain. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since the start of PT. Exam of the right shoulder noted AROM is still limited. Neer's impingement with pain. The Cervical AROM is limited at 75% and stiff. Right posterior quadrant with neck pain. There is pain with overhead impingement tests and resisted shoulder flexion.

From April 30, 2021, the claimant is limited to occasional bending, twisting, and crouching for up to a total of 2 hours in an 8 hour work day. He is restricted from lifting/carrying greater than 10 pounds on occasion. He is restricted from prolonged walking/standing greater than 15 minutes at a time for a total of 2 hours in an 8-hour work day. He is restricted from prolonged sitting greater than 30 minutes at a time for up to a total of 6 hours in an 8-hour work day. He is limited to occasional neck bending and rotation, overhead reaching for up to a total of 2 hours in a day. These restrictions/limitations apply through 11/30/21.

The claimant is capable of a sustained full time work within the restrictions and limitations.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Moshe Lewis

Moshe Lewis, M.D.
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Hand & Upper Extremities
CA - A90204
CO - DR.0048550
CT - 49939
FL - ME108489
GA - 65700
IL - 036126082
OH - 35.131470
TX - AM00065

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Client |
| 12/15/2020, 12/21/2020, 01/04/2021, 01/06/2021, 01/13/2021, 01/29/2021, 02/17/2021, 03/26/2021, 04/06/2021, 04/20/2021, 05/26/2021, 05/27/2021, 06/23/2021, 07/20/2021, 08/12/2021 | Correspondence | Client |
| 07/27/2021, 07/28/2021 | Correspondence | Judd Alyssa , ALMI , ACS |
| 06/08/2021, 08/31/2021 | Clinical Review Memo | Not Signed |
| 08/30/2021 | Fax Transmission | Ortho Carolina Health Information Management |
| 08/23/2021 | Past Medical History | OrthoCarolina Gastonia |
| 08/03/2021, 08/05/2021, 08/09/2021, 08/12/2021, 08/18/2021 | Physical Therapy Progress Notes | OrthoCarolina Gastonia |
| 08/02/2021 | Plan Of Care | OrthoCarolina Gastonia |
| 05/25/2021, 06/04/2021, 06/07/2021, 07/12/2021, 07/21/2021, 07/23/2021 | Therapy Progress Note | OrthoCarolina Gastonia |
| 04/01/2021, 05/04/2021, 05/06/2021, 06/09/2021, 06/10/2021, 06/14/2021, 06/15/2021, 06/17/2021, 06/21/2021, 06/24/2021, | Progress Notes | OrthoCarolina Gastonia |

| | | |
|---|---|---|
| 06/28/2021 | | |
| 06/25/2021, /23/2021 | Confidential Patient Information | OrthoCarolina Gastonia |
| 05/06/2021, 06/28/2021 | Progress Notes | Patricia McHale |
| 05/25/2021, 06/04/2021,, 06/10/2021, 06/17/2021, | Therapy Progress Note | Mark Leyhe , PT |
| 06/07/2021, 06/14/2021, 06/21/2021, 06/24/2021, 07/23/2021, | Progress Notes | Emily Reece, PTA |
| 06/09/2021 | Progress Notes | Robert Milam IV, MD |
| 07/12/2021 | Therapy Progress Note | Lesley Pacitto, PT |
| 07/21/2021 | Therapy Progress Note | Phillip Hefner , PTA |
| 08/12/2021 | Correspondence | Darlene Battle |
| 12/05/2019, 12/30/2019, 05/07/2020, 06/07/2020, 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2020, 05/04/2021, 06/15/2021, 07/28/2021, | Progress Notes | Claremont Health |
| Undated | Peer Review | Client |
| Undated | ( New Duke Energy Job Description | Employer |
| 07/29/2021 | Correspondence | Correspondence |
| 07/29/2021 | Fax Correspondence | Carolina Orthopedic |
| 03/11/2021 | IMP Rights PCL Tear , MCL Sprain Nonweightbearing TIBLA Plateau | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, | Office Visit | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, 04/22/2021, | Correspondence | Christopher Prato , MD |
| 01/20/2021 | MRI Knee WO Contrast Right | Victor HO, MD |
| 12/13/2020 -12/14/2020 | Summary Of Care | Carolinas Medical Center |
| 07/29/2021 | Correspondence | Di Bella Chiropractic Center |
| Undated | Independent | Client |
| 07/01/2021 | File Review - Standard | Client |
| 06/28/2021 | Correspondence | Kim Foehl, MD |
| 06/29/2021 | Medical Documentation Reviewed | Kevin DiBella, DC |
| Undated | Summary Of Conversation | Andrew Nava, MD |
| 06/29/2021 | Correspondence/ Referral | Amia Welch |
| 06/28/2021, | Clinical Review Memo | Aleshi Logan, FNP |
| 06/28/2021 | Correspondence | Alesha Logan, FNP |
| 04/20/2021, 04/21/2021, 06/10/2021 | Authorization For the Release Of Information Including Including Protected Health | Claimant |

| | | |
|---|---|---|
| | Information | |
| 12/23/2020, 04/20/2021, 04/21/2021, | Disability Authorization To Obtain And Release Information | Claimant |
| 12/13/2020 | Non - Reportable Crash Form | HL Bautista |
| 06/09/2021 | Patient Portal History | Ortho Carolina |
| 06/01/2021, 06/08/2021, | Correspondence | Ortho Carolina |
| 05/27/2021 | Authorization For Release Of Health Information | Claimant |
| 03/24/2021, 04/21/2021, | Daily Note / Billing Sheet | Taylor Navey |
| 06/06/2021 | Request For Status | Client |
| 12/22/2020, 12/16/2020, 12/23/2020, 12/28/2020, 12/30/2020, 12/31/2020, 01/06/2021, 05/27/2021 | Progress Notes | Kevin DiBella, DC |
| Undated | Authorization For Release Of Health Information | Not Signed |
| 04/21/2021 | Activities Questionnaire | Claimant |
| 04/21/2021 | Claimant Information Form | Claimant |
| 04/21/2021 | Claimant Supplementary Statement | Claimant |
| Undated | Family Information Questionnaire | Claimant |
| 04/21/2021 | Social Security / Reimbursement Agreement | Claimant |
| Undated | Training - Education - Experience For ( TEE) | Claimant |
| Undated | Return To Work Form | Not Signed |
| 04/21/2021 | Authorization To Speak With Family Member / Alternate Contact | Claimant |
| 04/21/2021 | Reimbursement Agreement | Claimant |
| Undated | North Carolina Drivers License | Claimant |
| Undated | Authorization To Speak With Third Part | Not Signed |
| Undated | Third Party Liability Information Form | Not Signed |
| 03/30/2021, 04/08/2021 | 12/16/2020, | Aleshi Logan, FNP, BC |
| 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2021 | Progress Notes | Alesha Logan, FNP- BC |
| 02/22/2021, 04/13/2021 | Nursing Memorandum | Client |
| 03/18/2018, 02/09/2021,02/17/2021, 02/26/2021, 03/24/2021 | Flow Sheet | Carolina Orthopedic PT And Rehab |
| 02/09/2021, 03/18/2021 | Patient Outcomes | Jamie Giannattasio, DPT |

| | | |
|---|---|---|
| 01/05/2021, 01/12/2021, 01/14/2021, 01/19/2021, 01/21/2021, 01/27/2021, 01/29/2021, 02/09/2021, 02/17/2021, 02/26/2021, 03/04/2021, 03/11/2021, 03/18/2021, 12/23/2021, 12/28/2020 | Daily Note / Billing Sheet | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021 | Physical Therapy Recertification Note | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021, 12/23/2021, | Plan Of Care | Jamie Giannattasio, DPT |
| 03/31/2020, 01/202021, | Restriction Form | Christopher Prato, MD |
| 12/23/2020, 02/09/2021, | Physical Therapy Initial Examination | Jamie Giannattasio, DPT |
| 01/29/2021 | Discharge Note | Jamie Giannattasio, DPT |
| 02/09/2021 | Upcoming Appointments | Carolina Orthopedic |
| 01/25/2021 | Tirage Assessment | Client |
| 01/20/2021 | Return To Work Form | Christopher Prato, MD |
| Undated | Restriction Form | Not Signed |
| 12/24/2020 | Physician Facesheet | Anthony Weekes, MD |
| 12/13/2020 | Ortho Consult Note | Anthony Weekes, MD |
| 12./14/2020 | Consultations | Daniel Phelps, MD |
| 12/13/2020 | ED Physician Documentation - ( Verified) | Anthony Weekes, MD |
| 12/13/2020 | Emergency Department Documentation | Anthony Weekes, MD |
| 12/13/2020 | Lab Report | Lab Corp |
| 12/14/2020 | CT - Computer Tomography | Patrick Fergus, MD |
| 12/13/2021 | CT - Computer Tomography | Walter Steele, MD |
| 12/13/2020 | CT - Computer Tomography | Michael Krasnokutsky, MD |
| 12/14/2020 | DX - Diagnostic Radiology | Edward Kravath, MD |
| 12/13/2020 | DX - Diagnostic Radiology | Walter Steele, MD |
| 01/07/2021 | Restriction Form | Aleshi Logan, FNP |
| 12/17/2020 | Request For Information | Atrium Health |
| Undated | Authorization For Release Of Health Information | Not Signed |

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Dr. Patricia Mc.Hale | **From:** Reliable RS |
| **Fax:** 704-865-9106 | **Date:** SeDme, ber 16n2021 |
| **Re:** Allay A AraI a | **RRS ID:** 68381 |

As ay dypeDeypeymt eer ReviewernP osMe hewisnP L Lnoy mMe case for I our above ya, ep DarrieymdMave coymacmep I our office mo piscuss mMe case ayp was iysmucmep mo Dreseym, I quesmioys mo I ou via faxL **Please respond by 9/23/2021.**

WMamis mMe clai, aym's piagyosis?
WMamare objecmive fuycmioyal i, Dair, eyms yomep?
WMamis mMe clai, aym's Drogyosis?
WMamare mMe clai, aym's esmi, amep resmicmioys?
WMamis mMe clai, aym's esmi, amep remury mo work pame?

P osMe hewisnP L L
Boarp Cermifiep
t MIsical P epiciye & ReMabilimamioy
ExDermise iy: Hayp & UDDer Exme, imies
CA - A90204
CO - . RL0048550
CT - 49939
Fh - P E108489
GA - 65700
dh - 036126082
OH - 35L131470
TX - AP 00065
SeDme, ber 16n2021

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

# Fax :

| | |
|---|---|
| **To**: Kevin DiBella DC | **From:** Reliable RS |
| **Fax:** 704-868-2602 | **Date:** September 16, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 68381 |

Please remit response to:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Date: September 16, 2021
Kevin DiBella DC
Fax: 704-868-2602

Re: Allan A Araya DOB:
Claim #: 11295718
RRS Case#: 68381

Dear Kevin DiBella DC,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Allan A Araya's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

## Discussion Summary:

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

Sincerely,



We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Allan A Araya's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (9/23/2021).

Print: ________________________________
Kevin DiBella DC

Sign: ______________________________ Date:__________
Kevin DiBella DC

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

# Fax :

| | |
|---|---|
| **To**: Dr. Christopher Prato | **From:** Reliable RS |
| **Fax:** 704-867-6401 | **Date:** Se5Dember 16, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 68381 |

As an Inde5endenDpeer Reviewer, t osPe Mewis, t hL h, on DPe case .or yof r above named 5aDenD, I Pave conDacDed yof r o..ice Do discf ss DPe case and was insDrf cDed Do 5resenDmy uf esDons Do yof via .aqh
**Please respond by 9/23/2021.**

- x PaDis DPe claimanDs Wdia' nosisg
- x PaDare ob?ecDve .f ncDonal im5airmenDs noDedg
- x PaDis DPe claimanDs W5ro' nosisg
- x PaDare DPe claimanDs WesDmaDed resDricDonsg
- x PaDis DPe claimanDs WesDmaDed reDf rn Do worj daDeg



t osPe Mewis, t hL h
koard BerD.ied
pPysical t edicine C RePabiliDaDon
&q5erDse in: E and C H55er &qDremiDes
BA - A90204
BU - L Rh0048OO0
BT - 49939
FM- t &108489
GA - 6O700
IM- 036126082

UE - 3Ch131470
TN- At 0006O
Se5Dember 16, 2021

Reliable Review Services

Date: 9/16/2021
To: Joshua Tuliano
LINCOLN FINANCIAL GROUP
Re: RRS ID: 68382

---

Claimant: Allan A Araya
Claim #: 11295718
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a Psychiatry perspective. The claimant is a 40 year old male, birthdate: who has reported date of disability of 12/13/20. The claimant has diagnoses of unspecified fracture of right patella, initial encounter for closed fracture and generalized anxiety disorder (GAD) (F41.1). The period in review is from 04/30/21 and beyond.

Per Job description, responsible for handling billing inquiries, service orders, trouble calls both during and outside of normal schedule, and any related matters from customers and other sources through various customer contact channels including telephone, email, websites and US mail. Focus is on meeting any customer requests and needs the first time, every time. Handles customer inquiries in a professional manner to develop and promote the highest possible degree of customer satisfaction, efficiency and cost effectiveness. Responds to customer inquiries and requests in relation to the customer's account. Demonstrates good decision making by matching customer needs with solutions or offerings. Assists customers with any questions regarding billing, service and account issues. Analyzes accounts to elaborate on: electric and/or gas charges, effects of weather conditions, general concepts in the pricing of gas and/or electric service; and the cost of operating various appliances. Provides energy conservation advice to assist customers with managing their bill. Promotes and offers valuable products and services as well as answers questions related to those products and services. Practice all safety policies and guidelines (e.g., hazard recognition, personal accountability and actively caring). This position requires sitting for long periods of time, adhering to a strict schedule, and the use of dual monitors to access multiple applications at the same time.

Claim paperwork, previous reviews, records from Ortho Carolina, an accident report and emergency room records after MVAs, multiple labs are included.

Restriction forms for impaired mobility due to motor vehicle accident are included. CaroMont health family medicine notes are provided. Patient is seen by Alesha Logan, FNP, then Christie Bush, FNP.

Appeal letter by claimant is included. He complains of multiple injuries from MVA and difficulty with ADLs. Activities questionnaire by claimant reports that he does not sleep well due to neck, shoulder, knees, and headache issues. Has difficulty with sitting.

Claimant was seen on 12/5/19 to establish care. Reported situational anxiety, worse when he is at work, feels relaxed on the weekends. He is exercising before he goes to work, which helps significantly. Mental status examination is normal.

On 5/7/20 it is noted that he has worsening anxiety since Covid 19 crisis. He is working from home, but feels worsening anxiety when out shopping and around his elderly parents. He is also very nervous about returning to work next month and has increased anxiety. When thinking about going back. Works in an office with 76 people. Diagnosed with anxiety state F 41.1. Obesity E 66.09 and chronic fatigue R 53.82 are noted. At that point he is prescribed hydroxyzine as needed.

The claimant was diagnosed with closed displaced comminuted fracture of shaft of right tibia on 12/15/20 as a result of MVA. Date of injury was 12/13/20 Hypertension is also noted. Records from that point onward are provided.

On 12/15/20 he presents for follow-up after a vehicle accident. He is seen by Alesha Logan, FNP. The driver hit another car head on. He is out of hydroxyzine. Anxiety has been significantly increased since his accident. He complains of pain and has been referred to ortho. Mental status examination is normal. He is provided with refills on hydroxyzine as needed for anxiety or insomnia.

There are also the records from Carolina orthopedic PT and rehab. Patient was assessed on 12/23/20 and has been receiving physical therapy for osteoarthritis right knee, pain and right knee. Difficulty walking is noted.

On 12/30/20 He is seen for his injuries. Hydroxyzine is refilled at his last appointment. He is taking this at night which is helping with anxiety and getting to sleep. He does not worry as much as he used to.

Carolina orthopedic and sports medicine Center records starting 12/31/20 are provided. He is seen for his injuries.

DiBella chiropractic Center records are provided. Patient was seen from December 2020 ongoing, on 4/1/21, 5/7/21.

On 2/2/21. He reports that he is taking hydroxyzine night and sometimes during the day as needed. Anxiety is uncontrolled, he feels anxious most of the day. GAD seven score is 18. Mental status examination is normal. He is continued on hydroxyzine, Effexor XR 37.5 mg daily added to help with anxiety.

On 3/2/21 he is seen for post hospital checked, was in a motor vehicle accident with mother, and complains of neck and back of head pain and anxiety. Does not want to drive because everything that has happened. Not sleeping well, anxiety is much worse, he is scared to drive. He is still completing

physical therapy from his first accident. PHQ two score is zero. Mental status examination is normal.

On 4/1/21 He is seen for follow-up after another motor vehicle accident. Has right knee pain. Discharged home from the emergency room with or the referral. Anxiety is still there, he is particularly anxious in public settings and when driving. He drove himself to his appointment today. Has intermittent headaches. Mental status examination is normal. Some post trauma anxiety from the MVA is noted and Effexor is increased to 75 mg.

On 5/4/21. He reports he does not feel normal, having a lot of pain, seeing a chiropractor, orthopedist, receiving therapy. PHQ two score is zero. Mental status examination is normal.

On 6/15/21 he is seen for follow-up and still complains of pain. His anxiety has improved. Mental status examination is normal, and he is continued on his current regimen.

On 7/28/21 he is seen by Christie Bush, FNP. He is here for follow-up for motor vehicle crash and medication refill. He is currently out of work for these. He worked for Duke for 20 years. He would like to go back to work once he feels better. He states he cannot sleep well and does not want to make any mistakes at work because of his fatigue. He has been out of work since 2/21 when the second accident occurred. He tore his right ACL. He is seen ortho and PT. He states that he does not like to drive and is very anxious to be on the road. He is taken Effexor for this. He is doing better, but still anxiety is there. He is getting PT and seeing another doctor for his neck. Review of systems is positive for sleep disturbance and anxiety. Judgment is normal. No medication changes are noted. Vitamin D deficiency is documented.

He is receiving physical therapy, records from 5/6/21 on are provided, and most recent note is dated 8/18/21. He complains of knee pain, shoulder pain. Also receives pain medications. Mental status examination is noted is normal in all appointments. Sleep disturbances noted on review of systems. He is diagnosed with knee pain, right, M 25.561, neck pain M 54.2, impingement syndrome of right shoulder M 75.41, hypercholesterolemia E 78.00. Depression F 32.9 is also noted.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 9/2/2021 3:22 PM EDT | Voicemail | I left a detailed message for Christy Bush, FNP on medical assistant voicemail, including call back number. |
| 9/3/2021 11:51 AM EDT | Voicemail | I left a detailed message for Christy Bush, FNP on medical assistant voicemail, including call back number. |
| 9/7/2021 8:55 AM EDT | Voicemail | I left a detailed message for Christy Bush, FNP on medical assistant voicemail, including call back number. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant is diagnosed with generalized anxiety disorder (F41.1). No impairment from this condition is documented in records provided.

The claimant has sleep disturbance, primarily from pain, and reports anxiety when driving, but seems to be able to drive. He is prescribed Hydroxyzine and Effexor XR, but no adverse effects are noted.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

He is diagnosed with knee pain, right, M 25.561, neck pain M 54.2, impingement syndrome of right shoulder M 75.41, hypercholesterolemia E 78.00. Obesity E 66.09 and chronic fatigue R 53.82 are noted. Headaches are also noted.

Medical issues will be deferred to the appropriate specialty for review.

**3. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Medical records do not support any R&Ls that were recommended by treating providers for the timeframes in question from the psychiatric standpoint.

It appears that most restrictions were related to mobility issues due to injuries. There are actually no documented restrictions due to anxiety.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant is receiving medications which are helping with anxiety and sleep. It may be worth considering psychotherapy, however he does not appear that he had a referral made.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**6. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond April 30, 2021 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond April 30, 2021.**

The claimant does not have any impairments from the psychiatric standpoint and does not require restrictions and limitations beyond April 30, 2021. He has ability to perform sustained full time work beyond April 30, 2021.

Complaints of anxiety, primarily when driving, are noted. The claimant receives hydroxyzine and Effexor XR, last noted dose adjustment was on 4/1/21. No adverse effects to medications are noted. Mental status examination is normal.

**7. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?**

The restrictions and limitations provided by the attending physician are consistent with the medical information provided.

Restrictions and limitations are related to physical injuries and will be deferred to the appropriate specialty for review.

**8. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence does not support any side effects from any medications.

No adverse effect. Medications are noted in records provided.

**9. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Christy Bush,**

**Please attempt a minimum of 3 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.**

Placed phone calls as noted above, but was unable to reach provider.

**10. If your conclusion(s) is/are different from the conclusions in the review memo of June 28, 2021 by Dr. Kim Foehl, please explain the medical rationale and evidence used in your coming to the different conclusion(s).**

My conclusions are the same as the conclusions in the review memo of June 28, 2021 by Dr. Kim Foehl.

I agree that the claimant is not impaired from the psychiatric standpoint.

## Assessment/Rationale

This review is from a Psychiatry perspective. The claimant is a 40 year old male, birthdate:
who has reported date of disability of 12/13/20. The claimant has diagnoses of unspecified fracture of right patella, initial encounter for closed fracture and generalized anxiety disorder (GAD) (F41.1). The period in review is from 04/30/21 and beyond. The claimant does not have any impairments from the psychiatric standpoint and does not require restrictions and limitations beyond April 30, 2021. He has ability to perform sustained full time work beyond April 30, 2021. Complaints of anxiety, primarily when driving, are noted, the claimant receives hydroxyzine and Effexor XR, last noted dose adjustment was on 4/1/21. No adverse effects to medications are noted. Mental status examination is normal. The claimant has been primarily out of work due to physical injuries, which will be deferred to the appropriate specialty for review. It appears that his difficulty sleeping and difficulty with ADLs by his report a mostly related to injuries and pain.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Client |
| 12/15/2020, 12/21/2020, 01/04/2021, 01/06/2021, 01/13/2021, 01/29/2021, 02/17/2021, 03/26/2021, 04/06/2021, 04/20/2021, 05/26/2021, 05/27/2021, 06/23/2021, 07/20/2021, 08/12/2021 | Correspondence | Client |
| 07/27/2021, 07/28/2021 | Correspondence | Judd Alyssa , ALMI , ACS |
| 06/08/2021, 08/31/2021 | Clinical Review Memo | Not Signed |
| 08/30/2021 | Fax Transmission | Ortho Carolina Health Information Management |
| 08/23/2021 | Past Medical History | OrthoCarolina Gastonia |
| 08/03/2021, 08/05/2021, 08/09/2021, 08/12/2021, 08/18/2021 | Physical Therapy Progress Notes | OrthoCarolina Gastonia |
| 08/02/2021 | Plan Of Care | OrthoCarolina Gastonia |
| 05/25/2021, 06/04/2021, 06/07/2021, 07/12/2021, 07/21/2021, 07/23/2021 | Therapy Progress Note | OrthoCarolina Gastonia |
| 04/01/2021, 05/04/2021, 05/06/2021, 06/09/2021, 06/10/2021, 06/14/2021, 06/15/2021, 06/17/2021, | Progress Notes | OrthoCarolina Gastonia |

| | | |
|---|---|---|
| 06/21/2021, 06/24/2021, 06/28/2021 | | |
| 06/25/2021, /23/2021 | Confidential Patient Information | OrthoCarolina Gastonia |
| 05/06/2021, 06/28/2021 | Progress Notes | Patricia McHale |
| 05/25/2021, 06/04/2021,, 06/10/2021, 06/17/2021, | Therapy Progress Note | Mark Leyhe , PT |
| 06/07/2021, 06/14/2021, 06/21/2021, 06/24/2021, 07/23/2021, | Progress Notes | Emily Reece, PTA |
| 06/09/2021 | Progress Notes | Robert Milam IV, MD |
| 07/12/2021 | Therapy Progress Note | Lesley Pacitto, PT |
| 07/21/2021 | Therapy Progress Note | Phillip Hefner , PTA |
| 08/12/2021 | Correspondence | Darlene Battle |
| 12/05/2019, 12/30/2019, 05/07/2020, 06/07/2020, 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2020, 05/04/2021, 06/15/2021, 07/28/2021, | Progress Notes | Claremont Health |
| Undated | Peer Review | Client |
| Undated | ( New Duke Energy Job Description | Employer |
| 07/29/2021 | Correspondence | Correspondence |
| 07/29/2021 | Fax Correspondence | Carolina Orthopedic |
| 03/11/2021 | IMP Rights PCL Tear , MCL Sprain Nonweightbearing TIBLA Plateau | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, | Office Visit | Christopher Prato , MD |
| 12/16/2020, 12/31/2020, 01/28/2021, 03/11/2021, 04/22/2021, | Correspondence | Christopher Prato , MD |
| 01/20/2021 | MRI Knee WO Contrast Right | Victor HO, MD |
| 12/13/2020 -12/14/2020 | Summary Of Care | Carolinas Medical Center |
| 07/29/2021 | Correspondence | Di Bella Chiropractic Center |
| Undated | Independent | Client |
| 07/01/2021 | File Review - Standard | Client |
| 06/28/2021 | Correspondence | Kim Foehl, MD |
| 06/29/2021 | Medical Documentation Reviewed | Kevin DiBella, DC |
| Undated | Summary Of Conversation | Andrew Nava, MD |
| 06/29/2021 | Correspondence/ Referral | Amia Welch |
| 06/28/2021, | Clinical Review Memo | Aleshi Logan, FNP |
| 06/28/2021 | Correspondence | Alesha Logan, FNP |
| 04/20/2021, 04/21/2021, 06/10/2021 | Authorization For the Release Of Information Including | Claimant |

| | | |
|---|---|---|
| | Including Protected Health Information | |
| 12/23/2020, 04/20/2021, 04/21/2021, | Disability Authorization To Obtain And Release Information | Claimant |
| 12/13/2020 | Non - Reportable Crash Form | HL Bautista |
| 06/09/2021 | Patient Portal History | Ortho Carolina |
| 06/01/2021, 06/08/2021, | Correspondence | Ortho Carolina |
| 05/27/2021 | Authorization For Release Of Health Information | Claimant |
| 03/24/2021, 04/21/2021, | Daily Note / Billing Sheet | Taylor Navey |
| 06/06/2021 | Request For Status | Client |
| 12/22/2020, 12/16/2020, 12/23/2020, 12/28/2020, 12/30/2020, 12/31/2020, 01/06/2021, 05/27/2021 | Progress Notes | Kevin DiBella, DC |
| Undated | Authorization For Release Of Health Information | Not Signed |
| 04/21/2021 | Activities Questionnaire | Claimant |
| 04/21/2021 | Claimant Information Form | Claimant |
| 04/21/2021 | Claimant Supplementary Statement | Claimant |
| Undated | Family Information Questionnaire | Claimant |
| 04/21/2021 | Social Security / Reimbursement Agreement | Claimant |
| Undated | Training - Education - Experience For ( TEE) | Claimant |
| Undated | Return To Work Form | Not Signed |
| 04/21/2021 | Authorization To Speak With Family Member / Alternate Contact | Claimant |
| 04/21/2021 | Reimbursement Agreement | Claimant |
| Undated | North Carolina Drivers License | Claimant |
| Undated | Authorization To Speak With Third Part | Not Signed |
| Undated | Third Party Liability Information Form | Not Signed |
| 03/30/2021, 04/08/2021 | 12/16/2020, | Aleshi Logan, FNP, BC |
| 12/15/2020, 12/30/2020, 02/02/2021, 03/02/2021, 04/01/2021 | Progress Notes | Alesha Logan, FNP- BC |
| 02/22/2021, 04/13/2021 | Nursing Memorandum | Client |
| 03/18/2018, 02/09/2021,02/17/2021, 02/26/2021, 03/24/2021 | Flow Sheet | Carolina Orthopedic PT And Rehab |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 02/09/2021, 03/18/2021 | Patient Outcomes | Jamie Giannattasio, DPT |
| 01/05/2021, 01/12/2021, 01/14/2021, 01/19/2021, 01/21/2021, 01/27/2021, 01/29/2021, 02/09/2021, 02/17/2021, 02/26/2021, 03/04/2021, 03/11/2021, 03/18/2021, 12/23/2021, 12/28/2020 | Daily Note / Billing Sheet | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021 | Physical Therapy Recertification Note | Jamie Giannattasio, DPT |
| 02/09/2021, 03/18/2021, 12/23/2021, | Plan Of Care | Jamie Giannattasio, DPT |
| 03/31/2020, 01/202021, | Restriction Form | Christopher Prato, MD |
| 12/23/2020, 02/09/2021, | Physical Therapy Initial Examination | Jamie Giannattasio, DPT |
| 01/29/2021 | Discharge Note | Jamie Giannattasio, DPT |
| 02/09/2021 | Upcoming Appointments | Carolina Orthopedic |
| 01/25/2021 | Tirage Assessment | Client |
| 01/20/2021 | Return To Work Form | Christopher Prato, MD |
| Undated | Restriction Form | Not Signed |
| 12/24/2020 | Physician Facesheet | Anthony Weekes, MD |
| 12/13/2020 | Ortho Consult Note | Anthony Weekes, MD |
| 12./14/2020 | Consultations | Daniel Phelps, MD |
| 12/13/2020 | ED Physician Documentation - ( Verified) | Anthony Weekes, MD |
| 12/13/2020 | Emergency Department Documentation | Anthony Weekes, MD |
| 12/13/2020 | Lab Report | Lab Corp |
| 12/14/2020 | CT - Computer Tomography | Patrick Fergus, MD |
| 12/13/2021 | CT - Computer Tomography | Walter Steele, MD |
| 12/13/2020 | CT - Computer Tomography | Michael Krasnokutsky, MD |
| 12/14/2020 | DX - Diagnostic Radiology | Edward Kravath, MD |
| 12/13/2020 | DX - Diagnostic Radiology | Walter Steele, MD |
| 01/07/2021 | Restriction Form | Aleshi Logan, FNP |
| 12/17/2020 | Request For Information | Atrium Health |
| Undated | Authorization For Release Of Health Information | Not Signed |

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Christy Bush, FNP | **From:** Reliable RS |
| **Fax:** 704-865-7328 | **Date:** September 16, 2021 |
| **Re:** Allan A Araya | **RRS ID:** 68382 |

As an Independent Peer Reviewer, Elena A Dlugach, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 9/23/2021.**

Does claimant have impairment from the psychiatric standpoint?
Is his anxiety preventing him from working?
When was he last seen and what were the clinical findings?
Have you had to adjust his anxiety medication regimen?

Elena A Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140
September 16, 2021

RRS
Reliable Review Services

Please remit response to:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

Date: September 16, 2021
Kevin DiBella DC
Fax: 704-868-2602

Re: Allan A Araya DOB:
Claim #: 11295718
RRS Case#: 68381

Dear Kevin DiBella DC,

Thank you for taking the time to speak with Moshe Lewis, M.D.. Your opinion and expertise regarding Allan A Araya's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

Kevin DiBella, DC noted that the claimant was released from treatment on the neck back and shoulder May 2021 and was going to follow up with Ortho.

Sincerely,

Moshe Lewis

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Allan A Araya's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (9/23/2021).

Print: Kevin DiBella
Kevin DiBella DC

RRS
Reliable Review Services

Sign: [signature] Date: 9/17/2021
Kevin DiBella DC

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**777 SE 20th Street**
**Suite 270**
**Ft. Lauderdale, FL, 33316**
**Fax: 561-995-4189**

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Thu, 16 Sep 2021 22:43:04 +0000
**To:**VendorReferrals;Tuliano, Joshua
**Subject:**Claim Number: 11295718 RRS Case #: 68381
**Attachments:**Report_RRS2__FaxSheetR01P01_68381-1_v1.pdf, Report_RRS2__FaxSheetR01P03_68381-1_v1.pdf, Report_RRS2__FaxSheetR01P02_68381-1_v1.pdf, Report_RRS2_68381-1_v1.pdf, Invoice_68381-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

Nicole Troiano
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Thu, 16 Sep 2021 22:40:11 30000
**To:**+enVordeRerralsfTuliano, ;oshua
**Subject:**J laim Number: 112C9517 ddS J ase 8: 67#72
**Attachments:**deport_ddS2__FaxSheetd01P01_67#72-1_v1.pVR; deport_ddS2_67#72-1_v1.pVR; Invoice_67#72-1_v1.pVR

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

Nicole Troiano
Client Coordinator
Reliable Review Services

621 NW 9#rV Street, STE 259
Boca daton, FL ##475
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

**Reliable Review Services**

**Invoice Number : 68381-1** **9/16/2021 4:28 PM CDT**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 68381-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 9.5 | 210 | $0.00 | 1995.00 |

**Total Due: $1995.00**

**Reviewer Details**

**Reviewer**

Moshe Lewis - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

# INVOICE

**Reliable Review Services**

**Invoice Number : 68382-1** **9/16/2021 4:33 PM CDT**

Claimant: Allan A Araya
Client Claim#: 11295718
RRS Claim#: 68382-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 8.25 | 210 | $0.00 | 1732.50 |

**Total Due: $1732.50**

**Reviewer Details**

**Reviewer**

Elena A Dlugach - Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, August 31, 2021 2:14:52 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | gmd2161ylj7ypsthvwvh_11131638.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

August 31, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Duke Energy Corporation's Group Disability Plan and Policy. We are writing regarding your claim for STD and LTD benefits under the Plan and Policy.

On August 30, 2021 we confirmed with you that your complete appeal has been submitted. We understand this is all of the information you intend to submit for our consideration of your STD and LTD appeal.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by two Board Certified Physicians.

We anticipate a response from the reviewing Board Certified Physicians no later than 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan and Policy.

In our correspondence dated August 12, 2021, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln’s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DUKE ENERGY CORPORATION | ALLAN ARAYA | 11295718 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Joshua Tuliano | **Claimant DOB:** | |
| **Referral Date:** | 08/31/2021 | **Job Title:** | SENIOR CUSTCARE SPEC BILINGUAL |
| **Due Date:** | 09/14/2021 | **Medical/ Surgical Condition:** | left knee pain ICD-10 M25.562, right knee pain ICD-10 M25.561, and sprain of posterior cruciate ligament of right knee |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 12/11/2020 |
| | | **DOD:** | 12/13/2020 |
| **Physical Demands:** | | **BBD:** | 06/13/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If “No,” please discuss differences in the comment section below).

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If “No” please explain in the comment section below).

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: psychiatry

Other Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond April 30, 2021 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond April 30, 2021. 2. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided? 3. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Other Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Patricia Mc.Hale 704-867-2333 (ph), 704-865-9106 (f); Kevin DiBella DC 704-867-1010 (ph), 704-868-2602 (f); Dr. Christopher Prato (ortho) 704-865-0077 (ph), 704-867-6401 (f).Please attempt a minimum of 3 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Other If your conclusion(s) is/are different from the conclusions in the review memo of June 29, 2021 by Dr. Andrew Nava MD, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

**Other Comments**
Other Comments - null

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DUKE ENERGY CORPORATION | ALLAN ARAYA | 11295718 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Joshua Tuliano | **Claimant DOB:** | |
| **Referral Date:** | 08/31/2021 | **Job Title:** | SENIOR CUSTCARE SPEC BILINGUAL |
| **Due Date:** | 09/14/2021 | **Medical/ Surgical Condition:** | anxiety |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 12/11/2020 |
| | | **DOD:** | 12/13/2020 |
| **Physical Demands:** | | **BBD:** | 06/13/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If “No,” please discuss differences in the comment section below).

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If “No” please explain in the comment section below).

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: PMR

Other Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond April 30, 2021 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond April 30, 2021. 2. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided? 3. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Other Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is  Christy Bush, FNP 704-865-1749 (ph), 704-865-7328 (f).Please attempt a minimum of 3 contact attempts to discuss restrictions if restrictions are not supported. If contact is not made, and restrictions are not supported, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. There are no known fax numbers for these providers, please include the above with the final report. Please provide 5-days for the provider to respond in the letter.

Other If your conclusion(s) is/are different from the conclusions in the review memo of June 28, 2021 by Dr. Kim Foehl, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

**Other Comments**
Other Comments - null

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

# *Fax Transmission*

**OrthoCarolina Health Information Management**
**4601 Park Rd, Suite 250 Charlotte, NC 28209**
**Phone: 704-323-2049**
**Fax: 704-323-3941**

**Date:** 8/30/21
**Time:** 1:58 PM

**To:** Araya, Allan A
**From**: OC HIM Department

**Phone Number:** 877-246-5670
**Fax Number:** 260-455-0064

**Subject:** Request for Medical Records
**Comments:**

---

**STATEMENT OF CONFIDENTIALITY:** The information contained in this facsimile message is privileged, confidential, and intended only for the use of the individual or entity named above. If the reader of this message IS NOT the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the US Postal Service. Thank you.

## Patient

**Problem List** as of 8/23/2021

| Problem | Noted On | Resolved On |
|---|---|---|
| Anxiety state | 12/05/2019 | — |
| Chronic fatigue | 12/05/2019 | — |
| Chronic MEE (middle ear effusion), bilateral | 12/30/2019 | — |
| Chronic right shoulder pain | 08/02/2021 | — |
| Class 1 obesity due to excess calories with serious comorbidity in adult | 12/05/2019 | — |
| Closed displaced comminuted fracture of shaft of right tibia | 12/15/2020 | 08/09/2021 |
| Depression | 05/27/2014 | — |
| Hypercholesterolemia | 05/27/2014 | — |
| Impingement syndrome of right shoulder | 06/09/2021 | — |
| Intractable acute post-traumatic headache | 03/02/2021 | — |
| Knee pain, left | 05/06/2021 | — |
| Knee pain, right | 05/06/2021 | — |
| Left knee pain | 08/09/2021 | — |
| Mixed hyperlipidemia | 12/05/2019 | — |
| MVC (motor vehicle collision) | 12/15/2020 | — |
| Neck pain | 06/09/2021 | — |
| Overweight | 08/07/2014 | — |
| Pain, neck | 08/03/2021 | — |
| Polyarthralgia | 12/15/2020 | — |
| Sprain of posterior cruciate ligament of right knee | 05/06/2021 | — |
| Tobacco non-user | 04/30/2021 | — |

**Allergies** as of 8/23/2021

| Allergy | Reactions |
|---|---|
| SHRIMP EXTRACT ALLERGY SKIN TEST | Anaphylaxis |
| SOY ALLERGY | Anaphylaxis |

**Current Medications**

**Medications**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**amitriptyline (Elavil) 25 MG tablet**

Instructions: Take 25 mg by mouth.
Entered by: Sharon Kust, MA    Entered on: 8/9/2021
Start date: 3/31/2021

**cyclobenzaprine (Flexeril) 5 MG tablet**

Instructions: Take 5 mg by mouth every 8 (eight) hours if needed.
Entered by: Sharon Kust, MA    Entered on: 8/9/2021
Start date: 3/2/2021

**diclofenac (Voltaren) 75 MG EC tablet**

Instructions: TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD
Authorized by: Robert Alden Milam IV, MD    Ordered on: 8/6/2021
Start date: 8/6/2021    Quantity: 60 tablet
Refill: 1 refill by 8/6/2022

**hydrOXYzine HCl (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth every 8 (eight) hours if needed.
Entered by: Sharon Kust, MA    Entered on: 8/9/2021
Start date: 4/28/2021

**venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule**

Instructions: Take by mouth in the morning.

## Patient (continued)

**Current Medications (continued)**

Entered by: Sharon Kust, MA    Entered on: 8/9/2021
Start date: 7/26/2021

**History** as of 8/23/2021

**Medical History** as of 8/23/2021

**Medical last reviewed by Sharon Kust, MA on 8/9/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Closed displaced comminuted fracture of shaft of right tibia | 12/15/2020 | Secondary to MVA Right Lower extremity CT completed on 12-14-2020 FINDINGS: There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation. There is a small joint effusion. Capsular edema is seen poste | Provider |
| Diagnosis unknown | 06-02-2021 | No significant past medical history,Persistence: Chronic | Patient |
| Hypertension | — | — | Provider |

**Surgical History** as of 8/23/2021

**Surgical last reviewed by Sharon Kust, MA on 8/9/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| OTHER SURGICAL HISTORY | — | — | Eye Surgery,05-27-2014,Description: , | — |
| OTHER SURGICAL HISTORY | — | — | Oral Surgery Tooth Extraction,04-30-2021,Description: , | — |
| OTHER SURGICAL HISTORY | — | — | Surgery,05-27-2014,, | — |

**Family History** as of 8/23/2021

**Family History as of 8/23/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Hyperlipidemia | | |
| Hypertension | | |

## Patient (continued)

**History (continued)** as of 8/23/2021

**Substance & Sexual Activity History** as of 8/23/2021

**Tobacco Use as of 8/23/2021**

**Tobacco Use last reviewed by Sharon Kust, MA on 8/9/2021**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | Smoking History Packs/day: Never a smoker | Never Used | — | Provider |

**Alcohol Use as of 8/23/2021**

**Alcohol Use last reviewed by Sharon Kust, MA on 8/9/2021**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | Alcoholic Drinks/day: Alcohol use | Provider |

**Drug Use as of 8/23/2021**

**Drug Use last reviewed by Sharon Kust, MA on 8/9/2021**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 8/23/2021

**Socioeconomic as of 8/23/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Divorced | — | — | — | — | English | Other Hispanic, Latino/a, or Spanish origin | Other | — |

**Social Documentation History** as of 8/23/2021

Divorced
Education Level: Graduate school
Occupation
Source:

## 08/18/2021 - Treatment in OrthoCarolina Gastonia- Therapy

**Therapy**

**Progress Notes**

**Lesley Marie Pacitto, PT at 8/18/2021 1540**

Author: Lesley Marie Pacitto, **PT** Service: — Author Type: Physical Therapist

Filed: 8/18/2021 4:33 PM Encounter Date: 8/18/2021 Status: Signed
Editor: Lesley Marie Pacitto, PT (Physical Therapist)

## Physical Therapy Progress Note

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds**:
Current Outpatient Medications:

- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 1
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Pain, neck [M54.2]
**Date of Onset:** No onset impairment date on file.

**Precautions:**
**Other Pertinent Data:**

**visit 5**

**CHARGES**
PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 40 minutes
PT Modalities Time/Service Based Entry
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**08/18/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

**Subjective**

**Subjective**

**Sleeping on right shoulder is painful, wakes patient at night. Pt indicates pain in area of cervicothoracic junction, goes to area of right upper trapezius and anterior shoulder. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since start of PT**

**Pain 5-6/10 with medication. 7/10 without medication**

**Objective:**

**Measurements:**

right shoulder AROM: flexion 160 deg scaption 160 deg ER 75 deg IR thumb to T10
Right shoulder strength: flexion 5-/5 scaption 5-/5 ER 4+/5. Pt c/o anterior shoulder pain with resisted shoulder flexion.
Neer's impingement: c/o pain
Hawkins impingment: negative

Cervical AROM: rotation right 75% "stiff" left 75% "stiff", extension 75% "stiff"
Right posterior quadrant: c/o neck neck pain
Compression test: negative

**Treatment:**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
4 way cervical ismetrics 5 sec x 10 *

**Therapy (continued)**

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Scap Squeeze with ER tband lv 2 with chin tuck 2 x 15
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *

**Outcome Measures Current Level**

**Assessment:**

Right shoulder pain and neck pain continues at level of 5-6/10 with medication. Does not appear pain is radicular in nature, right shoulder with good AROM and strength however pt does have pain with over head impingement tests and resisted shoulder flexion.

**Plan**

**08/18/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

1-2x/wk for 4 weeks

**Goals**:

STG/LTG 6 weeks
independent with HEP MET 8-18-21
left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
decrease pain by 50% PROGRESSING 8-18-21
cervical AROM: 75% for adls and driving MET 8-18-21
sit tolerance to 45 min for adls PROGRESSING 8-18-21

**Goals Addressed**

| | This Visit's Progress |
|---|---|
| • goals *(pt-stated)* | Delayed Improvement |

STG: 4 weeks
Pt will be able to achieve full knee extension; MET

LEFS score greater than or equal to 50

Pt will be independent with HEP; met thus far

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball; poor progress

Pt will be able to sit at desk for over an hour without symptoms in order to return to work; progressing

LEFS score greater than or equal to 70.

- STG/LTG neck/right shoulder
  independent with HEP MET 8-18-21
  left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
  left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
  decrease pain by 50% PROGRESSING 8-18-21
  cervical AROM: 75% for adls and driving MET 8-18-21
  sit tolerance to 45 min for adls PROGRESSING 8-18-21

LESLEY PACITTO, PT
8/18/2021 4:32 PM

## 08/18/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

Electronically signed by Lesley Marie Pacitto, PT at 8/18/2021 4:33 PM

## 08/12/2021 - Treatment in OrthoCarolina Gastonia- Therapy

**Therapy**

**Daily Note**

**Phillip Hefner, PTA at 8/12/2021 1500**

Author: Phillip Hefner, PTA | Service: — | Author Type: Physical Therapy Assistant
Filed: 8/12/2021 3:42 PM | Encounter Date: 8/12/2021 | Status: Signed
Editor: Phillip Hefner, PTA (Physical Therapy Assistant)

### Physical Therapy Treatment

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
Review Information

**Referring Physician:** No ref. provider found
Milam Robert MD
**Medical Diagnosis:** Left knee pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Impingement syndrome of right shoulder [M75.41]
**Date of Onset:** No onset impairment date on file.

**Precautions**

**CHARGES**

PT Therapeutic Procedures Time Entry
Neuromuscular Re-Education Time Entry - 97112: 40 minutes
PT Modalities Time/Service Based Entry
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective:**

Pt states feeling about the same taking meds to control pain daily.

**Pain**

**5/10**

**Objective:**

**No Distress**

**Treatment:**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

chin tucks supine 5 sec x 10

cervical rotation supine 5 sec x10

upper trap stretch in sit 5 sec

levator stretch in sit 5 sec

4 way cervical ismetrics 5 sec x 10

UBE 5 mins

TB Rows/Ext L -2 2 x 15

Scap Squeeze with ER 2 x 15

Standing T/I/Y L -2 2 x 15

Posterior Capsule stretch 30 sec x 2

s/l ER 2 x 15 2# *

Prone rows/ ext 2 x 15 *

## 08/12/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

**ASSESSMENT:**

Patient making good effort with therapeutic exercises with little discomfort.

**Plan:**

Cont POC

**PHILLIP HEFNER, PTA**
**8/12/2021 3:41 PM**

Electronically signed by Phillip Hefner, PTA at 8/12/2021 3:42 PM

## 08/09/2021 - Office Visit in OrthoCarolina Gastonia

**Office Notes**

**Progress Notes**

**Patricia McHale, MD at 8/9/2021 1600**

Procedure Orders
1. *L Inj/Asp: R knee [4584360] ordered by Patricia McHale, MD

**Subjective**

Patient ID: Allan A Araya is a 40 y.o. male.

Chief Complaint: right knee pain

HPI

Patient is here today for follow-up regarding his right knee. He says that it has been feeling some better, but he would like to continue coming for formal physical therapy. He feels that that has been very beneficial for him and it forces him to do his exercises. He has been wearing a knee sleeve rather than his larger brace and that does help. He does still have some pain in his right knee during the day. His left knee is doing better with only a little bit of soreness occasionally at night.

**Objective**

The patient is walking with a normal gait today. There is still a trace positive posterior drawer with a good endpoint. There is no valgus instability. There is no effusion in the knee. His quad strength is improving. He is neurovascularly intact throughout the right lower extremity. His muscle tone is normal and his skin is intact throughout the right lower extremity.

**Assessment**

Encounter Diagnoses:

**Sprain of posterior cruciate ligament of right knee, subsequent encounter**

Right knee pain, unspecified chronicity

**Plan**

We had discussed the possibility of a cortisone injection at his last visit with me to help with his pain, but he did not wish to pursue with then. He has changed his mind and would like to go ahead with the injection today. The injection was performed as documented below. I did put in a new order for physical therapy to advance strengthening and sports related activities. I will see the patient back as needed.

**Orders Placed This Encounter**

- Ambulatory referral to Physical Therapy
- Follow-up with Me

**Patient ID:** Allan A Araya is a 40 y.o. male.

***L Inj/Asp: R knee** on 8/9/2021 4:43 PM

Indications: pain

Details: 21 G needle, anterolateral approach

Medications: 20 mg triamcinolone acetonide 10 MG/ML

Outcome: tolerated well, no immediate complications

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Patient was prepped and draped in the usual sterile fashion.

**Office Notes (continued)**

Electronically signed by Patricia McHale, MD at 8/9/2021 7:07 PM

## Procedures

***L Inj/Asp: R knee (Final result)**

Electronically signed by: **Patricia McHale, MD on 08/09/21 1643** Status: **Completed**

Ordering user: Patricia McHale, MD 08/09/21 1643
Ordering provider: Patricia McHale, MD
Authorized by: Patricia McHale, MD
Ordering mode: Standard
Frequency: Routine 08/09/21 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Right knee pain, unspecified chronicity [M25.561]
Order comments: This order was created via procedure documentation

***L Inj/Asp: R knee** Resulted: 08/09/21 1643, Result status: Final result

Ordering provider: Patricia McHale, MD 08/09/21 1643
Order status: Completed
Filed by: Patricia McHale, MD 08/09/21 1907
Narrative:
Patricia McHale, MD 8/9/2021 7:07 PM
*L Inj/Asp: R knee on 8/9/2021 4:43 PM
Indications: pain
Details: 21 G needle, anterolateral approach
Medications: 20 mg triamcinolone acetonide 10 MG/ML
Outcome: tolerated well, no immediate complications
Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Patient was prepped and draped in the usual sterile fashion.

| Procedures Performed | Chargeables |
|---|---|
| PR ARTHROCENTESIS ASPIR&/INJ MAJOR JT/BURSA W/O US [20610] | |

**Indications**

Right knee pain, unspecified chronicity [M25.561 (ICD-10-CM)]

## Medication Administrations

**triamcinolone acetonide (Kenalog) 10 MG/ML injection 20 mg [4584361]**

Ordering Provider: Patricia McHale, MD
Status: Completed (Past End Date/Time)
Ordered On: 08/09/21 1907
Starts/Ends: 08/09/21 1643 - 08/09/21 1643
Dose (Remaining/Total): 20 mg (0/1)
Route: Intra-articular
Frequency: Once PRN Procedure
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/09/21 1643<br>Documented: 08/09/21 1907 | Given | 20 mg | Intra-articular | Performed by: Patricia McHale, MD<br>Scanned Package: 0003-0494-20 |

Medication Administrations (continued)

## 08/09/2021 - Treatment in OrthoCarolina Gastonia- Therapy

Therapy

Progress Notes

**Mark Leyhe, PT at 8/9/2021 1520**

Author: Mark Leyhe, PT | Service: — | Author Type: Physical Therapist
Filed: 8/10/2021 10:32 AM | Encounter Date: 8/9/2021 | Status: Signed
Editor: Mark Leyhe, PT (Physical Therapist)

**Physical Therapy Progress Note**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**INITIAL EVAL DATE** 5/25/2021
**Review Information**

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Left knee pain
No data was found
No data was found
**Date of surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: **Left knee pain, unspecified chronicity**

Right knee pain, unspecified chronicity
**Date of Onset:** 5/25/2021

**Visit #: 10**

**Precautions**

**CHARGES**

PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 40 minutes
PT Modalities Time/Service Based Entry
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective**

**Therapy (continued)**

**Subjective:**

Pt reports L knee is slightly better. It continues to hurt in proximal calf. He continues to have difficulty with prolonged walking, sitting and sleeping due to increased knee discomfort.

**Objective:**

Knee flexion R: 120 deg
Knee flexion L: 130 deg
Knee extension R: lacking 5
Knee extension L: 0 deg

Knee strength: 5/5 B

B knee pain during squat: 30% depth

**Outcome Measures Current Level**
LEFS Column Totals: 14

**Treatment:**

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.

Upright bike x 6 min
Incline board gastroc stretch 3 x 30"h
prone quad stretch 3 x 30"h
Heel raises 2 x 15 reps
Squats on total gym L18 x 3 min
Step ups 6" 2x10 R/L
Progress note measurement and discussion regarding POC and HEP

**ASSESSMENT:**

Pt continues to have limitations due to B knee pain when squatting. His L knee ROM has improved, but R remains limited. Pt continues to demonstrate good strength bilateral.

Pt will continue to benefit from skilled physical therapy in order to improve B knee ROM, strength, endurance and load tolerance.

Assessment
Prognosis: Fair

**Plan:**

1x/wk for 4 weeks

**Goals**:

**Goals Addressed**

This Visit's Progress

- goals *(pt-stated)*
    STG: 4 weeks
    Pt will be able to achieve full knee extension; MET

    LEFS score greater than or equal to 50

    Pt will be independent with HEP; met thus far

**08/09/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

This Visit's Progress

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball; poor progress

Pt will be able to sit at desk for over an hour without symptoms in order to return to work; progressing

LEFS score greater than or equal to 70.

**MARK LEYHE, PT**
**8/10/2021 10:31 AM**

Electronically signed by Mark Leyhe, PT at 8/10/2021 10:32 AM

**08/05/2021 - Treatment in OrthoCarolina Gastonia- Therapy**

**Therapy**

**Daily Note**

**Phillip Hefner, PTA at 8/5/2021 1520**

Author: Phillip Hefner, PTA | Service: — | Author Type: Physical Therapy Assistant
Filed: 8/5/2021 3:58 PM | Encounter Date: 8/5/2021 | Status: Signed
Editor: Phillip Hefner, PTA (Physical Therapy Assistant)

**Physical Therapy Treatment**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
Review Information
**Visit : 4**
**Referring Physician:** No ref. provider found
Milam Robert MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found

**Treatment Diagnosis**: Chronic right shoulder pain [M25.511, G89.29]
**Date of Onset:** 2/20/2021

**Precautions**

**CHARGES**

PT Therapeutic Procedures Time Entry
Therapeutic Exercise Time Entry - 97110: 40 minutes
PT Modalities Time/Service Based Entry
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective:**
Pt states he is not seeing much changes for the better at this time.

**Pain**

**5/10**
**Objective:**

**No Distress**

**Treatment:**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

chin tucks supine 5 sec x 10

cervical rotation supine 5 sec x10

**08/05/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

upper trap stretch in sit 5 sec

levator stretch in sit 5 sec

4 way cervical ismetrics 5 sec x 10

UBE 6 mins 3 fwd/ 3 Rev

Prone W/T face down 15 x

Doorway pec stretch 3 x 30 sec

TB Rows/Ext L -2 2 x 15

Scap Squeeze with ER 2 x 15

Posterior Capsule stretch 30 sec x 2

s/l ER 2 x 15 2# *

Prone rows/ ext 2 x 15 *

**ASSESSMENT:**

Patient making good effort with therapeutic exercises with little discomfort. Pt would benefit from continued PT to improve ADLs.

## 08/05/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

**Plan:**

Cont POC

**PHILLIP HEFNER, PTA**
**8/5/2021 3:57 PM**

Electronically signed by Phillip Hefner, PTA at 8/5/2021 3:58 PM

## 08/03/2021 - Treatment in OrthoCarolina Gastonia- Therapy

**Therapy**

**Daily Note**

**Phillip Hefner, PTA at 8/3/2021 1500**

Author: Phillip Hefner, PTA
Service: —
Author Type: Physical Therapy Assistant
Filed: 8/3/2021 5:24 PM
Encounter Date: 8/3/2021
Status: Signed
Editor: Phillip Hefner, PTA (Physical Therapy Assistant)

### Physical Therapy Treatment

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** 7/12/2021
Review Information

**Referring Physician:** No ref. provider found
Milam Robert MD
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Pain, neck [M54.2]
**Date of Onset:** 2/20/2021

**Precautions**

**CHARGES**

PT Therapeutic Procedures Time Entry
  Therapeutic Exercise Time Entry - 97110: 40 minutes
PT Modalities Time/Service Based Entry
Total Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective:**
Pt states feeling about the same taking meds to control pain daily.

**Pain**

**5/10**
**Objective:**

**No Distress**

**Treatment:**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.

chin tucks supine 5 sec x 10

cervical rotation supine 5 sec x10

upper trap stretch in sit 5 sec

levator stretch in sit 5 sec

4 way cervical ismetrics 5 sec x 10

UBE 5 mins

**Therapy (continued)**

TB Rows/Ext L -2 2 x 15

Scap Squeeze with ER 2 x 15

Posterior Capsule stretch 30 sec x 2

s/l ER 2 x 15 2# *

Prone rows/ ext 2 x 15 *

**ASSESSMENT:**

Patient making good effort with therapeutic exercises with little discomfort. Pt would benefit from continued PT to improve ADLs.

**Plan:**

Cont POC

**PHILLIP HEFNER, PTA**

## 08/03/2021 - Treatment in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

**8/3/2021 5:23 PM**

Electronically signed by Phillip Hefner, PTA at 8/3/2021 5:24 PM

## 08/02/2021 - neck/R shoulder pain (Physical Therapy)

**Plans of Care**

**CONVERSION 08/18/21**

**Plan Information**

Active Date Range: 8/18/2021 - Ongoing
Workflow: Outpatient Rehab
Plan Status: Active

**Participants**

| Name | Type | Comments | Contact Info |
|---|---|---|---|
| Phillip Hefner, PTA | Physical Therapist | — | 704-671-1860 |

**Plan Content**



PAGE 23/64 * RCVD AT 8/30/2021 1:59:56 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):41-

Lincoln/Araya 0662

## CONVERSION 08/18/21

**Plan ID: 6485**

**Effective from: 8/18/2021 Effective to: 9/15/2021**

### Participants

| Name | Type | Comments | Contact Info |
|---|---|---|---|
| Phillip Hefner, PTA | Physical Therapist | | 704-671-1860 |

### Last Progress Notes Note

Author: Lesley Marie Pacitto, PT Status: Incomplete Last edited: 8/18/2021 3:40 PM

**Physical Therapy Progress Note**

**Patient Name:** Allan A Araya
**MRN:** 10464965
**DOB:**
**INITIAL EVAL DATE** No date for treatment started on file.
**Review Information**
**Allergies:** Shrimp extract allergy skin test and Soy allergy
**Current Meds:**
Current Outpatient Medications:

- amitriptyline (Elavil) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
- cyclobenzaprine (Flexeril) 5 MG tablet, Take 5 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- diclofenac (Voltaren) 75 MG EC tablet, TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD, Disp: 60 tablet, Rfl: 1
- hydrOXYzine HCl (Atarax) 25 MG tablet, Take 25 mg by mouth every 8 (eight) hours if needed., Disp: , Rfl:
- venlafaxine XR (Effoxor-XR) 75 MG 24 hr capsule, Take by mouth in the morning., Disp: , Rfl:

**Referring Physician:** No ref. provider found
**Medical Diagnosis:** Neck pain
Right shoulder pain
No data was found
**Date of Surgery:** No data was found
**Surgical Procedure:** No data was found
**Additional Surgeries**: No data was found
**Treatment Diagnosis**: Pain, neck [M54.2]
**Date of Onset:** No onset impairment date on file.

**Precautions:**
**Other Pertinent Data:**

**visit 5**

**CHARGES**
PT Therapeutic Procedures Time Entry

### Last Progress Notes Note (continued)

Therapeutic Exercise Time Entry - 97110: 40 minutes
PT Modalities Time/Service Based Entry
Treatment Time (Timed & Untimed): 40
Total Visit Time: 40

**Subjective**

**Subjective**

**Sleeping on right shoulder is painful, wakes patient at night. Pt indicates pain in area of cervicothoraic junction, goes to area of right upper trapezius and anterior shoulder. Sit tolerance is about 40 minutes. Pain in neck/right shoulder has improved 20% since start of PT**

**Pain 5-6/10 with medication. 7/10 without medication**

**Objective:**

**Measurements:**

right shoulder AROM: flexion 160 deg scaption 160 deg ER 75 deg IR thumb to T10
Right shoulder strength: flexion 5-/5 scaption 5-/5 ER 4+/5. Pt c/o anterior shoulder pain with resisted shoulder flexion.
Neer's impingement: c/o pain
Hawkins impingment: negative

Cervical AROM: rotation right 75% "stiff" left 75% "stiff", extension 75% "stiff"
Right posterior quadrant: c/o neck neck pain
Compression test: negative

**Treatment:**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
chin tucks supine 5 sec x 10

**Last Progress Notes Note (continued)**

cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
4 way cervical ismetrics 5 sec x 10 *

UBE 6 mins 3 fwd/ 3 Rev
Bilateral scaption with chin tuck 1# 2x10
horiztonal abduction tband lv 2 with chin tuck in stand 2x10
Prone W/T face down 15 x *
Doorway pec stretch 3 x 30 sec
Rows single with cervical rotation plate 2 2 x 15
Scap Squeeze with ER tband lv 2 with chin tuck 2 x 15
Posterior Capsule stretch 30 sec x 2
s/l ER 2 x 15 2# *
Prone rows/ ext 2 x 15 *

**Outcome Measures Current Level**

**Assessment:**

Right shoulder pain and neck pain continues at level of 5-6/10 with medication. Does not appear pain is radicular in nature, right shoulder with good AROM and strength however pt does have pain with over head impingement tests and resisted shoulder flexion.

### Last Progress Notes Note (continued)

**Plan**

1-2x/wk for 2 weeks

**Goals**:
STG/LTG 6 weeks
independent with HEP MET 8-18-21
left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
decrease pain by 50% PROGRESSING 8-18-21
cervical AROM: 75% for adls and driving MET 8-18-21
sit tolerance to 45 min for adls PROGRESSING 8-18-21

**Goals Addressed**

| | This Visit's Progress |
|---|---|
| • goals *(pt-stated)* | Delayed Improvement |

STG: 4 weeks
Pt will be able to achieve full knee extension; MET

LEFS score greater than or equal to 50

Pt will be independent with HEP; met thus far

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball; poor progress

Pt will be able to sit at desk for over an hour without symptoms in order to return to work; progressing

LEFS score greater than or equal to 70.

- STG/LTG neck/right shoulder

independent with HEP MET 8-18-21
left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls MET 8-18-21
left shoulder strength 5-/5 for reaching and lifting MET 8-18-21
decrease pain by 50% PROGRESSING 8-18-21
cervical AROM: 75% for adls and driving MET 8-18-21
sit tolerance to 45 min for adls PROGRESSING 8-18-21

**08/02/2021 - neck/R shoulder pain (Physical Therapy) (continued)**

**Plans of Care (continued)**

**Last Progress Notes Note (continued)**

LESLEY PACITTO, PT
8/18/2021 4:32 PM

**08/02/2021 - neck/R shoulder pain (Physical Therapy) (continued)**

**Plans of Care (continued)**

**07/23/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy**

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 7/23/2021 1020**

Author: Historical Provider, MD
Filed: 7/23/2021 10:20 AM
Editor: Interface, Transcription Conversion
Service: —
Encounter Date: 7/23/2021
Author Type: Physician
Status: Addendum

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 8.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 25 minutes, 2 units.
97112 Neuromuscular Re-education 15 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

## Subjective

Right knee is more painful but both right and left knee are bothersome. Wearing more supportive brace during normal day. Pain is worse at night with feeling of biting in right knee.

## Objective

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h

**07/23/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h
Heel raises 2 x 10 reps

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility. - Not Today 7/23/21
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

**Flowsheet:**

## Assessment

1. Knee pain, right (M25.561)
2. Knee pain, left (M25.562)

Patient continues to have pain with knee extension positioning. Extensor lag present with SLR. Fatigues with squats on total gym.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jul 23 2021 11:32AM EST (Author)

Electronically signed by Interface, Transcription Conversion at 8/11/2021 4:54 PM

**07/21/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy**

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 7/21/2021 1520**

| | | |
|---|---|---|
| Author: Historical Provider, MD | Service: — | Author Type: Physician |
| Filed: 7/21/2021 3:20 PM | Encounter Date: 7/21/2021 | Status: Addendum |
| Editor: Interface, Transcription Conversion | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 7-12-21. Number of Visits: 2.

## 07/21/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

Medical Diagnosis: Neck / R shoulder pain .
Treatment Diagnosis: Neck/R shoulder .

### Charges

97110 Therapeutic Exercises 35 minutes, 3 units.

**Total Treatment Time:** 35 minutes.

### Subjective

Pt reports pain in shoulder about 6/10 needs pain meds daily to manage. Does better with exercises when he is in therapy, Not doing HEP.

### Objective

10 minutes late

**Treatment:**

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
s/l ER 2 x 15 2#
Prone rows/ ext 2 x 15

NEXT VISIT: tband rows and extension, cervical stabilization, posterior capsule stretch

### Assessment

1. Right shoulder pain (M25.511)
2. Neck pain (M54.2)

Pt tolerate exercises, but does appear to have pain with most. Pt educated on importance of HEP and ROM.

### Plan

Cont POC per Protocol

### Signatures

Electronically signed by : Phillip Hefner, PTA; Jul 21 2021 4:05PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 8/11/2021 4:54 PM

## 07/12/2021 - Scanned Document in OC DATA CONVERSION

**Patient Medical History Notes**

## 07/12/2021 - Scanned Document in OC DATA CONVERSION (continued)

**Patient Medical History Notes (continued)**

**Patient Portal History**

**PROVIDER, ORTHOCAROLINA at 7/12/2021 0820**

**PLEASE ANSWER THE FOLLOWING QUESTIONS.**

**Mark 1** - Stabbing
**Mark 2** - Stabbing
**Mark 3** - Intermittent
**Mark 4** - Burning
**Mark 5** - Intermittent
**Mark 6** - Intermittent
**When did current symptoms start?** - Dec 13th 2020
**Are your symptoms related to an injury?** - Yes
**Please give date of injury:** - Dec 13th 2020
**What was the cause of your pain or symptoms?** - Two Auto accident
**Please rate your pain now. (0-None, 10-Worst ever)** - 7
**Please rate your pain at its worst in the last 7 days. (0-None, 10-Worst ever)** - 7
**What makes your pain worse? (Select all that apply)** - Sitting
**What makes your pain better? (Select all that apply)** - Medication, Other
**Explain other:** - Physical therapy medication
**surgery for problem** - No
**Occupation** - Senior customer care specialist bilingual
**If student please indicate the school that you attend** - Bellevue university
**Are you currently working?** - No
**Rate your overall general health:** - Fair
**Living Situation** - Alone
**Home environment** - 1-story
**What does your home environment have?** - None
**What are your rehabilitation goals or expectations while in this program?** - Continue to improve
**Do you use any Patient Assistant devices such as:** - Back/Neck Brace
**previous PT/OT** - No
**REASON FOR APPOINTMENT**
**reason for visit** - Neck/Upper back

Electronically signed by PROVIDER, ORTHOCAROLINA at 8/20/2021 9:17 AM

## 07/12/2021 - Scanned Document in OC DATA CONVERSION

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 7/12/2021 0820**

| | | |
|---|---|---|
| Author: Historical Provider, MD | Service: — | Author Type: Physician |
| Filed: 7/12/2021 8:20 AM | Encounter Date: 7/12/2021 | Status: Signed |
| Editor: Interface, Transcription Conversion | | |

### Note Heading

**Therapy (continued)**

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 7-12-21. Number of Visits: 1.
Medical Diagnosis: right shoulder pain, neck pain.
Treatment Diagnosis: right shoulder pain, neck pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Impingement syndrome of right shoulder (M75.41)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 10 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.
**Explanation of Onset and Reason for Skilled Therapy:.** Pt reports started to have neck and shoulder pain after MVAs this past year.

Right shoulder pain: worse after sleeping on the shoulder. Pain wakes pt up after sleeping 4-5 hours.

**Therapy (continued)**

Lifting aggravates the shoulder. Pt indicates pain in the front and top of the shoulder.
Neck pain: central neck pain the goes toward the shoulder. Medicine helps. Worse with in one position to long. Sitting > 30 mins. No specific motions aggravate or reproduce the pain. No pain radiating down the arm to the hand.

Work: currently not working.

Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): See completed Functional Outcome Study.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, pushing/pulling, grooming/bathing, cooking, housekeeping, performing recreational/sports activities and gardening/yardwork.

**Factors that could potentially complicate outcomes:**

**Co-Morbidities:** Overweight and Depression (F32.9) Hypercholesterolemia (E78.00) Impingement syndrome of right shoulder (M75.41) Knee pain, left (M25.562) Knee pain, right (M25.561) Neck pain (M54.2) Overweight (E66.3) Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A) Tobacco non-user (Z78.9).

## Objective

**Hand Dominance/Preference:** Right.
**Observation:** no acute distress.
**Mental Status:** alert and oriented x 3 (person,place and time).
**Posture:** WFL, forward head and rounded shoulders.
**Sling Type:** none.
**Palpation:** moderate TTP upper trapezius right tenderness.
**Sensation:** WNL
**Cervical Screen:** cervical AROM: rotation 90% right and left, side bend right 90%, left 75%, flexion 100% pain at base of neck and in front of the shoulder, extension 100% no pain.
Spurlings: negative. Compression: negative.
**Shoulder AROM:** Measured in degrees, in sit position:
Flexion:........................ Right: 160, Left: 160
Scaption:...................... Right: 160 + pain, Left: 160
Internal Rotation:.......... Right: thumb to T12, Left: thumb to T10
External Rotation 90:.... Right: 90, Left: 90
**Shoulder PROM:** Measured in degrees, in supine position:
Flexion:........................ Right: 170
Scaption:...................... Right: 170
External Rotation 90:.... Right: 90
Right Shoulder End Feel: normal.
GH Joint:...................... Right: 2 with posterior glide
Upper Trapezius limitations: minimal on right.
Pectoralis Major limitations: bilaterally.
**Shoulder Strength:**
Flexion:........................ Right: 5-/5, Left: 5-/5
Scaption:...................... Right: 5-/5, Left: 5-/5
Abduction:................... Right: 4/5, Left: 4/5
External Rotation:........ Right: 5-/5, Left: 5-/5
+ pain all resisted MMT right shoulder with pt pointing to upper trapezius area where pain is located
Right Empty Can is negative.
Right Full Can is negative.
Right Neer's Impingement Sign is. painful
Right Hawkins Kennedy is. painful
Right Speeds Test is negative.
Right Drop Arm is negative.