**07/12/2021 - Scanned Document in OC DATA CONVERSION (continued)**

**Therapy (continued)**

**Treatment:**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP . HEP handouts given to patient.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
s/l ER 2x10

NEXT VISIT: tband rows and extension, prone rows and extension, cervical stabilzation, posterior capsule stretch

## Assessment

1. Impingement syndrome of right shoulder (M75.41)
2. Neck pain (M54.2)
3. Right shoulder pain (M25.511)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services.
**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.
**Prognosis:** good.
**Motivation:** adequate.
**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.
**# of Personal Factors / Co-morbidities:** 1-2 (mod).
**# of Exam Elements:** 3 (mod).
**Presentation:** Evolving (moderate).
**Evaluation Complexity:** Moderate.
Pt is a 40 y/o male referred to PT with dx right shoulder pain and impingment and neck pain after MVAs this year. Pt presents to PT with cc right shoulder pain limiting sleeping. Pt presents with postural deficits of forward head, rounded shoulder, good AROM right shoulder with mild limitation IR, mild decrease posterior GH mobility, good strength in the shoulder except some weakness periscapular region however noted decrease effort with resisted MMT and pain with with all resisted MMT right shoulder. cervical AROM WNL with c/o pain with flexion, negative Spurlings, negative compression test, no UE radicular symptoms noted with cervical exam.
Appears shoulder impingement with periscapular weakness, slight decrease GH mobility posteriorly, upper trapezius strain.

## Goals

STG/LTG 6 weeks
independent with HEP
left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls
left shoulder strength 5-/5 for reaching and lifting
decrease pain by 50%
independent HEP
cervical AROM: 75% for adls and driving
sit tolerance to 45 min for adls
decrease pain by 50% for adls

## Plan

Therapy recommended 1 time per week, 2 times per week for 6 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.

**07/12/2021 - Scanned Document in OC DATA CONVERSION (continued)**

**Therapy (continued)**

Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Lesley Pacitto, PT; Jul 12 2021 9:00AM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 7:30 PM

**07/12/2021 - Scanned Document in OC DATA CONVERSION**

**Patient Medical History Notes**

**Patient Portal Outcomes**

**PROVIDER, ORTHOCAROLINA at 7/12/2021 0820**

**PLEASE ANSWER THE FOLLOWING QUESTIONS.**

**Mark 1** - Stabbing
**Mark 2** - Stabbing
**Mark 3** - Intermittent
**Mark 4** - Burning
**Mark 5** - Intermittent
**Mark 6** - Intermittent
**When did current symptoms start?** - Dec 13th 2020
**Are your symptoms related to an injury?** - Yes
**Please give date of injury:** - Dec 13th 2020
**What was the cause of your pain or symptoms?** - Two Auto accident
**Please rate your pain now. (0-None, 10-Worst ever)** - 7
**Please rate your pain at its worst in the last 7 days. (0-None, 10-Worst ever)** - 7
**What makes your pain worse? (Select all that apply)** - Sitting
**What makes your pain better? (Select all that apply)** - Medication, Other
**Explain other:** - Physical therapy medication
**surgery for problem** - No
**Occupation** - Senior customer care specialist bilingual
**If student please indicate the school that you attend** - Bellevue university
**Are you currently working?** - No
**Rate your overall general health:** - Fair
**Living Situation** - Alone
**Home environment** - 1-story
**What does your home environment have?** - None
**What are your rehabilitation goals or expectations while in this program?** - Continue to improve

## 07/12/2021 - Scanned Document in OC DATA CONVERSION (continued)

**Patient Medical History Notes (continued)**

**Do you use any Patient Assistant devices such as:** - Back/Neck Brace
**previous PT/OT** - No

**REASON FOR APPOINTMENT**

**reason for visit** - Neck/Upper back

**NDI**

**Section 1 - Pain Intensity** - The pain is moderate at the moment
**Section 2 - Personal Care (Washing, Dressing, etc.)** - I can look after myself normally, but it causes extra pain
**Section 3 - Lifting** - I can lift very light weights
**Section 4 - Reading** - I cannot read as much as I want because of severe pain in my neck
**Section 5 - Headaches** - I have moderate headaches which come infrequently
**Section 6 - Concentration** - I have a fair degree of difficulty in concentrating when I want to
**Section 7 - Work** - I cannot do my usual work
**Section 8 - Driving** - I can hardly drive at all because of severe pain in my neck
**Section 9 - Sleeping** - My sleep is moderately disturbed (2-3 hours sleepless)
**Section 10 - Recreation** - I cannot do any recreation activities at all

**PATIENT TRENDS**

| Scores | 06/04/2014 (2558 days ago) | 05/25/2021 (41 days ago) | 07/05/2021 (0 days ago) |
|---|---|---|---|
| NDI (0 - 100) | 60.00 CL 60-80% Sev. | 62.00 CL 60-80% Sev. | 58.00 CK 40-60% Sev. |

Electronically signed by PROVIDER, ORTHOCAROLINA at 8/20/2021 9:17 AM

## 06/28/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia

**Office Notes**

**Progress Notes**

**Patricia McHale, MD at 6/28/2021 1335**

### Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for follow up of bilateral knee pain.

### Dictation

HISTORY OF PRESENT ILLNESS:
The patient is here today for follow-up regarding his knees. He states that his left knee is doing better. His right knee is still sore. He has a lot of trouble with his right knee at night. Physical therapy does seem to be helping in the is very pleased with how the PCL brace has helped.

PHYSICAL EXAM:
The patient is walking well today. He has well-maintained range of motion of both knees. He does continue to have some pain with maximal flexion of the right knee. There is no valgus instability. He does have a grade 1 posterior drawer. There is no anterior or varus instability. He is able to do an active straight leg raise on both sides with no extensor lag. There is minimal swelling of the right knee. His quadriceps strength is progressing nicely. He is neurovascularly intact throughout both lower

extremities.

ASSESSMENT:
Right knee MCL and PCL sprains-improving.

PLAN:
The patient will continue physical therapy. He will continue to use his brace for activity; it is fitting appropriately. We did discuss the possibility of a cortisone injection to help with the pain that he is having at night, but he does not wish to pursue that today. I will plan on seeing him back in approximately 4-6 weeks.

## Assessment

1. Knee pain, right (M25.561)
2. Knee pain, left (M25.562)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
4. Tobacco non-user (Z78.9)

## Orders

1. Tobacco Use Screening; Status:Complete; Done: 06/28/2021
2. Therapy (General Short) Therapy . Status: Active Requested for: 28Jun2021

## Vitals

### Vitals Panel

Height: 6 ft 1 in
Weight: 206 lb
BMI Calculated: 27.18 kg/m2
BSA Calculated: 2.18
Pain Scale: 5

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Impingement syndrome of right shoulder (M75.41)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

**Office Notes (continued)**

## Past Medical History
No significant past medical history

## Surgical History
History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History
**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History
Alcohol use (Z78.9)
alcohol: Rarely
Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

## Review of Systems
**GENERAL:** no recurring fever, no recent weight change and no decreased appetite.
**EYES:** no vision impairment.
**NEURO:** no dizziness, no tingling, no burning sensation and no numbness.
**MUSC- SKEL:** See HPI.

## Signatures
Electronically signed by : Patricia McHale, M.D.; Jun 28 2021 9:41PM EST

Electronically signed by Patricia McHale, MD at 7/21/2021 9:11 PM

### 06/24/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 6/24/2021 1520**

| | | |
|---|---|---|
| Author: Historical Provider, MD | Service: — | Author Type: Physician |
| Filed: 6/24/2021 3:20 PM | Encounter Date: 6/24/2021 | Status: Signed |
| Editor: Interface, Transcription Conversion | | |

## Note Heading
**DAILY NOTE**
Referring Physician: PATRICIA MCHALE

## 06/24/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

Initial Eval Date: 5/25/21. Number of Visits: 7.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

### Charges

**Timed Procedures:**
97110 Therapeutic Exercises 25 minutes, 2 units.
97112 Neuromuscular Re-education 15 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

### Subjective

Continues to experience biting type of pain in right knee and left calf. Notices painful popping in right knee when walking.

### Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h
Heel raises 2 x 10 reps

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility. - Not Today 6/24/21
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

**Flowsheet:**

06/24/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)

Therapy (continued)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Tenderness to palpation along right medial hamstring this session. Pain with knee extension positioning. Continues to demonstrate co-contraction of hamstring and quad during quad sets. Encouraged to continue with HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 24 2021 4:33PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 9:32 PM

06/21/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy

Therapy

**Therapy Progress Note**

**Historical Provider, MD at 6/21/2021 1440**

Author: Historical Provider, MD | Service: — | Author Type: Physician
Filed: 6/21/2021 2:40 PM | Encounter Date: 6/21/2021 | Status: Signed
Editor: Interface, Transcription Conversion

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 6.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 22 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

## Subjective

Biting type of pain at night in both knees and shoulders. The pain is not as intense but continues to have pain consistently. Unable to straighten right knee all the way out.

## Objective

redness and skin irritation on posterior R

**06/21/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

## Assessment

1. Knee pain, right (M25.561)

Pain with knee extension positioning. No change with ROM this session. Poor quad activation with SLR. Tenderness to palpation diffusely surrounding right knee. Encouraged to complete HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 21 2021 3:29PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 10:08 PM

**06/17/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy**

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 6/17/2021 1520**

**Therapy (continued)**

Author: Historical Provider, MD | Service: — | Author Type: Physician
Filed: 6/17/2021 3:20 PM | Encounter Date: 6/17/2021 | Status: Signed
Editor: Interface, Transcription Conversion

### Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

## Subjective

Pt reports he continues to have pain in R knee that he is managing with medication. He continues to wear knee brace on R knee. Pt reports 5-6/10 pain throughout R knee at begginning of session

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

### Treatment:

Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.

**06/17/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)
2. Hypercholesterolemia (E78.00)

Pt continues to have cocontraction of quad and hamstring during quad sets despite consistent cues. Pt is not progressing quad activation and knee ROM as expected at this time and continues to be educated on importance of HEP to achieve TKE. Pt understanding of education

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 17 2021 4:04PM EST

Electronically signed by Interface, Transcription Conversion at 7/21/2021 10:31 PM

**06/14/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy**

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 6/14/2021 1520**

Author: Historical Provider, MD
Service: —
Author Type: Physician
Filed: 6/14/2021 3:20 PM
Encounter Date: 6/14/2021
Status: Signed
Editor: Interface, Transcription Conversion

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

**Therapy (continued)**

## Subjective

Wearing brace at all times, even when sleeping. Muscle soreness following last PT session. Working on HEP daily. Knees are feeling a little better but continues to have pain when straightening knee out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)
TKE x20 L1 TB

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Slight improvements with ROM this session. Pain present with prolong knee extension positioning. Reports popping in right anterior knee with prone hamstring curls. Increased redness surrounding right knee today, advised to remove brace when at home resting or at night when sleeping.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 14 2021 4:11PM EST (Author)

## 06/14/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

Electronically signed by Interface, Transcription Conversion at 7/21/2021 11:08 PM

## 06/10/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 6/10/2021 0740**

Author: Historical Provider, MD    Service: —    Author Type: Physician
Filed: 6/10/2021 7:40 AM    Encounter Date: 6/10/2021    Status: Signed
Editor: Interface, Transcription Conversion

### Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 4.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

### Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

### Subjective

Pt reports no change in knee symptoms. He thinks he can bend it slightly more, but not straighten

### Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 115 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today

**06/10/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

prone hamstring curl x20 (slow eccentric for knee ext ROM)
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)

Pt continues to have poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Continues to compensate with glut during quad set with fair quad activation. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 10 2021 8:16AM EST

Electronically signed by Interface, Transcription Conversion at 7/21/2021 11:40 PM

**06/09/2021 - Historic Appt - Arrived in OrthoCarolina Spine Center**

**Patient Medical History Notes**

**Patient Portal History**

**PROVIDER, ORTHOCAROLINA at 6/9/2021 1330**

**MEANINGFUL USE**

**Race** - Other
**Other race** - Spanish
**Ethnicity** - Hispanic or Latino
**language** - English
**Preferred communication** - Cell Phone

**GENERAL INFORMATION**

**E.R.** - Yes
**E.R.** - OTHER
**date** - Dec 13th 2020
**result of E.R. visit?** - Yes
**ER dr** - Atrium health

**06/09/2021 - Historic Appt - Arrived in OrthoCarolina Spine Center (continued)**

**Patient Medical History Notes (continued)**

**>65** - No
**Are you older than 6 months?** - Yes
**Have you had an influenza vaccination?** - No
**Weight:** - 206
**Height** - 6' 1"
**What is your sex at birth?** - Male
**In an effort to accurately refer to you in our office, please let us know how you would identify yourself.** - Male
**What is your highest level of education?** - Graduate Degree

**PHARMACY**

**Pharmacy** - CVS PHARMACY - 1803 S NEW HOPE RD1803 S NEW HOPE RD, GASTONIA, NC, 28054 Ph : 704-867-3541

**MEDICAL CONDITIONS**

**Hx** - No

**VISUAL ANALOG SCALE**

**Please rate your pain.** - 8

**ALLERGIES**

**drug allergies** - Yes
**Please select the drugs that you are allergic to from the list below. If your drug allergy is not in the options provided, please add it by selecting 'other' and entering the entire name, also sign in the text box.** - Other
**Please list all other medication/drug allergies:** - Pain medication anxiety medication
**non-med allergies** - No

**FAMILY HISTORY**

| | | |
|---|---|---|
| Diabetes **Please indicate relative(s):** - Mother | High Blood Pressure **Please indicate relative(s):** - Father, Mother | Respiratory Disease **Please indicate relative(s):** - Mother |

**SOCIAL HISTORY**

**Do you use any form of nicotine such as Vapes, Tobacco, Snuff, Nicotine Gum/Patch, Cigarettes or Cigars?** - No
**Cigarette** - Never a smoker
**alcohol** - Rarely
**marital** - Divorced
**Occupation:** - Senior customer care specialist bilingual

**REVIEW OF SYSTEMS**

*Note: The items below which are bolded and italics denote a 'Yes' response.*

| | | |
|---|---|---|
| Systemic - Recurring Fever (No) | Systemic - Recent Weight Change (No) | HEAD - HEADACHES (Yes) |
| Eyes - Vision Problems (No) | Otolaryngeal - Loss of Hearing (No) | Otolaryngeal - Hoarseness (No) |
| Cardiovascular - Chest Pain/Discomfort (No) | Cardiovascular - Heart Palpitations (No) | Pulmonary - Difficulty Breathing (No) |

**06/09/2021 - Historic Appt - Arrived in OrthoCarolina Spine Center (continued)**

**Patient Medical History Notes (continued)**

| | | |
|---|---|---|
| Pulmonary - Chronic Cough (No) | GASTROINTESTINAL - DECREASED APPETITE (Yes) | Gastrointestinal - Difficulty Swallowing (No) |
| Gastrointestinal - Heartburn (No) | Gastrointestinal - Nausea (No) | Gastrointestinal - Vomiting (No) |
| Gastrointestinal - Abdominal Pain (No) | Gastrointestinal - Blood in Stool (No) | Genitourinary - Blood in Urine (No) |
| Genitourinary - Increased Need to Urinate (No) | Genitourinary - Painful Urination (No) | Endocrine - Excessive Thirst (No) |
| Endocrine - Temperature Intolerance (No) | Hematologic - Bleeds Easily (No) | Hematologic - Bruise Easily (No) |
| Neurological - Dizziness (No) | Neurological - Convulsions (No) | Psychological - Psychological Disorder (No) |
| PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) | Skin - Skin Problems (No) | MUSCULOSKELETAL - JOINT PROBLEMS (Yes) |

**PAST SURGERIES**

| | | |
|---|---|---|
| Removal of Wisdom Teeth | | |

Electronically signed by PROVIDER, ORTHOCAROLINA at 8/20/2021 10:59 AM

**Office Notes**

**Progress Notes**

**Robert Alden Milam IV, MD at 6/9/2021 1330**

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for neck pain. Date of injury: 02/20/2021.
Pain is best described as constant . At present pain scale 6/10.

## Dictation

IMPRESSION:

1. Right subacromial impingement syndrome based on his exam and pain with shoulder motion.
2. Neck pain into the right trapezius, which I think is probably related to his shoulder pain.

PLAN:

I discussed treatment options with the patient. We will get him in for physical therapy of the cervical spine and right shoulder impingement program. I do not think that this is specifically a cervical spine issue as he does not describe radiculopathy type symptoms. The neck pain he is having is localized to the neck itself and likely is at worst a cervical muscle spasm and whiplash type syndrome, but it would be otherwise non structural pathology, not requiring any advanced imaging or surgery.

The patient will follow up with Dr. Patricia McHale in 1 month who is already carrying for him for his knee.

**06/09/2021 - Historic Appt - Arrived in OrthoCarolina Spine Center (continued)**

**Office Notes (continued)**

CHIEF COMPLAINT:
Neck pain.

HISTORY OF PRESENT ILLNESS:
Mr. Araya is a pleasant 40-year-old male who presents today as a new patient for evaluation regarding neck pain. He was previously seen by Dr. Patricia McHale in 05/06/2021. The patient reports he was involved in 2 motor vehicle accidents. The first occurred in 12/13/2020 and at that time he was the restrained back seat passenger in a vehicle that had a head on collision hitting on the right side. The patient apparently noted onset of pain in the knees and in his right shoulder beginning at that point. He then had a second accident in 02/20/2021 that further these issues. At that time, he was a restrained front seat passenger in his car in the left lane. The car from the right lane moved to the left, impacting the passenger side of his vehicle.

Today, the patient complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder " does not feel right. " The patient reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers.

The patient states he has been receiving treatment for his knees at Carolina Orthopedics in Gastonia.

PHYSICAL EXAMINATION:
Patient is well developed, well nourished and in no acute distress. The patient is alert and oriented x3. The patient moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is non-labored.

The patient flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The patient can heel raise in tandem and independently. The patient can toe raise in tandem and independently.

Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, non-tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The patient flexes forward to the chest, and extends 100 percent of normal, with pain. Lateral bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling maneuver is negative bilaterally. No tenderness to palpation along the neck and trapezius specifically, but does have pain with cervical range of motion particularly with left rotation, flexion, and extension of the cervical spine.

Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clonus. Babinski testing shows toes are down-going. Positive Hawkins and Neer impingement testing. Pain with range of motion of the right shoulder. Impingement testing is positive on the right.

Bilaterally, shoulders are nontender, ROM is full in all planes with no instability. Supraspinatus testing is negative.

Back is nontender to palpation, has normal ROM, has no atrophy, and no gross instability or malalignment.

DIAGNOSTIC STUDIES:
AP and lateral cervical spine radiographs ordered and performed today and interpreted by me show well-preserved disc spaces throughout. Normal alignment. No cervical facet spondylosis. He does have some anterior calcification of the anterior longitudinal ligament at C5-6. No fractures. I do not see much in the way of uncovertebral spurring at any levels.

NuanceDAX: NM

## Assessment

1. Tobacco non-user (Z78.9)
2. Neck pain (M54.2)
3. Impingement syndrome of right shoulder (M75.41)

## Orders

1. Start: Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
2. Physical Therapy (Spine) - Eval and Treat Therapy . Status: Active

Requested for: 09Jun2021
3. XRay Cervical Spine min 2V; Status:Complete; Done: 09Jun2021 01:30PM
4. Tobacco Use Screening; Status:Complete; Done: 06/09/2021

## Vitals

### Vitals Panel

Height: 6 ft 1 in
Weight: 206 lb
BMI Calculated: 27.18 kg/m2
BSA Calculated: 2.18
Pain Scale: 6

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

Knee pain, right (719.46) (M25.561)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza
Unreviewed Unverified: No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

**Mother**

Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
Unreviewed Unverified: Family history of Respiratory disease (J98.9)

**Father**

Family history of hyperlipidemia (Z83.438)

## 06/09/2021 - Historic Appt - Arrived in OrthoCarolina Spine Center (continued)

**Office Notes (continued)**

Family history of hypertension (Z82.49)

### Social History

Alcohol use (Z72.89)
- rarely

Unreviewed Unverified: Alcohol use (Z78.9)
alcohol: Rarely
Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

### Review of Systems

**GENERAL:** no recurring fever, no recent weight change and no decreased appetite.
**HEENT:** no headache, no hoarseness, no vision problems, no hearing loss and no trouble swallowing.
**RESP:** no cough and no difficulty breathing.
**CV:** no chest pain and no palpitations.
**GI:** no abdominal pain, no blood in stool, no heartburn, no nausea and no vomiting.
**ENDO:** no excessive thirst and no temperature intolerance.
**SKIN:** no skin problems, no easy bruising and no easy bleeding.
**MUSC- SKEL:** See HPI.
**NEURO:** no convulsions, no dizziness, no numbness and no tingling.
**GU:** no painful urination, no change in urinary frequency and no blood in urine.
**PSYCH:** no psychological disorder and no sleep disturbances.

### Signatures

Electronically signed by : Alden Milam, M.D.; Jun 16 2021 10:06AM EST

Electronically signed by Robert Alden Milam IV, MD at 7/21/2021 11:46 PM

## 06/07/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 6/7/2021 1440**

| | | |
|---|---|---|
| Author: Historical Provider, MD | Service: — | Author Type: Physician |
| Filed: 6/7/2021 2:40 PM | Encounter Date: 6/7/2021 | Status: Signed |
| Editor: Interface, Transcription Conversion | | |

### Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 3.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

### Charges

**Timed Procedures:**
97110 Therapeutic Exercises 30 minutes, 2 units.



PAGE 52/64 * RCVD AT 8/30/2021 1:59:56 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):41-

**06/07/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

97112 Neuromuscular Re-education 10 minutes, 1 units.

**Total Treatment Time:** 40 minutes.

## Subjective

Wearing knee sleeve all the time because knee hurts more with out it on. Did not sleep good last night. Experiencing a biting pain at night in both legs.

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 110 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
Bike x 6 min
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L
hamstring curl x20 *
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III - Not Today
STM medial quad and hamstring- Not Today

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

## 06/07/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)

**Therapy (continued)**

Electronically signed by : Emily Reece, PTA; Jun 7 2021 3:43PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/22/2021 12:10 AM

## 06/04/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 6/4/2021 1020**

Author: Historical Provider, MD
Service: —
Author Type: Physician
Filed: 6/4/2021 10:20 AM
Encounter Date: 6/4/2021
Status: Signed
Editor: Interface, Transcription Conversion

### Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 2.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

### Charges

**Timed Procedures:**
97140 Manual Therapy 10 minutes, 1 units.
97110 Therapeutic Exercises 25 minutes, 2 units.

**Total Treatment Time:** 35 minutes.

### Subjective

Pt reports his R knee is about the same. He says his skin is doing much better

### Objective

decreased redness and skin irritation on posterior R knee

**Treatment:**
Problem list:
L knee ROM and strength
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
bike x6'
quad set x20; 5 sec hold
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
SLR 2x10
side lying hip abduction 2x10 R/L
hamstring curl x20
Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Pt continues to be limited and irritable with knee flexion/.extension ROM. His skin has cleared up some. He is provided updated HEP with printed exercises.

## Goals

STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Cont POC

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 4 2021 11:00AM EST

Electronically signed by Interface, Transcription Conversion at 7/22/2021 12:27 AM

### 05/25/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy

**Patient Medical History Notes**

**Patient Portal Outcomes**

**PROVIDER, ORTHOCAROLINA at 5/25/2021 1420**

**PLEASE ANSWER THE FOLLOWING QUESTIONS.**

**Mark 1** - Stabbing
**Mark 2** - Sharp
**When did current symptoms start?** - Feb 20th 2021
**Are your symptoms related to an injury?** - Yes
**Please give date of injury:** - Feb 20th 2021
**What was the cause of your pain or symptoms?** - Auto accident
**Please rate your pain now. (0-None, 10-Worst ever)** - 6
**Please rate your pain at its worst in the last 7 days. (0-None, 10-Worst ever)** - 6
**What makes your pain worse? (Select all that apply)** - Sitting, Standing, Walking, Lifting, Bending, Twisting
**What makes your pain better? (Select all that apply)** - Rest/lying down, Exercise, Stretching, Medication, Massage
**surgery for problem** - No
**Occupation** - Senior Cust care specialist bilingual
**If student please indicate the school that you attend** - Bellevue university

**05/25/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Patient Medical History Notes (continued)**

**Are you currently working?** - No
**Rate your overall general health:** - Fair
**Living Situation** - Alone
**Home environment** - 1-story
**What does your home environment have?** - None
**What are your rehabilitation goals or expectations while in this program?** - Continue to get better
**Do you use any Patient Assistant devices such as:** - Back/Neck Brace
**previous PT/OT** - Yes
**current/different problem** - Current problem
**details (current problem)** - Carolina orthopedic and sports medicine end of April

**REASON FOR APPOINTMENT**

**reason for visit** - Neck/Upper back

**NDI**

**Section 1 - Pain Intensity** - The pain is fairly severe at the moment
**Section 2 - Personal Care (Washing, Dressing, etc.)** - It is painful to look after myself and I am slow and careful
**Section 3 - Lifting** - I can lift very light weights
**Section 4 - Reading** - I cannot read as much as I want because of severe pain in my neck
**Section 5 - Headaches** - I have moderate headaches which come infrequently
**Section 6 - Concentration** - I have a fair degree of difficulty in concentrating when I want to
**Section 7 - Work** - I cannot do any work at all
**Section 8 - Driving** - I cannot drive my car as long as I want because of moderate pain in my neck
**Section 9 - Sleeping** - My sleep is moderately disturbed (2-3 hours sleepless)
**Section 10 - Recreation** - I can hardly do any recreational activities because of pain in my neck

**PATIENT TRENDS**

| Scores | 06/04/2014 (2547 days ago) | 05/25/2021 (0 days ago) |
|---|---|---|
| NDI (0 - 100) | 60.00 CL 60-80% Sev. | 62.00 CL 60-80% Sev. |

Electronically signed by PROVIDER, ORTHOCAROLINA at 8/20/2021 11:46 AM

**Therapy**

**Therapy Progress Note**

**Historical Provider, MD at 5/25/2021 1420**

Author: Historical Provider, MD
Filed: 5/25/2021 2:20 PM
Editor: Interface, Transcription Conversion
Service: —
Encounter Date: 5/25/2021
Author Type: Physician
Status: Signed

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 1.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Allergies
No Known Drug Allergies

## Current Meds
- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems
Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History
History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History
History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 15 minutes, 1 units.

## Subjective
For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.
**Explanation of Onset and Reason for Skilled Therapy:.** bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.
MRI: R PCL complete tear and fx of posterior tibial plateau

Pt reports pain in L calf and night
He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Pt is currently not working due to pain when sitting

Pt wants to get back to running and play basketball.
Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): LEFS.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, driving, mobilize in/out of vehicle, negotiate stairs, rise from sitting, sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational/sports activities and gardening/yardwork.
**Factors that could potentially complicate outcomes:**
**Co-Morbidities:** Hypercholesterolemia, Overweight and depression.
**Personal Factors:** post/current experience.

## Objective

**Mental Status:** alert and oriented x 3 (person,place and time).
**Weight Bearing Status:** FWB.
**Gait:** Ambulation without Assistive Device .
Gait Sequence: antalgic.
Cellulitis R posterior and medial knee.
**Palpation:** moderate popliteal fossa R knee tenderness.
**Knee/Hip ROM:** WNL except:
Knee Flexion:........................... Right: 112, Left: 130
Knee Extension:....................... Right: 10 lacking, Left: -2 HE
Right knee end feel is: painful/empty and muscle guarding.
Left knee end feel is: normal.
Knee:....................................... Right: 4
Quadricep limitations: severe on right.
Hamstring limitations: severe on right:.
**Knee Strength:**
Flexion:................................ Right: 3/5, Left: 4/5
Extension:............................ Right: 3-/5, Left: 3+/5
**Straight Leg Raise:**
Right: unable.
Left: able.
**Quad Contraction:**
Right: poor.
Left: good.
Right and left Anterior Drawer is negative.
Right and left Posterior Drawer is negative.
Right and left Varus Stress is negative.
Right Valgus Stress is positive and negative.

Functional Squat: 25%.

**Treatment:** education regarding removing brace to avoid skin breakdown and infection. pt educated to wash skin and monitor current inflammation and discuss with MD if worsened condition. Will follow up next visit
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP .
HEP handouts given to patient.
bike x6' for ROM
quad set x10; 5 sec hold
heel slide c strap x10; 5 sec hold

**Therapy (continued)**

hamstring stretch; not today
SLR; not today
hip abduction; not today
hamstring curl; not today

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services .
Pt will benefit from skilled physical therapy in order to improve B knee ROM, endurance, strength, load tolerance, agility and power necessary to return to community and recreational activities without limitation.
Patient presents with the following body structure(s) to be addressed: bilateral knee.
**Impaired body functions and systems to be addressed:** pain , muscle guarding , decreased ROM , decreased joint mobility , decreased strength , decreased dynamic balance/stabilization , gait deviations and limited knowledge of present condition management and HEP .
**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.
**Prognosis:** good.
**Motivation:** adequate.
**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.
**# of Personal Factors / Co-morbidities:** 1-2 (mod).
**# of Exam Elements:** 3 (mod).
**Presentation:** Evolving (moderate).
**Evaluation Complexity:** Moderate.

## Goals

**Free Text:**
STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Therapy recommended 2 times per week for 12 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

**05/25/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia- Therapy (continued)**

**Therapy (continued)**

## Signatures

Electronically signed by : Mark Leyhe, PT; May 25 2021 3:34PM EST

Electronically signed by Interface, Transcription Conversion at 7/22/2021 1:47 AM

**05/06/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia**

**Patient Medical History Notes**

**Patient Portal History**

**PROVIDER, ORTHOCAROLINA at 5/6/2021 1520**

**MEANINGFUL USE**

**Race** - Other

**Other race** - Spanish

**Ethnicity** - Hispanic or Latino

**language** - English

**Preferred communication** - Cell Phone

**GENERAL INFORMATION**

**E.R.** - Yes

**E.R.** - OTHER

**date** - Dec 13th 2020

**result of E.R. visit?** - Yes

**ER dr** - Atrium health

**>65** - No

**Are you older than 6 months?** - Yes

**Have you had an influenza vaccination?** - No

**Weight:** - 206

**Height** - 6' 1"

**What is your sex at birth?** - Male

**In an effort to accurately refer to you in our office, please let us know how you would identify yourself.** - Male

**What is your highest level of education?** - Graduate Degree

**PHARMACY**

**Pharmacy** - CVS PHARMACY - 1803 S NEW HOPE RD1803 S NEW HOPE RD, GASTONIA, NC, 28054 Ph : 704-867-3541

**MEDICAL CONDITIONS**

**Hx** - No

**VISUAL ANALOG SCALE**

**Please rate your pain.** - 8

**ALLERGIES**

**drug allergies** - Yes

**Please select the drugs that you are allergic to from the list below. If your drug allergy is not in the options provided, please add it by selecting 'other' and entering the entire name, also sign in the text box.** - Other

**Please list all other medication/drug allergies:** - Pain medication anxiety medication

**05/06/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia (continued)**

**Patient Medical History Notes (continued)**

**non-med allergies** - No

**FAMILY HISTORY**

| | | |
|---|---|---|
| Diabetes **Please indicate relative(s):** - Mother | High Blood Pressure **Please indicate relative(s):** - Father, Mother | Respiratory Disease **Please indicate relative(s):** - Mother |

**SOCIAL HISTORY**

**Do you use any form of nicotine such as Vapes, Tobacco, Snuff, Nicotine Gum/Patch, Cigarettes or Cigars?** - No

**Cigarette** - Never a smoker

**alcohol** - Rarely

**marital** - Divorced

**Occupation:** - Senior customer care specialist bilingual

**REVIEW OF SYSTEMS**

*Note: The items below which are bolded and italics denote a 'Yes' response.*

| | | |
|---|---|---|
| Systemic - Recurring Fever (No) | Systemic - Recent Weight Change (No) | HEAD - HEADACHES (Yes) |
| Eyes - Vision Problems (No) | Otolaryngeal - Loss of Hearing (No) | Otolaryngeal - Hoarseness (No) |
| Cardiovascular - Chest Pain/Discomfort (No) | Cardiovascular - Heart Palpitations (No) | Pulmonary - Difficulty Breathing (No) |
| Pulmonary - Chronic Cough (No) | GASTROINTESTINAL - DECREASED APPETITE (Yes) | Gastrointestinal - Difficulty Swallowing (No) |
| Gastrointestinal - Heartburn (No) | Gastrointestinal - Nausea (No) | Gastrointestinal - Vomiting (No) |
| Gastrointestinal - Abdominal Pain (No) | Gastrointestinal - Blood in Stool (No) | Genitourinary - Blood in Urine (No) |
| Genitourinary - Increased Need to Urinate (No) | Genitourinary - Painful Urination (No) | Endocrine - Excessive Thirst (No) |
| Endocrine - Temperature Intolerance (No) | Hematologic - Bleeds Easily (No) | Hematologic - Bruise Easily (No) |
| Neurological - Dizziness (No) | Neurological - Convulsions (No) | Psychological - Psychological Disorder (No) |
| PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) | Skin - Skin Problems (No) | MUSCULOSKELETAL - JOINT PROBLEMS (Yes) |

**PAST SURGERIES**

| | | |
|---|---|---|
| Removal of Wisdom Teeth | | |

**Patient Medical History Notes (continued)**

Electronically signed by PROVIDER, ORTHOCAROLINA at 8/20/2021 12:48 PM

**Office Notes**

**Progress Notes**

**Patricia McHale, MD at 5/6/2021 1520**

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for bilateral knee pain.

## Dictation

HISTORY OF PRESENT ILLNESS:
This is a 40-year-old male who comes in today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.

PHYSICAL EXAM:
The patient does walk with an antalgic gait on the right. He has range of motion of the right knee from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has well-maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities.

X-RAYS:
Four views of both knees were obtained and reviewed in the office today. These do not reveal any significant underlying arthrosis or acute bony pathology.

ASSESSMENT:
Bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left.

PLAN:
At this point, I do need to see the MRI from Carolina Orthopedics and Sports Medicine. The patient will obtain this on a disc and bring it by for my review. In addition, he will call us or send a message through the patient portal with an updated list of his current medications; without that, I really cannot recommend any additional medications at this point. I have recommended that we get him back into physical therapy for a calf strain protocol on the left and a PCL sprain protocol on the right. I will plan to see him back in approximately 4-6 weeks. He may benefit from a more rigid PCL type of brace rather than the knee sleeve that he has been wearing, but I will defer ordering that until after I review the MRI.

**05/06/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia (continued)**

**Office Notes (continued)**

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

## Orders

1. XRay Knee 4V Bilateral; Status:Complete; Done: 06May2021 03:20PM
2. Therapy (General) - Eval and Treat Therapy . Status: Active Requested for: 06May2021
3. Tobacco Use Screening; Status:Complete; Done: 05/06/2021

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)
- rarely

**05/06/2021 - Historic Appt - Arrived in OrthoCarolina Gastonia (continued)**

**Office Notes (continued)**

Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation

- Admin, customer service, sales

## Review of Systems

Systemic - Recurring Fever (No) Systemic - Recent Weight Change (No) HEAD - HEADACHES (Yes) Eyes - Vision Problems (No) Otolaryngeal - Loss of Hearing (No) Otolaryngeal - Hoarseness (No) Cardiovascular - Chest Pain/Discomfort (No) Cardiovascular - Heart Palpitations (No) Pulmonary - Difficulty Breathing (No) Pulmonary - Chronic Cough (No) GASTROINTESTINAL - DECREASED APPETITE (Yes) Gastrointestinal - Difficulty Swallowing (No)
Gastrointestinal - Heartburn (No) Gastrointestinal - Nausea (No) Gastrointestinal - Vomiting (No) Gastrointestinal - Abdominal Pain (No) Gastrointestinal - Blood in Stool (No) Genitourinary - Blood in Urine (No) Genitourinary - Increased Need to Urinate (No) Genitourinary - Painful Urination (No) Endocrine - Excessive Thirst (No)
Endocrine - Temperature Intolerance (No) Hematologic - Bleeds Easily (No) Hematologic - Bruise Easily (No) Neurological - Dizziness (No) Neurological - Convulsions (No) Psychological - Psychological Disorder (No) PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) Skin - Skin Problems (No) MUSCULOSKELETAL - JOINT PROBLEMS (Yes)

.

## Signatures

Electronically signed by : Patricia McHale, M.D.; May 6 2021 5:26PM EST

Electronically signed by Patricia McHale, MD at 7/22/2021 4:30 AM

OrthoCarolina

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message my be legally privileged and confidential information intended only for the use of the individual or entity name below.

Date: 8/23/21 Time: 11:55 AM

Fax to: Fax: 260-455-0064
Alyssa Judd
5/6/21 to today 8/23/21 Telephone:

From: Fax:
Zimmermann, Laurie Telephone:

Comments:

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 5/6/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for bilateral knee pain.

## Dictation

HISTORY OF PRESENT ILLNESS:
This is a 40-year-old male who comes in today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.

PHYSICAL EXAM:
The patient does walk with an antalgic gait on the right. He has range of motion of the right knee from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has well-maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities.

X-RAYS:
Four views of both knees were obtained and reviewed in the office today. These do not reveal any significant underlying arthrosis or acute bony pathology.

ASSESSMENT:
Bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left.

PLAN:
At this point, I do need to see the MRI from Carolina Orthopedics and Sports Medicine. The patient will obtain this on a disc and bring it by for my review. In addition, he will call us or send a message through the patient portal with an updated list of his current medications; without that, I really cannot recommend any additional medications at this point. I have recommended that we get him back into physical therapy for a calf strain protocol on the left and a PCL sprain protocol on the right. I will plan to see him back in approximately 4-6 weeks. He may benefit from a more rigid PCL type of brace rather than the knee sleeve that he has been wearing, but I will defer ordering that until after I review the MRI.

## Assessment

1. Knee pain, left (M25.562)

2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

## Orders

1. XRay Knee 4V Bilateral; Status:Complete; Done: 06May2021 03:20PM
2. Therapy (General) - Eval and Treat Therapy . Status: Active Requested for: 06May2021
3. Tobacco Use Screening; Status:Complete; Done: 05/06/2021

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery

- moles removed from back

## Family History

**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)

- rarely

Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation

- Admin, customer service, sales

## Review of Systems

Systemic - Recurring Fever (No) Systemic - Recent Weight Change (No) HEAD - HEADACHES (Yes)
Eyes - Vision Problems (No) Otolaryngeal - Loss of Hearing (No) Otolaryngeal - Hoarseness (No)
Cardiovascular - Chest Pain/Discomfort (No) Cardiovascular - Heart Palpitations (No) Pulmonary - Difficulty Breathing (No)
Pulmonary - Chronic Cough (No) GASTROINTESTINAL - DECREASED APPETITE (Yes) Gastrointestinal - Difficulty Swallowing (No)
Gastrointestinal - Heartburn (No) Gastrointestinal - Nausea (No) Gastrointestinal - Vomiting (No)
Gastrointestinal - Abdominal Pain (No) Gastrointestinal - Blood in Stool (No) Genitourinary - Blood in Urine (No)
Genitourinary - Increased Need to Urinate (No) Genitourinary - Painful Urination (No) Endocrine - Excessive Thirst (No)
Endocrine - Temperature Intolerance (No) Hematologic - Bleeds Easily (No) Hematologic - Bruise Easily (No)
Neurological - Dizziness (No) Neurological - Convulsions (No) Psychological - Psychological Disorder (No)
PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) Skin - Skin Problems (No) MUSCULOSKELETAL - JOINT PROBLEMS (Yes)

.

## Signatures

Electronically signed by : Patricia McHale, M.D.; May 6 2021 5:26PM EST

Last signed by: Patricia McHale, MD at 7/22/2021 4:30 AM
Electronically signed by Patricia McHale, MD at 7/22/2021 4:30 AM

Historic Appt - Arrived on 5/6/2021

Note shared with patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 5/25/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 1.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 15 minutes, 1 units.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.
**Explanation of Onset and Reason for Skilled Therapy:.** bilateral knee pain that started after a motor vehicle

accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.
MRI: R PCL complete tear and fx of posterior tibial plateau

Pt reports pain in L calf and night
He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Pt is currently not working due to pain when sitting

Pt wants to get back to running and play basketball.
Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): LEFS.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, driving, mobilize in/out of vehicle, negotiate stairs, rise from sitting, sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational/sports activities and gardening/yardwork.
**Factors that could potentially complicate outcomes:**
**Co-Morbidities:** Hypercholesterolemia, Overweight and depression.
**Personal Factors:** post/current experience.

## Objective

**Mental Status:** alert and oriented x 3 (person,place and time).
**Weight Bearing Status:** FWB.
**Gait:** Ambulation without Assistive Device .
Gait Sequence: antalgic.
Cellulitis R posterior and medial knee.
**Palpation:** moderate popliteal fossa R knee tenderness.
**Knee/Hip ROM:** WNL except:
Knee Flexion:........................... Right: 112, Left: 130
Knee Extension:....................... Right: 10 lacking, Left: -2 HE
Right knee end feel is: painful/empty and muscle guarding.
Left knee end feel is: normal.
Knee:...................................... Right: 4
Quadricep limitations: severe on right.
Hamstring limitations: severe on right:.
**Knee Strength:**
Flexion:................................ Right: 3/5, Left: 4/5
Extension:............................ Right: 3-/5, Left: 3+/5
**Straight Leg Raise:**
Right: unable.
Left: able.
**Quad Contraction:**
Right: poor.
Left: good.
Right and left Anterior Drawer is negative.
Right and left Posterior Drawer is negative.
Right and left Varus Stress is negative.

Right Valgus Stress is positive and negative.
Functional Squat: 25%.

**Treatment:** education regarding removing brace to avoid skin breakdown and infection. pt educated to wash skin and monitor current inflammation and discuss with MD if worsened condition. Will follow up next visit
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6' for ROM
quad set x10; 5 sec hold
heel slide c strap x10; 5 sec hold
hamstring stretch; not today
SLR; not today
hip abduction; not today
hamstring curl; not today

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services .
Pt will benefit from skilled physical therapy in order to improve B knee ROM, endurance, strength, load tolerance, agility and power necessary to return to community and recreational activities without limitation.
Patient presents with the following body structure(s) to be addressed: bilateral knee.
**Impaired body functions and systems to be addressed:** pain , muscle guarding , decreased ROM , decreased joint mobility , decreased strength , decreased dynamic balance/stabilization , gait deviations and limited knowledge of present condition management and HEP .
**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.
**Prognosis:** good.
**Motivation:** adequate.
**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.
**# of Personal Factors / Co-morbidities:** 1-2 (mod).
**# of Exam Elements:** 3 (mod).
**Presentation:** Evolving (moderate).
**Evaluation Complexity:** Moderate.

## Goals

**Free Text:**
STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Therapy recommended 2 times per week for 12 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.

Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Mark Leyhe, PT; May 25 2021 3:34PM EST

Electronically signed by Interface, Transcription Conversion at 7/22/2021 1:47 AM

Historic Appt - Arrived on 5/25/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/4/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 2.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 10 minutes, 1 units.
97110 Therapeutic Exercises 25 minutes, 2 units.
**Total Treatment Time:** 35 minutes.

## Subjective

Pt reports his R knee is about the same. He says his skin is doing much better

## Objective

decreased redness and skin irritation on posterior R knee

**Treatment:**
Problem list:
L knee ROM and strength
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6'
quad set x20; 5 sec hold
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
SLR 2x10
side lying hip abduction 2x10 R/L
hamstring curl x20
Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Pt continues to be limited and irritable with knee flexion/.extension ROM. His skin has cleared up some. He is provided updated HEP with printed exercises.

## Goals

STG: 4 weeks
Pt will be able to achieve full knee extension

LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Cont POC

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 4 2021 11:00AM EST

Electronically signed by Interface, Transcription Conversion at 7/22/2021 12:27 AM

Historic Appt - Arrived on 6/4/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/7/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 3.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 30 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing knee sleeve all the time because knee hurts more with out it on. Did not sleep good last night. Experiencing a biting pain at night in both legs.

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 110 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L
hamstring curl x20 *
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III - Not Today
STM medial quad and hamstring- Not Today

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps

SLR 2 x 10 reps (bilaterally)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 7 2021 3:43PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/22/2021 12:10 AM

Historic Appt - Arrived on 6/7/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Robert Alden Milam IV, MD | Progress Notes | Encounter Date: 6/9/2021 |
| Surgeon | Signed | |
| Specialty: Spine | | |

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for neck pain. Date of injury: 02/20/2021.
Pain is best described as constant . At present pain scale 6/10.

## Dictation

IMPRESSION:
1. Right subacromial impingement syndrome based on his exam and pain with shoulder motion.
2. Neck pain into the right trapezius, which I think is probably related to his shoulder pain.

PLAN:
I discussed treatment options with the patient. We will get him in for physical therapy of the cervical spine and right shoulder impingement program. I do not think that this is specifically a cervical spine issue as he does not describe radiculopathy type symptoms. The neck pain he is having is localized to the neck itself and likely is at worst a cervical muscle spasm and whiplash type syndrome, but it would be otherwise non structural pathology, not requiring any advanced imaging or surgery.

The patient will follow up with Dr. Patricia McHale in 1 month who is already carrying for him for his knee.

CHIEF COMPLAINT:
Neck pain.

HISTORY OF PRESENT ILLNESS:
Mr. Araya is a pleasant 40-year-old male who presents today as a new patient for evaluation regarding neck pain. He was previously seen by Dr. Patricia McHale in 05/06/2021. The patient reports he was involved in 2 motor vehicle accidents. The first occurred in 12/13/2020 and at that time he was the restrained back seat passenger in a vehicle that had a head on collision hitting on the right side. The patient apparently noted onset of pain in the knees and in his right shoulder beginning at that point. He then had a second accident in 02/20/2021 that further these issues. At that time, he was a restrained front seat passenger in his car in the left lane. The car from the right lane moved to the left, impacting the passenger side of his vehicle.

Today, the patient complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder " does not feel right. " The patient reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers.

The patient states he has been receiving treatment for his knees at Carolina Orthopedics in Gastonia.

PHYSICAL EXAMINATION:
Patient is well developed, well nourished and in no acute distress. The patient is alert and oriented x3. The patient moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is non-labored.

The patient flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The patient can heel raise in tandem and independently. The patient can toe raise in tandem and independently.

Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, non-tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The patient flexes forward to the chest, and extends 100 percent of

normal, with pain. Lateral bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling maneuver is negative bilaterally. No tenderness to palpation along the neck and trapezius specifically, but does have pain with cervical range of motion particularly with left rotation, flexion, and extension of the cervical spine.

Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clonus. Babinski testing shows toes are down-going. Positive Hawkins and Neer impingement testing. Pain with range of motion of the right shoulder. Impingement testing is positive on the right.

Bilaterally, shoulders are nontender, ROM is full in all planes with no instability. Supraspinatus testing is negative.

Back is nontender to palpation, has normal ROM, has no atrophy, and no gross instability or malalignment.

DIAGNOSTIC STUDIES:
AP and lateral cervical spine radiographs ordered and performed today and interpreted by me show well-preserved disc spaces throughout. Normal alignment. No cervical facet spondylosis. He does have some anterior calcification of the anterior longitudinal ligament at C5-6. No fractures. I do not see much in the way of uncovertebral spurring at any levels.

NuanceDAX: NM

## Assessment

1. Tobacco non-user (Z78.9)
2. Neck pain (M54.2)
3. Impingement syndrome of right shoulder (M75.41)

## Orders

1. Start: Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
2. Physical Therapy (Spine) - Eval and Treat Therapy . Status: Active Requested for: 09Jun2021
3. XRay Cervical Spine min 2V; Status:Complete; Done: 09Jun2021 01:30PM
4. Tobacco Use Screening; Status:Complete; Done: 06/09/2021

## Vitals

### Vitals Panel

Height: 6 ft 1 in
Weight: 206 lb
BMI Calculated: 27.18 kg/m2
BSA Calculated: 2.18
Pain Scale: 6

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter

(S83.521A)
Tobacco non-user (Z78.9)

Knee pain, right (719.46) (M25.561)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza
Unreviewed Unverified: No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
Unreviewed Unverified: Family history of Respiratory disease (J98.9)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)
- rarely

Unreviewed Unverified: Alcohol use (Z78.9)
alcohol: Rarely
Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

## Review of Systems

**GENERAL:** no recurring fever, no recent weight change and no decreased appetite.
**HEENT:** no headache, no hoarseness, no vision problems, no hearing loss and no trouble swallowing.
**RESP:** no cough and no difficulty breathing.
**CV:** no chest pain and no palpitations.
**GI:** no abdominal pain, no blood in stool, no heartburn, no nausea and no vomiting.
**ENDO:** no excessive thirst and no temperature intolerance.
**SKIN:** no skin problems, no easy bruising and no easy bleeding.
**MUSC- SKEL:** See HPI.
**NEURO:** no convulsions, no dizziness, no numbness and no tingling.
**GU:** no painful urination, no change in urinary frequency and no blood in urine.
**PSYCH:** no psychological disorder and no sleep disturbances.

## Signatures

Electronically signed by : Alden Milam, M.D.; Jun 16 2021 10:06AM EST

Last signed by: Robert Alden Milam IV, MD at 7/21/2021 11:46 PM
Electronically signed by Robert Alden Milam IV, MD at 7/21/2021 11:46 PM

Historic Appt - Arrived on 6/9/2021

Note shared with patient

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/10/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 4.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Pt reports no change in knee symptoms. He thinks he can bend it slightly more, but not straighten

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 115 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM)
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.

Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)

Pt continues to have poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Continues to compensate with glut during quad set with fair quad activation. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 10 2021 8:16AM EST

Electronically signed by Interface, Transcription Conversion at 7/21/2021 11:40 PM

Historic Appt - Arrived on 6/10/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/14/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing brace at all times, even when sleeping. Muscle soreness following last PT session. Working on HEP daily. Knees are feeling a little better but continues to have pain when straightening knee out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring



PAGE 19/35 * RCVD AT 8/23/2021 11:56:57 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):11

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)
TKE x20 L1 TB

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Slight improvements with ROM this session. Pain present with prolong knee extension positioning. Reports popping in right anterior knee with prone hamstring curls. Increased redness surrounding right knee today, advised to remove brace when at home resting or at night when sleeping.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 14 2021 4:11PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 11:08 PM

Historic Appt - Arrived on 6/14/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/17/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Pt reports he continues to have pain in R knee that he is managing with medication. He continues to wear knee brace on R knee. Pt reports 5-6/10 pain throughout R knee at begginning of session

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)
2. Hypercholesterolemia (E78.00)

Pt continues to have cocontraction of quad and hamstring during quad sets despite consistent cues. Pt is not progressing quad activation and knee ROM as expected at this time and continues to be educated on importance of HEP to achieve TKE. Pt understanding of education

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 17 2021 4:04PM EST

Electronically signed by Interface, Transcription Conversion at 7/21/2021 10:31 PM

Historic Appt - Arrived on 6/17/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/21/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 6.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 22 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Biting type of pain at night in both knees and shoulders. The pain is not as intense but continues to have pain consistently. Unable to straighten right knee all the way out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.

Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

## Assessment

1. Knee pain, right (M25.561)

Pain with knee extension positioning. No change with ROM this session. Poor quad activation with SLR. Tenderness to palpation diffusely surrounding right knee. Encouraged to complete HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 21 2021 3:29PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 10:08 PM

Historic Appt - Arrived on 6/21/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/24/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 7.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 25 minutes, 2 units.
97112 Neuromuscular Re-education 15 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Continues to experience biting type of pain in right knee and left calf. Notices painful popping in right knee when walking.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h
Heel raises 2 x 10 reps

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility. - Not Today 6/24/21
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

**Flowsheet:**

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Tenderness to palpation along right medial hamstring this session. Pain with knee extension positioning. Continues to demonstrate co-contraction of hamstring and quad during quad sets. Encouraged to continue with HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 24 2021 4:33PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 9:32 PM

Historic Appt - Arrived on 6/24/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 7/12/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 7-12-21. Number of Visits: 1.
Medical Diagnosis: right shoulder pain, neck pain.
Treatment Diagnosis: right shoulder pain, neck pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Impingement syndrome of right shoulder (M75.41)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.

**Explanation of Onset and Reason for Skilled Therapy:.** Pt reports started to have neck and shoulder pain after MVAs this past year.

Right shoulder pain: worse after sleeping on the shoulder. Pain wakes pt up after sleeping 4-5 hours.
Lifting aggravates the shoulder. Pt indicates pain in the front and top of the shoulder.
Neck pain: central neck pain the goes toward the shoulder. Medicine helps. Worse with in one position to long. Sitting > 30 mins. No specific motions aggravate or reproduce the pain. No pain radiating down the arm to the hand.

Work: currently not working.

Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): See completed Functional Outcome Study.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, pushing/pulling, grooming/bathing, cooking, housekeeping, performing recreational/sports activities and gardening/yardwork.

**Factors that could potentially complicate outcomes:**

**Co-Morbidities:** Overweight and Depression (F32.9) Hypercholesterolemia (E78.00) Impingement syndrome of right shoulder (M75.41) Knee pain, left (M25.562) Knee pain, right (M25.561) Neck pain (M54.2) Overweight (E66.3) Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A) Tobacco non-user (Z78.9).

## Objective

**Hand Dominance/Preference:** Right.
**Observation:** no acute distress.
**Mental Status:** alert and oriented x 3 (person,place and time).
**Posture:** WFL, forward head and rounded shoulders.
**Sling Type:** none.
**Palpation:** moderate TTP upper trapezius right tenderness.
**Sensation:** WNL
**Cervical Screen:** cervical AROM: rotation 90% right and left, side bend right 90%, left 75%, flexion 100% pain at base of neck and in front of the shoulder, extension 100% no pain.
Spurlings: negative. Compression: negative.
**Shoulder AROM:** Measured in degrees, in sit position:
Flexion:...................... Right: 160, Left: 160
Scaption:.................... Right: 160 + pain, Left: 160
Internal Rotation:.......... Right: thumb to T12, Left: thumb to T10
External Rotation 90:.... Right: 90, Left: 90
**Shoulder PROM:** Measured in degrees, in supine position:
Flexion:...................... Right: 170
Scaption:.................... Right: 170
External Rotation 90:.... Right: 90
Right Shoulder End Feel: normal.
GH Joint:.................... Right: 2 with posterior glide
Upper Trapezius limitations: minimal on right.
Pectoralis Major limitations: bilaterally.
**Shoulder Strength:**
Flexion:...................... Right: 5-/5, Left: 5-/5
Scaption:.................... Right: 5-/5, Left: 5-/5
Abduction:.................. Right: 4/5, Left: 4/5
External Rotation:........ Right: 5-/5, Left: 5-/5
+ pain all resisted MMT right shoulder with pt pointing to upper trapezius area where pain is located
Right Empty Can is negative.
Right Full Can is negative.
Right Neer's Impingement Sign is. painful
Right Hawkins Kennedy is. painful

Right Speeds Test is negative.
Right Drop Arm is negative.

**Treatment:**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP . HEP handouts given to patient.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
s/l ER 2x10

NEXT VISIT: tband rows and extension, prone rows and extension, cervical stabilzation, posterior capsule stretch

## Assessment

1. Impingement syndrome of right shoulder (M75.41)
2. Neck pain (M54.2)
3. Right shoulder pain (M25.511)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services.

**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.

**Prognosis:** good.

**Motivation:** adequate.

**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.

**# of Personal Factors / Co-morbidities:** 1-2 (mod).

**# of Exam Elements:** 3 (mod).

**Presentation:** Evolving (moderate).

**Evaluation Complexity:** Moderate.

Pt is a 40 y/o male referred to PT with dx right shoulder pain and impingment and neck pain after MVAs this year. Pt presents to PT with cc right shoulder pain limiting sleeping. Pt presents with postural deficits of forward head, rounded shoulder, good AROM right shoulder with mild limitation IR, mild decrease posterior GH mobility, good strength in the shoulder except some weakness periscapular region however noted decrease effort with resisted MMT and pain with with all resisted MMT right shoulder. cervical AROM WNL with c/o pain with flexion, negative Spurlings, negative compression test, no UE radicular symptoms noted with cervical exam.
Appears shoulder impingement with periscapular weakness, slight decrease GH mobility posteriorly, upper trapezius strain.

## Goals

STG/LTG 6 weeks
independent with HEP
left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls
left shoulder strength 5-/5 for reaching and lifting
decrease pain by 50%
independent HEP
cervical AROM: 75% for adls and driving
sit tolerance to 45 min for adls
decrease pain by 50% for adls

## Plan

Therapy recommended 1 time per week, 2 times per week for 6 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-

education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Lesley Pacitto, PT; Jul 12 2021 9:00AM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 7:30 PM

Scanned Document on 7/12/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD Physician Specialty: General Practice | Therapy Progress Note Addendum | Encounter Date: 7/21/2021 |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 7-12-21. Number of Visits: 2.
Medical Diagnosis: Neck / R shoulder pain .
Treatment Diagnosis: Neck/R shoulder .

## Charges

97110 Therapeutic Exercises 35 minutes, 3 units.
**Total Treatment Time:** 35 minutes.

## Subjective

Pt reports pain in shoulder about 6/10 needs pain meds daily to manage. Does better with exercises when he is in therapy, Not doing HEP.

## Objective

10 minutes late

**Treatment:**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
s/l ER 2 x 15 2#
Prone rows/ ext 2 x 15

NEXT VISIT: tband rows and extension, cervical stabilization, posterior capsule stretch

## Assessment

1. Right shoulder pain (M25.511)
2. Neck pain (M54.2)

Pt tolerate exercises, but does appear to have pain with most. Pt educated on importance of HEP and ROM.

## Plan

Cont POC per Protocol

## Signatures

Electronically signed by : Phillip Hefner, PTA; Jul 21 2021 4:05PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/24/2021 8:30 AM
Electronically signed by Interface, Transcription Conversion at 8/11/2021 4:54 PM

Historic Appt - Arrived on 7/21/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 6/28/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for follow up of bilateral knee pain.

## Dictation

HISTORY OF PRESENT ILLNESS:
The patient is here today for follow-up regarding his knees. He states that his left knee is doing better. His right knee is still sore. He has a lot of trouble with his right knee at night. Physical therapy does seem to be helping in the is very pleased with how the PCL brace has helped.

PHYSICAL EXAM:
The patient is walking well today. He has well-maintained range of motion of both knees. He does continue to have some pain with maximal flexion of the right knee. There is no valgus instability. He does have a grade 1 posterior drawer. There is no anterior or varus instability. He is able to do an active straight leg raise on both sides with no extensor lag. There is minimal swelling of the right knee. His quadriceps strength is progressing nicely. He is neurovascularly intact throughout both lower extremities.

ASSESSMENT:
Right knee MCL and PCL sprains-improving.

PLAN:
The patient will continue physical therapy. He will continue to use his brace for activity; it is fitting appropriately. We did discuss the possibility of a cortisone injection to help with the pain that he is having at night, but he does not wish to pursue that today. I will plan on seeing him back in approximately 4-6 weeks.

## Assessment

1. Knee pain, right (M25.561)
2. Knee pain, left (M25.562)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
4. Tobacco non-user (Z78.9)

## Orders

1. Tobacco Use Screening; Status:Complete; Done: 06/28/2021
2. Therapy (General Short) Therapy . Status: Active Requested for: 28Jun2021

## Vitals

### Vitals Panel

Height: 6 ft 1 in
Weight: 206 lb
BMI Calculated: 27.18 kg/m2
BSA Calculated: 2.18
Pain Scale: 5

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Impingement syndrome of right shoulder (M75.41)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery

- moles removed from back

## Family History

**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z78.9)
alcohol: Rarely
Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation

- Admin, customer service, sales

## Review of Systems

**GENERAL:** no recurring fever, no recent weight change and no decreased appetite.
**EYES:** no vision impairment.
**NEURO:** no dizziness, no tingling, no burning sensation and no numbness.
**MUSC- SKEL:** See HPI.

## Signatures

Electronically signed by : Patricia McHale, M.D.; Jun 28 2021 9:41PM EST

Last signed by: Patricia McHale, MD at 7/21/2021 9:11 PM
Electronically signed by Patricia McHale, MD at 7/21/2021 9:11 PM

Historic Appt - Arrived on 6/28/2021

Note shared with patient

**From:**Battle, Darlene G <Darlene.Battle@duke-energy.com>
**Sent:**Thu, 12 Aug 2021 18:33:37 +0000
**To:**Tuliano, Joshua
**SCcuebt:**RE: [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Allan's job does not require any overhead activity or reaching below the shoulder level..


Thanks,
Darlene Battle
Charlotte Contact Center
Phone: (704) 587-6832
**Darlene.battle @duke-energy.com**
DUKE ENERGY


---

**From:** Tuliano, Joshua <Joshua.Tuliano@lfg.com>
**Sent:** Thursday, August 12, 2021 1:09 PM
**To:** Battle, Darlene G <Darlene.Battle@duke-energy.com>
**SCcuebt:** [EXTERNAL] Short-Term Disability Appeal - Claim 11295718 (secure)


This EXTERNAL email is originating from a third-party provider that conducts business on behalf of Duke Energy. Please continue to be vigilant when handling email.

This message was sent securely using Zix®


Hi Darlene,

I'm reviewing a Short-Term and Long-Term Disability appeal for Allan Araya (EE ID 461081). Can you confirm if his job requires any overhead activity or reaching below the shoulder level? These were not noted in the job description.

If his job does require the above, can you define the amount of time per the below definitions (occasional, frequent or constant)?

## Definitions

Occasional: activity or condition exists up to 1/3 of the time; 20 minutes per hour or 2 ½ hours per day.
Frequent: activity or condition exists up to 1/3 to 2/3 of the time; 40 minutes per hour or 5½ hours per day.
Constant: activity or condition exists 2/3 or more of the time; 41 minutes per hour or more; more than 5½ hours per day.

Thank you in advance,




**joJs TCHi noa, MAaAB**
Appeal Specialist

**Llnbolm Flni nbli hGroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

----------------------------------------------------------------------
This Lincoln Financial Group communication was sent securely using TLS.

From: LFGNotifications@LFG.com
Sent: Thursday, August 12, 2021 12:43:13 PM
To:
CC:
BCC:
Subject: [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya
Attachments: y8wldlzwjebsbludprdn_11015358.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-0380

August 12, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) and Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 10813707 and 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Duke Energy Corporation's Group Disability Plan and Policy. We are writing regarding your claim for STD and LTD benefits under the Plan and Policy.

We received your request for review of the recent claim determination on your STD and LTD claim on August 4, 2021.

In a telephone conversation on August 11, 2021, you reported that you would be sending additional medical information, to be included as part of your appeal request.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by September 11, 2021, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Joshua Tuliano
Appeals Specialist
Phone No.: (877) 246-5670 Ext. 16440
Secure Fax No.: (603) 334-0380

# FAX

**CaroMont Medical Group**
CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia, NC 28054-6557
704-865-1749

| | |
|---|---|
| Date: 8/12/2021<br>Time: 12:17 PM<br>Number of Pages NOT including cover sheets: | Patient Information (if applicable):<br>MRN: 934141<br>Patient: Araya, Allan Arturo<br>DOB: |
| TO: HIM ROI SEE ATTN TO:<br>Alyssa Judd<br><br>,<br>877-246-5670<br>260-455-0064<br>Comments: | CaroMont Medical Group<br>CaroMont Family Medicine (Gaston Day)<br>Phone #: 704-865-1749<br>Fax #: 704-865-7328<br><br>Record ID: 94816 |

**THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please delete the material from any computer and contact the sender immediately by telephone to arrange for return of the documents to us. Reference: US Federal Regulations (42 CFR, Part 2) protect records containing protected health information.

# FAX

**CaroMont Medical Group**
CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia, NC 28054-6557
704-865-1749

| | |
|---|---|
| Date: 8/12/2021<br>Time: 12:11 PM<br>Number of Pages NOT including cover sheets: | Patient Information (if applicable):<br>MRN: 934141<br>Patient: Araya, Allan Arturo<br>DOB: |
| TO: HIM ROI SEE ATTN TO:<br>Alyssa Judd<br><br>,<br>877-246-5670<br>260-455-0064<br>Comments: **PATIENT'S SIGNED REQUEST IS LOCATED AT THE END OF THIS FAX.** | CaroMont Medical Group<br>CaroMont Family Medicine (Gaston Day)<br>Phone #: 704-865-1749<br>Fax #: 704-865-7328<br><br>Record ID: 94816 |

## THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please delete the material from any computer and contact the sender immediately by telephone to arrange for return of the documents to us. Reference: US Federal Regulations (42 CFR, Part 2) protect records containing protected health information.

CaroMont Health

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557

Araya, Allan Arturo
MRN: 934141, DOB:
ENC 12/5/2019

Sex: M

**Progress Notes by Logan, Alesha N, FNP-BC at 12/5/2019 6:45 PM**

Author: Logan, Alesha N, FNP-BC
Filed: 12/5/2019 8:18 PM
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)
Service: —
Encounter Date: 12/5/2019
Author Type: Nurse Practitioner
Status: Signed

## Subjective:

**Patient ID:** Allan Arturo Araya is a 38 y.o.,male.

**HPI:** Allan Arturo Araya presents to the office today for:

**Chief Complaint:**Establish Care

**And to discuss the following:**

Problem

Anxiety State

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

Class 1 Obesity Due to Excess Calories With Serious Comorbidity in Adult

| Last height, weight and BMI | 12/5/2019 |
|---|---|
| **HEIGHT** | 1.829 m |
| **WEIGHT** | 221 lb 9.6 oz |
| **BODY MASS INDEX** | 30.05 kg/m2 |

Chronic Fatigue

Decreased energy level
Thinks it may be related to his anxiety
Is working out daily, trying to lose weight

Mixed Hyperlipidemia

Strong FH- mom, dad, sister

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

No past medical history on file.
No past surgical history on file.
Outpatient Encounter Medications as of 12/5/2019

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • [DISCONTINUED] predniSONE (DELTASONE) 50 mg tablet | Take 1 Tab by mouth daily. | 5 Tab | 0 |

No facility-administered encounter medications on file as of 12/5/2019.

Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity: | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs: | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity: | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections: | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence: | |
| Fear of current or ex | Not on file |

partner:
Emotionally abused: Not on file
Physically abused: Not on file
Forced sexual activity: Not on file

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative
• Not on file

No family history on file.

Allergies

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Review of Systems**
Review of Systems
Constitutional: Positive for fatigue. Negative for chills and fever.
HENT: Negative for sore throat, trouble swallowing and voice change.
Eyes: Negative for redness and visual disturbance.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Endocrine: Negative for polyuria.
Genitourinary: Negative for difficulty urinating.
Musculoskeletal: Negative for gait problem.
Skin: Negative for rash.
Allergic/Immunologic: Negative for immunocompromised state.
Neurological: Negative for weakness.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for self-injury and suicidal ideas. The patient is nervous/anxious.

Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?
1. Feeling nervous, anxious, or on edge: Several days (12/05/19 1900)
2. Not being able to stop or control worrying: Several days (12/05/19 1900)
3. Worrying too much about different things: Not at all (12/05/19 1900)
4. Trouble relaxing: More than half the days (12/05/19 1900)
5. Being so restless that it is hard to set still: Not at all (12/05/19 1900)
6. Becoming easily annoyed or irritable : Not at all (12/05/19 1900)
7. Feeling afraid as if something awful might happen: Not at all (12/05/19 1900)
Total Score: 4 (12/05/19 1900)

**Objective:**

Vitals:

| | 12/05/19 1857 | 12/05/19 1858 |
|---|---|---|
| BP: | (!) 142/104 | (!) 150/110 |
| BP Location: | Left arm | Left arm |

| | | |
|---|---|---|
| Patient Position: | Sitting | Sitting |
| BP Cuff Size: | Adult | Adult |
| Pulse: | 75 | |
| Temp: | 98.2 °F (36.8 °C) | |
| TempSrc: | Oral | |
| SpO2: | 99% | |
| Weight: | 100.5 kg (221 lb 9.6 oz) | |
| Height: | 6' (1.829 m) | |

Body mass index is 30.05 kg/m².

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-nourished.
HENT:
Head: Normocephalic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Vitals reviewed.

**Data Review**

Results for orders placed or performed in visit on 12/05/19
POC Lipid Panel

| Result | Value | Ref Range |
|---|---|---|
| CHOLESTEROL POC | 262 (A) | 100 - 199 mg/dL |
| HDL, POC | 50 | 40 - 59 mg/dL |
| LDL CHOLESTEROL POC | 170 (A) | 99 mg/dL |
| TRIGLYCERIDES POC | 207 (A) | 149 mg/dL |
| POC VLDL | 41.4 (A) | 5 - 40 |
| LDL/HDL RATIO | 3.4 (A) | 3.2 |

POC Hgb A1C In Office

| Result | Value | Ref Range |
|---|---|---|
| HEMOGLOBIN A1C | 5.0 | % |

**Assessment/Plan:**

Allan was seen today for establish care.

Diagnoses and all orders for this visit:

**Chronic fatigue**

Assessment & Plan:

Check labs as follows-

Orders:

- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future
- Thyroid Cascade; Future
- Testosterone Free and Total; Future
- Vitamin B12, Level; Future
- Vitamin D 25 Hydroxy, Screen; Future

**Anxiety state**

Assessment & Plan:

GAD score low, unclear of the source, I think it's situational- he is really more anxious about his health. BP is really elevated today, even on recheck. He did just leave charlotte traffic, and was almost late getting here. He is clearly anxious during the entire visit, but was reassured with reviewing some of his test results. I'll see him back in a few weeks, and will reassess his symptoms.

Orders:

- Thyroid Cascade; Future

**Mixed hyperlipidemia**

Assessment & Plan:

Continue exercise
Start fish oil supplement daily
Repeat in 3 months

Orders:

- POC Lipid Panel
- POC Hgb A1C In Office

**Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI**

- Cancel: Lipid Panel; Future

**Next visit: physical, review labs,**
There are no Patient Instructions on file for this visit.

Return in about 4 weeks (around 1/2/2020) for physical.
No future appointments.

**Alesha N Logan, FNP-BC, 12/5/2019 8:18 PM**

**Progress Notes by Logan, Alesha N, FNP-BC at 12/5/2019 6:45 PM (continued)**

Electronically signed by Logan, Alesha N, FNP-BC at 12/5/2019 8:18 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 12/30/2019 6:45 PM**

Author: Logan, Alesha N, FNP-BC | Service: — | Author Type: Nurse Practitioner
Filed: 12/30/2019 8:23 PM | Encounter Date: 12/30/2019 | Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 39 y.o.,male.

**HPI:** Allan Arturo Araya presents to the office today for:

**Chief Complaint:**Physical Exam

**And to discuss the following:**

Problem

Chronic Mee (Middle Ear Effusion), Bilateral
- Has seen an allergist in the past and received allergy injections
- No longer taking any medications

Anxiety State
- Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

Chronic Fatigue
- Decreased energy level
- Thinks it may be related to his anxiety
- Is working out daily, getting up at 6 am, trying to lose weight
- Vitamin d level was low.

No past medical history on file.
No past surgical history on file.

Outpatient Encounter Medications as of 12/30/2019

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap by mouth every 7 days for 12 doses. | 12 Cap | 0 |

No facility-administered encounter medications on file as of 12/30/2019.

Social History

Socioeconomic History

**Progress Notes by Logan, Alesha N, FNP-BC at 12/30/2019 6:45 PM (continued)**

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity: | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs: | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity: | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections: | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence: | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

No family history on file.

**Allergies**

| Allergen | Reactions |
|---|---|

| | |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

**Review of Systems**

Review of Systems
Constitutional: Positive for fatigue. Negative for chills and fever.
HENT: Negative for sore throat, trouble swallowing and voice change.
Eyes: Negative for redness and visual disturbance.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Endocrine: Negative for polyuria.
Genitourinary: Negative for difficulty urinating.
Musculoskeletal: Negative for gait problem.
Skin: Negative for rash.
Allergic/Immunologic: Negative for immunocompromised state.
Neurological: Negative for weakness.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for self-injury and suicidal ideas. The patient is nervous/anxious.

Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?
1. Feeling nervous, anxious, or on edge: Several days (12/30/19 1900)
2. Not being able to stop or control worrying: Not at all (12/30/19 1900)
3. Worrying too much about different things: Not at all (12/30/19 1900)
4. Trouble relaxing: More than half the days (12/30/19 1900)
5. Being so restless that it is hard to set still: Several days (12/30/19 1900)
6. Becoming easily annoyed or irritable : Several days (12/30/19 1900)
7. Feeling afraid as if something awful might happen: Several days (12/30/19 1900)
Total Score: 6 (12/30/19 1900)
How difficult has it been to do your work, take care of things at home, or get along with other people?: Somewhat difficult (12/30/19 1900)

**Objective:**

Vitals:

| | 12/30/19 1846 |
|---|---|
| BP: | 138/90 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 84 |
| Temp: | 97.7 °F (36.5 °C) |
| TempSrc: | Oral |
| SpO2: | 98% |
| Weight: | 100.4 kg (221 lb 6.4 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 30.03 kg/m².

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. He exhibits no distension. Bowel sounds are increased. There is no tenderness.
Musculoskeletal: He exhibits no deformity.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Vitals reviewed.

**Data Review**

No results found for this visit on 12/30/19.

**Assessment/Plan:**

Allan was seen today for physical exam.

Diagnoses and all orders for this visit:

**Routine general medical examination at a health care facility**

**Chronic fatigue**
Assessment & Plan:
Continue taking vitamin d replacement
Repeat vit d in 3 months

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy, Screen; Future

**Chronic MEE (middle ear effusion), bilateral**
Assessment & Plan:
Resume antihistamine and nasal spray

**Anxiety state**
Assessment & Plan:

Gad completed, score mildly elevated today, continue to monitor

**Next visit: repeat vitamin d level in 3 months, ear effusion (right), left ear symptoms are better, repeat lipids**
**Patient Instructions**
**Continue vitamin d supplement**
**Start taking flonase/nasonex nasal spray along with an allergy medicine like claritin or zyrtec (every night)**

Return in about 3 months (around 3/30/2020) for f/u with PCP- medication f/u.
No future appointments.

**Alesha N Logan, FNP-BC, 12/30/2019 8:23 PM**

Electronically signed by Logan, Alesha N, FNP-BC at 12/30/2019 8:23 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 5/7/2020 6:00 PM**

Author: Logan, Alesha N, FNP-BC Service: — Author Type: Nurse Practitioner
Filed: 5/7/2020 6:17 PM Encounter Date: 5/7/2020 Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

CaroMont Health

**Video Telehealth Visit:**
Caromont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557
Phone: 704-865-1749
Fax: 704-865-7328

**The following were confirmed with the patient:**

**Patient Identification:**

- **Full Name:**Allan Arturo Araya
- **DOB:**

**Callback Number:**
**Patient's Current Location:** home
**Patient's Address:**

**Preferred Pharmacy:**
CVS/pharmacy #3837 - GASTONIA, NC - 1803 S. NEW HOPE ROAD AT CORNER OF ARMSTRONG PARK
1803 S. NEW HOPE ROAD
GASTONIA NC 28054
Phone: 704-867-4121 Fax: 704-868-2465

**Consent for Treatment:** Patient seen today for video telehealth visit with use of SecureVideo that permitted real-time communication between the patient and this provider. This visit type was deemed appropriate and necessary due to COVID-19 Public Health Emergency to decrease patient's risk of potential exposure. Patient understands purpose, benefits, and limitations of visit type and verbal consent was obtained to perform video telehealth visit.

**Provider License:** North Carolina

**HPI**: Patient presents for video telehealth visit for:
**Chief Complaint**:
Anxiety

Problem

Anxiety State

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.
**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | TAKE 1 CAP BY MOUTH EVERY 7 DAYS FOR 12 DOSES | 12 Cap | 0 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 30 Tab | 0 |

No current facility-administered medications for this visit.

Allergies

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

Patient Active Problem List

| Diagnosis | Code |
|---|---|
| • Anxiety state | F41.1 |
| • Class 1 obesity due to excess calories with serious comorbidity in adult | E66.09 |
| • Chronic fatigue | R53.82 |
| • Mixed hyperlipidemia | E78.2 |
| • Chronic MEE (middle ear effusion), bilateral | H65.493 |

No past medical history on file.

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | No |
| • Drug use: | No |

No past surgical history on file.
No family history on file.

**ROS:**
Review of Systems - General ROS: negative for weight changes, fever
Respiratory ROS: negative for cough, shortness of breath, or wheezing
Cardiovascular ROS: negative for chest pain or dyspnea on exertion
Neurological ROS: negative for TIA or stroke symptoms
**Other Pertinent information contained in the HPI**

**Physical Exam:**
**There were no vitals taken for this visit.**

Alert and oriented.
No respiratory distress, breathing is not labored.
Pleasant mood and affect.
Skin is not pale, no visible rash.
Extraocular movements are normal.

**Medical Decision Making**:
Patient's care is appropriate for telehealth visit.
Chart reviewed.
Prior labs reviewed.

**Progress Notes by Logan, Alesha N, FNP-BC at 5/7/2020 6:00 PM (continued)**

Prior office visits reviewed.

**Assessment and Plan:**
Allan was seen today for anxiety.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:

Start with hydroxyzine 25 mg tid prn
F/u in 2 weeks to see how he is doing
If this is not effective will try buspirone 7.5 mg tid prn, or Lexapro
He has to return work tentatively in June, advised that we could write to his employer to extend his

Orders:

- hydrOXYzine HCL (ATARAX) 25 mg tablet; Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia.

Patient given verbal instructions on treatment plan and voiced no further questions or concerns. Discussed worsening symptoms or conditions that would need to be evaluated in person.

**Signed:** Alesha Logan, FNP-BC 5/7/2020 6:17 PM
**Provider License:** NC

Next visit: f/u 2 weeks

No future appointments.

Electronically signed by Logan, Alesha N, FNP-BC at 5/7/2020 6:17 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 12/15/2020 7:30 PM**

Author: Logan, Alesha N, FNP-BC
Filed: 12/15/2020 8:47 PM
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)
Service: —
Encounter Date: 12/15/2020
Author Type: Nurse Practitioner
Status: Signed

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 39 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up (patient was in a vehicle accident on Sunday the 14th. He was a passenger and driver hit another car head on.)

Problem

Polyarthralgia

Patient was involved in a MVC on 12-13-2020.
He was the backseat passenger.
He did visit the emergency room after the accident

Closed Displaced Comminuted Fracture of Shaft of Right Tibia

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

Mvc (Motor Vehicle Collision)

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

Anxiety State

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

Mixed Hyperlipidemia
Strong FH- mom, dad, sister
Lab Results

| Component | Value | Date/Time |
|---|---|---|
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

No past medical history on file.
No past surgical history on file.
Outpatient Encounter Medications as of 12/15/2020

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 4 Cap | 0 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 90 Tab | 1 |
| • [DISCONTINUED] hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 30 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |

No facility-administered encounter medications on file as of 12/15/2020.

## Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |

- Not on file

No family history on file.

**Review of Systems**
ROS
As described in above HPI.

**Objective:**

Vitals:

| | 12/15/20 1933 |
|---|---|
| BP: | 122/82 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 94 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 104.3 kg (230 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 31.19 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Legs:



1: Brace in place

Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Gait: Gait abnormal (ambulates with crutches).
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**
Assessment & Plan:
He is seeing a chiropractor
Will continue to take Norco and IBU prescribed by ED

Orders:
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent**

**encounter**

Assessment & Plan:
STAT referral to ortho placed today

Orders:
- AMB Referral to Orthopedic Surgery

**Polyarthralgia**

Assessment & Plan:
Continue current medications, let me know if he needs refills
Adding flexeril to regimen
F/u 2 weeks
Will get him to ortho ASAP

Orders:
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Anxiety state**

Assessment & Plan:
Refill meds as follows-

Orders:
- hydrOXYzine HCL (ATARAX) 25 mg tablet; Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia.

**Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI**
- Lipid Panel; Future
- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future
- Thyroid Cascade; Future
- Testosterone - Free and Total; Future

**Mixed hyperlipidemia**

Assessment & Plan:
Checking labs as follows. Will f/u with patient about results.

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy Screen; Future

**Follow Up Plan(s):**

Depression Screening: PHQ-2 Total: 0 (12/15/20 1933)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 2 weeks**

**Patient Instructions**

**I am sending over a muscle relaxer, Flexeril, for you to take to help with your neck, back and shoulder pain.**
**I also refilled your Hydroxyzine, which is a medication for anxiety.**
**You will continue to take the pain medication prescribed to you by the Emergency Department.**
**We will follow up in 2 weeks.**

Return in about 2 weeks (around 12/29/2020) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 12/30/2020 | 10:45 AM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 12/15/2020 8:47 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 12/15/2020 8:47 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 12/30/2020 10:45 AM**

Author: Logan, Alesha N, FNP-BC | Service: — | Author Type: Nurse Practitioner
Filed: 12/30/2020 11:49 AM | Encounter Date: 12/30/2020 | Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Motor Vehicle Crash and Follow Up (medication helps a lot)

Problem

Closed Displaced Comminuted Fracture of Shaft of Right Tibia

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**
Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

Mvc (Motor Vehicle Collision)

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

Anxiety State

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.

He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**
Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

No past medical history on file.
No past surgical history on file.

Outpatient Encounter Medications as of 12/30/2020

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet | Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs | 28 Tab | 0 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 90 Tab | 1 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |

No facility-administered encounter medications on file as of 12/30/2020.

Social History

Socioeconomic History

• Marital status: Single

| | |
|---|---|
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

No family history on file.

**Review of Systems**

ROS

As described in above HPI.

**Objective:**

Vitals:

| | 12/30/20 1112 |
|---|---|
| BP: | 122/90 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 100 |
| Temp: | 97.9 °F (36.6 °C) |
| TempSrc: | Tympanic |
| SpO2: | 97% |
| Weight: | 106.1 kg (234 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 31.74 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Legs:



1: Brace in place

Skin:
Coloration: Skin is not pale.

Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Gait: Gait abnormal (ambulates with crutches).

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

## Assessment/Plan:

Allan was seen today for motor vehicle crash and follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Assessment & Plan:
We will continue current regimen, we will f/u with him in 4 weeks, in the meantime he will see ortho

Orders:
- HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet; Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter**

Assessment & Plan:

He will f/u orthopedist moving forward

I am going to refill his Norco today, I will provide enough to last the next several

**Anxiety state**

Assessment & Plan:

Continue hydroxyzine, no refills needed at this time

**Polyarthralgia**

Depression Screening: PHQ-2 Total: 0 (12/30/20 1112)

Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 4 weeks, f/u on above**

There are no Patient Instructions on file for this visit.

Return in about 4 weeks (around 1/27/2021) for in-office f/u.

No future appointments.

**Alesha Logan, FNP-BC, 12/30/2020 11:49 AM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 12/30/2020 11:49 AM

**Progress Notes by Logan, Alesha N, FNP-BC at 2/2/2021 6:45 PM**

Author: Logan, Alesha N, FNP-BC | Service: — | Author Type: Nurse Practitioner
Filed: 2/2/2021 8:01 PM | Encounter Date: 2/2/2021 | Status: Addendum
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)
Related Notes: Original Note by Logan, Alesha N, FNP-BC (Nurse Practitioner) filed at 2/2/2021 8:00 PM

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up and Knee Pain

Problem

Closed Displaced Comminuted Fracture of Shaft of Right Tibia

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**
Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

**2/2/2021**
He is out of boot, has physical therapy scheduled for another 6 weeks. Still having some pain in joints, but it is much better.

Anxiety State

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**
Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

**2/2/2021**
He reports he is taking hydroxyzine nightly, and sometimes during the day. He takes it as needed.
Anxiety Is uncontrolled, he feels anxious most of the day.
Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?
1. Feeling nervous, anxious, or on edge: Nearly every day (02/02/21 1900)
2. Not being able to stop or control worrying: More than half the days (02/02/21 1900)
3. Worrying too much about different things: More than half the days (02/02/21 1900)
4. Trouble relaxing: Nearly every day (02/02/21 1900)
5. Being so restless that it is hard to set still: Nearly every day (02/02/21 1900)
6. Becoming easily annoyed or irritable : More than half the days (02/02/21 1900)
7. Feeling afraid as if something awful might happen: Nearly every day (02/02/21 1900)

Total Score: 18 (02/02/21 1900)
How difficult has it been to do your work, take care of things at home, or get along with other people?: Extremely difficult (02/02/21 1900)

No past medical history on file.
No past surgical history on file.
Outpatient Encounter Medications as of 2/2/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • [DISCONTINUED] cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • [DISCONTINUED] EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) | Take 1 Tab (25 mg) | 270 Tab | 0 |

| | | | |
|---|---|---|---|
| 25 mg tablet | by mouth every 8 hours as needed for Anxiety or Insomnia. | | |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 0 |

No facility-administered encounter medications on file as of 2/2/2021.

## Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |

| | |
|---|---|
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

No family history on file.

**Review of Systems**
Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

As described in above HPI.

**Objective:**

Vitals:

| | 02/02/21 1845 |
|---|---|
| BP: | 130/84 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 86 |
| Temp: | 97.8 °F (36.6 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 103 kg (227 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 30.79 kg/m².

**Physical Exam**
Vitals signs reviewed.
HENT:

Head: Normocephalic.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Musculoskeletal: Normal range of motion.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing.
Musculoskeletal: Normal range of motion.
Skin:
General: Skin is warm.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up and knee pain.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:

Continue hydroxyzine prn, but add effexor 37.5 mg daily to help with anxiety
F/u in 4 weeks, increase dose if needed
Repeat GAD

Orders:

- venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule; Take 1 Cap (37.5 mg) by mouth daily.

**Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI**

- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Mixed hyperlipidemia**

**Progress Notes by Logan, Alesha N, FNP-BC at 2/2/2021 6:45 PM (continued)**

- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Chronic fatigue**
- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future

**Allergic reaction, initial encounter**
- EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector; Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter**

Assessment & Plan:
Symptoms progressing as expected
Complete PT, and f/u with specialists as planned

Depression Screening: PHQ-2 Total: 0 (02/02/21 1846)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 4 WEEKS, f/u on anxiety**
There are no Patient Instructions on file for this visit.

Return in about 4 weeks (around 3/2/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/2/2021 | 6:30 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 2/2/2021 8:01 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 2/2/2021 8:00 PM
Electronically signed by Logan, Alesha N, FNP-BC at 2/2/2021 8:01 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 3/2/2021 6:30 PM**

Author: Logan, Alesha N, FNP-BC
Service: —
Author Type: Nurse Practitioner
Filed: 3/4/2021 12:39 PM
Encounter Date: 3/2/2021
Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up, Post Hospital Check (MVA with mother, he thought he was going to be ok but then he started getting HA's and neck pain/back of head knot so he went to ED Tuesday. They were sideswiped.), and Anxiety (pt does not want to drive because everything that has happened)

History obtained from the patient.

Pt reports he was the front passenger in a car driven by his mother. They were on the highway when they were hit from the right side on I-85 by another driver. The police were notified.
He is having headaches, that he is taking ASA for. Today feels slightly better. Still having neck pain and headaches. He is not sleeping well. Anxiety is much worse. He is scared to drive. Doesn't like to drive much. This is the second accident he was in in the past 3 months.
He is still completing physical therapy from his first accident, which he finds very helpful. It is painful.

| Problem |
|---|
| Intractable Acute Post-Traumatic Headache |

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Outpatient Encounter Medications as of 3/2/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 30 Tab | 2 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • [DISCONTINUED] cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by | 2 Each | 0 |

| | | | |
|---|---|---|---|
| | subcutaneous injection one time only for 1 dose. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • [DISCONTINUED] venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 0 |

No facility-administered encounter medications on file as of 3/2/2021.

Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |

- Social connections

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

- Intimate partner violence

| | |
|---|---|
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |

| Other Topics | Concern |
|---|---|

- Not on file

Social History Narrative

- Not on file

No family history on file.

**Review of Systems**
ROS
As described in above HPI.

**PHQ-2 & PHQ-9**
PHQ-2 Questions
Little interest or pleasure in doing things:: Not at all
Feeling down, depressed, or hopeless:: Not at all
PHQ-2 Total: 0

**Objective:**

Vitals:

| | 03/02/21 1840 |
|---|---|
| BP: | 142/90 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 81 |
| Temp: | 97.1 °F (36.2 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 104 kg (229 lb 3.2 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 31.09 kg/m².

**Physical Exam**
Vitals signs reviewed.
HENT:
Head: Normocephalic.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Musculoskeletal: Normal range of motion.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing.
Musculoskeletal: Normal range of motion.
Skin:
General: Skin is warm.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

Assessment/Plan:

Allan was seen today for follow up, post hospital check and anxiety.

Diagnoses and all orders for this visit:

**Intractable acute post-traumatic headache**
Assessment & Plan:
Treating with amitripyline 25 mg qhs
Continue tylenol 1000 mg q6h (2 extra strength)
F/u 2 weeks

Orders:
- amitriptyline (ELAVIL) 25 mg tablet; Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia

**Polyarthralgia**

- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Motor vehicle collision, subsequent encounter**

- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

Depression Screening: PHQ-2 Total: 0 (03/02/21 1843)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 2 weeks**
There are no Patient Instructions on file for this visit.

Return in about 2 weeks (around 3/16/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/17/2021 | 12:15 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 3/4/2021 12:37 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 3/4/2021 12:39 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM**

Author: Logan, Alesha N, FNP-BC | Service: — | Author Type: Nurse Practitioner
Filed: 4/1/2021 8:23 PM | Encounter Date: 4/1/2021 | Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up and Motor Vehicle Crash

Problem
Mvc (Motor Vehicle Collision)
Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly

after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

Anxiety State
Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**
Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

**2/2/2021**
He reports he is taking hydroxyzine nightly, and sometimes during the day. He takes it as needed.
Anxiety Is uncontrolled, he feels anxious most of the day.
Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?
1. Feeling nervous, anxious, or on edge: Nearly every day (02/02/21 1900)
2. Not being able to stop or control worrying: More than half the days (02/02/21 1900)
3. Worrying too much about different things: More than half the days (02/02/21 1900)
4. Trouble relaxing: Nearly every day (02/02/21 1900)
5. Being so restless that it is hard to set still: Nearly every day (02/02/21 1900)
6. Becoming easily annoyed or irritable : More than half the days (02/02/21 1900)

7. Feeling afraid as if something awful might happen: Nearly every day (02/02/21 1900)
Total Score: 18 (02/02/21 1900)
How difficult has it been to do your work, take care of things at home, or get along with other people?: Extremely difficult (02/02/21 1900)

**4/1/2021**
Anxiety is still there, he is particularly anxious in public settings and when driving. He drove himself to his appt today.

Headaches are intermittent. They are "not bad," some days are better than others. He has a headache today. He is taking amitriptyline nightly

Needs refills of his vitamin d
Went to the chiropractor today
He does not want surgery, is going through physical therapy, wearing a brace on his right knee. Has been out of work, on short term disability.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Outpatient Encounter Medications as of 4/1/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for | 270 Tab | 0 |

| | | | |
|---|---|---|---|
| | Anxiety or Insomnia. | | |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • [DISCONTINUED] venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 2 |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth daily. | 30 Cap | 2 |

No facility-administered encounter medications on file as of 4/1/2021.

## Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |

| | |
|---|---|
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

No family history on file.

**Review of Systems**
Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for joint pain and neck pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

As described in above HPI.

**Objective:**

Vitals:

| | 04/01/21 1809 | 04/01/21 1812 |
|---|---|---|
| BP: | (!) 142/100 | 132/90 |
| BP Location: | left arm | left arm |
| Patient Position: | Sitting | Sitting |
| BP Cuff Size: | Adult | Adult |
| Pulse: | 88 | |
| Temp: | 97.1 °F (36.2 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 104.1 kg (229 lb 6.4 oz) | |
| Height: | 6' (1.829 m) | |

Body mass index is 31.11 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood is anxious.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

Assessment/Plan:

Allan was seen today for follow up and motor vehicle crash.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**
Assessment & Plan:
He will continue physical therapy and chiropractic care for now, continue current med regimen, f/u 4 weeks

**Anxiety state**
Assessment & Plan:
Some post-trauma anxiety from the mva
Increasing effexor dose form 37.5 to 75 mg daily

Orders:
- venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule; Take 1 Cap (75 mg) by mouth daily.

**Vitamin D deficiency**

**Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM (continued)**

- ergocalciferol (VITAMIN D2) 50,000 unit capsule; Take 1 Cap (50,000 Units) by mouth every 7 days.

**Next visit: 4 weeks**
**Patient Instructions**
**Increase venlafaxine from 37.5 to 75 mg daily. Take 2 of the 37.5 mg capsules for now, and then pick up the new script for 75 mg daily.**

Return in about 4 weeks (around 4/29/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 5/4/2021 | 6:30 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 4/1/2021 8:23 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 4/1/2021 8:23 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 5/4/2021 6:30 PM**

Author: Logan, Alesha N, FNP-BC | Service: — | Author Type: Nurse Practitioner
Filed: 5/4/2021 8:01 PM | Encounter Date: 5/4/2021 | Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

Patient ID: Allan Arturo Araya is a 40 y.o.,male.

HPI: Allan Arturo Araya presents for:

Follow Up

"I don't feel normal." He has been seeing chiropractor regularly as well as orthopedist. He is still having pain in his extremities. He is concerned that he is having to take medications regularly now. He has yet to return to work. Is currently receiving therapy.

Both knees continues to throb and ache. He fell out of bed the other night due to tossing and turning trying to get comfortable in bed. Now has a bruise on his right abdomen.

His anxiety is increased because of the accidents. Prior to the accident he was not on any medications regularly. He is now taking hydroxyzine and effexor. These do help his symptoms.

Reports his employer wants him to complete return to work form.

No problems updated.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Outpatient Encounter Medications as of 5/4/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth Daily. | 90 Cap | 1 |

No facility-administered encounter medications on file as of 5/4/2021.

Social History

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| Lifestyle | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| Relationships | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

No family history on file.

**Review of Systems**
ROS
As described in above HPI.

**Objective:**

Vitals:

| | 05/04/21 1915 |
|---|---|
| BP: | 120/88 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 86 |
| Temp: | 97 °F (36.1 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 102.1 kg (225 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 30.52 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Right knee: Tenderness found.
Left knee: Tenderness found.
Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Pt was advised to f/u with specialists as scheduled
Continue current regimen/plan
He will f/u with me in 6 weeks to reassess his readiness to return to work.

Depression Screening: PHQ-2 Total: 0 (05/04/21 1918)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 6 weeks**
There are no Patient Instructions on file for this visit.

Return in about 6 weeks (around 6/15/2021) for in-office f/u- assess readiness to return to work.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 6/15/2021 | 7:00 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 5/4/2021 8:01 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 5/4/2021 8:01 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 6/15/2021 7:00 PM**

Author: Logan, Alesha N, FNP-BC | Service: — | Author Type: Nurse Practitioner
Filed: 6/15/2021 7:32 PM | Encounter Date: 6/15/2021 | Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up

Pt is S/P MVA x 2
One in 12/13/2020 and

No problems updated.

*Please see previous office notes*

Pt is S/P MVA x2; one in Dec 2020 and a second in Feb 2021.
He is still undergoing PT, as advised by two specialists. He has been consistently attending and doing exercises at home. ROM has improved, but not quite at his target.
Not ready to return to work due to his persistent pain

He reports pain with extended driving that is occasionally relieved witih repositioning

His anxiety has improved.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Outpatient Encounter Medications as of 6/15/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 | Inject 0.3 mL (0.3 | 2 Each | 0 |

| | | | |
|---|---|---|---|
| mg/0.3 mL Auto-Injector | mg) by subcutaneous injection one time only for 1 dose. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth Daily. | 90 Cap | 1 |

No facility-administered encounter medications on file as of 6/15/2021.

## Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |

- Physical activity

| | |
|---|---|
| Days per week: | Not on file |
| Minutes per session: | Not on file |

- Stress: Not on file

Relationships

- Social connections

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

- Intimate partner violence

| | |
|---|---|
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |

Other Topics — Concern

- Not on file

Social History Narrative

- Not on file

No family history on file.

**Review of Systems**

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

As described in above HPI.

**Objective:**

Vitals:

| | 06/15/21 1903 |
|---|---|
| BP: | 114/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |

| | |
|---|---|
| Pulse: | 104 |
| Temp: | 97.6 °F (36.4 °C) |
| TempSrc: | Tympanic |
| SpO2: | 99% |
| Weight: | 100.9 kg (222 lb 6.4 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 30.16 kg/m².

**Physical Exam**
Vitals signs reviewed.
HENT:
  Head: Normocephalic.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Neck:
  Musculoskeletal: Normal range of motion.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No wheezing.
Musculoskeletal:
  Right knee: He exhibits decreased range of motion. Tenderness found.
Skin:
  General: Skin is warm.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
  Gait: Gait abnormal (antalgic).
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Comments:
f/u with ortho as scheduled; RTC in 6 weeks for f/u. Request records from Carolina Ortho

**Vitamin D deficiency**
- ergocalciferol (VITAMIN D2) 50,000 unit capsule; Take 1 Cap (50,000 Units) by mouth Every 7 days.

**Anxiety state**
Comments:
continue current regimen

**Next visit: 6 weeks**
There are no Patient Instructions on file for this visit.

Return in about 6 weeks (around 7/27/2021) for in-office f/u, MVA.
No future appointments.

**Alesha Logan, FNP-BC, 6/15/2021 7:32 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 6/15/2021 7:32 PM

**Progress Notes by Bush, Christy P, FNP-C at 7/28/2021 4:00 PM**

Author: Bush, Christy P, FNP-C | Service: — | Author Type: Nurse Practitioner
Filed: 7/29/2021 9:28 PM | Encounter Date: 7/28/2021 | Status: Signed
Editor: Bush, Christy P, FNP-C (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o. Other male.

**Chief Complaint:**Motor Vehicle Crash (6 week follow up) and Medication Refill (vitamin d)

Allan Arturo Araya is here for the above.

He is currently out of work for this. He worked for Duke for 20 years. He states that he would like to get back to work once he feels better. He states that he can't sleep well and does not want to make any mistakes at work b/c of his fatigue.

He has been out of work since 2/2021 this is when the 2nd accident occured. He was on 85 and mom was driving car when another car came into their lane. He tore his right ACL. He states that he is seeing ortho and PT.

He states that he does not like to drive and very anxious to be on the road. He is taking Effexor for this. He states that he is doing better but still anxiety is there.

He had PT for the knees. He see ortho on 8/9/21 and plans on asking for a steroid injection. He does not want surgery.
He is taking flexeril 5 mg q 8hr and states it helps him with the pain in his neck.

Seeing a different doctor for neck. He also recommended PT as well but has not followed up b/c he has been working on his knees.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Allergies

| Allergen | Reactions |
|---|---|
| • Shrimp | Anaphylaxis |
| • Soy | Anaphylaxis |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg | | | |

| | | | |
|---|---|---|---|
| tablet | | | |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth Daily. | 90 Cap | 1 |

No current facility-administered medications for this visit.

Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | No |

| | |
|---|---|
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |
| Other Topics | Concern |

- Not on file

Social History Narrative

- Not on file

**Review of Systems**

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for neck pain.
**Neck pain, bilateral knee pain, wears right knee brace**
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for sleep disturbance. The patient is nervous/anxious.

**Objective:**

Vitals:

| | 07/28/21 1557 |
|---|---|
| BP: | 110/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 103 |
| Resp: | 16 |
| SpO2: | 98% |
| Weight: | 99.4 kg (219 lb 3.2 oz) |
| Height: | 6' (1.829 m) |

**Physical Exam**
Vitals signs and nursing note reviewed.
HENT:
Head: Normocephalic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Neck:

Musculoskeletal: Normal range of motion.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.

Chest:
Chest wall: No tenderness.

Musculoskeletal:
Right knee: He exhibits decreased range of motion.
Comments: **Right knee brace**

Skin:
General: Skin is warm and dry.

Neurological:
Mental Status: He is alert and oriented to person, place, and time.

Psychiatric:
Judgment: Judgment normal.

**Data Review**: Pertinent labs reviewed
No results found for this visit on 07/28/21.

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| WBC | 8.8 | 02/02/2021 06:56 PM |
| HGB | 15.4 | 02/02/2021 06:56 PM |
| HCT | 44.6 | 02/02/2021 06:56 PM |
| PLT | 357 | 02/02/2021 06:56 PM |
| MCV | 84 | 02/02/2021 06:56 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| NA | 140 | 02/02/2021 06:56 PM |
| K | 4.1 | 02/02/2021 06:56 PM |
| CL | 100 | 02/02/2021 06:56 PM |
| CO2 | 25 | 02/02/2021 06:56 PM |
| CA | 9.8 | 02/02/2021 06:56 PM |
| BUN | 10 | 02/02/2021 06:56 PM |
| CREAT | 0.78 | 02/02/2021 06:56 PM |
| GFR | 113 | 02/02/2021 06:56 PM |
| GLUCOSE | 95 | 12/05/2019 07:18 PM |
| TOTALPROTEIN | 7.7 | 02/02/2021 06:56 PM |
| ALBUMIN | 4.5 | 02/02/2021 06:56 PM |
| BILITOTAL | 0.5 | 02/02/2021 06:56 PM |
| ALKPHOS | 70 | 02/02/2021 06:56 PM |
| AST | 17 | 02/02/2021 06:56 PM |
| ALT | 21 | 02/02/2021 06:56 PM |
| ANIONGAP | 10 | 12/05/2019 07:18 PM |
| BCRATIO | 13 | 02/02/2021 06:56 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 362 (H) | 07/28/2021 04:28 PM |
| CHOLTOT | 241 (H) | 02/02/2021 06:56 PM |
| HDL | 59 | 07/28/2021 04:28 PM |
| HDL | 41 | 02/02/2021 06:56 PM |
| LDLCALC | 256 (H) | 07/28/2021 04:28 PM |
| LDLCALC | 150 (H) | 02/02/2021 06:56 PM |
| TRIGLYCERIDE | 229 (H) | 07/28/2021 04:28 PM |
| TRIGLYCERIDE | 270 (H) | 02/02/2021 06:56 PM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| HGBA1C | 5.0 | 12/05/2019 07:58 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| VITD25HYTO | 28.1 (L) | 07/28/2021 04:28 PM |

**Assessment/Plan:**

Allan was seen today for motor vehicle crash and medication refill.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy, Screen; Future
- ergocalciferol (VITAMIN D2) 50,000 unit capsule; Take 1 Cap (50,000 Units) by mouth Every 7 days.

**Chronic MEE (middle ear effusion), bilateral**

**Mixed hyperlipidemia**

Assessment & Plan:

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| CHOLTOT | 362 (H) | 07/28/2021 04:28 PM |
| CHOLTOT | 241 (H) | 02/02/2021 06:56 PM |
| HDL | 59 | 07/28/2021 04:28 PM |
| HDL | 41 | 02/02/2021 06:56 PM |
| LDLCALC | 256 (H) | 07/28/2021 04:28 PM |
| LDLCALC | 150 (H) | 02/02/2021 06:56 PM |
| TRIGLYCERIDE | 229 (H) | 07/28/2021 04:28 PM |
| TRIGLYCERIDE | 270 (H) | 02/02/2021 06:56 PM |
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |

| | | |
|---|---|---|
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

VERY high today. But states that he had an energy drink this AM.

Orders:
- Lipid Panel; Future
- Lipid Panel; Future

Pt would like to redo cholesterol when fasting. Come back in 4 weeks to get redone. I suspect we will need cholesterol medications.
Return in about 6 weeks (around 9/8/2021).
Tobacco Use: Tobacco use was assessed
Tobacco Use Follow-up: cessation not applicable
Medication Reconciliation: Discharge medication list has been reviewed and reconciled with current medication list.
Depression Screening: PHQ-2 Total: 0 (07/28/21 1605)
Depression Screening: Negative
Treatment plan reviewed with the patient.
Medication risks/benefit reviewed with the patient
Health Maintenance Topics with due status: Not Due

| Topic | Last Completion Date |
|---|---|
| INFLUENZA VACCINE | 10/24/2020 |

Health Maintenance Topics with due status: Aged Out

| Topic | Date Due |
|---|---|
| HIB VACCINE | Aged Out |

Discussed with the patient and all questioned fully answered. He will call me if any problems arise.
An After Visit Summary was printed and given to the patient.

Electronically signed by Bush, Christy P, FNP-C at 7/29/2021 9:28 PM

**Vitamin D 25 Hydroxy, Screen [182211363]**

Electronically signed by: **Logan, Alesha N, FNP-BC on 12/05/19 1918** — Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 12/05/19 1918 — Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Serum | — | 000000 12/05/19 1918 |

**Vitamin D 25 Hydroxy, Screen [182211363] (Abnormal)** — Resulted: 12/05/19 2219, Result status: Final result
Resulting lab: CAROMONT HEALTH LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VITAMIN D, 25 OH, TOTAL | -- | 20.0 - 120.0 ng/mL | L ˅ | CRMCLAB |

Result:
13.4

Interpretation:

Adults > 18 years
Deficiency: Less than 20 ng/mL
Insufficiency: 20-29 ng/mL
Optimum Level: Greater than or equal to 30 ng/mL

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **294 - CRMCLAB** | CAROMONT HEALTH LABORATORY | Brian J. Sutton, M.D. | CLIA 34D0242966<br>2525 Court Drive<br>PO Box 1747<br>Gastonia NC 28054-2141 | 01/18/19 1103 - 08/21/20 1359 |

## Lab Collection Information

**Serum**
Collected: 12/5/2019 7:18 PM
000000

## Lab IDs

| Specimen # |
|---|
| H78698_20191205211500 |

## Vitamin B12, Level [182211365]

Electronically signed by: **Logan, Alesha N, FNP-BC on 12/05/19 1918**    Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 12/05/19 1918    Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Serum | — | 000000 12/05/19 1918 |

**Vitamin B12, Level [182211365]**    Resulted: 12/05/19 2226, Result status: Final result

Resulting lab: CAROMONT HEALTH LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VITAMIN B12 | 1,410 | >180 pg/mL | — | CRMCLAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **294 - CRMCLAB** | CAROMONT HEALTH LABORATORY | Brian J. Sutton, M.D. | CLIA 34D0242966<br>2525 Court Drive<br>PO Box 1747<br>Gastonia NC 28054-2141 | 01/18/19 1103 - 08/21/20 1359 |

CaroMont Health

CaroMont Laboratory Services- Medical Center
2525 Court Drive
Gastonia NC 28054-2140

Araya, Allan Arturo
MRN: 934141, DOB: Sex: M
Acct #: 20193394692
ADM 12/5/2019, D/C 12/5/2019

## Lab Collection Information

**Serum**
Collected: 12/5/2019 7:18 PM
000000

## Lab IDs

| Specimen # |
|---|
| H78699_20191205211500 |

## Testosterone Free and Total [182213706]

Electronically signed by: **Logan, Alesha N, FNP-BC on 12/05/19 1918** Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 12/05/19 1918 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Serum | — | 000000 12/05/19 1918 |

**Testosterone Free and Total [182213706]** Resulted: 12/05/19 2216, Result status: Final result
Resulting lab: CAROMONT HEALTH LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE | 300 | 264 - 916 ng/dL | — | CRMCLAB |
| SEX HORMONE BINDING GLOBULIN | 25.1 | 13.3 - 89.5 nmol/L | — | CRMCLAB |
| ALBUMIN | 4.6 | 3.2 - 5.0 g/dL | — | CRMCLAB |
| TESTOSTERONE, FREE | 66.0 | 47 - 244 pg/mL | — | CRMCLAB |
| FREE ANDROGEN INDEX | 41.4 | 24.3 - 110.2 % | — | CRMCLAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **294 - CRMCLAB** | CAROMONT HEALTH LABORATORY | Brian J. Sutton, M.D. | CLIA 34D0242966<br>2525 Court Drive<br>PO Box 1747<br>Gastonia NC 28054-2141 | 01/18/19 1103 - 08/21/20 1359 |

## Lab Collection Information

**Serum**
Collected: 12/5/2019 7:18 PM
000000

## Lab IDs

| Specimen # |
|---|
| H78700_20191205211600 |

## Thyroid Cascade [182213708]

Electronically signed by: **Logan, Alesha N, FNP-BC on 12/05/19 1918** Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 12/05/19 1918 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Chronic fatigue [R53.82]
Anxiety state [F41.1]

CaroMont Health

CaroMont Laboratory Services- Medical Center
2525 Court Drive
Gastonia NC 28054-2140

Araya, Allan Arturo
MRN: 934141, DOB: Sex: M
Acct #: 20193394692
ADM 12/5/2019, D/C 12/5/2019

**Thyroid Cascade [182213708] (continued)**

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Serum | — | 000000 12/05/19 1918 |

**Thyroid Cascade [182213708]** Resulted: 12/05/19 2215, Result status: Final result

Resulting lab: CAROMONT HEALTH LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 3.09 | 0.45 - 5.33 uIU/mL | — | CRMCLAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **294 - CRMCLAB** | CAROMONT HEALTH LABORATORY | Brian J. Sutton, M.D. | CLIA 34D0242966<br>2525 Court Drive<br>PO Box 1747<br>Gastonia NC 28054-2141 | 01/18/19 1103 - 08/21/20 1359 |

**Lab Collection Information**

**Serum**

Collected: 12/5/2019 7:18 PM
000000

**Lab IDs**

| Specimen # |
|---|
| H78699_20191205211500 |

**Comprehensive Metabolic Panel [182213710]**

Electronically signed by: **Logan, Alesha N, FNP-BC on 12/05/19 1918** Status: **Completed**

Ordering user: Logan, Alesha N, FNP-BC 12/05/19 1918 Authorized by: Logan, Alesha N, FNP-BC

Ordering mode: Standard

Diagnoses

Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Serum | — | 000000 12/05/19 1918 |

**Comprehensive Metabolic Panel [182213710]** Resulted: 12/05/19 2210, Result status: Final result

Resulting lab: CAROMONT HEALTH LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SODIUM | 137 | 134 - 145 mmol/L | — | CRMCLAB |
| POTASSIUM | 3.7 | 3.5 - 5.3 mmol/L | — | CRMCLAB |
| CHLORIDE | 104 | 95 - 110 mmol/L | — | CRMCLAB |
| CO2 | 23 | 21 - 31 mmol/L | — | CRMCLAB |
| BUN | 17 | 8 - 19 mg/dL | — | CRMCLAB |
| GLUCOSE | 95 | 70 - 100 mg/dL | — | CRMCLAB |
| CREATININE | 1.0 | 0.5 - 1.5 mg/dL | — | CRMCLAB |
| BUN/CREAT RATIO | 17.0 | 10.0 - 24.0 Ratio | — | CRMCLAB |
| ANION GAP | 10 | 6 - 20 mmol/L | — | CRMCLAB |
| OSMOLALITY, CALCULATED | 275 | 275 - 295 mOsm/kg | — | CRMCLAB |

| | | | | |
|---|---|---|---|---|
| TOTAL PROTEIN | 7.6 | 5.5 - 8.0 g/dL | — | CRMCLAB |
| ALBUMIN | 4.7 | 3.2 - 5.0 g/dL | — | CRMCLAB |
| GLOBULIN (CALC) | 2.9 | 2.3 - 3.7 g/dL | — | CRMCLAB |
| ALBUMIN/GLOBULIN RATIO | 1.6 | 1.2 - 1.8 Ratio | — | CRMCLAB |
| BILIRUBIN TOTAL | 0.4 | 0.1 - 1.2 mg/dL | — | CRMCLAB |
| ALKALINE PHOSPHATASE | 54 | 42 - 121 U/L | — | CRMCLAB |
| AST | 23 | 6 - 38 U/L | — | CRMCLAB |
| ALT | 23 | 10 - 54 U/L | — | CRMCLAB |
| CALCIUM | 9.6 | 8.4 - 10.5 mg/dL | — | CRMCLAB |
| GFR | 83.6 | >60 ml/min/1.73M2 | — | CRMCLAB |
| GFR, AFRICAN AMERICAN | >90.0 | >60 ml/min/1.73M2 | — | CRMCLAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **294 - CRMCLAB** | CAROMONT HEALTH LABORATORY | Brian J. Sutton, M.D. | CLIA 34D0242966<br>2525 Court Drive<br>PO Box 1747<br>Gastonia NC 28054-2141 | 01/18/19 1103 - 08/21/20 1359 |

## Lab Collection Information

**Serum**

Collected: 12/5/2019 7:18 PM
000000

## Lab IDs

| Specimen # |
|---|
| H78699_20191205211500 |

## CBC with Differential [182213712]

Electronically signed by: **Logan, Alesha N, FNP-BC on 12/05/19 1918** Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 12/05/19 1918 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Specimen type can vary | — | 000000 12/05/19 1918 |

CBC with Differential [182213712] (Abnormal) Resulted: 12/05/19 2145, Result status: Final result
Resulting lab: CAROMONT HEALTH LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.1 | 3.6 - 11.1 x10E3/uL | — | CRMCLAB |
| RBC | 5.12 | 4.27 - 5.49 x10E6/uL | — | CRMCLAB |
| HEMOGLOBIN | 15.2 | 12.9 - 16.1 g/dL | — | CRMCLAB |
| HCT | 44.4 | 37.7 - 46.5 % | — | CRMCLAB |
| MCV | 86.7 | 79.3 - 94.8 fL | — | CRMCLAB |
| MCH | 29.7 | 26.8 - 33.2 pg | — | CRMCLAB |
| MCHC | 34.2 | 33.5 - 35.5 g/dL | — | CRMCLAB |
| RDW | 13.2 | 12.0 - 15.1 % | — | CRMCLAB |
| PLATELETS | 326 | 165 - 353 x10E3/uL | — | CRMCLAB |
| MPV | 7.5 | 7.5 - 10.7 fL | — | CRMCLAB |
| DIFFERENTIAL METHOD | AUTO | — | — | CRMCLAB |
| NEUTROPHILS RELATIVES | 52 | 43.3 - 72.0 % | — | CRMCLAB |
| LYMPHOCYTES RELATIVE | 40 | 16.8 - 43.5 % | — | CRMCLAB |

| | | | | |
|---|---|---|---|---|
| MONOCYTES RELATIVE | 5 | 0.0 - 12.4 % | — | CRMCLAB |
| EOSINOPHILS RELATIVE | 2 | 0.0 - 7.8 % | — | CRMCLAB |
| BASOPHILS RELATIVE | 1 | 0.0 - 1.1 % | — | CRMCLAB |
| NEUTROPHILS ABSOLUTE | 4.3 | 1.9 - 7.2 x10E3/uL | — | CRMCLAB |
| LYMPHOCYTES ABSOLUTE | 3.2 | 1.1 - 2.7 x10E3/uL | H ^ | CRMCLAB |
| MONOCYTES ABSOLUTE | 0.4 | 0.0 - 0.8 x10E3/uL | — | CRMCLAB |
| EOSINOPHILS ABSOLUTE | 0.2 | 0.0 - 0.5 x10E3/uL | — | CRMCLAB |
| BASOPHILS ABSOLUTE | 0.1 | 0.0 - 0.1 x10E3/uL | — | CRMCLAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **294 - CRMCLAB** | CAROMONT HEALTH LABORATORY | Brian J. Sutton, M.D. | CLIA 34D0242966<br>2525 Court Drive<br>PO Box 1747<br>Gastonia NC 28054-2141 | 01/18/19 1103 - 08/21/20 1359 |

## Lab Collection Information

**Specimen type**
**can vary**
Collected: 12/5/2019 7:18 PM
000000

## Lab IDs

| Specimen # |
|---|
| H78699_20191205211500 |

## POC Lipid Panel [110193662]

Electronically signed by: **Bell, Angela C., RMA on 12/05/19 1859** Status: **Completed**
Ordering user: Bell, Angela C., RMA 12/05/19 1859 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Cosigning events
Electronically cosigned by Logan, Alesha N, FNP-BC 12/05/19 1955 for Ordering
Frequency: ROUTINE 12/05/19 -
Diagnoses
Mixed hyperlipidemia [E78.2]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| — | — | 12/05/19 1957 |

POC Lipid Panel [110193662] (Abnormal) Result status: Final result
Resulting lab: CAROMONT FAMILY MEDICINE - GASTON DAY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL POC | 262 | 100 - 199 mg/dL | A ! | — |
| HDL POC | 50 | 40 - 59 mg/dL | — | — |
| LDL CHOLESTEROL POC | 170 | 99 mg/dL | A ! | — |
| TRIGLYCERIDES POC | 207 | 149 mg/dL | A ! | — |
| POC VLDL | 41.4 | 5 - 40 | A ! | — |
| LDL/HDL RATIO | 3.4 | 3.2 | A ! | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 312 - CFMGD | CAROMONT FAMILY MEDICINE - GASTON DAY | Unknown | CLIA# 34D0963807<br>1895 HOFFMAN ROAD<br>SUITE A<br>GASTONIA NC 28054-6557 | 10/27/15 1633 - Present |

**Lab Collection Information**

Collected: 12/5/2019 7:57 PM

**POC Hgb A1C In Office [110193663]**

Electronically signed by: **Bell, Angela C., RMA on 12/05/19 1859** Status: **Completed**
Ordering user: Bell, Angela C., RMA 12/05/19 1859 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Cosigning events
Electronically cosigned by Logan, Alesha N, FNP-BC 12/05/19 1955 for Ordering
Frequency: ROUTINE 12/05/19 -
Diagnoses
Mixed hyperlipidemia [E78.2]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Capillary | — | 12/05/19 1958 |

**POC Hgb A1C In Office [110193663]** Result status: Final result

Resulting lab: CAROMONT FAMILY MEDICINE - GASTON DAY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.0 | % | — | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 312 - CFMGD | CAROMONT FAMILY MEDICINE - GASTON DAY | Unknown | CLIA# 34D0963807<br>1895 HOFFMAN ROAD<br>SUITE A<br>GASTONIA NC 28054-6557 | 10/27/15 1633 - Present |

**Lab Collection Information**

**Blood: Capillary**
Collected: 12/5/2019 7:58 PM

**Vitamin D 25 Hydroxy Screen [182213729]**

Electronically signed by: **Bell, Angela C., RMA on 12/15/20 1943** Status: **Completed**
Ordering user: Bell, Angela C., RMA 12/15/20 1943 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Cosigning events
Electronically cosigned by Logan, Alesha N, FNP-BC 12/16/20 1101 for Ordering
Diagnoses

**Vitamin D 25 Hydroxy Screen [182213729] (continued)**

Vitamin D deficiency [E55.9]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 12/15/20 1943 |

Comment: BLOOD: VENIPUNCTURE

Vitamin D 25 Hydroxy Screen [182213729] (Abnormal) — Resulted: 12/16/20 0936, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VITAMIN D, 25 OH, TOTAL | 19.3 | 30.0 - 100.0 ng/mL | L ˅ | — |

Comment:
Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

**Lab Collection Information**

**Blood: Venipuncture**
Collected: 12/15/2020 7:43 PM

**Lab IDs**

| Specimen # |
|---|
| 35007661480 |

**Thyroid Cascade [182213730]**

Electronically signed by: **Bell, Angela C., RMA on 12/15/20 1943** — Status: **Completed**
Ordering user: Bell, Angela C., RMA 12/15/20 1943 — Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Cosigning events
Electronically cosigned by Logan, Alesha N, FNP-BC 12/16/20 1101 for Ordering
Diagnoses
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI [E66.09]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 12/15/20 1943 |

Comment: BLOOD: VENIPUNCTURE

CaroMont Health

| CaroMont Family Medicine (Gaston Day) 1895 Hoffman Road, Suite A Gastonia NC 28054-6557 | Araya, Allan Arturo MRN: 934141, DOB: ENC 12/15/2020 | Sex: M |
|---|---|---|

**Thyroid Cascade [182213730] (continued)**

**Thyroid Cascade [182213730]** Resulted: 12/16/20 0936, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 2.650 | 0.450 - 4.500 uIU/mL | — | — |

Comment:
No apparent thyroid disorder. Additional testing not indicated. In rare instances, Secondary Hypothyroidism as well as Subclinical Hypothyroidism have been reported in some patients with normal TSH values.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

**Lab Collection Information**

**Blood:**
**Venipuncture**
Collected: 12/15/2020 7:43 PM

**Lab IDs**

| Specimen # |
|---|
| 35007661480 |

**Testosterone - Free and Total [182213731]**

Electronically signed by: **Bell, Angela C., RMA on 12/15/20 1943** Status: **Completed**
Ordering user: Bell, Angela C., RMA 12/15/20 1943 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Cosigning events
Electronically cosigned by Logan, Alesha N, FNP-BC 12/16/20 1101 for Ordering
Diagnoses
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI [E66.09]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 12/15/20 1943 |

Comment: BLOOD: VENIPUNCTURE

**Testosterone - Free and Total [182213731]** Resulted: 12/17/20 1136, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE | 324 | 264 - 916 ng/dL | — | — |

Comment:
Adult male reference interval is based on a population of
healthy nonobese males (BMI <30) between 19 and 39 years old.
Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

| | | | | |
|---|---|---|---|---|
| TESTOSTERONE FREE ED/LC | 10.7 | 8.7 - 25.1 pg/mL | — | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

## Lab Collection Information

**Blood:**
**Venipuncture**
Collected: 12/15/2020 7:43 PM

## Lab IDs

| Specimen # |
|---|
| 35007661480 |

## SPECIMEN STATUS REPORT [182213739]

Electronically signed by: **Interface, Incoming Lab Results Labcorp on 12/16/20 0000** Status: **Completed**
Ordering user: Interface, Incoming Lab Results Labcorp 12/16/20 0000 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Frequency: ROUTINE 12/16/20 -

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| — | — | 12/15/20 1943 |

Comment: BLOOD: VENIPUNCTURE

**SPECIMEN STATUS REPORT [182213739]** Resulted: 12/16/20 1735, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SPECIMEN STATUS REPORT | Comment | — | — | — |

Comment:
No Test Indicated
A lavender top tube was received with no test indicated
Dear Doctor,
The requisition we received for the above patient has no test indicated on the request form for one or more of the specimens submitted. The United States Code of Federal Regulations requires a written and signed request be forwarded to the testing laboratory following the verbal order of a laboratory test.
Date:______________________
ICD-9/10 Diagnosis Code(s):_________________________
Physician or Authorized Designee Signature:
___________________________________________
Your signature confirms your order of the test(s) listed
Required test name(s):_________________________
Required test number(s):_________________________
Please provide requested information and fax to 1-866-262-0067
to expedite testing.

CaroMont Health

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557

Araya, Allan Arturo
MRN: 934141, DOB:
ENC 12/15/2020

Sex: M

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

**Lab Collection Information**

Collected: 12/15/2020 7:43 PM

**Lab IDs**

| Specimen # |
|---|
| 35007661483 |

**Lipid Panel [182213747]**

Electronically signed by: **Logan, Alesha N, FNP-BC on 02/02/21 1844**    Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 02/02/21 1844    Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI [E66.09]
Mixed hyperlipidemia [E78.2]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 02/02/21 1856 |

Comment: BLOOD: VENIPUNCTURE

**Lipid Panel [182213747] (Abnormal)**    Resulted: 02/03/21 0737, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL | 241 | 100 - 199 mg/dL | H ^ | — |
| TRIGLYCERIDES | 270 | 0 - 149 mg/dL | H ^ | — |
| HDL | 41 | >39 mg/dL | — | — |
| VLDL CHOLESTEROL, CALCULATED | 50 | 5 - 40 mg/dL | H ^ | — |
| LDL CALCULATED | 150 | 0 - 99 mg/dL | H ^ | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

CaroMont Health | CaroMont Family Medicine (Gaston Day) 1895 Hoffman Road, Suite A Gastonia NC 28054-6557 | Araya, Allan Arturo MRN: 934141, DOB: ENC 2/2/2021 | Sex: M

**Lab Collection Information**

**Blood:**
**Venipuncture**
Collected: 2/2/2021 6:56 PM

**Lab IDs**

**Specimen #**
03307658990

**CBC with Differential [182213748]**

Electronically signed by: **Logan, Alesha N, FNP-BC on 02/02/21 1844** Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 02/02/21 1844 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI [E66.09]
Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 02/02/21 1856 |

Comment: BLOOD: VENIPUNCTURE

**CBC with Differential [182213748] (Abnormal)** Resulted: 02/03/21 0936, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.8 | 3.4 - 10.8 x10E3/uL | — | — |
| RBC | 5.31 | 4.14 - 5.80 x10E6/uL | — | — |
| HEMOGLOBIN | 15.4 | 13.0 - 17.7 g/dL | — | — |
| HCT | 44.6 | 37.5 - 51.0 % | — | — |
| MCV | 84 | 79 - 97 fL | — | — |
| MCH | 29.0 | 26.6 - 33.0 pg | — | — |
| MCHC | 34.5 | 31.5 - 35.7 g/dL | — | — |
| RDW | 13.1 | 11.6 - 15.4 % | — | — |
| PLATELETS | 357 | 150 - 450 x10E3/uL | — | — |
| NEUTROPHILS RELATIVES | 57 | Not Estab. % | — | — |
| LYMPHOCYTES RELATIVE | 37 | Not Estab. % | — | — |
| MONOCYTES RELATIVE | 4 | Not Estab. % | — | — |
| EOSINOPHILS RELATIVE | 1 | Not Estab. % | — | — |
| BASOPHILS RELATIVE | 1 | Not Estab. % | — | — |
| NEUTROPHILS ABSOLUTE | 4.9 | 1.4 - 7.0 x10E3/uL | — | — |
| LYMPHOCYTES ABSOLUTE | 3.2 | 0.7 - 3.1 x10E3/uL | H ^ | — |
| MONOCYTES ABSOLUTE | 0.4 | 0.1 - 0.9 x10E3/uL | — | — |
| EOSINOPHILS ABSOLUTE | 0.1 | 0.0 - 0.4 x10E3/uL | — | — |
| BASOPHILS ABSOLUTE | 0.1 | 0.0 - 0.2 x10E3/uL | — | — |
| IMMATURE GRANULOCYTES | 0 | Not Estab. % | — | — |
| IMMATURE GRANULOCYTES ABSOLUTE | 0.0 | 0.0 - 0.1 x10E3/uL | — | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

CaroMont Health

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557

Araya, Allan Arturo
MRN: 934141, DOB:
ENC 2/2/2021

Sex: M

## Lab Collection Information

**Blood:**
**Venipuncture**
Collected: 2/2/2021 6:56 PM

## Lab IDs

**Specimen #**
03307658990

## Comprehensive Metabolic Panel [182213749]

Electronically signed by: **Logan, Alesha N, FNP-BC on 02/02/21 1844** Status: **Completed**
Ordering user: Logan, Alesha N, FNP-BC 02/02/21 1844 Authorized by: Logan, Alesha N, FNP-BC
Ordering mode: Standard
Diagnoses
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI [E66.09]
Mixed hyperlipidemia [E78.2]
Chronic fatigue [R53.82]

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 02/02/21 1856 |

Comment: BLOOD: VENIPUNCTURE

### Comprehensive Metabolic Panel [182213749]

Resulted: 02/03/21 0737, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE FASTING | 85 | 65 - 99 mg/dL | — | — |
| BUN | 10 | 6 - 24 mg/dL | — | — |
| CREATININE | 0.78 | 0.76 - 1.27 mg/dL | — | — |
| GFR | 113 | >59 mL/min/1.73 | — | — |
| GFR, AFRICAN AMERICAN | 131 | >59 mL/min/1.73 | — | — |
| BUN/CREAT RATIO | 13 | 9 - 20 | — | — |
| SODIUM | 140 | 134 - 144 mmol/L | — | — |
| POTASSIUM | 4.1 | 3.5 - 5.2 mmol/L | — | — |
| CHLORIDE | 100 | 96 - 106 mmol/L | — | — |
| CO2 | 25 | 20 - 29 mmol/L | — | — |
| CALCIUM | 9.8 | 8.7 - 10.2 mg/dL | — | — |
| TOTAL PROTEIN | 7.7 | 6.0 - 8.5 g/dL | — | — |
| ALBUMIN | 4.5 | 4.0 - 5.0 g/dL | — | — |
| GLOBULIN (CALC) | 3.2 | 1.5 - 4.5 g/dL | — | — |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.2 - 2.2 | — | — |
| BILIRUBIN TOTAL | 0.5 | 0.0 - 1.2 mg/dL | — | — |
| ALKALINE PHOSPHATASE | 70 | 39 - 117 IU/L | — | — |
| AST | 17 | 0 - 40 IU/L | — | — |
| ALT | 21 | 0 - 44 IU/L | — | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

## Lab Collection Information

CaroMont Health

CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia NC 28054-6557

Araya, Allan Arturo
MRN: 934141, DOB:
ENC 2/2/2021

Sex: M

## Lab Collection Information (continued)

**Blood:**
**Venipuncture**
Collected: 2/2/2021 6:56 PM

## Lab IDs

| Specimen # |
| --- |
| 03307658990 |

## Lipid Panel [201911361]

Electronically signed by: **Bush, Christy P, FNP-C on 07/28/21 1624** Status: **Completed**
Ordering user: Bush, Christy P, FNP-C 07/28/21 1624 Authorized by: Bush, Christy P, FNP-C
Ordering mode: Standard
Diagnoses
Mixed hyperlipidemia [E78.2]

**Specimen Information**

| Type | Source | Collected By |
| --- | --- | --- |
| Blood: Venipuncture | — | 07/28/21 1628 |

Lipid Panel [201911361] (Abnormal) Resulted: 07/29/21 0537, Result status: Final result
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| CHOLESTEROL | 362 | 100 - 199 mg/dL | H ^ | — |
| TRIGLYCERIDES | 229 | 0 - 149 mg/dL | H ^ | — |
| HDL | 59 | >39 mg/dL | — | — |
| VLDL CHOLESTEROL, CALCULATED | 47 | 5 - 40 mg/dL | H ^ | — |
| LDL CALCULATED | 256 | 0 - 99 mg/dL | H ^ | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

## Lab Collection Information

**Blood:**
**Venipuncture**
Collected: 7/28/2021 4:28 PM

## Lab IDs

| Specimen # |
| --- |
| 20914123190 |

## Vitamin D 25 Hydroxy, Screen [201911362]

Electronically signed by: **Bush, Christy P, FNP-C on 07/28/21 1618** Status: **Completed**
Ordering user: Bush, Christy P, FNP-C 07/28/21 1618 Authorized by: Bush, Christy P, FNP-C
Ordering mode: Standard
Diagnoses
Vitamin D deficiency [E55.9]

| CaroMont Health | CaroMont Family Medicine (Gaston Day) 1895 Hoffman Road, Suite A Gastonia NC 28054-6557 | Araya, Allan Arturo MRN: 934141, DOB: ENC 7/28/2021 | Sex: M |
|---|---|---|---|

**Vitamin D 25 Hydroxy, Screen [201911362] (continued)**

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood: Venipuncture | — | 07/28/21 1628 |

Vitamin D 25 Hydroxy, Screen [201911362] (Abnormal) — Resulted: 07/29/21 0637, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VITAMIN D, 25 OH, TOTAL | 28.1 | 30.0 - 100.0 ng/mL | L ▼ | — |

Comment:
Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **333 - Labcorp lab** | LABCORP | Unknown | Unknown | 07/22/20 1321 - Present |

**Lab Collection Information**

**Blood: Venipuncture**
Collected: 7/28/2021 4:28 PM

**Lab IDs**

| Specimen # |
|---|
| 20914123190 |

## END OF REPORT

**From:**Tuliano, Joshua
**Sent:**Thu, 12 Aug 2021 17:08:35 +0000
**To:**Darlene.Battle@duke-energy.com
**SCc uebt:**Short-Term Disability Appeal - Claim 11295718 (secure)

Hi Darlene,

I'm reviewing a Short-Term and Long-Term Disability appeal for Allan Araya (EE ID 461081). Can you confirm if his job requires any overhead activity or reaching below the shoulder level? These were not noted in the job description.

If his job does require the above, can you define the amount of time per the below definitions (occasional, frequent or constant)?

**Definitions**

Occasional: activity or condition exists up to 1/3 of the time; 20 minutes per hour or 2 ½ hours per day.
Frequent: activity or condition exists up to 1/3 to 2/3 of the time; 40 minutes per hour or 5½ hours per day.
Constant: activity or condition exists 2/3 or more of the time; 41 minutes per hour or more; more than 5½ hours per day.

Thank you in advance,



**joJs TCHi noa, MAaAB**
Appeal Specialist

**Llnbolm Flni nbli hGroCp**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 587 | Manager: | GEESEY, KELSEY | Case Mgr: | JUDD, ALYSSA |

| | | | |
|---|---|---|---|
| Claimant Name: | ALLAN A ARAYA | Claim #: | 11295718 |
| Occupation (Job Title): | SENIOR CUSTCARE SPEC BILINGUAL | Date Sent: | 8/10/2021 |
| Diagnosis: | S82.001A Unsp fracture of right patella, init for clos fx, M25.511 Pain in right shoulder | | |
| Date of Disability: | 12/13/2020 | Date Benefits Began: | 6/13/2021 |
| Maximum Duration: | 12/28/2047 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 7/29/2021 | Date Appeal Received: | 8/4/2021 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | DUKE ENERGY CORPORATION | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. 

FAX No. 

Account Specific or Unique Contract Issues / Additional Info:

scored on behalf of DCM

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587

Manager: GEESEY, KELSEY

Case Mgr: JUDD, ALYSSA

Claimant Name: ALLAN A ARAYA

Claim #: 10813707

Occupation (Job Title): SENIOR CUSTCARE SPEC BILINGUAL

Date Sent: 8/10/2021

Diagnosis: S82.001A Unsp fracture of right patella, init for clos fx, M25.511 Pain in right shoulder

Date of Disability: 12/13/2020

Date Benefits Began: 12/20/2020

Maximum Duration: 6/12/2021

Paid Through: 4/30/2021

Date of Denial or (DB451): 7/29/2021

Date Appeal Received: 8/9/2021

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: DUKE ENERGY CORPORATION

Product: STD

Funding: ASO

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Nancy Capps & Tammy Knight

ER Contact Addresses (including email address):

LeavesAdministration@duke-energy.com

Phone No. 3178382002

FAX No. 3178382119

Account Specific or Unique Contract Issues / Additional Info:

Email from Appeal unit when there is an appeal.

**From:** LincolnAbsenceNotification@lfg.com
**To:** LeavesAdministration@duke-energy.com;MAPLead@duke-energy.com;DARLENE.BATTLE@DUKE-ENERGY.COM
**Bcc:** DukeEnergyEmails@lfg.com
**Subject:** Lincoln Financial Notification: Long Term Disability Denial for Allan Araya, Employee ID 461081, Disability Claim 11295718

*******DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*******

The Long Term Disability claim for Allan Araya has been denied. The reason for the denial is Not Totally Disabled For Own Occupation.

**Next steps**
If the leave is still needed, the employee must contact their Lincoln Financial representative to request the claim be reconsidered.

**If the employee is returning to work**

- Prior to their return, the employee must provide a completed Duke Energy Return to Work form to their manager to allow time for review of any restrictions or limitations that may need to be considered.
- At least 2 days in advance of their return, the employee must call Lincoln Financial's automated disability reporting line at 888.516.0747, option 2, to report their return.

**Support information**
**Claim Status Questions:**

**Lincoln Financial Email:** Alyssa.Judd@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext. 59565

**Claim Escalations:** DukeEnergyDisability@LFG.com

# (New) DUKE ENERGY JOB DESCRIPTION

| | |
|---|---|
| **Job Title: Cust Care Specialist-New Hire (108102)/ Cust Care Specialist** | |
| **Job Code: 108102 / 31298**<br>**(Add if existing, new codes to be completed by HR)** | **FLSA Status:**<br>**(To be completed by HR)** |
| **Business Unit/Department: Customer Care Operations** | |
| **Work Location: Various** | |
| **Reports To (Job Title): Supervisor Cust Care** | |
| **Form Completed By: Willette Morman, Brian Burek, Suzanne Kesling** | **Date: January 2015** |

## I. JOB SUMMARY: *(COMPLETE THIS SECTION FOR ALL POSITIONS)*

This position is responsible for handling billing inquiries, service orders, trouble calls both during and outside of normal schedule, and any related matters from customers and other sources through various customer contact channels including telephone, email, websites and US mail. Focus is on meeting any customer requests and needs the first time, every time. Handles customer inquiries in a professional manner to develop and promote the highest possible degree of customer satisfaction, efficiency and cost effectiveness. Responds to customer inquiries and requests in relation to the customer's account. Demonstrates good decision making by matching customer needs with solutions or offerings. Assists customers with any questions regarding billing, service and account issues. Analyzes accounts to elaborate on: electric and/or gas charges, effects of weather conditions, general concepts in the pricing of gas and/or electric service; and the cost of operating various appliances. Provides energy conservation advice to assist customers with managing their bill. Promotes and offers valuable products and services as well as answers questions related to those products and services. Practice all safety policies and guidelines (e.g., hazard recognition, personal accountability and actively caring). This position requires sitting for long periods of time, adhering to a strict schedule, and the use of dual monitors to access multiple applications at the same time.

NOTE: Roles and responsibilities may vary by Contact Center location

## II. RESPONSIBILITIES AND DUTIES: *(COMPLETE THIS SECTION FOR ALL POSITIONS)*

Describe the major responsibilities and significant job duties required to successfully perform each responsibility. Indicate the approximate percentage of time spent on each responsibility during the year by order of overall importance or impact. Do not list occasional responsibilities taking less than 5% of time. The total should equal 100%.

| % of Time Performed | Major responsibilities and specific job duties |
|---|---|
| 90% | **Create a positive experience with every customer contact by listening, anticipating their needs and offering solutions:**<br>• Make balanced decisions for customers and the business.<br>• Offer viable solutions when assisting customers and addressing opportunity areas.<br>• Provide customers with accurate and complete information consistently to ensure First Call Resolution.<br>• Understand our products and services and offer the appropriate options to customers.<br>• Respond efficiently to all types of customer calls, emails and/or other contact sources.<br>• Receive constructive feedback and coaching with a positive attitude and adjust behaviors accordingly.<br>• Display customer-focused behaviors during every contact (e.g. active listening, empathy, courtesy, respect, etc.)<br>• Update customer accounts accurately after each transaction or service order request.<br>• Displays a heightened sense of urgency and accuracy when responding to 911 emergency and outage contacts for gas and/or electric customers (life/non-life threatening).<br>• Balance excellent customer service with compliance to regulatory guidelines.<br>• Use online knowledge management tool and other resources to respond to customer inquiries. |

| | |
|---|---|
| | • Be the Trusted Energy Advisor for customers by educating them on energy saving tips. |
| 10% | **Administrative responsibilities**<br>• Enter hours worked and exceptions accurately into the time reporting system (My Time) bi-weekly.<br>• Remains abreast of all communications (email, bulletins) regarding process changes, customer information systems updates, HR policies, CCO Guidelines/Policies, company news and safety bulletins.<br>• Report IT system issues which impact customers (e.g., payment processing, IVR and Customer Information Systems) expeditiously. |

## III. JOB QUALIFICATIONS: *(COMPLETE THIS SECTION FOR ALL POSITIONS BELOW THE VICE PRESIDENT LEVEL)*

1. List the **required qualifications** for the job. Include what a new employee needs to successfully perform the required responsibilities and duties, such as:

| | |
|---|---|
| Educational Background/Type of degree – High School, Associate, Bachelor, Master: | • High School diploma or GED |
| Years of prior equivalent work related experience in lieu of a degree (if applicable) : | |
| Years of prior work related experience in addition to a degree: | • 1 year customer service experience (may include call center, hospitality, retail, etc.) |
| Licenses, certifications or registrations: | |
| Job-specific knowledge, skills or abilities: | |
| Work Schedule | |

2. List the **preferred qualifications** for the job. Include additional education and work experience that will help an employee do the job, but are not essential to successfully performing the required responsibilities and duties.

- Some college or college degree
- 2+ years customer service experience (may include call center, hospitality, retail, etc.), preferably to include call center experience and experience promoting products and services in a call center environment
- Effective listening and communication skills and the ability to interact with external and/or internal customers in a professional, courteous and empathetic manner
- Ability to build trust and loyalty with customers, handle confidential information and act with integrity at all times
- Ability to multi-task and navigate between multiple computer systems quickly and accurately while maintaining a dialogue with customers and meeting strict performance expectations
- Ability to work flexible work schedules and mandatory overtime, with minimal notice, based on business need
- Bilingual (Spanish/English preferred)

## IV. ORGANIZATION: *(COMPLETE THIS SECTION FOR ALL POSITIONS WITH AUTHORITY TO HIRE OR TERMINATE SUBORDINATES)*

List the job titles that report to the job being evaluated. Indicate the number of incumbents, the job title, reporting relationship (D for direct and I for indirect), and FLSA status (E for exempt and N for nonexempt). This should not include matrix/dotted-line working relationships.

| # Incumbents | Job Title | Relationship | FLSA |
|---|---|---|---|



**Lincoln/Araya 0823**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## V. INTERFACES: *(COMPLETE THIS SECTION FOR ALL POSITIONS AT THE MANAGER LEVEL AND BELOW)*

1. To perform this job, there is a matrix/dotted-line working relationship with others in the following positions at Duke Energy:

   Cust Care VP, Manager Cust Care Operations, Supervisor Cust Care, Cust Care Team Lead, Cust Care Specialists, Revenue Services employees, Power Delivery employees, Gas Operations employees, IT employees, Shared Service employees

2. To perform this job, there is frequent interaction with others in the following positions at external companies, regulatory agencies or other organizations: N/A

## VI. NATURE OF THE JOB: *(COMPLETE THIS SECTION FOR INDIVIDUAL CONTRIBUTOR POSITIONS ONLY)*

| CHECK THE MOST APPROPRIATE ANSWER | **Almost Always** (> 95%) | **Majority of time** (51%-95%) | **Occasional** (6% - 50%) | **Rarely or Never** (0%- 5%) |
|---|---|---|---|---|
| 1. Tasks are straight-forward, routine and often repetitive. | | **YES** | | |
| Example: Customer calls with an inquiry (billing, credit, outage, etc.). | | | | |
| 2. Tasks follow set guidelines or procedures. | **YES** | | | |
| Example: Specialist utilizes credit extension guidelines, online knowledge management tools, etc. to process customer request(s). | | | | |
| 3. Employee must compare alternative courses of action and make a decision after considering options. | | | **YES** | |
| Example: When customer's request is outside of normal processes. | | | | |
| 4. Employee receives clear instructions from supervisor regarding what to do and how to do it. | | **YES** | | |
| Example: When customer's request is outside of normal processes. | | | | |
| 5. Employee has the authority to make significant choices and decisions, without specific guidance or direction from the supervisor. | | | | **YES** |
| Example: When customer's request is outside of normal processes. | | | | |

**EEO Statement:**
*Duke Energy is an equal opportunity employer and does not discriminate against any employee or applicant for employment because of race, color, sex, pregnancy, religion, national origin, ethnicity, citizenship, sexual orientation, age, marital status, disability, genetic information, status as a Vietnam Era, disabled veteran, special disabled veteran, Armed Forces Services Medal Veteran, recently separated or other protected veteran. Duke Energy also complies with all applicable state, federal and local laws, regulations and ordinances prohibiting discrimination in places where Duke Energy operates.*

**Disclaimer:**
*This job description is not intended to be all-inclusive. Employee may perform other related duties to meet the ongoing needs of the organization.*

July 29, 2021

Claim # 10813707 and 11295718

To Whom It May Concern:

I, Mr. Allan A. Araya, am writing this letter of appeal regarding the determination made to my claim for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Plan. I was injured in an automobile accident on December 13, 2020 and sustained a secondary automobile accident on February 20, 2021. I was already injured by the first MVA and when the secondary MVA happened it had aggravated my injuries further.

I am currently on several different medications for my injuries such as Diclofenac Sodium 75 mg, Venlafaxine ER 75 mg, Hydroxyzine HCL 25 mg, Amitriptyline 25 mg, Cyclobenzaprine 5 mg and Ibuprofen 600 mg for pain management and injury treatment. I have been following up with multiple health care providers due to these injuries sustained and have medical records that verify the injuries and damages I have sustained from the MVAs. Due to these injuries, it has hindered my work duties and my activities of daily living has been compromised because of it.

I am unable to resume my ADLs and continue to follow up with my primary care physician, p hysical therapist, and orthopedic specialist. Due to the ongoing issues with my health my orthopedic has recommended I do injections soon for treatment. Because of these ongoing issues and I being medically excused from my occupation it has also interfered with my ADLs and living expenses. My physicians do not feel I am able to perform my occupational duties and have scheduled multiple follow up appointments to still manage my care.

Please reconsider the determination done to my claim and if you need more records or clarification for my health records, please reach out my health care providers or myself and we will be happy to assist you in any manner we can.

Sincerely,

Allan A. Araya

Allan A. Araya

Name: **Araya, Allan A.**
Chart: **974626**
Date: **7/29/2021**

*974626-40*

Carolina Orthopaedic & Sports Medicine Center

*Focused on You*

Full Name of Patient: **Araya, Allan A.**

Date of Birth: ____________

I authorize and request Carolina Orthopaedic & Sports Medicine Center, P.A. to release medical records and/or x-rays to:

Name: Alyssa Judd (Lincoln Financial Group)
Fax # or Mailing Address: 260-455-0064
Phone #: 877-246-5670

The complete history of records in your possession, concerning my illness and/or treatment during the period from: All to Present.

This authorization expires on: 07.29.22.

Patient's Signature: [signature]
(If relative or guardian, state relationship)

Patient's Address: ____________

Home Phone #: ____________
Work #: ____________

Witness: [signature]
Date: 07.29.21

Payment Received on ____________ for $________ Cash or Check #:____

**2345 Court Drive • GASTONIA, NC 28054**
**Phone: 704/865-0077 • Fax: 704/867-6401**
**www.CarolinaOrthopaedic.com**

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | April 22, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his right knee. He has been consistent with his physical therapy and at this point the therapist is happy with his progress. He still walks on a slightly flexed knee gait, maybe a few degrees, but the patient feels as though he is improving and has improved dramatically. He occasionally wears his knee sleeve when he is going to be up for long distances. Overall he feels he is at least 90% improved.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 3, flexion 130. He has got really no tenderness at the MCL at this point. His quad is recovering nicely.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIA PLATEAU FRACTURE.

PLAN: At this point, he will be released. He is encouraged to continue his home exercise program and I suspect over the next six months or so if he is consistent with his exercise program, he will have little to no limitations. He will follow up with me as necessary.

Christopher A. Prato, M.D.

CAP:cm/sm/au

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | March 11, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his right knee. He has been doing therapy. He is walking a lot better. He still feels stiff at times. He is working with our therapist here.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 5, flexion 125. He has pain with going beyond that in full flexion and also beyond that in full extension. His tenderness and pain at the MCL is much improved. His quad is firing reasonably.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: Overall I think he is improving quite a bit. I will have him continue with therapy. I still think he needs quite a bit more. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/au

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | January 28, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his MRI results of his right knee. He is currently doing physical therapy with Jamie. He claims he is still hurting quite a bit, although in general just by observation on my part he looks quite a bit better.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 10, flexion 120. His effusion/hemarthrosis has reduced significantly. Varus and valgus exam is stable, but he has got pain with valgus stress and tenderness at the MCL origin. He is still guarding too much with Lachman's and posterior drawer to really get a full evaluation although there is a suggestion of some laxity.

MRI scan is reviewed which shows a high grade MCL sprain as well as a full PCL tear. He has also got fracturing at the PCL insertion on the tibial plateau more in the nonweightbearing portion of it.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: He will continue with his physical therapy and advance as he can tolerate. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 31, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup. He cancelled his MRI scan of his right knee. He is here today because he wants his right knee, left knee and bilateral shoulders MRI'd. In the interim, he really has not been working aggressively on his range of motion, and again canceled his right knee MRI because he wanted other issues addressed also.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Bilateral shoulders elevation 160, external 90, internal 30. He has got positive Hawkins and Neer impingement on the right, minimal to none on the left. Supra, infra and subscapularis strength are 5/5,

Left knee extension full, flexion 130. No effusion. No warmth. Minimal joint line tenderness, minimal pain with McMurray. Good varus and valgus stability and negative Lachman's.

Right knee is unchanged from our last visit. He still has some effusion/hemarthrosis, but not awful. He is still guarding. His extension is 20 degrees. His flexion is just over 90 degrees.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.
2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.

PLAN: I emphasized again to him the importance of addressing the biggest issue, and likely the only surgical issue, which is the right knee. I want him to focus on getting that MRI scan done. However, in the interim because he has not made much progress, as well as having some impingement type of symptoms in the right shoulder, I am going to get him into physical therapy for both the shoulder and the knee but he is going to follow up with me once the MRI scan of the knee is complete.

Christopher A. Prato, M.D.

CAP:cm/sm/jw

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: A 39-year-old male who does desk work for the living who was a back seat passenger involved in an MVC and he struck his knees on the seats in front of him. He was seen at Atrium, apparently had numerous x-rays but did not bring any of them with him today. He was sent today for right knee pain and a "tibia fracture". However, he is complaining of bilateral shoulders, neck, left flank, bilateral knees, etc. Numerous things were on his agenda today but the biggest issue is his right knee. He presents today in a hinged knee brace.

Please see medical history form dated October 3, 2012 and signed by myself and the patient's mother. Pertinent positives are as above.

PE: Height 73 inches, weight 231 pounds, BMI 30.5. General: Healthy-appearing male in no apparent distress. Well developed, well nourished, alert, and oriented x3. HEENT: NCAT, EOMI. Neck: Supple. Heart: No JVD. Lungs: Symmetric expansion and no audible wheezing. Abdomen: Soft and nontender. Extremities: Bilateral knees 30/0, flexion 90/120. There is no warmth in either knee. He has an intact neurovascular exam.

He has got a positive effusion and hemarthrosis on the right but I cannot really get a good examination on him because he has got complaints with everything that I do. It does appear as though he has got an unstable Lachman's although he is guarding a bit.

X-R: Two views right knee and two views right tib-fib were obtained today. There appears to be possibly an avulsion fracture intraarticular in nature.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.
4. NECK PAIN.

PLAN: I would like to get an MRI of the right knee. I am going to get him into physical therapy in the interim. I will see him back once the MRI scan was complete and hopefully I can examine him better at that point.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1

# MRI KNEE WO CONTRAST RIGHT

NOVANT HEALTH

**Araya, Allan Arthur**
MRN: 73629427, Legal Sex: Male, (40 yrs), Outpatient
Accession #: R11193912

## Final Result

MRI RIGHT KNEE WITHOUT CONTRAST

TECHNIQUE:
Magnetic resonance imaging of the RIGHT KNEE was performed WITHOUT injected contrast.

PROVIDED CLINICAL INFORMATION: M25.561-Pain in right knee
Pain in right knee
ADDITIONAL CLINICAL INFORMATION: None available

COMPARISON: None

FINDINGS:

MENISCI: The medial and lateral meniscus both appear normal. No meniscal tear is seen.

TENDONS AND LIGAMENTS: ACL is intact. PCL is markedly thickened and increased signal consistent with complete tear. MCL is markedly thickened consistent with high-grade to near complete tear. The lateral collateral ligaments are intact. The extensor is
are intact.

OSTEOCHONDRAL: Comminuted fracture of the posterior tibial plateau at the PCL insertion. Extensive contusion in both medial and lateral tibial plateau and posterior lateral femoral condyle.

SOFT TISSUES AND SYNOVIUM: Small joint effusion. No popliteal cyst.

IMPRESSION:
Comminuted fracture of the posterior tibial plateau. Extensive contusion as described.

Complete PCL tear near complete MCL tear.

No meniscal tear.

Electronically Signed by: Victor Ho, MD
Signed by Victor W Ho, MD on 1/20/2021 10:27 AM

## Appointment Info

Exam Date
1/20/2021

Department
Novant Health Imaging Center (Gastonia)
704-862-7188
920 Cox Rd, Building C, STE 101
GASTONIA NC 28054-3456

## Reason for Exam

No reason for exam was entered

## Diagnosis

Right knee pain

## Providers

Ordering Provider
Christopher Prato, MD
704-865-0077
2345 Court Dr
Gastonia NC 28054-2151

# FAX

2345 Court Drive • Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401
www.CarolinaOrthopaedic.com

Carolina Orthopaedic
& Sports Medicine Center
*Focused on You*

Cover + Number of Pages: 7 Current Date: 8/2/2021

From: Carolina Orthopaedic

To: Lincoln Financial Group

Fax Number: 603-334-8856

☐ Urgent ☒ For Review ☐ Please Reply ☐ Please Comment

Message:

Attached are medical records on Allan Araya DOB:

Please note:
This message is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us via the U.S. Postal Service. Thank you.

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | April 22, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his right knee. He has been consistent with his physical therapy and at this point the therapist is happy with his progress. He still walks on a slightly flexed knee gait, maybe a few degrees, but the patient feels as though he is improving and has improved dramatically. He occasionally wears his knee sleeve when he is going to be up for long distances. Overall he feels he is at least 90% improved.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 3, flexion 130. He has got really no tenderness at the MCL at this point. His quad is recovering nicely.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIA PLATEAU FRACTURE.

PLAN: At this point, he will be released. He is encouraged to continue his home exercise program and I suspect over the next six months or so if he is consistent with his exercise program, he will have little to no limitations. He will follow up with me as necessary.

Christopher A. Prato, M.D.

CAP:cm/sm/au

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | March 11, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his right knee. He has been doing therapy. He is walking a lot better. He still feels stiff at times. He is working with our therapist here.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 5, flexion 125. He has pain with going beyond that in full flexion and also beyond that in full extension. His tenderness and pain at the MCL is much improved. His quad is firing reasonably.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: Overall I think he is improving quite a bit. I will have him continue with therapy. I still think he needs quite a bit more. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/au

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | January 28, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his MRI results of his right knee. He is currently doing physical therapy with Jamie. He claims he is still hurting quite a bit, although in general just by observation on my part he looks quite a bit better.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 10, flexion 120. His effusion/hemarthrosis has reduced significantly. Varus and valgus exam is stable, but he has got pain with valgus stress and tenderness at the MCL origin. He is still guarding too much with Lachman's and posterior drawer to really get a full evaluation although there is a suggestion of some laxity.

MRI scan is reviewed which shows a high grade MCL sprain as well as a full PCL tear. He has also got fracturing at the PCL insertion on the tibial plateau more in the nonweightbearing portion of it.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: He will continue with his physical therapy and advance as he can tolerate. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 31, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup. He cancelled his MRI scan of his right knee. He is here today because he wants his right knee, left knee and bilateral shoulders MRI'd. In the interim, he really has not been working aggressively on his range of motion, and again canceled his right knee MRI because he wanted other issues addressed also.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Bilateral shoulders elevation 160, external 90, internal 30. He has got positive Hawkins and Neer impingement on the right, minimal to none on the left. Supra, infra and subscapularis strength are 5/5,

Left knee extension full, flexion 130. No effusion. No warmth. Minimal joint line tenderness, minimal pain with McMurray. Good varus and valgus stability and negative Lachman's.

Right knee is unchanged from our last visit. He still has some effusion/hemarthrosis, but not awful. He is still guarding. His extension is 20 degrees. His flexion is just over 90 degrees.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.
2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.

PLAN: I emphasized again to him the importance of addressing the biggest issue, and likely the only surgical issue, which is the right knee. I want him to focus on getting that MRI scan done. However, in the interim because he has not made much progress, as well as having some impingement type of symptoms in the right shoulder, I am going to get him into physical therapy for both the shoulder and the knee but he is going to follow up with me once the MRI scan of the knee is complete.

Christopher A. Prato, M.D.

CAP:cm/sm/jw



PAGE 5/7 * RCVD AT 8/2/2021 2:52:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033348856 * CSID:7048676401 * ANI:17048676401 * DURATION (mm-ss):02-02

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: A 39-year-old male who does desk work for the living who was a back seat passenger involved in an MVC and he struck his knees on the seats in front of him. He was seen at Atrium, apparently had numerous x-rays but did not bring any of them with him today. He was sent today for right knee pain and a "tibia fracture". However, he is complaining of bilateral shoulders, neck, left flank, bilateral knees, etc. Numerous things were on his agenda today but the biggest issue is his right knee. He presents today in a hinged knee brace.

Please see medical history form dated October 3, 2012 and signed by myself and the patient's mother. Pertinent positives are as above.

PE: Height 73 inches, weight 231 pounds, BMI 30.5. General: Healthy-appearing male in no apparent distress. Well developed, well nourished, alert, and oriented x3. HEENT: NCAT, EOMI. Neck: Supple. Heart: No JVD. Lungs: Symmetric expansion and no audible wheezing. Abdomen: Soft and nontender. Extremities: Bilateral knees 30/0, flexion 90/120. There is no warmth in either knee. He has an intact neurovascular exam.

He has got a positive effusion and hemarthrosis on the right but I cannot really get a good examination on him because he has got complaints with everything that I do. It does appear as though he has got an unstable Lachman's although he is guarding a bit.

X-R: Two views right knee and two views right tib-fib were obtained today. There appears to be possibly an avulsion fracture intraarticular in nature.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.



PAGE 6/7 * RCVD AT 8/2/2021 2:52:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033348856 * CSID:7048676401 * ANI:17048676401 * DURATION (mm-ss):02-02

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.
4. NECK PAIN.

PLAN: I would like to get an MRI of the right knee. I am going to get him into physical therapy in the interim. I will see him back once the MRI scan was complete and hopefully I can examine him better at that point.

Christopher A. Prato, M.D.

CAP:cc/sm/jrl

ARAYA, ALLAN ARTURIO Admin Sex: **Male** DOB:

**Summary of Care: 12/13/20 - 12/14/20**
Summarization of Episode Note | 12/13/2020 to 12/14/2020
Source: Carolinas Medical Center
Created: 07/29/2021

## Demographics

Contact Information:
108 CRESTVIEW DRLINCOLNTON, NC 28092, US
Tel: -
Mail:
Marital Status: Single
Religion: Christian
Race: ,
**Previous Name(s):** --
Ethnic Group: Hispanic or Latino
Language: English
ID: 42784

**Care Team**
No Data to Display

**Relationships**
No Data to Display

## Document Details

**Source Contact Info**
1000 Blythe Boulevard704-355-2000704-355-2882Charlotte, NC 28203- , US
Tel: (704)355-2000

**Author Contact Info**
--

**Recipient Contact Info**
--

**Healthcare Professionals**
No Data to Display

**IDs & Code Type Data**
Document Type ID: 2.16.840.1.113883.1.3 : POCD_HD000040
Document Template ID: 2.16.840.1.113883.10.20.22.1.1 : --, 2.16.840.1.113883.10.20.22.1.2 : --
Document ID: 2.16.840.1.113883.3.741.999362 : 625978864
Document Type Code: 2.16.840.1.113883.6.1, 34133-9
Document Language Code: en-US
Document Set ID: --
Document Version Number: --

## Primary Encounter

**Encounter Information**

**Location Information**

CMC ER Major

Work:Emergency Department1000 Blythe Blvd704-355-2000Charlotte, NC 28203- , US

**Providers**

| Type | Name | Address | Phone |
|---|---|---|---|
| Attending | WEEKES, ANTHONY J | Work:1000 BLYTHE BLVDPO BOX 32861CHARLOTTE, NC 28232- , US | Work Tel: (704)355-2157 |

## Encounter

**EPIC (CSN) Account Nbr 6463859120 Date(s): 12/13/20 - 12/14/20**

Carolinas Medical Center Emergency Department 1000 Blythe Blvd 704-355-2000 Charlotte, NC 28203- USA 704-355-2157

**Encounter Diagnosis**

MVC (motor vehicle collision) (Discharge Diagnosis) - 12/13/20

ETOH abuse (Discharge Diagnosis) - 12/13/20

Alcohol abuse, uncomplicated (Final) - 12/14/20

Unspecified fracture of upper end of right tibia, initial encounter for closed fracture (Final) - 12/14/20

Passenger injured in collision with unspecified motor vehicles in traffic accident, initial encounter (Final) - 12/14/20

Unspecified street and highway as the place of occurrence of the external cause (Final) - 12/14/20

Discharge Disposition: 01 - Home/Self Care

Attending Physician: WEEKES, ANTHONY J MD

## Vital Signs

| Most recent to oldest [Reference Range]: | 1 | 2 | 3 |
|---|---|---|---|
| Heart Rate Monitored [60-100 BPM] | 111 BPM *HI* (12/14/20 6:15 AM) | 100 BPM (12/14/20 6:00 AM) | 100 BPM (12/14/20 5:45 AM) |
| Blood Pressure [90-130/65-80 mmHg] | 108/75 mmHg (12/14/20 1:30 PM) | 116/68 mmHg (12/14/20 12:45 PM) | 117/62 mmHg (12/14/20 12:30 PM) |
| SpO2 [94-100 %] | 96 % (12/14/20 1:30 PM) | 97 % (12/14/20 1:00 PM) | 96 % (12/14/20 12:45 PM) |

## Problem List

| Condition | Effective Dates | Status | Health Status | Informant |
|---|---|---|---|---|
| Obesity (Confirmed) [1] | | Active | | |

[1] This Problem was set by a rule (CHS_EKS_BMI_PROB).

## Allergies, Adverse Reactions, Alerts

No Known Allergies

## Medications

| | |
|---|---|
| **acyclovir topical (Zovirax Topical 5% ointment)**<br>Status: Ordered<br>Start Date: 12/1/09<br>Stop Date: 12/8/09<br>1 application apply to skin every 3 hours for 7 Days. Refills: 0.<br>Ordering provider: LINK, MAUREEN H NP | |
| **cyclobenzaprine (Flexeril 10 mg oral tablet)**<br>Status: Ordered<br>Start Date: 2/5/14<br>10 Milligram by mouth 3 times a day as needed Spasm. Refills: 0. | **The Drug Store Lincolnton**<br>626 Center Dr Lincolnton, NC 280923712 |

**omega-3 polyunsaturated fatty acids (Fish Oil oral capsule)**
Status: Ordered
Start Date: 10/28/08

**traMADol (traMADol 50 mg oral tablet)**
Status: Ordered
Start Date: 2/5/14
1 tablet by mouth every 12 hours as needed Pain. Refills: 0.
Ordering provider: GUNADASA , KOSHILIE C MD

**The Drug Store Lincolnton**
626 Center Dr Lincolnton, NC 280923712

## Results

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| HCO3 (Ven) [23-28 mmol/L] | 25 mmol/L (12/13/20 9:17 PM) |
| PO2 (Ven) [30-40 mm[Hg]] | 25 mm[Hg] *LOW* (12/13/20 9:17 PM) |
| pH (Ven) [7.31-7.41] | 7.31 (12/13/20 9:17 PM) |
| PCO2 (Ven) [41-51 mm[Hg]] | 50 mm[Hg] (12/13/20 9:17 PM) |
| Cocaine Metabolites, Urine | REPORT SENT TO PHYSICIAN. AVAILABLE AS SCANNED RESULTS IN POWERCHART. [1] (12/13/20 10:20 PM) |
| Benzoylecgonine GC/MS Conf-Urine | REPORT SENT TO PHYSICIAN. AVAILABLE AS SCANNED RESULTS IN POWERCHART. ng/mL [2] (12/13/20 10:20 PM) |
| Creatinine [0.67-1.10 mg/dL] | 0.99 mg/dL (12/13/20 9:11 PM) |
| Benzodiazepine Screen | Negative [3] (12/13/20 10:20 PM) |
| Anion Gap [3-15 mmol/L] | 10 mmol/L (12/13/20 9:11 PM) |
| %HBCO [0.5-1.5 %] | 1.3 % (12/13/20 9:17 PM) |
| Lactic Acid (Whole Blood) [0.5-1.6 mmol/L] | 2.7 mmol/L *HI* (12/13/20 9:17 PM) |
| %HGB [13.0-17.4] | 16.0 (12/13/20 9:17 PM) |
| Puncture Site (O2 Sat/HGB) | LAC (12/13/20 9:17 PM) |
| %MetHGB [0.0-1.5] | 1.1 (12/13/20 9:17 PM) |
| Opiates | Negative [4] (12/13/20 10:20 PM) |

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| Absolute Lymph [1.05-3.20 10*3/uL] | 3.60 10*3/uL *HI* (12/13/20 9:11 PM) |
| Absolute Mono [0.20-0.90 10*3/uL] | 0.30 10*3/uL (12/13/20 9:11 PM) |
| Marijuana, Urine | Negative [5] (12/13/20 10:20 PM) |
| Absolute EOS [0.00-0.50 10*3/uL] | 0.10 10*3/uL (12/13/20 9:11 PM) |
| Absolute Basos [0.00-0.11 10*3/uL] | 0.00 10*3/uL (12/13/20 9:11 PM) |
| Hemoglobin (Resp) [13.0-17.4 g/dL] | 15.9 g/dL (12/13/20 9:17 PM) |
| Glucose (Whole Blood) [70-105 mg/dL] | 106 mg/dL *HI* (12/13/20 9:17 PM) |
| Ionized Calcium (Resp) [1.13-1.32 mmol/L] | 1.13 mmol/L (12/13/20 9:17 PM) |
| %HBO2 [94-98] | 38.9 *LOW* (12/13/20 9:17 PM) |
| Potassium (Whole Blood) [3.0-4.6 mmol/L] | 6.1 mmol/L *HI* (12/13/20 9:17 PM) |
| Sodium (Whole Blood) [136-146 mmol/L] | 144 mmol/L (12/13/20 9:17 PM) |
| Cocaine, Urine | PRESUMPTIVE POSITIVE [6] (12/13/20 10:20 PM) |
| Barbiturates, Urine | Negative [7] (12/13/20 10:20 PM) |
| Amphetamines, Urine | Negative [8] (12/13/20 10:20 PM) |
| Basophils | 0 % (12/13/20 9:11 PM) |
| BUN [8-30 mg/dL] | 9 mg/dL (12/13/20 9:11 PM) |
| Calcium Level [8.6-10.3 mg/dL] | 9.1 mg/dL (12/13/20 9:11 PM) |
| Chloride Level [98-107 mmol/L] | 107 mmol/L (12/13/20 9:11 PM) |
| CO2 [21-31 mmol/L] | 24 mmol/L (12/13/20 9:11 PM) |
| Eosinophils | 1 % |

| Most recent to oldest [Reference Range]: | 1 |
|---|---|
| Ethanol, Serum [<10 mg/dL] | 248 mg/dL *HI* (12/13/20 9:11 PM) |
| Glucose Level [70-125 mg/dL] | 108 mg/dL (12/13/20 9:11 PM) |
| HCT [39-52 %] | 44 % (12/13/20 9:11 PM) |
| HGB [13.0-17.4 g/dL] | 14.9 g/dL (12/13/20 9:11 PM) |
| Lymph | 36 % (12/13/20 9:11 PM) |
| MCH [27-34 pg] | 29 pg (12/13/20 9:11 PM) |
| MCHC [32-35 g/dL] | 34 g/dL (12/13/20 9:11 PM) |
| MCV [82-99 fL] | 84 fL (12/13/20 9:11 PM) |
| Monocytes | 3 % (12/13/20 9:11 PM) |
| MPV [6.9-11.6 fL] | 7.3 fL (12/13/20 9:11 PM) |
| Neutrophils | 60 % (12/13/20 9:11 PM) |
| Platelet [142-328 10*3/uL] | 395 10*3/uL *HI* (12/13/20 9:11 PM) |
| Potassium Level [3.5-5.1 mmol/L] | 4.9 mmol/L [9] (12/13/20 9:11 PM) |
| RBC [4.16-5.83 10*6/uL] | 5.21 10*6/uL (12/13/20 9:11 PM) |
| RDW [12.5-15.7 %] | 13.1 % (12/13/20 9:11 PM) |
| Sodium Level [134-143 mmol/L] | 141 mmol/L (12/13/20 9:11 PM) |
| WBC [3.6-10.4 10*3/uL] | 10.1 10*3/uL (12/13/20 9:11 PM) |
| Est. GFR [>59 mL/min/1.73_m2] | >59 mL/min/1.73_m2 [10] (12/13/20 9:11 PM) |
| Estimated GFR African American [>59 mL/min/1.73_m2] | >59 mL/min/1.73_m2 [11] (12/13/20 9:11 PM) |
| Diff Type | AUTOMATED (12/13/20 9:11 PM) |

BURLINGTON, NC 27215-2230

[2] Result Comment: PERFORMED BY LABCORP

1447 YORK COURT

BURLINGTON, NC 27215-2230

[3] Result Comment: Threshold 200 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

[4] Result Comment: Threshold 2000 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

[5] Result Comment: Threshold 50 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

[6] Result Comment: Threshold 300 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

[7] Result Comment: Threshold 200 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

[8] Result Comment: Threshold 1000 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

[9] Result Comment: Specimen is hemolyzed and results may be affected. Review results in correlation with other clinical findings.
SLIGHT HEMOLYSIS

[10] Result Comment: Calculated GFR for Non-African American patients using IDMS-Traceable MDRD formula.

[11] Result Comment: Calculated GFR for African American patients using IDMS-Traceable MDRD formula.

## Immunizations

No data available for this section

## Procedures

| Procedure | Date | Related Diagnosis | Body Site | Status |
|---|---|---|---|---|
| Mole removal X 2 in back | | | | Completed |

## Social History

| Social History Type | Response |
|---|---|
| Smoking Status | SHX Smokeless Tobacco Use Never; Never smoker; # Years Active Cigarette Smoker: 0; Current or Former Smoking History - Avg # Packs/Day (20 cigs/pack): 0; |

PAGE 7/7 * RCVD AT 7/30/2021 11:47:00 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:2604550064 * CSID: * ANI:17047361854 * DURATION (mm-ss):02-05

**From:** LincolnAbsenceNotification@lfg.com
**To:** LeavesAdministration@duke-energy.com;MAPLead@duke-energy.com;DARLENE.BATTLE@DUKE-ENERGY.COM
**Bcc:** DukeEnergyEmails@lfg.com
**Subject:** Lincoln Financial Notification: Long Term Disability Denial for Allan Araya, Employee ID 461081, Disability Claim 11295718

*******DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*******

The Long Term Disability claim for Allan Araya has been denied. The reason for the denial is Elimination Period Not Met.

**Next steps**
If the leave is still needed, the employee must contact their Lincoln Financial representative to request the claim be reconsidered.

**If the employee is returning to work**

- Prior to their return, the employee must provide a completed Duke Energy Return to Work form to their manager to allow time for review of any restrictions or limitations that may need to be considered.
- At least 2 days in advance of their return, the employee must call Lincoln Financial's automated disability reporting line at 888.516.0747, option 2, to report their return.

**Support information**
**Claim Status Questions:**

**Lincoln Financial Email:** Alyssa.Judd@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext. 59565

**Claim Escalations:** DukeEnergyDisability@LFG.com

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Bcc:** DukeEnergyEmails@lfg.com
**Subject:** Lincoln Financial Notification: Closure of Short Term Disability and FMLA Leave for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability and coordinated FMLA leave for Allan Araya has been closed as of 5/1/2021. The reason for the closure is Not Totally Disabled For Own Occupation.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Closed** | **Not Totally Disabled For Own Occupation** | **12/13/2020** | **4/30/2021** | [redacted] |
| **Leave** | **Closed** | **Coordinated Claim Closed** | **2/2/2021** | **4/30/2021** | |

*Balance is as of date of this communication.

**<u>If the employee is returning to work</u>**

- Prior to their return to work, the employee must provide a completed Duke Energy Return to Work form to their manager to allow time for review of any restrictions or limitations that may need to be considered.
- At least 2 days in advance of their return, employee must call Lincoln Financial's automated disability reporting line at 888.516.0747, option 2, to report their return.

**<u>Time entry information</u>**
Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during approved STD* |

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work after the claim closure:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Employees who do not have any sick, vacation or personal holiday time to use, or who choose not to use these balances to continue pay, must be placed on an unpaid personal leave. To place the employee on an unpaid leave, contact the Duke Energy myHR Service Center (888.465.1300) and select the option for Payroll and Time Reporting > All Other Payroll Questions.**

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Alyssa.Judd@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.59565

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/4/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 2.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 10 minutes, 1 units.
97110 Therapeutic Exercises 25 minutes, 2 units.
**Total Treatment Time:** 35 minutes.

## Subjective

Pt reports his R knee is about the same. He says his skin is doing much better

## Objective

decreased redness and skin irritation on posterior R knee

**Treatment:**
Problem list:
L knee ROM and strength
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6'
quad set x20; 5 sec hold
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
SLR 2x10
side lying hip abduction 2x10 R/L
hamstring curl x20
Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Pt continues to be limited and irritable with knee flexion/.extension ROM. His skin has cleared up some. He is provided updated HEP with printed exercises.

## Goals

STG: 4 weeks
Pt will be able to achieve full knee extension

LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Cont POC

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 4 2021 11:00AM EST

Electronically signed by Interface, Transcription Conversion at 7/22/2021 12:27 AM

Historic Appt - Arrived on 6/4/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/7/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 3.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 30 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing knee sleeve all the time because knee hurts more with out it on. Did not sleep good last night. Experiencing a biting pain at night in both legs.

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 110 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L
hamstring curl x20 *
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III - Not Today
STM medial quad and hamstring- Not Today

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps

SLR 2 x 10 reps (bilaterally)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 7 2021 3:43PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/22/2021 12:10 AM

Historic Appt - Arrived on 6/7/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/10/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 4.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Pt reports no change in knee symptoms. He thinks he can bend it slightly more, but not straighten

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 115 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM)
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.

Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)

Pt continues to have poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Continues to compensate with glut during quad set with fair quad activation. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 10 2021 8:16AM EST

Electronically signed by Interface, Transcription Conversion at 7/21/2021 11:40 PM

Historic Appt - Arrived on 6/10/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/14/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing brace at all times, even when sleeping. Muscle soreness following last PT session. Working on HEP daily. Knees are feeling a little better but continues to have pain when straightening knee out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)
TKE x20 L1 TB

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Slight improvements with ROM this session. Pain present with prolong knee extension positioning. Reports popping in right anterior knee with prone hamstring curls. Increased redness surrounding right knee today, advised to remove brace when at home resting or at night when sleeping.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 14 2021 4:11PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 11:08 PM

Historic Appt - Arrived on 6/14/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/17/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Pt reports he continues to have pain in R knee that he is managing with medication. He continues to wear knee brace on R knee. Pt reports 5-6/10 pain throughout R knee at begginning of session

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated



PAGE 9/25 * RCVD AT 7/29/2021 12:23:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):08-

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)
2. Hypercholesterolemia (E78.00)

Pt continues to have cocontraction of quad and hamstring during quad sets despite consistent cues. Pt is not progressing quad activation and knee ROM as expected at this time and continues to be educated on importance of HEP to achieve TKE. Pt understanding of education

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 17 2021 4:04PM EST

Electronically signed by Interface, Transcription Conversion at 7/21/2021 10:31 PM

Historic Appt - Arrived on 6/17/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/21/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 6.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 22 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Biting type of pain at night in both knees and shoulders. The pain is not as intense but continues to have pain consistently. Unable to straighten right knee all the way out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.

Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

## Assessment

1. Knee pain, right (M25.561)

Pain with knee extension positioning. No change with ROM this session. Poor quad activation with SLR. Tenderness to palpation diffusely surrounding right knee. Encouraged to complete HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 21 2021 3:29PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 10:08 PM

Historic Appt - Arrived on 6/21/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 6/24/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 7.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 25 minutes, 2 units.
97112 Neuromuscular Re-education 15 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Continues to experience biting type of pain in right knee and left calf. Notices painful popping in right knee when walking.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h
Heel raises 2 x 10 reps

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility. - Not Today 6/24/21
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

**Flowsheet:**

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Tenderness to palpation along right medial hamstring this session. Pain with knee extension positioning. Continues to demonstrate co-contraction of hamstring and quad during quad sets. Encouraged to continue with HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 24 2021 4:33PM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 9:32 PM

Historic Appt - Arrived on 6/24/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 7/12/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 7-12-21. Number of Visits: 1.
Medical Diagnosis: right shoulder pain, neck pain.
Treatment Diagnosis: right shoulder pain, neck pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Impingement syndrome of right shoulder (M75.41)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.

**Explanation of Onset and Reason for Skilled Therapy:.** Pt reports started to have neck and shoulder pain after MVAs this past year.

Right shoulder pain: worse after sleeping on the shoulder. Pain wakes pt up after sleeping 4-5 hours.
Lifting aggravates the shoulder. Pt indicates pain in the front and top of the shoulder.
Neck pain: central neck pain the goes toward the shoulder. Medicine helps. Worse with in one position to long. Sitting > 30 mins. No specific motions aggravate or reproduce the pain. No pain radiating down the arm to the hand.

Work: currently not working.

Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): See completed Functional Outcome Study.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, pushing/pulling, grooming/bathing, cooking, housekeeping, performing recreational/sports activities and gardening/yardwork.

**Factors that could potentially complicate outcomes:**

**Co-Morbidities:** Overweight and Depression (F32.9) Hypercholesterolemia (E78.00) Impingement syndrome of right shoulder (M75.41) Knee pain, left (M25.562) Knee pain, right (M25.561) Neck pain (M54.2) Overweight (E66.3) Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A) Tobacco non-user (Z78.9).

## Objective

**Hand Dominance/Preference:** Right.
**Observation:** no acute distress.
**Mental Status:** alert and oriented x 3 (person,place and time).
**Posture:** WFL, forward head and rounded shoulders.
**Sling Type:** none.
**Palpation:** moderate TTP upper trapezius right tenderness.
**Sensation:** WNL
**Cervical Screen:** cervical AROM: rotation 90% right and left, side bend right 90%, left 75%, flexion 100% pain at base of neck and in front of the shoulder, extension 100% no pain.
Spurlings: negative. Compression: negative.

**Shoulder AROM:** Measured in degrees, in sit position:
Flexion:...................... Right: 160, Left: 160
Scaption:.................... Right: 160 + pain, Left: 160
Internal Rotation:.......... Right: thumb to T12, Left: thumb to T10
External Rotation 90:.... Right: 90, Left: 90

**Shoulder PROM:** Measured in degrees, in supine position:
Flexion:...................... Right: 170
Scaption:.................... Right: 170
External Rotation 90:.... Right: 90
Right Shoulder End Feel: normal.
GH Joint:.................... Right: 2 with posterior glide
Upper Trapezius limitations: minimal on right.
Pectoralis Major limitations: bilaterally.

**Shoulder Strength:**
Flexion:...................... Right: 5-/5, Left: 5-/5
Scaption:.................... Right: 5-/5, Left: 5-/5
Abduction:.................. Right: 4/5, Left: 4/5
External Rotation:........ Right: 5-/5, Left: 5-/5
+ pain all resisted MMT right shoulder with pt pointing to upper trapezius area where pain is located
Right Empty Can is negative.
Right Full Can is negative.
Right Neer's Impingement Sign is. painful
Right Hawkins Kennedy is. painful

Right Speeds Test is negative.
Right Drop Arm is negative.

**Treatment:**
Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP . HEP handouts given to patient.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
s/l ER 2x10

NEXT VISIT: tband rows and extension, prone rows and extension, cervical stabilzation, posterior capsule stretch

## Assessment

1. Impingement syndrome of right shoulder (M75.41)
2. Neck pain (M54.2)
3. Right shoulder pain (M25.511)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services.

**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.

**Prognosis:** good.

**Motivation:** adequate.

**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.

**# of Personal Factors / Co-morbidities:** 1-2 (mod).

**# of Exam Elements:** 3 (mod).

**Presentation:** Evolving (moderate).

**Evaluation Complexity:** Moderate.

Pt is a 40 y/o male referred to PT with dx right shoulder pain and impingment and neck pain after MVAs this year. Pt presents to PT with cc right shoulder pain limiting sleeping. Pt presents with postural deficits of forward head, rounded shoulder, good AROM right shoulder with mild limitation IR, mild decrease posterior GH mobility, good strength in the shoulder except some weakness periscapular region however noted decrease effort with resisted MMT and pain with with all resisted MMT right shoulder. cervical AROM WNL with c/o pain with flexion, negative Spurlings, negative compression test, no UE radicular symptoms noted with cervical exam.
Appears shoulder impingement with periscapular weakness, slight decrease GH mobility posteriorly, upper trapezius strain.

## Goals

STG/LTG 6 weeks
independent with HEP
left shoulder AROM: flexion 160 deg scaption 160 deg ER(90) 70 deg IR thumb to T12 for adls
left shoulder strength 5-/5 for reaching and lifting
decrease pain by 50%
independent HEP
cervical AROM: 75% for adls and driving
sit tolerance to 45 min for adls
decrease pain by 50% for adls

## Plan

Therapy recommended 1 time per week, 2 times per week for 6 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-

education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Lesley Pacitto, PT; Jul 12 2021 9:00AM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/21/2021 7:30 PM

Scanned Document on 7/12/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 7/21/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 7-12-21. Number of Visits: 2.
Medical Diagnosis: Neck / R shoulder pain .
Treatment Diagnosis: Neck/R shoulder .

## Charges

97110 Therapeutic Exercises 35 minutes, 3 units.
**Total Treatment Time:** 35 minutes.

## Subjective

Pt reports pain in shoulder about 6/10 needs pain meds daily to manage. Does better with exercises when he is in therapy, Not doing HEP.

## Objective

10 minutes late

### Treatment:

Therapeutic exercises were performed today to increase strength, to increase ROM, to improve flexibility, to decrease pain, to instruct in HEP and to update/advance HEP.
chin tucks supine 5 sec x 10
cervical rotation supine 5 sec x10
upper trap stretch in sit 5 sec
levator stretch in sit 5 sec
s/l ER 2 x 15 2#
Prone rows/ ext 2 x 15

NEXT VISIT: tband rows and extension, cervical stabilization, posterior capsule stretch

## Assessment

1. Right shoulder pain (M25.511)
2. Neck pain (M54.2)

Pt tolerate exercises, but does appear to have pain with most. Pt educated on importance of HEP and ROM.

## Plan

Cont POC per Protocol

## Signatures

Electronically signed by : Phillip Hefner, PTA; Jul 21 2021 4:05PM EST (Author)



PAGE 19/25 * RCVD AT 7/29/2021 12:23:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):0

Electronically signed by Interface, Transcription Conversion at 7/24/2021 8:30 AM

Historic Appt - Arrived on 7/21/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Historical Provider, MD | Therapy Progress Note | Encounter Date: 7/23/2021 |
| Physician | Signed | |
| Specialty: General Practice | | |

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 8.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 25 minutes, 2 units.
97112 Neuromuscular Re-education 15 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Right knee is more painful but both right and left knee are bothersome. Wearing more supportive brace during normal day. Pain is worse at night with feeling of biting in right knee.

## Objective

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h
Heel raises 2 x 10 reps

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility. - Not Today 7/23/21
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.

Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

**Flowsheet:**

## Assessment

1. Knee pain, right (M25.561)
2. Knee pain, left (M25.562)

Patient continues to have pain with knee extension positioning. Extensor lag present with SLR. Fatigues with squats on total gym.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jul 23 2021 11:32AM EST (Author)

Electronically signed by Interface, Transcription Conversion at 7/24/2021 8:18 AM

Historic Appt - Arrived on 7/23/2021

**Araya, Allan A** **MRN: 10464965**

| | | |
|---|---|---|
| Patricia McHale, MD | Progress Notes | Encounter Date: 6/28/2021 |
| Surgeon | Signed | |
| Specialty: Sports Medicine | | |

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for follow up of bilateral knee pain.

## Dictation

HISTORY OF PRESENT ILLNESS:
The patient is here today for follow-up regarding his knees. He states that his left knee is doing better. His right knee is still sore. He has a lot of trouble with his right knee at night. Physical therapy does seem to be helping in the is very pleased with how the PCL brace has helped.

PHYSICAL EXAM:
The patient is walking well today. He has well-maintained range of motion of both knees. He does continue to have some pain with maximal flexion of the right knee. There is no valgus instability. He does have a grade 1 posterior drawer. There is no anterior or varus instability. He is able to do an active straight leg raise on both sides with no extensor lag. There is minimal swelling of the right knee. His quadriceps strength is progressing nicely. He is neurovascularly intact throughout both lower extremities.

ASSESSMENT:
Right knee MCL and PCL sprains-improving.

PLAN:
The patient will continue physical therapy. He will continue to use his brace for activity; it is fitting appropriately. We did discuss the possibility of a cortisone injection to help with the pain that he is having at night, but he does not wish to pursue that today. I will plan on seeing him back in approximately 4-6 weeks.

## Assessment

1. Knee pain, right (M25.561)
2. Knee pain, left (M25.562)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
4. Tobacco non-user (Z78.9)

## Orders

1. Tobacco Use Screening; Status:Complete; Done: 06/28/2021
2. Therapy (General Short) Therapy . Status: Active Requested for: 28Jun2021

## Vitals

### Vitals Panel

Height: 6 ft 1 in
Weight: 206 lb
BMI Calculated: 27.18 kg/m2
BSA Calculated: 2.18
Pain Scale: 5

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Impingement syndrome of right shoulder (M75.41)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery

- moles removed from back

## Family History

**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z78.9)
alcohol: Rarely
Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation

- Admin, customer service, sales

## Review of Systems

**GENERAL:** no recurring fever, no recent weight change and no decreased appetite.
**EYES:** no vision impairment.
**NEURO:** no dizziness, no tingling, no burning sensation and no numbness.
**MUSC- SKEL:** See HPI.

## Signatures

Electronically signed by : Patricia McHale, M.D.; Jun 28 2021 9:41PM EST

Last signed by: Patricia McHale, MD at 7/21/2021 9:11 PM
Electronically signed by Patricia McHale, MD at 7/21/2021 9:11 PM

Historic Appt - Arrived on 6/28/2021

Note shared with patient

FAX COVER SHEET

*DiBella Chiropractic Center*
Dr. Kevin DiBella, D.C.
Dr. Larissa DiBella, D.C.
528 Union Road
Gastonia, NC 28054
(704) 867-1010 Fax- (704) 868-2602

Date: 7-29-21

No. of Pages: ______
(including this cover sheet)

To: Alyssa Judd

Attention: ______

Fax #: 260-455-0064

From: Tonya
Of DiBella Chiropractic Center

SUBJECT: Allan Araya

MESSAGE: Please send records release & specific records you would like to receive. We have sent these records multiple times

If the telecopy you have received is incomplete or illegible please contact us immediately at the above number.

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTILALITY IS PROTECTED BY STATE LAW. THE STATE LAW PROHIBITS YOU FROM MAKING ANY FURTHER DISCLOSURE OF SUCH INFORMATION WITHOUT THE SPECIFIC CONSENT OF THE PERSON TO WHOM SUCH INFORMATION PERTAINS, OR IS OTHERWISE PERMITTED BY STATE LAW.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 29, 2021 11:32:54 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | 5lwplyseqmefodyxvvlm_10922438.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

July 29, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) and Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 10813707 and 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your STD claim benefits beyond April 30, 2021 are not payable and your STD claim has been closed. Accordingly, your LTD claim has been denied and no benefits are payable.

To be eligible to receive benefits, the STD Plan and LTD Policy require that you meet the following:

> ***"Disability" or "Disabled",*** *with respect to Short Term Disability, means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*
>
> ***"Material and Substantial Duties",*** *with respect to Short Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Job and cannot be reasonably eliminated or modified.*
>
> ***"Own Job"****, with respect to Short Term Disability, means the Covered Person s job that he was performing when his Disability or Partial Disability began.*

With respect to LTD:

> ***"Disability"*** *or* ***"Disabled"****, means:*
>
> i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and*

*Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You went out of work as of December 11, 2020, due to right patella, initial encounter for closed fracture & pain in right shoulder.

In order to evaluate whether you continue to meet the above definition of disability for LTD benefits, we requested updated medical information from your physician(s). Your file contains the following medical documentation:

- Office visit notes from December 16, 2020 through April 21, 2021 and Restrictions Form from Carolina Orthopaedic PT & Rehab
- Office visit notes from December 15, 2020 through June 15, 2021 from Caromont Family Medicine
- Office visit notes from December 16, 2020 through May 7, 2021from Dibella Chiropractic Center
- Office visit notes from December 13, 2020 through December 14,2020 from Atrium Health
- Office visit notes from May 6, 2021 through June 24, 2021 from Ortho Carolina

We had your file undergo a review with two Board Certified consulting physicians, one specialized in Physical Medicine and Rehabilitation and the other in Psychiatry and Neurology, to see if we could extend your benefits any further with the information on file. The reviewing physician for Physical Medicine and Rehabilitation noted the following:

> *The claimant's diagnosis(es) are left knee pain ICD-10 M25.562, right knee pain ICD-10 M25.561, and sprain of posterior cruciate ligament of right knee ICD-10 S83.521A.*
>
> *Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 4/30/2021 to present.*
>
> *From the documentation provided, the claimant was seen by two providers, one of which (Dr. Kevin DiBella DC) did not treat the claimant's primary diagnosis/diagnoses. During the time period in question, the claimant was also evaluated by Dr. Patricia McHale, MD, who felt the claimant had, at the worst, a PCL sprain. MRI report of the right knee 1/20/2021 (approximately 3 months prior to the time in question) shows complete PCL tear and near complete MCL tear as well as comminuted fracture of posterior tibial plateau. The claimant also had at least 3 PT sessions after this visit, which he was able to tolerate, however further information after this time period is not given. There is no follow up clinical note by Dr. Patricia McHale, MD after the initial visit and functional limitations and restrictions are not provided.*
>
> *Therefore, the medical records in the file do not provide significant evidence that would support impairment and the need for restrictions and/or limitations during the above time frame.*

Additional medical records were received after the review was completed. Those additional records were from Ortho Carolina and included medical records from June 9, 2021 through June 24, 2021.

We had the additional records reviewed by a Board-Certified physician specialized in Physical Medicine and Rehabilitation. No restrictions and/or limitations were determined that would alter the prior Physical Medicine and Rehabilitation findings.

The reviewing physician for Psychiatry and Neurology noted the following:

> *The medical records indicate that the claimant was in a motor vehicle accident (MVA) 12/13/20 and sustained some bodily injuries (tibia, knee) for which he has undergone orthopedic/chiropractic treatment. The records convey that the claimant had preexisting anxiety, noted in a note by his FNP (Logan) on 5/7/20 as having worsened due to Covid, and again on 12/15/20 as having worsened since the MVA. On this latter date, the note states that he has anxiety at work but is relaxed when he is at home. The FNP s note on 12/30 states that he has situational anxiety and insomnia that are helped by hydroxy ine and that he does not worry as much as he used to. The note of the FNP on 2/2/21 indicates that the claimant has anxiety during the day and had a significant subjective*

*GAD7 (anxiety) score of 14, with no signs of depression and no abnormalities in mental status. At this visit, the FNP initiated Effexor to help with the anxiety. At the next visit o 3/2/21, the FNP s note indicates that the claimant was not sleeping well and was anxious about driving, although he did drive himself to the appointment with her. She did not indicate a need for any further treatment for anxiety. At the next visit on 4/1, the FNP indicated that the claimant s mood was anxious albeit with no other mental status abnormalities noted and she increased his Effexor dosage to a potentially therapeutic dose 75mg/d. In the last visit note of the FNP dated 5/4/21, she wrote that the claimant was improving physically but not ready to return to work due to persistent pain. She stated that his anxiety had improvement, the hydroxy ine and Effexor were helping his symptoms, he had a normal mental status exam, and the current regimen should be continued.*

*The claimant s self-report (4/21/21) of his reasons for being out of work on disability were described as Impairment due to limited mobility and pain. He did not mention any anxiety or other mental health issues. His self-report also indicated that he was engaged in classes in business administration, finance, and communications at Bellevue University.*

*The overall clinical picture conveyed by the available medical records is one in which the claimant was in an MVA on 12/13/21 and sustained some physical injuries for which he has undergone treatment. While the FNP records suggest that the claimant has previously experienced anxiety, her reference to anxiety following the MVA in December 2020 was to say that the claimant was feeling anxious only at work and could relax at home, and that the hydroxy ine she prescribed was helping his anxiety and sleep. The FNP noted in February 2021 that the claimant reported daytime anxiety and had a high subjective anxiety scale score and initiated Effexor, which she again increased in April, and by May she noted that the medication was effective and his anxiety had improved. While the FNP described that the claimant was feeling anxious about driving, he had been able to drive to his appointment and she did not apparently see a need to change or escalate his treatment because of his unease.*

*Generally, when a medical/psychiatric condition is severe enough to interfere with usual life activities including work-related activities, the medical record would be expected to document the nature, precipitants, severity, frequency, impact, and persistence of the psychiatric symptoms, some reference to abnormal findings on mental status examination, an indication of any difficulties in functioning, and a treatment plan that reflects a level of concern over a medical condition, with escalation of care as appropriate and close follow-up to monitor for response or lack of response to treatment. In the absence of such information, there is no medical basis upon which to conclude that impairment from a medical condition is significant.*

*In this case, the records do not indicate the presence of significant psychiatric symptoms that are impairing the claimant in his capacity to function in his usual ways; there was no reference to problems with the claimant s ability to think, act in own interests, communicate, adjust to ordinary emotional stresses , or handle his own affairs due to a psychiatric condition; there were no significant sustained mental status abnormalities noted in the records; the claimant was not referred for, or advised to seek, mental health treatment, individual psychotherapy or CBT, group therapy, anxiety- or trauma-focused treatment, psychiatry consultation; there was no indication of a need for close followup on*

*a mental health basis; and the claimant himself did not report or indicate that anxiety or mental health concerns were impairing him.*

*In view of all the above, the currently available medical information does not support the conclusion that the claimant has been impaired in his capacity to carry out his usual life activities, including work-related activities, due to a psychiatric condition, at any point since his*
*departure from work following the MVA (around 12/13/21), or from 4/30/21 forward.*

Based on the above review, you do not meet the definition of disabled by the STD plan nor do we have sufficient information to support your LTD claim for your condition. We cannot extend your STD claim beyond April 30, 2021. For the reasons outlined above in this letter, your STD claim has been closed.

To be eligible to receive benefits, the LTD Policy requires that you have met the definition of disability beyond the elimination period as follows:

***Elimination Period:***

*a. the end of the STD benefits, or*
*b. 180 days.*

*Note: Periods defined by the Sponsor as light duty will count towards the Elimination Period.*

***"Elimination Period"*** *means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.*

Therefore, you do not meet the LTD Policy definition of Disabled through the entire Elimination Period and your LTD claim is denied.

There are two options available to you at this time regarding our decision.

1. If you are providing new information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (260) 455-0064. Upon receipt, we will review for reconsideration of your benefits.

2. If you do not intend to send us any new information such as the information described in our decision and you disagree with our decision, you may appeal our determination by following the steps below

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review

of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

For STD:

All documentation from Caromont Family Medicine, Carolina Orthopaedic PT & Rehab,Dibella Chiropractic Center, Atrium Health, Ortho Carolina and any of your other treating providers from December 1, 2020 through the present that would show evidence that you do meet definition of disability from your job beyond April 30, 2021 such as: test results with positive findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records, any psychotherapy /counseling treatment notes, plans of care, psychiatric evaluations or assessments and treatment notes, and all psychiatric and psychological test results or reports. If there are any records of admission for inpatient psychiatric care, for partial hospitalization or for an intensive outpatient program (IOP), please provide copies of the medical records associated with any such treatment, therapy records, hospital admission records, prescription history and treatment plans from October 1, 2020 through present from all treating providers to support your inability to perform your occupation within the national economy due to your medical condition, such as: any psychotherapy / counseling treatment notes, plans of care, psychiatric evaluations or assessments and treatment notes, and all psychiatric and psychological test results or reports. If there are any records of admission for inpatient psychiatric care, for partial hospitalization or for an intensive outpatient program (IOP), please provide copies of the medical records associated with any such treatment.

For LTD:

Evidence that you meet the 180 day elimation period and all documentation from Caromont Family Medicine, Carolina Orthopaedic PT & Rehab,Dibella Chiropractic Center, Atrium Health, Ortho Carolina and any of your other treating providers from December 1, 2020 through the present that would show evidence that you do meet the definition of disability from your occupation beyond June 12, 2021 such as: test results with positive findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records, any psychotherapy /counseling treatment notes, plans of care, psychiatric evaluations or assessments and treatment notes, and all psychiatric and psychological test results or reports. If there are any records of admission for inpatient psychiatric care, for partial hospitalization or for an intensive outpatient program (IOP), please provide copies of the medical records associated with any such treatment, therapy records, hospital admission records, prescription history and treatment plans

from October 1, 2020 through present from all treating providers to support your inability to perform your occupation within the national economy due to your medical condition, such as: any psychotherapy / counseling treatment notes, plans of care, psychiatric evaluations or assessments and treatment notes, and all psychiatric and psychological test results or reports. If there are any records of admission for inpatient psychiatric care, for partial hospitalization or for an intensive outpatient program (IOP), please provide copies of the medical records associated with any such treatment.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist

Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: Duke Energy RTW Form
Duke Energy LTD Denial

# Return to Work Form

Revised: April 2020

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**

2) Complete this section and provide this form to your treating Health Care Provider.

3) Provide via hand delivery, e-mail or fax this form to your supervisor**, before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________________ **Employee I.D.** ____________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ____________________________________ **Date:** ____________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** ______________ **Date(s) of treatment:** ________________________________

**Date patient may return to work:** ______________________________________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

___________________________________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| **Lifting** | | | **Squatting** | | |
| **Prolong Standing** | | | **Pushing** | | |
| **Continuous Walking** | | | **Pulling** | | |
| **Climbing** | | | **Driving** | | |
| **Bending** | | | **Other** | | |
| **Reaching** | | | **Other** | | |

Additional Restrictions/Details: ________________________________________________

__________________________________________________________________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s):__________________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** _______________________ **Date:** __________

**Health care provider's name, address, and office phone number (please print):** ____________________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ______________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ______________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ______________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ______________________

**Supervisor/Designee's Signature:** ______________________ **Date:** __________

# Medical Accommodations Program Summary
## Long-Term Disability Closure

The purpose of this flyer is to provide you with information regarding your employment status and options for consideration following the closure of your Long-Term Disability (LTD) claim.

Following your claim closure, your employment with Duke Energy will continue in a temporary, unpaid personal leave status to enable you to pursue an administrative appeal of your LTD benefits with Lincoln Financial Group. During such time of unpaid personal leave, you will have access to subsidized health and life insurance for up to six (6) months by paying the employee cost. You may continue coverage beyond six (6) months by paying full costs (i.e., both the Company and the employee contribution), for up to a maximum of 12 months. If you have any questions about insurance benefits, please contact the Duke Energy myHR Service Center at 1-888-465-1300.

**<u>Options for Consideration:</u>**

- **Retirement**
  If you are considering retirement (and you meet the necessary age and service requirements for retirement), please contact the Duke Energy myHR Service Center at 1-888-465-1300 and select the option for Retirement. A Retirement Benefits Specialist can discuss your specific situation and related benefits.

- **Return to Work**
  You are encouraged to use the administrative appeal period following your claim closure to review jobs posted with Duke Energy. Duke Energy offers a Medical Accommodations Program (MAP) to provide assistance for you to seek other employment opportunities within Duke Energy that you are qualified to perform, with or without a reasonable accommodation. To start an interactive dialogue on returning to work under MAP, please take the steps below:

  - Following the closure of your LTD claim, contact the Duke Energy myHR Service Center at 1-888-465-1300 and select the "HR Tools" option to notify the Company that you wish to participate in MAP.

  - Provide the enclosed "Duke Energy Return to Work" form completed by your doctor that releases you to return to work and identifies any work-related restrictions that you currently may have. Please understand that receipt of this information is necessary to evaluate the vacant positions that you may be qualified to perform, with or without reasonable accommodation. Please email the completed form to dukemyhrescalations@alight.com.

  - Visit https://digital.alight.com/dukeenergy to look for another position that fits your desires, skills and qualifications. You will be required to enter your User ID and Password. (If you do not know your User ID, please click the Forgot User ID or Password link and enter your identification information. If you do not know your password, please call the Duke Energy myHR Service Center at 1-888-465-1300. To reset your password, the Service Center representative will require a personal email address.) Upon successful login, visit the Find Job Opportunities link in the Other Resources section. You will then be able to search and apply for job opportunities. Please note that until the effective date of your LTD claim closure, you will not have access to the internal job search tool.

Consistent with Company practice, should you not successfully appeal your LTD claim denial and/or you have not obtained a position with Duke Energy you can perform with or without a reasonable accommodation through MAP by the time you are apprised of Lincoln Financial Group's appeal determination or the expiration date of your appeal window, your employment with the Company will be terminated.

For represented employees, the collective bargaining agreement prevails when there are any inconsistencies.

| | |
|---|---|
| **From:** | Judd, Alyssa |
| **To:** | "ecn-no-reply@ecnime.com" |
| **Subject:** | RE: New Referral Claim #11295718 Araya, Allan |
| **Date:** | Wednesday, July 28, 2021 7:35:00 AM |

Good morning,

This addendum is no longer needed. Please cancel our request on your end.

Best regards,

Alyssa  udd, ALMI, ACS
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, K   40742
1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

LincolnFinancial.com
Follow us on:

-----Original Message-----
From: ecn-no-reply@ecnime.com   ecn-no-reply@ecnime.com
Sent: Tuesday,  uly 27, 2021 4:58 PM
To:  udd, Alyssa   Alyssa. udd@lfg.com
Subject: New Referral Claim  11295718 Araya, Allan

This email is from an external source. Only open links and attachments from a Trusted Sender.

Hello,

A new referral was received for the above referenced claimant. Our office is in the process of scheduling this service.

Thank you,
ECN
6111 Broken Sound Parkway, NW
Suite 207
Boca Raton, FL 33487

# Lincoln Financial Group - Independent Evaluation

## IME

Requested By: Alysa Judd
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x59565
Fax: (603) 334-0401

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | DUKE ENERGY CORPORATION | Date Sent: | 7/27/2021 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | ALLAN A ARAYA | Claim #: | 11295718 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 12/13/2020 |
| Zip: | | Primary Diagnosis: | Unsp fracture of right patella, init for clos fx |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | phone: (704) 833-3103 fax:(704) 852-3499 |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: ALLAN A ARAYA

# Lincoln Financial Group - Independent Evaluation

## IME

Additional medical received from Ortho Carolina (ovn 5/6/2021 - 6/24/2021) after review completed on 6/29/2021. Based upon additional medical, taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 4/30/2021 to - present, and comment on the expected duration.

Instructions For Vendor:

Claimant Name: ALLAN A ARAYA

# Lincoln Financial Group - Independent Evaluation

## IME

Addendum with Andrew Nava, MD of MLS group

Attorney Information (if applicable):

Claimant Name: ALLAN A ARAYA

# Billing Statement:

**Invoice Date: 07/02/2021** **Invoice #: 714455-12**
**Lincoln Financial - Apple**

**Invoice for Requests for Medical Information completed between Jun 1 2021 and Jun 30 2021**

**LFGAPPL** **Bill Code: LFGAPPL**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7936724<br>11295718 | ARAYA, ALLAN<br>CAROLINA ORTHOPAEDIC& SPORTS ... | Complete | 05/26/21<br>A Judd | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>4 | **$ 9.00** |
| 7936723<br>11295718 | ARAYA, ALLAN<br>ATRIUM HEALTH | Canceled | 05/26/21<br>A Judd | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 7936727<br>11295718 | ARAYA, ALLAN<br>CAROMONT FAMILY MEDICINE | Complete | 05/26/21<br>A Judd | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>24 | **$ 9.00** |
| 7936726<br>11295718 | ARAYA, ALLAN<br>DIBELLA CHIROPRACTIC CENTER | Complete | 05/26/21<br>A Judd | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>14 | **$ 9.00** |
| 7936728<br>11295718 | ARAYA, ALLAN<br>CAROLINA ORTHOPAEDIC& SPORTS ... | Complete | 05/26/21<br>A Judd | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>9 | **$ 9.00** |
| 7949614<br>11295718 | ARAYA, ALLAN<br>ORTHOCAROLINA | Complete | 06/01/21 | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>20 | **$ 9.00** |
| 7949613<br>11295718 | ARAYA, ALLAN<br>ORTHOCAROLINA | Complete | 06/01/21 | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>26 | **$ 9.00** |

**ReleasePoint**

**Total Amount Due:** **$ 59.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**From:**Judd, Alyssa
**Sent:**Tue, 20 Jul 2021 13:56:38 +0000
**To:**referrals@mls-ime.com
**Subject:**Claim 11295718

Good morning,

An addendum was referred on July 1, 2021. Would you please provide me with an estimated completion date for the Addendum with Andrew Nava, MD for claim 11295718?

Thank you for your assistance.

Best regards,

**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

LincolnFinancial.com

**Follow us on:**

Lincoln Financial Group COMPSYCH
Get COVID-19 support and resources from your *EmployeeConnect*℠ assistance program

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 1, 2021 3:37:49 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | mwhji8nr4otqrqenhyrz_10766566.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

July 1, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for benefits under the Duke Energy Corporation Long Term Disability (LTD) Insurance Policy.

We previously wrote to you on June 10, 2021, indicating that we required additional time to render a determination on your LTD claim. Due to extenuating circumstances, we require an additional thirty days to render a full and fair determination on your claim for benefits under the Policy. Currently, we are awaiting a medical view. We expect to make a determination on your claim no later than August 1, 2021.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

If anything changes with this timeframe, we will notify you.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

# Lincoln Financial Group Consulting Physician Referral

## File Review - Standard



**Physician Specialty: Physical Medicine and Rehabilitation (PM&R)**

Office: 0587

Claim #: 11295718

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Claimant Name: ALLAN A ARAYA

Date of Birth:

Claim Status: PE

Date of Disability: 12/13/2020

Date Sent: 7/1/2021

Claimant SSN:

Date Benefits Began: 6/13/2021

Product Type: LTD

Paid Through: 1/1/1900

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder: DUKE ENERGY CORPORATION

Referred By: JUDD, ALYSSA 587 7*325-9565

Assigned Nurse Case Manager:

Diagnosis: S82.001A Unsp fracture of right patella, init for clos fx, M25.511 Pain in right shoulder

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Addendum with Andrew Nava, MD of MLS-IME group. Additional medical received from Ortho Carolina (ovn 5/6/2021 - 6/24/2021) after review completed on 6/29/2021.

Lincoln Financial Group®

**To:** ~~Alesha Logan, FNP~~
Company:
Fax: 704 865 7328
Phone:

**From:** **Kim Foehl, MD**
Fax: 866 841 1415
Phone: 603 200 6365

---

**NOTES:**

Dear Ms. Logan,
Could I ask you to review this brief note regarding your patient, and add any comments or corrections, and then send it back by return fax?
Thank you> > >Kim Foehl, MD

FAXED

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, June 28, 2021 4:05:30 PM
**Number of pages including this cover sheet:** 02

Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

6/28/21

Alesha Logan, FNP
Fax: 704 865 7328

Re: Disability Benefits
Claimant Name: Allan Araya
Claimant DOB:
Claim Number: 11295718

Dear Ms. Logan ,

I am the physician who was asked by your patient's disability case manager at Lincoln Financial Group to review the medical records Mr. Araya submitted in support of his request for disability benefits. I wanted to write to let you know of my conclusions and ask you to reply with any comments or corrections.

My review of all the medical information currently available for consideration indicates the following: The currently available medical information does not support the conclusion that Mr. Araya has been impaired in his capacity to carry out his usual life activities, including work-related activities, due to *a psychiatric condition*, at any point since his departure from work following the MVA (around 12/13/21), or from 4/30/21 forward.
12/13/2020

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed in a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866) 841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Kim Foehl, MD
Consulting Psychiatrist
Board Certified, Psychiatry & Neurology

__ No changes/comments, OR
X With changes/comments as noted above

[signature] FNP-C 6/30/2021
~~Alesha Logan, FNP~~ Date

Alesha has since left the office and patient will need to establish care with a new provider.

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

6/29/2021

RE: Claimant Name : Allan A Araya
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Judd, Alyssa
Type of Review : Disability
Type of Service : LTD
Claim Number: : 11295718

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 06/18/21 |
| Progress notes | DiBella Chiropractic Center | 12/16/20-05/07/21 |
| Progress notes | CaroMont Family Medicine | 12/15/20-06/15/21 |
| Progress notes | Atrium Health | 12/13/20-12/14/20 |
| Progress notes | C. Prato, MD | 12/16/20-03/11/21 & undated |
| Progress notes | OrthoCarolina | 05/06/21-06/09/21 |
| PT | Carolina Orthopaedic PT & Rehab | 12/23/20-04/21/21 |
| PT | OrthoCarolina | 05/25/21-06/07/21 |
| X-Ray | Atrium Health | 12/13/20 |
| X-Ray | DiBella Chiropractic Center | 12/16/20 |
| X-Ray | OrthoCarolina | 05/06/21 |
| MRI | Novant Health | 01/20/21 |
| CT | Atrium Health | 12/13/20-12/14/20 |
| Lab | Atrium Health | 12/13/20 |
| Lab | LabCorp | 12/13/20 |
| Misc | | 12/15/20-06/22/21 & undated |
| ROI | | 12/23/20-04/21/21 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Kevin DiBella DC
2) DATE: 6/28/2021
3) TIME: 12:52 PM ET

4) PERSON SPOKEN WITH: General office voicemail
5) POSITION OF PERSON SPOKEN WITH: n/a

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #2:
1) AP NAME: Kevin DiBella DC
2) DATE: 6/29/2021
3) TIME: 10:00 AM ET
4) PERSON SPOKEN WITH: Tanya
5) POSITION OF PERSON SPOKEN WITH: front desk

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #3:
1) AP NAME: Dr. Patricia McHale
2) DATE: 6/26/2021
3) TIME: 8:06 AM ET
4) PERSON SPOKEN WITH: Office voicemail
5) POSITION OF PERSON SPOKEN WITH: n/a

SUMMARY OF CONVERSATION: A voicemail message was left regarding this review.

TELECONFERENCE #4:
1) AP NAME: Dr. Patricia McHale
2) DATE: 6/28/2021
3) TIME: 12:53 PM ET
4) PERSON SPOKEN WITH: Kathy
5) POSITION OF PERSON SPOKEN WITH: Surgery scheduler

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #5:
1) AP NAME: Dr. Patricia McHale
2) DATE: 6/29/2021
3) TIME: 10:10 AM ET
4) PERSON SPOKEN WITH: n/a
5) POSITION OF PERSON SPOKEN WITH: n/a

SUMMARY OF CONVERSATION: The line rang several times, however there was no answer. Only an automated message came on to ask me to continue holding without an option to leave a message.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 40 year old male with a date of disability on 12/13/2020. The diagnosis is unspecified fracture of right patella, initial encounter for closed fracture. The review period in question is 4/30/2021 to the present. This review is from a Physical Medicine and Rehabilitation perspective.

The claimant was seen by Dr. Patricia McHale, MD, Orthopaedic Surgery, on 5/6/21. The claimant reported bilateral knee pain that started after a motor vehicle accident on 2/20/21. He was a restrained front-seat passenger. He had been seen at Carolina Orthopaedic and Sports Medicine. MRI and X-rays were done. He continued to report pain around the front of the knee. The right knee cracks and grinds. The left side hurt more in the calf area. He was taking pain medications and doing physical therapy. He reported no previous knee problems. Physical examination revealed antalgic gait on the right, range of motion (ROM) 5-100 degrees, positive posterior drawer 1 to 2 +, some medial joint line tenderness, tenderness over the left and right lateral facet. X-rays in the office revealed no significant underlying arthrosis or acute bony pathology. The plan was for the claimant to bring in the MRI disc from Carolina Orthopaedic and Sports Medicine and referral to physical therapy. The diagnosis was left knee pain, right knee pain and sprain of posterior cruciate ligament of right knee.

MRI report of the right knee is provided, which was done 1/20/2021 and shows complete PCL tear and near complete MCL tear as well as comminuted fracture of posterior tibial plateau.

The claimant was thereafter evaluated by Mark Leyhe, PT on 5/25/21 for physical therapy evaluation and subsequently on 6/4/21, 6/7/21. At the last PT visit provided dated 6/7/21, the claimant's assessment was poor tolerance to knee extension stretching, tenderness to palpation diffusely surrounding the patella, noted quivering in quads bilaterally with straight leg raise (SLR) and reported popping and cracking in knee throughout session. A brace was doffed for all exercises.

During the period of time in question, the claimant was also seen by Dr. Kevin DiBella DC on 5/5/21 and 5/7/21. Prior to that, the claimant was evaluated on multiple dates, including 4/1/21, 4/8/21, 4/9/21, 4/15/21, 4/16/21, 4/21/21, 4/22/21, 4/28/21 and 4/29/21.

The claimant was last seen by Dr. DiBella on 5/7/21. Subjective findings at that time included persistent neck and right shoulder pain. The right shoulder pain had been reduced by 60% since beginning treatment. The pain was 6/10, intermittent and dull, radiating to the right shoulder blade. Right upper back pain was intermittent but improved with medication, dull, 6/10, intermittent and radiating to the right arm. Cervical spine exam revealed 50/60 degrees extension, left and right rotation with pain, tenderness and tightness with palpation and positive right shoulder depression. Thoracic examination was positive for tightness of the right upper thoracic paraspinals and pain over the anterior shoulder as well as with internal rotation.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The claimant's diagnosis(es) are left knee pain ICD-10 M25.562, right knee pain ICD-10 M25.561, and sprain of posterior cruciate ligament of right knee ICD-10 S83.521A. However, these are not supported as functionally impairing for the timeframe under review.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Clinically significant comorbid diagnoses include sprain of ligaments of cervical spine ICD-10 S13.4XXA; strain of muscle, fascia, and tendon neck level ICD-10 S16.1XXA; segmental and somatic dysfunction of cervical region ICD-10 M99. 01; sprain of ligaments of thoracic spine ICD-10 S23. 3XXA; strain of muscle and tendon of back wall of thorax ICD-10 S29. 012A; segmental and somatic dysfunction of thoracic region ICD-10 M99.02; and sprain of right shoulder ICD-10S43. 401A.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 4/30/2021 to - present, and comment on the expected duration.**

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 4/30/2021 to present.

From the documentation provided, the claimant was seen by two providers, one of which (Dr. Kevin DiBella DC) did not treat the claimant's primary diagnosis/diagnoses. During the time period in question, the claimant was also evaluated by Dr. Patricia McHale, MD, who felt the claimant had, at the worst, a PCL sprain. MRI report of the right knee 1/20/2021 (approximately 3 months prior to the time in question) shows complete PCL tear and near complete MCL tear as well as comminuted fracture of posterior tibial plateau. The claimant also had at least 3 PT sessions after this visit, which he was able to tolerate, however further information after this time period is not given. There is no follow up clinical note by Dr. Patricia McHale, MD after the initial visit and functional limitations and restrictions are not provided.

Therefore, the medical records in the file do not provide significant evidence that would support impairment and the need for restrictions and/or limitations during the above timeframe.

Lincoln/Araya 0904

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition(s). No, there is no evidence that the claimant is not compliant with treatment that meets the standard of care.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No, there are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Kevin DiBella DC (chiro)**
**Phone Number: 1 (704) 867 1010 ex -----**
**FAX Number: (704) 868-2602**

**Other - Patricia McHale P: 704-867-2333 F: (704) 865-9106**

Contact was not successful.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**From:**pnuyttens@mlsgroupllc.com
**Sent:**Tue, 29 Jun 2021 14:40:06 -0400
**To:**Judd, Alyssa
**Cc:**VendorReferrals
**Subject:**MLS review notification for case - 11295718 ID: MLS 109979
**Attachments:**Invoice_109979-1_v1.pdf, Report_MLS_D2__R01_109979-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the review for your case #11295718 (MLS #109979, Initial, ) has been completed and is attached.

You can access the report via https://client.mlsgroupllc.com using your username and password.

Thank you for the referral,
MLS Group of Companies, LLC

Amia Welch
awelch@mlsgroupllc.com

Paige Nuyttens
pnuyttens@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **109979-1**

**Date of Invoice** 6/29/2021

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Alyssa Judd

| | |
|---|---|
| **Case ID:** | 11295718 |
| **Referral ID:** | 109979 |
| **Name:** | Allan A Araya |
| **Employer:** | |
| **Physician:** | Andrew Nava |
| **Specialty:** | Physical Medicine & Rehabilitation |
| **Svc Date:** | 6/29/2021 |

| Item | Rate |
|---|---|
| Peer Review | $1102.50 |

| | |
|---|---|
| **Invoice Total** | $1102.50 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $1102.50 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/Araya 0907**

ReleasePoint

## Medical Record Overview

**Date:** June 28, 2021

**Patient Name:** ARAYA, ALLAN

**Records From:** ORTHOCAROLINA
4601 PARK RD STE 250
CHARLOTTE, NC 28209
(704) 323-2049

**Request Scope:** From April 1, 2021 to Present

**Chart Range:** 05/06/2021 - 06/24/2021

**RP ID:** 7949613

**Client ID:** 11295718

**Source:** LFGAPPL

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 6 2021 | Jun 24 2021 | 25 | 2 |
| Other Records | | | 1 | 27 |
| | | **Total Page Count:** | 26 | |

**Notes From QC:**

# OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT
**Document Type:** Therapy Daily Note
**Status: Final**

**Enc Date:** 06/24/2021

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 7.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 25 minutes, 2 units.
97112 Neuromuscular Re-education 15 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Continues to experience biting type of pain in right knee and left calf. Notices painful popping in right knee when walking.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today

side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h
Heel raises 2 x 10 reps

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility. - Not Today 6/24/21
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

**Flowsheet:**

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Tenderness to palpation along right medial hamstring this session. Pain with knee extension positioning. Continues to demonstrate co-contraction of hamstring and quad during quad sets. Encouraged to continue with HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 24 2021 4:33PM EST
(Author)

# OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT
**Document Type:** Therapy Daily Note
**Status: Final**

**Enc Date:** 06/21/2021

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 6.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 22 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Biting type of pain at night in both knees and shoulders. The pain is not as intense but continues to have pain consistently. Unable to straighten right knee all the way out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

### Treatment:

Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 06/21/2021
MRN: 10464965 DOB:

side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE with ball 5"h x 20 reps R/L
Squats on total gym L18 x 3 min

## Assessment

1. Knee pain, right (M25.561)

Pain with knee extension positioning. No change with ROM this session. Poor quad activation with SLR. Tenderness to palpation diffusely surrounding right knee. Encouraged to complete HEP consistently.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 21 2021 3:29PM EST
(Author)

# OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT
**Document Type:** Therapy Daily Note
**Status: Final**

**Enc Date:** 06/17/2021

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Pt reports he continues to have pain in R knee that he is managing with medication. He continues to wear knee brace on R knee. Pt reports 5-6/10 pain throughout R knee at begginning of session

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Upright bike x 6 min
supine heel prop x3 min - 5# weight on knee
Incline board gastroc stretch 3 x 30"h

OrthoCarolina

| | | | |
|---|---|---|---|
| Patient: | ALLAN A. ARAYA | Encounter: | 06/17/2021 |
| MRN: | 10464965 | DOB: | |

heel slide c strap x20; 5 sec hold; not today
hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl 3x10 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
tibiofemoral distraction R/L grade II in seated

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps; cues to avoid cocontraction
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)
2. Hypercholesterolemia (E78.00)

Pt continues to have cocontraction of quad and hamstring during quad sets despite consistent cues. Pt is not progressing quad activation and knee ROM as expected at this time and continues to be educated on importance of HEP to achieve TKE. Pt understanding of education

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 17 2021 4:04PM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT **Enc Date:** 06/14/2021
**Document Type:** Therapy Daily Note
**Status: Final**

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 5.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing brace at all times, even when sleeping. Muscle soreness following last PT session. Working on HEP daily. Knees are feeling a little better but continues to have pain when straightening knee out.

## Objective

redness and skin irritation on posterior R

Right knee AROM
Flexion: 125 deg
Extension: lacking 5 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold

hamstring stretch; not today
side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM) 3#
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)
TKE x20 L1 TB

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Slight improvements with ROM this session. Pain present with prolong knee extension positioning. Reports popping in right anterior knee with prone hamstring curls. Increased redness surrounding right knee today, advised to remove brace when at home resting or at night when sleeping.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 14 2021 4:11PM EST
(Author)

## OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT **Enc Date:** 06/10/2021
**Document Type:** Therapy Daily Note
**Status: Final**

### Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 4.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

### Charges

**Timed Procedures:**
97140 Manual Therapy 8 minutes, 1 units.
97110 Therapeutic Exercises 24 minutes, 2 units.
97112 Neuromuscular Re-education 8 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

### Subjective

Pt reports no change in knee symptoms. He thinks he can bend it slightly more, but not straighten

### Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 115 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
supine heel prop x3 min - 2# weight on knee
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today

OrthoCarolina

| | | | |
|---|---|---|---|
| Patient: | ALLAN A. ARAYA | Encounter: | 06/10/2021 |
| MRN: | 10464965 | DOB: | |

side lying hip abduction 2x10 R/L; not today
prone hamstring curl x20 (slow eccentric for knee ext ROM)
Supine quad stretch 3 x 30"h; not today

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally); not today
TKE x20 L1 TB

## Assessment

1. Knee pain, right (M25.561)

Pt continues to have poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Continues to compensate with glut during quad set with fair quad activation. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 10 2021 8:16AM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** Alden Milam M.D. **Enc Date:** 06/09/2021
**Document Type:** New Visit
**Status:** **Final**

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for neck pain. Date of injury: 02/20/2021.
Pain is best described as constant . At present pain scale 6/10.

## Dictation

IMPRESSION:
1. Right subacromial impingement syndrome based on his exam and pain with shoulder motion.
2. Neck pain into the right trapezius, which I think is probably related to his shoulder pain.

PLAN:
I discussed treatment options with the patient. We will get him in for physical therapy of the cervical spine and right shoulder impingement program. I do not think that this is specifically a cervical spine issue as he does not describe radiculopathy type symptoms. The neck pain he is having is localized to the neck itself and likely is at worst a cervical muscle spasm and whiplash type syndrome, but it would be otherwise non structural pathology, not requiring any advanced imaging or surgery.

The patient will follow up with Dr. Patricia McHale in 1 month who is already carrying for him for his knee.

CHIEF COMPLAINT:
Neck pain.

HISTORY OF PRESENT ILLNESS:
Mr. Araya is a pleasant 40-year-old male who presents today as a new patient for evaluation regarding neck pain. He was previously seen by Dr. Patricia McHale in 05/06/2021. The patient reports he was involved in 2 motor vehicle accidents. The first occurred in 12/13/2020 and at that time he was the restrained back seat passenger in a vehicle that had a head on collision hitting on the right side. The patient apparently noted onset of pain in the knees and in his right shoulder beginning at that point. He then had a second accident in 02/20/2021 that further these issues. At that time, he was a restrained front seat passenger in his car in the left lane. The car from the right lane moved to the left, impacting the passenger side of his vehicle.

Today, the patient complains of discomfort in the neck with throbbing pain from the right side of his neck down to the right shoulder. He states his right shoulder " does not feel right. " The patient reports his neck pain is exacerbated with movement of the right shoulder. He has been wearing a self prescribed brace on his right shoulder that I had him remove for examination. He notes he has been taking over-the-counter pain relievers.

The patient states he has been receiving treatment for his knees at Carolina Orthopedics in Gastonia.

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 06/09/2021
MRN: 10464965 DOB:

PHYSICAL EXAMINATION:
Patient is well developed, well nourished and in no acute distress. The patient is alert and oriented x3. The patient moves easily from sitting to standing position and walks with a normal gait without balance disturbance. Mood and affect are normal. Skin of the neck, back, and both upper extremities has no surgical scars. There is no cervical lymphadenopathy. There is no thyromegaly. Distal pulses are intact. Breathing is non-labored.

The patient flexes forward to the toes, and extends 100 percent of normal without pain. Lateral bending is normal. There is no dysrhythmia or instability. The patient can heel raise in tandem and independently. The patient can toe raise in tandem and independently.

Neck is non-tender to palpation in the midline, non-tender paraspinal musculature, non-tender trapezius, non-tender rhomboid, and non-tender scalene muscles. The patient flexes forward to the chest, and extends 100 percent of normal, with pain. Lateral bending is normal. Lateral rotation is normal. There is no clinical evidence of instability. Spurling maneuver is negative bilaterally. No tenderness to palpation along the neck and trapezius specifically, but does have pain with cervical range of motion particularly with left rotation, flexion, and extension of the cervical spine.

Upper extremity neurological exam shows intact sensation, intact motor strength and symmetrical deep tendon reflexes bilaterally. There is no clonus. Babinski testing shows toes are down-going. Positive Hawkins and Neer impingement testing. Pain with range of motion of the right shoulder. Impingement testing is positive on the right.

Bilaterally, shoulders are nontender, ROM is full in all planes with no instability. Supraspinatus testing is negative.

Back is nontender to palpation, has normal ROM, has no atrophy, and no gross instability or malalignment.

DIAGNOSTIC STUDIES:
AP and lateral cervical spine radiographs ordered and performed today and interpreted by me show well-preserved disc spaces throughout. Normal alignment. No cervical facet spondylosis. He does have some anterior calcification of the anterior longitudinal ligament at C5-6. No fractures. I do not see much in the way of uncovertebral spurring at any levels.

NuanceDAX: NM

## Assessment

1. Tobacco non-user (Z78.9)
2. Neck pain (M54.2)
3. Impingement syndrome of right shoulder (M75.41)

## Orders

1. Start: Diclofenac Sodium 75 MG Oral Tablet Delayed Release; take 1 tablet by mouth twice a day with food
2. Physical Therapy (Spine) - Eval and Treat Therapy , Status: Active Requested for: 09Jun2021
3. XRay Cervical Spine min 2V; Status:Complete; Done: 09Jun2021 01:30PM
4. Tobacco Use Screening; Status:Complete; Done: 06/09/2021

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 06/09/2021
MRN: 10464965 DOB:

## Vitals

### Vitals Panel

Height: 6 ft 1 in
Weight: 206 lb
BMI Calculated: 27.18 kg/m2
BSA Calculated: 2.18
Pain Scale: 6

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Neck pain (M54.2)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

Knee pain, right (719.46) (M25.561)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza
Unreviewed Unverified: No significant past medical history

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

Mother

Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
Unreviewed Unverified: Family history of Respiratory disease (J98.9)

**OrthoCarolina**

Patient: ALLAN A. ARAYA Encounter: 06/09/2021
MRN: 10464965 DOB:

**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)
- rarely

Unreviewed Unverified: Alcohol use (Z78.9)
alcohol: Rarely
Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

## Review of Systems

**GENERAL:** no recurring fever, no recent weight change and no decreased appetite.
**HEENT:** no headache, no hoarseness, no vision problems, no hearing loss and no trouble swallowing.
**RESP:** no cough and no difficulty breathing.
**CV:** no chest pain and no palpitations.
**GI:** no abdominal pain, no blood in stool, no heartburn, no nausea and no vomiting.
**ENDO:** no excessive thirst and no temperature intolerance.
**SKIN:** no skin problems, no easy bruising and no easy bleeding.
**MUSC- SKEL:** See HPI.
**NEURO:** no convulsions, no dizziness, no numbness and no tingling.
**GU:** no painful urination, no change in urinary frequency and no blood in urine.
**PSYCH:** no psychological disorder and no sleep disturbances.

## Signatures

Electronically signed by : Alden Milam, M.D.; Jun 16 2021 10:06AM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT
**Document Type:** Therapy Daily Note
**Status: Final**

**Enc Date:** 06/07/2021

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 3.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 30 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing knee sleeve all the time because knee hurts more with out it on. Did not sleep good last night. Experiencing a biting pain at night in both legs.

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 110 deg
Extension: lacking 7 deg with quad activation

### Treatment:

Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L

hamstring curl x20 *
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III - Not Today
STM medial quad and hamstring- Not Today

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 7 2021 3:43PM EST
(Author)

**OrthoCarolina**

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT **Enc Date:** 06/04/2021
**Document Type:** Therapy Daily Note
**Status: Final**

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 2.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 10 minutes, 1 units.
97110 Therapeutic Exercises 25 minutes, 2 units.
**Total Treatment Time:** 35 minutes.

## Subjective

Pt reports his R knee is about the same. He says his skin is doing much better

## Objective

decreased redness and skin irritation on posterior R knee

### Treatment:

Problem list:
L knee ROM and strength
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6'
quad set x20; 5 sec hold
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
SLR 2x10
side lying hip abduction 2x10 R/L
hamstring curl x20
Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

OrthoCarolina

| | | | |
|---|---|---|---|
| Patient: | ALLAN A. ARAYA | Encounter: | 06/04/2021 |
| MRN: | 10464965 | DOB: | |

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Pt continues to be limited and irritable with knee flexion/.extension ROM. His skin has cleared up some. He is provided updated HEP with printed exercises.

## Goals

STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Cont POC

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 4 2021 11:00AM EST

**OrthoCarolina**

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

**Provider:** OC Therapy PT **Enc Date:** 05/25/2021
**Document Type:** Therapy Initial Eval
**Status: Final**

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 1.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery

- moles removed from back

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 05/25/2021
MRN: 10464965 DOB:

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 15 minutes, 1 units.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.
**Explanation of Onset and Reason for Skilled Therapy:.** bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.
MRI: R PCL complete tear and fx of posterior tibial plateau

Pt reports pain in L calf and night
He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Pt is currently not working due to pain when sitting

Pt wants to get back to running and play basketball.
Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): LEFS.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, driving, mobilize in/out of vehicle, negotiate stairs, rise from sitting, sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational/sports activities and gardening/yardwork.
**Factors that could potentially complicate outcomes:**
**Co-Morbidities:** Hypercholesterolemia, Overweight and depression.
**Personal Factors:** post/current experience.

## Objective

**Mental Status:** alert and oriented x 3 (person,place and time).
**Weight Bearing Status:** FWB.
**Gait:** Ambulation without Assistive Device .
Gait Sequence: antalgic.
Cellulitis R posterior and medial knee.

**Palpation:** moderate popliteal fossa R knee tenderness.
**Knee/Hip ROM:** WNL except:
Knee Flexion:........................... Right: 112, Left: 130
Knee Extension:....................... Right: 10 lacking, Left: -2 HE
Right knee end feel is: painful/empty and muscle guarding.
Left knee end feel is: normal.
Knee:......................................... Right: 4
Quadricep limitations: severe on right.
Hamstring limitations: severe on right:.
**Knee Strength:**
Flexion:................................ Right: 3/5, Left: 4/5
Extension:............................. Right: 3-/5, Left: 3+/5
**Straight Leg Raise:**
Right: unable.
Left: able.
**Quad Contraction:**
Right: poor.
Left: good.
Right and left Anterior Drawer is negative.
Right and left Posterior Drawer is negative.
Right and left Varus Stress is negative.
Right Valgus Stress is positive and negative.
Functional Squat: 25%.

**Treatment:** education regarding removing brace to avoid skin breakdown and infection. pt educated to wash skin and monitor current inflammation and discuss with MD if worsened condition. Will follow up next visit
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6' for ROM
quad set x10; 5 sec hold
heel slide c strap x10; 5 sec hold
hamstring stretch; not today
SLR; not today
hip abduction; not today
hamstring curl; not today

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services .
Pt will benefit from skilled physical therapy in order to improve B knee ROM, endurance, strength, load tolerance, agility and power necessary to return to community and recreational activities without limitation.
Patient presents with the following body structure(s) to be addressed: bilateral knee.

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 05/25/2021
MRN: 10464965 DOB:

**Impaired body functions and systems to be addressed:** pain , muscle guarding , decreased ROM , decreased joint mobility , decreased strength , decreased dynamic balance/stabilization , gait deviations and limited knowledge of present condition management and HEP .

**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.

**Prognosis:** good.

**Motivation:** adequate.

**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.

**# of Personal Factors / Co-morbidities:** 1-2 (mod).

**# of Exam Elements:** 3 (mod).

**Presentation:** Evolving (moderate).

**Evaluation Complexity:** Moderate.

## Goals

**Free Text:**
STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Therapy recommended 2 times per week for 12 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Mark Leyhe, PT; May 25 2021 3:34PM EST

## OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

**Provider:** Patricia McHale M.D. **Enc Date:** 05/06/2021
**Document Type:** New Visit
**Status: Final**

### Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for bilateral knee pain.

### Dictation

HISTORY OF PRESENT ILLNESS:

This is a 40-year-old male who comes in today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.

PHYSICAL EXAM:

The patient does walk with an antalgic gait on the right. He has range of motion of the right knee from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has well-maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities.

X-RAYS:

Four views of both knees were obtained and reviewed in the office today. These do not reveal any significant underlying arthrosis or acute bony pathology.

ASSESSMENT:

Bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left.

PLAN:
At this point, I do need to see the MRI from Carolina Orthopedics and Sports Medicine. The patient will obtain this on a disc and bring it by for my review. In addition, he will call us or send a message through the patient portal with an updated list of his current medications; without that, I really cannot recommend any additional medications at this point. I have recommended that we get him back into physical therapy for a calf strain protocol on the left and a PCL sprain protocol on the right. I will plan to see him back in approximately 4-6 weeks. He may benefit from a more rigid PCL type of brace rather than the knee sleeve that he has been wearing, but I will defer ordering that until after I review the MRI.

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

## Orders

1. XRay Knee 4V Bilateral; Status:Complete; Done: 06May2021 03:20PM
2. Therapy (General) - Eval and Treat Therapy . Status: Active Requested for: 06May2021
3. Tobacco Use Screening; Status:Complete; Done: 05/06/2021

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 05/06/2021
MRN: 10464965 DOB:

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

**Mother**

Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)

**Father**

Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)
- rarely

Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

## Review of Systems

Systemic - Recurring Fever (No) Systemic - Recent Weight Change (No) HEAD - HEADACHES (Yes)
Eyes - Vision Problems (No) Otolaryngeal - Loss of Hearing (No) Otolaryngeal - Hoarseness (No)
Cardiovascular - Chest Pain/Discomfort (No) Cardiovascular - Heart Palpitations (No) Pulmonary - Difficulty Breathing (No)
Pulmonary - Chronic Cough (No) GASTROINTESTINAL - DECREASED APPETITE (Yes)
Gastrointestinal - Difficulty Swallowing (No)
Gastrointestinal - Heartburn (No) Gastrointestinal - Nausea (No) Gastrointestinal - Vomiting (No)
Gastrointestinal - Abdominal Pain (No) Gastrointestinal - Blood in Stool (No) Genitourinary - Blood in Urine (No)
Genitourinary - Increased Need to Urinate (No) Genitourinary - Painful Urination (No)
Endocrine - Excessive Thirst (No)
Endocrine - Temperature Intolerance (No) Hematologic - Bleeds Easily (No) Hematologic - Bruise Easily (No)
Neurological - Dizziness (No) Neurological - Convulsions (No) Psychological - Psychological Disorder (No)
PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) Skin - Skin Problems (No)
MUSCULOSKELETAL - JOINT PROBLEMS (Yes)

## Signatures

Electronically signed by : Patricia McHale, M.D.; May 6 2021 5:26PM EST

4601 Park Road, Suite 250
Charlotte,NC 28209
(704) 323-2455

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

| | |
|---|---|
| **Date:** | **6/25/2021** |
| **Pages:** | **26** |
| **To:** | **7949613** |
| **Fax Number:** | **(213)884-4921** |
| **From:** | **OC (Park Rd - OrthoCarolina)** |
| **Phone:** | **(704) 323-2455** |
| **Comment:** | 4/1/21 to present |

**CONFIDENTIALITY NOTE**

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

# Quality Assurance Report

## Request Information

Report Date: June 28, 2021

**RP ID:** 7949613

Patient Name: ARAYA, ALLAN

Provider Name: ORTHOCAROLINA

## Quality Assurance Information

Scope Requested: **From April 1, 2021 to Present**

Special Request:
Medical records Dr. Alda Millam - Seen By: ORTHOCAROLINA

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ATMAB

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DUKE ENERGY CORPORATION | ALLAN ARAYA | 11295718 |

| | | | |
|---|---|---|---|
| **Report Date:** | 6/28/21 | | |
| **Referred By:** | Alyssa Judd | **Claimant DOB:** | |
| **Referral Date:** | 06/24/2021 | **Job Title:** | SENIOR CUSTCARE SPEC BILINGUAL |
| **Due Date:** | 07/02/2021 | **Medical/ Surgical Condition:** | fracture of right patella, pain in rt shoulder, anxiety |
| **Referral Type:** | Claim Consult - With ICP Report | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 12/11/2020 |
| | | **DOD:** | 12/13/2020 |
| **Physical Demands:** | | **BBD:** | 06/13/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.**

S/P MVA with tibial fracture, knee injury, possibly other bodily injuries, headaches

**2. If applicable please identify clinicalyl significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.**

Anxiety
Insomnia

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 4/30/2021 to the present, and comment on the expected duration.**

The medical records indicate that the claimant was in a motor vehicle accident (MVA) 12/13/20 and sustained some bodily injuries (tibia, knee) for which he has undergone orthopedic/chiropractic treatment. The records convey that the claimant had preexisting anxiety, noted in a note by his FNP (Logan) on 5/7/20 as having worsened due to Covid, and again on 12/15/20 as having worsened since the MVA. On this latter date, the note states that he has anxiety at work but is relaxed when he is at home. The FNP's note on 12/30 states that he has situational anxiety and insomnia that are helped by hydroxyzine and that he does not worry as much as he used to. The note of the FNP on 2/2/21 indicates that the

claimant has anxiety during the day and had a significant subjective GAD7 (anxiety) score of 14, with no signs of depression and no abnormalities in mental status. At this visit, the FNP initiated Effexor to help with the anxiety. At the next visit o 3/2/21, the FNP's note indicates that the claimant was not sleeping well and was anxious about driving, although he did drive himself to the appointment with her. She did not indicate a need for any further treatment for anxiety. At the next visit on 4/1, the FNP indicated that the claimant's mood was anxious—albeit with no other mental status abnormalities noted—and she increased his Effexor dosage to a potentially therapeutic dose 75mg/d. In the last visit note of the FNP dated 5/4/21, she wrote that the claimant was improving physically but not ready to return to work due to persistent pain. She stated that his anxiety had improvement, the hydroxyzine and Effexor were helping his symptoms, he had a normal mental status exam, and the current regimen should be continued.

The claimant's self-report (4/21/21) of his reasons for being out of work on disability were described as Impairment due to limited mobility and pain. He did not mention any anxiety or other mental health issues. His self-report also indicated that he was engaged in classes in business administration, finance, and communications at Bellevue University.

The overall clinical picture conveyed by the available medical records is one in which the claimant was in an MVA on 12/13/21 and sustained some physical injuries for which he has undergone treatment. While the FNP records suggest that the claimant has previously experienced anxiety, her reference to anxiety following the MVA in December 2020 was to say that the claimant was feeling anxious only at work and could relax at home, and that the hydroxyzine she prescribed was helping his anxiety and sleep. The FNP noted in February 2021 that the claimant reported daytime anxiety and had a high subjective anxiety scale score and initiated Effexor, which she again increased in April, and by May she noted that the medication was effective and his anxiety had improved. While the FNP described that the claimant was feeling anxious about driving, he had been able to drive to his appointment and she did not apparently see a need to change or escalate his treatment because of his unease.

Generally, when a medical/psychiatric condition is severe enough to interfere with usual life activities including work-related activities, the medical record would be expected to document the nature, precipitants, severity, frequency, impact, and persistence of the psychiatric symptoms, some reference to abnormal findings on mental status examination, an indication of any difficulties in functioning, and a treatment plan that reflects a level of concern over a medical condition, with escalation of care as appropriate and close follow-up to monitor for response or lack of response to treatment. In the absence of such information, there is no medical basis upon which to conclude that impairment from a medical condition is significant.

In this case, the records do not indicate the presence of significant psychiatric symptoms that are impairing the claimant in his capacity to function in his usual ways; there was no reference to problems with the claimant's ability to think, act in own interests, communicate, adjust to ordinary emotional stresses , or handle his own affairs due to a psychiatric condition; there were no significant sustained mental status abnormalities noted in the records; the claimant was not referred for, or advised to seek, mental health treatment, individual psychotherapy or CBT, group therapy, anxiety- or trauma-focused

treatment, psychiatry consultation; there was no indication of a need for close followup on a mental health basis; and the claimant himself did not report or indicate that anxiety or mental health concerns were impairing him.

*In view of all the above, the currently available medical information does not support the conclusion that the claimant has been impaired in his capacity to carry out his usual life activities, including work-related activities, due to a psychiatric condition, at any point since his departure from work following the MVA (around 12/13/21), or from 4/30/21 forward.*

**4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).**

Not on a psychiatric basis (see #3 above).

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**

The records indicate that the claimant has had treatment, from a psychiatric perspective, that is within the standard of care for addressing his symptoms—i.e. he was given medication that effectively treated/resolved his emotional symptoms.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

Not known.

**7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:**

**Name: <u>Alesha Logan, FNP</u> Phone Number: 1 (704) 865 1749 Fax Number: (704) 865-7328**

An AP letter was sent on **6/28/21**.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent relevant record in the file which is:**

5/4/21 Encounter note Aleshi Logan, FNP

**REPORT DATE**: 6/28/21

**Identification/Summary:**

40yo senior customer care specialist at Duke Energy Corp.                LDW 12/1/20

**Recommendations:**

*1) The currently available medical information does not support the conclusion that the claimant has been impaired in his capacity to carry out his usual life activities, including work-related activities, due to a psychiatric condition, at any point since his departure from work following the MVA (around 12/13/21), or from 4/30/21 forward.*

**Relevant Treaters:**

Alesha Logan, FNP, CaroMont Family Medicine

**Relevant Medications:**

Effexor XR 75mg/d
Amitriptyline 25mg/hs for pain, h/a, insomnia
Hydroxyzine 25mg q8h prn anx/insomnia

**Relevant Notes from Records Reviewed:**

**Alesha Logan, FNP-BC**
**5/4/21** MVA 12/20 ad 2/21. Still undergoing PT, ROM impvd, not ready to RTW dt persistent pain. His anxiety has impvd. Hydroxyzine and effexor ae helping his syms. MS nl. For anxiey state: cont current regimen. RTO 6 wks for ortho f/u.
**4/1** psych: mood anx; beh, th content, and J nl. Plan: incr Effexor from 37.5 to 75 mg/d. RTO 4 wks.
**3/2** not sleeping well, anx worse, scared to drive (although drove to appt) Deprn screen neg. No indication of a need to treat or further address anxiety at this visit. Int h/a,
**2/2/21** taking hydrox nightly, anx most of day, GAD7 = 18 PHQ2 = 0 Beh nl, thought content nl, J nl. Plan: cont hydrox, add Effexor 37.5mg to help w/anx, RTO 4 wks.
**12/30/20** carried forward in records: situational anxiety – worse at work, relaxed on w/e when off. Hydrox helping w/anx & sleep at noc. Doesn't worry as much as used to. Cont hydrox. PHQ2 negative. RTO 4 wks.
**12/15/20** ax incr since mva. Worse when at work. Relaxed on w/e when off. hydrox 25mg q8h prn
**5/7/20** worsening anx since covid; workg from home; anx when out shopping and nvs abt rtw next mo

**Kevin DiBella, DC, chiro**
**12/16/20** Clmt in MVA 12/13/20

**ED**
**12/13** psych neg

**Clmt**
**4/21/21** Impairment due to limited mobility and pain; no mention of psych issue in self report. Doing classes in business admin, finance and communications at Bellevue Univ.

**Electronically Signed**

Kim Foehl, MD
Consulting Psychiatrist
Board Certified in Psychiatry and Neurology

Lincoln Financial Group
Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

6/28/21

Alesha Logan, FNP
Fax: 704 865 7328

Re: Disability Benefits
Claimant Name: Allan Araya
Claimant DOB:
Claim Number: 11295718

Dear Ms. Logan ,

I am the physician who was asked by your patient's disability case manager at Lincoln Financial Group to review the medical records Mr. Araya submitted in support of his request for disability benefits. I wanted to write to let you know of my conclusions and ask you to reply with any comments or corrections.

My review of all the medical information currently available for consideration indicates the following:
The currently available medical information does not support the conclusion that Mr. Araya has been impaired in his capacity to carry out his usual life activities, including work-related activities, due to *a psychiatric condition*, at any point since his departure from work following the MVA (around 12/13/21), or from 4/30/21 forward.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed in a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866) 841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Kim Foehl, MD
Consulting Psychiatrist
Board Certified, Psychiatry & Neurology

__ No changes/comments, OR
__ With changes/comments as noted above

______________________________________
Alesha Logan, FNP                    Date

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Mon, 28 Jun 2021 16:13:05 -0400
**To:**Foehl, Kim
**Subject:**Your fax has been successfully sent to Alesha Logan, FNP at 704 865 7328.

Your fax has been successfully sent to Alesha Logan, FNP at 704 865 7328.
------------------------------------------------------------
From: Kim Foehl, MD
------------------------------------------------------------
4:06:11 PM 6/28/2021 Conversion Error Record
[0093dfb2]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (29ms)
Aspose #1: Success (21909ms)
Field Replacement #1: Success (46ms)
Word Automation #1: Microsoft Word is not installed on this server. (39ms)

4:06:19 PM 6/28/2021 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (526ms)
Image Optimization #1: Success (132ms)
PCL6 #1: Success (485ms)

6/28/2021 4:06:20 PM Transmission Record
Sent to 704 865 7328 with remote ID "7048657328"
Inbound user ID KIBFO4, routing code 100
Result: (3224) Call progress analysis timed out
Page record: NONE SENT
Elapsed time: 01:03 on channel 3

6/28/2021 4:11:21 PM Transmission Record
Sent to 704 865 7328 with remote ID "7048657328"
Inbound user ID KIBFO4, routing code 100
Result: (0) Success
Page record: 1 - 2
Elapsed time: 01:16 on channel 3

| | |
|---|---|
| **From:** | Amanda Horvath |
| **To:** | Judd, Alyssa |
| **Subject:** | RE: pending medical - 11295718 ID: MLS# 109979 |
| **Date:** | Wednesday, June 23, 2021 7:03:48 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png |

Hi,

Yes they were received.  Thanks

Amanda

**From:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Sent:** Wednesday, June 23, 2021 2:01 PM
**To:** Amanda Horvath <AHorvath@mlsgroupllc.com>
**Subject:** RE: pending medical - 11295718 ID: MLS# 109979

Good afternoon,

Can you please confirm whether the medical records sent yesterday, 6/22, at 5:40pm to referrals@mls-ime.com with the above subject line was received?

Best regards,


**Alyssa Judd, ALMI, ACS**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

1-800-291-0112 Office
Ext 59565
260-455-0064 Fax

**LincolnFinancial.com**

**Follow us on:**





**From:** ahorvath@mlsgroupllc.com <ahorvath@mlsgroupllc.com>
**Sent:** Monday, June 21, 2021 3:03 PM
**To:** Judd, Alyssa <Alyssa.Judd@lfg.com>
**Subject:** pending medical - 11295718 ID: MLS# 109979


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hi,

We are pending the medical for this review.  Please email to referrals@mls-ime.com or upload via the below link.  Thanks

You can access the report via https://client.mlsgroupllc.com using your username and password.

Thank you for the referral,
MLS Group of Companies, LLC

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Notice of Confidentiality: This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank ou.

ReleasePoint

## Medical Record Overview

**Date:** June 22, 2021

**Patient Name:** ARAYA, ALLAN

**Records From:** CAROMONT FAMILY MEDICINE
1895 Hoffman Rd #A
GASTONIA, NC 28054
(704) 865-1749

**Request Scope:** From April 1, 2021 to Present

**Chart Range:** 04/01/2021 - 06/15/2021

**RP ID:** 7936727

**Client ID:** 11295718

**Source:** LFGAPPL

**Req By:** A Judd
05288203

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 1 2021 | Jun 15 2021 | 15 | 2 |
| Request Corr | | | 9 | 17 |
| | | **Total Page Count:** | 24 | |

**Notes From QC:**

| CaroMont Health | CaroMont Family Medicine (Gaston Day) 1895 Hoffman Road, Suite A Gastonia NC 28054-6557 | Araya, Allan Arturo MRN: 934141, DOB: ENC 5/4/2021 | Sex: M |
|---|---|---|---|

**Progress Notes by Logan, Alesha N, FNP-BC at 5/4/2021 6:30 PM (continued)**

| 6/15/2021 | 7:00 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |
|---|---|---|---|---|

**Alesha Logan, FNP-BC, 5/4/2021 8:01 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 5/4/2021 8:01 PM

**Progress Notes by Logan, Alesha N, FNP-BC at 6/15/2021 7:00 PM**

Author: Logan, Alesha N, FNP-BC Service: — Author Type: Nurse Practitioner
Filed: 6/15/2021 7:32 PM Encounter Date: 6/15/2021 Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up

Pt is S/P MVA x 2
One in 12/13/2020 and

No problems updated.

*Please see previous office notes*

Pt is S/P MVA x2; one in Dec 2020 and a second in Feb 2021.
He is still undergoing PT, as advised by two specialists. He has been consistently attending and doing exercises at home. ROM has improved, but not quite at his target.
Not ready to return to work due to his persistent pain

He reports pain with extended driving that is occasionally relieved witih repositioning

His anxiety has improved.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

**Progress Notes by Logan, Alesha N, FNP-BC at 6/15/2021 7:00 PM (continued)**

Outpatient Encounter Medications as of 6/15/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • diclofenac sodium (VOLTAREN) 75 mg Tablet, Delayed Release (E.C.) | | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth Every 7 days. | 12 Cap | 1 |
| • [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth Daily. | 90 Cap | 1 |

No facility-administered encounter medications on file as of 6/15/2021.

Social History

Socioeconomic History

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

• Not on file

**Progress Notes by Logan, Alesha N, FNP-BC at 6/15/2021 7:00 PM (continued)**

| | |
|---|---|
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| Lifestyle | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| Relationships | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

No family history on file.

Review of Systems
Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

As described in above HPI.

**Objective:**

Vitals:

| | 06/15/21 1903 |
|---|---|
| BP: | 114/80 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 104 |
| Temp: | 97.6 °F (36.4 °C) |
| TempSrc: | Tympanic |
| SpO2: | 99% |
| Weight: | 100.9 kg (222 lb 6.4 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 30.16 kg/m².

**Physical Exam**
Vitals signs reviewed.
HENT:
Head: Normocephalic.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Musculoskeletal: Normal range of motion.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing.
Musculoskeletal:
Right knee: He exhibits decreased range of motion. Tenderness found.
Skin:
General: Skin is warm.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Gait: Gait abnormal (antalgic).
Psychiatric:
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

Assessment/Plan:

Allan was seen today for follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**
Comments:
f/u with ortho as scheduled; RTC in 6 weeks for f/u. Request records from Carolina Ortho

**Vitamin D deficiency**
- ergocalciferol (VITAMIN D2) 50,000 unit capsule; Take 1 Cap (50,000 Units) by mouth Every 7 days.

**Anxiety state**
Comments:
continue current regimen

**Next visit: 6 weeks**
There are no Patient Instructions on file for this visit.

Return in about 6 weeks (around 7/27/2021) for in-office f/u, MVA.
No future appointments.

**Alesha Logan, FNP-BC, 6/15/2021 7:32 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 6/15/2021 7:32 PM

HIM ROI Authorization - Scan on 6/21/2021 5:33 PM by Parker, Melissa L.: Lincoln Financial Group (below)

**Progress Notes by Logan, Alesha N, FNP-BC at 5/4/2021 6:30 PM (continued)**

Author: Logan, Alesha N, FNP-BC Service: — Author Type: Nurse Practitioner
Filed: 5/4/2021 8:01 PM Encounter Date: 5/4/2021 Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up

"I don't feel normal." He has been seeing chiropractor regularly as well as orthopedist. He is still having pain in his extremities. He is concerned that he is having to take medications regularly now. He has yet to return to work. Is currently receiving therapy.

Both knees continues to throb and ache. He fell out of bed the other night due to tossing and turning trying to get comfortable in bed. Now has a bruise on his right abdomen.

His anxiety is increased because of the accidents. Prior to the accident he was not on any medications regularly. He is now taking hydroxyzine and effexor. These do help his symptoms.

Reports his employer wants him to complete return to work form.

No problems updated.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Outpatient Encounter Medications as of 5/4/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) | Take 1 Cap (50,000 | 12 Cap | 1 |

**Progress Notes by Logan, Alesha N, FNP-BC at 5/4/2021 6:30 PM (continued)**

| | | | |
|---|---|---|---|
| 50,000 unit capsule | Units) by mouth every 7 days. | | |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | TAKE 1 TAB (25 MG) BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY OR INSOMNIA. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth Daily. | 90 Cap | 1 |

No facility-administered encounter medications on file as of 5/4/2021.

Social History

**Socioeconomic History**
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain: Not on file
- Food insecurity
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs
  - Medical: Not on file
  - Non-medical: Not on file

**Tobacco Use**
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

**Substance and Sexual Activity**
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

**Lifestyle**
- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

**Relationships**
- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file

| | |
|---|---|
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

- Intimate partner violence

| | |
|---|---|
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |

| Other Topics | Concern |
|---|---|

- Not on file

Social History Narrative

- Not on file

No family history on file.

**Review of Systems**
ROS
As described in above HPI.

**Objective:**

Vitals:

| | 05/04/21 1915 |
|---|---|
| BP: | 120/88 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 86 |
| Temp: | 97 °F (36.1 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 102.1 kg (225 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 30.52 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.

**Progress Notes by Logan, Alesha N, FNP-BC at 5/4/2021 6:30 PM (continued)**

HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Right knee: Tenderness found.
Left knee: Tenderness found.
Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Pt was advised to f/u with specialists as scheduled
Continue current regimen/plan
He will f/u with me in 6 weeks to reassess his readiness to return to work.

Depression Screening: PHQ-2 Total: 0 (05/04/21 1918)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 6 weeks**
There are no Patient Instructions on file for this visit.

Return in about 6 weeks (around 6/15/2021) for in-office f/u- assess readiness to return to work.
**Future Appointments**

| Date | Time | Provider | Department | Center |
| --- | --- | --- | --- | --- |

CaroMont Health | CaroMont Family Medicine (Gaston Day) 1895 Hoffman Road, Suite A Gastonia NC 28054-6557 | Araya, Allan Arturo MRN: 934141, DOB: ENC 4/1/2021 | Sex: M

**Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM**

Author: Logan, Alesha N, FNP-BC Service: — Author Type: Nurse Practitioner
Filed: 4/1/2021 8:23 PM Encounter Date: 4/1/2021 Status: Signed
Editor: Logan, Alesha N, FNP-BC (Nurse Practitioner)

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up and Motor Vehicle Crash

Problem

Mvc (Motor Vehicle Collision)

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

Anxiety State

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM (continued)**

**12/30/2020**

Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

**2/2/2021**

He reports he is taking hydroxyzine nightly, and sometimes during the day. He takes it as needed.
Anxiety Is uncontrolled, he feels anxious most of the day.
Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?
1. Feeling nervous, anxious, or on edge: Nearly every day (02/02/21 1900)
2. Not being able to stop or control worrying: More than half the days (02/02/21 1900)
3. Worrying too much about different things: More than half the days (02/02/21 1900)
4. Trouble relaxing: Nearly every day (02/02/21 1900)
5. Being so restless that it is hard to set still: Nearly every day (02/02/21 1900)
6. Becoming easily annoyed or irritable : More than half the days (02/02/21 1900)
7. Feeling afraid as if something awful might happen: Nearly every day (02/02/21 1900)
Total Score: 18 (02/02/21 1900)
How difficult has it been to do your work, take care of things at home, or get along with other people?: Extremely difficult (02/02/21 1900)

**4/1/2021**

Anxiety is still there, he is particularly anxious in public settings and when driving. He drove himself to his appt today.

Headaches are intermittent. They are "not bad," some days are better than others. He has a headache today. He is taking amitriptyline nightly

Needs refills of his vitamin d
Went to the chiropractor today
He does not want surgery, is going through physical therapy, wearing a brace on his right knee. Has been out of work, on short term disability.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

Outpatient Encounter Medications as of 4/1/2021

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 | 30 Tab | 2 |

| | | | |
|---|---|---|---|
| | hours as needed for Spasm. | | |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • [DISCONTINUED] venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 2 |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth daily. | 30 Cap | 2 |

No facility-administered encounter medications on file as of 4/1/2021.

## Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

**Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM (continued)**

| Substance and Sexual Activity | |
|---|---|
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

No family history on file.

**Review of Systems**

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for joint pain and neck pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

As described in above HPI.

**Objective:**

Vitals:

**Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM (continued)**

| | 04/01/21 1809 | 04/01/21 1812 |
|---|---|---|
| BP: | (!) 142/100 | 132/90 |
| BP Location: | left arm | left arm |
| Patient Position: | Sitting | Sitting |
| BP Cuff Size: | Adult | Adult |
| Pulse: | 88 | |
| Temp: | 97.1 °F (36.2 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 104.1 kg (229 lb 6.4 oz) | |
| Height: | 6' (1.829 m) | |

Body mass index is 31.11 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood is anxious.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up and motor vehicle crash.

Diagnoses and all orders for this visit:

Progress Notes by Logan, Alesha N, FNP-BC at 4/1/2021 6:00 PM (continued)

**Motor vehicle collision, subsequent encounter**

Assessment & Plan:

He will continue physical therapy and chiropractic care for now, continue current med regimen, f/u 4 weeks

**Anxiety state**

Assessment & Plan:

Some post-trauma anxiety from the mva
Increasing effexor dose form 37.5 to 75 mg daily

Orders:

- venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule; Take 1 Cap (75 mg) by mouth daily.

**Vitamin D deficiency**

- ergocalciferol (VITAMIN D2) 50,000 unit capsule; Take 1 Cap (50,000 Units) by mouth every 7 days.

**Next visit: 4 weeks**

**Patient Instructions**

**Increase venlafaxine from 37.5 to 75 mg daily. Take 2 of the 37.5 mg capsules for now, and then pick up the new script for 75 mg daily.**

Return in about 4 weeks (around 4/29/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 5/4/2021 | 6:30 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 4/1/2021 8:23 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

Electronically signed by Logan, Alesha N, FNP-BC at 4/1/2021 8:23 PM

Progress Notes by Logan, Alesha N, FNP-BC at 5/4/2021 6:30 PM

# FAX

**CaroMont Medical Group**
CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia, NC 28054-6557
704-865-1749

| | |
|---|---|
| Date: 6/21/2021<br>Time: 5:45 PM<br>Number of Pages NOT including cover sheets: | Patient Information (if applicable):<br>MRN: 934141<br>Patient: Araya, Allan Arturo<br>DOB: |
| TO: HIM ROI SEE ATTN TO:<br>C/O Rp Claims Processing<br>PO Box 1390<br>SAINT PETERS, MO 63376<br>213-266-5038<br>213-884-4921<br>Comments: | CaroMont Medical Group<br>CaroMont Family Medicine (Gaston Day)<br>Phone #: 704-865-1749<br>Fax #: 704-865-7328<br><br>Record ID: 94816 |

## THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please delete the material from any computer and contact the sender immediately by telephone to arrange for return of the documents to us. Reference: US Federal Regulations (42 CFR, Part 2) protect records containing protected health information.

# FAX

**CaroMont Medical Group**
CaroMont Family Medicine (Gaston Day)
1895 Hoffman Road, Suite A
Gastonia, NC 28054-6557
704-865-1749

| | |
|---|---|
| Date: 6/21/2021<br>Time: 5:41 PM<br>Number of Pages NOT including cover sheets: | Patient Information (if applicable):<br>MRN: 934141<br>Patient: Araya, Allan Arturo<br>DOB: |
| TO: HIM ROI SEE ATTN TO:<br>C/O Rp Claims Processing<br>PO Box 1390<br>SAINT PETERS, MO 63376<br>213-266-5038<br>213-884-4921<br>Comments: Lincoln Financial record request is located at the end of fax. | CaroMont Medical Group<br>CaroMont Family Medicine (Gaston Day)<br>Phone #: 704-865-1749<br>Fax #: 704-865-7328<br><br>Record ID: 94816 |

## THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please delete the material from any computer and contact the sender immediately by telephone to arrange for return of the documents to us. Reference: US Federal Regulations (42 CFR, Part 2) protect records containing protected health information.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1399
St. Peters, MO 63376

**CAROMONT FAMILY MEDICINE**
**1895 Hoffman Rd #A**
**ATTN: MEDICAL RECORDS**
**GASTONIA, NC 28054**

Date: May 26, 2021

**Re: Long Term Disability Benefits**
Claim# 7936727 11295718
Claimant: [redacted]
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 683934

Dear MELISSA X4,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2021 to Present**
**Medical Records Dr. Alesha Logan - Seen By: CAROMONT FAMILY MEDICINE**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

RPID: 7936727

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-4064

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**I understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

00002 04/28/2021 01020811 002 007

Name of claimant (print) Allan A. Araya

Name of legal representative, if applicable (print) ____ ____ Relationship Self

Signature of claimant or legal representative [signature] ____ Date: 4-21-2021

Date of Birth: ____ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

pg. 2 Authorization-Standard-2020

RPID: 7936727

**Duke Energy Corporation**

**DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0094

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH ______

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem is necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

RPID: 7936727

00002 04/28/2021 01329011 002 013

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

Allan A[illegible]
Print Name

[signature]
Signature

4-21-2021
Date

12/2019 – Duke Energy

RPID: 7936727

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

2/17/2021

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7936727

**Save Time and Avoid Follow-up Calls**
**Use our Secure Status and Upload Portal**

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | ARAYA, ALLAN |
| RP ID: | 7936727 |
| Access Code: | 662934 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 7936727

**END OF REPORT**

# Quality Assurance Report

## Request Information

Report Date: June 22, 2021

**RP ID:** 7936727

Patient Name: ARAYA, ALLAN

Provider Name: CAROMONT FAMILY MEDICINE

## Quality Assurance Information

Scope Requested: **From April 1, 2021 to Present**

Special Request:
Medical Records Dr. Alesha Logan - Seen By: CAROMONT FAMILY MEDICINE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JLORE

This report has been redacted to prevent the disclosure of personally identifiable information.

Form 1 of 1

Local Use/Patrol: 201213136HA - 03

| 48 POINTS OF INTIAL CONTACT (Write in Codes) | Unit # 1: 21 | Unit # 2: 8 |
|---|---|---|

| CRASH SEQUENCE (Unit I must) | Unit # 1 | Unit # 2 |
|---|---|---|
| 49 Vehicle Maneuver/Action | 5 | 2 |
| 50 Non-Motorist Action | | |
| 51 Non-Motorist Location Prior to Impact | | |
| 52 Crash Sequence - First Event for this Unit | 1 | 20 |
| 53 Crash Sequence - Second Event | 20 | |
| 54 Crash Sequence - Third Event | | |
| 55 Crash Sequence - Fourth Event | | |
| 56 Most Harmful Event for this Unit | 20 | 20 |
| 57 Distance/Direction of Object Struck | 0 | 0 |
| 58 Vehicle Underride/Override | 3 | 3 |
| 59 Vehicle Defects | 0 | 0 |

| VEHICLE INFO | Veh # 1 | Veh # 2 |
|---|---|---|
| 60 Authorized Speed Limit | 55 | 55 |
| 61 Estimate of Original Traveling Speed | 80 | 0 |
| 62 Estimate of Speed at Impact | 65 | 0 |
| 63 Tire Impressions Before Impact (ft.) | 0 | 0 |
| 64 Distance travelled After Impact (ft.) | 0 | 79 |
| 65 Emergency Vehicle Use | | |
| 66 Post Crash Fire (If 'Yes' check block) | ☐ | ☐ |
| 67 School Bus - Contact Vehicle | ☐ | ☐ |
| 68 School Bus - Noncontact Vehicle | ☐ | ☐ |

| ROADWAY INFO | |
|---|---|
| 69 Road Feature | 0 |
| 70 Road Character | 1 |
| 71 Road Classification | 1 |
| 72 Road Surface Type | 3 |
| 73 Road Configuration | 4 |
| 74 Access Control | 2 |
| 75 Number of Lanes | 6 |
| 76 Traffic Control Type | 0 |
| 77 Traffic Control Oper | |

| WORK ZONE RELATED | |
|---|---|
| 78 Work Zone Area | 5 |
| 79 Work Activity | |
| 80 Work Area Marked | |
| 81 Crash Location | |

| TRAILER INFO. | Unit # 1 | Unit # 2 |
|---|---|---|
| 82 Trailer Type | 0 | 0 |
| 1st Trailer No. Axles | | |
| Width (inches) | | |
| Length (feet) | | |
| 2nd Trailer No. Axles | | |
| Width (inches) | | |
| Length (feet) | | |

83 Unit # ___ Overwidth Trailer and Overwidth Mobilehome | Overwidth Permit

COMMERCIAL VEHICLE: Hazardous Material Involvement

Haz Mat Placard ☐ Yes ☐ No

Hazardous Cargo Released ☐ Yes ☐ No (Does not include fuel from fuel tank)

Carrying Haz Mat ☐ Yes ☐ No

Unit ___ From Placard indicate 4-digit placard number or name from diamond or box; 1-digit number from bottom of diamond

84 DIAGRAM




Unit # 1 was [X] Traveling [ ] Parked [ ] Backing — [X] N [ ] S [ ] E [ ] W on I77

Unit # 2 was [ ] Traveling [X] Parked [ ] Backing — [X] N [ ] S [ ] E [ ] W on I77

**85 NARRATIVE** (Include pertinent unusual aspects which are not listed elsewhere on the form) VEHICLE 1 WAS TRAVELING NORTH ON INTERSTATE 77. VEHICLE 2 WAS PARKED ON THE RIGHT SHOULDER OF INTERSTATE 77. VEHICLE 1 RAN OFF THE ROAD TO THE RIGHT AND STRUCK VEHICLE 2. VEHICLES 1 AND 2 CAME TO REST NEAR THE AREA OF IMPACT.

ADDITIONAL PROPERTY DAMAGE

86 Type/Owner ___ Owner Address ___ State Property? ☐ Estimated Damage $ ___

WITNESSES

Name ___ Address ___ Phone No ___

Name ___ Address ___ Phone No ___

TRAFFIC VIOLATION(S)

Name: JENNIFER ROSE NICKEL — Charge(s) (Citation # optional): 649688G - DRIVING WHILE IMPAIRED / G.S. 20-138.1

Name: JENNIFER ROSE NICKEL — Address: 649689G - RECKLESS DRIVING TO ENDANGER / G.S. 20-140(B)

| Officer Name | Officer Number | Department | | Date of Report |
|---|---|---|---|---|
| TRP. H L BAUTISTA | 4002 | NC STATE HIGHWAY PATROL | NCNHP0000 | 12/13/2020 |

# NON – REPORTABLE CRASH FORM

For Crash Documentation where damage is less than $1000, no Injuries, no hazardous materials and the crash did not involve a seized vehicle.

The data collected here is for statistical analysis and subsequent highway safety programming. Determinations of "fault" are the responsibility of insurers or of the state's courts.

| # Units Involved | # of Forms | Date | County | Time | Local Use / Patrol Area |
|---|---|---|---|---|---|
| 2 | Form 1 of 1 | 02/20/2021 (Mm/DD/YYYY) | MOORE | 1 8 4 1 (24 hour Clock) | 20210220184100 02 |

**LOCATION**

Relation to Roadway Surface 1 Crash occurred ☒ IN ☐ NEAR CHARLOTTE Or ______ . ______ Miles N S E W Outside Municipality

On I 85 (Highway Number, or Highway, Street. (If ramp or service road, indicate on line)) ☐ Ramp or Service Road (R.R. Crossing # ______) ______ . ______ Miles ______ Ft. N S E W

At or from ______ (Use Highway Number, Street Name or Adjacent County or state Line) Toward N S E W ______ (Use Highway Number, Street Name or Adjacent county or State Line)

Latitude ______ Longitude ______ Altitude ______

| UNIT # 1 ☒ VEHICLE ☐ PEDESTRIAN ☐ HIT & RUN ☐ COMMERCIAL VEHICLE | UNIT # 2 ☒ VEHICLE ☐ PEDESTRIAN ☐ HIT & RUN ☐ OTHER ____ |
|---|---|
| Driver: JAMIE CHRISTIAN DOFFERMYRE | Driver: ARAYA ARAYA SONIA |
| Address: [redacted] | Address: 8 02/21/2021 63551 |
| City: [redacted] State: [redacted] Zip: [redacted] | City: L [redacted] State: [redacted] Zip: [redacted] |
| Home Ph: [redacted] Work Ph: | Home Ph: [redacted] Work Ph: |
| DOB [redacted] D.L. # 4 [redacted] State NC | DOB 0 [redacted] 7 D.L. # [redacted] State [redacted] |
| Plate # DHT4783 Plate State NC Plate Year 2021 | Plate # [redacted] Plate State NC Plate Year 2021 |
| VIN W [redacted] N015964 | VIN 1 [redacted] 285758 |
| Vehicle Make AUDI Vehicle Year 2016 | Vehicle Make CHEV Vehicle Year 2013 |
| Estimated Damage$ 200 Vehicle Drivable ☒ Yes ☐ No | Estimated Damage$ 400 Vehicle Drivable ☐ Yes ☐ No |
| Insurance Company GOVERNMENT EMPLOYEES INSURANC | Insurance Company INTEGON PREFERRED INSURANCE C |
| Policy # 4006342945 | Policy # 2005104300 |

**VEHICLE OWNER INFORMATION**

| | |
|---|---|
| Owner: JAMIE CHRISTIAN DOFFERMYRE | Owner: CARLOS ENRIQUE ARAYA |
| Address: [redacted] | Address: [redacted] |
| City: [redacted] State: [redacted] Zip: [redacted] | City: [redacted] State: [redacted] Zip: [redacted] |

## Diagram




**85 NARRATIVE** (Include pertinent and unusual aspects, which are not listed elsewhere on the form)

Driver 1 stated that she was driving in the middle lane going outbound on interstate 85 north when a car started merging into her lane from the right side. Driver 1 stated that the car behind her was following to close for her to brake. Driver 1 stated that she tried to slow down and merge left to avoid the car and thats when her and Driver 2 collided .

Driver 2 stated that she was driving straight ahead and Driver 1 merged into her lane.

I observed rear left damage to Driver 1's vehicle and front right damage to Driver 2's vehicle. Both vehicles were drivable.

| Officer Title & Name | Officer Number | Department | Date of Report |
|---|---|---|---|
| J BARRETT | 6288 | Charlotte Mecklenburg Police Department | 02/22/2021 |



This report has been redacted to prevent the disclosure of personally identifiable information

DMV-349 (Rev. 1/09)

Supplemental Report: X

Date: 12/13/2020 | County: MECKLENBURG | Time: 20:28 | Local Use/Patrol Area: 201213136HA - 03

City: CHARLOTTE | 00.14

I-170 | MILE 4.8

MILE 4.8

Unit # 1 | Vehicle: X | Driver: JENNIFER ROSE NICKEL

Address: 7016 DAVIE RD | 28173-8412

D.L.# REDACTED | D.L. Class: C | State: NC

DOB: REDACTED | 34 Vision Obstruction: 0 | 35 Physical Condition: 5 | 36 D.L. Restrictions: 21

37 Alcohol/Drugs Suspected: 1 | 38 Alcohol/Drugs Test: 1 | 39 Results (if known): 5 | 40 Vehicle Seizure (DWI):

Owner: EAN HOLDINGS LLC

Address: 8335 IBM DR STE 100

City: CHARLOTTE | State: NC | Zip: 28262

Plate #: HKD7970 | Plate State: NC | Plate Year: 2021

VIN: KMHRB8A36MU065615

Vehicle Make: HYUNDAI | Vehicle Year: 2021 | 41 Vehicle Style (Type): 1 | 42 Vehicle Drivable: No (X)

43 TAD: FR-3 | 44 Estimated Damage: $7,000.00

Insurance Company: SELF

Policy #: SI148

Unit # 2 | Vehicle: X | Driver: UNKNOWN | UNKNOWN

DOB: | 34 Vision Obstruction: | 35 Physical Condition: | 36 D.L. Restrictions:

37 Alcohol/Drugs Suspected: | 38 Alcohol/Drugs Test: | 39 Results (if known): | 40 Vehicle Seizure (DWI):

Owner: LEON MCCLAIN

Address: 4741 GUM BRANCH RD

City: JACKSONVILLE | State: NC | Zip: 28540-9122

Plate #: WYT7794 | Plate State: NC | Plate Year: 2021

VIN: 2MEFM74WX3X679849

Vehicle Make: MERCURY | Vehicle Year: 2003 | 41 Vehicle Style (Type): 1 | 42 Vehicle Drivable: No (X)

43 TAD: BL-4 | 44 Estimated Damage: $8,000.00

Insurance Company: INTEGON

Policy #: 2004177482

Boxes: 3, 3, 1, 1, 2, 4 | 20, 20, 0, 30, 26

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | | O | F | 2 | 1 | 0 | 2 | 1 | 4 |
| B | 2 | 1 | | | | | | | | | | |
| C | 1 | 2 | 3 | REDACTED | H | M | 2 | 4 | 0 | 2 | 1 | 4 |
| D | 1 | 2 | 5 | REDACTED | H | M | 2 | 1 | 0 | 2 | 1 | 3 |
| E | | | | | | | | | | | | |
| F | | | | | | | | | | | | |
| G | | | | | | | | | | | | |
| H | | | | | | | | | | | | |

ALLAN ARTURO ARAYA

46 Name of EMS: A,C - CHARLOTTE EMS | D - CHARLOTTE EMS

47 Injured Taken by EMS to: A,C - CMC PINEVILLE | D - CMC MAIN CHARLOTTE

This report has been redacted to prevent the disclosure of personally identifiable information.

DMV-349 (Rev. 1/09)

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

No. of Units Involved: 2 | Form 1 of 1 | [x] Supplemental Report | [ ] Non-Reportable

Do not write in these spaces | Date Received by DMV

| Date | County | Time | Local Use/Patrol Area |
|---|---|---|---|
| 12/13/2020 | MECKLENBURG | 20:28 | 201213136HA - 03 |

**LOCATION**

33 Relation to Roadway Surface: 1 | Crash Occurred: [x] In [ ] Near CHARLOTTE (Municipality) | 00.14 Miles | N S E W [x]

on I 77 | Ramp or Service Road | (R.R. Crossing #) | Latitude | Longitude | Altitude

[ ] At [x] From MILE 4.8 | N S E W [x] toward MILE 4.6

Margin boxes: 1: 3 | 2: 3 | 3: 1 | 4: 1 | 6: 2 | 7: 4 | 10: 20 | 11: 20 | 12: 0 | 14: 30 | 15: 26

**UNIT # 1** [x] VEHICLE [ ] PEDESTRIAN [ ] HIT & RUN [ ] 20 COMMERCIAL VEHICLE

Driver: JENNIFER (First) ROSE (Middle) NICKEL (Last)

Address: [redacted]

City: [redacted] State: NC Zip: 28173-8412

Same Address on Driver's License? [x] Yes [ ] No | Driver's Phone Numbers H: [redacted] W:

D.L.#: REDACTED | D.L. Class: C | State: NC | CDL License [ ]

DOB: REDACTED | 34 Vision Obstruction: 0 | 35 Physical Condition: 5 | 36 D.L. Restrictions: 21

37 Alcohol/Drugs Suspected: 1 | 38 Alcohol/Drugs Test: 1 | 39 Results (if known): 5 | 40 Vehicle Seizure (DWI) [ ]

Owner: EAN HOLDINGS LLC | Same as Driver? [ ]

Address: [redacted] | Same Address as Driver? [ ]

City: [redacted] State: NC Zip: 28262

Plate #: [redacted] | Plate State: NC | Plate Year: 2021

VIN: [redacted]

Vehicle Make: HYUNDAI | Vehicle Year: 2021 | 41 Vehicle Style (Type): 1 | 42 Vehicle Drivable: [ ] Yes [x] No

43 TAD: FR-3 | 44 Estimated Damage: $7,000.00

Insurance Company: SELF | Policy #: SI148

**UNIT # 2** [x] VEHICLE [ ] PEDESTRIAN [ ] HIT & RUN [ ] OTHER

Driver: UNKNOWN (First) (Middle) UNKNOWN (Last)

Address: | State: | Zip:

City:

Same Address on Driver's License? [ ] Yes [x] No | Driver's Phone Numbers H: W:

D.L.#: | D.L. Class: | State: | CDL License [ ]

DOB: | 34 Vision Obstruction: | 35 Physical Condition: | 36 D.L. Restrictions:

37 Alcohol/Drugs Suspected: | 38 Alcohol/Drugs Test: | 39 Results (if known): | 40 Vehicle Seizure (DWI) [ ]

Owner: LEON MCCLAIN

Address: [redacted] | Same Address as Driver? [ ]

City: [redacted] State: NC Zip: 28540-9122

Plate #: [redacted]4 | Plate State: NC | Plate Year: 2021

VIN: [redacted]

Vehicle Make: MERCURY | Vehicle Year: 2003 | 41 Vehicle Style (Type): 1 | 42 Vehicle Drivable: [ ] Yes [x] No

43 TAD: BL-4 | 44 Estimated Damage: $8,000.00

Insurance Company: INTEGON | Policy #: 2004177482

**20 COMMERCIAL VEHICLE: Cargo, Carrier Name, Address, Source**

Unit ___ 45 Cargo Body Type ___ [ ] Same Address as owner? | Source: [ ] Truck [ ] Shipping [ ] Driver

Carrier Identification Numbers, GVWR, Axles: US DOT# ___ ICC# ___ Axles on Vehicle Including Trailers ___ State ___ State # ___ IFTA# ___ FEI# ___ Fleet # ___ Gross Vehicular Weight Rating ___

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | Unit 1-Drv 1, Ped 1, etc. see above | O | F | 2 | 1 | 0 | 2 | 1 | 4 | see above | Veh# 1 Towed To/By: DELLINGERS TOW / DELLINGERS TOW |
| B | 2 | 1 | | Unit 2-Drv 2, Ped 2, etc. see above | | | | | | | | | see above | Veh# 2 Towed To/By: DELLINGERS TOW / DELLINGERS TOW |
| C | 1 | 2 | 3 | REDACTED | H | M | 2 | 4 | 0 | 2 | 1 | 4 | | CARLOS HUMBERTO ORTEGAMARTINEZ 2124 EL VERANO CIR APT D CHARLOTTE NC 28210 |
| D | 1 | 2 | 5 | REDACTED | H | M | 2 | 1 | 0 | 2 | 1 | 3 | | ALLAN ARTURO ARAYA 2316 KINMERE DR GASTONIA NC 28056 |
| E | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |

46 Name of EMS: A,C - CHARLOTTE EMS | 46 Name of EMS: D - CHARLOTTE EMS

47 Injured Taken by EMS to: A,C - CMC PINEVILLE (Treatment Facility and City or Town) | 47 Injured Taken by EMS to: D - CMC MAIN CHARLOTTE (Treatment Facility and City or Town)

This report has been redacted to prevent the disclosure of personally identifiable information.

DMV-349 (Rev. 1/09)

No. of Units Involved: 2

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

Form 1 of 1 [X] Supplemental Report [ ] Non-Reportable

Do not write in these spaces | 8 | 9 | Date Received by DMV

| 1 | Date | County | Time | Local Use/Patrol Area |
|---|---|---|---|---|
| 3 | 12/13/2020 | MECKLENBURG | 20:28 | 201213136HA - 03 |

**LOCATION**

2: 3 — 33 Relation to Roadway Surface: 1 — Crash Occurred [X] In [ ] Near CHARLOTTE (Municipality) or ___ Miles N S E W outside municipality — 10: 20

on I 77 (R.R. Crossing #) ___ 00.14 Miles ___ ft [ ] N [X] S [ ] E [ ] W — Ramp or Service Road

3: 1 — [ ] At [X] From MILE 4.8 [ ] N [X] S [ ] E [ ] W toward MILE 4.8 — Latitude ___ Longitude ___ Altitude ___ — 11: 20

| UNIT # 1 [X] VEHICLE [ ] PEDESTRIAN [ ] HIT & RUN [ ] 20 COMMERCIAL VEHICLE | UNIT # 2 [X] VEHICLE [ ] PEDESTRIAN [ ] HIT & RUN [ ] OTHER |
|---|---|
| Driver: JENNIFER (First) ROSE (Middle) NICKEL (Last) | Driver: UNKNOWN (First) ___ (Middle) UNKNOWN (Last) |
| Address: 7016 DAVIS RD | Address: |
| City ___ State NC Zip 28173-8412 | City ___ State ___ Zip ___ |
| D.L.# REDACTED D.L. Class C State NC; CDL License [ ] | D.L.# ___ D.L. Class ___ State ___; CDL License [ ] |
| DOB REDACTED; 34 Vision Obstruction 0; 35 Physical Condition 5; 36 D.L. Restrictions 21 | DOB ___; 34 Vision Obstruction ___; 35 Physical Condition ___; 36 D.L. Restrictions ___ |
| 37 Alcohol/Drugs Suspected 1; 38 Alcohol/Drugs Test 1; 39 Results (if known) 5; 40 Vehicle Seizure (DWI) [ ] | 37 Alcohol/Drugs Suspected ___; 38 Alcohol/Drugs Test ___; 39 Results (if known) ___; 40 Vehicle Seizure (DWI) [ ] |
| Owner: EAN HOLDINGS LLC; Same as Driver? [ ] | Owner: LEON MCCLAIN; Same as Driver? [ ] |
| Address: [redacted] DR [redacted]; Same Address as Driver? [ ] | Address: [redacted]; Same Address as Driver? [ ] |
| City [redacted] State NC Zip 28262 | City [redacted] State NC Zip 28540-9122 |
| Plate # [redacted]0 Plate State NC Plate Year 2021 | Plate # [redacted] Plate State NC Plate Year 2021 |
| VIN KMHRB8A36MU065616 | VIN 2[redacted] |
| Vehicle Make HYUNDAI; Vehicle Year 2021; 41 Vehicle Style (Type) 1; 42 Vehicle Drivable [ ] Yes [X] No | Vehicle Make MERCURY; Vehicle Year 2003; 41 Vehicle Style (Type) 1; 42 Vehicle Drivable [ ] Yes [X] No |
| 43 TAD FR-3; 44 Estimated Damage $7,000.00 | 43 TAD BL-4; 44 Estimated Damage $8,000.00 |
| Insurance Company SELF; Policy # SI148 | Insurance Company INTEGON; Policy # 2004177482 |

Left margin boxes: 4: 1; 5; 6: 2; 7: 4. Right margin boxes: 12: 0; 13; 14: 30; 15: 26; 16; 17; 18; 19.

**20 COMMERCIAL VEHICLE: Cargo, Carrier Name, Address, Source**

Unit ___ 45 Cargo Body Type ___ [ ] Same Address as owner?

Source: [ ] Truck [ ] Shipping [ ] Driver

**Carrier Identification Numbers, GVWR, Axles**

US DOT# ___ ICC# ___ Axles on Vehicle Including Trailers ___

State ___ State # ___ IFTA# ___

FEI# ___ Fleet # ___ Gross Vehicular Weight Rating ___

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | Unit 1-Drv 1, Ped 1, etc. see above | O | F | 2 | 1 | 0 | 2 | 1 | 4 | see above | Veh# 1 Towed To/By: DELLINGERS TOW / DELLINGERS TOW |
| B | 2 | 1 | | Unit 2-Drv 2, Ped 2, etc. see above | | | | | | | | | see above | Veh# 2 Towed To/By: DELLINGERS TOW / DELLINGERS TOW |
| C | 1 | 2 | 3 | REDACTED | H | M | 2 | 4 | 0 | 2 | 1 | 4 | | CARLOS HUMBERTO ORTEGA MARTINEZ 2124 EL VERANO CIR APT D CHARLOTTE NC 28210 |
| D | 1 | 2 | 5 | REDACTED | H | M | 2 | 1 | 0 | 2 | 1 | 3 | | ALLAN ARTURO ARAYA [redacted] |
| E | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | |

46 Name of EMS: A,C - CHARLOTTE EMS — 46 Name of EMS: D - CHARLOTTE EMS

47 Injured Taken by EMS to: A,C - CMC PINEVILLE (Treatment Facility and City or Town) — 47 Injured Taken by EMS to: D - CMC MAIN CHARLOTTE (Treatment Facility and City or Town)