FILED
2023 Jun-23 PM 01:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:**Allan Araya <
**Sent:**Wed, 16 Jun 2021 20:35:35 +0000 (UTC)
**To:**DisabilityDocuments
**Subject:**Accident 12/13/2020 & 2/20/2021
**Attachments:**422E1DC1-0972-4B9B-815B-648DDDB2D5D5.jpeg, 51ECD7E7-A9B3-4597-B36F-298FB2E0290F.jpeg, C4FBB22F-41A6-4461-BFEA-38467BA512E4.jpeg, 097153EB-6661-4075-A9BC-2C0A59FA3A26.jpeg, 963286AE-6C84-4D5B-B991-FC61A8E19C1F.jpeg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

EXHIBIT
3, part 3

**From:** LincolnAbsenceNotification@lfg.com
**To:** LeavesAdministration@duke-energy.com;MAPLead@duke-energy.com;DARLENE.BATTLE@DUKE-ENERGY.COM
**Bcc:** DukeEnergyEmails@lfg.com
**Subject:** Lincoln Financial Notification: Acknowledgement of Long Term Disability request for Allan Araya, Employee ID 461081, Disability Claim 11295718

*******DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*******

***Please forward this email to the employee(s) responsible for time entry in your organization.***

A claim for Long Term Disability (LTD) benefits for Allan Araya is currently pending. You will receive an additional notification once a determination is made.

| Product | Claim Status | Requested Start Date |
|---|---|---|
| **Long Term Disability** | **Pended** | **6/13/2021** |

**Time entry information**

There should be no time entry for the empolyee after the LTD requested begin date listed above. If the LTD approval decision is not made by the requested LTD date, the employee **must** be placed on an unpaid personal leave to prevent an overpayment. **To place the employee on an unpaid leave, contact the Duke Energy myHR Service Center (888.465.1300) and select the option for Payroll and Time Reporting > All Other Payroll Questions.**

**Support information**

**Claim Status:**

**Lincoln Financial Email:** Alyssa.Judd@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext. 59565

**Claim Escalations:** DukeEnergyDisability@LFG.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

From: LFGNotifications@LFG.com
Sent: Thursday, June 10, 2021 4:08:12 PM
To:
CC:
BCC:
Subject: [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya
Attachments: 37w8x7e7srv3rjhzgemq_10636654.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

June 10, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for benefits under the Duke Energy Corporation Long Term Disability (LTD) Insurance Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD claim. Under the Employee Retirement Income Security Act of 1974 (ERISA), an initial claim determination should be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination. If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

At this time, we need additional information which is necessary to render a full and fair determination on your LTD claim for benefits under the Policy. Currently, we are awaiting eligibility review. We expect to make a determination on your claim no later than July 1, 2021.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

ReleasePoint

**Medical Record Overview**

**Date:** June 10, 2021

**Patient Name:** ARAYA, ALLAN

**Records From:** Dr. Patricia Mchale

(704) 867-2333

**Request Scope:** From April 1, 2021 to Present

**Chart Range:** 05/06/2021 - 06/09/2021

**RP ID:** 7949614

**Client ID:** 11295718

**Source:** LFGAPPL

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 6 2021 | Jun 9 2021 | 17 | 2 |
| Other Records | | | 2 | 19 |
| Request Corr | | | 1 | 21 |
| | | **Total Page Count:** | 20 | |

**Notes From QC:**

## OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** PORTAL PATIENT **Enc Date:** 06/09/2021
**Document Type:** Patient Portal History
**Status:** **Final - Receipt**

**MEANINGFUL USE**

**Race** - Other
**Other race** - Spanish
**Ethnicity** - Hispanic or Latino
**language** - English
**Preferred communication** - Cell Phone

**GENERAL INFORMATION**

**E.R.** - Yes
**E.R.** - OTHER
**date** - Dec 13th 2020
**result of E.R. visit?** - Yes
**ER dr** - Atrium health
**>65** - No
**Are you older than 6 months?** - Yes
**Have you had an influenza vaccination?** - No
**Weight:** - 206
**Height** - 6' 1"
**What is your sex at birth?** - Male
**In an effort to accurately refer to you in our office, please let us know how you would identify yourself.** - Male
**What is your highest level of education?** - Graduate Degree

**PHARMACY**

**Pharmacy** - CVS PHARMACY - 1803 S NEW HOPE RD1803 S NEW HOPE RD, GASTONIA, NC, 28054 Ph : 704-867-3541

**MEDICAL CONDITIONS**

**Hx** - No

**VISUAL ANALOG SCALE**

**Please rate your pain.** - 8

**ALLERGIES**

**drug allergies** - Yes
**Please select the drugs that you are allergic to from the list below. If your drug allergy is not in the options provided, please add it by selecting 'other' and entering**

**the entire name, also sign in the text box.** - Other
**Please list all other medication/drug allergies:** - Pain medication anxiety medication
**non-med allergies** - No

**FAMILY HISTORY**

| | | |
|---|---|---|
| Diabetes **Please indicate relative(s):** - Mother | High Blood Pressure **Please indicate relative(s):** - Father, Mother | Respiratory Disease **Please indicate relative(s):** - Mother |

**SOCIAL HISTORY**

**Do you use any form of nicotine such as Vapes, Tobacco, Snuff, Nicotine Gum/Patch, Cigarettes or Cigars?** - No
**Cigarette** - Never a smoker
**alcohol** - Rarely
**marital** - Divorced
**Occupation:** - Senior customer care specialist bilingual

**REVIEW OF SYSTEMS**

*Note: The items below which are bolded and italics denote a 'Yes' response.*

| | | |
|---|---|---|
| Systemic - Recurring Fever (No) | Systemic - Recent Weight Change (No) | HEAD - HEADACHES (Yes) |
| Eyes - Vision Problems (No) | Otolaryngeal - Loss of Hearing (No) | Otolaryngeal - Hoarseness (No) |
| Cardiovascular - Chest Pain/Discomfort (No) | Cardiovascular - Heart Palpitations (No) | Pulmonary - Difficulty Breathing (No) |
| Pulmonary - Chronic Cough (No) | GASTROINTESTINAL - DECREASED APPETITE (Yes) | Gastrointestinal - Difficulty Swallowing (No) |
| Gastrointestinal - Heartburn (No) | Gastrointestinal - Nausea (No) | Gastrointestinal - Vomiting (No) |
| Gastrointestinal - Abdominal Pain (No) | Gastrointestinal - Blood in Stool (No) | Genitourinary - Blood in Urine (No) |
| Genitourinary - Increased Need to Urinate (No) | Genitourinary - Painful Urination (No) | Endocrine - Excessive Thirst (No) |
| Endocrine - Temperature Intolerance (No) | Hematologic - Bleeds Easily (No) | Hematologic - Bruise Easily (No) |
| Neurological - Dizziness (No) | Neurological - Convulsions (No) | Psychological - Psychological Disorder (No) |

**OrthoCarolina**

Patient: ALLAN A. ARAYA
MRN: 10464965
Encounter: 06/09/2021
DOB:

| | | |
|---|---|---|
| PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) | Skin - Skin Problems (No) | MUSCULOSKELETAL - JOINT PROBLEMS (Yes) |

**PAST SURGERIES**

| | | |
|---|---|---|
| Removal of Wisdom Teeth | | |

# OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT **Enc Date:** 06/07/2021
**Document Type:** Therapy Daily Note
**Status: Final**

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 3.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 30 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing knee sleeve all the time because knee hurts more with out it on. Did not sleep good last night. Experiencing a biting pain at night in both legs.

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 110 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L

hamstring curl x20 *
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III - Not Today
STM medial quad and hamstring- Not Today

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 7 2021 3:43PM EST
(Author)

## OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT
**Document Type:** Therapy Daily Note
**Status: Final**

**Enc Date:** 06/04/2021

### Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 2.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

### Charges

**Timed Procedures:**
97140 Manual Therapy 10 minutes, 1 units.
97110 Therapeutic Exercises 25 minutes, 2 units.
**Total Treatment Time:** 35 minutes.

### Subjective

Pt reports his R knee is about the same. He says his skin is doing much better

### Objective

decreased redness and skin irritation on posterior R knee

**Treatment:**
Problem list:
L knee ROM and strength
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6'
quad set x20; 5 sec hold
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
SLR 2x10
side lying hip abduction 2x10 R/L
hamstring curl x20
Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

OrthoCarolina

| | | | |
|---|---|---|---|
| Patient: | ALLAN A. ARAYA | Encounter: | 06/04/2021 |
| MRN: | 10464965 | DOB: | |

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Pt continues to be limited and irritable with knee flexion/.extension ROM. His skin has cleared up some. He is provided updated HEP with printed exercises.

## Goals

STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Cont POC

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 4 2021 11:00AM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

**Provider:** OC Therapy PT
**Document Type:** Therapy Initial Eval
**Status: Final**

**Enc Date:** 05/25/2021

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 1.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 15 minutes, 1 units.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.
**Explanation of Onset and Reason for Skilled Therapy:.** bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.
MRI: R PCL complete tear and fx of posterior tibial plateau

Pt reports pain in L calf and night
He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Pt is currently not working due to pain when sitting

Pt wants to get back to running and play basketball.
Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): LEFS.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, driving, mobilize in/out of vehicle, negotiate stairs, rise from sitting, sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational/sports activities and gardening/yardwork.
**Factors that could potentially complicate outcomes:**
**Co-Morbidities:** Hypercholesterolemia, Overweight and depression.
**Personal Factors:** post/current experience.

## Objective

**Mental Status:** alert and oriented x 3 (person,place and time).
**Weight Bearing Status:** FWB.
**Gait:** Ambulation without Assistive Device .
Gait Sequence: antalgic.
Cellulitis R posterior and medial knee.

**OrthoCarolina**

Patient: ALLAN A. ARAYA Encounter: 05/25/2021
MRN: 10464965 DOB:

**Palpation:** moderate popliteal fossa R knee tenderness.
**Knee/Hip ROM:** WNL except:
Knee Flexion:............................ Right: 112, Left: 130
Knee Extension:....................... Right: 10 lacking, Left: -2 HE
Right knee end feel is: painful/empty and muscle guarding.
Left knee end feel is: normal.
Knee:........................................ Right: 4
Quadricep limitations: severe on right.
Hamstring limitations: severe on right:.
**Knee Strength:**
Flexion:................................ Right: 3/5, Left: 4/5
Extension:............................. Right: 3-/5, Left: 3+/5
**Straight Leg Raise:**
Right: unable.
Left: able.
**Quad Contraction:**
Right: poor.
Left: good.
Right and left Anterior Drawer is negative.
Right and left Posterior Drawer is negative.
Right and left Varus Stress is negative.
Right Valgus Stress is positive and negative.
Functional Squat: 25%.

**Treatment:** education regarding removing brace to avoid skin breakdown and infection. pt educated to wash skin and monitor current inflammation and discuss with MD if worsened condition. Will follow up next visit
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6' for ROM
quad set x10; 5 sec hold
heel slide c strap x10; 5 sec hold
hamstring stretch; not today
SLR; not today
hip abduction; not today
hamstring curl; not today

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services .
Pt will benefit from skilled physical therapy in order to improve B knee ROM, endurance, strength, load tolerance, agility and power necessary to return to community and recreational activities without limitation.
Patient presents with the following body structure(s) to be addressed: bilateral knee.

**Impaired body functions and systems to be addressed:** pain , muscle guarding , decreased ROM , decreased joint mobility , decreased strength , decreased dynamic balance/stabilization , gait deviations and limited knowledge of present condition management and HEP .

**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.

**Prognosis:** good.

**Motivation:** adequate.

**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.

**# of Personal Factors / Co-morbidities:** 1-2 (mod).

**# of Exam Elements:** 3 (mod).

**Presentation:** Evolving (moderate).

**Evaluation Complexity:** Moderate.

## Goals

**Free Text:**
STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Therapy recommended 2 times per week for 12 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Mark Leyhe, PT; May 25 2021 3:34PM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** Patricia McHale M.D. **Enc Date:** 05/06/2021
**Document Type:** New Visit
**Status: Final**

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for bilateral knee pain.

## Dictation

HISTORY OF PRESENT ILLNESS:

This is a 40-year-old male who comes in today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.

PHYSICAL EXAM:

The patient does walk with an antalgic gait on the right. He has range of motion of the right knee from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has well-maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities.

X-RAYS:

Four views of both knees were obtained and reviewed in the office today. These do not reveal any significant underlying arthrosis or acute bony pathology.

ASSESSMENT:

Bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left.

PLAN:
At this point, I do need to see the MRI from Carolina Orthopedics and Sports Medicine. The patient will obtain this on a disc and bring it by for my review. In addition, he will call us or send a message through the patient portal with an updated list of his current medications; without that, I really cannot recommend any additional medications at this point. I have recommended that we get him back into physical therapy for a calf strain protocol on the left and a PCL sprain protocol on the right. I will plan to see him back in approximately 4-6 weeks. He may benefit from a more rigid PCL type of brace rather than the knee sleeve that he has been wearing, but I will defer ordering that until after I review the MRI.

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

## Orders

1. XRay Knee 4V Bilateral; Status:Complete; Done: 06May2021 03:20PM
2. Therapy (General) - Eval and Treat Therapy . Status: Active Requested for: 06May2021
3. Tobacco Use Screening; Status:Complete; Done: 05/06/2021

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

OrthoCarolina

Patient: ALLAN A. ARAYA    Encounter: 05/06/2021
MRN: 10464965    DOB:

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

**Mother**

Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)

**Father**

Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)
- rarely

Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

## Review of Systems

Systemic - Recurring Fever (No) Systemic - Recent Weight Change (No) HEAD - HEADACHES (Yes)
Eyes - Vision Problems (No) Otolaryngeal - Loss of Hearing (No) Otolaryngeal - Hoarseness (No)
Cardiovascular - Chest Pain/Discomfort (No) Cardiovascular - Heart Palpitations (No) Pulmonary - Difficulty Breathing (No)
Pulmonary - Chronic Cough (No) GASTROINTESTINAL - DECREASED APPETITE (Yes)
Gastrointestinal - Difficulty Swallowing (No)
Gastrointestinal - Heartburn (No) Gastrointestinal - Nausea (No) Gastrointestinal - Vomiting (No)
Gastrointestinal - Abdominal Pain (No) Gastrointestinal - Blood in Stool (No) Genitourinary - Blood in Urine (No)
Genitourinary - Increased Need to Urinate (No) Genitourinary - Painful Urination (No)
Endocrine - Excessive Thirst (No)
Endocrine - Temperature Intolerance (No) Hematologic - Bleeds Easily (No) Hematologic - Bruise Easily (No)
Neurological - Dizziness (No) Neurological - Convulsions (No) Psychological - Psychological Disorder (No)
PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) Skin - Skin Problems (No)
MUSCULOSKELETAL - JOINT PROBLEMS (Yes)

## Signatures

Electronically signed by : Patricia McHale, M.D.; May 6 2021 5:26PM EST

**OrthoCarolina**

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/ **MRN:** 10464965

---

**Provider:** PORTAL PATIENT **Enc Date:** 05/06/2021
**Document Type:** Patient Portal History
**Status: Final - Receipt**

**MEANINGFUL USE**
**Race** - Other
**Other race** - Spanish
**Ethnicity** - Hispanic or Latino
**language** - English
**Preferred communication** - Cell Phone
**GENERAL INFORMATION**
**E.R.** - Yes
**E.R.** - OTHER
**date** - Dec 13th 2020
**result of E.R. visit?** - Yes
**ER dr** - Atrium health
**>65** - No
**Are you older than 6 months?** - Yes
**Have you had an influenza vaccination?** - No
**Weight:** - 206
**Height** - 6' 1"
**What is your sex at birth?** - Male
**In an effort to accurately refer to you in our office, please let us know how you would identify yourself.** - Male
**What is your highest level of education?** - Graduate Degree
**PHARMACY**
**Pharmacy** - CVS PHARMACY - 1803 S NEW HOPE RD1803 S NEW HOPE RD, GASTONIA, NC, 28054 Ph : 704-867-3541
**MEDICAL CONDITIONS**

**Hx** - No
**VISUAL ANALOG SCALE**
**Please rate your pain.** - 8
**ALLERGIES**
**drug allergies** - Yes
**Please select the drugs that you are allergic to from the list below. If your drug allergy is not in the options provided, please add it by selecting 'other' and entering**

**the entire name, also sign in the text box.** - Other
**Please list all other medication/drug allergies:** - Pain medication anxiety medication
**non-med allergies** - No

**FAMILY HISTORY**

| | | |
|---|---|---|
| Diabetes **Please indicate relative(s):** - Mother | High Blood Pressure **Please indicate relative(s):** - Father, Mother | Respiratory Disease **Please indicate relative(s):** - Mother |

**SOCIAL HISTORY**

**Do you use any form of nicotine such as Vapes, Tobacco, Snuff, Nicotine Gum/Patch, Cigarettes or Cigars?** - No
**Cigarette** - Never a smoker
**alcohol** - Rarely
**marital** - Divorced
**Occupation:** - Senior customer care specialist bilingual

**REVIEW OF SYSTEMS**

*Note: The items below which are bolded and italics denote a 'Yes' response.*

| | | |
|---|---|---|
| Systemic - Recurring Fever (No) | Systemic - Recent Weight Change (No) | HEAD - HEADACHES (Yes) |
| Eyes - Vision Problems (No) | Otolaryngeal - Loss of Hearing (No) | Otolaryngeal - Hoarseness (No) |
| Cardiovascular - Chest Pain/Discomfort (No) | Cardiovascular - Heart Palpitations (No) | Pulmonary - Difficulty Breathing (No) |
| Pulmonary - Chronic Cough (No) | GASTROINTESTINAL - DECREASED APPETITE (Yes) | Gastrointestinal - Difficulty Swallowing (No) |
| Gastrointestinal - Heartburn (No) | Gastrointestinal - Nausea (No) | Gastrointestinal - Vomiting (No) |
| Gastrointestinal - Abdominal Pain (No) | Gastrointestinal - Blood in Stool (No) | Genitourinary - Blood in Urine (No) |
| Genitourinary - Increased Need to Urinate (No) | Genitourinary - Painful Urination (No) | Endocrine - Excessive Thirst (No) |
| Endocrine - Temperature Intolerance (No) | Hematologic - Bleeds Easily (No) | Hematologic - Bruise Easily (No) |
| Neurological - Dizziness (No) | Neurological - Convulsions (No) | Psychological - Psychological Disorder (No) |

**OrthoCarolina**

Patient: ALLAN A. ARAYA Encounter: 05/06/2021
MRN: 10464965 DOB:

| | | |
|---|---|---|
| PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) | Skin - Skin Problems (No) | MUSCULOSKELETAL - JOINT PROBLEMS (Yes) |

**PAST SURGERIES**

| | | |
|---|---|---|
| Removal of Wisdom Teeth | | |

Allscripts

# Chart Print Cover Page

**Patient:** **ARAYA, ALLAN A**

**MRN:** **10464965**

**Organization:** **OrthoCarolina**

**View:** **Chart Sections***

**Print Server:** **Any Print Center**
**Printer:** **Black Ice Fax**

| | |
|---|---|
| **Document Count:** | **7** |
| **Result Count:** | **0** |
| **Encounter Form Count:** | **0** |
| **Total:** | **7** |

Printed: 6/8/2021 7:19:00PM
By: Waddell, Lynn

**OrthoCarolina**

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** AHS AHSAdmin **Enc Date:** 06/01/2021
**Document Type:** Insurance Request S
**Status: Final - Receipt**

The document you are trying to view is stored as a scanned image and cannot be viewed with the PDA Document Viewer.

4601 Park Road, Suite 250
Charlotte,NC 28209
(704) 323-2455

---

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

| | |
|---|---|
| **Date:** | **6/8/2021** |
| **Pages:** | **20** |
| **To:** | **ReleasePoint** |
| **Fax Number:** | **(213)884-4921** |
| **From:** | **Waddell,Lynn (Park Rd - OrthoCarolina)** |
| **Phone:** | **(704) 323-2455** |

**Comment:**

**CONFIDENTIALITY NOTE**

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

# Quality Assurance Report

## Request Information

Report Date: June 10, 2021

**RP ID:** 7949614

Patient Name: ARAYA, ALLAN

Provider Name: ORTHOCAROLINA

## Quality Assurance Information

Scope Requested: **From April 1, 2021 to Present**

Special Request:
Medical records SEEN BY Patricia McHale, MD

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ATMAB

DocuSign Envelope ID: D9B56579-CF0D-41B8-9961-A94A757ED7DE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) allan a araya

Name of legal representative, if applicable (print) n/a Relationship n/a

Signature of claimant or legal representative DocuSigned by: [signature] 6A0642F695DA442 Date: 6/10/2021

Date of Birth: __ ________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

4601 Park Road, Suite 250
Charlotte,NC 28209
(704) 323-2455

---

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:** **6/9/2021**

**Pages:** **14**

**To:** **Lincoln Financial**

**Fax Number:** **(260)455-0064**

**From:** **Waddell,Lynn (Park Rd - OrthoCarolina)**

**Phone:** **(704) 323-2455**

**Comment:**

**CONFIDENTIALITY NOTE**

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

Allscripts

# Chart Print Cover Page

**Patient:** **ARAYA, ALLAN A**

**MRN:** **10464965**

**Organization:** **OrthoCarolina**

**View:** **Chart Sections***

**Print Server:** **Any Print Center**
**Printer:** **Black Ice Fax**

**Document Count:** **5**
**Result Count:** **0**
**Encounter Form Count:** **0**
**Total:** **5**

Printed: 6/9/2021 12:23:00PM
By: Waddell, Lynn

# OrthoCarolina

| | | | |
|---|---|---|---|
| **Patient:** | ALLAN A. ARAYA | **Age/DOB:** | 40/ |
| | | **MRN:** | 10464965 |

---

**Provider:** Patricia McHale M.D. **Enc Date:** 05/06/2021
**Document Type:** New Visit
**Status: Final**

## Chief Complaint

Mr. ARAYA is a 40 year old male who presents today for bilateral knee pain.

## Dictation

HISTORY OF PRESENT ILLNESS:
This is a 40-year-old male who comes in today with bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.

PHYSICAL EXAM:
The patient does walk with an antalgic gait on the right. He has range of motion of the right knee from approximately 5-100 degrees. There is a positive posterior drawer 1 to 2+. There is no additional appreciable instability, but he does have some medial joint line tenderness. There is tenderness over the lateral patellar facet on the right as well. There is no effusion present in the right knee. He is able to do an active straight leg raise on the right with no additional extensor lag. He has well-maintained passive range of motion of the right hip without pain. Left knee range of motion is from 0-120 degrees. There is no distinct joint line tenderness. There is no effusion or instability. He is able to do an active straight leg raise on the left with no extensor lag. He has well-maintained passive range of motion of the left hip without pain. He is neurovascularly intact throughout both lower extremities. His muscle tone is normal and his skin is intact throughout both lower extremities.

X-RAYS:
Four views of both knees were obtained and reviewed in the office today. These do not reveal any significant underlying arthrosis or acute bony pathology.

ASSESSMENT:
Bilateral knee pain with PCL sprain on the right and possibly more muscular pain on the left.

OrthoCarolina

Patient: ALLAN A. ARAYA Encounter: 05/06/2021
MRN: 10464965 DOB:

PLAN:
At this point, I do need to see the MRI from Carolina Orthopedics and Sports Medicine. The patient will obtain this on a disc and bring it by for my review. In addition, he will call us or send a message through the patient portal with an updated list of his current medications; without that, I really cannot recommend any additional medications at this point. I have recommended that we get him back into physical therapy for a calf strain protocol on the left and a PCL sprain protocol on the right. I will plan to see him back in approximately 4-6 weeks. He may benefit from a more rigid PCL type of brace rather than the knee sleeve that he has been wearing, but I will defer ordering that until after I review the MRI.

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

## Orders

1. XRay Knee 4V Bilateral; Status:Complete; Done: 06May2021 03:20PM
2. Therapy (General) - Eval and Treat Therapy , Status: Active Requested for: 06May2021
3. Tobacco Use Screening; Status:Complete; Done: 05/06/2021

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

## Family History

**Mother**
Family history of diabetes mellitus (Z83.3)
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)
Family history of respiratory disorder (Z83.6)
**Father**
Family history of hyperlipidemia (Z83.438)
Family history of hypertension (Z82.49)

## Social History

Alcohol use (Z72.89)
- rarely

Divorced (Z63.5)
Education Level: Graduate school
Never a smoker
Occupation
- Admin, customer service, sales

## Review of Systems

Systemic - Recurring Fever (No) Systemic - Recent Weight Change (No) HEAD - HEADACHES (Yes)
Eyes - Vision Problems (No) Otolaryngeal - Loss of Hearing (No) Otolaryngeal - Hoarseness (No)
Cardiovascular - Chest Pain/Discomfort (No) Cardiovascular - Heart Palpitations (No) Pulmonary - Difficulty Breathing (No)
Pulmonary - Chronic Cough (No) GASTROINTESTINAL - DECREASED APPETITE (Yes) Gastrointestinal - Difficulty Swallowing (No)
Gastrointestinal - Heartburn (No) Gastrointestinal - Nausea (No) Gastrointestinal - Vomiting (No)
Gastrointestinal - Abdominal Pain (No) Gastrointestinal - Blood in Stool (No) Genitourinary - Blood in Urine (No)
Genitourinary - Increased Need to Urinate (No) Genitourinary - Painful Urination (No) Endocrine - Excessive Thirst (No)
Endocrine - Temperature Intolerance (No) Hematologic - Bleeds Easily (No) Hematologic - Bruise Easily (No)
Neurological - Dizziness (No) Neurological - Convulsions (No) Psychological - Psychological Disorder (No)
PSYCHOLOGICAL - SLEEP DISTURBANCES (Yes) Skin - Skin Problems (No) MUSCULOSKELETAL - JOINT PROBLEMS (Yes)

.

## Signatures

Electronically signed by : Patricia McHale, M.D.; May 6 2021 5:26PM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

**Provider:** OC Therapy PT **Enc Date:** 05/25/2021
**Document Type:** Therapy Initial Eval
**Status:** **Final**

## Note Heading

**INITIAL EVALUATION**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 1.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Allergies

No Known Drug Allergies

## Current Meds

- Amitriptyline HCl - 25 MG Oral Tablet
- Cyclobenzaprine HCl - 5 MG Oral Tablet
- hydrOXYzine HCl - 25 MG Oral Tablet
- Venlafaxine HCl ER 75 MG Oral Capsule Extended Release 24 Hour
- Vitamin D (Ergocalciferol) 1.25 MG (50000 UT) Oral Capsule

## Active Problems

Depression (F32.9)
Hypercholesterolemia (E78.00)
Knee pain, left (M25.562)
Knee pain, right (M25.561)
Overweight (E66.3)
Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)
Tobacco non-user (Z78.9)

## Past Medical History

History of Bilateral hand pain (M79.641,M79.642)
History of low back pain (Z87.39)
Denied: History of Immunization, pneumococcus and influenza

## Surgical History

History of Eye Surgery
Oral Surgery Tooth Extraction
History of Surgery
- moles removed from back

**OrthoCarolina**

Patient: ALLAN A. ARAYA Encounter: 05/25/2021
MRN: 10464965 DOB:

## Charges

**Evaluation:** 97162 PT Mod complexity.
**Timed Procedures:**
97110 Therapeutic Exercises 15 minutes, 1 units.

## Subjective

For additional details please refer to the Patient Medical History section of the medical records and the Therapy Intake patient portal which has been reviewed by me.
**Explanation of Onset and Reason for Skilled Therapy:**. bilateral knee pain that started after a motor vehicle accident on 02/20/2021. He was the restrained front-seat passenger. He states that his car was in the left lane; the car in the right lane ended up coming into their lane, impacting the passenger side of his vehicle. He was seen at Carolina Orthopedics and Sports Medicine. X-rays and an MRI were done. I do not have access to any of those images, nodes or reports and the patient did not bring anything with him today. He states that he thinks he had an "ACL fracture" on the right. He continues to complain of pain all around the front of the right knee. His right knee cracks and grinds. It hurts for him to sit for prolonged periods of time. He does have some pain at night and has to sleep with a pillow between his legs. The left side seems to hurt more in the calf area. The patient states that he is taking multiple different pain medications, but he is not really able to tell me what these are today. He does state that 1 is hydrocodone that has been prescribed by his primary care provider. He states that he did go to physical therapy under the direction of the provider at Carolina Orthopedics and Sports Medicine; initially, he stated that he went a couple of times a week for 3 months, but he is not even 3 months out from his accident, so that is confusing. He denies any previous problems with his knees prior to this accident.
MRI: R PCL complete tear and fx of posterior tibial plateau

Pt reports pain in L calf and night
He experiences pain in front and back of L knee, he reports a "biting" sensation and is only able to sleep about 2-3 hours. Pt is currently not working due to pain when sitting

Pt wants to get back to running and play basketball.
Prior Level of Function (PLOF): Prior to onset the patient reports he could perform all activities of daily living without compensation or limitation.
Current Level of Function(CLOF): LEFS.
Current Functional/Activity Limitations: Patient reports impaired function with lifting/carrying, driving, mobilize in/out of vehicle, negotiate stairs, rise from sitting, sitting, standing, walking, sleep, cooking, housekeeping, performing work activities, performing recreational/sports activities and gardening/yardwork.
**Factors that could potentially complicate outcomes:**
**Co-Morbidities:** Hypercholesterolemia, Overweight and depression.
**Personal Factors:** post/current experience.

## Objective

**Mental Status:** alert and oriented x 3 (person,place and time).
**Weight Bearing Status:** FWB.
**Gait:** Ambulation without Assistive Device .
Gait Sequence: antalgic.
Cellulitis R posterior and medial knee.

**Palpation:** moderate popliteal fossa R knee tenderness.
**Knee/Hip ROM:** WNL except:
Knee Flexion:........................... Right: 112, Left: 130
Knee Extension:....................... Right: 10 lacking, Left: -2 HE
Right knee end feel is: painful/empty and muscle guarding.
Left knee end feel is: normal.
Knee:....................................... Right: 4
Quadricep limitations: severe on right.
Hamstring limitations: severe on right:.
**Knee Strength:**
Flexion:................................. Right: 3/5, Left: 4/5
Extension:............................. Right: 3-/5, Left: 3+/5
**Straight Leg Raise:**
Right: unable.
Left: able.
**Quad Contraction:**
Right: poor.
Left: good.
Right and left Anterior Drawer is negative.
Right and left Posterior Drawer is negative.
Right and left Varus Stress is negative.
Right Valgus Stress is positive and negative.
Functional Squat: 25%.

**Treatment:** education regarding removing brace to avoid skin breakdown and infection. pt educated to wash skin and monitor current inflammation and discuss with MD if worsened condition. Will follow up next visit
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6' for ROM
quad set x10; 5 sec hold
heel slide c strap x10; 5 sec hold
hamstring stretch; not today
SLR; not today
hip abduction; not today
hamstring curl; not today

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)
3. Sprain of posterior cruciate ligament of right knee, initial encounter (S83.521A)

Mr. ARAYA presents with signs and symptoms and functional deficits consistent with the referring diagnosis which requires skilled therapy services .
Pt will benefit from skilled physical therapy in order to improve B knee ROM, endurance, strength, load tolerance, agility and power necessary to return to community and recreational activities without limitation.
Patient presents with the following body structure(s) to be addressed: bilateral knee.

**Impaired body functions and systems to be addressed:** pain , muscle guarding , decreased ROM , decreased joint mobility , decreased strength , decreased dynamic balance/stabilization , gait deviations and limited knowledge of present condition management and HEP .
**Functional/Activity Limitations:**
See Subjective CLOF section for limitations to be addressed.
**Prognosis:** good.
**Motivation:** adequate.
**Barriers Complicating Rehabilitation:**
See Subjective Complicating Factors section for barriers to be considered.
**# of Personal Factors / Co-morbidities:** 1-2 (mod).
**# of Exam Elements:** 3 (mod).
**Presentation:** Evolving (moderate).
**Evaluation Complexity:** Moderate.

## Goals

**Free Text:**
STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Therapy recommended 2 times per week for 12 weeks.
Treatment may include but not limited to Therapeutic Exercise , Manual Therapy Techniques , Neuromuscular Re-education, Therapeutic Activity, Postural Education- Body Mechanics and Home Exercise Program with Patient Education.
Modalities may include CP, MHP, Ultrasound and Electrical Stimulation.
Results of Evaluation/POC were discussed with and agreed upon by patient.
Patient has understanding of presenting diagnosis, risk/precautions and benefits and is agreeable to plan

## Authorization

By signing this referral, I certify that I have examined the patient and physical and/or hand therapy is medically necessary. This authorization expires 90 days from today.

## Signatures

Electronically signed by : Mark Leyhe, PT; May 25 2021 3:34PM EST

# OrthoCarolina

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT **Enc Date:** 06/07/2021
**Document Type:** Therapy Daily Note
**Status:** **Final**

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 3.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97110 Therapeutic Exercises 30 minutes, 2 units.
97112 Neuromuscular Re-education 10 minutes, 1 units.
**Total Treatment Time:** 40 minutes.

## Subjective

Wearing knee sleeve all the time because knee hurts more with out it on. Did not sleep good last night. Experiencing a biting pain at night in both legs.

## Objective

redness and skin irritation on posterior R knee- improving

Right knee AROM
Flexion: 110 deg
Extension: lacking 7 deg with quad activation

**Treatment:**
Problem list:
L knee ROM and strength

Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
Bike x 6 min
Incline board gastroc stretch 3 x 30"h
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
side lying hip abduction 2x10 R/L



PAGE 10/14 * RCVD AT 6/9/2021 12:24:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:2604550064 * CSID:OrthoCarolina PA * ANI:17043233402 * DURATION (mm-ss):08-

hamstring curl x20 *
Supine quad stretch 3 x 30"h

Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III - Not Today
STM medial quad and hamstring- Not Today

Neuromuscular Re-education was performed today to promote neuromuscular recruitment.
Quad set 5"h x 20 reps
SLR 2 x 10 reps (bilaterally)

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Poor tolerance to knee extension stretching. Tenderness to palpation diffusely surrounding patella. Noted quivering in quad bilaterally with SLR. Patient reports popping and cracking in knee through out session. Brace doffed for all exercises.

## Plan

Continue per POC.

## Signatures

Electronically signed by : Emily Reece, PTA; Jun 7 2021 3:43PM EST
(Author)

# OrthoCarolina

**Patient:** ALLAN A. ARAYA

**Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** OC Therapy PT **Enc Date:** 06/04/2021
**Document Type:** Therapy Daily Note
**Status: Final**

## Note Heading

**DAILY NOTE**
Referring Physician: PATRICIA MCHALE
Initial Eval Date: 5/25/21. Number of Visits: 2.
Medical Diagnosis: bilateral knee pain.
Treatment Diagnosis: bilateral knee pain.

## Charges

**Timed Procedures:**
97140 Manual Therapy 10 minutes, 1 units.
97110 Therapeutic Exercises 25 minutes, 2 units.
**Total Treatment Time:** 35 minutes.

## Subjective

Pt reports his R knee is about the same. He says his skin is doing much better

## Objective

decreased redness and skin irritation on posterior R knee

**Treatment:**
Problem list:
L knee ROM and strength
Therapeutic exercises were performed today to increase ROM, to improve flexibility, to decrease pain and to instruct in HEP . HEP handouts given to patient.
bike x6'
quad set x20; 5 sec hold
heel slide c strap x20; 5 sec hold
hamstring stretch; not today
SLR 2x10
side lying hip abduction 2x10 R/L
hamstring curl x20
Manual therapy was performed today to increase ROM, to decrease pain, to improve joint mobility and to improve soft tissue mobility.
posterior femoral glide in knee extension grade III
STM medial quad and hamstring

**OrthoCarolina**

Patient: ALLAN A. ARAYA Encounter: 06/04/2021
MRN: 10464965 DOB:

## Assessment

1. Knee pain, left (M25.562)
2. Knee pain, right (M25.561)

Pt continues to be limited and irritable with knee flexion/.extension ROM. His skin has cleared up some. He is provided updated HEP with printed exercises.

## Goals

STG: 4 weeks
Pt will be able to achieve full knee extension
LEFS score greater than or equal to 50
Pt will be independent with HEP

LTG: 12 weeks
Pt will be able to jump and land without compensation in order to play basketball
Pt will be able to sit at desk for over an hour without symptoms in order to return to work
LEFS score greater than or equal to 70.

**Plan**Cont POC

## Signatures

Electronically signed by : Mark Leyhe, PT; Jun 4 2021 11:00AM EST

**OrthoCarolina**

**Patient:** ALLAN A. ARAYA **Age/DOB:** 40/
**MRN:** 10464965

---

**Provider:** AHS AHSAdmin **Enc Date:** 06/08/2021
**Document Type:** Insurance Request S
**Status: Final - Receipt**

The document you are trying to view is stored as a scanned image and cannot be viewed with the PDA Document Viewer.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, June 8, 2021 12:05:23 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | ne7tmymul6ncxblg8k93_10614880.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

June 8, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Atrium Health declined the authorization you submitted and advised us the signature is illegible.

Another way for you to complete a new authorization is signing an electronic signature. Electronic signatures are processed immediately through the secure signing environment of DocuSign. To sign electronically, click the following link:

https://esign.releasepoint.com/?fseq=00062319DB5AEBB81AE94D2F9BF7A76C02000000A351D2EF962E3CFB4366BFF4EA9E681F1D001EE42613646E8EDF1363D86E3439B7E4014B045112DEBC69E0FD1FB24060

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

7936723

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

Patient information: I give permission to release the health information of: (One Patient Per form)

Patient Name: ARAYA, ALLAN

Date of Birth:

Street Address:

City, State, Zip:

Telephone:

Email Address:

By providing your email address you acknowledge and accept the risks outlined in the Guidelines for e-mail with Patients, posted on atriumhealth.org

| Release Information From: | Release Information To: |
|---|---|
| ATRIUM HEALTH | |
| (List applicable Facility(s) and/or Practice(s)) | (Name of facility, person, company) (Relationship) |
| CORPORATE HEALTH INFO MANAGEMENT CHARLOTTE NC 28200 | Lincoln Financial Group (c/o ReleasePoint) |
| | (Street Address or PO Box, City, State, Zip Code) |
| | PO Box 1390 St. Peters MO 63376 |
| (Phone number) (Fax number) | (Phone number) (Fax number) |

PURPOSE OF RELEASE (check reason): ☐ Request of individual/personal rep ☐ Continued patient care ☐ Insurance ☐ Legal purpose including discussions & proceedings ☒ Other Claims - Disability Insurance

Fill in dates of treatment for records to be released:

Treatment dates: From 04/01/2021 To Present

| Facility (check all that may apply): | Office/Clinic/Home Care (check all that may apply): |
|---|---|
| ☐ Facility Summary – includes items in bold | ☐ Office/Clinical Summary – includes items in bold |
| ☐ Discharge Summary ☐ Emergency Record | ☐ Office/Home Visits |
| ☐ History and Physical ☐ Cardiac Reports/EKG | ☐ Physical Exam |
| ☐ Consultation reports ☒ Other all PHI, excluding x-ray films | ☐ Laboratory Reports |
| ☐ Assessment | ☐ Radiology Reports |
| ☐ Operative Reports | ☐ Therapy Notes |
| ☐ Laboratory reports | ☐ Immunization Records |
| ☐ Radiology/X-Ray Reports | ☒ Other all PHI, excluding x-ray films |
| ☐ Pathology reports | |
| ☐ Entire Record | ☐ Entire Record |
| ☐ Itemized Bill | ☐ Itemized Bill |

| FORMAT: | DELIVERY METHOD: |
|---|---|
| ☐ CD (charges may apply) | ☐ Reg.US Mail ☐ Pick-up ☐ Fax, where permitted |
| ☒ Email Address noted above, where permitted | ☐ Overnight/Express Mail Service, where permitted |
| ☐ Paper copy (charges may apply) | ☒ Secure email providers@releasepoint.com |
| ☐ Other | ☐ Other: |

PATIENT'S RIGHTS – I understand that:

- I can cancel this permission at any time. I must cancel in writing and send or deliver cancellation to releasing facility or practice named above. Any cancellation will apply only to information not yet released by facility or practice.
- This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.
- Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections. Records protected by 42 CFR Part 2 may not be redisclosed without my additional consent.
- Refusing to sign this form will not prevent my ability to get treatment, payment, enrollment in health plan, or eligibility for benefits.
- Atrium Health will not share or use my health information without my permission other than by ways listed in the Notice of Privacy Practices or as required by law. The Notice of Privacy Practices is available at atriumhealth.org.
- I have a right to a copy of this Authorization.

This permission expires one year after the date of my signature unless another date or event is written here: One year

Signature: [signature] Print Name: Allan A-Araya Date: 5-27-2021

Note: If the patient lacks legal capacity or is unable to sign, an authorized personal representative may sign this form. Note the relationship/authority if signature is not that of the patient (Written proof MAY be requested).

☐ Healthcare Agent/POA ☐ Guardian ☐ Executor/Administrator/Attorney in Fact ☐ Spouse ☐ Parent ☐ Adult child ☐ Affidavit next of kin ☐ Other:

Note: If minor consented for their outpatient treatment for pregnancy, sexually transmitted disease or behavioral/mental health without parental consent, the minor must sign this authorization. When the patient is a minor being treated for substance abuse, the minor must sign this authorization, regardless of who consented for treatment.

Signature of Minor: Print Name: Date:

Date of release: via ☐Mail ☐Fax ☐Other ☐ID Verified ☐DL/Other ID

Atrium Health Teammate Name & Department: Date # of Pages

Rev. June 2019

Atrium Health
AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
Page 1 of 1

Place Patient Label Here

PAGE 1/1 * RCVD AT 6/8/2021 4:25:29 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:2604550064 * CSID: * ANI:17047361854 * DURATION (mm-ss):00-55

ReleasePoint

## Medical Record Overview

**Date:** June 7, 2021

**Patient Name:** ARAYA, ALLAN

**Records From:** CAROLINA ORTHOPAEDIC& SPORTS MED
2345 COURT DR
GASTONIA, NC 28054
(704) 865-0077

**Request Scope:** From April 1, 2021 to Present

**Chart Range:** 04/21/2021 - 04/21/2021

**RP ID:** 7936728

**Client ID:** 11295718

**Source:** LFGAPPL

**Req By:** A Judd
05288203

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 21 2021 | Apr 21 2021 | 2 | 2 |
| Request Corr | | | 7 | 4 |
| | | **Total Page Count:** | 9 | |

**Notes From QC:**

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:00 pm/3:00 pm
**Visit No.:** 8

**Date of Daily Note:** 04/21/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt is certainly ambulating with much improved gait mechanics and less antalgic deviation. He tells me his ROM and pain have both improved since I saw him last.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** -10 degrees TKE at HS
**Functional Deficits / Gains:** Pt continues to complain of pain with full ROM with over pressure and is unable to maintain full extension in NWB -5 degrees and WB -10 degrees although pt does demonstrate increasing dynamic CKC strength
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| **Precautions** | full PCL tear/MCL sprain | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *4* |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings

R knee extension -3 with quad set
full knee extension with overpressure
-5 in WB

## Assessment

**Assessment/Diagnosis:** Pt is able to achieve full knee extension with overpressure and lacking three degrees without. He is now only using his knee brace for long days when he is walking or doing more activities. His R knee pain is also decreasing and he is ambulating with less antalgic gait deviation with improved heel strike at initial contact. Lacking five degrees of extension in WB stance. Pt will continue to benefit from skilled PT to safely return to prior level of function or better while progressing toward POC goals.
**Patient Education:** HEP.
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | 75% | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | 75% | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Goal Met | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |



WebPT

Carolina Orthopaedic PT & Rehab
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 04/21/2021

**Long Term Goals:**

1: (7 Weeks) | 50% | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (7 Weeks) | 50% | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (7 Weeks) | 0% | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Taylor Navey

Taylor Navey
License #A6761
*Initiated by Taylor Navey on April 21, 2021 at 2:52 pm*

Jaime Giannattasio
License #P16182
*Electronically Co-Signed by Jaime Giannattasio on April 21, 2021 at 4:13 pm*



WebPT

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

CAROLINA ORTHOPAEDIC& SPORTS MED
2345 COURT DR
ATTN: MEDICAL RECORDS
GASTONIA, NC 28054

Jun 6, 2021
Re: Disability Benefits
Claim# 7936728 11295718
Claimant: ARAYA, ALLAN
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: AAB601

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **05/27/2021** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☐ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☒ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ________

- ☐ Records cannot be released because:

______________________________

- ☐ Other status information we should know:

______________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
Princess Vina Gutierrez
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No.: (213) 884-4921

* These records were faxed on 5-28-2021 * Thank you!
Misty G.
6-6-2021

# FAX

2345 Court Drive • Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401
www.CarolinaOrthopaedic.com

Carolina Orthopaedic
& Sports Medicine Center
*Focused on You*

Cover + Number of Pages: 4

Current Date: 05-28-2021

From: Misty

To: Lincoln Financial Group

Fax Number: 213-884-4921

☐ Urgent ■ For Review ☐ Please Reply ☐ Please Comment

Message:

Allan Araya DOB

Claim # 7936724

Physical therapy records

Please note:
This message is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us via the U.S. Postal Service. Thank you.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**CAROLINA ORTHOPAEDIC& SPORTS MED**
**2345 COURT DR**
**ATTN: MEDICAL RECORDS**
**GASTONIA, NC 28054**

Date: May 27, 2021

**Re: Long Term Disability Benefits**
Claim# 7936724 11295718
Claimant: ARAYA, ALLAN
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: AAB601

Dear X7 EXT 2131 KIM,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2021 to Present**
**Medical records/PT notes Att Misty - Seen By: CAROLINA OTHORPEDIC PT**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Princess Vina Gutierrez
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 7936724

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**I understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

00002 04/28/2021 01029811 002 007

Name of claimant (print) Allan A. Araya

Name of legal representative, if applicable (print) ____ Relationship Self

Signature of claimant or legal representative [signature] Date: 4-21-2021

Date of Birth: ____ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

**Duke Energy Corporation**
**DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: 

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

Allen Araya
Print Name

[signature]
Signature

4-21-2021
Date

12/2019 – Duke Energy

# Quality Assurance Report

## Request Information

Report Date: June 7, 2021

**RP ID:** 7936728

Patient Name: ARAYA, ALLAN

Provider Name: CAROLINA ORTHOPAEDIC& SPORTS MED

## Quality Assurance Information

Scope Requested: **From April 1, 2021 to Present**

Special Request:

Medical Records Dr. Christopher Prato - Seen By: CAROLINA ORTHOPAEDIC& SPORTS MED

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JLORE

ReleasePoint

## Medical Record Overview

**Date:** May 28, 2021

**Patient Name:** ARAYA, ALLAN

**Records From:** CAROLINA OTHORPEDIC PT

(704) 833-3103

**Request Scope:** From April 1, 2021 to Present

**Chart Range:** 04/21/2021 - 04/21/2021

**RP ID:** 7936724

**Client ID:** 11295718

**Source:** LFGAPPL

**Req By:** A Judd
05288203

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 21 2021 | Apr 21 2021 | 2 | 2 |
| Request Corr | | | 2 | 4 |
| | | **Total Page Count:** | 4 | |

**Notes From QC:**

Carolina Orthopaedic PT & Rehab
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:00 pm/3:00 pm
**Visit No.:** 8

**Date of Daily Note:** 04/21/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt is certainly ambulating with much improved gait mechanics and less antalgic deviation. He tells me his ROM and pain have both improved since I saw him last.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** -10 degrees TKE at HS
**Functional Deficits / Gains:** Pt continues to complain of pain with full ROM with over pressure and is unable to maintain full extension in NWB -5 degrees and WB -10 degrees although pt does demonstrate increasing dynamic CKC strength
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| | | |
|---|---|---|
| **Precautions** | full PCL tear/MCL sprain | |
| **CPT® Code** | **Direct Timed Codes** | *Units* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings

R knee extension -3 with quad set
full knee extension with overpressure
-5 in WB

## Assessment

**Assessment/Diagnosis:** Pt is able to achieve full knee extension with overpressure and lacking three degrees without. He is now only using his knee brace for long days when he is walking or doing more activities. His R knee pain is also decreasing and he is ambulating with less antalgic gait deviation with improved heel strike at initial contact. Lacking five degrees of extension in WB stance. Pt will continue to benefit from skilled PT to safely return to prior level of function or better while progressing toward POC goals.
**Patient Education:** HEP.
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | 75% | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | 75% | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Goal Met | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |



WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 04/21/2021

**Long Term Goals:**

1: (7 Weeks) | 50% | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |

2: (7 Weeks) | 50% | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |

3: (7 Weeks) | 0% | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Taylor Navey

Taylor Navey
License #A6761
*Initiated by Taylor Navey on April 21, 2021 at 2:52 pm*

Jaime Giannattasio
License #P16182
*Electronically Co-Signed by Jaime Giannattasio on April 21, 2021 at 4:13 pm*



WebPT

# FAX

2345 Court Drive • Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401
www.CarolinaOrthopaedic.com

Carolina Orthopaedic
& Sports Medicine Center
*Focused on You*

Cover + Number of Pages: 4 Current Date: 05-28-2021

From: Misty

To: Lincoln Financial Group

Fax Number: 213-884-4921

☐ Urgent ☒ For Review ☐ Please Reply ☐ Please Comment

Message:

Allan Araya DOB

Claim # 7936724

Physical therapy records

Please note:
This message is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us via the U.S. Postal Service. Thank you.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

CAROLINA ORTHOPAEDIC& SPORTS MED
2345 COURT DR
ATTN: MEDICAL RECORDS
GASTONIA, NC 28054

Date: May 27, 2021

**Re: Long Term Disability Benefits**
Claim# 7936724 11295718
Claimant: ARAYA, ALLAN
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: AAB601

Dear X7 EXT 2131 KIM,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2021 to Present**
Medical records/PT notes Att Misty - Seen By: CAROLINA OTHORPEDIC PT

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Princess Vina Gutierrez
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 7936724

# Quality Assurance Report

## Request Information

Report Date: May 28, 2021

**RP ID:** 7936724

Patient Name: ARAYA, ALLAN

Provider Name: CAROLINA ORTHOPAEDIC& SPORTS MED

## Quality Assurance Information

Scope Requested: **From April 1, 2021 to Present**

Special Request:

Medical records/PT notes Att Misty - Seen By: CAROLINA OTHORPEDIC PT

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ATMAB

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, May 27, 2021 9:56:01 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | 9dbuaywixurns2wdeae6_10552394.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

May 27, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Please complete and return the blank form attached for your physicians to release medical records for the dates of service we requested. They will only accept a specific authorization in order to release your records.

Once completed, you can email the form to disabilitydocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: 11295718-MEDICAL-FORMS - TREATING PROVIDER-05.26.2021

7936723

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

**Patient Information: I give permission to release the health information of:** **(One Patient Per Form)**

Patient Name: ARAYA, ALLAN	Date of Birth: ____

Street Address: ____	City, State, Zip: ____

Telephone: ( ) ____	Email Address: ____

*By providing your email address you acknowledge and accept the risks outlined in the Guidelines for E-mail with Patients, posted on atriumhealth.org*

| Release Information From: | Release Information To: |
|---|---|
| ATRIUM HEALTH<br>(List applicable Facility(s) and/or Practice(s)) | (Name of facility, person, company) (Relationship) |
| CORPORATE HEALTH INFO MANAGEMENT CHARLOTTE NC 28232 | Lincoln Financial Group (c/o ReleasePoint)<br>(Street Address or PO Box, City, State, Zip Code) |
| | PO Box 1390 St. Peters MO 63376 |
| (Phone number) (Fax number) | (Phone number) (Fax number) |

**PURPOSE OF RELEASE (check reason):** ☐ Request of individual/personal rep ☐ Continued patient care ☐ Insurance
☐ Legal purpose including discussions & proceedings ☒ Other Claims - Disability Insurance

**Fill in dates of treatment for records to be released:**
**Treatment dates: From** 04/01/2021 **To** Present

| Facility (check all that may apply): | Office/Clinic/Home Care (check all that may apply): |
|---|---|
| ☐ Facility Summary – includes items in bold | ☐ Office/Clinical Summary – includes items in bold |
| ☐ **Discharge Summary** ☐ **Emergency Record** | ☐ **Office/Home Visits** |
| ☐ **History and Physical** ☐ **Cardiac Reports/EKG** | ☐ **Physical Exam** |
| ☐ **Consultation reports** ☒ Other all PHI, excluding x-ray films | ☐ **Laboratory Reports** |
| ☐ Assessment | ☐ **Radiology Reports** |
| ☐ **Operative Reports** | ☐ Therapy Notes |
| ☐ **Laboratory reports** | ☐ Immunization Records |
| ☐ **Radiology/X-Ray Reports** | ☒ Other all PHI, excluding x-ray films |
| ☐ **Pathology reports** | |
| ☐ Entire Record | ☐ Entire Record |
| ☐ Itemized Bill | ☐ Itemized Bill |

| FORMAT: | DELIVERY METHOD: |
|---|---|
| ☐ CD (charges may apply) | ☐ Reg.US Mai ☐ Pick-up ☐ Fax, where permitted |
| ☒ Email Address noted above, where permitted | ☐ Overnight/Express Mail Service, where permitted |
| ☐ Paper copy (charges may apply) | ☒ Secure ema l providers@releasepoint.com |
| ☐ Other____ | ☐ Other: ____ |

**PATIENT'S RIGHTS – I understand that:**

- **I can cancel this permission at any time. I must cancel in writing and send or deliver cancellation to releasing facility or practice named above. Any cancellation will apply only to information not yet released by facility or practice.**
- **This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.**
- **Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections. Records protected by 42 CFR Part 2 may not be redisclosed without my additional consent**
- **Refusing to sign this form will not prevent my ability to get treatment, payment, enrollment in health plan, or eligibility for benefits.**
- **Atrium Health will not share or use my health information without my permission other than by ways listed in the Notice of Privacy Practices or as required by law. The Notice of Privacy Practices is available at atriumhealth.org.**
- **I have a right to a copy of this Authorization.**

**This permission expires one year after the date of my signature unless another date or event is written here:** One year

**Signature:** ____ **Print Name:** ____ **Date:** ____

**Note: If the patient lacks legal capacity or is unable to sign, an authorized personal representative may sign this form.**
**Note the relationship/authority if signature is not that of the patient (Written proof MAY be requested):**
☐ **Healthcare Agent/POA** ☐ **Guardian** ☐ **Executor/Administrator/Attorney in Fact** ☐ **Spouse**
☐ **Parent** ☐ **Adult Child** ☐ **Affidavit Next of Kin** ☐ **Other:** ____

**Note: If minor consented for their outpatient treatment for pregnancy, sexually transmitted disease or behavioral/mental health without parental consent, the minor must sign this authorization. When the patient is a minor being treated for substance abuse, the minor must sign this authorization, regardless of who consented for treatment.**

**Signature of Minor:** ____ **Print Name:** ____ **Date:** ____

**Date of release:** ____ via ☐Mail ☐Fax ☐Other ____ ☐ID Verified ☐DL/Other ID ____
Atrium Health Teammate Name & Department: ____ Date: ____ # of Pages ____

Rev. June 2019

*9 0 5*



Place Patient Label Here

**Lincoln/Araya 1041**

ReleasePoint

## Medical Record Overview

**Date:** May 27, 2021

**Patient Name:** ARAYA, ALLAN

**Records From:** DIBELLA CHIROPRACTIC CENTER
528 UNION RD
GATONIA, NC 28054
(704) 867-1010

**Request Scope:** From April 1, 2021 to Present

**Chart Range:** 04/01/2021 - 05/07/2021

**RP ID:** 7936726

**Client ID:** 11295718

**Source:** LFGAPPL

**Req By:** A Judd
05288203

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 1 2021 | May 7 2021 | 12 | 2 |
| Request Corr | | | 2 | 14 |

**Total Page Count:** 14

**Notes From QC:**

passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 05/05/2021 at 11:20am**

## Friday May 7, 2021 Provider: Kevin DiBella DC RE-EXAM

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 05/08/2021 at 11:51am

### Subjective

**Cervical:** Neck and right shoulder pain still persists. The right shoulder pain has reduced by 60% since beginning treatment. Still taking medication. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional. *Cervical Disability Index:* 66.

**Thoracic:** Right upper back pain is intermittent, but has improved especially with medication. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder still persists, but has improved. Mobility has improved. Still having some disruptive sleep due to the pain. He continues to take pain medication as needed. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right internal rotation: mild.

### Objective

*Physical exam:* Ht: 6' 1" Wt: 213lbs. BMI: 28.1 Never smoker BP (left): 140/91 Pulse (left/resting): 73.

**Cervical:** *Range of motion:* flexion: 50/50; extension: 50/60 with pain; left rotation: 80/80 with pain; right rotation: 80/80 with pain; left lateral bending: 45/45; right lateral bending: 45/45. *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Orthopedic tests:* head compression: Negative; left lateral compression: Negative; right lateral compression: Negative; Right Shoulder Depression: Positive; Left Shoulder Depression: Negative. *Spinal subluxation level(s):* C5, C6, C7, T1, T2.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 05/07/2021 for Allan A Araya #5593**
**DOB: Today's date: 05/27/2021**

Prognosis is fair. Patient has reached maximum chiropractic improvement. Released from active care. *Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 05/08/2021 at 11:51am**

Abbreviations:
ADL: activities of daily living
MVA: motor vehicle accident
ROM: range of motion

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/29/2021 at 3:37pm**

## Wednesday May 5, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 05/05/2021 at 11:20am

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back improvement:. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder tension. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce

tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/28/2021 at 11:19am**

## Thursday April 29, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/29/2021 at 3:37pm

### Subjective

**Cervical:** Neck stiffness decreased. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back improvement. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder stiffness. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/22/2021 at 3:37pm**

## Wednesday April 28, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/28/2021 at 11:19am

### Subjective

**Cervical:** Neck stiffness decreased. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain with lifting. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance,

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 04/21/2021 for Allan A Araya #5593**
**DOB: Today's date: 05/27/2021**

(diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/21/2021 at 3:40pm**

## Thursday April 22, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/22/2021 at 3:37pm

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder stiffness in flexion. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental

(diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/16/2021 at 10:41am**

## Wednesday April 21, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/21/2021 at 3:40pm

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back pain continues. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain doing anything overhead. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 04/15/2021 for Allan A Araya #5593**
**DOB: Today's date: 05/27/2021**

4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified), T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/15/2021 at 3:31pm**

## Friday April 16, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/16/2021 at 10:41am

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder improvement with mobility. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 04/09/2021 for Allan A Araya #5593**
**DOB: Today's date: 05/27/2021**

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimulation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/09/2021 at 10:35am**

## Thursday April 15, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/15/2021 at 3:31pm

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back and shoulder tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder tension. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 04/08/2021 for Allan A Araya #5593**
**DOB: Today's date: 05/27/2021**

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/08/2021 at 3:38pm**

## Friday April 9, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/09/2021 at 10:35am

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back pain and shoulder pain. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder tension. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 04/01/2021 for Allan A Araya #5593**
**DOB: Today's date: 05/27/2021**

### Treatment & Plan

Progress is slow, will continue with treatment. *Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 04/01/2021 at 5:23pm**

## Thursday April 8, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/08/2021 at 3:38pm

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Headaches:* Occasional.

**Thoracic:** Right upper back pain and shoulder pain. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Lower back pain with activity. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

**DiBella Chiropractic Center (TIN#: xx-xx27245)**
**528 Union Rd**
**Gastonia, NC 28054-4450**
**704-867-1010**
**Today's date: May 27, 2021**

**Patient: Allan A Araya #5593 DOB:**

## Thursday April 1, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 04/01/2021 at 5:23pm

### Subjective

**Cervical:** Neck pain persist, but has improved since beginning treatment. He is still experiencing radiating pain to the right posterior scapula. Sitting exacerbates the condition. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Cervical Disability Index:* 70 . *Headaches:* Occasional.

**Thoracic:** Right upper back pain and shoulder pain. He says he feels better after the laser therapy, but is not long lasting. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** He states his ROM has improved, but still limited. He does take pain medication daily. Can not lay on his right side at night, and it takes him extra time in the morning to get ready and motivated because of the right shoulder. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

**Cervical:** *Range of motion:* flexion: 50/50 with pain; extension: 60/60 with pain; left rotation: 80/80 with pain; right rotation: 80/80; left lateral bending: 45/45 with pain; right lateral bending: 45/45. *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Orthopedic tests:* head compression: Negative; left lateral compression: Negative; right lateral compression: Positive; Right Shoulder Depression: Positive; Left Shoulder Depression: Negative. *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

FAX COVER SHEET

*DiBella Chiropractic Center*
Dr. Kevin DiBella, D.C.
Dr. Larissa DiBella, D.C.
528 Union Road
Gastonia, NC 28054
(704) 867-1010 Fax- (704) 868-2602

Date: 5/27/21

No. of Pages: 14
(including this cover sheet)

To: Lincoln Financial Group.

Attention:

Fax #: 213-884-4921

From:
Of DiBella Chiropractic Center

SUBJECT: MR Request

MESSAGE:
LTD Benefits
re: claim # 7936726

If the telecopy you have received is incomplete or illegible please contact us immediately at the above number.

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTILALITY IS PROTECTED BY STATE LAW. THE STATE LAW PROHIBITS YOU FROM MAKING ANY FURTHER DISCLOSURE OF SUCH INFORMATION WITHOUT THE SPECIFIC CONSENT OF THE PERSON TO WHOM SUCH INFORMATION PERTAINS, OR IS OTHERWISE PERMITTED BY STATE LAW.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**DIBELLA CHIROPRACTIC CENTER**
**528 UNION RD**
**ATTN: MEDICAL RECORDS**
**GATONIA, NC 28054**

Date: May 26, 2021

**Re: Long Term Disability Benefits**
Claim# 7936726 11295718
Claimant: ARAYA, ALLAN
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: DIB062

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2021 to Present**
**Medical records - Seen By: DIBELLA CHIROPRACTIC CENTER**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

RPID: 7936726

# Quality Assurance Report

## Request Information

Report Date: May 27, 2021

**RP ID:** 7936726

Patient Name: ARAYA, ALLAN

Provider Name: DIBELLA CHIROPRACTIC CENTER

## Quality Assurance Information

Scope Requested: **From April 1, 2021 to Present**

Special Request:
Medical records - Seen By: DIBELLA CHIROPRACTIC CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ATMAB

**From:** mypixmessages.com
**Sent:** Thu, 27 May 2021 16:42:50 +0000
**To:** DisabilityDocuments;
**Attachments:** IMG_2127.jpg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This picture message or video message was sent using Multimedia Messaging Service.

To play video messages sent to email, Apple QuickTime 6.5 or higher is required. Visit www.apple.com/quicktime/download to download the free player or upgrade your existing QuickTime Player. Note: During the download process when asked to choose an installation type (Minimum, Recommended or Custom), select Minimum for faster download.

7936723

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

(One Patient Per Form)

**Patient Information: I give permission to release the health information of:**

Patient Name: ARAYA, ALLAN

Date of Birth:

Street Address

City, State, Zip

Telephone:

Email Address:

*By providing your email address you acknowledge and accept the risks outlined in the Guidelines for E-mail with Patients posted on atriumhealth.org*

| Release Information From: | Release Information To: |
|---|---|
| ATRIUM HEALTH | |
| (List applicable Facility(s) and/or Practice(s)) | (Name of facility, person, company) (Relationship) |
| CORPORATE HEALTH INFO MANAGEMENT CHARLOTTE NC 28232 | Lincoln Financial Group (c/o ReleasePoint) |
| | (Street Address or PO Box, City, State, Zip Code) |
| | PO Box 1390 St. Peters MO 63376 |
| (Phone number) (Fax number) | (Phone number) (Fax number) |

**PURPOSE OF RELEASE (check reason):** ☐ Request of individual/personal rep ☐ Continued patient care ☐ Insurance ☐ Legal purpose including discussions & proceedings ☒ Other Claims - Disability Insurance

**Fill in dates of treatment for records to be released:**

**Treatment dates: From** 04/01/2021 **To** Present

**Facility (check all that may apply):**

- ☐ Facility Summary – includes items in bold
- ☐ **Discharge Summary**
- ☐ **History and Physical**
- ☐ **Consultation reports**
- ☐ Assessment
- ☐ **Operative Reports**
- ☐ **Laboratory reports**
- ☐ **Radiology/X-Ray Reports**
- ☐ **Pathology reports**
- ☐ **Emergency Record**
- ☐ **Cardiac Reports/EKG**
- ☒ Other all PHI, excluding x-ray films
- ☐ Entire Record
- ☐ Itemized Bill

**Office/Clinic/Home Care (check all that may apply):**

- ☐ Office/Clinical Summary – includes items in bold
- ☐ **Office/Home Visits**
- ☐ **Physical Exam**
- ☐ **Laboratory Reports**
- ☐ **Radiology Reports**
- ☐ Therapy Notes
- ☐ Immunization Records
- ☒ Other all PHI, excluding x-ray films
- ☐ Entire Record
- ☐ Itemized Bill

**FORMAT:**

- ☐ CD (charges may apply)
- ☒ Email Address noted above, where permitted
- ☐ Paper copy (charges may apply)
- ☐ Other

**DELIVERY METHOD:**

- ☐ Reg US Mail ☐ Pick-up ☐ Fax, where permitted
- ☐ Overnight/Express Mail Service, where permitted
- ☒ Secure email providers@releasepoint.com
- ☐ Other:

**PATIENT'S RIGHTS – I understand that:**

- **I can cancel this permission at any time. I must cancel in writing and send or deliver cancellation to releasing facility or practice named above. Any cancellation will apply only to information not yet released by facility or practice.**
- **This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.**
- **Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections. Records protected by 42 CFR Part 2 may not be redisclosed without my additional consent**
- **Refusing to sign this form will not prevent my ability to get treatment, payment, enrollment in health plan, or eligibility for benefits.**
- **Atrium Health will not share or use my health information without my permission other than by ways listed in the Notice of Privacy Practices or as required by law. The Notice of Privacy Practices is available at atriumhealth.org.**
- **I have a right to a copy of this Authorization.**

This permission expires one year after the date of my signature unless another date or event is written here: One year

**Signature:** [signature] **Print Name:** Allan A. Araya **Date:** 5-27-2021

**Note: If the patient lacks legal capacity or is unable to sign, an authorized personal representative may sign this form. Note the relationship/authority if signature is not that of the patient (Written proof MAY be requested):**

☐ Healthcare Agent/POA ☐ Parent ☐ Guardian ☐ Adult Child ☐ Executor/Administrator/Attorney in Fact ☐ Affidavit Next of Kin ☐ Spouse ☐ Other:

**Note: If minor consented for their outpatient treatment for pregnancy, sexually transmitted disease or behavioral/mental health without parental consent, the minor must sign this authorization. When the patient is a minor being treated for substance abuse, the minor must sign this authorization, regardless of who consented for treatment.**

**Signature of Minor:** **Print Name:** **Date:**

Date of release: via ☐Mail ☐Fax ☐Other ☐ID Verified ☐DL/Other ID

Atrium Health Associate Name & Department: Date: # of Pages

Rev. June 2019

Atrium Health

AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION



Place Patient Label Here

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, May 26, 2021 3:11:31 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | s7xyuczc6vlonbmn1q3p_10548362.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

May 26, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) Benefits
Duke Energy Corporation
Claim #: 11295718

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the policy.

On April 20, 2021, we sent you a letter advising you that we need medical information to evaluate your eligibility for LTD benefits. We advised you that all medical records from April 1, 2021 through the present need to be received by June 3, 2021, so that we could evaluate your current impairment for LTD benefits. We are extending the due date for this information to June 19, 2021.

As of the date of this letter, we have not received the requested medical records from Atrium Health's Carolinas Medical, Carolina Orthopedic PT, Dibella Chiropractic Center, Caromont Family Medicine, Carolina Orthopaedic & Sports Med from April 1, 2021 to the present.

Duke Energy Corporation's Group Disability Policy requires that, in order to receive benefits, you provide proof of disability. Your cooperation in providing the requested information is essential to our claim investigation. To avoid an adverse determination based upon inadequate information, we ask that you provide us with the requested information by June 19, 2021. Upon the receipt of this information, we will review your file to render a timely determination of your eligibility for benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: 11295718-ACKNOWLEDGE-NEW CLAIM-04.20.2021

From: LFGNotifications@LFG.com
Sent: Wednesday, April 21, 2021 3:37:26 AM
To: ;
CC:
BCC:
Subject: [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya
Attachments: fmq28srkxruq1cwkybc2_10324550.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

April 20, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 11295718 and 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since December 20, 2020. Should your disability continue through the maximum benefit date, STD benefits are payable through June 12, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Duke Energy Corporation's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Duke Energy Corporation's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

*1.* ***Notice***

*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

b. *When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

2. ***Proof***

a. *Satisfactory Proof of loss must be given to Lincoln no later than 180 days after the end of the Elimination Period.*

b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On April 6, 2021, we requested medical records from Dr. Alesha Logan. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from April 1, 2021 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Third Party Liability Information Form
X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X SS Reimbursement Agreement
X Training Education Experience

__ Duke Energy RTW Form
X Authorization to Speak with Third Party
X Duke Energy Authorization
X Reimbursement Agreement Form
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Duke Energy Corporation's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 3, 2021.

Enclosed please find a copy of the return to work form for Duke Energy. Should your condition improve and you are able to return to work, please be sure to provide your manager or Human Resource contact a completed copy of this form prior to your actual return to work date.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: Third Party Liability Information Form
Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Duke Energy RTW Form
Authorization to Speak with Third Party
Duke Energy Authorization
Reimbursement Agreement Form

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation    DATE OF BIRTH: ________

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: ________
2. Location of Injury (please include town and state): ________
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ________

4. Is someone else responsible for your damages? Yes ☐ No ☐
   If "Yes": Name: ________
   Address: ________
   Telephone No.: (   ) ________
5. Are any claims being made? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ________
   Address: ________
   Telephone No.: (   ) ________
   Claim Representative: ________
   Claim No.: ________
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ________
   Address: ________
   Telephone No.: (   ) ________
   Claim Representative: ________
   Claim No.: ________
   Weekly Benefit S ________
7. Are you using the services of an attorney? Yes ☐ No ☐
   If "Yes": Name: ________
   Address: ________
   Telephone No.: (   ) ________

DRIVER'S LICENSE #: ______________________ DATE: ________________

SIGNATURE: ______________________

DP 447D Rev. 12/02

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd



EMPLOYEE/CLAIMANT NAME: Allan Araya

CLAIM NO: 11295718 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Duke Energy Corporation

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®



How often do you get outdoors? ____________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: _________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: _________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

____________________________________________________________________________

____________________________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**I understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: __ ________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________________________ DATE: ____________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return to:** Alyssa Judd

**EMPLOYEE/CLAIMANT NAME:** Allan Araya **CLAIM #:** 11295718
**EMPLOYER:** Duke Energy Corporation **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return to:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: _ ___________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: _________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Allan Araya **Date of Birth:** _

**Employer:** Duke Energy Corporation **Policy/Plan Sponsor No.** 05 - 288203

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________________

________________________________________

4. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________________

________________________________________

5. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________________

________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: __________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (     )** ____________________

# Return to Work Form

Revised: April 2020

DUKE ENERGY®

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**
2) Complete this section and provide this form to your treating Health Care Provider.
3) Provide via hand delivery, e-mail or fax this form to your supervisor, **before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** ____________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** ____________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** ____________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| **Lifting** | | | **Squatting** | | |
| **Prolong Standing** | | | **Pushing** | | |
| **Continuous Walking** | | | **Pulling** | | |
| **Climbing** | | | **Driving** | | |
| **Bending** | | | **Other** | | |
| **Reaching** | | | **Other** | | |

Additional Restrictions/Details: ______________________

______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s): ____________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** ____________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ______________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ______________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ______________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ______________________

**Supervisor/Designee's Signature:** ______________________ **Date:** __________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Authorization to Speak with Family Member/Alternate Contact**

| | |
|---|---|
| EMPLOYEE NAME: Allan Araya | CLAIM NO: 11295718 |
| CUSTOMER NAME: Duke Energy Corporation | |
| RETURN TO: Alyssa Judd | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, ______________________ hereby give permission to ______________________ to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

Allan Araya
Claimant Name

______________________
Date of Birth

______________________
Claimant Signature

______________________
Date

11295718
Claim Number

**Duke Energy Corporation**
**DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

________________________________ ________________________________

Print Name

________________________________ ________________________________

Signature Date

12/2019 – Duke Energy

## REIMBURSEMENT AGREEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Claimant:** Allan Araya **Date of Birth:**

**Employer:** Duke Energy Corporation **Policy/Plan Sponsor No.:** 05-288203

I agree to reimburse Lincoln Life Assurance Company of Boston (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:
1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the

overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________________ **DATE:** _________________________

**EMPLOYEE'S PRINTED NAME:** Allan Araya

***Please retain a copy for your records or one can be provided upon request.***

7936723

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

**Patient Information: I give permission to release the health information of:** **(One Patient Per Form)**

Patient Name: ARAYA, ALLAN Date of Birth: ______

Street Address: ______ City, State, Zip: ______

Telephone: ( ) ______ Email Address: ______

*By providing your email address you acknowledge and accept the risks outlined in the Guidelines for E-mail with Patients, posted on atriumhealth.org*

| **Release Information From:** | **Release Information To:** |
|---|---|
| ATRIUM HEALTH | |
| (List applicable Facility(s) and/or Practice(s) | (Name of facility, person, company) (Relationship) |
| CORPORATE HEALTH INFO MANAGEMENT CHARLOTTE NC 28232 | Lincoln Financial Group (c/o ReleasePoint) |
| | (Street Address or PO Box, City, State, Zip Code) |
| | PO Box 1390 St. Peters MO 63376 |
| (Phone number) (Fax number) | (Phone number) (Fax number) |

**PURPOSE OF RELEASE (check reason):** ☐ Request of individual/personal rep ☐ Continued patient care ☐ Insurance
☐ Legal purpose including discussions & proceedings ☒ Other Claims - Disability Insurance

**Fill in dates of treatment for records to be released:**
**Treatment dates: From** 04/01/2021 **To** Present

**Facility (check all that may apply):**
- ☐ Facility Summary – includes items in bold
- ☐ **Discharge Summary**
- ☐ **History and Physical**
- ☐ **Consultation reports**
- ☐ Assessment
- ☐ **Operative Reports**
- ☐ **Laboratory reports**
- ☐ **Radiology/X-Ray Reports**
- ☐ **Pathology reports**
- ☐ **Emergency Record**
- ☐ **Cardiac Reports/EKG**
- ☒ Other all PHI, excluding x-ray films
- ☐ Entire Record
- ☐ Itemized Bill

**Office/Clinic/Home Care (check all that may apply):**
- ☐ Office/Clinical Summary – includes items in bold
- ☐ **Office/Home Visits**
- ☐ **Physical Exam**
- ☐ **Laboratory Reports**
- ☐ **Radiology Reports**
- ☐ Therapy Notes
- ☐ Immunization Records
- ☒ Other all PHI, excluding x-ray films
- ☐ Entire Record
- ☐ Itemized Bill

**FORMAT:**
- ☐ CD (charges may apply)
- ☒ Email Address noted above, where permitted
- ☐ Paper copy (charges may apply)
- ☐ Other ______

**DELIVERY METHOD:**
- ☐ Reg.US Mail ☐ Pick-up ☐ Fax, where permitted
- ☐ Overnight/Express Mail Service, where permitted
- ☒ Secure email providers@releasepoint.com
- ☐ Other: ______

**PATIENT'S RIGHTS – I understand that:**
- **I can cancel this permission at any time. I must cancel in writing and send or deliver cancellation to releasing facility or practice named above. Any cancellation will apply only to information not yet released by facility or practice.**
- **This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.**
- **Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections. Records protected by 42 CFR Part 2 may not be redisclosed without my additional consent**
- **Refusing to sign this form will not prevent my ability to get treatment, payment, enrollment in health plan, or eligibility for benefits.**
- **Atrium Health will not share or use my health information without my permission other than by ways listed in the Notice of Privacy Practices or as required by law. The Notice of Privacy Practices is available at atriumhealth.org.**
- **I have a right to a copy of this Authorization.**

**This permission expires one year after the date of my signature unless another date or event is written here:** One year

**Signature:** ______ **Print Name:** ______ **Date:** ______

**Note: If the patient lacks legal capacity or is unable to sign, an authorized personal representative may sign this form.**
**Note the relationship/authority if signature is not that of the patient (Written proof MAY be requested):**
☐ **Healthcare Agent/POA** ☐ **Guardian** ☐ **Executor/Administrator/Attorney in Fact** ☐ **Spouse**
☐ **Parent** ☐ **Adult Child** ☐ **Affidavit Next of Kin** ☐ **Other:** ______

**Note: If minor consented for their outpatient treatment for pregnancy, sexually transmitted disease or behavioral/mental health without parental consent, the minor must sign this authorization. When the patient is a minor being treated for substance abuse, the minor must sign this authorization, regardless of who consented for treatment.**

**Signature of Minor:** ______ **Print Name:** ______ **Date:** ______

**Date of release:** ______ via ☐Mail ☐Fax ☐Other ______ ☐ID Verified ☐DL/Other ID ______
**Atrium Health Teammate Name & Department.:** ______ **Date:** ______ **# of Pages** ______

Rev. June 2019

* 9 0 5 *



Place Patient Label Here

**Lincoln/Araya 1088**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

**I understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

00002 04/28/2021 01029811 002 007

Name of claimant (print) Allan A. Araya

Name of legal representative, if applicable (print) ____ ____ Relationship Self

Signature of claimant or legal representative [signature] Date: 4-21-2021

Date of Birth: ____ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

**Duke Energy Corporation**
**DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

Allan Arg

Print Name

[signature]

Signature

4-21-2021

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

April 20, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 11295718 and 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since December 20, 2020. Should your disability continue through the maximum benefit date, STD benefits are payable through June 12, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Duke Energy Corporation's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Duke Energy Corporation's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

*1.* ***Notice***

a. *Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 180 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On April 6, 2021, we requested medical records from Dr. Alesha Logan. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from April 1, 2021 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Third Party Liability Information Form
X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X SS Reimbursement Agreement
X Training Education Experience

DRIVER'S LICENSE #: 306 DATE: 4-21-2021

SIGNATURE:

DP 447D Rev. 12/02

## ACTIVITIES QUESTIONNAIRE 00002 04/28/2021 01029811 002 005

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd



EMPLOYEE/CLAIMANT NAME: Allan Araya

CLAIM NO: 11295718 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Duke Energy Corporation

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 15 minutes stand 30 minutes walk 35 minutes

How many hours a day do you:
sit 1 hr daily stand 1 hr daily walk 2hrs daily

Do you take a nap during the day?
Yes________ (No) ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? 6 hrs to sleep not well due to neck Right shoulder Knees, Headache issues.

Do you require any assistive devices such as a:
cane ✓ walker____ crutches ____ wheelchair ____ other____

How long are you able to sit in a car? 30 mins

Do you hold a valid driver's license?
(Yes)________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 30 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
by telephone

Do you have children?
Yes________ (No)________ If Yes, what are their dates of birth ________

Do you need help caring for your children?
Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________
On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

**Lincoln Financial Group®**

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? rarely

Are you left or right hand dominant? Left ____ (Right) ____

Are you able to work in your garden? Yes ____ (No) ____

Are you able to work on your house? Yes ____ (No) ____

Are you able to wash your car? Yes ____ (No) ____

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

30 min
How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ✓ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ (Pay bills) ____ Read news/articles ____ (Use search engines) ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ (Word processing (Word)) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: Internet to read articles

Do you have a working home copy machine/fax machine? ____ Yes ____ (No)

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Parents | yes |
| Carrying groceries into the house | Parents | yes |
| Cooking meals | Parents | yes |
| Cleaning after meals | me | NO |
| Cleaning bathrooms | Parents | yes |
| Vacuuming | Parents | yes |
| Doing the laundry | me | yes |
| Opening and responding to mail | me | NO |
| Managing your finances | me | NO |
| Balancing your checkbook | me | NO |
| Bathing yourself | me | NO |
| Styling your own hair | me | NO |
| Getting dressed | me | NO |
| Going up and down stairs | me | no |

Have you been confined to a hospital within the last 12 months? (Yes) ____ No ____

If Yes, please provide reason and hospital contact Information: auto accident
1000 Blythe BLVd Charlotte NC 28203
451 E Charlotte Ave mt Holly NC 28120

Lincoln Financial Group®



How often do you travel or take vacation? None
Where do you go? How do you get there (transportation method)? Do not travel

Are you able to pursue your hobbies? Yes ______ (No) ______
If Yes, please describe ______

Do you participate in an exercise program? (Yes) ______ No ______
If Yes, please describe physical terephy, chiropractor threatment
Do you do any Volunteer work? Yes ______ (No) ______
If Yes:
how many hours per day? ______
how many hours per week? ______
for whom? ______
Are you working for wages? (Yes) ______ No ______
If Yes, please provide employer's name Duke Energy Corporation

**Describe in your own words, what prevents you from engaging in any gainful employment.**
Sitting for long periods in front of Computer, Obtained a severe right shoulder, neck, both Knees injuries due to MVA, because of that have mobility issues

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
Get up eat breakfast, tries to bath well, try to do as many chores as my body can tolerate then eat lunch, tries to lay down due to kneck, right shoulder knees acting up in pain and then get up to try to do a little bit more chores

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
you can reach me at any moment
In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Henry Araya

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Allan A. Araya Date: 4-21-2021
Signature: [signature]

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Atrium Health Carolinas
Specialty: EMS
Address: 1000 Blythe Blvd, Charlotte NC 28203
Telephone No.: (704) 355-2000 Fax No.: ( )

Name: CaroMont Regional Medical Center
Specialty: Emergency Room
Address: 451 E Charlotte Ave MT Holly, NC 28120
Telephone No.: (980) 834-2266 Fax No.: ( )

Name: CaroMont Family Medicine
Specialty: Primary Doctor
Address: 1895 Hoffman Rd A Gastonia, NC 28054
Telephone No.: (704) 865-1749 Fax No.: ( )

Name: OrthoCarolina
Specialty: Orthopedic Dr
Address: 171 Fairview Rd Mooresville, NC 28115
Telephone No.: (704) 323 2358 Fax No.: (704) 323-2358

+ Dibella Chiropractic Center (704) 867-1010, Chris A. Prato MD (704) 865-0077

**MEDICAL INSURANCE CARRIER(S):**

Name: United Health Care
Specialty:
Address: Po box 740809, Atlanta GA 30374-0809
Telephone No.: (877) 214-2930 Fax No.: ( )
877-842-3210

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):** CVS

Name: 1803 S New Hope Rd Gastonia NC 28054
Specialty: CVS
Address: 1803 S New Hope Rd Gastonia NC 28054
Telephone No.: (704) 867-3541 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

00002 04/28/2021 01029811 002 008

**SIGNATURE:** ______ **DATE:** 4-21-2021

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return to:** Alyssa Judd

**EMPLOYEE/CLAIMANT NAME:** Allan Araya **CLAIM #:** 11295718
**EMPLOYER:** Duke Energy Corporation **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Allan A. Araya | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Divorced |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Sonia Araya Relationship to you? mother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, insurance Co., or individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability | $ 1,460 every two weeks | 12/2020 | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Allan A Araya

**DATE:** 4-21-2021 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return to:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ (Divorced) ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ______

Do you have children or dependents*? Yes ____ (No) ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ (No:) ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Allan Araya **Date of Birth:**

**Employer:** Duke Energy Corporation **Policy/Plan Sponsor No.** 05 - 288203

**A)** **If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** [signature]

**(Address)**

**(Date)** 4-21-2021

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: Masters Degree Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ (Graduate School circled): MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): Business adm finance Communications.

Are you currently attending any classes: ☑ Y ☐ N If yes, provide name of school: Bellevue University

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: Spanish Other language(s) spoken fluently: English

Additional Skills, Hobbies & Volunteer Work Bilingual

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: PNG Department: Cust Service From: 2001 To: 2021
   Job Title(s): Senior Cust Care Specialist bilingual
   Supervisory Experience ☑ Y ☐ N team ledd
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _ Work. ______

**SIGNATURE:** ______ **PHONE NO:** ______

DUKE ENERGY.

# Return to Work Form

Revised: April 2020

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**

2) Complete this section and provide this form to your treating Health Care Provider.

3) Provide via hand delivery, e-mail or fax this form to your supervisor, **before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** __________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** __________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** __________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| Lifting | | | Squatting | | |
| Prolong Standing | | | Pushing | | |
| Continuous Walking | | | Pulling | | |
| Climbing | | | Driving | | |
| Bending | | | Other | | |
| Reaching | | | Other | | |

Additional Restrictions/Details: ______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s):__________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** __________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ______________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ______________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ______________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ______________________

**Supervisor/Designee's Signature:** ______________________ **Date:** __________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

## Authorization to Speak with Family Member/Alternate Contact

| | |
|---|---|
| EMPLOYEE NAME: Allan Araya | CLAIM NO: 11295718 |
| CUSTOMER NAME: Duke Energy Corporation | |
| RETURN TO: Alyssa Judd | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, Allan Araya hereby give permission to Sonia Araya to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

Allan Araya
Claimant Name

Date of Birth ______

[signature]
Claimant Signature

4-21-2021
Date

11295718
Claim Number

**REIMBURSEMENT AGREEMENT**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Claimant:** Allan Araya **Date of Birth:**

**Employer:** Duke Energy Corporation **Policy/Plan Sponsor No.:** 05-288203

I agree to reimburse Lincoln Life Assurance Company of Boston (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the

overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** [signature] **DATE:** 4-21-2021

**EMPLOYEE'S PRINTED NAME:** Allan Araya

***Please retain a copy for your records or one can be provided upon request.***


NORTH CAROLINA
DRIVER LICENSE
COMMISSIONER OF MOTOR VEHICLES
4d DLN
306
3 DOB
DUP
4b EXP
2026
1 ARAYA
2 ALLAN ARTURO
8
9 CLASS C
9a END NONE
12 RESTR 19
15 SEX M
18 EYES BRO
16 HGT 6'-00"
19 HAIR BRO
RACE
4a ISS 08/28/2020
5 DD 0028105715
12/29/80

___ Duke Energy RTW Form
X Authorization to Speak with Third Party
X Duke Energy Authorization
X Reimbursement Agreement Form
___ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Duke Energy Corporation's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 3, 2021.

Enclosed please find a copy of the return to work form for Duke Energy. Should your condition improve and you are able to return to work, please be sure to provide your manager or Human Resource contact a completed copy of this form prior to your actual return to work date.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: Third Party Liability Information Form
Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Duke Energy RTW Form
Authorization to Speak with Third Party
Duke Energy Authorization
Reimbursement Agreement Form

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation    DATE OF BIRTH:

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☑ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: 12-13-2020 & 2-20-2021
2. Location of Injury (please include town and state): Charlotte, NC
3. Description of Injury/Sickness (please include copy of accident report, if applicable):

4. Is someone else responsible for your damages? Yes ☑ No ☐
   If "Yes": Name: Jamie Doffermyre
   Address: 400 Glenoaks Rd Charlotte, NC 28270
   Telephone No.: (980) 260-8830
5. Are any claims being made? Yes ☑ No ☐
   If "Yes": Insurance Carrier: Geico
   Address: Po box 9518 fredericksburg VA 22403
   Telephone No.: (757) 301-3006
   Claim Representative: Haily Lattimore
   Claim No.:

   /EAN Holdings LLC
   /8335 IBM Dr Ste 100
   Charlotte, NC 28262
   Jennifer Rose, Nickel ⇐ Driver
   980-257-7367
   7016 Davis Rd
   waxhaw, NC 28173
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☑
   If "Yes": Insurance Carrier:
   Address:
   Telephone No.: ( )
   Claim Representative:
   Claim No.:
   Weekly Benefit $
7. Are you using the services of an attorney? Yes ☑ No ☐
   If "Yes": Name: Lanier law Group
   Address: 1304 fort Bragg Rd fayetteville, NC 28305
   Telephone No.: (888) 372-4859

**From:** DoNotReply@lfg.com
**Sent:** Wed, 21 Apr 2021 20:30:40 +0000
**To:**
**Subject:** Claim #11295718, ALLAN ARAYA
**Attachments:** General Acknowledgment.clm_num=11295718.04-21-21.Pub.pdf

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

April 21, 2021

ALLAN ARAYA

0000

RE: Long Term Disability Benefits
DUKE ENERGY CORPORATION
Claim #: 11295718

MR. ARAYA

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to Lincoln Life Assurance Company of Boston.

Lincoln Life Assurance Company of Boston will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though Lincoln Life Assurance Company of Boston initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (866) 502-8823, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Alyssa Judd
Disability Case Manager
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records, other work related information and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________________

Signature of claimant or legal representative ______________________ Date: ____________________

Date of Birth: Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

Lincoln/Araya 1118

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative __________________________________________ Date: _______________________

Date of Birth: ___________________ Claim Number: __11295718___

**A copy of this authorization will be considered as valid as the original.**

# Duke Energy Corporation
## DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

Lincoln Financial Group®

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation    DATE OF BIRTH: ________________

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the “Plan Sponsor”), the Duke Energy Benefits Committee (the “Plan Administrator”) and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. “Genetic information” as defined by GINA includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or an individual’s family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual’s eligibility for disability benefits. The health care provider is directed to review the above “IMPORTANT NOTICE” prior to doing so.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

______________________________ ______________________________

Print Name

______________________________ ______________________________

Signature Date

12/2019 – Duke Energy

DocuSign Envelope ID: 1E47100F-B3D7-4D35-A82E-E7430CBC8CDE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) allan a araya

Name of legal representative, if applicable (print) allan a araya Relationship claimant




Signature of claimant or legal representative ____________ Date: 4/20/2021

Date of Birth: __ ________ Claim Number: 11295718

**A copy of this authorization will be considered as valid as the original.**

DocuSign Envelope ID: 1E47100F-B3D7-4D35-A82E-E7430CBC8CDE

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: ________________

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the “Plan Sponsor”), the Duke Energy Benefits Committee (the “Plan Administrator”) and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. “Genetic information” as defined by GINA includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or an individual’s family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual’s eligibility for disability benefits. The health care provider is directed to review the above “IMPORTANT NOTICE” prior to doing so.

DocuSign Envelope ID: 1E47100F-B3D7-4D35-A82E-E7430CBC8CDE

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:

6A0642F695DA442...

Print Name

DocuSigned by:

6A0642F695DA442...

Signature

4/20/2021

Date

12/2019 – Duke Energy

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, April 21, 2021 3:37:26 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 11295718 Allan Araya |
| Attachments: | fmq28srkxruq1cwkybc2_10324550.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

April 20, 2021

Mr. Allan A. Araya

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 11295718 and 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Duke Energy Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since December 20, 2020. Should your disability continue through the maximum benefit date, STD benefits are payable through June 12, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Duke Energy Corporation's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Duke Energy Corporation's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2.* ***Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 180 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On April 6, 2021, we requested medical records from Dr. Alesha Logan. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from April 1, 2021 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Third Party Liability Information Form
X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X SS Reimbursement Agreement
X Training Education Experience

__ Duke Energy RTW Form
X Authorization to Speak with Third Party
X Duke Energy Authorization
X Reimbursement Agreement Form
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Duke Energy Corporation's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 3, 2021.

Enclosed please find a copy of the return to work form for Duke Energy. Should your condition improve and you are able to return to work, please be sure to provide your manager or Human Resource contact a completed copy of this form prior to your actual return to work date.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alyssa Judd
LTD Claims Specialist
Phone No.: (877) 246-5670 Ext. 59565
Secure Fax No.: (260) 455-0064

Attachments: Third Party Liability Information Form
Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Duke Energy RTW Form
Authorization to Speak with Third Party
Duke Energy Authorization
Reimbursement Agreement Form

# THIRD PARTY LIABILITY INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ____________

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: ____________
2. Location of Injury (please include town and state): ____________
3. Description of Injury/Sickness (please include copy of accident report, if applicable): ____________
4. Is someone else responsible for your damages? Yes ☐ No ☐
   If "Yes": Name: ____________
   Address: ____________
   Telephone No.: (    ) ____________
5. Are any claims being made? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ____________
   Address: ____________
   Telephone No.: (    ) ____________
   Claim Representative: ____________
   Claim No.: ____________
6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☐
   If "Yes": Insurance Carrier: ____________
   Address: ____________
   Telephone No.: (    ) ____________
   Claim Representative: ____________
   Claim No.: ____________
   Weekly Benefit $ ____________
7. Are you using the services of an attorney? Yes ☐ No ☐
   If "Yes": Name: ____________
   Address: ____________
   Telephone No.: (    ) ____________

DRIVER'S LICENSE #: ________________________________ DATE: ________________________

SIGNATURE: ______________________________________

DP 447D Rev. 12/02

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd ______



EMPLOYEE/CLAIMANT NAME: Allan Araya ______
CLAIM NO: 11295718 ______ DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Duke Energy Corporation ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®



How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________

____________________

____________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

I **understand** the information obtained by use of this Authorization will be used by the Company or Plan Sponsor to determine eligibility for insurance benefits, which may include assessing ongoing treatment. I understand the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the Company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and comply with all applicable laws.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative __________________________________________ Date: _______________________

Date of Birth: ___________________ Claim Number: __11295718___

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ________________________________________ DATE: ______________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

Lincoln Financial Group®

**Return to:** Alyssa Judd

**EMPLOYEE/CLAIMANT NAME:** Allan Araya **CLAIM #:** 11295718
**EMPLOYER:** Duke Energy Corporation **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

# Family Information Questionnaire

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return to:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Allan Araya **Date of Birth:** ____________

**Employer:** Duke Energy Corporation **Policy/Plan Sponsor No.** 05 - 288203

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

EMPLOYEE/CLAIMANT NAME: Allan Araya

CLAIM NO: 11295718

EMPLOYER/SPONSOR: Duke Energy Corporation DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ________________________ Department:________________________ From: _________ To: ______

Job Title(s): ____________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________

______________________________________________________________________________

4. Company: ________________________ Department:________________________ From: _________ To: ______

Job Title(s): ____________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________

______________________________________________________________________________

5. Company: ________________________ Department:________________________ From: _________ To: ______

Job Title(s): ____________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________________

______________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ________________________

# Return to Work Form

Revised: April 2020

DUKE ENERGY®

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**

2) Complete this section and provide this form to your treating Health Care Provider.

3) Provide via hand delivery, e-mail or fax this form to your supervisor**, before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** __________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** __________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** __________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| **Lifting** | | | **Squatting** | | |
| **Prolong Standing** | | | **Pushing** | | |
| **Continuous Walking** | | | **Pulling** | | |
| **Climbing** | | | **Driving** | | |
| **Bending** | | | **Other** | | |
| **Reaching** | | | **Other** | | |

Additional Restrictions/Details: ______________________

______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s):__________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** __________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Lincoln/Araya 1145**

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ____________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ____________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ____________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ____________________

**Supervisor/Designee's Signature:** ____________________ **Date:** __________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Allan Araya CLAIM NO: 11295718
CUSTOMER NAME: Duke Energy Corporation
RETURN TO: Alyssa Judd

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, ____________________________ hereby give permission to ____________________________ to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

Allan Araya
Claimant Name

Date of Birth

Claimant Signature

Date

11295718
Claim Number

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Return To:** Alyssa Judd

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 11295718
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: ________________

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

______________________________ ______________________________

Print Name

______________________________ ______________________________

Signature Date

12/2019 – Duke Energy

## REIMBURSEMENT AGREEMENT

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (260) 455-0064

**Claimant:** Allan Araya **Date of Birth:** _______

**Employer:** Duke Energy Corporation **Policy/Plan Sponsor No.:** 05-288203

I agree to reimburse Lincoln Life Assurance Company of Boston (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the

overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________________ **DATE:**_________________________

**EMPLOYEE'S PRINTED NAME:** Allan Araya___________________________________________________

***Please retain a copy for your records or one can be provided upon request.***

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Subject:** Lincoln Financial Notification: Short Term Disability and FMLA Leave Approval or Extension for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability (STD) and coordinated leave for Allan Araya has been approved or extended. The coordinated FMLA leave will run concurrently with the STD claim until the leave reaches maximum entitlement.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Approved** | **Injury** | **12/13/2020** | **4/30/2021** | [redacted] |
| **Leave** | **Approved** | **Company Own Medical** | **2/2/2021** | **4/30/2021** | |

*Balance is as of date of this communication.

***Please note the "Approved Through" date is not necessarily the return to work date. The "Approved Through" date is subject to change.***

**The employee's pay will drop to 66 2/3%, effective 6/13/2021, if the claim is approved through this date.**

**<u>Time entry information</u>**
***Please allow 24-48 hours after you receive this notification before attempting to enter time in MyTime to allow the leave to process in the system.***

Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during* |

*approved STD*

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Sarah.Hicks@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.13937

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

934141

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

April 6, 2021

Dr. Alesha Logan
Caromont Family Medicine
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Alesha Logan:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 31, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by April 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

FAXED 4/7

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

Return To: Sarah Hicks

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| Allan Araya | | 10813707 |

To be completed by physician:

1. DATE FIRST TREATED — 12-15-2020
   DATE LAST TREATED — 4-1-2021
   NEXT OFFICE VISIT — 5-4-2021 / DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   Impaired mobility 2° to MVA
   - see attached
4. RESTRICTIONS IMPOSED FROM 12-15-2020 TO 5-5-2021.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   physical therapy
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   see attached
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Alesha Logan, MSN FNP-BC | | 192248189 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| | | |
| Street Address | Telephone Number | Fax Number |
| | [signature] | 4-8-21 |
| City, State & Zip Code | Signature | Date |

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

Return To: Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH:

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
[signature]
6A0842F95DA442...

Print Name

DocuSigned by:
[signature]
6A0842F95DA442

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | April 6, 2021 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records |
| Fax: | (704) 865-7328 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 12/30/2020
CaroMont Family Medicine (Gaston Day)

Provider: Logan, Alesha N, FNP-BC (Family Practice)
Primary diagnosis: Motor vehicle collision, subsequent encounter
Reason for Visit: Motor Vehicle Crash, Follow Up; Referred by Logan, Alesha N, FNP-BC

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Motor Vehicle Crash and Follow Up (medication helps a lot)

Problem

**Closed Displaced Comminuted Fracture of Shaft of Right Tibia**

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**
Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

**Mvc (Motor Vehicle Collision)**


PAGE 8/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

**Anxiety State**
Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**
Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

No past medical history on file.
No past surgical history on file.

**Outpatient Encounter Medications as of 12/30/2020**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |


PAGE 9/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

| | | | |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet | Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs | 28 Tab | 0 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 90 Tab | 1 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |

No facility-administered encounter medications on file as of 12/30/2020.

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| Lifestyle | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |

- Stress: Not on file

Relationships

- Social connections

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

- Intimate partner violence

| | |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

Other Topics Concern

- Not on file

Social History Narrative

- Not on file

No family history on file.

**Review of Systems**

ROS

**As described in above HPI.**

**Objective:**

**Vitals:**

| | 12/30/20 1112 |
|---|---|
| BP: | 122/90 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 100 |
| Temp: | 97.9 °F (36.6 °C) |
| TempSrc: | Tympanic |
| SpO2: | 97% |
| Weight: | 106.1 kg (234 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 31.74 kg/m².

**Physical Exam**


PAGE 11/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Legs:




1: Brace in place

Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Gait: Gait abnormal **(ambulates with crutches).**
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for motor vehicle crash and follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Assessment & Plan:

We will continue current regimen, we will f/u with him in 4 weeks, in the meantime he will see ortho

Orders:

- HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet; Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter**

Assessment & Plan:

He will f/u orthopedist moving forward
I am going to refill his Norco today, I will provide enough to last the next several

**Anxiety state**

Assessment & Plan:

Continue hydroxyzine, no refills needed at this time

**Polyarthralgia**

Depression Screening: PHQ-2 Total: 0 (12/30/20 1112)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 4 weeks, f/u on above**
There are no Patient Instructions on file for this visit.

Return in about 4 weeks (around 1/27/2021) for in-office f/u.
No future appointments.

**Alesha Logan, FNP-BC, 12/30/2020 11:49 AM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

## Other Notes

All notes

- MVC (motor vehicle collision) A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Closed displaced comminuted fracture of shaft of right tibia A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Anxiety state A&P from Logan, Alesha N, FNP-BC (Family Practice)

## Instructions

Return in about 4 weeks (around 1/27/2021) for in-office f/u.

After Visit Summary (Printed 12/30/2020)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/90 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 100 Temp 97.9 °F (36.6 °C) (Tympanic) Ht 6' (1.829 m) Wt 106.1 kg (234 lb) SpO2 97% BMI 31.74 kg/m² BSA 2.32 m² |
| Flowsheets: | PHQ 2/9, Fall Risk |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## New Media

Waiver - Scan on 12/30/2020 11:04 AM by Ross, Jennifer M.: CaroMont Medical Group Insurance Waiver

## Orders Placed

None

## Medication Changes

As of 12/30/2020 11:48 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet** | 0 | 12/30/2020 | 1/6/2021 |
| Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs - Oral | | | |
| **cyclobenzaprine HCl** | | | |
| **Unchanged: cyclobenzaprine (FLEXERIL) 5 mg Tablet** | 2 | 12/15/2020 | 3/2/2021 |
| Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral | | | |
| **Added: cyclobenzaprine (FLEXERIL) 5 mg Tablet** | 2 | 12/30/2020 | 2/2/2021 |
| Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral | | | |

## Visit Diagnoses

Motor vehicle collision, subsequent encounter V87.7XXD
Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter S82.251D
Anxiety state F41.1
Polyarthralgia M25.50

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 2/2/2021
CaroMont Family Medicine
(Gaston Day)

Provider: Logan, Alesha N, FNP-BC (Family Practice)
Primary diagnosis: Anxiety state
Reason for Visit: Follow Up, Knee Pain

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

Hi Allan Arturo Araya

Your recent labs are back in. Your triglycerides and cholesterol levels were elevated.

I would like you to start working on:
Decreasing your intake of sugar and liquid calories (such as pop and sweet tea)
2. Changing from white to brown: If you eat white rice, bread, and pasta, switch to whole wheat products.
3. Switching fats: Limit or avoid foods with saturated and trans fats. These include fried foods, lard, butter, whole milk, ice cream, commercial baked goods, meats, and cheese.
4. Switch to monounsaturated and polyunsaturated fats instead of trans or saturated fats. The best sources of these fats are olive oil, canola oil, nuts, and fatty fish like salmon, sardines, and tuna.
5. I would also like you to start taking a fish oil supplement daily. You can get this over the counter without a prescription. Just follow the instructions on the bottle.

We will recheck these in 3 months. Please schedule this appointment if you haven't already.
Your other labs were normal.

Thanks,
Alesha Logan, FNP-BC, 2/3/2021 4:16 PM

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up and Knee Pain

Problem

**Closed Displaced Comminuted Fracture of Shaft of Right Tibia**

Secondary to MVA

Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*

*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*

*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*

*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**

Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

**2/2/2021**

He is out of boot, has physical therapy scheduled for another 6 weeks. Still having some pain in joints, but it is much better.

**Anxiety State**

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**

Worsening anxiety since the COVID19 crisis.

He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.

He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**

He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**



PAGE 16/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

**2/2/2021**
He reports he is taking hydroxyzine nightly, and sometimes during the day. He takes it as needed.
Anxiety Is uncontrolled, he feels anxious most of the day.
Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?

1. Feeling nervous, anxious, or on edge: Nearly every day (02/02/21 1900)
2. Not being able to stop or control worrying: More than half the days (02/02/21 1900)
3. Worrying too much about different things: More than half the days (02/02/21 1900)
4. Trouble relaxing: Nearly every day (02/02/21 1900)
5. Being so restless that it is hard to sot still: Nearly every day (02/02/21 1900)
6. Becoming easily annoyed or irritable : More than half the days (02/02/21 1900)
7. Feeling afraid as if something awful might happen: Nearly every day (02/02/21 1900)

Total Score: 18 (02/02/21 1900)
How difficult has it been to do your work, take care of things at home, or get along with other people?: Extremely difficult (02/02/21 1900)

No past medical history on file.
No past surgical history on file.

**Outpatient Encounter Medications as of 2/2/2021**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • [DISCONTINUED] cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • [DISCONTINUED] EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 270 Tab | 0 |

| | | | |
|---|---|---|---|
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 0 |

No facility-administered encounter medications on file as of 2/2/2021.

**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file
- Intimate partner violence
  - Fear of current or ex partner: Not on file
  - Emotionally abused: Not on file


PAGE 18/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

| | |
|---|---|
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

No family history on file.

**Review of Systems**
Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

**As described in above HPI.**

**Objective:**

**Vitals:**

| | 02/02/21 1845 |
|---|---|
| BP: | 130/84 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 86 |
| Temp: | 97.8 °F (36.6 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 103 kg (227 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 30.79 kg/m².

**Physical Exam**
Vitals signs reviewed.
HENT:
Head: Normocephalic.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Musculoskeletal: Normal range of motion.
Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing.

Musculoskeletal: Normal range of motion.

Skin:
General: Skin is warm.

Neurological:
Mental Status: He is alert and oriented to person, place, and time.

Psychiatric:
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up and knee pain.

Diagnoses and all orders for this visit:

**Anxiety state**

Assessment & Plan:
Continue hydroxyzine prn, but add effexor 37.5 mg daily to help with anxiety
F/u in 4 weeks, increase dose if needed
Repeat GAD

Orders:
- venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule; Take 1 Cap (37.5 mg) by mouth daily.

**Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI**
- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Mixed hyperlipidemia**
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Chronic fatigue**
- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future

**Allergic reaction, initial encounter**

- EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector; Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter**

Assessment & Plan:

Symptoms progressing as expected
Complete PT, and f/u with specialists as planned

Depression Screening: PHQ-2 Total: 0 (02/02/21 1846)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 4 WEEKS, f/u on anxiety**
There are no Patient Instructions on file for this visit.

Return in about 4 weeks (around 3/2/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/2/2021 | 6:30 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 2/2/2021 8:01 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

## Other Notes

All notes

Closed displaced comminuted fracture of shaft of right tibia A&P from Logan, Alesha N, FNP-BC (Family Practice)

Anxiety state A&P from Logan, Alesha N, FNP-BC (Family Practice)

## Instructions

Return in about 4 weeks (around 3/2/2021) for in-office f/u.

After Visit Summary (Printed 2/2/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/84 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 86 Temp 97.8 °F (36.6 °C) (Tympanic) Ht 6' (1.829 m) Wt 103 kg (227 lb) SpO2 98% BMI 30.79 kg/m² BSA 2.29 m² |

Flowsheets: PHQ 2/9, Fall Risk, General Anxiety Disorder Assessment

Encounter Info: Billing Info, History, Allergies, Detailed Report

## New Media

Psychology-Behavioral Health - Scan on 2/9/2021 9:25 AM by Chaparro, Kimberly D.: GENERALIZED ANXIETY 02/02/21

## Orders Placed

**CBC with Differential** (Resulted 2/2/2021, Abnormal)
**Lipid Panel** (Resulted 2/2/2021, Abnormal)
Comprehensive Metabolic Panel (Resulted 2/2/2021)

## Medication Changes

As of 2/2/2021 7:08 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule**<br>Take 1 Cap (37.5 mg) by mouth daily. - Oral | 0 | 2/2/2021 | 3/3/2021 |
| **cyclobenzaprine HCl** | | | |
| **Unchanged: cyclobenzaprine (FLEXERIL) 5 mg Tablet**<br>Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral | 2 | 12/15/2020 | 3/2/2021 |
| **Discontinued or Completed: cyclobenzaprine (FLEXERIL) 5 mg Tablet** | | | |
| Changed: **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector**<br>Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. - subCUT<br>Previously: 0.3 mg | 0 | 2/2/2021 | 2/2/2021 |

## Visit Diagnoses

Anxiety state F41.1
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI E66.09
Mixed hyperlipidemia E78.2
Chronic fatigue R53.82
Allergic reaction, initial encounter T78.40XA
Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter S82.251D


PAGE 22/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 3/2/2021
CaroMont Family Medicine (Gaston Day)

Provider: Logan, Alesha N, FNP-BC (Family Practice)
Primary diagnosis: Intractable acute post-traumatic headache
Reason for Visit: Follow Up, Post Hospital Check, Anxiety; Referred by Logan, Alesha N, FNP-BC

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up, Post Hospital Check (MVA with mother, he thought he was going to be ok but then he started getting HA's and neck pain/back of head knot so he went to ED Tuesday. They were sideswiped.), and Anxiety (pt does not want to drive because everything that has happened)

History obtained from the patient.

Pt reports he was the front passenger in a car driven by his mother. They were on the highway when they were hit from the right side on I-85 by another driver. The police were notified.
He is having headaches, that he is taking ASA for. Today feels slightly better. Still having neck pain and headaches. He is not sleeping well. Anxiety is much worse. He is scared to drive. Doesn't like to drive much. This is the second accident he was in in the past 3 months.
He is still completing physical therapy from his first accident, which he finds very helpful. It is painful.

Problem
**Intractable Acute Post-Traumatic Headache**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Patient denies medical problems | |

No past surgical history on file.

**Outpatient Encounter Medications as of 3/2/2021**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 30 Tab | 2 |

| | | | |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • [DISCONTINUED] cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • [DISCONTINUED] venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 0 |

No facility-administered encounter medications on file as of 3/2/2021.

**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
- Drug use: No


PAGE 24/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

• Sexual activity: Not on file

Lifestyle

• Physical activity

| | |
|---|---|
| Days per week: | Not on file |
| Minutes per session: | Not on file |

• Stress: Not on file

Relationships

• Social connections

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

• Intimate partner violence

| | |
|---|---|
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |

Other Topics Concern

• Not on file

Social History Narrative

• Not on file

No family history on file.

**Review of Systems**
ROS
**As described in above HPI.**

**PHQ-2 & PHQ-9**
PHQ-2 Questions
Little interest or pleasure in doing things:: Not at all
Feeling down, depressed, or hopeless:: Not at all
PHQ-2 Total: 0
**Objective:**

**Vitals:**

| | |
|---|---|
| | 03/02/21 1840 |
| BP: | 142/90 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 81 |
| Temp: | 97.1 °F (36.2 °C) |


PAGE 25/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

| | |
|---|---|
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 104 kg (229 lb 3.2 oz) |
| Height: | 6' (1.829 m) |

Body mass index is 31.09 kg/m².

**Physical Exam**
Vitals signs reviewed.
HENT:
Head: Normocephalic.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Musculoskeletal: Normal range of motion.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing.
Musculoskeletal: Normal range of motion.
Skin:
General: Skin is warm.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up, post hospital check and anxiety.

Diagnoses and all orders for this visit:

**Intractable acute post-traumatic headache**
Assessment & Plan:
Treating with amitripyline 25 mg qhs
Continue tylenol 1000 mg q6h (2 extra strength)
F/u 2 weeks

Orders:

- amitriptyline (ELAVIL) 25 mg tablet; Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia

**Polyarthralgia**
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Motor vehicle collision, subsequent encounter**
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

Depression Screening: PHQ-2 Total: 0 (03/02/21 1843)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 2 weeks**
There are no Patient Instructions on file for this visit.

Return in about 2 weeks (around 3/16/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/17/2021 | 12:15 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 3/4/2021 12:37 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

## Other Notes

All notes

Intractable acute post-traumatic headache A&P from Logan, Alesha N, FNP-BC (Family Practice)

## Instructions

Return in about 2 weeks (around 3/16/2021) for in-office f/u.

After Visit Summary (Printed 3/2/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 142/90 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 81 Temp 97.1 °F (36.2 °C) (Tympanic) Ht 6' (1.829 m) Wt 104 kg (229 lb 3.2 oz) SpO2 98% BMI 31.09 kg/m² BSA 2.3 m² |
| Flowsheets: | PHQ 2/9, Fall Risk, General Anxiety Disorder Assessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## New Media

Psychology-Behavioral Health - Scan on 3/4/2021 3:18 PM by Chaparro, Kimberly D.: GENERALIZED ANXIETY SCALE 03/02/21

## Orders Placed

None

## Medication Changes

As of 3/4/2021 12:37 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: amitriptyline (ELAVIL) 25 mg tablet** | 2 | 3/2/2021 | 3/31/2021 |

Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia - Oral

## Visit Diagnoses

Intractable acute post-traumatic headache G44.311
Polyarthralgia M25.50
Motor vehicle collision, subsequent encounter V87.7XXD


PAGE 28/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 4/1/2021
CaroMont Family Medicine (Gaston Day)

Provider: Logan, Alesha N, FNP-BC (Family Practice)
Primary diagnosis: Motor vehicle collision, subsequent encounter
Reason for Visit: Follow Up, Motor Vehicle Crash; Referred by Logan, Alesha N, FNP-BC

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up and Motor Vehicle Crash

Problem

**Mvc (Motor Vehicle Collision)**

Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

**Anxiety State**

Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.

He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**
Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

**2/2/2021**
He reports he is taking hydroxyzine nightly, and sometimes during the day. He takes it as needed.
Anxiety Is uncontrolled, he feels anxious most of the day.
Generalized Anxiety Disorder 7-Item Scale
Ask: Over the LAST 2 WEEKS, how often have you been bothered by the following problems?

1. Feeling nervous, anxious, or on edge: Nearly every day (02/02/21 1900)
2. Not being able to stop or control worrying: More than half the days (02/02/21 1900)
3. Worrying too much about different things: More than half the days (02/02/21 1900)
4. Trouble relaxing: Nearly every day (02/02/21 1900)
5. Being so restless that it is hard to set still: Nearly every day (02/02/21 1900)
6. Becoming easily annoyed or irritable : More than half the days (02/02/21 1900)
7. Feeling afraid as if something awful might happen: Nearly every day (02/02/21 1900)

Total Score: 18 (02/02/21 1900)
How difficult has it been to do your work, take care of things at home, or get along with other people?: Extremely difficult (02/02/21 1900)

**4/1/2021**
Anxiety is still there, he is particularly anxious in public settings and when driving. He drove himself to his appt today.

Headaches are intermittent. They are "not bad," some days are better than others. He has a headache today.
He is taking amitriptyline nightly

Needs refills of his vitamin d
Went to the chiropractor today
He does not want surgery, is going through physical therapy, wearing a brace on his right knee.
Has been out of work, on short term disability.

**Past Medical History:**
Diagnosis Date
- Patient denies medical problems

No past surgical history on file.
**Outpatient Encounter Medications as of 4/1/2021**
Medication Sig Dispense Refill


PAGE 30/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

| | | | |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 mg tablet | Take 1 Tab (25 mg) by mouth daily at bedtime. For: neuropathic pain, headaches, insomnia | 90 Tab | 1 |
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | Inject 0.3 mL (0.3 mg) by subcutaneous injection one time only for 1 dose. | 2 Each | 0 |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • [DISCONTINUED] ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 270 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |
| • [DISCONTINUED] venlafaxine (EFFEXOR XR) 37.5 mg Extended Release 24 hour capsule | Take 1 Cap (37.5 mg) by mouth daily. | 30 Cap | 2 |
| • venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule | Take 1 Cap (75 mg) by mouth daily. | 30 Cap | 2 |

No facility-administered encounter medications on file as of 4/1/2021.

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

• Not on file

Social Needs

| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |

| | |
|---|---|
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not on file |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | No |
| Emotionally abused: | No |
| Physically abused: | No |
| Forced sexual activity: | No |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

No family history on file.

**Review of Systems**

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for joint pain and neck pain.
Skin: Negative for rash.
Neurological: Negative for speech change.
Psychiatric/Behavioral: Negative for hallucinations.

**As described in above HPI.**


PAGE 32/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

**Objective:**

**Vitals:**

| | 04/01/21 1809 | 04/01/21 1812 |
|---|---|---|
| BP: | **(!) 142/100** | 132/90 |
| BP Location: | left arm | left arm |
| Patient Position: | Sitting | Sitting |
| BP Cuff Size: | Adult | Adult |
| Pulse: | 88 | |
| Temp: | 97.1 °F (36.2 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 104.1 kg (229 lb 6.4 oz) | |
| Height: | 6' (1.829 m) | |

Body mass index is 31.11 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood is anxious.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up and motor vehicle crash.

Diagnoses and all orders for this visit:


PAGE 33/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

**Motor vehicle collision, subsequent encounter**

Assessment & Plan:

He will continue physical therapy and chiropractic care for now, continue current med regimen, f/u 4 weeks

**Anxiety state**

Assessment & Plan:

Some post-trauma anxiety from the mva
Increasing effexor dose form 37.5 to 75 mg daily

Orders:

- venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule; Take 1 Cap (75 mg) by mouth daily.

**Vitamin D deficiency**

- ergocalciferol (VITAMIN D2) 50,000 unit capsule; Take 1 Cap (50,000 Units) by mouth every 7 days.

**Next visit: 4 weeks**
**Patient Instructions**
**Increase venlafaxine from 37.5 to 75 mg daily. Take 2 of the 37.5 mg capsules for now, and then pick up the new script for 75 mg daily.**

Return in about 4 weeks (around 4/29/2021) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 5/4/2021 | 6:30 PM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 4/1/2021 8:23 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

## Other Notes

All notes

MVC (motor vehicle collision) A&P from Logan, Alesha N, FNP-BC (Family Practice)

Anxiety state A&P from Logan, Alesha N, FNP-BC (Family Practice)


PAGE 34/35 * RCVD AT 4/13/2021 9:33:56 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):10-34

## Instructions

Return in about 4 weeks (around 4/29/2021) for in-office f/u.

**Increase venlafaxine from 37.5 to 75 mg daily. Take 2 of the 37.5 mg capsules for now, and then pick up the new script for 75 mg daily.**

After Visit Summary (Printed 4/1/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/90 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 88 Temp 97.1 °F (36.2 °C) (Tympanic) Ht 6' (1.829 m) Wt 104.1 kg (229 lb 6.4 oz) SpO2 99% BMI 31.11 kg/m² BSA 2.3 m² More Vitals |
| Flowsheets: | Fall Risk |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 4/1/2021 8:20 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: venlafaxine (EFFEXOR XR) 75 mg Extended Release 24 hour capsule**<br>Take 1 Cap (75 mg) by mouth daily. - Oral<br>Notes to Pharmacy: Increased dose, please d/c previous script<br>Previously: 37.5 mg Oral DAILY | 2 | 4/1/2021 | |

## Visit Diagnoses

Motor vehicle collision, subsequent encounter V87.7XXD
Anxiety state F41.1
Vitamin D deficiency E55.9

Lincoln Financial Group®

Date: *April 13, 2021*

*Subject:* Nursing Memorandum

---

*Claim#: 10813707*

*Claimant: Allan Araya*

*Clinical Assessment: EE was involved in an MVA on 12/13/20 that resulted in bilateral shoulder and knee pain. EE is seen by Dr. Prato (orthopedic). MRI of the right knee showing an MCL (ligament) sprain and a full PCL (ligament) tear. There was also a non-weight bearing tibial plateau fracture. Prior file review took place on 1/25/21 and 2/22/21, see doc list for complete history. Since that time notes received from Dr. Kevin DiBella DC dated 1/11/21 through 3/26/21. EE with right sided neck pain, thoracic pain and right shoulder pain that is worse in the morning. EE to receive chiropractic treatments three times per week. The most recent exam findings were cervical range of motion with pain, tightness, tenderness to palpation, positive orthopedic test results and spinal subluxation at levels C5-6, C7, T1-2-3. Thoracic tightness and tenderness to palpation. Palpated pain over the anterior shoulder, pain in flexion and internal rotation. EE to continue chiropractic treatment 3 times per week. EE is seen by Dr. Christopher Prato (orthopedics & sports med) the treatment plan was physical therapy. Therapy notes received the most recent dated 3/24/21 EE reports his right knee is doing a bit better pain is 6/10. EE with complaints of pain with full range of motion, unable to maintain full extension does demonstrate increasing dynamic strength. Current problems are right knee range of motion, right knee pain, right knee and hip weakness and poor gait pattern. EE reporting that standing, walking, up and down stairs, sit to stand and bending are aggravating factors. EE will wean out of the knee brace soon. A co-morbid of anxiety is noted.*

*Based on medical evidence r&ls as given by Dr. Prato of lifting/carrying up to 20pounds occasionally, sitting at least occasionally and standing /walking frequently and no activity that requires lifting, pushing or pulling greater than 10lbs occasionally, no activity that requires overhead work, flexion, extension or rotation of the cervical spine are reasonable and supported through 4/30/21 due to exam findings of the knee, pain and decreased strength. Neck pain, painful range of motion and subluxations. This will allow time for ongoing therapy and chiropractic treatment and improvement in functional status. If there is no return to work at that time the CS should obtain updated medical from Dr. Prato, Dr. DiBella, ongoing treatment plan, r&ls and estimated return to work date. CS notified. File removed from assignment.*

*Julia M. RN*

*Nurse Disability Consultant, Lincoln Financial Group*

**From:** LFGNotifications@lfg.com
**Sent:** Mon, 12 Apr 2021 14:28:35 +0000
**To:**
**Subject:** Claim #10813707, ALLAN ARAYA
**Attachments:** Duke 120 Day Enterprise.clm_num=10813707.04-12-21.Pub.pdf

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

4/12/2021

ALLAN ARAYA

0000

RE: Duke Energy Long Term Disability Benefit Coordination

Dear MR. ARAYA,

When you are unable to work for a period of time extending more than 180 days due to illness or injury, you may be eligible to receive long-term disability (LTD) benefits. We are sharing the enclosed information on behalf of Duke Energy. In the event you are approved to receive LTD benefits in the future, this information is intended to provide some general information regarding the impact of LTD approval on various Duke Energy benefits and programs.

If you are approved to receive LTD benefits, the Duke Energy myHR™ Service Center, Duke Energy's benefits administrator, will send you a confirmation of your health and insurance coverage along with information regarding your benefit options and the process for making ongoing contributions (payments), where applicable, toward the cost of your coverage.

For more detailed LTD information, please refer to the Duke Energy Long Term Disability Plan Summary Plan Description (SPD) available on the *Your Benefits Resources*™ website. For questions regarding how you are being approved to receive LTD benefits impacts your other benefits or to request a paper copy of your SPDs, you may contact the Duke Energy myHR Service Center at 888-465-1300.

Sincerely,

Sarah Hicks
Disability Case Manager
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

Enclosure (1)

myHR™ and *Your Benefits Resources*™ are trademarks of Hewitt Management Company LLC.

This document contains selected highlights of Duke Energy's employee benefits plans. If any statement in this document, or any other communication, conflicts with applicable plan documents, the plan documents will govern. Duke Energy retains the right to amend, modify or terminate its benefits plans in any respect and at any time, and neither its benefits plans, nor your plan participation, will be considered a contract for future employment.

# Long-Term Disability (LTD) General Summary[1]

## COORDINATION OF LTD BENEFITS WITH OTHER INCOME

Be aware that any LTD, disability and/or retirement benefits you receive from other income sources will reduce or offset the benefits you will receive from the Duke Energy Long Term Disability Plan (LTD Plan). Other income sources that will reduce or offset your benefits under the LTD Plan include the following:

- any amount you receive from a sick leave or salary continuation plan;
- any amount you receive under a local, state, provincial, or federal government disability or retirement plan or law;
- any amount you receive under the Jones Act, the Railroad Retirement Act, or any workers' compensation, occupational disease, governmental compulsory benefit act or law or similar law;
- any retirement or disability benefit you, your spouse, or children receive or are eligible to receive under the Social Security Act, the Canada Pension Plan, the Quebec Pension Plan or any similar plan or act;
- any disability benefits which you are eligible to receive under any other Company group insurance plan, governmental retirement system as a result of your employment with the Company or individual insurance plan where the premium is wholly or partially paid by the Company;
- unemployment benefits, or any earnings you receive from any form of employment including severance pay; and
- any disability or retirement benefits you receive under a retirement plan sponsored by the Company.

During an approved LTD leave of absence, you may be eligible for certain active employee health and insurance benefits subject to your continued employment and payment of any applicable contributions.

The following provides a general summary of benefits and information to be aware of:

| Benefits | Coverage/Information |
|---|---|
| Medical Plan | Continue active coverage under the Duke Energy Active Medical Plan, provided required contributions are paid. Once you are Medicare-eligible, you will be moved to an Out-of-Area (OOA) option that coordinates with Medicare (not applicable to employees residing in Hawaii). If you receive LTD benefits during the annual enrollment period, your available coverage options for the coming year will be described to you at that time. |
| Dental Plan | Continue active coverage under the Duke Energy Active Dental Plan, provided required contributions are paid. |
| Vision Plan | Continue active coverage under the Duke Energy Active Vision Plan, provided required contributions are paid. |
| Health Savings Account (HSA)<br><br>*Not applicable to employees residing in Hawaii* | Pre-tax payroll contributions end on the earlier of the effective date of your unpaid leave of absence or the LTD benefits effective date.<br><br>If you continue to be enrolled in a Health Savings Plan (HSP) option and satisfy all applicable requirements for contributing to an HSA, you can elect to continue contributions to your HSA by making contributions directly to the bank. |
| Basic Life Insurance | Continue existing coverage. |
| Supplemental Life Insurance | Continue existing coverage as long as you continue to pay the required contributions. |
| Dependent Life Insurance | Continue existing coverage as long as your dependent remains eligible and you continue to pay the required contributions. |

[1] This document contains selected highlights of Duke Energy's employee benefits plans. If any statement in this document, or any other communication, conflicts with the applicable plan documents, the plan documents will govern. Duke Energy retains the right to amend, modify or terminate its benefits plans in any respect and at any time, and neither its benefits plans, nor your plan participation, will be considered a contract for future employment.

| | |
|---|---|
| Basic Accidental Death & Dismemberment (AD&D) Insurance | Continue existing coverage. |
| Supplemental AD&D Insurance | Continue existing coverage as long as you continue to pay the required contributions. |
| Dependent AD&D Insurance | Continue existing coverage as long as your dependent remains eligible and you continue to pay the required contributions. |
| Business Travel Accident (BTA) Insurance | Coverage ceases when you are no longer actively at work. |
| Spending Accounts | Dependent Care Spending Account (DCSA)<br>• Participation ends upon the earlier of the effective date of your paid or unpaid leave of absence or the LTD benefits effective date.<br>• You can submit eligible expenses incurred through the end of the year in which your DCSA participation ends, up to your account balance as of the date your contributions ceased.<br>Health Care Spending Account (HCSA)<br>• Participation ends upon the earlier of the effective date of your unpaid leave of absence or the LTD benefits effective date.<br>• You can submit eligible expenses incurred up to the date on which your HCSA participation ends, up to the total amount you elected to contribute to your HCSA for the year (less previous reimbursements).<br>• You may be able to continue participation in your HCSA for a limited period of time through COBRA. |
| Pension Plan | For information about pension plan benefits, please call the Duke Energy myHR™ Service Center. |
| Retirement Savings Plan (RSP) | RSP payroll deductions on eligible pay will cease 60 days after your LTD effective date. If, after the 60 days, you return to work, and want to contribute to the RSP, you will need to re-elect your RSP pre-tax, Roth and/or after-tax deferral elections by accessing your RSP account via the Fidelity NetBenefits website at www.netbenefits.com or calling Fidelity's Duke Energy Customer Service Line. |
| Commuter Benefits | If you participate in the Commuter Benefits program,<br>• You will need to cancel your Parking Spending Account (PSA) or your transit pass order, if applicable to you. You can complete the necessary actions by accessing the Portal's myHR – Commuter Benefits page while you still have access to the Portal.<br>• Contact the Duke Energy myHR Service Center if you need assistance.<br>• You will also need to contact your parking vendor directly to cancel your parking. Canceling your Duke Energy PSA or transit pass order DOES NOT cancel your individual parking arrangement.<br>• When you return to work, you can access the Portal to establish a PSA or to create a transit pass order. You will need to contact a parking vendor directly to arrange for monthly parking. |

## Coordination of Medical Benefits with Medicare

Please be aware that if you are approved to receive LTD benefits and while receiving LTD benefits you and/or an eligible covered dependent become eligible for Medicare, Medicare will be the primary provider of coverage once you have received LTD benefits for six months and your Duke Energy-sponsored medical coverage will be secondary. When your Duke Energy medical coverage pays secondary to Medicare, your Duke Energy-sponsored medical coverage will coordinate with Medicare on a non-duplication of benefits basis even if you do not enroll in Medicare (Part A and B) coverage. (Duke Energy coverage for your dependents will remain primary unless the dependent is also eligible for Medicare.) To avoid Medicare enrollment penalties, it is important that you and each dependent enrolled in Duke Energy-sponsored medical coverage enroll in Medicare (Part A and B) as soon as you (and they) are eligible. If you become eligible for Medicare, you must notify Duke Energy by contacting the Duke Energy myHR Service Center.

## Resources to Assist You

You were previously assigned to a Lincoln Life Disability Case Manager. The following information is provided to help you better understand the responsibilities and services provided by Lincoln Life:

**Lincoln Life Disability Case Manager**

- Certify your disability period
- Verify your expected length of absence from work
- Stay involved during your disability to pursue work accommodations or rehabilitative employment

**Employee Assistance Program**

We understand that coping with a health condition can be stressful. Duke Energy offers an Employee Assistance Program (EAP), which is available to you and your household members at no cost. The EAP is a confidential, professional counseling and referral service that can assist you in dealing with feelings of stress, anxiety or depression, coping with change, and other personal, family or financial concerns. You can reach the EAP 24 hours a day, 7 days a week at 1-800-985-2594 or you can visit https://www.liveandworkwell.com/member/ (Access code: Duke).

# Important Contact Information

| Topic | Contact and/or Telephone Number |
|---|---|
| Health and Insurance Benefit Plans general information including information about COBRA | Duke Energy myHR Service Center at 888.465.1300 |
| Disability Case Management | Contact your previously assigned Lincoln Life Case Manager at their direct number |
| UnitedHealthcare® for information about medical benefits and claims<br><br>*Includes prescription drug benefits for employees residing in Hawaii* | 877.214.2930<br>www.myUHC.com |
| Fidelity for information about Health Savings Accounts<br><br>*Not applicable to employees residing in Hawaii* | 800.376.4015<br>www.netbenefits.com |
| Cigna® for information about dental benefits or claims | 800.965.9271<br>www.mycigna.com |
| CVS Caremark® for information about prescription drug benefits or claims<br><br>*Not applicable to employees residing in Hawaii* | 888.797.8912<br>www.caremark.com |
| Vision Service Plan (VSP®) for information about vision benefits or claims | 800.877.7195<br>www.vsp.com |
| Alight *Your Spending Account*™ (YSA) for information about HCSA and DCSA | 888.465.1300<br><br>*Select "Spending & Reimbursement Accounts" from phone menu* |
| Pension Plan Information | Duke Energy myHR Service Center at 888.465.1300 |
| Retirement Savings Plan | Fidelity at 800.376.4015<br>www.netbenefits.com |

myHR™ and *Your Spending Account*™ are trademarks of Alight Solutions LLC.

UnitedHealthcare® is a registered mark of UnitedHealth Group Inc.
Cigna® is a registered service mark of Cigna Intellectual Property Inc., licensed for use by Cigna Corporation and its subsidiaries.
CVS Caremark® is a registered mark of Caremark LLC.
Vision Service Plan® is a registered mark of Vision Service Plan.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | April 6, 2021 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records |
| Fax: | (704) 865-7328 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

April 6, 2021

Dr. Alesha Logan
Caromont Family Medicine
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Alesha Logan:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 31, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by April 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   ______________________________________________
   ______________________________________________
   ______________________________________________
   ______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

   ______________________________________________
   ______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   ______________________________________________
   ______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: ~~March 26, 2021~~ April 6, 2021 | |
| From: ~~To:~~ | CAROLINA ORTHOPAEDIC PT & REHAB; ATT: MI |
| ~~Attn:~~ | ~~Misty~~ |
| From: Fax: | (704) 852-3499 Kristen |
| Attn: From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 + 47 = 52 pages total |
| RE: | |
| Claim #: | 10813707 |
| Claimant: | Allan Araya |
| Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

March 26, 2021

Carolina Orthopaedic Pt & Rehab; Att: Misty

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 10, 2021 through the present

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH:

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:

Print Name

DocuSigned by:

Signature

12/23/2020

Date

12/2019 – Duke Energy

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic
& Sports Medicine Center
Focused on You

## FLOWSHEET

**Patient:** Araya, Allan A.

**Date:** 03/24/2021 **Start Date:** 02/09/2021
**Physician:** C. A. Prato, MD (1376538686)
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee

**Location: gym**

step downs

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2021-03-24 | 20 | 10 seconds | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 seconds

SLR

| Date | Weights/Sets/Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

Ideal stretch hamstring

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

Focused on You

## FLOWSHEET

**Patient:** Araya, Allan A.

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 3 | 30sec | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30sec

### Ideal stretch calf

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 3 | 30 sec | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

### slantboard stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 3 | 30 sec | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

### step downs

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

### step up lateral

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

### step up fwd

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

### squats

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

### SLR flex


Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic
& Sports Medicine Center
Focused on You

## FLOWSHEET

**Patient:** Araya, Allan A.

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | | | | | | | Therapeutic Exercise | 1:1 w/Assistant *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

quad set

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | | | | | | | Therapeutic Exercise | 1:1 w/Therapist *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | | | | | | | Therapeutic Exercise | 1:1 w/Therapist *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

long sitting calf stretch with towel

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-03-24 | | | | | | | Therapeutic Exercise | 1:1 w/Therapist *TN* |

**Total Minutes by Procedure**
Therapeutic Exercise:

Carolina Orthopaedic PT & Rehab
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:00 pm/3:00 pm
**Visit No.:** 7

**Insurance Name:** United Healthcare Choice Plus

**Date of Daily Note:** 03/24/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports his R knee is doing a bit better. Currently his knee pain is a 6/10.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** -10 degrees TKE at HS
**Functional Deficits / Gains:** Pt continues to complain of pain with full ROM with over pressure and is unable to maintain full extension in NWB -5 degrees and WB -10 degrees although pt does demonstrate increasing dynamic CKC strength
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| | | |
|---|---|---|
| **Precautions** | full PCL tear/MCL sprain | |
| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *4* |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings

PROM 0-130
AROM 0 with QS but -5 degrees without QS, flexion 125
WB knee flexion -10

## Assessment

**Assessment/Diagnosis:** Pt did well with all tasks today but his biggest deficit remains lack of TKE. Lots of cuing for quad activation and contraction throughout tasks. His knee pain is decreasing some and I would like to transition him out of his knee brace soon. Pt will continue to benefit from skilled PT to safely return to prior level of function or better while progressing toward POC goals.
**Patient Education:** HEP.
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | 75% | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | 75% | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Goal Met | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |
**Long Term Goals:**
1: (7 Weeks) | 50% | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 03/24/2021

2: (7 Weeks) | 50% | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (7 Weeks) | 0% | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Taylor Navey

Taylor Navey
License #A6761
*Initiated by Taylor Navey on March 24, 2021 at 3:21 pm*

Jaime Giannattasio
License #P16182
*Electronically Co-Signed by Jaime Giannattasio on March 24, 2021 at 3:56 pm*

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

# FLOWSHEET

**Patient:** Araya, Allan A.

**Date:** 03/18/2021 **Start Date:** 02/09/2021
**Physician:** C. A. Prato, MD (1376538686)
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee

**Location: gym**

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-18: 8 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-18: 8 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-18: 8 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-18: 90/90*

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 20 | 10 seconds | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 seconds

SLR



PAGE 11/52 * RCVD AT 4/6/2021 9:04:49 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):22-52

**Carolina Orthopaedic PT & Rehab**
2345 C ourt Drive
G astonia, N C , 2805 4-215 1
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic
& Sports Medicine Center
Focused on You

## FLOWSHEET

**Patient:** A ray a, A llan A .

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

ideal stretch hamstring

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 3 | 30sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30sec

ideal stretch calf

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

slantboard stretch

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

**Carolina Orthopaedic PT & Rehab**
2345 C ourt Drive
G astonia, N C , 2805 4-215 1
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic & Sports Medicine Center

## FLOWSHEET

**Patient:** A ray a, A llan A .

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

SLR flex

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

quad set

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

long sitting calf stretch with towel

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-18 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:



PAGE 13/52 * RCVD AT 4/6/2021 9:04:49 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):22-52

# Patient Outcomes

Report Date: 3/18/2021

**Allan A Araya** **16 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 7398223 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 35069917 | **Area:** | Lower Extremity |
| **Visit Date:** | 3/18/2021 | **Clinician:** | Giannastasio, Jaime |
| **Entry Date:** | 3/18/2021 | **Clinic:** | Carolina Orthopaedic PT & Rehab |
| **ICD Code:** | M1711 - Unilateral primary osteoarthritis, right knee | **Referral Source:** | Prato, Christopher A |
| **Gender:** | M | | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Pain Level | 8 | 8 | (0 to 10) |
| | Any of your usual work, housework, or school activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Getting into or out of the bath | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking between rooms | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Putting on your shoes or socks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Squatting | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Performing light activities around your home | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Performing heavy activities around your home | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Getting into or out of a car | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking a mile | Quite a Bit of Difficulty | 1 | (0 to 4) |

WebPT



PAGE 14/52 * RCVD AT 4/6/2021 9:04:49 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):22-52

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Standing for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Sitting for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Hopping | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Rolling over in bed | Quite a Bit of Difficulty | 1 | (0 to 4) |

**Carolina Orthopaedic PT & Rehab**
2345 C ourt Drive
G astonia, N C 2805 4-215 1
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 6

**Date of Daily Note:** 03/18/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt continues to reports knee pain with full extension and overpressure into flexion and maintains -5 degrees in nwb and -10 degrees in WB.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** -10 degrees TKE at HS
**Functional Deficits / Gains:** Pt continues to complain of pain with full ROM with over pressure and is unable to maintain full extension in NWB -5 degrees and WB -10 degrees although pt does demonstrate increasing dynamic CKC strength
**Pain Location:** right knee
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7 **Previous Findings as of 02/09/2021 - Worst:9 Best:6 Current:7*
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| **Precautions** | full PCL tear/MCL sprain | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings
PROM 0-130
AROM 0 with QS but -5 degrees without QS, flexion 125
WB knee flexion -10

## Assessment

**Assessment/Diagnosis:** Pt achieves full extension with overpressure with pain and wiht QS -5 degrees of extension in NWB and lacks -10 degrees in WB with lack of TKE during gait and poor gait pattern. Pt does dmeonstrate increased dynamic hip strength though still lacks hip and knee strength for functonal activities. Pt complains of pain with all activities form stretching to strengthening. Pt would benefit from PT with compliance to HEP to maximize outcomes to achieve goals.
**Patient Education:** Pt has not been compliant with HEP to maximize extension for functional TKE to improve gait pattern
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | 75% | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | 75% | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Arava, Allan A.
**Date of Birth:**
**Document Date:** 03/18/2021

4: (3 Weeks) | Goal Met | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**

1: (7 Weeks) | 50% | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (7 Weeks) | 50% | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (7 Weeks) | 0% | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on March 18, 2021 at 2:28 pm*

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Recertification Note

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 6

**Date of Recertification:** 03/18/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt was in MVA 12//13/20. MRI of right knee shows MCL sprain with full PCL tear with fracture at PCL insertion on non weight bearing portion of joint. Pt has been non compliant with PT HEP and instructions in the past with regression of knee ROM and strenght. Pt MM gaurds and refuses manual treatemnt to assist in improving ROM. Pt was to continue therapy with progressive HEP but instead has returned to therapy, hopefully to be more compliant
**Current Complaints / Gains:** Pt continues to reports knee pain with full extension and overpressure into flexion and maintains -5 degrees in nwb and -10 degrees in WB.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** -10 degrees TKE at HS
**Functional Deficits / Gains:** Pt continues to complain of pain with full ROM with over pressure and is unable to maintain full extension in NWB -5 degrees and WB -10 degrees although pt does demonstrate increasing dynamic CKC strength
**Pain Location:** right knee
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7 **Previous Findings as of 02/09/2021 - Worst:9 Best:6 Current:7*
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** see MD chart

## Objective

### Inspection

**Patient Consent**

Patient/Parent/Guardian Consent Yes

### Outcome Measurement Tools

**Previous Findings as of 02/09/2021*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 16/80 | *16* |

### Observation

**Gait** Lacks Full Knee Extension at Heel Strike, Lacks Proper Heel Strike/Toe Off, Maintains Knee Flexion During Midstance, Shortened Stride Length

### Range of Motion

**Previous Findings as of 02/09/2021*

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Recertification Note

**Patient Name:** Arava, Allan A.
**Date of Birth:**
**Document Date:** 03/18/2021

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 130 ° | N ot Tested | *100 °* | *Not Tested* |
| Extension | (5) ° | Not Tested | *(20) °* | *Not Tested* |

| Knee PROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 130 ° | Not Tested | *110 °* | *Not Tested* |
| Extension | 0 ° | Not Tested | *(10) °* | *Not Tested* |

**Comments** Pt requires heavy encouragement to achieve full extension with over pressure but uble to maintain full extension in NWB -5 degrees and in WB -10 degrees

**Strength** **Previous Findings as of 02/09/2021*

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 4-/5 | Not Tested | *3+/5* | *Not Tested* |
| Hip Extension | 4-/5 | Not Tested | *3-/5* | *Not Tested* |
| Hip Abduction | 4-/5 | Not Tested | *3-/5* | *Not Tested* |
| Hip Adduction | 4-/5 | Not Tested | *3/5* | *Not Tested* |
| Hip Internal Rotation | 4-/5 | Not Tested | *3-/5* | *Not Tested* |
| Hip External Rotation | 4-/5 | Not Tested | *3-/5* | *Not Tested* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 4-/5 | Not Tested | *3-/5* | *Not Tested* |
| Knee Extension | 3-/5 | Not Tested | *3-/5* | *Not Tested* |

**Comments** knee MMT with gaurding and pain *knee and hip MMT with gaurding and pain*

## Assessment

**Assessment/Diagnosis:** Pt achieves full extension with overpressure with pain and wiht QS -5 degrees of extension in NWB and lacks -10 degrees in WB with lack of TKE during gait and poor gait pattern. Pt does dmeonstrate increased dynamic hip strength though still lacks hip and knee strength for functonal activities. Pt complains of pain with all activities form stretching to strengthening. Pt would benefit from PT with compliance to HEP to maximize outcomes to achieve goals.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Pt has not been compliant with HEP to maximize extension for functional TKE to improve gait pattern

**Rehab Potential:** Good

**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | 75% | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | 75% | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Goal Met | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**
1: (7 Weeks) | 50% | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (7 Weeks) | 50% | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Recertification Note

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 03/18/2021

3: (7 Weeks) | 0% | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

**Summary/Recommendations:** without improvement in pt compliance to HEP or noticab;re decreased pain levels and reported pain levels or improvement in PROM/strength, pt will not benefit from further services after this recertification

## Plan

**Frequency:** 1 time a week
**Duration:** 7 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy (pt did not tolerate manual treatment last PT sessions secondary to pain)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on March 18, 2021 at 2:28 pm*

Physician Signature____________________
C. A. Prato, MD

Date:______________ Time:__________

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

Carolina Orthopaedic

# Plan of Care

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 6

**Date of Plan of Care:** 03/18/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Assessment

**Assessment/Diagnosis:** Pt achieves full extension with overpressure with pain and wiht QS -5 degrees of extension in NWB and lacks -10 degrees in WB with lack of TKE during gait and poor gait pattern. Pt does dmeonstrate increased dynamic hip strength though still lacks hip and knee strength for functonal activities. Pt complains of pain with all activities form stretching to strengthening. Pt would benefit from PT with compliance to HEP to maximize outcomes to achieve goals.
**Patient Education:** Pt has not been compliant with HEP to maximize extension for functional TKE to improve gait pattern
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | 75% | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | 75% | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Goal Met | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**
1: (7 Weeks) | 50% | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (7 Weeks) | 50% | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (7 Weeks) | 0% | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

**Summary/Recommendations:** without improvement in pt compliance to HEP or noticab;re decreased pain levels and reported pain levels or improvement in PROM/strength, pt will not benefit from further services after this recertification

## Plan

**Frequency:** 1 time a week

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 03/18/2021

# Plan of Care

**Duration:** 7 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy (pt did not tolerate manual treatment last PT sessions secondary to pain)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs
Pt to utlize HEP to maximize functional ROM and strength

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on March 18, 2021 at 2:28 pm*

Physician Signature________________________
C. A. Prato, MD
Date:______________ Time:____________

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic
& Sports Medicine Center

# FLOWSHEET

**Patient:** A ray a, A llan A .

**Date:** 03/11/2021 **Start Date:** 02/09/2021
**Physician:** C . A . Prato, MD (137 65 38686)
**Diagnosis:** IC D10: M17 .11: U nilateral prim ary osteoarthritis, right k nee, M25 .5 61: Pain in right k nee

**Location: gym**

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-11: 8 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03 -11:8 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03 -11:8 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03 -11:9 0/9 0*

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 20 | 10 seconds | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 seconds

SLR

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic & Sports Medicine Center

## FLOWSHEET

**Patient:** A ray a, A llan A .

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

ideal stretch hamstring

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 3 | 30sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30sec

ideal stretch calf

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

slantboard stretch

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03 -11 lev el 3*

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic
& Sports Medicine Center

## FLOWSHEET

**Patient:** A ray a, A llan A .

squats

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

Total Minutes by Procedure
Therapeutic Exercise:

SLR flex

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

Total Minutes by Procedure
Therapeutic Exercise:

quad set

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

Total Minutes by Procedure
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

Total Minutes by Procedure
Therapeutic Exercise:

long sitting calf stretch with towel

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-11 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

Total Minutes by Procedure
Therapeutic Exercise:

Date: **2021-03-11**



WebPT

PAGE 25/52 * RCVD AT 4/6/2021 9:04:49 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):22-52

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 5

**Date of Daily Note:** 03/11/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** pt reports still having pain but knee is feeling less stiff
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| **Precautions** | full PCL tear/MCL sprain | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *4* |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings

PROM 0-130
AROM 0 with QS, flexion 125
WB knee flexion -10

## Assessment

**Assessment/Diagnosis:** pt able to achieve full extension with PROM and QS on NWB but unable to maintain full extension in relaxed NWB position. increased p/arom with pain and lots of encouragement. pt still in -10 degrees in WB but demonstrates increased mm control with functional challenges and improved heel toe gait pattern despite lack of TKE.
**Patient Education:** HEP with emphasis to functional TKE
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**
1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 03/11/2021

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on March 11, 2021 at 2:17 pm*

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic & Sports Medicine Center
Focused on You

## FLOWSHEET

**Patient:** A ray a, A llan A .

**Date:** 03/04/2021 **Start Date:** 02/09/2021
**Physician:** C . A . Prato, MD (137 65 38686)
**Diagnosis:** IC D10: M17 .11: U nilateral prim ary osteoarthritis, right k nee, M25 .5 61: Pain in right k nee

**Location: gym**

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-04: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-04: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-04: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-03-04: 90/90*

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 20 | 10 seconds | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 seconds

SLR

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic & Sports Medicine Center
Focused on You

## FLOWSHEET

**Patient:** A ray a, A llan A .

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**ideal stretch hamstring**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 3 | 30sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30sec

**ideal stretch calf**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

**slantboard stretch**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

**step downs**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**step up lateral**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**step up fwd**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**squats**

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F : (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

## FLOWSHEET

**Patient:** Araya, Allan A.

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

SLR flex

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

quad set

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

long sitting calf stretch with towel

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-03-04 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 4

**Date of Daily Note:** 03/04/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** pt reports not wearing brace and knee doing a little better
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| **Precautions** | full PCL tear/MCL sprain | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | *Units* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

CPT copyright 2020 American Medical Association. All rights reserved.

Objective Findings

PROM 0-125
AROM -5 with QS, flexion 120
WB knee flexion -10

## Assessment

**Assessment/Diagnosis:** Pt able to achieve full extension and increase both A/PROM of flexion with pain. Pt still lacking 10 degrees of extension in WB. Pt performs CKC activities with improved qualtiy
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**
1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

## Plan

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 03/04/2021

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on March 4, 2021 at 2:16 pm*

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (7 04)833-3103
F : (7 04)85 2-3499

Carolina Orthopaedic & Sports Medicine Center

Focused on You

# FLOWSHEET

**Patient:** A ray a, A llan A .

**Date:** 02/26/2021 **Start Date:** 02/09/2021

**Physician:** C. A. Prato, MD (1376538686)

**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee

**Location: gym**

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-26: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-26: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-26: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-26: 90/90*

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 20 | 10 seconds | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 seconds

SLR

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic
& Sports Medicine Center
Focused on You

# FLOWSHEET

**Patient:** Araya, Allan A.

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

ideal stretch hamstring

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 3 | 30sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30sec

ideal stretch calf

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

slantboard stretch

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 3 | 30 sec | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-26: level 3*

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

step downs

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic
& Sports Medicine Center

## FLOWSHEET

**Patient:** Araya, Allan A.

squats

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | 30 | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-26: 90/90*

**Total Minutes by Procedure**
Therapeutic Exercise:

SLR flex

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

quad set

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

long sitting calf stretch with towel

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2021-02-26 | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, C hristopher A . MD

**Time In/Out:** 11:30 am /12:30 pm
**Visit No.:** 3

**Insurance Name:** U nited H ealthcare C hoice Plus

**Date of Daily Note:** 02/26/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** IC D10: M17 .11: U nilateral prim ary osteoarthritis, right k nee, M25 .5 61: Pain in right k nee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** IC D10: M17 .11: U nilateral prim ary osteoarthritis, right k nee, M25 .5 61: Pain in right k nee, M25 .661 Stiffness of right k nee, not elsewhere classified, R5 3.1: Weak ness, R26.2: Difficulty in walk ing, not elsewhere classified

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** pt returned to wearing b race lim iting his RO M y et again
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with A D with poor antalgic gait pattern, no TK E, m inim al H S at IC of gait
**Aggravating Factors:** Standing, Walk ing, Stairs - up, Stairs - down, Sit to stand, B ending
**Home Health Care:** N o
**Complicating/Personal Factors:** Previous Therapy (non com pliant with H EP and PT instruction to increase WB and q uality ( gait)
**Mental Status/Cognitive Function Appears Impaired?** N o

## Objective

**Precautions** full PC L tear/MC L sprain

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| G P:97 110 | Therapeutic Exercise<br>See F lowsheet | 4 |

C P T copyright 2020 A merican Medical A ssociation. A ll rights reserv ed.

O b jective F indings

PRO M 0-120
A RO M -10 with Q S, flexion 115
WB k nee flexion -10

## Assessment

**Assessment/Diagnosis:** pt req uires alot of vc and tactile cueing to m aim iz e stretching and strength. Pt wanted to k eep b race on during therex b ecause of pain and lots of education req uired that the k nee b race with lim it RO m and strength task s. full extension with PRO M b ut no increase with active Q S. Pt dem onstrates sam e PRO M and A RO M in to flexion. Pt ab le to ac 10 degrees of extnsion in WB
**Patient Education:** extesive H EP and ice
**Rehab Potential:** G ood
**Patient Problems:**
- right k nee RO M
- right k nee pain
- right k nee and hip weak ness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week ) | Pt to b e I with H EP |
2: (3 Week s) | Pt to m axim iz e PRO M of k nee to im prove gait pattern and WB for im proved m ob ility |
3: (3 Week s) | Pt to dem onstrate right k nee strength within pt RO M at least 3/5 to im prove WB and gait pattern |
4: (3 Week s) | Pt to dem onstrate right hip strength 4-/5 to im prove dy nam ic stab ility of k nee to im prove WB with decrease and im prove gait pattern |

**Long Term Goals:**
1: (6 Week s) | Pt to m axim iz e A RO M of k nee to im prove gait pattern and WB for im proved m ob ility |
2: (6 Week s) | Pt to dem onstrate right k nee strength within pt RO M at least 4/5 to im prove WB and gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/26/2021

3: (6 Week s) | Pt to dem onstrate right hip strength 4/5 to im p rove dy nam ic stab ility of k nee to im prove WB with decrease and im prove gait pattern |

## Plan

**Instructions:** Progressing Patient N ext V isit
Pt to utliz e H EP to m axim iz e functional RO M and strength

J aim e G iannattasio
L icense # P16182
*Electronically Signed by Jaime Giannattasio on February 26, 2021 at 12:11 pm*

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

# FLOWSHEET

**Patient:** Araya, Allan A.

**Date:** 02/17/2021 **Start Date:** 02/09/2021
**Physician:** C. A . Prato, MD (137 65 38686)
**Diagnosis:** IC D10: M17 .11: U nilateral prim ary osteoarthritis, right k nee, M25 .5 61: Pain in right k nee

**Location: gym**

step downs

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 15 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-17: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up lateral

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 15 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-17: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

step up fwd

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 15 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-17: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

squats

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-17: 90/90*

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 20 | 10 seconds | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 seconds

SLR

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

# FLOWSHEET

**Patient:** Araya, Allan A.

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

ideal stretch hamstring

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 3 | 30sec | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30sec

ideal stretch calf

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 3 | 30 sec | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

slantboard stretch

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-17 | 3 | 30 sec | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-17: level 2*

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 2

**Date of Daily Note:** 02/17/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** pt is having left hip pain secondary to lack of rightknee extension
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** full PCL tear/MCL sprain

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

C P T copyright 2020 American Medical Association. All rights reserved.

Objective Findings

PROM -10-120
AROM -10 with QS, flexion 115
WB knee flexion -20

## Assessment

**Assessment/Diagnosis:** instructionin all therex to maximiaze stretch and strength. Able to maintain 10 lack of flexion in SLR without extenser lag per VC. pt demonstrates increased PROM and AROM in NW but in WB continue sin 20 degrees of flexion. improving control of sit ot stand from 90/90 position noted. began 6 inch step in all directions.
**Patient Education:** extensive HEP and ice
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**
1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Arava, Allan A.
**Date of Birth:**
**Document Date:** 02/17/2021

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 17, 2021 at 2:22 pm*

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

## FLOWSHEET

**Patient:** Araya, Allan A.

**Date:** 02/09/2021
**Physician:** C. A . Prato, MD (137 65 38686)
**Diagnosis:** IC D10: M17 .11: U nilateral prim ary osteoarthritis, right k nee, M25 .5 61: Pain in right k nee

**Location:** gym

**step downs**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-09: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

**step up lateral**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-09: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

**step up fwd**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

*2021-02-09: 6 inch*

**Total Minutes by Procedure**
Therapeutic Exercise:

**squats**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**SLR flex**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise:

**quad set**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 30 | | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC, 28054-2151
P: (704)833-3103
F: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center

**FLOWSHEET**

**Patient:** Araya, Allan A.

*2021-02-09: 5 second hold*

**Total Minutes by Procedure**
Therapeutic Exercise:

PROM heel slide

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 20 | 10 sec | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 10 sec

long sitting calf stretch with towel

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2021-02-09 | 3 | 30 | | | | | Therapeutic Exercise | 1:1 w/Therapist *JG* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30


PAGE 43/52 * RCVD AT 4/6/2021 9:04:49 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):22-52

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

Carolina Orthopaedic

# Plan of C are

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:30 pm/3:30 pm
**Visit No.:** 1

**Date of Plan of Care:** 02/09/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD 10: M17.11: U nilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD 10: M17.11: U nilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: D ifficulty in walking, not elsewhere classified

## Assessment

**Assessment/Diagnosis:** Pt has had previous forma PT for right knee in which he continued to regress in pain tolerance and ROM and was non compliant with HEP. Pt continues to demonstrate stiff and painful right knee ROM with global right LE weakness and minimal WB during gait with poor antalgic gait pattern. Pt given extensive HEP with ROM, OKC, and KCK challenges to increase pt independence and responsibility for his own well being and improvement. Pt would benefit from formal PT to further pt education and progress HEP.

**Patient Education:** Pt given extensive Knee ROM and.LE OCK and CKC challenges to perfrom between therapy sessions to improve pt outcomes. Complaince remains to be seen as he was not compliant with HEP episode of formal PT

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**

1: (1 Week) | Pt to be I with HEP |

2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |

3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |

4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**

1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |

2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |

3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

# Plan of Care

## Plan

**Frequency:** 1 time a week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy (pt did not tolerate manual treatment last PT sessions secondary to pain)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs
Pt to utlize HEP to maximize functional ROM and strength

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 9, 2021 at 3:14 pm*

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________
C. A. Prato, MD
Date:____________ Time:____________

# Patient Outcomes

Report Date: 2/8/2021

**Allan A Araya** **16 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 7398223 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 35069917 | **Area:** | Lower Extremity |
| **Visit Date:** | 2/9/2021 | **Clinician:** | Giannattasio, Jaime |
| **Entry Date:** | 2/9/2021 | **Clinic:** | Carolina Orthopaedic PT & Rehab |
| **ICD Code:** | M1711 - Unilateral primary osteoarthritis, right knee | **Referral Source:** | Prato, Christopher A |
| **Gender:** | M | | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Pain Level | 8 | 8 | (0 to 10) |
| | Any of your usual work, housework, or school activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Getting into or out of the bath | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking between rooms | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Putting on your shoes or socks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Squatting | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Performing light activities around your home | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Performing heavy activities around your home | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Getting into or out of a car | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking a mile | Quite a Bit of Difficulty | 1 | (0 to 4) |

**Patient Outcomes** **Report Date: 2/9/2021**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Standing for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Sitting for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Hopping | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Rolling over in bed | Quite a Bit of Difficulty | 1 | (0 to 4) |

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:30 pm/3:30 pm
**Treatment Diagnosis:** ICD 10: M17.11: U nilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: D ifficulty in walking, not elsewhere classified

**Date of Initial Examination:** 02/09/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD 10: M17.11: U nilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Visit No.:** 1

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt was in MVA 12//13/20. MRI of right knee shows MCL sprain with full PCL tear with fracture at PCL insertion on non weight bearing portion of joint. Pt has been non compliant with PT HEP and instructions in the past with regression of knee ROM and strenght. Pt MM gaurds and refuses manual treatemnt to assist in improving ROM. Pt was to continue therapy with progressive HEP but instead has returned to therapy, hopefully to be more compliant
**Primary Concern/Chief Complaint:** Pain and difficulty with mobility
**Before the Injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Diagnostic Testing/Imaging:** see MD chart
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** see MD chart
**Patient Goals:** Pt would like to decrease pain and improve mobility

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 16/80 |

### Observation

**Gait** Antalgic, Lacks Full Knee Extension at Heel Strike, Lacks Proper Heel Strike/Toe Off, Maintains Knee Flexion During Midstance, Apprehensive with Weightbearing, Shortened Stride Length

### Range of Motion

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | 100 ° | Not Tested |

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

| | | |
|---|---|---|
| Extension | (20) ° | Not Tested |

| **Knee PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | 110 ° | Not Tested |
| Extension | (10) ° | Not Tested |

## Strength

**Gross Muscle Tests Lower**

**Hip**

| | **Right** | **Left** |
|---|---|---|
| Hip Flexion | 3+/5 | Not Tested |
| Hip Extension | 3-/5 | Not Tested |
| Hip Abduction | 3-/5 | Not Tested |
| Hip Adduction | 3/5 | Not Tested |
| Hip Internal Rotation | 3-/5 | Not Tested |
| Hip External Rotation | 3-/5 | Not Tested |

**Knee**

| | **Right** | **Left** |
|---|---|---|
| Knee Flexion | 3-/5 | Not Tested |
| Knee Extension | 3-/5 | Not Tested |

**Comments** knee and hip MMT with gaurding and pain

## Assessment

**Assessment/Diagnosis:** Pt has had previous forma PT for right knee in which he continued to regress in pain tolerance and ROM and was non compliant with HEP. Pt continues to demonstrate stiff and painful right knee ROM with global right LE weakness and minimal WB during gait with poor antalgic gait pattern. Pt given extensive HEP with ROM, OKC, and KCK challenges to increase pt independence and responsibility for his own well being and improvement. Pt would benefit from formal PT to further pt education and progress HEP.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Pt given extensive Knee ROM and LE OCK and CKC challenges to perfrom between therapy sessions to improve pt outcomes. Complaince remains to be seen as he was not compliant with HEP episode of formal PT

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**

1: (1 Week) | Pt to be I with HEP
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern
4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern

**Long Term Goals:**

1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility
2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern
3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern

## Plan

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

**Frequency:** 1 time a week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy (pt did not tolerate manual treatment last PT sessions secondary to pain)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 9, 2021 at 3:14 pm*

Physician Signature____________________
C. A. Prato, MD
Date:______________ Time:______________

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:30 pm/3:30 pm
**Visit No.:** 1

**Date of Daily Note:** 02/09/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD 10: M17.11: U nilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD 10: M17.11: U nilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: D ifficulty in walking, not elsewhere classified

**Insurance Name:** U nited Healthcare Choice Plus

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pain and difficulty with mobility
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** full PCL tear/MCL sprain

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>extensive HEP and pt education for taking personal responsibilty to improve condition | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings see IE

## Assessment

**Assessment/Diagnosis:** Pt has had previous forma PT for right knee in which he continued to regress in pain tolerance and ROM and was non compliant with HEP. Pt continues to demonstrate stiff and painful right knee ROM with global right LE weakness and minimal WB during gait with poor antalgic gait pattern. Pt given extensive HEP with ROM, OKC, and KCK challenges to increase pt independence and responsibility for his own well being and improvement. Pt would benefit from formal PT to further pt education and progress HEP.
**Patient Education:** Pt given extensive Knee ROM and LE OCK and CKC challenges to perfrom between therapy sessions to improve pt outcomes. Complaince remains to be seen as he was not compliant with HEP episode of formal PT
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |

**Carolina Orthopaedic PT & Rehab**
2345 Court D rive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**

1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |

2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |

3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

## Plan :

**Instructions:** Progressing Patient Next Visit

Pt to utlize HEP to maximize functional ROM and strength

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 9, 2021 at 3:14 pm*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, April 1, 2021 2:19:46 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | imzenufekojelywhqgod_10219818.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

April 1, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 26, 2021, we requested medical records from Dr. Prato and Carolina Ortho Physical Therapy. Dr. Dibella has already sent us updated records through March 26, 2021 This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 29, 2021 through the present from Dr. Prato and Carolina Ortho Physical Therapy

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Duke Energy Corporation's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than May 15, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | March 26, 2021 |
| ~~To~~ From: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| ~~From~~ To: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

Return To: Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 12-16-2020
   DATE LAST TREATED — 3-11-2021
   NEXT OFFICE VISIT — 4-22-2021

   Bl. knee OA M17.11
   MCL Sprain, Plateau fx S83.411D
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☑ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced

   Rt PCL tear, MCL Sprain, Nonweightbearing tibial plateau fx.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Rt PCL tear MCL Sprain, Nonweightbearing tibial plateau fx.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Christopher Prato<br>Provider's Name (Please Print) | MD / Orthopedic<br>Degree *AND* Area of Specialty | 56-2037928<br>Social Security or Tax ID Number |
| 2345 Court Dr.<br>Street Address | 704-865-0077<br>Telephone Number | 704-867-6401<br>Fax Number |
| Gastonia NC 28054<br>City, State & Zip Code | 3/31/21<br>Signature | <br>Date |

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | March 11, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his right knee. He has been doing therapy. He is walking a lot better. He still feels stiff at times. He is working with our therapist here.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 5, flexion 125. He has pain with going beyond that in full flexion and also beyond that in full extension. His tenderness and pain at the MCL is much improved. His quad is firing reasonably.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: Overall I think he is improving quite a bit. I will have him continue with therapy. I still think he needs quite a bit more. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/au

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | January 28, 2021 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

---

DATE OF INJURY: , MVC.

HX: The patient returns in followup for his MRI results of his right knee. He is currently doing physical therapy with Jamie. He claims he is still hurting quite a bit, although in general just by observation on my part he looks quite a bit better.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 10, flexion 120. His effusion/hemarthrosis has reduced significantly. Varus and valgus exam is stable, but he has got pain with valgus stress and tenderness at the MCL origin. He is still guarding too much with Lachman's and posterior drawer to really get a full evaluation although there is a suggestion of some laxity.

MRI scan is reviewed which shows a high grade MCL sprain as well as a full PCL tear. He has also got fracturing at the PCL insertion on the tibial plateau more in the nonweightbearing portion of it.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: He will continue with his physical therapy and advance as he can tolerate. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1