# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
[signature]
8A6E425585D4442...

Print Name

DocuSigned by:
[signature]
8A6E425585D4442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

March 26, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 29, 2021 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

FAX COVER SHEET

*DiBella Chiropractic Center*
Dr. Kevin DiBella, D.C.
Dr. Larissa DiBella, D.C.
528 Union Road
Gastonia, NC 28054
(704) 867-1010 Fax- (704) 868-2602

Date: 3/30/21

No. of Pages: 27
(including this cover sheet)

To: Lincoln Financial - STD Benefits

Attention: Sarah Hicks.

Fax #: 603-334-8856

From: ______
Of DiBella Chiropractic Center

SUBJECT: MR Request

MESSAGE:

If the telecopy you have received is incomplete or illegible please contact us immediately at the above number.

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTILALITY IS PROTECTED BY STATE LAW. THE STATE LAW PROHIBITS YOU FROM MAKING ANY FURTHER DISCLOSURE OF SUCH INFORMATION WITHOUT THE SPECIFIC CONSENT OF THE PERSON TO WHOM SUCH INFORMATION PERTAINS, OR IS OTHERWISE PERMITTED BY STATE LAW.

**DiBella Chiropractic Center (TIN#: xx-xx27245)**
**528 Union Rd**
**Gastonia, NC 28054-4450**
**704-867-1010**
**Today's date: March 30, 2021**

**Patient: Allan A Araya #5593 DOB:**

## Monday January 11, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/11/2021 at 3:19pm

### Subjective

**Cervical:** Right sided neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 7/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 6/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain worse in the mornings. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: moderate; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C3: moderate (quality: sharp); C4: moderate (quality: sharp); C5: moderate (quality: sharp); C6: moderate (quality: sharp); C7: moderate (quality: sharp); right cervical musculature: moderate (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: sharp); T2: moderate (quality: sharp); T3: moderate (quality: sharp); T4: moderate (quality: sharp); right upper thoracic paraspinals: moderate (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to

increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/11/2021 at 3:19pm**

## Wednesday January 13, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/13/2021 at 3:03pm

### Subjective

**Cervical:** Right sided neck pain and limited mobility. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 6/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder stiffness. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: moderate; level: 7/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C3: moderate (quality: sharp); C4: moderate (quality: sharp); C5: moderate (quality: sharp); C6: moderate (quality: sharp); C7: moderate (quality: sharp); right cervical musculature: moderate (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: sharp); T2: moderate (quality: sharp); T3: moderate (quality: sharp); T4: moderate (quality: sharp); right upper thoracic paraspinals: moderate (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the

patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/13/2021 at 3:03pm**

## Thursday January 14, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/14/2021 at 2:43pm

### Subjective

**Cervical:** Right sided neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 6/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain raising the arm. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: moderate; level: 7/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C3: moderate (quality: sharp); C4: moderate (quality: sharp); C5: moderate (quality: sharp); C6: moderate (quality: sharp); C7: moderate (quality: sharp); right cervical musculature: moderate (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: sharp); T2: moderate (quality: sharp); T3: moderate (quality: sharp); T4: moderate (quality: sharp); right upper thoracic paraspinals: moderate (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the

patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/14/2021 at 2:43pm**

## Monday January 18, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/18/2021 at 3:08pm

### Subjective

**Cervical:** Right sided neck pain with activity. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right shoulder and upper stiffness. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 6/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain with activity. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: moderate; level: 7/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C3: moderate (quality: sharp); C4: moderate (quality: sharp); C5: moderate (quality: sharp); C6: moderate (quality: sharp); C7: moderate (quality: sharp); right cervical musculature: moderate (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: sharp); T2: moderate (quality: sharp); T3: moderate (quality: sharp); T4: moderate (quality: sharp); right upper thoracic paraspinals: moderate (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the

patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/18/2021 at 3:08pm**

## Thursday January 21, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/21/2021 at 2:58pm

### Subjective

**Cervical:** Right sided neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right shoulder and upper stiffness. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain with flexion. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C3: moderate (quality: sharp); C4: moderate (quality: sharp); C5: moderate (quality: sharp); C6: moderate (quality: sharp); C7: moderate (quality: sharp); right cervical musculature: moderate (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: sharp); T2: moderate (quality: sharp); T3: moderate (quality: sharp); T4: moderate (quality: sharp); right upper thoracic paraspinals: moderate (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the

patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/21/2021 at 2:58pm**

## Friday January 22, 2021 Provider: Kevin DiBella DC RE-EXAM

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/24/2021 at 11:30am

### Subjective

**Cervical:** Patient complains of neck pain on the right side, that radiates to the right shoulder/arm. Pain has been reduced up to 20% since beginning treatment. He is still experiencing significant pain, that is interfering with ADL's. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, sharp, stiff; described as: moderate; level: 8/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication. *Cervical Disability Index:* 72.

**Thoracic:** Right shoulder and upper back stiffness. Patient states the pain has been reduced up to 20%. He is still having pain with ADL's. Raising the right arm produces pain. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain with flexion. He is still experiencing sharp pain when getting dressed, and any other activities requiring him to lift the arm above his head. He does feel the pain has been reduced up to 20%. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, sharp, stiff; described as: moderate; level: 8/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

*Physical exam:* Ht: 6' 1" Wt: 213lbs. BMI: 28.1 Never smoker BP (left): 144/100 Pulse (left/resting): 92.

**Cervical:** *Range of motion:* flexion: 50/50; extension: 50/60; left rotation: 70/80; right rotation: 70/80; left lateral bending: 40/45; right lateral bending: 40/45. *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Orthopedic tests:* head compression: Negative; left lateral compression: Negative; right lateral compression: Positive; Right Shoulder Depression: Positive; Left Shoulder Depression: Negative. *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

Showing improvement overall with short term goals. *Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/24/2021 at 11:30am**

## Monday January 25, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/25/2021 at 4:01pm

### Subjective

**Cervical:** Right sided neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, sharp, stiff; described as: moderate; level: 7/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right shoulder and upper back stiffness. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Tenderness over anterior shoulder. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, sharp, stiff; described as: moderate; level: 8/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan



PAGE 8/27 * RCVD AT 3/30/2021 5:43:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033348856 * CSID:704 868 2602 * ANI:17048682602 * DURATION (mm-ss):13-42

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 01/25/2021 for Allan A Araya #5593**
**DOB: Today's date: 03/30/2021**

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/25/2021 at 4:01pm**

## Wednesday January 27, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/27/2021 at 4:01pm

### Subjective

**Cervical:** Right sided neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, sharp, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right shoulder pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Tenderness over anterior shoulder. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, sharp, stiff; described as: moderate; level: 7/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for

4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/27/2021 at 4:01pm**

## Friday January 29, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/29/2021 at 11:52am

### Subjective

**Cervical:** Was able to sleep a little better and his neck is improved some. Still taking Rx which helps a lot as well. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, sharp, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right shoulder pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Tenderness over anterior shoulder. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, sharp, stiff; described as: moderate; level: 7/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for

4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/29/2021 at 11:52am**

## Tuesday February 2, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/02/2021 at 2:19pm

### Subjective

**Cervical:** Improvement with treatment. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, sharp, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Tenderness over anterior shoulder. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, sharp, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right

(diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/02/2021 at 2:19pm**

## Thursday February 4, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/04/2021 at 2:41pm

### Subjective

**Cervical:** Improvement with treatment. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, sharp, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back pain decreased with treatment. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Tenderness over anterior shoulder. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, sharp, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right

(diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/04/2021 at 2:41pm**

## Wednesday February 10, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/10/2021 at 3:06pm

### Subjective

**Cervical:** Improvement with treatment. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain has decreased. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 5/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental

traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/10/2021 at 3:06pm**

## Friday February 12, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/12/2021 at 10:34am

### Subjective

**Cervical:** Neck tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* sharp, stiff; described as: moderate; level: 5/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder mobility improved. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance,

tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/12/2021 at 10:34am**

## Wednesday February 17, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/17/2021 at 3:06pm

### Subjective

**Cervical:** Neck improvement with treatment. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain decreasing. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/17/2021 at 3:06pm**

## Thursday February 18, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/18/2021 at 2:44pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Difficulty resting. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder mobility improvement. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/18/2021 at 2:44pm**

## Tuesday February 23, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/23/2021 at 2:48pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder mobility improvement. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimulation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/23/2021 at 2:48pm**

## Friday February 26, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 02/26/2021 at 10:57am

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back pain intermittent. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder mobility improvement. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 02/26/2021 at 10:57am**

## Wednesday March 3, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/03/2021 at 2:48pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain at night. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/03/2021 at 2:48pm**

## Thursday March 4, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/04/2021 at 2:48pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder stiffness. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/04/2021 at 2:48pm**

## Wednesday March 10, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/10/2021 at 11:48am

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back improvement with treatment. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain at night. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/10/2021 at 11:48am**

## Thursday March 11, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/11/2021 at 2:47pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain at night. Difficulty staying asleep. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/11/2021 at 2:47pm**

## Wednesday March 17, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/17/2021 at 3:28pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain at night. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/17/2021 at 3:28pm**

## Thursday March 18, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/18/2021 at 3:07pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back tension. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder tension. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/18/2021 at 3:07pm**

## Wednesday March 24, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/24/2021 at 4:08pm

### Subjective

**Cervical:** Neck improvement. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Thoracic:** Right upper back pain decreased today. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 4/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder tension. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 4/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Exacerbates symptoms:* movement. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Decreased shoulder motion:* right flexion: moderate. *Shoulder pain with movement:* right flexion: moderate; right internal rotation; right adduction.

### Objective

**Cervical:** *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C4: moderate (quality: dull); C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Spinal subluxation level(s):* C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull). *Inflammation:* right upper trapezius.

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in adduction and extension.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on

the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 03/24/2021 at 4:08pm**

## Friday March 26, 2021 Provider: Kevin DiBella DC RE-EXAM

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 03/28/2021 at 4:20pm

### Subjective

**Cervical:** Neck pain has reduced by 60% since beginning treatment. Still having some pain and stiffness at the base of his neck. He does still take pain medication daily. He does not feel like he can stop the medication right now due to the pain. Occasional HA's. He has to change positions frequently at night due to pain. Sleeping on the left side is easier than the right. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* right shoulder, right shoulder blade. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement; sitting; Standing. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; medication. *Cervical Disability Index:* 70
. *Headaches:* Occasional.

**Thoracic:** Right upper back pain decreased today, but still having some pain in his right shoulder. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* right. *Changes in this condition:* improving. *Pain:* dull, stiff; described as: moderate; level: 6/10. *Pain is* intermittent. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Reports about 60% improvement overall. He states his ROM has improved, but still limited. He does take pain medication daily. Can not lay on his right side at night. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* improving. *Pain quality:* achy, dull, stiff; described as: moderate; level: 6/10. *Pain is* frequent. *Pain radiates to other areas:* right trapezius. *Time of day when symptoms get worse:* during the night. *Exacerbates symptoms:* movement. *Time of day when symptoms improve:* as day progresses. *Alleviates symptoms:* chiropractic care; resting; warmth. *Weakness:* right shoulder. *Shoulder pain with movement:* right flexion: mild; right internal rotation: mild; right adduction: mild.

### Objective

*Physical exam:* Ht: 6' 1" Wt: 213lbs. BMI: 28.1 Never smoker BP (left): 143/98 Pulse (left/resting): 78.

**Cervical:** *Range of motion:* flexion: 50/50 with pain; extension: 60/60 with pain; left rotation: 80/80 with pain; right rotation: 80/80; left lateral bending: 45/45 with pain; right lateral bending: 45/45. *Tightness:* right cervical area: moderate. *Tenderness on palpation:* C5: moderate (quality: dull); C6: moderate (quality: dull); C7: moderate (quality: dull); right cervical musculature: moderate (quality: dull). *Orthopedic tests:* head compression: Negative; left lateral compression: Negative; right lateral compression: Positive; Right Shoulder Depression: Positive; Left Shoulder Depression: Negative. *Spinal subluxation level(s):* C5, C6, C7, T1, T2, T3.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: moderate. *Tenderness on palpation:* T1: moderate (quality: dull); T2: moderate (quality: dull); T3: moderate (quality: dull); T4: moderate (quality: dull); right upper thoracic paraspinals: moderate (quality: dull).

**Upper Extremity:** Palpation elicited pain over the anterior shoulder. Pain was elicited in flexion and internal rotation.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A

(Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Improved ROM; Patient tolerated treatment without incident.

## Treatment & Plan

Progress is slow, will continue with treatment. *Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, Intersegmental traction, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Intersegmental traction was applied to the patient to induce passive motion into the joints to stretch and increase mobility in said joints., Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each.

**End of note. Electronically signed by Kevin DiBella DC on 03/28/2021 at 4:20pm**

Abbreviations:
ADL: activities of daily living
MVA: motor vehicle accident
ROM: range of motion

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | March 26, 2021 |
| To: | DIBELLA CHIROPRACTIC CENTER |
| Attn: | Medical Records |
| Fax: | (704) 868-2602 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

March 26, 2021

Dibella Chiropractic Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2021 through the present

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | March 26, 2021 |
| To: | CAROLINA ORTHOPAEDIC PT & REHAB; ATT: MI |
| Attn: | Misty |
| Fax: | (704) 852-3499 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

March 26, 2021

Carolina Orthopaedic Pt & Rehab; Att: Misty

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 10, 2021 through the present

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | March 26, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

March 26, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 29, 2021 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

**Lincoln/Araya 1310**

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Subject:** Lincoln Financial Notification: Short Term Disability and FMLA Leave Approval or Extension for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability (STD) and coordinated leave for Allan Araya has been approved or extended. The coordinated FMLA leave will run concurrently with the STD claim until the leave reaches maximum entitlement.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Approved** | **Injury** | **12/13/2020** | **3/30/2021** | [redacted] |
| **Leave** | **Approved** | **Company Own Medical** | **2/2/2021** | **3/30/2021** | |

*Balance is as of date of this communication.

***Please note the "Approved Through" date is not necessarily the return to work date. The "Approved Through" date is subject to change.***

**The employee's pay will drop to 66 2/3%, effective 6/13/2021, if the claim is approved through this date.**

**Time entry information**

***Please allow 24-48 hours after you receive this notification before attempting to enter time in MyTime to allow the leave to process in the system.***

Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during* |

*approved STD*

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Sarah.Hicks@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.13937

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

Date: February 22, 2021

Subject: **Nursing Memorandum**

**Claim#:** 10813707

**Claimant:** Araya, Allan

**Clinical Assessment:**

This EE is being treated for right knee pain by Dr. Prato (orthopedics). This claim has been previously reviewed by MDS on 1/25/21. Please see previous MDS review for additional information. Records reviewed indicates the EE sustained injuries from an motor vehicle accident resulting in bilateral shoulder and knee pain (the worst of which was the right knee). OVNS on 1/28/21 with Dr. Prato indicates the EE has shown improvement since starting physical therapy in his right knee. There is a reduction in the swelling and the EE presents as more comfortable. He is still noted to have an abnormal exam with noted tenderness and the EE will not allow full exam of the right knee due to guarding and pain. The MRI of the right knee show a MCL (ligament) sprain as well as a full PCL (ligament) tear. There is a noted fracture to the top of the tibia, however it is at a non-weightbearing area. The EE is to continue with physical therapy for an additional 6 weeks and follow up. Physical therapy notes on 2/9/21 with Jaime Giannattasio, DPT (physical therapist) indicates the EE continues to have pain and difficulty with mobility due to the right knee. He guards and refuses manual treatment to assist in improving range of motion. He is noted to have ongoing weakness in the hip and knee and poor compliance with the previous home exercise program given to him. Based on the medical available for review NDC finds that R&Ls of no lifting greater than 10 lbs, frequent sitting with less than occasional standing, walking, no climbing, using stairs, kneeling, crouching is reasonable and supported through completion of physical therapy and follow up (around 3/30/21). Should RTW not occur NDC recommends CS obtain updated records from Dr. Prato and physical therapy to include plan of care, assessments, ERTW and R&Ls. CS updated. NDC removed from assignment.

Carolynn, S., RN

Nurse Disability Consultant, Lincoln Financial Group

# FAX

2345 Court Drive • Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401
www.CarolinaOrthopaedic.com

Carolina Orthopaedic
& Sports Medicine Center
*Focused on You*

Cover + Number of Pages: 32

Current Date: 02-15-2021

From: Misty

To: ATTN: Sarah Hicks at Lincoln Financial Group

Fax Number: 603-334-8856

☐ Urgent ☒ For Review ☐ Please Reply ☐ Please Comment

Message:

Allan Araya DOB

Physical therapy records Claim # 10813707

Please note:
This message is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us via the U.S. Postal Service. Thank you.

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Date of Initial Examination:** 12/23/2020
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Visit No.:** 1

**Time In/Out:** 1:30 pm/2:30 pm
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**Treatment Side:** Left, Right
**History of Present Condition/Mechanism of Injury:** Pt is 39 year old male who does desk work for a living and was sitting in the back seat during a MVA in which he struck his knees upon the seat in front of him. Pt has multiple complaints including B shoulder and knees but biggest issues is right knee with which he presents to MD office in hinged brace. Dx R knee contusion with suspected ACL tear and hemarthrosis, L knee contusion and B shoulder pain.
**Primary Concern/Chief Complaint:** Pt reports B knee pain but more on right.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Pain Location:** left knee
**Pain Scale: Worst:** 8 **Best:** **Current:** 5
**Pain Description:** Throbbing
**Pain Location:** right knee
**Pain Scale: Worst:** 9 **Best:** **Current:** 5
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Diagnostic Testing/Imaging:** pt to be scheduled for MRI
**Complicating/Personal Factors:** Multiple Treatment Areas
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** see MD chart
**Patient Goals:** Pt would like to decrease knee pain and increase mobility

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Observation

| | |
|---|---|
| **Gait** | Antalgic, Lacks Full Knee Extension at Heel Strike, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length |

**Assistive Device**

| | |
|---|---|
| Type | 2 Axillary Crutches |
| Hand Used | Bilateral |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 12/23/2020

**Brace Immobilizer**

| | |
|---|---|
| Type | right knee brace hinged |
| Compliant with use | Yes |

## Range of Motion

| **Knee AROM** | **Right** | **Left** |
|---|---|---|
| Flexion | 60 ° | 110 ° |
| Extension | (20) ° | (10) ° |

| **Knee PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | 90 ° | 110 ° |
| Extension | (10) ° | (10) ° |

**Comments** AROM and PROM of B knee extremely painful and stiff

## Strength

**Gross Muscle Tests Upper**

**Gross Muscle Tests Lower**

**Knee**

| | **Right** | **Left** |
|---|---|---|

**Comments** grossly assessed with ROM, tf and gait right knee strength @ 2+/5 and left knee strength 3-/5

## Special Tests

**Ligament Integrity Knee**

| | **Right** | **Left** |
|---|---|---|

## Palpation

**Comments** Pt tender to palpation B knees and unable to perform anterior drawer test to assess ACL stabiltiy

## Assessment

**Assessment/Diagnosis:** Pt was in MVA which has caused B shoulder and knee pain right more than left. Pt is being treated for neck and shoulder by chiropractor and would like to focus on knees in physical therapy. Pt ambulates into therapy with right hinged brace with poor placement and B crutches with antalgic gait and minimal WB B but less on right than left LE with right more than left knee pain. Unalbe to assess ligamentous integrity secondary to pain levels. Pt demonstrates decreased A/PROM of B knee with severe pain. Pt did better in WB with corrected position of brace. Pt demonstrates weakness with pain B LE.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP to be performed between sessions to maximize outcomes

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- R more than L knee pain
- R hinged brace



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 12/23/2020

- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain

**Long Term Goals:**
1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain

## Plan

**Frequency:** 1-2 times a week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on December 23, 2020 at 2:21 pm*

Physician Signature____________________
C. A. Prato, MD
Date:____________ Time:____________



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Plan of Care

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 1

**Date of Plan of Care:** 12/23/2020
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Assessment

**Assessment/Diagnosis:** Pt was in MVA which has caused B shoulder and knee pain right more than left. Pt is being treated for neck and shoulder by chiropractor and would like to focus on knees in physical therapy. Pt ambulates into therapy with right hinged brace with poor placement and B crutches with antalgic gait and minimal WB B but less on right than left LE with right more than left knee pain. Unalbe to assess ligamentous integrity secondary to pain levels. Pt demonstrates decreased A/PROM of B knee with severe pain. Pt did better in WB with corrected position of brace. Pt demonstrates weakness with pain B LE.

**Patient Education:** HEP to be performed between sessions to maximize outcomes

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**

1: (1 Visit) | Pt to be I with HEP |
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

**Patient Name:** Arava, Allan
**Date of Birth:**
**Document Date:** 12/23/2020

# Plan of Care

## Plan

**Frequency:** 1-2 times a week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs
Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on December 23, 2020 at 2:21 pm*

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________

Physician Signature______________________
C. A. Prato, MD
Date:______________ Time:______________



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 1

**Insurance Name:** United Healthcare Choice Plus

**Date of Daily Note:** 12/23/2020
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt reports B knee pain but more on right.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Pain Location:** left knee
**Pain Scale: Worst:** 8 **Best:** **Current:** 5
**Pain Description:** Throbbing
**Pain Location:** right knee
**Pain Scale: Worst:** 9 **Best:** **Current:** 5
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>A/PROM B knees, corrected bracing, HEP | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt was in MVA which has caused B shoulder and knee pain right more than left. Pt is being treated for neck and shoulder by chiropractor and would like to focus on knees in physical therapy. Pt ambulates into therapy with right hinged brace with poor placement and B crutches with antalgic gait and minimal WB B but less on right than left LE with right more than left knee pain. Unalbe to assess ligamentous integrity secondary to pain levels. Pt demonstrates decreased A/PROM of B knee with severe pain. Pt did better in WB with corrected position of brace. Pt demonstrates weakness with pain B LE.
**Patient Education:** HEP to be performed between sessions to maximize outcomes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B


Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 12/23/2020

- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**
1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on December 23, 2020 at 2:21 pm*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 1:30 pm/2:30 pm
**Visit No.:** 2

**Date of Daily Note:** 12/28/2020
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt still using B crtuches and poor positiong of right brace
**Before the Injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97116 | Gait Training<br>single L crtuch no brace | 1 |

CPT copyright 2019 American Medical Association. All rights reserved.

Objective Findings

R PROM -10-110 AROM -10-100
L PROM 0-13- AROM 0-120

## Assessment

**Assessment/Diagnosis:** Increased right knee B PROM into extension. Pt challenged with quad strengthening and ROM B both passive and active. Pt instructed in single crutches use left during gait to increase WB and no brace secondary to poor fit. VC for good quality of stretch and strength. SLR B LE no extensor lag. Pt able to increase AROM of knee B but same PROM into flexion R. Pt demonstrates improved gait with single crutch without brace though still antalgic with lack of TKe R IC of gait
**Patient Education:** HEP
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 12/28/2020

2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Plan**

**Instructions:** Progressing Patient Next Visit

Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on December 28, 2020 at 2:21 pm*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD
**Time In/Out:** 2:30 pm/3:30 pm
**Visit No.:** 3

**Date of Daily Note:** 01/05/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt ambulates into therapy with left single crutch and without brace as instructed previously. Pt reports he has been working on his functional WB in walking
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97116 | Gait Training<br>single L crtuch no brace QS on right at HS to improve gait | 1 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings
R PROM -5-115 AROM -5-115
L PROM 0-133- AROM 0-130

## Assessment

**Assessment/Diagnosis:** Pt still has more right than left pain with new DX of left ACL tear. Pt lacking more extension in right than left knee. small painful increase into extension with alot of cue and enouragement R knee. now extensor lag with SLR but with right knee in at least 5 degrees flexion. Pt able to increase PROM and AROM in knee flexion with right more than left pain. began dynamichip strengthening with bridging. gait traning with emphasis to right QS at HS to improve gait
**Patient Education:** walking HEP
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) [ Pt to be I with HEP ]



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 01/05/2021

2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |

3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |

2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit

Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 5, 2021 at 3:21 pm*



Powered by WebPT

Carolina Orthopaedic PT & Rehab
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 10:30 am/11:30 am
**Visit No.:** 4

**Date of Daily Note:** 01/12/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt ambulates into therapy with left single crutch and without brace as instructed previously. Pt reports he has been working on his functional WB in walking. Pt demonstreates increasing WB with B LE L more than IR with lack of TKE R LE
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97116 | Gait Training<br>single L crtuch no brace QS on right at HS to improve gait. pt demonstrates improved heel toe gait though lackig tke | 1 |

CPT copyright 2020 American Medical Association. All rights reserved.

Objective Findings
R PROM -5-120 AROM -5-12
L PROM 0-140 AROM 0-130

## Assessment

**Assessment/Diagnosis:** noted pt able to ambulate with poor gait without AD but with full WB through B LE dsepsite pain with right knee lacking TKE. VC for best technique with stretching and strengtheing. able to perform SLR L without extensor lag. Pt able to achieve -5 degrees of extension right LE and maintain without extensor lag in SLR. pt able to increase p/arom B left more than right. pt trained with QS and HS at IC of gait on R LE despite lack of TKE demonstrates improved gait
**Patient Education:** walking HEP
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait



Powered by WebPT

PAGE 13/32 * RCVD AT 2/15/2021 12:07:24 PM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):15-56

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 01/12/2021

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**
1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 12, 2021 at 11:24 am*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD
**Time In/Out:** 10:30 am/11:30 am
**Visit No.:** 5

**Date of Daily Note:** 01/14/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt ambulates into therapy with left single crutch and without brace with mild lack TKE left knee but increasing WB and improved heel toe gait. Pt reports pain has decreased over all but has hit a platue as we are increasing ROM and WB
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97116 | Gait Training<br>short distances no crutch to increase WB and dynamic strength | 1 |

*CPT copyright 2020 American Medical Association, All rights reserved.*

Objective Findings
R PROM 0-130 AROM -5-125, lacking 10 degrees in WB challenges
L PROM 0-145 AROM 0-135

## Assessment

**Assessment/Diagnosis:** pt able to get overpressure of L knee into full extension with encouragement but not ableto maintain withoutover presure. increasing R LE strength noted with improved control of SLR. pt able to increase PROM/AROM of B knees with pain into flexion. challleneged with functional squat with VC to increase QS upon full standing for increased WB knee rom. pt demonstrates fair gait without SAC short distances. Pt to do this in home
**Patient Education:** walking HEP
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**



Powered by WebPT

PAGE 15/32 * RCVD AT 2/15/2021 12:07:24 PM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):15-56

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

**Daily Note / Billing Sheet**

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 01/14/2021

1: (1 Visit) | Pt to be I with HEP |
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit

Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 14, 2021 at 11:19 am*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 10:30 am/11:30 am
**Visit No.:** 6

**Date of Daily Note:** 01/19/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt ambulates into therapy with left single crutch and without brace with mild lack TKE left knee but increasing WB and improved heel toe gait. Pt reports pain has decreased over all with max pain level around 6/10
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>short distances no crutch to increase WB and dynamic strength | 1 |
| GP:97140 | Manual Therapy<br>overpressure and C/R left LE | 1 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings: R PROM -5-130 AROM -5-125, lacking 10 degrees in WB challenges
L PROM 0-145 AROM 0-135

## Assessment

**Assessment/Diagnosis:** Pt has lost 5 degrees of extension on right with overpressure stretching this session. Larger focus to right LE today. standing WS 5 second 15 times to R LE to increase tolerance to WB. VC increase WB through LE and less with UE. gait traning without crutch to increase WB with right LE with emphasis to TKE
**Patient Education:** walking HEP -- emphasis to stretching for TKE
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

**Patient Name:** Arava, Allan
**Date of Birth:**
**Document Date:** 01/19/2021

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |
**Long Term Goals:**
1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 19, 2021 at 11:22 am*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 11:30 am/12:30 pm
**Visit No.:** 7

**Date of Daily Note:** 01/21/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt ambulates into therapy with crutch; Pt no longer to utilize crutches
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97116 | Gait Training<br>instructed not to use crutch but contnued when leaving therapy | 1 |

*CPT copyright 2020 American Medical Association. All rights reserved.*

Objective Findings: R PROM -10-120 AROM -10-120, lacking 20 degrees in WB challenges
L PROM 0-145 AROM 0-135

## Assessment

**Assessment/Diagnosis:** Pt has lost another 5 degrees of estension, now with -10 degrees of extension withover pressure and without overpressure and -20 in WB. Pt with only 120 degrees of flexion both active and passive today. Pt consistently complains of anteromedial pain with all activities. increased WB strengthening activities. Pt encouraged to get MRI as MD ordered for him in the past. Pt continued to use crutch when leaving therapy despite instructions not to.
**Patient Education:** walking HEP - increase TKE and WB right LE
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 01/21/2021

2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

### Plan

**Instructions:** Progressing Patient Next Visit

Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 21, 2021 at 12:19 pm*



Powered by WebPT

Carolina Orthopaedic PT & Rehab
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 10:30 am/11:30 am
**Visit No.:** 8

**Date of Daily Note:** 01/27/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt ambulates into therapy with crutch despite being told to no longer use it
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97116 | Gait Training<br>instructed not to use crutch but contnued when leaving therapy | 1 |

CPT copyright 2020 American Medical Association. All rights reserved.

Objective Findings: R PROM -15-120 AROM -10-120, lacking 20 degrees in WB challenges
L PROM 0-145 AROM 0-135

## Assessment

**Assessment/Diagnosis:** Pt steadily losing right knee ROM. CKC strengthening to maximize WB and attempting to wean pt from crutches. DC next visit with MD follow up and recommendation to follow up with MD first recommendation for MRI. squat in 90/90 position and step up 6 inch to increase strengthening. Pt extremely slow through challenges, unable to add further functiona strenghrenig. Pt continues to want to use crutch despite instruction
**Patient Education:** walking HEP
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficutly in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Araya, Allan
**Date of Birth:**
**Document Date:** 01/27/2021

2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |
3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |
2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit

Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 27, 2021 at 11:20 am*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

Carolina Orthopaedic

# Discharge Note

**Patient Name:** Araya, Allan
**Date of Birth:**
**Physician Name:** C. A. Prato, MD

**Date of Last Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Date of Discharge Note:** 01/29/2021
**Injury/Onset Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Visit No.:** 8

**Araya, Allan has been discharged from our care for the following reasons:**
Pt steadily regressing in pain and ROM of right knee. Pt has comprehensive HEP for stretching stregnth and walking in order to at least maintain his ROM. Pt is DC at this time.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (704)833-3103.

Jaime Giannattasio
License #P16182
*Document created on January 29, 2021 11:20 am*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 10:30 am/11:30 am
**Visit No.:** 9

**Date of Daily Note:** 01/29/2021
**Injury/Onset/Change of Status Date:** 12/16/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee
**Date of Original Eval:** 12/23/2020
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.562: Pain in left knee, M25.561: Pain in right knee, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** United Healthcare Choice Plus

## Subjective

**Treatment Side:** Left, Right
**Current Complaints / Gains:** Pt finally ambulates into therapy without using his crutch. Pt still has 20 to 25 degrees of lacking TKE with HS and in full WB.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** crutches, right hinged brace with minimal WB
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand
**Occupation/Social History:**
**Name of Occupation:** Duke Energy
**Status of Occupation:** Full Time
**Duty Level:** Heavy
**Description:** desk work
**Home Health Care:** No
**Complicating/Personal Factors:** Multiple Treatment Areas
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

CPT copyright 2020 American Medical Association. All rights reserved.

Objective Findings

R PROM -15-120 AROM -15-120, lacking 20 to 25 degrees in WB challenges
L PROM 0-145 AROM 0-135

## Assessment

**Assessment/Diagnosis:** Pt continues to demonstrate regression of ROM and increasing pain levels. Pt is at least no longer using crutches to ambulate. Gait mechanics poor secondary to lack of ROM. Secondary to lack of progression and regression of condition Pt is not approriate for recertification for further formal therapy. Pt had progressive program for stretching and strengthening to at least maintain ROm and strength if not improve I.
**Patient Education:** stretching, strength and walking HEP for DC
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- R more than L knee pain
- R hinged brace
- difficulty in walking
- knee ROM B
- B LE strength
- crutches for gait

**Short Term Goals:**
1: (1 Visit) | Pt to be I with HEP |
2: (3 Weeks) | Pt to demonstrate PROM of B knee to increase ease of AROM and mobility |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

## Daily Note / Billing Sheet

**Patient Name:** Arava, Allan
**Date of Birth:**
**Document Date:** 01/29/2021

3: (3 Weeks) | Pt to ambulate in home without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

**Long Term Goals:**

1: (6 Weeks) | Pt to demonstrate AROM of B knee to increase ease of mobility and I with minimal to no pain |

2: (6 Weeks) | Pt to ambulate community distances without need for crutches or bracing of right knee to increase ease of mobility and I with minimal to no pain |

## Plan

**Instructions:** Progressing Patient Next Visit

Pt to decreased pain in B knee as much as possible to reduce need for brace and crutches with return to function

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on January 29, 2021 at 11:20 am*



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:30 pm/3:30 pm
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

**Date of Initial Examination:** 02/09/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Visit No.:** 1

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt was in MVA 12//13/20. MRI of right knee shows MCL sprain with full PCL tear with fracture at PCL insertion on non weight bearing portion of joint. Pt has been non compliant with PT HEP and instructions in the past with regression of knee ROM and strenght. Pt MM gaurds and refuses manual treatemnt to assist in improving ROM. Pt was to continue therapy with progressive HEP but instead has returned to therapy, hopefully to be more compliant
**Primary Concern/Chief Complaint:** Pain and difficulty with mobility
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Diagnostic Testing/Imaging:** see MD chart
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** see MD chart
**Patient Goals:** Pt would like to decrease pain and improve mobility

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 16/80 |

### Observation

**Gait** Antalgic, Lacks Full Knee Extension at Heel Strike, Lacks Proper Heel Strike/Toe Off, Maintains Knee Flexion During Midstance, Apprehensive with Weightbearing, Shortened Stride Length

### Range of Motion

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | 100 ° | Not Tested |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

| | | |
|---|---|---|
| Extension | (20) ° | Not Tested |

| Knee PROM | Right | Left |
|---|---|---|
| Flexion | 110 ° | Not Tested |
| Extension | (10) ° | Not Tested |

## Strength

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Flexion | 3+/5 | Not Tested |
| Hip Extension | 3-/5 | Not Tested |
| Hip Abduction | 3-/5 | Not Tested |
| Hip Adduction | 3/5 | Not Tested |
| Hip Internal Rotation | 3-/5 | Not Tested |
| Hip External Rotation | 3-/5 | Not Tested |

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | 3-/5 | Not Tested |
| Knee Extension | 3-/5 | Not Tested |

**Comments** knee and hip MMT with gaurding and pain

## Assessment

**Assessment/Diagnosis:** Pt has had previous forma PT for right knee in which he continued to regress in pain tolerance and ROM and was non compliant with HEP. Pt continues to demonstrate stiff and painful right knee ROM with global right LE weakness and minimal WB during gait with poor antalgic gait pattern. Pt given extensive HEP with ROM, OKC, and KCK challenges to increase pt independence and responsibility for his own well being and improvement. Pt would benefit from formal PT to further pt education and progress HEP.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** Pt given extensive Knee ROM and LE OCK and CKC challenges to perfrom between therapy sessions to improve pt outcomes. Complaince remains to be seen as he was not compliant with HEP episode of formal PT

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern
4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern

**Long Term Goals:**
1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility
2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern
3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern

## Plan


Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Physical Therapy Initial Examination

**Patient Name:** Arava, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

**Frequency:** 1 time a week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy (pt did not tolerate manual treatment last PT sessions secondary to pain)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 9, 2021 at 3:14 pm*

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________________
C.A. Prato, MD
Date:____________ Time:____________



Powered by WebPT

PAGE 28/32 * RCVD AT 2/15/2021 12:07:24 PM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):15-56

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

Carolina Orthopaedic

# Plan of Care

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:30 pm/3:30 pm
**Visit No.:** 1

**Date of Plan of Care:** 02/09/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Assessment

**Assessment/Diagnosis:** Pt has had previous forma PT for right knee in which he continued to regress in pain tolerance and ROM and was non compliant with HEP. Pt continues to demonstrate stiff and painful right knee ROM with global right LE weakness and minimal WB during gait with poor antalgic gait pattern. Pt given extensive HEP with ROM, OKC, and KCK challenges to increase pt independence and responsibility for his own well being and improvement. Pt would benefit from formal PT to further pt education and progress HEP.

**Patient Education:** Pt given extensive Knee ROM and LE OCK and CKC challenges to perfrom between therapy sessions to improve pt outcomes. Complaince remains to be seen as he was not compliant with HEP episode of formal PT

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**

1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |
4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**

1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |
2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |
3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |



Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

# Plan of Care

## Plan

**Frequency:** 1 time a week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy (pt did not tolerate manual treatment last PT sessions secondary to pain)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy, Hot Packs
Pt to utlize HEP to maximize functional ROM and strength

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (704)833-3103.

Please sign and return: Fax#: (704)852-3499

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows______________

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 9, 2021 at 3:14 pm*

Physician Signature______________________
C. A. Prato, MD
Date:______________ Time:______________



Powered by WebPT

PAGE 30/32 * RCVD AT 2/15/2021 12:07:24 PM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:6033348856 * CSID:704 852 3499 * ANI:17048523499 * DURATION (mm-ss):15-56

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

# Daily Note / Billing Sheet

Carolina Orthopaedic

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Referring Physician(s):** Prato, Christopher A. MD

**Time In/Out:** 2:30 pm/3:30 pm
**Visit No.:** 1

**Insurance Name:** United Healthcare Choice Plus

**Date of Daily Note:** 02/09/2021
**Injury/Onset/Change of Status Date:** 12/13/2020
**Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee
**Date of Original Eval:** 02/09/2021
**Treatment Diagnosis:** ICD10: M17.11: Unilateral primary osteoarthritis, right knee, M25.561: Pain in right knee, M25.661: Stiffness of right knee, not elsewhere classified, R53.1: Weakness, R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pain and difficulty with mobility
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:** I
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** with AD with poor antalgic gait pattern, no TKE, minimal HS at IC of gait
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**Home Health Care:** No
**Complicating/Personal Factors:** Previous Therapy (non compliant with HEP and PT instruction to increase WB and quality of gait)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** full PCL tear/MCL sprain

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>extensive HEP and pt education for taking personal responsibilty to improve condition | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

CPT copyright 2020 American Medical Association. All rights reserved.

Objective Findings see IE

## Assessment

**Assessment/Diagnosis:** Pt has had previous forma PT for right knee in which he continued to regress in pain tolerance and ROM and was non compliant with HEP. Pt continues to demonstrate stiff and painful right knee ROM with global right LE weakness and minimal WB during gait with poor antalgic gait pattern. Pt given extensive HEP with ROM, OKC, and KCK challenges to increase pt independence and responsibility for his own well being and improvement. Pt would benefit from formal PT to further pt education and progress HEP.
**Patient Education:** Pt given extensive Knee ROM and LE OCK and CKC challenges to perfrom between therapy sessions to improve pt outcomes. Complaince remains to be seen as he was not compliant with HEP episode of formal PT
**Rehab Potential:** Good
**Patient Problems:**
- right knee ROM
- right knee pain
- right knee and hip weakness
- antalgic and poor gait pattern

**Short Term Goals:**
1: (1 Week) | Pt to be I with HEP |
2: (3 Weeks) | Pt to maximize PROM of knee to improve gait pattern and WB for improved mobility |
3: (3 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 3/5 to improve WB and gait pattern |


Powered by WebPT

**Carolina Orthopaedic PT & Rehab**
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

**Daily Note / Billing Sheet**

**Patient Name:** Araya, Allan A.
**Date of Birth:**
**Document Date:** 02/09/2021

4: (3 Weeks) | Pt to demonstrate right hip strength 4-/5 to improve dynamic stability of knee to improve WB with decreased pain and improve gait pattern |

**Long Term Goals:**

1: (6 Weeks) | Pt to maximize AROM of knee to improve gait pattern and WB for improved mobility |

2: (6 Weeks) | Pt to demonstrate right knee strength within pt ROM at least 4/5 to improve WB and gait pattern |

3: (6 Weeks) | Pt to demonstrate right hip strength 4/5 to imp rove dynamic stability of knee to improve WB with decrease pain and improve gait pattern |

## Plan

**Instructions:** Progressing Patient Next Visit
Pt to utlize HEP to maximize functional ROM and strength

Jaime Giannattasio
License #P16182
*Electronically Signed by Jaime Giannattasio on February 9, 2021 at 3:14 pm*



Powered by WebPT

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | February 12, 2021 |
| To: | CAROLINA ORTHOPAEDIC PT & REHAB; ATT: MI |
| Attn: | Misty |
| Fax: | (704) 852-3499 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

February 12, 2021

Carolina Orthopaedic Pt & Rehab; Att: Misty

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 17, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-02.11.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | February 11, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

February 11, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Physical therapy records from 12/1/20 through the present

We ask that you provide this information by February 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya

CLAIM NO: 10813707

EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | February 11, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

February 11, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Physical therapy records from 12/1/20 through the present

We ask that you provide this information by February 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:

6A0642F695DA442...

Print Name

DocuSigned by:

6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Carolina Orthopaedic PT & Rehab
2345 Court Drive
Gastonia, NC 28054-2151
Phone: (704)833-3103
Fax: (704)852-3499

Carolina Orthopaedic & Sports Medicine Center
*Focused on You*

**Upcoming appointments for Araya, Allan A.**

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Tuesday, February 9th, 2021 | right knee | 02:30 pm | JG | Sent |
| Wednesday, February 17th, 2021 | right knee | 01:30 pm | JG | Scheduled |
| Monday, February 22nd, 2021 | right knee | 08:30 am | JG | Scheduled |
| Thursday, March 4th, 2021 | right knee | 01:30 pm | JG | Scheduled |
| Thursday, March 11th, 2021 | right knee | 01:30 pm | JG | Scheduled |
| Thursday, March 18th, 2021 | right knee | 01:30 pm | JG | Scheduled |


PAGE 1/1 * RCVD AT 2/9/2021 4:32:52 PM [Eastern Standard Time] * SVR:VA1PWFAX101/2 * DNIS:6033348856 * CSID: * ANI:17047361854 * DURATION (mm-ss):00-30

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 29, 2021 |
| ~~To~~: From: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| ~~From~~: TO: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

**Encounter Date:** January 28, 2021 **Person #:** 974626
**Patient Name:** Allan A. Araya **DOB:**

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup for his MRI results of his right knee. He is currently doing physical therapy with Jamie. He claims he is still hurting quite a bit, although in general just by observation on my part he looks quite a bit better.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Extension 10, flexion 120. His effusion/hemarthrosis has reduced significantly. Varus and valgus exam is stable, but he has got pain with valgus stress and tenderness at the MCL origin. He is still guarding too much with Lachman's and posterior drawer to really get a full evaluation although there is a suggestion of some laxity.

MRI scan is reviewed which shows a high grade MCL sprain as well as a full PCL tear. He has also got fracturing at the PCL insertion on the tibial plateau more in the nonweightbearing portion of it.

IMP: RIGHT PCL TEAR, MCL SPRAIN, NONWEIGHTBEARING TIBIAL PLATEAU FRACTURE.

PLAN: He will continue with his physical therapy and advance as he can tolerate. I will see him again in six weeks.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 31, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup. He cancelled his MRI scan of his right knee. He is here today because he wants his right knee, left knee and bilateral shoulders MRI'd. In the interim, he really has not been working aggressively on his range of motion, and again canceled his right knee MRI because he wanted other issues addressed also.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Bilateral shoulders elevation 160, external 90, internal 30. He has got positive Hawkins and Neer impingement on the right, minimal to none on the left. Supra, infra and subscapularis strength are 5/5,

Left knee extension full, flexion 130. No effusion. No warmth. Minimal joint line tenderness, minimal pain with McMurray. Good varus and valgus stability and negative Lachman's.

Right knee is unchanged from our last visit. He still has some effusion/hemarthrosis, but not awful. He is still guarding. His extension is 20 degrees. His flexion is just over 90 degrees.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.
2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.

PLAN: I emphasized again to him the importance of addressing the biggest issue, and likely the only surgical issue, which is the right knee. I want him to focus on getting that MRI scan done. However, in the interim because he has not made much progress, as well as having some impingement type of symptoms in the right shoulder, I am going to get him into physical therapy for both the shoulder and the knee but he is going to follow up with me once the MRI scan of the knee is complete.

Christopher A. Prato, M.D.

CAP:cm/sm/jw

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

**Encounter Date:** December 16, 2020 **Person #:** 974626
**Patient Name:** Allan A. Araya **DOB:**

DATE OF INJURY: 12/13/2020, MVC.

HX: A 39-year-old male who does desk work for the living who was a back seat passenger involved in an MVC and he struck his knees on the seats in front of him. He was seen at Atrium, apparently had numerous x-rays but did not bring any of them with him today. He was sent today for right knee pain and a "tibia fracture". However, he is complaining of bilateral shoulders, neck, left flank, bilateral knees, etc. Numerous things were on his agenda today but the biggest issue is his right knee. He presents today in a hinged knee brace.

Please see medical history form dated October 3, 2012 and signed by myself and the patient's mother. Pertinent positives are as above.

PE: Height 73 inches, weight 231 pounds, BMI 30.5. General: Healthy-appearing male in no apparent distress. Well developed, well nourished, alert, and oriented x3. HEENT: NCAT, EOMI. Neck: Supple. Heart: No JVD. Lungs: Symmetric expansion and no audible wheezing. Abdomen: Soft and nontender. Extremities: Bilateral knees 30/0, flexion 90/120. There is no warmth in either knee. He has an intact neurovascular exam.

He has got a positive effusion and hemarthrosis on the right but I cannot really get a good examination on him because he has got complaints with everything that I do. It does appear as though he has got an unstable Lachman's although he is guarding a bit.

X-R: Two views right knee and two views right tib-fib were obtained today. There appears to be possibly an avulsion fracture intraarticular in nature.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.
4. NECK PAIN.

PLAN: I would like to get an MRI of the right knee. I am going to get him into physical therapy in the interim. I will see him back once the MRI scan was complete and hopefully I can examine him better at that point.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1

# MRI KNEE WO CONTRAST RIGHT

NOVANT HEALTH

**Araya, Allan Arthur**
MRN: 73629427, Legal Sex: Male, (40 yrs), Outpatient
Accession #: R11193912

## Final Result

MRI RIGHT KNEE WITHOUT CONTRAST

TECHNIQUE:
Magnetic resonance Imaging of the RIGHT KNEE was performed WITHOUT injected contrast.

PROVIDED CLINICAL INFORMATION: M25.561-Pain in right knee
Pain in right knee
ADDITIONAL CLINICAL INFORMATION: None available

COMPARISON: None

FINDINGS:

MENISCI: The medial and lateral meniscus both appear normal. No meniscal tear is seen.

TENDONS AND LIGAMENTS: ACL is intact. PCL is markedly thickened and increased signal consistent with complete tear. MCL is markedly thickened consistent with high-grade to near complete tear. The lateral collateral ligaments are intact. The extensor is
are intact.

OSTEOCHONDRAL: Comminuted fracture of the posterior tibial plateau at the PCL insertion. Extensive contusion in both medial and lateral tibial plateau and posterior lateral femoral condyle.

SOFT TISSUES AND SYNOVIUM: Small joint effusion. No popliteal cyst.

IMPRESSION:
Comminuted fracture of the posterior tibial plateau. Extensive contusion as described.

Complete PCL tear near complete MCL tear.

No meniscal tear.

Electronically Signed by: Victor Ho, MD
Signed by Victor W Ho, MD on 1/20/2021 10:27 AM

## Appointment Info

Exam Date
1/20/2021

Department
Novant Health Imaging Center (Gastonia)
704-862-7188
920 Cox Rd, Building C, STE 101
GASTONIA NC 28054-3456

## Reason for Exam

No reason for exam was entered

## Diagnosis

Right knee pain

## Providers

Ordering Provider
Christopher Prato, MD
704-865-0077
2345 Court Dr
Gastonia NC 28054-2151

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 29, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through the present

We ask that you provide this information by February 3, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 29, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 29, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through the present

We ask that you provide this information by February 3, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, January 29, 2021 5:38:02 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | ttrhmyy0mpwhpyhhabu0_9841600.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 29, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On January 19, 2021, we requested medical record from Dr. Prato. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 through the present from Dr. Prato

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Duke Energy Corporation's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 14, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Subject:** Lincoln Financial Notification: Short Term Disability and FMLA Leave Approval or Extension for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability (STD) and coordinated leave for Allan Araya has been approved or extended. The coordinated FMLA leave will run concurrently with the STD claim until the leave reaches maximum entitlement.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Approved** | **Injury** | **12/13/2020** | **2/1/2021** | [redacted] |
| **Leave** | **Approved** | **Absence Plus Treatment** | **12/13/2020** | **2/1/2021** | **224 hours** |

*Balance is as of date of this communication.

***Please note the "Approved Through" date is not necessarily the return to work date. The "Approved Through" date is subject to change.***

**The employee's pay will drop to 66 2/3%, effective 6/13/2021, if the claim is approved through this date.**

**Time entry information**

***Please allow 24-48 hours after you receive this notification before attempting to enter time in MyTime to allow the leave to process in the system.***

Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during* |

*approved STD*

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Sarah.Hicks@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.13937

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

Lincoln Financial Group®

Date: 1/25/2021

Subject: **Triage Assessment**

*Claim#: 10813707*
*Claimant: ALLAN ARAYA*
*Clinician:* Megan D RN.,

Triage Outcome:

☒ ***Consult Completed:*** Available medical supports the presence of R/Ls of less than sedentary from 12/26/2020 To 1/28/2021 based on the medical information available for review. EE post MVA where he sustained injuries to his shoulders bilaterally as well as both knees. He requires MRI for likely ACL tear of his right knee and was referred to PT for shoulder impingement. He has an upcoming ovn and 1/28/212 to discuss MRI appointment.

☐ ***Available information is insufficient to determine R&Ls:***

☐ ***Clinical review not warranted at this time:***
- ☐ No medical records on file
- ☐ No additional information received since prior review or records requested not obtained
- ☐ Other: Only OOW notes received

Suggested Action Plan:

☒ If no RTW after 1/28/2021, recommend obtaining updated records from Dr. Christopher Pato (ortho), MRI results and PT notes

☒ Refer back to clinical for full file review:
- ☐ For behavioral health conditions:
- ☒ For physical conditions:
- ☐ For physical and behavioral health conditions:
  - ☐ On the following date Click here to enter a date.
  - ☒ When the following becomes available:
  - ☐ Comments ______________________________________________________

☐Consider Open Consult when updated medicals become available

☐Consider BH Clinical Forum when updated medicals become available

Carolina Orthopaedic
& Sports Medicine Center
*Focused on You*

# FACSIMILE

**Date:** 1/21/2021

**To:** Lincoln Financial
**From:** khuss

**Subject:** Allan Araya

***DISCLAIMER*** This fax and any information transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this fax in error, please notify the system manager at info@carolinaorthopaedic.com. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this fax. Please notify the sender immediately by email if you have received the fax by mistake, and destroy the fax. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

To: 10 pgs

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 4, 2021

From: Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

See attached.

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

X Restrictions Form
X Duke Energy RTW Form
__ Other

We ask that you provide this information by January 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

974626
prato

Rec. 1/14/2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 12-16-2020 Bil Knee Contusion, Bil. Shld. Pain
   **DATE LAST TREATED** — 12-31-2020 Bil. Knee Contusion, Bil. Shld. Pain.
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- [x] **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**
   Rt. Knee Contusion suspect ACL Tear with Hemarthrosis
   left Knee Contusion
   Bil Shld. pain
4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______
   See above
   RTW: TBD
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   Rt. Knee Contusion Suspect ACL Tear with Hemarthrosis
   left Knee Contusion, Bil. Shld. pain
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| Christopher Prato | MD Orthopedic | 56-2037928 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 2345 Court Dr. | 704-865-0077 | 704 867-6401 |
| Street Address | Telephone Number | Fax Number |
| Gastonia NC 28054 | 1/20/21 | |
| City, State & Zip Code | Signature | Date |

DUKE ENERGY

# Return to Work Form

Revised: April 2020

**EMPLOYEE SECTION** - It is your responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**
2) Complete this section and provide this form to your treating Health Care Provider.
3) Provide via hand delivery, e-mail or fax this form to your supervisor, **before you return to work.** ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** Allan Araya **Employee I.D.** ______

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______ **Date:** ______

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** 1-21-2021 **Date(s) of treatment:** 12-16-2020, 12-31-2020

**Date patient may return to work:** TBD

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| Lifting | | Light duty restrictions | Squatting | | |
| Prolong Standing | | | Pushing | | |
| Continuous Walking | | | Pulling | | |
| Climbing | | | Driving | | |
| Bending | | | Other | | |
| Reaching | | | Other | | |

Additional Restrictions/Details: ______

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: TBD
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s): ______
- Follow-up visits required? YES / NO If YES, Return/Visit Date Scheduled
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______ **Date:** 1/21/21

**Health care provider's name, address, and office phone number (please print):** Christopher Prato MD

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ____________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ____________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ____________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ____________

Supervisor/Designee's Signature: ____________ Date: ____________

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 31, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: The patient returns in followup. He cancelled his MRI scan of his right knee. He is here today because he wants his right knee, left knee and bilateral shoulders MRI'd. In the interim, he really has not been working aggressively on his range of motion, and again canceled his right knee MRI because he wanted other issues addressed also.

ROS: No fevers, chills, nausea, vomiting, numbness, or tingling.

PE: Bilateral shoulders elevation 160, external 90, internal 30. He has got positive Hawkins and Neer impingement on the right, minimal to none on the left. Supra, infra and subscapularis strength are 5/5,

Left knee extension full, flexion 130. No effusion. No warmth. Minimal joint line tenderness, minimal pain with McMurray. Good varus and valgus stability and negative Lachman's.

Right knee is unchanged from our last visit. He still has some effusion/hemarthrosis, but not awful. He is still guarding. His extension is 20 degrees. His flexion is just over 90 degrees.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.
2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.

PLAN: I emphasized again to him the importance of addressing the biggest issue, and likely the only surgical issue, which is the right knee. I want him to focus on getting that MRI scan done. However, in the interim because he has not made much progress, as well as having some impingement type of symptoms in the right shoulder, I am going to get him into physical therapy for both the shoulder and the knee but he is going to follow up with me once the MRI scan of the knee is complete.

Christopher A. Prato, M.D.

CAP:cm/sm/jw

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

DATE OF INJURY: 12/13/2020, MVC.

HX: A 39-year-old male who does desk work for the living who was a back seat passenger involved in an MVC and he struck his knees on the seats in front of him. He was seen at Atrium, apparently had numerous x-rays but did not bring any of them with him today. He was sent today for right knee pain and a "tibia fracture". However, he is complaining of bilateral shoulders, neck, left flank, bilateral knees, etc. Numerous things were on his agenda today but the biggest issue is his right knee. He presents today in a hinged knee brace.

Please see medical history form dated October 3, 2012 and signed by myself and the patient's mother. Pertinent positives are as above.

PE: Height 73 inches, weight 231 pounds, BMI 30.5. General: Healthy-appearing male in no apparent distress. Well developed, well nourished, alert, and oriented x3. HEENT: NCAT, EOMI. Neck: Supple. Heart: No JVD. Lungs: Symmetric expansion and no audible wheezing. Abdomen: Soft and nontender. Extremities: Bilateral knees 30/0, flexion 90/120. There is no warmth in either knee. He has an intact neurovascular exam.

He has got a positive effusion and hemarthrosis on the right but I cannot really get a good examination on him because he has got complaints with everything that I do. It does appear as though he has got an unstable Lachman's although he is guarding a bit.

X-R: Two views right knee and two views right tib-fib were obtained today. There appears to be possibly an avulsion fracture intraarticular in nature.

IMP:
1. RIGHT KNEE CONTUSION, SUSPECT ACL TEAR WITH HEMARTHROSIS.



PAGE 8/11 * RCVD AT 1/21/2021 12:33:47 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:6033348856 * CSID:(704) 867-6401 * ANI:17049640000 * DURATION (mm-ss):04-11

**CAROLINA ORTHOPAEDIC & SPORTS MEDICINE CENTER, P.A.**
2345 Court Drive
Gastonia, NC 28054
Phone: 704-865-0077 • Fax: 704-867-6401

| | | | |
|---|---|---|---|
| **Encounter Date:** | December 16, 2020 | **Person #:** | 974626 |
| **Patient Name:** | Allan A. Araya | **DOB:** | |

2. LEFT KNEE CONTUSION.
3. BILATERAL SHOULDER PAIN.
4. NECK PAIN.

PLAN: I would like to get an MRI of the right knee. I am going to get him into physical therapy in the interim. I will see him back once the MRI scan was complete and hopefully I can examine him better at that point.

Christopher A. Prato, M.D.

CAP:cc/sm/jr1



PAGE 9/11 * RCVD AT 1/21/2021 12:33:47 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:6033348856 * CSID:(704) 867-6401 * ANI:17049640000 * DURATION (mm-ss):04-11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 13, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-01.06.2021

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Rhonda Crowder
Integrated Specialist I
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
Duke Energy RTW Form
10813707-EMPLOYEE/CLAIMANT-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 13, 2021 |
| To: | DR. ALLISON BENNETT |
| Attn: | Medical Records |
| Fax: | (866) 306-7519 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 13, 2021

Dr. Allison Bennett

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Allison Bennett:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

 X  Attending Physician Statement
 X  Medical Records (see above)

We ask that you provide this information by January 18, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Araya allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Araya's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Attending Physician's Statement
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(877) 246-5670
Secure Fax No: (603) 334-8856

**Return To:** Sarah Hicks

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Allan | | Araya | 10813707 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(877) 246-5670
Secure Fax No: (603) 334-8856

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | | |
| | | Fingering | _____ | Bending | _____ | | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 13, 2021 |
| To: | ROBERT SALTZMAN<br>770 HARTNESS RD<br>STATESVILLE NC 28677 |
| Attn: | Medical Records |
| Fax: | (704) 873-1853 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 13, 2021

Robert Saltzman
770 HARTNESS RD
STATESVILLE, NC 28677

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Robert Saltzman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-01.06.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | ROBERT SALTZMAN<br>770 HARTNESS RD<br>STATESVILLE NC 28677 |
| Attn: | Medical Records |
| Fax: | (704) 873-1853 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Robert Saltzman
770 HARTNESS RD
STATESVILLE, NC 28677

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Robert Saltzman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-12.15.2020
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ROBERT SALTZMAN<br>770 HARTNESS RD<br>STATESVILLE NC 28677 |
| Attn: | Medical Records |
| Fax: | (704) 873-1853 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Robert Saltzman
770 HARTNESS RD
STATESVILLE, NC 28677

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________
   **DATE LAST TREATED** — ____________ ______________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 13, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 13 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 13, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 18, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-01.06.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 11 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-01.04.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 4, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Rhonda Crowder<br>Integrated Specialist I<br>On Behalf Of: Sarah Hicks<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 4, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Duke Energy RTW Form
  ___ Other

We ask that you provide this information by January 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Rhonda Crowder
Integrated Specialist I
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
Duke Energy RTW Form
10813707-EMPLOYEE/CLAIMANT-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ________________
   **DATE LAST TREATED** — ________________
   **NEXT OFFICE VISIT** — ________________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________________ **TO** ________________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Araya 1417**

# Return to Work Form

Revised: April 2020

DUKE ENERGY®

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**
2) Complete this section and provide this form to your treating Health Care Provider.
3) Provide via hand delivery, e-mail or fax this form to your supervisor, **before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** ____________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** ____________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** ____________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| **Lifting** | | | **Squatting** | | |
| **Prolong Standing** | | | **Pushing** | | |
| **Continuous Walking** | | | **Pulling** | | |
| **Climbing** | | | **Driving** | | |
| **Bending** | | | **Other** | | |
| **Reaching** | | | **Other** | | |

Additional Restrictions/Details: ______________________

______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s): ____________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** ____________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ______________________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ______________________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ______________________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ______________________________

**Supervisor/Designee's Signature:** ______________________________ **Date:** __________

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: . ________

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Subject:** Lincoln Financial Notification: Short Term Disability and FMLA Leave Approval or Extension for Allan Araya, Employee ID 461081, Disability Claim 10813707

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

The Short Term Disability (STD) and coordinated leave for Allan Araya has been approved or extended. The coordinated FMLA leave will run concurrently with the STD claim until the leave reaches maximum entitlement.

| Product | Claim Status | Status Reason | Approved Start Date | Approved Through Date | FMLA Available Balance* |
|---|---|---|---|---|---|
| **Short Term Disability** | **Approved** | **Injury** | **12/13/2020** | **12/26/2020** | [redacted] |
| **Leave** | **Not Applicable** | | **Not Applicable** | | |

*Balance is as of date of this communication.

***Please note the "Approved Through" date is not necessarily the return to work date. The "Approved Through" date is subject to change.***

**The employee's pay will drop to 66 2/3%, effective 6/13/2021, if the claim is approved through this date.**

**<u>Time entry information</u>**
***Please allow 24-48 hours after you receive this notification before attempting to enter time in MyTime to allow the leave to process in the system.***

Use the following time entry codes to record time during the approved period:

| | |
|---|---|
| *Leaves – Sick, vacation or personal holiday* | *Use for the first 7 calendar days of the leave* |
| *Leaves – STD 100%* | *Use prior to the pay drop date for approved STD* |
| *Leaves – STD 66 2/3%* | *Use after the pay drop date for approved STD, if applicable* |
| *Leaves – Holiday* | *Use for observed holidays that occur during* |

*approved STD*

Use the following time entry codes to record time once the approved period has ended if the employee has not returned to work:

*Sick*
*Vacation*
*Personal Holiday*
*Holiday (Observed holidays only)*
*Unpaid – Excused Absence (non-exempt (biweekly) employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**Support information**
**Claim Status:**

**Lincoln Financial Email:** Sarah.Hicks@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.13937

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, January 7, 2021 8:55:16 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | txpboxplmhq8bod2n3ix_9693907.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 7, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On January 6, 2020, we requested additional medical records from Dr. Prato, Dr. Logan, and Dr. Saltzman. We are also awaiting a form completed by Dibella Chriropractic. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2020 through the present from Dr. Prato, Dr. Logan, and Dr. Saltzman

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Duke Energy Corporation's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than February 20, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

# FAX

| To | Date |
|---|---|
| Name: LINCOLN FINANCIAL | 1/7/2021 6:07:40 AM |
| Fax Number: 9-1-6033348856 | **Number of Pages** (including cover sheet) |
| Phone Number: LINCOLN FINANCIAL | 49 |

## From

**Name:** Alisha - Release of Information

**Fax Number:** 704-446-6037

**Contact Number:** 704-667-9609

## Message

REQUESTED INFORMATION

*This communication may contain information that is confidential, privileged, proprietary, or otherwise protected from use or disclosure under state and federal law. It is intended only for the person to whom it is addressed, and the information should be kept confidential and secure.*

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY. You are prohibited from reading, printing, retaining, copying, or disseminating any part of the communication, including any of its attachments. Please completely return and/or destroy the entire communication and all accompanying attachments without reading the content. There is no intent on the part of the sender to waive any right or privilege that may be attached to the communication. Unlawful use or disclosure of this communication and its attachments may violate state and federal laws, and could result in significant penalties and consequences.*

*Thank you for your cooperation.*

Atrium Health

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

Date: January 6, 2021

To: ATRIUM HEALTH

Attn: Medical Records

Fax: (704) 446-6037

From: Sarah Hicks
Integrated Specialist
Phone No.: Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

Total Pages
(Including Cover): 9

RE:

Claim #: 10813707
Claimant: Allan Araya

Duke Energy Corporation

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-12.15.2020
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ATRIUM HEALTH |
| Attn: | Medical Records |
| Fax: | (704) 446-6037 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present
- Completion of the Enclosed Forms:

X Restrictions Form
X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: _

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
[signature]
6A3642F695DA442...

Print Name

DocuSigned by:
[signature]
6A3642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Atrium Health

**Carolinas Medical Center**
**1000 Blythe Boulevard**
**Charlotte, NC 28203-**

PHYSICIAN FACESHEET - PATIENT DEMOGRAPHICS UPDATED: 12/24/2020 1145

```
NAME        : ARAYA,ALLAN ARTURIO       ADM DATE/TIME: 12/13/2020 2105
PT. TYPE    : ER                        DIS DATE     : 12/14/2020 1330
SERVICE     : EMD                       LOCATION     : CMAJ CMAJ POOL
                                        ADMIT SOURCE : 12
ADDRESS #1  :                           MED REC#     : 000544-87-25
ADDRESS #2  :                           ACCOUNT #    : CHS64638-59120
CITY        :                           PHONE (H)    :        -
CO/ST/ZIP   :                           PHONE (W)    :
RACE        : Patient Declined          PHONE (M)    :

BIRTHDATE   :                           SEX          :  MALE
SS #        :
                                        ACCIDENT     :
                                        ACCIDENT DATE:
ADMIT DX    : MVC
WORKING DX  : MVC                       PRI CARE MD  : NEEDED-PPI,PCP
ADMIT MD    : ,
ATTEND MD   : WEEKES,ANTHONY J
REFER MD    : ,
ER MD       : ,
GUARANTOR   : ARAYA,ALLAN ARTURIO       RELATIVE     : ARAYA,SONJA
ADDRESS #1  :                           REL ADDRESS 1:
ADDRESS #2  :                           REL ADDRESS 2:
CITY        :                           REL CITY     :
ST/ZIP      :                           REL ST/ZIP   :
PHONE (W)   :              )REL PHONE (H):
REL TO PT   :SELF                       REL PHONE (W):
                                        REL TO PT  : MOTHER

EMPLOYER    : DUKE ENERGY
ADDRESS #1  :                           CITY         :
ADDRESS #2  :                            ST/ZIP    :

  INSURANCE 1                                INSURANCE 2
COMPANY     : UHC PPO EPO CHOICE SELECT COMPANY      : RSOURCE
GROUP #     : 729784                    GROUP #      : 999999
POL/SS #    : 910024569                 POL/SS # : ID999999
INSURED     : ARAYA,ALLAN ARTURIO       INSURED      : ,
REL TO INS  :                           REL TO INS   :
MAIL TO     : ,                         MAIL TO      : ,
ADDRESS #1  : PO BOX 740800             ADDRESS #1   : 433 PLAZA REAL, SUITE 255
ADDRESS #2  :                           ADDRESS #2   :
CITY/ST/ZIP: ATLANTA GA 30374           CITY/ST/ZIP  : BOCA RATON FL 33432
PHONE       : (800)638-7785EXT:         PHONE        : (866)954-4650 EXT:

APPROV/REF  :                           APPROV/REF   :


  INSURANCE                                  INSURANCE
COMPANY     :                           COMPANY      :
GROUP #     :                           GROUP #      :
POL/SS #    :                           POL/SS #     :
```

| | | | | | |
|---|---|---|---|---|---|
| INSURED | : , | | INSURED | : , | |
| REL TO INS | : | | REL TO INS | : | |
| MAIL TO | : , | | MAIL TO | : , | |
| ADDRESS #1 | : | | ADDRESS #1 | : | |
| ADDRESS #2 | : | | ADDRESS #2 | : | |
| CITY/ST/ZIP | : | | CITY/ST/ZIP | : | |
| PHONE | : | EXT: | PHONE | : | EXT: |
| APPROV/REF | : | | APPROV/REF | : | |
| COMMENT | : | | COMMENT | : | |

## Consultations

DOCUMENT NAME:

**Ortho Consult Note**

Patient: **ARAYA, ALLAN ARTURIO** **MRN: 0005448725** **FIN: 6463859120**
Age: **39 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **HAYNES III, WILLIAM BRYCE MD**

History and Physical
HISTORY OF PRESENT ILLNESS:
This is a 39-year-old male who was involved in an MVC earlier tonight. He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.

Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. When asked to point to his pain, it is worst anteriorly but there is also pain posterior laterally as well. His pain has been constant since time of onset and is worse with movement and better with rest. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.

PERTINENT PAST MEDICAL HISTORY:
Denies any significant past medical history

PERTINENT MEDICATIONS:
Does not take any daily medications

PERTINENT PAST SURGICAL HISTORY:
No prior surgical procedures

ALLERGIES:
No known drug allergies

FAMILY HISTORY:
Denies family history of bleeding or clotting disorders

SOCIAL HISTORY:

## Consultations

Baseline functional status/employment/living situation: He lives in the Charlotte area and works as a customer service representative for Duke energy
Smoking: Denies
Alcohol: Socially
Drug Use: Denies

REVIEW OF SYSTEMS:
Constitutional: negative other than as mentioned in HPI
Eyes: negative other than as mentioned in HPI
Head/neck: negative other than as mentioned in HPI
ENMT: negative other than as mentioned in HPI
Respiratory: negative other than as mentioned in HPI
Cardiovascular: negative other than as mentioned in HPI
Gastrointestinal: negative other than as mentioned in HPI
Genitourinary: negative other than as mentioned in HPI
Musculoskeletal: See HPI
Integumentary: negative other than as mentioned in HPI
Neurological: negative other than as mentioned in HPI
Psychiatric: negative other than as mentioned in HPI
Endocrine: negative other than as mentioned in HPI
Hematologic/lymphatic: negative other than as mentioned in HPI

PHYSICAL EXAM:
Constitutional:
-Well-developed, well-nourished
Psychiatric:
-Alert and oriented x 4. Mood and affect appropriate
Eyes:
-EOMI, normal conjunctivae
HENT:
-External appearance of ears and nose normal, normal hearing
Respiratory:
-Breathing unlabored, symmetrical expansion, no chest wall tenderness
Cardiovascular:
-Pulses normal other than as stated in the musculoskeletal exam. No edema in uninjured extremities
Integumentary:
-Skin intact throughout extremities other than as stated in the musculoskeletal exam. No skin induration in the extremities other than as stated in the musculoskeletal exam
Neurological:
-Sensation normal other than as stated in the musculoskeletal exam. Deep tendon reflexes not tested in injured extremity secondary to pain

MUSCULOSKELETAL EXAM:

Right Upper Extremity:
-Inspection: Skin is intact, compartments soft, no ecchymosis or erythema
-Palpation: No bony or soft tissue deformity or tenderness
- Range of Motion: Full wrist, shoulder, and elbow range of motion

## Consultations

-Neuro: Sensation intact to light touch in the axillary, radial, median, ulnar nerve distributions. Extends wrists, gives thumbs up sign, makes OK sign, and abducts all fingers
-Vascular: Warm and well perfused with brisk capillary refill, palpable radial pulse

Left Upper Extremity:
-Inspection: Skin is intact, compartments soft, no ecchymosis or erythema
-Palpation: No bony or soft tissue deformity or tenderness
- Range of Motion: Full wrist, shoulder, and elbow range of motion
-Neuro: Sensation intact to light touch in the axillary, radial, median, ulnar nerve distributions. Extends wrists, gives thumbs up sign, makes OK sign, and abducts all fingers
-Vascular: Warm and well perfused with brisk capillary refill, palpable radial pulse

Right Lower Extremity:
-Inspection: Small knee effusion present
-Palpation: Tenderness palpation over the anterior knee on either side of the patellar tendon, also tenderness palpation over the posterior lateral aspect of the tibial plateau
-Range of Motion: Full hip, knee, and ankle range of motion, able to perform straight leg raise, but painful to do so
-Ligamentous: Some laxity on posterior drawer compared to contralateral side, however there is a firm endpoint present. Negative dial test at 90 degrees and 30 degrees.
-Neuro: Actively flexes hip, flexes/extends knee, dorsiflexes/plantarflexes ankle, flexes/extends hallux, sensation intact to light touch in the superficial peroneal, deep peroneal, tibial, saphenous, sural nerve distributions
-Vascular: Warm and well perfused with brisk capillary refill, palpable posterior tibial and dorsalis pedis pulses

Left Lower Extremity:
-Inspection: Skin is intact, compartments soft, no ecchymosis or erythema, no pedal edema
-Palpation: No bony or soft tissue deformity or tenderness
-Range of Motion: Full and painless hip, knee, and ankle range of motion, no pain with straight leg raise
-Ligamentous: Knee stable to varus/valgus/anterior/posterior stress
-Neuro: Actively flexes hip, flexes/extends knee, dorsiflexes/plantarflexes ankle, flexes/extends hallux, sensation intact to light touch in the superficial peroneal, deep peroneal, tibial, saphenous, sural nerve distributions
-Vascular: Warm and well perfused with brisk capillary refill, palpable posterior tibial and dorsalis pedis pulses

RADIOLOGY:
Radiology images reviewed and independently interpreted:
Lateral views of the right knee and tibia significant for a small osseous fragment that appears to be adjacent to the posterior tibial plateau. Difficult to assess where the piece lies in the coronal plane.

LABS:
All labs were reviewed, notable for elevated EtOH and presumptive positive cocaine

ORTHOPEDIC DIAGNOSIS:
Right tibial plateau bony avulsion fracture
Partial PCL injury (Grade I)

PLAN:
This is an otherwise healthy 39-year-old male with the above listed injury after being involved in a motor vehicle collision. He was discussed with the on-call attending as well as the emergency department physician and is likely to go home today due to this being his isolated injury. Prior to leaving, he will need to get a CT of his right knee to evaluate the extent of the injury and the orthopedic team would like to review prior to sending him home. We have placed him in a knee

## Consultations

immobilizer for the right side and plan for him to follow-up with Ortho Carolina sports in 1 to 3 weeks, depending on when he can get an appointment.

CT R knee pending
Antibiotics: none
Analgesia: Recommend multimodal
Weightbearing: NWB RLE
Disposition/Admission/Followup Plan: OrthoCarolinas as above
Patient phone number: 704-530-8657
704-530-3910
704-736-9165

**Electronically Signed By: HAYNES, WILLIAM BRYCE MD**
**12/14/2020 09:05 AM**

**Electronically Signed By: PHELPS, KEVIN DANIEL MD**
**12/14/20 03:51 PM**

## Emergency Department Documentation

ARAYA, ALLAN ARTURIO

1387762; 0005448725; 0000157092; 0005448725; 0005448725; 0005448725; 0005448725; 0005448725
6463859120

*** ED Physician Documentation - Auth (Verified) ***

| TIME | INTERVENTIONS |
|---|---|
| PTA | IV access: #1 size/site 20G RAC |
| | #2 size/site |
| | #3 size/site |
| | #4 size/site |
| | ETT/NTT size: Position: Cuffed: ☐ Yes ☐ No |
| | Cuff Pressure per RT: |
| | Central Line(s) ☐ Time Out: Site(s): |
| | Chest Tube(s) ☐ Time Out at: R: L: |
| | NGT/OGT size: |
| 2115 | FAST: + - (ind) by: Kee Sp... |
| | Foley Size: ☐ clear ☐ bloody |
| | Cardiac Monitor |
| 2110 | Blood Collected • by: Monch |
| 2111 | Warm Blankets |
| | 12-Lead EKG |
| | Log Rolled |
| | Backboard removed by: |
| | C-collar removed by: |
| | Reduction: Pulses: Y N |
| | Moderate Sedation ☐ Time Out at: |
| | Deep Sedation ☐ Time Out at: |
| | Peritoneal Tap/Lavage ☐ Time Out at: |
| 2146 | Trauma Protocol d/c'd by: Wilson |

**INTAKE**

CRYSTALLOIDS — Prehospital Total 300

| Time Up | Site | Type | Amt. Up | Warmed | Time Down | Amt. In |
|---|---|---|---|---|---|---|
| | | | | Y N | | |
| | | | | Y N | | |
| | | | | Y N | | |
| | | | | Y N | | |
| | | | | Y N | | |

CRYSTALLOID TOTAL 300

BLOOD PRODUCTS ☐ MTP activated (see flowsheet)

☐ Emergency release authorized by:

| Time Up | Site | Type | Unit Number | Warm | Time | Amt. In |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BLOOD PRODUCTS TOTAL Ø

GRAND TOTAL INFUSED Ø

**OUTPUT**

Prehospital Output:

| Time | Urine | CT-R | CT-L | NG tube | Emesis |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | | | | | |

☐ Foley not emptied GRAND TOTAL OUTPUT Ø

**MEDICATIONS**

Resp: F = Full M = Moderate NR = No Relief

TXA(PTA) ☐ drip ☐ bolus Time given:

| Time/Initials | Med / Dose / Route | Site | Time/Initials | Pain Resp |
|---|---|---|---|---|
| | | | | |

**GLASGOW COMA SCALE**

| ADULT/CHILD | INFANT | |
|---|---|---|
| **EYES OPEN** | **EYES OPEN** | |
| (Spontaneous) | Spontaneous | 4 |
| To verbal command | To sound | 3 |
| To pain | To pain | 2 |
| None | None | 1 |
| **VERBAL RESPONSE** | **VERBAL RESPONSE** | |
| Oriented & Converses | Babbles, coos | 5 |
| (Disoriented & Converses) | Irritable cry | 4 |
| Inappropriate words | Cries - pain | 3 |
| Incomprehensible sounds | Moans to pain | 2 |
| No response | None | 1 |
| **MOTOR RESPONSE** | **MOTOR RESPONSE** | |
| (Obeys) | Normal spontaneous | 6 |
| Localizes pain | Withdraws to touch | 5 |
| Flexion/Withdrawal | Withdraws (pain) | 4 |
| Abnormal flexion | Abnormal flexion | 3 |
| Abnormal extension | Abnormal extension | 2 |
| No Response | None | 1 |

**TOTAL GCS WITH QUALIFIERS:** 14

GCS QUALIFIERS:
P=Paralyzed
S=Sedated
T=Intubated
E=Eye Swollen

NEURO CONDITION
(A= Alert)
V= Verbal
P= Painful
U= Unresponsive

DISPOSITION Time: 2320 ☒ Home ☐ OR ☐ Expired ☐ Floor ☐ ICU ☐ Transfer ☐ Report to:

| TIME | NURSING NARRATIVE VS q 5 min x 30 min then q 15 min |
|---|---|
| | Initial assessment done by: Wilson ☐ See Continuation Sheet |
| 2106 | EMS states pt involved MVC traveling H/K speeds, unrestrained rear passenger MVC vs parked car on side of road. (+) ETOH. Ambulating on scene. [signature] |
| 2120 | Pt transported to CT on trauma protocol [signature] |
| 2145 | Report given to Kelsey RM6 [signature] |

PATIENT IDENTIFIER

ARAYA, ALLAN ARTURIO
CSN: 6463859120 FAC: C
MRN: 0005448725 Adm Date: 12/13/2020
DOB: (39 yrs) Male ER
Att Phy: 99034 CMCED TRIAGE

**Emergency Department**
**TRAUMA FLOWSHEET/ORDER**

"557"

45077 (10/18) Page 2

CMC

ARAYA, ALLAN ARTURIO

1387762; 0005448725; 0000157092; 0005448725; 0005448725; 0005448725; 0005448725; 0005448725
6463859120

* ED Physician Documentation - Auth (Verified) *

## VITAL SIGNS

Q 5 min x 30 min then Q 15 min until trauma protocol discontinued
Manual BP: 114/76 Time: 2109

| Time | BP | Pulse | $O_2$ Sats | $O_2$ Source | Spon. Resps. | Assist. Resps. | ETCO2 | Temp. | Pain Site / # | Eyes | Verbal | Motor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2110 | 109/60 | 104 | 92 | RA | 16 | | | 98.1° | 10/#1 | 4 | 4 | 6 |
| 2115 | 108/85 | 102 | 93 | RA | 19 | | | | | 4 | 4 | 6 |
| 2120 | 121/79 | 104 | 94 | RA | 14 | | | | 10/#1 | 4 | 4 | 6 |
| 2125 | | 107 | 94 | RA | 17 | | | | | 4 | 4 | 6 |
| 2130 | 115/91 | 108 | 94 | RA | 21 | | | | | 4 | 4 | 6 |
| 2135 | 126/81 | 110 | 93 | RA | 20 | | | | | 4 | 4 | 6 |
| 2140 | | 111 | 97 | RA | 22 | | | | | 4 | 4 | 6 |

## TRANSPORTATION

Depart Time: 2130
Destination: CT
Arrival Time: 2131
Taken By: SL

## BELONGINGS / VALUABLES

☐ None ☐ with pt ☐ with pt rep
☐ With Family
☐ With Police:

## NOTIFICATIONS

☐ Clinical Triggers (Time Activated):
☐ Patient Representative:
☐ Interpreter:
☐ Child Life:
☐ Family Present:
☐ Chaplain:
☐ Law Enforcement:

| ORDER TIME | LAB | DONE | ORDER TIME | RADIOGRAPH | DONE |
|---|---|---|---|---|---|
| | *TC 1&2 Labs: | | | X-rays | |
| | *POC chem 8 | ☐ | | C-spine Lateral | ☐ |
| | NA+ | | | C-spine Series | ☐ |
| | K+ | | | Thoracic Spine | ☐ |
| | Cl | | | Lumbar Spine | ☐ |
| | Glucose | | 2111 | Chest Supine | ☑ |
| | Hgb | | | Chest Erect | ☐ |
| | BUN | | | Reverse T | ☐ |
| | Crt | | 2111 | Pelvis | ☑ |
| | *POC CG4 | ☐ | | Femur R L | ☐ |
| | pH | | | Tib/Fib R L | ☐ |
| | pCO2 | | | Humerus R L | ☐ |
| | pO2 | | | Forearm R L | ☐ |
| | HCO3 | | | CT - Scans | ☐ |
| | Lactate | | | CT - Head | ☐ |
| | BE | | | CT - Abdomen | ☐ |
| 2110 | *ETOH | ☑ | | CT Pelvis | ☐ |
| 2110 | *Drug Screen | ☑ | | CT Chest | ☐ |
| | *PregS | ☐ | | CT C-Spine | ☐ |
| ☐ Deferred by: | | | | CT T L recons | ☐ |
| 2110 | CBC | ☑ | | CT Angio | ☐ |
| 2110 | BMP | ☑ | | Angiogram | ☐ |
| | CMP | ☐ | | EFAST | ☐ |
| | PT/INR/PTT | ☐ | 2110 | CT Trauma [illegible] | ☑ |
| | Type & Hold | ☐ | | | ☐ |
| | T & C x ___ units | ☐ | | | ☐ |
| | Amylase/Lipase | ☐ | | | ☐ |
| | Hepatic Panel | ☐ | | | ☐ |
| | Peritoneal Fluid | ☐ | | | ☐ |
| | MD Notified (critical labs) | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

Admit To ______________ , Bed type ______________

| INIT | SIGNATURE / RN | # |
|---|---|---|
| SD | [signature] | 1 |
| SL | [signature] | 2 |

ED MD Making Trauma Code Decision: Weeks

### TRAUMA CODE 1

☐ Clinical evidence of shock - Adults: BP < 90, HR < 50, or > 130; Children: SBP to < 70 + 2(age). HR < 60 or > 160
☐ Airway compromise/respiratory distress (ALL INTUBATED PATIENTS)
☐ Unresponsive (GCS ≤ 8) w/ significant MOI
☐ Significant penetrating injury to head, neck, or torso (including genitalia)
☐ Penetrating traumatic arrest with signs of life in the field
☐ Receiving PRBC to maintain VS PTA or in ED
☐ Traumatic arrest, including Blunt trauma arrest
☐ Attending judgement
☐ Any Pediatric/Teen (< 17) arrest, including blunt trauma arrest

### TRAUMA CODE 2

☐ Pneumothorax, hemothorax, or significant suspicion of aortic disruption
☐ Known or suspected hip, femur, or pelvic injury w/significant MOI
☐ Burns > 25% TBSA, with 2° or 3° burns, significant inhalation injury, or high voltage electrical injury
☐ Pregnancy (> 20 wks gest. or fundal height above umbilicus) with significant MOI and abd pain, VB, or absence of fetal movement.
☐ Suspected vascular injury/tourniquet in use
☐ GCS ≥ 9 but ≤ 12 with traumatic brain injury
☐ Clinical evidence of spinal cord injury
☐ Known or suspected intra-abdominal injury or + FAST
☐ Amputations proximal to elbow or knee
☐ Attending judgment
☐ Geriatric (< 64) lactate > 2.5 or INR > 2

### TRAUMA ALERT

☐ Significant MOI (fall > 10 feet pedestrian or cyclist struck MCC, rollover MVC, ATV accident or ejection from automobile)
☐ Significant penetrating wound to extremity
☐ Suspected multiple fractures or open fractures
☐ AMS with trauma
☐ Adult blunt trauma full arrest
☒ Attending judgment
☐ Pregnancy > 20 weeks or with significant MOI and no signs of fetal risk
☐ Geriatric (< 64) MVC or fall from height

ATTENDING SIGNATURE: [signature]
DATE: 13Dec2020 TIME: 2106

**Emergency Department**
**TRAUMA FLOWSHEET/ORDER**

45077 (10/18) Page 3

*5571

PATIENT IDENTIFIER
ARAYA, ALLAN ARTURIO
CSN: 6463859120 FAC: C
MRN: 0005448725 Adm Date: 12/13/2020
DOB: (39 yrs) Male ER
Att Phy: 99034 CMCED TRIAGE

CMC

# Emergency Department Documentation

DOCUMENT NAME: ED Physician Documentation

**ARAYA, ALLAN ARTURIO**
**Location:** Carolinas Medical Center
**DOB:**
**Sex:** Male
**MRN:** 0005448725
**FIN:** 6463859120

**Chief Complaint**
Pt involoved in MVC as unrestrained rear passenger traveling at HWY speeds ~ 70mph. EMS reports PT ambulating on scene and possible ETOH

**Time Seen**
**Time Seen:**
WILSON , CHELSEA HASBROOK MD 12/13/2020 21:14
This document serves as a record of services personally performed by Chelsea Wilson, MD. It was created on her behalf by Kelsey Dolman, a trained medical scribe. The creation of this record is based on the scribe's personal observations and the provider's statements to them. This document is checked and approved by the attending provider.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decision making made by me.
Electronically signed: Chelsea Wilson, MD

**History of Present Illness**
39 year old otherwise healthy male presents to the ED as an Adult Trauma Alert via EMS for an MVC. Medic reports at 20:25 this evening the patient was an unrestrained rear passenger of a sedan travelling on the highway that struck a stranded vehicle alongside the road. No LOC, ambulatory on scene, positive EtOH. They state patient complained of lateral neck pain, back pain, and R lower extremity pain.
Medic reports a highest heart rate of 108 bpm, lowest blood pressure 106/72 mmHg. They administered 4 Zofran and 300 cc fluids.

Patient is somewhat confused upon arrival, thus limiting additional history.

**Review of Systems**
Limited due to confusion.

**Physical Exam**
Vitals & Measurements
**T:** 98.1 °F (Oral) **HR:** 104 (Monitored) **RR:** 18 **BP:** 124/83 **SpO2:** 98%
**HT:** 182.88 cm
PRIMARY SURVEY:
Airway: Intact. Not obstructed.
Breathing: Bilateral breath sounds. Symmetric.
Circulation: Intact carotid, radial, femoral, and dorsalis pedis pulses.
Disability: GCS 15. Pupils equal and reactive.

SECONDARY SURVEY:
HEENT: Pupils 3 mm, equal, round, and reactive to light bilaterally. No evidence of skull depression or deformity. No evidence of facial step off or major deformity. TMs clear bilaterally.
Neck: Trachea midline. C-collar in place.
Chest: No crepitus. Non tender to palpation. No obvious trauma.
Abdomen: Non tender. Non distended. No guarding. No obvious trauma.

**Problem List/Past Medical History**
Ongoing
Obesity
Historical
No chronic medical issues

**Procedure/Surgical History**
**Freetext Procedures**
**Date Procedure Description**
Mole removal X 2 in back

**Medications**
Inpatient
No active inpatient medications
Home
Fish Oil oral capsule, **Not taking**
Flexeril 10 mg oral tablet, 10 mg, ORAL, TID (3 times a day), PRN
traMADol 50 mg oral tablet, 50 mg, 1 tablet, ORAL, q12h, PRN
Zovirax Topical 5% ointment, 1 application, TOPICAL, q3h, **Not taking**

**Allergies**
No known allergies

**Social History**
Alcohol
Current, Frequency: Occasionally.
Drug Abuse
Denies
Tobacco
Smokeless Tobacco Use: Never. Never smoker, 0 Yrs Smoker. 0 Avg # Packs Per Day.
Never smoker, 0 Yrs Smoker. 0 Avg # Packs Per Day:.
Vape/E-Cigarette
Use: Never.

**Family History**
Hyperlipidemia.: Mother and Father.
Hypertension.: Mother and Father.

**Lab Results**

| Blood Gases | LAST RESULT | PRIOR RESULT | RANGE | UNITS |
|---|---|---|---|---|
| Allen's Test. | 12/13/20 NA | | | |
| Ventilator Mode | 12/13/20 None | | | |
| pH (Ven) | 12/13/20 7.31 | | 7.31 - 7.41 | |

Admit Date: 12/13/2020 21:05 EST
Disch Date: 12/14/2020 13:30 EST
Admitting:
Attending: WEEKES ,ANTHONY J MD
Printed: 1/7/2021 06:00 EST

Pt Name: ARAYA, ALLAN ARTURIO
MRN: 0005448725 Acct#: 6463859120
DOB: Age: 39 years Sex: Male
Location: CMAJ
Print ID: 429813101

## Emergency Department Documentation

Pelvis: Stable to AP and lateral compression. Non tender.
GU: No blood at urethral meatus, normal external genitalia.
Rectal: Deferred
Back: **Lumbar spine tenderness.** Cervical, thoracic, spines non-tender without step-off or deformity.
Extremity: No obvious long bone deformity. No pain with passive range of motion to upper extremities. No pain passive range of motion lower extremities.
Vascular: Bilateral 2+ radial, carotid, femoral, posterior tibial, and dorsalis pedis pulses.
Neuro: GCS - E4V5M6 (15). Sensation grossly intact to fine touch. Down going Babinski reflex.

**Medical Decision Making**

39-year-old male with unknown past medical history who presents emergency department after being the unrestrained passenger of a vehicle that was going at highway rate of speed when it rear-ended a stopped car. Patient unknown LOC and was ambulatory on scene but confused. Endorsed EtOH. Due to decreased GCS of 14 and alcohol on board patient was called out as a trauma alert and a CT trauma pack was done. Fast was indeterminant. Chest and pelvic x-ray done in the trauma bay was negative for any acute abnormality.. Primary and secondary survey was performed as noted above. I have reviewed patient's available records.

~ On my interpretation, Laboratory workup is significant for CBC normal white count, hemoglobin, platelets. BMP without except electrolyte abnormalities and an elevated lactate of 2.7. Patient's alcohol level is 248.
~Interpretation of the patient's imaging, chest x-ray with no evidence of acute abnormality. CT of the pelvis with no evidence of acute fracture. CT of the thoracic spine with no evidence of acute fracture. CT of the lumbar spine with no evidence of acute fracture. CT of the cervical spine with no evidence of acute fracture. CT of the head with no evidence of acute intracranial abnormality. CT of the chest with no evidence of acute abnormality. CT of the abdomen/pelvis with no evidence of acute abnormality.

Patient continues to be intoxicated and we will continue to monitor in the ED while pending clinical sobriety. Once patient is clinically sober will obtain a tertiary exam and discharge home.

Patient continued to complain of bilateral lower extremity pain and x-rays were ordered.

Patient signed out to oncoming resident pending clinical sobriety.

**Reexamination/Reevaluation**

==================================================
BEGIN BLACKWELL, MD DOCUMENTATION
==================================================
Care signed out to me at 2300 pending clinical sobriety and reassessment as well as x-rays. Did show osseous fragments near the tibial plateau but were otherwise unremarkable. Patient was allowed to metabolize in the ED without difficulty. On final reassessment, patient was able to ambulate without difficulty and had no slurring of his words. Discharged home in stable condition.
==================================================

**SERVEN ADDENDUM**

| | | | | |
|---|---|---|---|---|
| **PCO2 (Ven)** | 12/13/20 50 | | 41 - 51 | mm[Hg] |
| **PO2 (Ven)** | 12/13/20 25 L | | 30 - 40 | mm[Hg] |
| **HCO3 (Ven)** | 12/13/20 25 | | 23 - 28 | mmol/L |
| **Base Deficit.** | 12/13/20 2 H | | 0 | mmol/L |
| **%HGB** | 12/13/20 16.0 | | 13.0 - 17.4 | |
| **%HBO2** | 12/13/20 38.9 L | | 94 - 98 | |
| **%HBCO** | 12/13/20 1.3 | | 0.5 - 1.5 | % |
| **%MetHGB** | 12/13/20 1.1 | | 0.0 - 1.5 | |
| **Puncture Site (O2 Sat/HGB** | 12/13/20 LAC | | | |

| CBC/Differential | LAST RESULT | PRIOR RESULT | RANGE | UNITS |
|---|---|---|---|---|
| **WBC** | 12/13/20 10.1 | | 3.6 - 10.4 | 10*3/uL |
| **RBC** | 12/13/20 5.21 | | 4.16 - 5.83 | 10*6/uL |
| **HGB** | 12/13/20 14.9 | | 13.0 - 17.4 | g/dL |
| **HCT** | 12/13/20 44 | | 39 - 52 | % |
| **MCV** | 12/13/20 84 | | 82 - 99 | fL |
| **MCH** | 12/13/20 29 | | 27 - 34 | pg |
| **MCHC** | 12/13/20 34 | | 32 - 35 | g/dL |
| **RDW** | 12/13/20 13.1 | | 12.5 - 15.7 | % |
| **Platelet** | 12/13/20 395 H | | 142 - 328 | 10*3/uL |
| **MPV** | 12/13/20 7.3 | | 6.9 - 11.6 | fL |
| **Diff Type** | 12/13/20 AUTOMATED | | | |
| **Hemoglobin CVRU** | 12/13/20 15.9 | | 13.0 - 17.4 | g/dL |
| **Absolute Neut** | 12/13/20 6.10 | | 1.60 - 7.71 | 10*3/uL |
| **Absolute Lymph** | 12/13/20 3.60 H | | 1.05 - 3.20 | 10*3/uL |

## Emergency Department Documentation

Patient care at 0700 pending CT of patient's knee and reevaluation. CT of the right lower extremity revealed an avulsion fracture of the proximal tibia involving the PCL insertion site and evidence of a posterior medial corner injury with capsular edema. Per orthopedic instructions patient was placed in a hinged knee brace in the fully extended position. He is to follow-up in their clinic in 1 week. Patient was able to ambulate using crutches prior to discharge and follow-up instructions were explained to him at length. He had clear speech and was able to demonstrate linear decision-making and thusly feel that he is clinically sober and safe for discharge at this time.

**Assessment/Plan**
ETOH abuse
MVC (motor vehicle collision)

**ED Attestation**
I evaluated this patient concurrently with the resident that I am working with. I agree with the history, physical and medical decision making as described above we have reviewed the laboratory findings as well as diagnostic imaging studies that were performed. Signed Anthony.J Weekes (3834)

No Follow Up Appointments documented.

| | | | | |
|---|---|---|---|---|
| **Absolute Mono** | 12/13/20 0.30 | | 0.20 - 0.90 | 10*3/uL |
| **Absolute EOS** | 12/13/20 0.10 | | 0.00 - 0.50 | 10*3/uL |
| **Absolute Basos** | 12/13/20 0.00 | | 0.00 - 0.11 | 10*3/uL |
| **Neutrophils** | 12/13/20 60 | | | % |
| **Lymph** | 12/13/20 36 | | | % |
| **Monocytes** | 12/13/20 3 | | | % |
| **Eosinophils** | 12/13/20 1 | | | % |
| **Basophils** | 12/13/20 0 | | | % |

| **General Chemistry** | **LAST RESULT** | **PRIOR RESULT** | **RANGE** | **UNITS** |
|---|---|---|---|---|
| **Sodium Level** | 12/13/20 141 | | 134 - 143 | mmol/L |
| **Potassium Level** | 12/13/20 4.9 | | 3.5 - 5.1 | mmol/L |
| **Chloride Level** | 12/13/20 107 | | 98 - 107 | mmol/L |
| **CO2** | 12/13/20 24 | | 21 - 31 | mmol/L |
| **Anion Gap** | 12/13/20 10 | | 3 - 15 | mmol/L |
| **Glucose Level** | 12/13/20 108 | | 70 - 125 | mg/dL |
| **BUN** | 12/13/20 9 | | 8 - 30 | mg/dL |
| **Creatinine** | 12/13/20 0.99 | | 0.67 - 1.10 | mg/dL |
| **Estimated GFR Non-African** | 12/13/20 >59 | | >59 | mL/min/1.73_m2 |
| **Estimated GFR African Ame** | 12/13/20 >59 | | >59 | mL/min/1.73_m2 |
| **Calcium Level** | 12/13/20 9.1 | | 8.6 - 10.3 | mg/dL |
| **Ionized Calcium CVRU** | 12/13/20 1.13 | | 1.13 - 1.32 | mmol/L |
| **Sodium CVRU** | 12/13/20 144 | | 136 - 146 | mmol/L |
| **Potassium CVRU** | 12/13/20 6.1 H | | 3.0 - 4.6 | mmol/L |
| **Glucose CVRU** | 12/13/20 106 H | | 70 - 105 | mg/dL |

## Emergency Department Documentation

| | | | | |
|---|---|---|---|---|
| **Lactic Acid (Whole Blood)** | 12/13/20 2.7 H | | 0.5 - 1.6 | mmol/L |

| **Toxicology/Therapeutic Drug Monitoring** | **LAST RESULT** | **PRIOR RESULT** | **RANGE** | **UNITS** |
|---|---|---|---|---|
| **Ethanol, Serum** | 12/13/20 248 H | | <10 | mg/dL |

**Diagnostic Results**
**CT Abdomen and Pelvis w Contrast** - 13-DEC-2020 21:45:21
IMPRESSION: No acute abnormalities.
**CT Chest w Contrast** - 13-DEC-2020 21:45:21
IMPRESSION: No acute abnormalities.
**CT Head Scan w/o Contrast** - 13-DEC-2020 21:45:21
IMPRESSION: No acute intracranial abnormality. Moderate inflammatory changes in the right frontal and ethmoid sinuses.
**CT Lower Extremity w/o Contrast** - 14-DEC-2020 10:15:50
IMPRESSION: 1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint. 2. Evidence of a posteromedial corner injury with capsular edema.
**CT Spine Cervical w/o Contrast** - 13-DEC-2020 21:45:21
IMPRESSION: No acute findings.
**CT Spine Lumbar w/o Contrast** - 13-DEC-2020 21:45:21
IMPRESSION: No acute findings.
**CT Spine Thoracic w/o Contrast** - 13-DEC-2020 21:45:21
IMPRESSION: No acute findings.
**Xray Ankle Minimum 3 Views** - 13-DEC-2020 23:45:00
IMPRESSION: No acute findings.
**Xray Ankle Minimum 3 Views** - 13-DEC-2020 23:45:00
DATE OF SERVICE: 12/14/2020 12:06 am EXAM: Right ankle three views CLINICAL HISTORY: Trauma with Injury and Pain COMPARISON: DX ANKLE MINIMUM 3 VIEWS dated 2020-12-13 23:26:17 FINDINGS: No acute abnormalities. Seat: 01-IRAD-GEN1 D: 12/14/2020 12:11 AM Verified BY: Walter Steele
**Xray Chest 1 View** - 13-DEC-2020 21:20:00
IMPRESSION: Normal chest radiograph.
**Xray Femur Min 2 VW** - 13-DEC-2020 23:45:00

## Emergency Department Documentation

IMPRESSION: No acute findings.
**Xray Femur Min 2 VW** - 13-DEC-2020 23:45:00
DATE OF SERVICE: 12/14/2020 12:06 am EXAM: Right femur two views CLINICAL HISTORY: Trauma with Injury and Pain COMPARISON: DX FEMUR MIN 2 VW dated 2020-12-13 23:26:49 FINDINGS: Femur appears intact with no acute findings. See separate knee report. Seat: 01-IRAD-GEN1 D: 12/14/2020 12:12 AM Verified BY: Walter Steele
**Xray Knee 1- 2 Views** - 13-DEC-2020 23:45:00
DATE OF SERVICE: 12/14/2020 12:06 am EXAM: Left knee two views CLINICAL HISTORY: Trauma with Injury and Pain COMPARISON: No Relevant Comparisons FINDINGS: No effusion. No fracture, dislocation or subluxation. No other acute findings. Seat: 01-IRAD-GEN1 D: 12/14/2020 12:11 AM Verified BY: Walter Steele
**Xray Knee 1- 2 Views** - 13-DEC-2020 23:45:00
IMPRESSION: On the lateral view there are small osseous fragments adjacent to the posterior tibial plateau. The joint appears congruent.
**Xray Lower Leg 2 Views** - 13-DEC-2020 23:45:00
IMPRESSION: On the lateral view there are small osseous fragments adjacent to the posterior tibial plateau and the fibular head. The more distal tibia and fibula appear intact.
**Xray Lower Leg 2 Views** - 13-DEC-2020 23:45:00
IMPRESSION: No acute findings.
**Xray Pelvis 1-2 Views** - 13-DEC-2020 21:20:00
IMPRESSION: Normal radiographic examination.

**Electronically Signed By: DOLMAN, KELSEY**
**12/29/2020 07:19 AM**

**Electronically Signed By: WILSON, CHELSEA HASBROOK MD**
**12/13/20 10:44 PM**

**Electronically Signed By: SERVEN, VICTORIA MD**
**12/14/20 02:48 PM**

**Electronically Signed By: BLACKWELL, JOSEPH HAYES MD**
**12/14/20 10:57 PM**

**Electronically Signed By: WEEKES, ANTHONY J MD**
**12/20/20 07:15 AM**

## Hematology

**Accession Number:** X7100010

| **Orderable Name:** Stat Lab Profile Venous (STAT LAB PROFILE VENOUS) | **Collected Date/Time:** 12/13/2020 21:17 EST | **Result Date/Time:** 12/13/2020 21:18 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Hemoglobin (Resp) | 15.9 *1 | g/dL | [13.0-17.4] |

**Accession Number:** X7100006

| **Orderable Name:** CBC with Differential (CBC With Diff) | **Collected Date/Time:** 12/13/2020 21:11 EST | **Result Date/Time:** 12/13/2020 21:38 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| WBC | 10.1 *1 | 10*3/uL | [3.6-10.4] |
| RBC | 5.21 *1 | 10*6/uL | [4.16-5.83] |
| HGB | 14.9 *1 | g/dL | [13.0-17.4] |
| HCT | 44 *1 | % | [39-52] |
| MCV | 84 *1 | fL | [82-99] |
| MCH | 29 *1 | pg | [27-34] |
| MCHC | 34 *1 | g/dL | [32-35] |
| RDW | 13.1 *1 | % | [12.5-15.7] |
| Platelet | **395** H *1 | 10*3/uL | [142-328] |
| MPV | 7.3 *1 | fL | [6.9-11.6] |
| Diff Type | AUTOMATED *1 | | |
| Absolute Neut | 6.10 *1 | 10*3/uL | [1.60-7.71] |
| Absolute Lymph | **3.60** H *1 | 10*3/uL | [1.05-3.20] |
| Absolute Mono | 0.30 *1 | 10*3/uL | [0.20-0.90] |
| Absolute EOS | 0.10 *1 | 10*3/uL | [0.00-0.50] |
| Absolute Basos | 0.00 *1 | 10*3/uL | [0.00-0.11] |
| Neutrophils | 60 *1 | % | |
| Lymph | 36 *1 | % | |
| Monocytes | 3 *1 | % | |
| Eosinophils | 1 *1 | % | |
| Basophils | 0 *1 | % | |

**Performing Locations**

*1: This test was performed at:
CMC Lab, 1000 Blythe Blvd, Medical Director: Lipford, Edward MD, 704-355-9350, Charlotte, NC, 28203- , USA

## Chemistry

**Accession Number:** X7100010

| **Orderable Name:** Stat Lab Profile Venous (STAT LAB PROFILE VENOUS) | **Collected Date/Time:** 12/13/2020 21:17 EST | **Result Date/Time:** 12/13/2020 21:18 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Ionized Calcium (Resp) | 1.13 *1 | mmol/L | [1.13-1.32] |
| Sodium (Whole Blood) | 144 *1 | mmol/L | [136-146] |

## Chemistry

| Orderable Name: Stat Lab Profile Venous (STAT LAB PROFILE VENOUS) | Collected Date/Time: 12/13/2020 21:17 EST | Result Date/Time: 12/13/2020 21:18 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Potassium (Whole Blood) | **6.1** H *1 | mmol/L | [3.0-4.6] |
| Glucose (Whole Blood) | **106** H *1 | mg/dL | [70-105] |
| Lactic Acid (Whole Blood) | **2.7** H *1 | mmol/L | [0.5-1.6] |

**Accession Number:** X7100007

| Orderable Name: Cocaine Confirmation Ur (COCAINE CONFIRMATION, URINE) | Collected Date/Time: 12/13/2020 22:20 EST | Result Date/Time: 12/18/2020 20:24 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Benzoylecgonine GC/MS Conf-Urine | See Below T1 R1 *1 | ng/mL | |
| Cocaine Metabolites,Urine | See Below T2 R1 *1 | | |

| Orderable Name: Urine Drug Screen (6 Abuse Drugs) With Confirmation | Collected Date/Time: 12/13/2020 22:20 EST | Result Date/Time: 12/13/2020 23:22 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Amphetamines,Urine | Negative R2 *1 | | |
| Barbiturates,Urine | Negative R3 *1 | | |
| Benzodiazepine Screen | Negative R3 *1 | | |
| Cocaine,Urine | PRESUMPTIVE POSITIVE R4 *1 | | |
| Marijuana,Urine | Negative R5 *1 | | |
| Opiates | Negative R6 *1 | | |

**Textual Results**

T1: 12/13/2020 22:20 EST (Benzoylecgonine GC/MS Conf-Urine)
REPORT SENT TO PHYSICIAN. AVAILABLE AS SCANNED RESULTS IN POWERCHART.

T2: 12/13/2020 22:20 EST (Cocaine Metabolites, Urine)
REPORT SENT TO PHYSICIAN. AVAILABLE AS SCANNED RESULTS IN POWERCHART.

**Result Comments**

R1: Benzoylecgonine GC/MS Conf-Urine, Cocaine Metabolites, Urine
PERFORMED BY LABCORP
1447 YORK COURT
BURLINGTON, NC 27215-2230

R2: Amphetamines, Urine
Threshold 1000 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

R3: Barbiturates, Urine, Benzodiazepine Screen
Threshold 200 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for

## Chemistry

**Result Comments**

R3: Barbiturates, Urine, Benzodiazepine Screen
patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

R4: Cocaine, Urine
Threshold 300 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

R5: Marijuana, Urine
Threshold 50 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

R6: Opiates
Threshold 2000 ng/mL

This screen is for medical purposes only and gives presumptive positive results. When clinically indicated for patient management, presumptive positive results should be confirmed by definitive testing - LC-MS/MS or GC-MS.

**Accession Number:** X7100006

| **Orderable Name:** Basic Metabolic Panel with GFR (BMP GFR) | **Collected Date/Time:** 12/13/2020 21:11 EST | **Result Date/Time:** 12/13/2020 21:49 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Sodium Level | 141 [*1] | mmol/L | [134-143] |
| Potassium Level | 4.9 [R7 *1] | mmol/L | [3.5-5.1] |
| Chloride Level | 107 [*1] | mmol/L | [98-107] |
| CO2 | 24 [*1] | mmol/L | [21-31] |
| Anion Gap | 10 [*1] | mmol/L | [3-15] |
| Glucose Level | 108 [*1] | mg/dL | [70-125] |
| BUN | 9 [*1] | mg/dL | [8-30] |
| Creatinine | 0.99 [*1] | mg/dL | [0.67-1.10] |
| Estimated GFR Non-African American | >59 [R8 *1] | mL/min/1.73_m2 | [>59] |
| Estimated GFR African American | >59 [R9 *1] | mL/min/1.73_m2 | [>59] |
| Calcium Level | 9.1 [*1] | mg/dL | [8.6-10.3] |

| **Orderable Name:** ETOH Level | **Collected Date/Time:** 12/13/2020 21:11 EST | **Result Date/Time:** 12/13/2020 21:48 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Ethanol,Serum | **248** [H *1] | mg/dL | [<10] |

Admit Date: 12/13/2020 21:05 EST
Disch Date: 12/14/2020 13:30 EST
Admitting:
Attending: WEEKES ,ANTHONY J MD
Printed: 1/7/2021 06:00 EST

Pt Name: ARAYA, ALLAN ARTURIO
MRN: 0005448725 Acct#: 6463859120
DOB: Age: 39 years Sex: Male
Location: CMAJ
Print ID: 429813101

## Chemistry

**Result Comments**

R7: Potassium Level
Specimen is hemolyzed and results may be affected. Review results in correlation with other clinical findings.
SLIGHT HEMOLYSIS

R8: Estimated GFR Non-African American
Calculated GFR for Non-African American patients using IDMS-Traceable MDRD formula.

R9: Estimated GFR African American
Calculated GFR for African American patients using IDMS-Traceable MDRD formula.

**Performing Locations**

*1: This test was performed at:
CMC Lab, 1000 Blythe Blvd, Medical Director: Lipford, Edward MD, 704-355-9350, Charlotte, NC, 28203- , USA

## Blood Gases

**Accession Number:** X7100011

| **Orderable Name:** Respiratory, O2 Sat, Hemoglobin (O2 SATURATION-HEMOGLOBIN) | **Collected Date/Time:** 12/13/2020 21:17 EST | **Result Date/Time:** 12/13/2020 21:18 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| %HGB | 16.0 *1 | | [13.0-17.4] |
| %HBO2 | **38.9** L *1 | | [94-98] |
| %HBCO | 1.3 *1 | % | [0.5-1.5] |
| %MetHGB | 1.1 *1 | | [0.0-1.5] |
| Puncture Site (O2 Sat/HGB) | LAC *1 | | |

**Accession Number:** X7100010

| **Orderable Name:** Stat Lab Profile Venous (STAT LAB PROFILE VENOUS) | **Collected Date/Time:** 12/13/2020 21:17 EST | **Result Date/Time:** 12/13/2020 21:18 EST | |
|---|---|---|---|
| **Procedure** | **Result** | **Units** | **Reference Range** |
| Allen's Test. | NA *1 | | |
| Ventilator Mode | None *1 | | |
| pH (Ven) | 7.31 *1 | | [7.31-7.41] |
| PCO2 (Ven) | 50 *1 | mm[Hg] | [41-51] |
| PO2 (Ven) | **25** L *1 | mm[Hg] | [30-40] |
| HCO3 (Ven) | 25 *1 | mmol/L | [23-28] |
| Base Deficit. | **2** H *1 | mmol/L | [0] |

**Performing Locations**

*1: This test was performed at:
CMC Lab, 1000 Blythe Blvd, Medical Director: Lipford, Edward MD, 704-355-9350, Charlotte, NC, 28203- , USA

## Scanned Lab Reports

* Lab Reports-Scanned - Auth (Verified) *

12/17/2020 3:35:45 AM FROM: LABCORP LCLS BULK TO: 7044467384 LABCORP Page 1 of 1
TO: CHS Main Manual

**LabCorp** **Patient Report**

**Specimen ID:** 349-199-2011-0 **Acct #:** 32008400 **Phone:** (704) 355-5434 **Rte:** 00
**Control ID:** X7100007

**ARAYA, ALLAN**

CHS Main Manual
1000 Blythe Blvd 4th Floor
Charlotte NC 28203

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 12/13/2020 2220 Local | **Ordering:** |
| **Age(y/m/d):** 039/11/14 | **Date received:** 12/14/2020 | **Referring:** |
| **Gender:** M | **Date entered:** 12/14/2020 | **ID:** |
| **Patient ID:** | **Date reported:** 12/17/2020 0335 ET | **NPI:** |

**General Comments & Additional Information**
**Clinical Info:** 0005448725 2220
**Clinical Info:** CCU:0303109995 H-00441021
**Clinical Info:** LM

**Ordered Items**
Cocaine Metabolite Confirm,Ur

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Cocaine Metabolite Confirm,Ur** | | | | | |
| - | | | | | 01 |
| Cocaine (Metab.) | Positive | | | | |
| Benzoylecgonine GC/MS Conf | 1760 | | ng/mL | Cutoff=150 | 01 |

01 UI LabCorp OTS RTP Dir: Ntei Abudu, PhD
1904 TW Alexander Drive, RTP, NC 27709-0153

For inquiries, the physician may contact **Branch: 800-382-2043 Lab: 800-762-4344**

Date Issued: 12/17/20 0335 ET **FINAL REPORT** Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-382-2043

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

## Scanned Lab Reports

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|
| 12/14/2020 10:15 EST | CT Lower Extremity w/o Contrast | HAYNES III,WILLIAM BRYCE MD | Auth (Verified) |

**Reason For Exam**
(CT Lower Extremity w/o Contrast) R posterior tib plateau avulsion fracture

**Report**
DATE OF SERVICE:
12/14/2020 10:15 am

EXAM:
CT of the right lower extremity (knee) without contrast

CLINICAL HISTORY:
MVC. Fracture.

COMPARISON:
No Relevant Comparisons

TECHNIQUE:
Utilizing multidetector, helical technique, volumetric data acquisition of the right lower extremity (knee) was obtained, the data reconstructed in the axial, sagittal, and coronal planes.

CONTRAST:
None.

FINDINGS:
There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.

There is a small joint effusion. Capsular edema is seen posteromedially.

There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.

The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.

IMPRESSION:
1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.
2. Evidence of a posteromedial corner injury with capsular edema.

Seat: 01-IRAD-ORTHO1
D: 12/14/2020 10:33 AM
Verified BY: Nathan Fergus

## CT - Computed Tomography

**Report**
******* Final *******

**Verified: 12/14/2020 10:34 am FERGUS , NATHAN PATRICK MD**

**Signed (Electronic Signature): 12/14/2020 10:34 am**

**Transcribed by: RC**

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|
| 12/13/2020 21:45 EST | CT Spine Cervical w/o Contrast | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(CT Spine Cervical w/o Contrast) Trauma

**Report**
DATE OF SERVICE:
12/13/2020 9:45 pm

EXAM:
CT cervical spine without IV contrast

CLINICAL HISTORY:
Trauma

COMPARISON:
CT SPINE CERVICAL W_O CONTRAST dated 2014-02-03 03:00:44

TECHNIQUE:
Axial images from the foramen magnum through the cervicothoracic junction without IV contrast followed by post processing. Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient size was utilized for this exam.

FINDINGS:
Facets, disc spaces, vertebral body height and alignment preserved. Posterior elements appear intact. Prevertebral soft tissue thickness is normal. Occipital condyles, foramen magnum intact. No clearly apparent fracture, dislocation or subluxation apparent.

IMPRESSION:
No acute findings.

Seat: 01-IRAD-GEN1
D: 12/13/2020 9:51 PM
Verified BY: Walter Steele

***** **Final** *****

**Verified: 12/13/2020 9:51 pm STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/13/2020 9:51 pm**

**Transcribed by: RC**

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|
| 12/13/2020 21:45 EST | CT Spine Lumbar w/o Contrast | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(CT Spine Lumbar w/o Contrast) Traum

**Report**
DATE OF SERVICE:
12/13/2020 9:45 pm

EXAM:
CT thoracolumbar spine without IV CONTRAST:

CLINICAL HISTORY:
Trauma

COMPARISON:
CT SPINE THORACIC W_O CONTRAST dated 2014-02-03 03:06:10

TECHNIQUE:
Axial images from the cervicothoracic junction through the sacrum without IV contrast followed by post processing. Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient size was utilized for this exam.

FINDINGS:
Disc spaces, vertebral body height and alignment joints intact. Facets and posterior elements intact as well. No perivertebral soft tissue swelling apparent. Costovertebral joints preserved. Sacrum and SI joints unremarkable. No clearly apparent fracture, dislocation or subluxation.

IMPRESSION:
No acute findings.

Seat: 01-IRAD-GEN1
D: 12/13/2020 9:52 PM
Verified BY: Walter Steele

***** **Final** *****

**Verified: 12/13/2020 9:52 pm STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/13/2020 9:52 pm**

**Transcribed by: RC**

Admit Date: 12/13/2020 21:05 EST
Disch Date: 12/14/2020 13:30 EST
Admitting:
Attending: WEEKES ,ANTHONY J MD
Printed: 1/7/2021 06:00 EST

Pt Name: ARAYA, ALLAN ARTURIO
MRN: 0005448725 Acct#: 6463859120
DOB: Age: 39 years Sex: Male
Location: CMAJ
Print ID: 429813101

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
| --- | --- | --- | --- |
| 12/13/2020 21:45 EST | CT Abdomen & Pelvis w Contrast | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(CT Abdomen & Pelvis w Contrast) Trauma

**Report**
DATE OF SERVICE:
12/13/2020 9:45 pm

EXAM:
CT CHEST, ABDOMEN AND PELVIS WITH IV CONTRAST

CLINICAL HISTORY:
Trauma, ,

COMPARISON:
CT CHEST W dated 2014-02-03 03:06:10

TECHNIQUE:
Axial images are obtained from the lung apices through the pelvic floor with nonionic intravenous contrast followed by post processing at an independent workstation. Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient size was utilized for this exam.

FINDINGS:
Lungs underinflated but otherwise unremarkable with no pneumothorax, hemothorax, effusion or consolidation. Central airways, esophagus, thoracic aorta, proximal great vessels, thyroid and heart unremarkable. No pericardial effusion seen.

Abdominal aorta, aortic branches, iliofemoral arterial structures, inferior vena cava, pelvic, renal, hepatic, portal, mesenteric and splenic veins are unremarkable. Liver, spleen, adrenal glands, pancreas, gallbladder, biliary tree, kidneys, collecting systems and ureters are unremarkable.

Stomach, duodenum, small bowel, small bowel mesentery, terminal ileum, ileocecal valve, appendix and colon intact. Urinary bladder, seminal vesicles, prostate, rectum unremarkable. Cul-de-sac empty. No free air, free fluid, abscess, phlegmon, bowel obstruction noted. No significant hematoma or extravasation apparent.

No clearly apparent acute skeletal findings.

IMPRESSION:

No acute abnormalities.

Seat: 01-IRAD-GEN1
D: 12/13/2020 9:55 PM
Verified BY: Walter Steele

## CT - Computed Tomography

**Report**
******* Final *******

**Verified: 12/13/2020 9:55 pm STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/13/2020 9:55 pm**

**Transcribed by: RC**

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|
| 12/13/2020 21:45 EST | CT Head Scan w/o Contrast | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(CT Head Scan w/o Contrast) Trauma

**Report**
DATE OF SERVICE:
12/13/2020 9:45 pm

EXAM:
CT Head Scan w/o Contrast

CLINICAL HISTORY:
Trauma, ,

COMPARISON:
CT HEAD SCAN W_O CONTRAST dated 2014-02-03 03:00:44

TECHNIQUE:
Axial images were obtained from the base of the skull to the vertex without IV contrast.

Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient size was utilized for this exam.

FINDINGS:
BRAIN PARENCHYMA: No hemorrhage, mass effect, or midline shift. The gray-white matter differentiation is normal. No focal lesions.

VENTRICLES/CSF SPACES: Normal.

ORBITS: Normal.

SINUSES: Moderate inflammatory changes in the right frontal and ethmoid sinuses.

MASTOIDS: Clear.

Extracalvarial structures are unremarkable.

IMPRESSION:
No acute intracranial abnormality. Moderate inflammatory changes in the right frontal and ethmoid sinuses.

Seat: CRG-IRAD-HOME15
D: 12/13/2020 9:50 PM
Verified BY: Michael Krasnokutsky

## CT - Computed Tomography

**Report**
******* Final *******

**Verified: 12/13/2020 9:50 pm KRASNOKUTSKY , MICHAEL MD**

**Signed (Electronic Signature): 12/13/2020 9:50 pm**

**Transcribed by: RC**

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|
| 12/13/2020 21:45 EST | CT Chest w Contrast | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(CT Chest w Contrast) Trauma

**Report**
DATE OF SERVICE:
12/13/2020 9:45 pm

EXAM:
CT CHEST, ABDOMEN AND PELVIS WITH IV CONTRAST

CLINICAL HISTORY:
Trauma, ,

COMPARISON:
CT CHEST W dated 2014-02-03 03:06:10

TECHNIQUE:
Axial images are obtained from the lung apices through the pelvic floor with nonionic intravenous contrast followed by post processing at an independent workstation. Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient size was utilized for this exam.

FINDINGS:
Lungs underinflated but otherwise unremarkable with no pneumothorax, hemothorax, effusion or consolidation. Central airways, esophagus, thoracic aorta, proximal great vessels, thyroid and heart unremarkable. No pericardial effusion seen.

Abdominal aorta, aortic branches, iliofemoral arterial structures, inferior vena cava, pelvic, renal, hepatic, portal, mesenteric and splenic veins are unremarkable. Liver, spleen, adrenal glands, pancreas, gallbladder, biliary tree, kidneys, collecting systems and ureters are unremarkable.

Stomach, duodenum, small bowel, small bowel mesentery, terminal ileum, ileocecal valve, appendix and colon intact. Urinary bladder, seminal vesicles, prostate, rectum unremarkable. Cul-de-sac empty. No free air, free fluid, abscess, phlegmon, bowel obstruction noted. No significant hematoma or extravasation apparent.

No clearly apparent acute skeletal findings.

IMPRESSION:

No acute abnormalities.

Seat: 01-IRAD-GEN1
D: 12/13/2020 9:55 PM
Verified BY: Walter Steele

## CT - Computed Tomography

**Report**
******* Final *******

**Verified: 12/13/2020 9:55 pm STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/13/2020 9:55 pm**

**Transcribed by: RC**

## CT - Computed Tomography

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|
| 12/13/2020 21:45 EST | CT Spine Thoracic w/o Contrast | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(CT Spine Thoracic w/o Contrast) Traum

**Report**
DATE OF SERVICE:
12/13/2020 9:45 pm

EXAM:
CT thoracolumbar spine without IV CONTRAST:

CLINICAL HISTORY:
Trauma

COMPARISON:
CT SPINE THORACIC W_O CONTRAST dated 2014-02-03 03:06:10

TECHNIQUE:
Axial images from the cervicothoracic junction through the sacrum without IV contrast followed by post processing. Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient size was utilized for this exam.

FINDINGS:
Disc spaces, vertebral body height and alignment joints intact. Facets and posterior elements intact as well. No perivertebral soft tissue swelling apparent. Costovertebral joints preserved. Sacrum and SI joints unremarkable. No clearly apparent fracture, dislocation or subluxation.

IMPRESSION:
No acute findings.

Seat: 01-IRAD-GEN1
D: 12/13/2020 9:52 PM
Verified BY: Walter Steele

***** **Final** *****

**Verified: 12/13/2020 9:52 pm STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/13/2020 9:52 pm**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156472 | 12/13/2020 23:45 EST | DX Lower Leg 2 Views | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Lower Leg 2 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM: []
Left lower leg two views

CLINICAL HISTORY:
Trauma with Injury and Pain

FINDINGS:

No acute fracture or joint dislocation demonstrated. Bone mineralization appears normal. There is no radiopaque foreign body visualized.

IMPRESSION:
No acute findings.

Seat: 01-IRAD-GEN2
D: 12/14/2020 12:09 AM
Verified BY: Peter Kravath

***** **Final** *****

**Verified: 12/14/2020 0:10 am KRAVATH , PETER EDWARD MD**

**Signed (Electronic Signature): 12/14/2020 0:10 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156475 | 12/13/2020 23:45 EST | DX Ankle Minimum 3 Views | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Ankle Minimum 3 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM:
Left DX Ankle Minimum 3 Views

CLINICAL HISTORY:
Trauma.

COMPARISON:
None.

FINDINGS:
No fracture or dislocation demonstrated. Normal bone density. No radiopaque foreign bodies visualized.

IMPRESSION:
No acute findings.

Seat: 01-IRAD-GEN2
D: 12/14/2020 12:10 AM
Verified BY: Peter Kravath

***** **Final** *****

**Verified: 12/14/2020 0:11 am KRAVATH , PETER EDWARD MD**

**Signed (Electronic Signature): 12/14/2020 0:11 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156476 | 12/13/2020 23:45 EST | DX Ankle Minimum 3 Views | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Ankle Minimum 3 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM:
Right ankle three views

CLINICAL HISTORY:
Trauma with Injury and Pain

COMPARISON:
DX ANKLE MINIMUM 3 VIEWS dated 2020-12-13 23:26:17

FINDINGS:
No acute abnormalities.

Seat: 01-IRAD-GEN1
D: 12/14/2020 12:11 AM
Verified BY: Walter Steele

***** **Final** *****

**Verified: 12/14/2020 0:12 am STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/14/2020 0:12 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156474 | 12/13/2020 23:45 EST | DX Knee 1- 2 Views | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Knee 1- 2 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM:
Left knee two views

CLINICAL HISTORY:
Trauma with Injury and Pain

COMPARISON:
No Relevant Comparisons

FINDINGS:
No effusion. No fracture, dislocation or subluxation. No other acute findings.

Seat: 01-IRAD-GEN1
D: 12/14/2020 12:11 AM
Verified BY: Walter Steele

***** **Final** *****

**Verified: 12/14/2020 0:12 am STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/14/2020 0:12 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156471 | 12/13/2020 23:45 EST | DX Knee 1- 2 Views | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Knee 1- 2 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM:
Right knee two views

CLINICAL HISTORY:
Trauma

IMPRESSION:
On the lateral view there are small osseous fragments adjacent to the posterior tibial plateau. The joint appears congruent.

Seat: 01-IRAD-GEN2
D: 12/14/2020 12:11 AM
Verified BY: Peter Kravath

***** **Final** *****

**Verified: 12/14/2020 0:12 am KRAVATH , PETER EDWARD MD**

**Signed (Electronic Signature): 12/14/2020 0:12 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156469 | 12/13/2020 23:45 EST | DX Femur Min 2 VW | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Femur Min 2 VW) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM: []
Left femur two views

CLINICAL HISTORY:
Trauma with Injury and Pain

FINDINGS:

No acute fracture or joint dislocation demonstrated. Bone mineralization appears normal. There is no radiopaque foreign body visualized.

IMPRESSION:
No acute findings.

Seat: 01-IRAD-GEN2
D: 12/14/2020 12:12 AM
Verified BY: Peter Kravath

***** **Final** *****

**Verified: 12/14/2020 0:13 am KRAVATH , PETER EDWARD MD**

**Signed (Electronic Signature): 12/14/2020 0:13 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156470 | 12/13/2020 23:45 EST | DX Femur Min 2 VW | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Femur Min 2 VW) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM:
Right femur two views

CLINICAL HISTORY:
Trauma with Injury and Pain

COMPARISON:
DX FEMUR MIN 2 VW dated 2020-12-13 23:26:49

FINDINGS:
Femur appears intact with no acute findings. See separate knee report.

Seat: 01-IRAD-GEN1
D: 12/14/2020 12:12 AM
Verified BY: Walter Steele

***** **Final** *****

**Verified: 12/14/2020 0:13 am STEELE, WALTER J MD**

**Signed (Electronic Signature): 12/14/2020 0:13 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156473 | 12/13/2020 23:45 EST | DX Lower Leg 2 Views | WILSON ,CHELSEA HASBROOK MD | Auth (Verified) |

**Reason For Exam**
(DX Lower Leg 2 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/14/2020 12:06 am

EXAM: []
Right lower leg two views

CLINICAL HISTORY:
Trauma with Injury and Pain

IMPRESSION:
On the lateral view there are small osseous fragments adjacent to the posterior tibial plateau and the fibular head.

The more distal tibia and fibula appear intact.

Seat: 01-IRAD-GEN2
D: 12/14/2020 12:13 AM
Verified BY: Peter Kravath

******* Final *******

**Verified: 12/14/2020 0:14 am KRAVATH , PETER EDWARD MD**

**Signed (Electronic Signature): 12/14/2020 0:14 am**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156451 | 12/13/2020 21:20 EST | DX Pelvis 1-2 Views | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(DX Pelvis 1-2 Views) Trauma with Injury and Pain

**Report**
DATE OF SERVICE:
12/13/2020 9:21 pm

EXAM:
Pelvis 1 view

CLINICAL HISTORY:
Trauma with Injury and Pain

COMPARISON:
No Relevant Comparisons

FINDINGS:
There is no fracture. Alignment is normal. The hip joints are normal. The sacroiliac joints are normal. The pubic symphysis is normal. Bone mineralization is normal. The soft tissues are normal.

IMPRESSION:
Normal radiographic examination.

Seat: CRG-IRAD-HOME3
D: 12/13/2020 9:36 PM
Verified BY: Taylor Stone

***** **Final** *****

**Verified: 12/13/2020 9:36 pm STONE , TAYLOR JAMES MD**

**Signed (Electronic Signature): 12/13/2020 9:36 pm**

**Transcribed by: RC**

## DX - Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 100-DX-20-0156452 | 12/13/2020 21:20 EST | DX Chest 1 View | WEEKES ,ANTHONY J MD | Auth (Verified) |

**Reason For Exam**
(DX Chest 1 View) Trauma

**Report**
DATE OF SERVICE:
12/13/2020 9:21 pm

EXAM:
Chest 1 View

CLINICAL HISTORY:
Trauma

COMPARISON:
DX CHEST ONE VIEW AP_PA dated 2014-02-02 23:45:21

FINDINGS:
The lungs are clear. The heart size and pulmonary vasculature are normal. There is no pneumothorax or pleural effusion.

IMPRESSION:
Normal chest radiograph.

Seat: CRG-IRAD-HOME3
D: 12/13/2020 9:34 PM
Verified BY: Taylor Stone

***** **Final** *****

**Verified: 12/13/2020 9:34 pm STONE , TAYLOR JAMES MD**

**Signed (Electronic Signature): 12/13/2020 9:34 pm**

**Transcribed by: RC**

# 934141

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| ~~To:~~ FROM | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records |
| Fax: | (704) 865-7328 |
| ~~From:~~ TO | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

Return To: Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 12-15-20
   DATE LAST TREATED — 12-30-20
   NEXT OFFICE VISIT — 01-27-21
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   (R) tibial fx – see attached notes
4. RESTRICTIONS IMPOSED FROM 12-14-2020 ________.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   Pt is being evaluated by an orthopedic specialist, and referred to physical therapy.
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   (R) leg immobility d/t communited avulsion fx of proximal tibia
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 12-15-20 TO 01-01-21

| | | |
|---|---|---|
| Alesha Logan, NP | FNP-BC | |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| Caromont Family Medicine Gaston Day 1895 Hoffman Road, Suite A | 704 865 1745 | 704 865 7328 |
| Street Address | Telephone Number | Fax Number |
| Gastonia, NC 28054 | [signature] | 1.7.2021 |
| City, State & Zip Code | Signature | Date |

Caromont Family Medicine Gas
1895 Hoffman Road, Suite A
Gastonia, NC 28054

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 12/30/2020
CaroMont Family Medicine (Gaston Day)

Provider: Logan, Alesha N, FNP-BC (Family Practice)
Primary diagnosis: Motor-vehicle collision, subsequent encounter
Reason for Visit: Motor Vehicle Crash, Follow Up; Referred by Logan, Alesha N, FNP-BC

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 40 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Motor Vehicle Crash and Follow Up (medication helps a lot)

Problem

**Closed Displaced Comminuted Fracture of Shaft of Right Tibia**

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**12/30/2020**
Referral placed to Ortho at previous appt. He reports he has an appt to see them next week. He continues to take Norco PRN. Reports he has constant pain in his RLE. If he doesn't take the pain medication that pain is very sharp. Pain subsides with medication.

**Mvc (Motor Vehicle Collision)**

Patient was involved in a MVC on . Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**12/30/2020**
He continues to take flexeril, IBU and Norco PRN.
Has appt with ortho next week.
Still has some residual right-sided pain
Reports he would be miserable without his medication

**Anxiety State**
Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**12/30/2020**
Hydroxyzine was refilled at his last appointment. He is taking this at night, which is helping with his anxiety and getting to sleep. He doesn't worry as much as he used to.

No past medical history on file.
No past surgical history on file.

**Outpatient Encounter Medications as of 12/30/2020**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |


PAGE 5/18 * RCVD AT 1/7/2021 8:35:40 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):05-29

| | | | |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 12 Cap | 1 |
| • HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet | Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs | 28 Tab | 0 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 90 Tab | 1 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |

No facility-administered encounter medications on file as of 12/30/2020.

**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file

- Stress: Not on file

Relationships

- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file
- Intimate partner violence
  - Fear of current or ex partner: Not on file
  - Emotionally abused: Not on file
  - Physically abused: Not on file
  - Forced sexual activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

- Not on file

No family history on file.

**Review of Systems**
ROS
**As described in above HPI.**

**Objective:**

**Vitals:**

| | 12/30/20 1112 |
|---|---|
| BP: | 122/90 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 100 |
| Temp: | 97.9 °F (36.6 °C) |
| TempSrc: | Tympanic |
| SpO2: | 97% |
| Weight: | 106.1 kg (234 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 31.74 kg/m².

**Physical Exam**

Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Legs:




1: Brace in place

Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Gait: Gait abnormal **(ambulates with crutches)**.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for motor vehicle crash and follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Assessment & Plan:

We will continue current regimen, we will f/u with him in 4 weeks, in the meantime he will see ortho

Orders:

- HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet; Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs
- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter**

Assessment & Plan:

He will f/u orthopedist moving forward

I am going to refill his Norco today, I will provide enough to last the next several

**Anxiety state**

Assessment & Plan:

Continue hydroxyzine, no refills needed at this time

**Polyarthralgia**

Depression Screening: PHQ-2 Total: 0 (12/30/20 1112)

Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 4 weeks, f/u on above**

There are no Patient Instructions on file for this visit.

Return in about 4 weeks (around 1/27/2021) for in-office f/u.
No future appointments.

**Alesha Logan, FNP-BC, 12/30/2020 11:49 AM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

## Other Notes

All notes

- MVC (motor vehicle collision) A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Closed displaced comminuted fracture of shaft of right tibia A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Anxiety state A&P from Logan, Alesha N, FNP-BC (Family Practice)

## Instructions

Return in about 4 weeks (around 1/27/2021) for in-office f/u.

After Visit Summary (Printed 12/30/2020)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/90 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 100 Temp 97.9 °F (36.6 °C) (Tympanic) Ht 6' (1.829 m) Wt 106.1 kg (234 lb) SpO2 97% BMI 31.74 kg/m² BSA 2.32 m² |
| Flowsheets: | PHQ 2/9, Fall Risk |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## New Media

Waiver - Scan on 12/30/2020 11:04 AM by Ross, Jennifer M.: CaroMont Medical Group Insurance Waiver

## Orders Placed

None

## Medication Changes

As of 12/30/2020 11:48 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: HYDROcodone-acetaminophen (NORCO) 5-325 mg tablet** | 0 | 12/30/2020 | 1/6/2021 |
| Take 1 Tab by mouth every 6 hours as needed for Pain, Severe for up to 7 days. Max Daily Amount: 4 Tabs - Oral | | | |
| **cyclobenzaprine HCl** | | | |
| **Unchanged: cyclobenzaprine (FLEXERIL) 5 mg Tablet** | 2 | 12/15/2020 | |
| Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral | | | |
| **Added: cyclobenzaprine (FLEXERIL) 5 mg Tablet** | 2 | 12/30/2020 | |
| Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral | | | |

## Visit Diagnoses

Motor vehicle collision, subsequent encounter V87.7XXD
Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter S82.251D
Anxiety state F41.1
Polyarthralgia M25.50


PAGE 10/18 * RCVD AT 1/7/2021 8:35:40 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6033348856 * CSID: * ANI:17048655081 * DURATION (mm-ss):05-29

# Araya, Allan Arturo

MRN: 934141

**Office Visit** 12/15/2020
CaroMont Family Medicine (Gaston Day)

Provider: Logan, Alesha N, FNP-BC (Family Practice)
Primary diagnosis: Motor vehicle collision, subsequent encounter
Reason for Visit: Follow Up; Referred by Logan, Alesha N, FNP-BC

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

Please let pt know his labs have resulted. Vit D level is low, I am sending over supplement.
Thyroid function is normal.
Alesha Logan, FNP-BC, 12/16/2020 3:24 PM

## Progress Notes

Logan, Alesha N, FNP-BC (Nurse Practitioner) • Family Practice

**Subjective:**

**Patient ID:** Allan Arturo Araya is a 39 y.o.,male.

**HPI:** Allan Arturo Araya presents for:

Follow Up (patient was in a vehicle accident on Sunday the 14th. He was a passenger and driver hit another car head on.)

Problem

**Polyarthralgia**

Patient was involved in a MVC on 12-13-2020.
He was the backseat passenger.
He did visit the emergency room after the accident

**Closed Displaced Comminuted Fracture of Shaft of Right Tibia**

Secondary to MVA
Right Lower extremity CT completed on 12-14-2020

*FINDINGS:*
*There is a comminuted avulsion fracture of the proximal tibia at the PCL insertion with mild superior displacement of fracture fragments. The entire footprint of the PCL insertion appears to be involved. No additional fracture is seen. There is no dislocation.*

*There is a small joint effusion. Capsular edema is seen posteromedially.*

*There is limited evaluation of the ligamentous, tendinous, and cartilaginous structures of the knee on computed tomography. Given the limitation, no additional gross abnormality is identified.*

*The remainder of the soft tissue structures surrounding the knee are grossly unremarkable within the limits of computed tomography.*

*IMPRESSION:*
*1. Comminuted avulsion fracture of the proximal tibia involving the entirety of the PCL insertional footprint.*
*2. Evidence of a posteromedial corner injury with capsular edema.*

Patient reports he was referred to see a specialist, Dr. Saltzman, in Statesville, but the number he was provided is a non-working number.

**Mvc (Motor Vehicle Collision)**
Patient was involved in a MVC on 12/13/2020. Evaluated and treated by Atrium Health shortly after. Per ER notes:

*He was the backseat passenger during the accident, denies loss of consciousness. Had right knee pain in the ED so an x-ray was taken, which showed concern for a small cortical fragment of the posterior lateral tibial plateau. Orthopedics was consulted regarding this fracture and his continued right knee pain.*
*Patient was examined at bedside in the ED. He states that yesterday evening, he was having some drinks with friends when they were involved in an accident. He immediately felt severe pain in his right knee with additional swelling anteriorly. He denies numbness or tingling in any of his extremities. He does report ambulating at the scene, however states that it was painful to do so.*

Patient reports he was discharged home with ortho referral. Today he reports neck, shoulder, back and knee pain. He was prescribed Ibuprofen, Tylenol and Norco by ER.

**Anxiety State**
Situational. Worse when he is at work. Feels relaxed on the weekends when he is off. He is exercising before he goes in to work, which helps significantly.

**5/7/2020:**
Worsening anxiety since the COVID19 crisis.
He is working from home, but feels worsening anxiety when out shopping and when around his elderly parents.
He is also very nervous about returning back to work next month and has increasing anxiety when thinking about going back. Works in an office with 76 people.

**12/15/2020**
He is out of Hydroxyzine. Anxiety has been significantly increased since his accident.

**Mixed Hyperlipidemia**
Strong FH- mom, dad, sister
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOLPOC | 262 (A) | 12/05/2019 07:57 PM |
| HDLPOC | 50 | 12/05/2019 07:57 PM |
| LDLPOC | 170 (A) | 12/05/2019 07:57 PM |
| TRIGPOC | 207 (A) | 12/05/2019 07:57 PM |

Just starting working out, had screening at work that also showed his lipids were elevated

No past medical history on file.
No past surgical history on file.

**Outpatient Encounter Medications as of 12/15/2020**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg Tablet | Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. | 30 Tab | 2 |
| • EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL Auto-Injector | 0.3 mg. | | |
| • ergocalciferol (VITAMIN D2) 50,000 unit capsule | Take 1 Cap (50,000 Units) by mouth every 7 days. | 4 Cap | 0 |
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 90 Tab | 1 |
| • [DISCONTINUED] hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia. | 30 Tab | 0 |
| • ibuprofen (MOTRIN) 600 mg tablet | | | |

No facility-administered encounter medications on file as of 12/15/2020.

**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file
- Intimate partner violence
  - Fear of current or ex partner: Not on file
  - Emotionally abused: Not on file
  - Physically abused: Not on file
  - Forced sexual activity: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

No family history on file.

**Review of Systems**
ROS
**As described in above HPI.**

**Objective:**

**Vitals:**

| | |
|---|---|
| | 12/15/20 1933 |
| BP: | 122/82 |
| BP Location: | left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Adult |
| Pulse: | 94 |
| Temp: | 98.7 °F (37.1 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 104.3 kg (230 lb) |
| Height: | 6' (1.829 m) |

Body mass index is 31.19 kg/m².

**Physical Exam**
Vitals signs reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is well-developed. He is not ill-appearing.
HENT:
Head: Normocephalic.
Neck:
Musculoskeletal: Normal range of motion.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Legs:




1: Brace in place

Skin:
Coloration: Skin is not pale.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.
Gait: Gait abnormal **(ambulates with crutches)**.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

No results found for this or any previous visit (from the past 8 hour(s)).

**Assessment/Plan:**

Allan was seen today for follow up.

Diagnoses and all orders for this visit:

**Motor vehicle collision, subsequent encounter**

Assessment & Plan:

He is seeing a chiropractor
Will continue to take Norco and IBU prescribed by ED

Orders:

- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter**

Assessment & Plan:

STAT referral to ortho placed today

Orders:

- AMB Referral to Orthopedic Surgery

**Polyarthralgia**

Assessment & Plan:

Continue current medications, let me know if he needs refills
Adding flexeril to regimen
F/u 2 weeks
Will get him to ortho ASAP

Orders:

- cyclobenzaprine (FLEXERIL) 5 mg Tablet; Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm.

**Anxiety state**

Assessment & Plan:

Refill meds as follows-

Orders:

- hydrOXYzine HCL (ATARAX) 25 mg tablet; Take 1 Tab (25 mg) by mouth every 8 hours as needed for Anxiety or Insomnia.

**Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI**

- Lipid Panel; Future
- CBC with Differential; Future
- Comprehensive Metabolic Panel; Future
- Thyroid Cascade; Future
- Testosterone - Free and Total; Future

**Mixed hyperlipidemia**

Assessment & Plan:

Checking labs as follows. Will f/u with patient about results.

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy Screen; Future

**Follow Up Plan(s):**
Depression Screening: PHQ-2 Total: 0 (12/15/20 1933)
Depression Screen Follow-up: Screening was negative: No further follow-up needed

**Next visit: 2 weeks**
**Patient Instructions**
**I am sending over a muscle relaxer, Flexeril, for you to take to help with your neck, back and shoulder pain.**
**I also refilled your Hydroxyzine, which is a medication for anxiety.**
**You will continue to take the pain medication prescribed to you by the Emergency Department.**
**We will follow up in 2 weeks.**

Return in about 2 weeks (around 12/29/2020) for in-office f/u.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 12/30/2020 | 10:45 AM | Logan, Alesha N, FNP-BC | CFM-GD | CaroMont Pri |

**Alesha Logan, FNP-BC, 12/15/2020 8:47 PM**

*I reviewed the patient chart, including relevant radiological findings, laboratory findings, pathology reports, and available outside records the findings of which are summarized above and taken into account with the medical decision making for today's visit.*

## Other Notes

All notes

- Mixed hyperlipidemia A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Anxiety state A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Polyarthralgia A&P from Logan, Alesha N, FNP-BC (Family Practice)
- MVC (motor vehicle collision) A&P from Logan, Alesha N, FNP-BC (Family Practice)
- Closed displaced comminuted fracture of shaft of right tibia A&P from Logan, Alesha N, FNP-BC (Family Practice)

## Instructions

Return in about 2 weeks (around 12/29/2020) for in-office f/u.

**I am sending over a muscle relaxer, Flexeril, for you to take to help with your neck, back and shoulder pain.**

**I also refilled your Hydroxyzine, which is a medication for anxiety.**
**You will continue to take the pain medication prescribed to you by the Emergency Department.**
**We will follow up in 2 weeks.**

After Visit Summary (Printed 12/15/2020)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/82 (BP Location: left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 94 Temp 98.7 °F (37.1 °C) (Tympanic) Ht 6' (1.829 m) Wt 104.3 kg (230 lb) SpO2 98% BMI 31.19 kg/m² BSA 2.3 m² |
| Flowsheets: | Fall Risk, PHQ 2/9, General Anxiety Disorder Assessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## New Media

Psychology-Behavioral Health - Scan on 12/18/2020 9:28 AM by Chaparro, Kimberly D.: GENERALIZED ANXIETY DISORDER SCALE

## Orders Placed

**Vitamin D 25 Hydroxy Screen** (Resulted 12/15/2020, Abnormal)
SPECIMEN STATUS REPORT (Resulted 12/15/2020)
Testosterone - Free and Total (Resulted 12/15/2020)
Thyroid Cascade (Resulted 12/15/2020)
CBC with Differential
Comprehensive Metabolic Panel
Lipid Panel
AMB Referral to Orthopedic Surgery Authorized

## Medication Changes

As of 12/15/2020 8:40 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: cyclobenzaprine (FLEXERIL) 5 mg Tablet** | 2 | 12/15/2020 | |
| Take 1 Tab (5 mg) by mouth every 8 hours as needed for Spasm. - Oral | | | |

## Visit Diagnoses

Motor vehicle collision, subsequent encounter V87.7XXD
Closed displaced comminuted fracture of shaft of right tibia with routine healing, subsequent encounter S82.251D
Polyarthralgia M25.50
Anxiety state F41.1
Class 1 obesity due to excess calories with serious comorbidity in adult, unspecified BMI E66.09
Mixed hyperlipidemia E78.2
Vitamin D deficiency E55.9

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | DIBELLA CHIROPRACTIC CENTER |
| Attn: | Medical Records |
| Fax: | (704) 868-2602 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Dibella Chiropractic Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-12.21.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 21, 2020 |
| To: | DIBELLA CHIROPRACTIC CENTER |
| Attn: | |
| Fax: | (704) 868-2602 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: Sarah Hicks<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 21, 2020

Dibella Chiropractic Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through present

- Completion of the Enclosed Forms:

 X  Attending Physician's Statement
 __  Other

We ask that you provide this information by December 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(877) 246-5670
Secure Fax No: (603) 334-8856

**Return To:** Sarah Hicks

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Allan | | Araya | 10813707 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/_____ | ___/___/_____ | ___/___/_____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/_____ | ___/___/_____ | ___/___/_____ |

Dates hospital confined: ___/___/_____ to ___/___/_____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(877) 246-5670
Secure Fax No: (603) 334-8856

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /__________

Dressing _____ / _____ /__________

Transferring _____ / _____ /__________

Bathing _____ / _____ /__________

Toileting _____ / _____ /__________

Eating _____ / _____ /__________

Date patient experienced loss of Cognitive Functioning: _____ / _____ /_______

Describe ongoing treatment frequency

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ /____ /_____ to ____ /____ /____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 11 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-01.04.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 4, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Rhonda Crowder<br>Integrated Specialist I<br>On Behalf Of: Sarah Hicks<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 9 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 4, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Duke Energy RTW Form
  __ Other

We ask that you provide this information by January 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Rhonda Crowder
Integrated Specialist I
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
Duke Energy RTW Form
10813707-EMPLOYEE/CLAIMANT-12.23.2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks ____________________

| Allan Araya | ______ | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   ____________________
   ____________________
   ____________________
   ____________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
   ____________________
   ____________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   ____________________
   ____________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# Return to Work Form

Revised: April 2020

DUKE ENERGY®

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**

2) Complete this section and provide this form to your treating Health Care Provider.

3) Provide via hand delivery, e-mail or fax this form to your supervisor, **before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** ____________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** ____________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** ____________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| Lifting | | | Squatting | | |
| Prolong Standing | | | Pushing | | |
| Continuous Walking | | | Pulling | | |
| Climbing | | | Driving | | |
| Bending | | | Other | | |
| Reaching | | | Other | | |

Additional Restrictions/Details: ______________________

______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s): ____________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** ____________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

IMPORTANT - **Check and complete those that apply:**

☐ Date employee returned to work: ____________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ____________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ____________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ____________________

**Supervisor/Designee's Signature:** ____________________ **Date:** __________

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the “Plan Sponsor”), the Duke Energy Benefits Committee (the “Plan Administrator”) and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. “Genetic information” as defined by GINA includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or an individual’s family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual’s eligibility for disability benefits. The health care provider is directed to review the above “IMPORTANT NOTICE” prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records |
| Fax: | (704) 865-7328 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 9 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Dr. Alesha Logan
Caromont Family Medicine
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Alesha Logan:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-12.15.2020
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records |
| Fax: | (704) 865-7328 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Dr. Alesha Logan
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

**1. DATE FIRST TREATED** — ____________ ______________________

**DATE LAST TREATED** — ____________ ______________________

**NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

**2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

**3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
**2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

**4. RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

**5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

**6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

**7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

**Lincoln/Araya 1522**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | ROBERT SALTZMAN<br>770 HARTNESS RD<br>STATESVILLE NC 28677 |
| Attn: | Medical Records |
| Fax: | (704) 873-1853 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Robert Saltzman
770 HARTNESS RD
STATESVILLE, NC 28677

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Robert Saltzman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-12.15.2020
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ROBERT SALTZMAN<br>770 HARTNESS RD<br>STATESVILLE NC 28677 |
| Attn: | Medical Records |
| Fax: | (704) 873-1853 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Robert Saltzman
770 HARTNESS RD
STATESVILLE, NC 28677

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________
   **DATE LAST TREATED** — ____________ ______________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 6, 2021 |
| To: | ATRIUM HEALTH |
| Attn: | Medical Records |
| Fax: | (704) 446-6037 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to Allan Araya's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-PROVIDER-12.15.2020
10813707-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.23.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ATRIUM HEALTH |
| Attn: | Medical Records |
| Fax: | (704) 446-6037 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________
   **DATE LAST TREATED** — ____________ ______________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:

6A0642F695DA442...

Print Name

DocuSigned by:

6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, January 6, 2021 10:29:40 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | 5qutaawuwr8zw3tt9hht_9685828.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 6, 2021

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 28, 2021.

In addition to the medical providers listed in the attached letter, we have also requested medical records from Dr. Prato.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.15.2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. ALLAN ARAYA

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 16, 2020

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On December 15, 2020, we requested medical records from Dibella Chiropractic Center, Dr. Logan, Atrium Health, and Dr. Saltzman. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2020 through the present from Dibella Chiropractic Center, Dr. Logan, Atrium Health, and Dr. Saltzman

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Duke Energy Corporation's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than January 28, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

## FAX COVER SHEET

*DiBella Chiropractic Center*
Dr. Kevin DiBella, D.C.
Dr. Larissa DiBella, D.C.
528 Union Road
Gastonia, NC 28054
(704) 867-1010 Fax- (704) 868-2602

Date: 1/6/21

No. of Pages: 12
(including this cover sheet)

To: Sarah Hicks

Attention: ________

Fax #: 603-334-8856

From: ________
Of DiBella Chiropractic Center

SUBJECT: MR Request

MESSAGE:
claim # 10813707

If the telecopy you have received is incomplete or illegible please contact us immediately at the above number.

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTILALITY IS PROTECTED BY STATE LAW. THE STATE LAW PROHIBITS YOU FROM MAKING ANY FURTHER DISCLOSURE OF SUCH INFORMATION WITHOUT THE SPECIFIC CONSENT OF THE PERSON TO WHOM SUCH INFORMATION PERTAINS, OR IS OTHERWISE PERMITTED BY STATE LAW.

**DiBella Chiropractic Center (TIN#: xx-xx27245)**
**528 Union Rd**
**Gastonia, NC 28054-4450**
**704-867-1010**
**Today's date: January 6, 2021**

**Patient: Allan A Araya #5593 DOB:**

## Wednesday December 16, 2020 Provider: Kevin DiBella DC EXAM

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 12/21/2020 at 3:31pm

Mr. Araya was the unrestrained back seat passenger involved in a MVA on 12/13/2020. The vehicle he was in was traveling on the hwy when the driver lost control and collided head on with another vehicle that was parked on the side of the road. He is unsure if he had lost consciousness because he states he was in shock. The air bags did deploy. He was transported to CMC Main by ambulance the DOA. He received an MRI and Xrays. He went to his PCP yesterday and received pains medication.
We have sent a release for his recs at CMC.

.

### Subjective

**Cervical:** Pt complaining of worsening right sided neck and right shoulder pain that resulted from a MVA on 12/13/2020. Pain is described as sharp and constant radiating down his right forearm and right scalpula. Not sleeping well due to pain. Limited ROM. Standing and sitting for long periods will intensify his pain. He was seen at CMC Main the DOA and received an MRI and Xrays. He was also seen at his PCP yesterday and received pain medication.
We have sent a release for his records at CMC.
. *Onset:* acute. *Cause of symptoms:* auto accident. *Prior neck pain:* none. *Affected side(s):* right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: severe; level: 10/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Time of day when symptoms get worse:* no change. *Exacerbates symptoms:* sitting; Standing. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* medication. *Cervical Disability Index:* 90.

**Thoracic:** Sharp worsening right scalpula pain that resulted from a MVA on 12/13/2020. Pain radiates from the neck area all right sided. Pain medication does help some, but he is taking it evry 6 hrs. His condition is aggravated by sitting and standing long periods. Negative for chest pain. *Onset:* acute. *Cause of symptoms:* MVA. *Prior thoracic pain:* none. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: moderate to severe; level: 10/10. *Pain is* constant. *Pain radiates to:* no radiation. *Time of day when symptoms get worse:* no change. *Exacerbates symptoms:* Sitting long periods; Standing. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* medication.

**Lower Extremity:** Sharp pain in both knees, right one being worse. Pain is worsened by walking. He was told at CMC that he may need surgery on his right knee. *Location:* knee: bilateral. *Onset:* acute. *Cause of symptoms:* MVA. *History of prior pain:* none. *Changes in this condition:* getting worse. *Pain quality:* sharp; described as: severe; level: 10/10. *Pain is* constant. *Pain radiates to other areas:* no radiation. *Time of day when symptoms get worse:* no change. *Exacerbates symptoms:* walking. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* medication.

**Upper Extremity:** Right shoulder pain and restriction. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

*Current medications:* pain meds,ibuprofen,muscle relaxer. *Allergies:* soy. *Surgeries:* none. *Illness:* 12/16/2020 high cholesterol. *Occupational history:* 12/16/2020 cust service(employed). *Family history:* hbp,cholesterol (mother,father). *Social history:* single, Never smoker. Alcohol: casual drinker. Caffeine: <3 drinks/day. Recreational drug use: none. Exercise: weekly.

### Objective

*Physical exam:* Ht: 6' 1" Wt: 213lbs. BMI: 28.1 Never smoker BP (left): 146/87 Pulse (left/resting): 78.

**Cervical:** *General Appearance:* Patient is alert and orientated, well developed and well nourished. *Range of motion:* flexion: 40/50 with pain; extension: 50/60 with pain; left rotation: 70/80 with pain; right rotation: 70/80 with pain; left lateral bending: 40/45 with pain; right lateral bending: 40/45 with pain. *Sensation:* bilateral upper and lower extremities intact Light touch. *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Reflexes:* C5-7 bilaterally +2/5. *Cervical muscle testing:* C5-7 bilaterally +5/5. *Orthopedic tests:* head compression: Positive; left lateral compression: Negative; right lateral compression: Positive; Right Shoulder Depression: Positive; Left Shoulder Depression: Negative. *X-ray findings:* 5 view cervical x-rays were taken on December 16, 2020. Negative for recent fracture or gross osseous pathology. The cervical curve is straight. There is a loss of the normal step pattern on the flexion and extension views of the cervical spine. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Lower Extremity:** The patient is seeing an orthopedist for his knee injuries.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%). *Informed consent:* Benefits/risks/alternatives discussed with patient, Patient had no questions, Patient agreed to begin care.

**End of note. Electronically signed by Kevin DiBella DC on 12/21/2020 at 3:31pm**

# Tuesday December 22, 2020 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 12/22/2020 at 2:53pm

## Subjective

**Cervical:** Right sided neck, upper back and shoulder pain persists. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: severe; level: 10/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Right upper back pain that radiates down the right arm. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral;

left greater than right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: moderate to severe; level: 10/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* medication.

**Upper Extremity:** Right shoulder pain and restriction. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

## Objective

**Cervical:** *General Appearance:* Patient is alert and orientated, well developed and well nourished. *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

Went over treatment plan. The patient states he will be starting PT on his knees. An MRI is being scheduled for his knees and right shoulder. *Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 12/22/2020 at 2:53pm**

## Wednesday December 23, 2020 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 12/23/2020 at 8:54am

## Subjective

**Cervical:** Right sided neck, upper back and shoulder pain persists. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: severe; level: 10/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Right upper back pain persists. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right.

*Changes in this condition:* getting worse. *Pain:* sharp; described as: moderate to severe; level: 10/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* medication.

**Upper Extremity:** Right shoulder pain and restriction. Mild improvement following laser treatment. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

## Objective

**Cervical:** *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

Went over treatment plan. The patient states he will be starting PT on his knees. An MRI is being scheduled for his knees and right shoulder. *Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 12/23/2020 at 8:54am**

# Monday December 28, 2020 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 12/28/2020 at 3:27pm

## Subjective

**Cervical:** Right sided neck, upper back and shoulder pain. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: severe; level: 10/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Right upper back pain persists. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 10/10. *Pain is* constant. *Pain radiates to:*

Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* medication.

**Upper Extremity:** Right shoulder pain and restriction persists. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

## Objective

**Cervical:** *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 12/28/2020 at 3:27pm**

# Wednesday December 30, 2020 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 12/30/2020 at 2:28pm

## Subjective

**Cervical:** Right sided neck pain persists. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* getting worse. *Pain:* sharp; described as: severe; level: 10/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Difficulty resting. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 10/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* medication.

**Upper Extremity:** Right shoulder pain and restriction persists. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

## Objective

**Cervical:** *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 12/30/2020 at 2:28pm**

## Thursday December 31, 2020 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 12/31/2020 at 8:27am

## Subjective

**Cervical:** Right sided neck pain continues. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Difficulty with daily activities. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 8/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* medication.

**Upper Extremity:** Right shoulder pain with raising arm overhead. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain*

*radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

### Objective

**Cervical:** *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

### Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

### Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 12/31/2020 at 8:27am**

## Monday January 4, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/04/2021 at 3:04pm

### Subjective

**Cervical:** Right sided neck pain and tension. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 7/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Improvement with treatment and pain medication. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 7/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain and tension. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased*

*shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

## Objective

**Cervical:** *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/04/2021 at 3:04pm**

## Wednesday January 6, 2021 Provider: Kevin DiBella DC

NPI#: 1326096504
Electronically signed by Kevin DiBella DC on 01/06/2021 at 11:21am

## Subjective

**Cervical:** Right sided neck pain with mobility. *Onset:* acute. *Cause of symptoms:* auto accident. *Affected side(s):* right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 7/10. *Pain is* constant. *Pain radiates to:* right shoulder, right shoulder blade, Right arm. *Exacerbates symptoms:* sitting; Standing. *Alleviates symptoms:* medication.

**Thoracic:** Pain with activity. *Onset:* acute. *Cause of symptoms:* MVA. *Affected side(s):* bilateral; left greater than right. *Changes in this condition:* no change. *Pain:* sharp; described as: moderate to severe; level: 7/10. *Pain is* constant. *Pain radiates to:* Right arm. *Exacerbates symptoms:* Sitting long periods; Standing. *Alleviates symptoms:* chiropractic care; medication.

**Upper Extremity:** Right shoulder pain when trying to dress in the mornings. *Location:* shoulder: right. *Onset:* acute. *Cause of symptoms:* accident. *Changes in this condition:* no change. *Pain quality:* sharp, stiff; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to other areas:* right trapezius, Right Arm. *Exacerbates symptoms:* movement. *Alleviates symptoms:* resting. *Weakness:* right shoulder. *Decreased shoulder motion:* right all: moderate. *Shoulder pain with movement:* right all: moderate.

**DiBella Chiropractic Center 528 Union Rd Gastonia, NC 28054-4450**
**Encounter dated 01/06/2021 for Allan A Araya #5593**
**DOB: Today's date: 01/06/2021**

## Objective

**Cervical:** *Tightness:* right cervical area: severe. *Tenderness on palpation:* C3: severe (quality: sharp); C4: severe (quality: sharp); C5: severe (quality: sharp); C6: severe (quality: sharp); C7: severe (quality: sharp); right cervical musculature: severe (quality: sharp). *Inflammation:* right cervical paraspinal area. *Spinal subluxation level(s):* C3, C4, C5, C6, C7, T1, T2, T3, T4.

**Thoracic:** *Tightness:* right upper thoracic paraspinals: severe. *Tenderness on palpation:* T1: severe (quality: sharp); T2: severe (quality: sharp); T3: severe (quality: sharp); T4: severe (quality: sharp); right upper thoracic paraspinals: severe (quality: sharp). *Inflammation:* right thoracic paraspinal area.

**Upper Extremity:** Palpation elicited pain over the anterior and posterior shoulder. Pain and restriction was elicited in all ranges of motion.

## Assessment

*Cervical assessment:* Pt. has been pre-screened for COVID-19 before being treated today. *Diagnosis:* S13.4XXA (Sprain of ligaments of cervical spine, initial encounte), S16.1XXA (Strain of muscle, fascia & tendon neck level, initial e), M99.01 (Segmental and somatic dysfunction of cervical region), S23.3XXA (Sprain of ligaments of thoracic spine, initial encounte), S29.012A (Strain of muscle & tendon back wall of thorax, initial encounter), M99.02 (Segmental and somatic dysfunction of thoracic region), S43.401A (Unspecified sprain of right shoulder joint, initial encounter). *Post-treatment analysis:* Patient tolerated treatment without incident.

## Treatment & Plan

*Patient treated to:* relieve pain, decrease inflammation, improve ADL, improve function, improve ROM. *Treatment plan* 3x/week for 4 weeks; re-exam; 2x/week for 4 weeks; re-exam. *Subluxations found on assessment and adjusted:* C3 right (diversified); C4 right (diversified); C5 right (diversified); C6 right (diversified); C7 right (diversified); T1 right (diversified); T2 right (diversified); T3 right (diversified); T4 right (diversified); shoulder right (Diversified and Impulse). *Physical Therapy* heat and muscle stimuation, 10 minutes, laser, 10 minutes, neck and upper back, right anterior shoulder. *Stim Settings* 50 pulse/sec to patient tolerance, tetanize. *Laser* 10 min., 15W Class IV laser. *Explanation of Therapies* Electrical Muscle Stimulation was applied to the listed areas on the patient to increase circulation and reducing muscle hypertonicity, Moist heat was applied to the patient in order to increase circulation and reduce muscle hypertonicity, Class IV laser treatment to affected areas to decrease inflammation, swelling and pain in addition to speeding up the healing process . *Home Instructions* alternate heat and ice 20min each. *Short term goals:* within 4 week(s): decrease pain (40%). *Long term goals:* within 8 weeks: improved ADL (75%).

**End of note. Electronically signed by Kevin DiBella DC on 01/06/2021 at 11:21am**

Abbreviations:
ADL: activities of daily living
MVA: motor vehicle accident
PCP: primary care physician
ROM: range of motion



PAGE 10/12 * RCVD AT 1/6/2021 3:55:30 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033348856 * CSID:704 868 2602 * ANI:17048682602 * DURATION (mm-ss):05-29

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 21, 2020

Dibella Chiropractic Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through present
- Completion of the Enclosed Forms:

X Attending Physician's Statement
__ Other

We ask that you provide this information by December 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Attending Physician's Statement

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | January 4, 2021 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 867-6401 |
| From: | Rhonda Crowder<br>Integrated Specialist I<br>On Behalf Of: Sarah Hicks<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

January 4, 2021

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Duke Energy RTW Form
  __ Other

We ask that you provide this information by January 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Rhonda Crowder
Integrated Specialist I
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form
Duke Energy RTW Form
10813707-EMPLOYEE/CLAIMANT-12.23.2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks ______________________________

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________
   **DATE LAST TREATED** — ____________ ______________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________
______________________________
______________________________
______________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________
______________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________
______________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# Return to Work Form

Revised: April 2020

DUKE ENERGY®

**EMPLOYEE SECTION -** It is **your** responsibility to:

1) Call Lincoln Financial Group's automated reporting line at least 2 business days prior to your return to work date to update your status. **You can reach the automated reporting line at 888.516.0747 and select Option 2.**
2) Complete this section and provide this form to your treating Health Care Provider.
3) Provide via hand delivery, e-mail or fax this form to your supervisor**, before you return to work**. ***NOTE: You will not be permitted to return to work without this signed form.***

**Employee name:** ______________________ **Employee I.D.** ___________

- Commercial Motor Vehicle (CMV) Operator: YES / NO
- Emergency response team member (fire brigade, confined space rescue, HazMat, etc.): YES / NO
- Nuclear badged: YES / NO

**Employee Signature:** ______________________ **Date:** ___________

**HEALTH CARE PROVIDER SECTION**

The following information is needed so that we can ensure your patient can safely perform assigned duties according to your medical recommendations.

**Today's date:** ___________ **Date(s) of treatment:** ______________________

**Date patient may return to work:** ______________________

**NOTE:** The company may have restricted or light duty available for employee depending upon circumstances.

**IF NO RESTRICTIONS APPLY, PLEASE INITIAL AND DATE ON THIS LINE:**

______________________

**If restrictions apply, please place check mark in appropriate column. Describe specifics of any limited restrictions.**

| Activity | No Restrictions | Describe Restriction | Activity | No Restrictions | Describe Restrictions |
|---|---|---|---|---|---|
| Lifting | | | Squatting | | |
| Prolong Standing | | | Pushing | | |
| Continuous Walking | | | Pulling | | |
| Climbing | | | Driving | | |
| Bending | | | Other | | |
| Reaching | | | Other | | |

Additional Restrictions/Details: ______________________

______________________

- If there are restrictions, are the restrictions permanent? YES/NO
- Duration of requested restrictions: ______________________
- Are medications prescribed that might impact safety? YES / NO If YES, which medication(s):___________
- Follow-up visits required? YES / NO If YES, Return Visit Date ______________________
- Is the illness or injury work related? YES / NO

**Health Care Provider's Signature** ______________________ **Date:** ___________

**Health care provider's name, address, and office phone number (please print):** ______________________

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Lincoln/Araya 1563**

**MANAGER/SUPERVISOR/DESIGNEE SECTION**

- For STD or LTD claims, scan and email this completed form to Lincoln Financial Group at DukeEnergyDisability@lfg.com or FAX this form to Lincoln Financial Group at 603.334.0380
- Ensure the employee calls Lincoln Financial Group's automated reporting line at 888.516.0747 (select Option 2) at least two (2) business days prior to their return to work date to update their status
- **If absence was for a Work-Related illness or injury, forward copy to your designated Workers' Compensation Program Specialist/H&S.**
- **If there are documented restrictions, reach out to your HR Representative regarding next steps**
- **If there are documented medications that could impact safety, send a copy to your designated Duke Energy nurse**

**IMPORTANT - Check and complete those that apply:**

☐ Date employee returned to work: ______________________

☐ Employee returned to normal duty

☐ Employee requires Light / restricted duty (specify task assigned) ______________________

☐ **Temporary accommodations made in Essential Job Functions that will extend longer than 30 days have been documented.**

- o List any approved temporary accommodations: ______________________

☐ **If medical clearance is required (CMV Operator, fire brigade, crane operator, etc.), ensure that a medical evaluation is conducted and appropriate medical clearance documentation provided.**

- Supervisor/designee's comments: ______________________

**Supervisor/Designee's Signature:** ______________________ **Date:** __________

**Lincoln/Araya 1564**

**Duke Energy Corporation**

# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: .

**I AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer baving information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

**I UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

**I understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 23, 2020 |
| To: | DR. CHRISTOPHER PRATO<br>CAROLINA ORTHO PT & REHAB CENTER |
| Attn: | Medical Records |
| Fax: | (704) 852-3499 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 23, 2020

Dr. Christopher Prato
Carolina Ortho Pt & Rehab Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

Dear Dr. Christopher Prato:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Duke Energy Corporation**
**DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: ______________

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

________________________________ ________________________________

Print Name

________________________________ ________________________________

Signature Date

12/2019 – Duke Energy

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

# Duke Energy Corporation
# DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: Allan Araya
CLAIM NO: 10813707
EMPLOYER/PLAN: Duke Energy Corporation DATE OF BIRTH: ____________

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, Duke Energy Corporation (the “Plan Sponsor”), the Duke Energy Benefits Committee (the “Plan Administrator”) and/or its or their legal representatives and duly authorized delegates, to be used solely for the purposes stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Life Assurance Company of Boston to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return -to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits, to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. “Genetic information” as defined by GINA includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or an individual’s family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual’s eligibility for disability benefits. The health care provider is directed to review the above “IMPORTANT NOTICE” prior to doing so.

DocuSign Envelope ID: E3B713E1-3CF5-4511-8130-36658BE5892B

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayments from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company, the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Life Assurance Company of Boston of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

DocuSigned by:
6A0642F695DA442...

Print Name

DocuSigned by:
6A0642F695DA442...

Signature

12/23/2020

Date

12/2019 – Duke Energy

**Lincoln/Araya 1575**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, December 21, 2020 4:23:34 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Duke Energy Corporation Claim No. 10813707 Allan Araya |
| Attachments: | qniakn4qzgqv7wpdost8_9612391.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 21, 2020

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Please see the Authorization to Release Information form attached to be completed and sent back to the fax listed below or to disabilitydocuments@lfg.com.
If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: 10813707-MEDICAL-CORRESPONDENCE-12.17.2020

# FAX

**To**

**Name:** LINCOLN

**Fax Number:** 1-603-334-8856

**Phone Number:**

**Date**

12/17/2020 2:13:00 PM

**Number of Pages** (including cover sheet)

8

**From**

**Name:** Denise

**Fax Number:**

**Contact Number:** 704-667-9532

**Message**

REQUESTED INFORMATION

*This communication may contain information that is confidential, privileged, proprietery, or otherwise protected from use or disclosure under state and federal law. It is intended only for the person to whom it is addressed, and the information should be kept confidential and secure.*

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY. You are prohibited from reading, printing, retaining, copying, or disseminating any part of the communication, including any of its attachments. Please completely return and/or destroy the entire communication and all accompanying attachments without reading the content. There is no intent on the part of the sender to waive any right or privilege that may be attached to the communication. Unlawful use or disclosure of this communication and its attachments may violate state and federal laws, and could result in significant penalties and consequences.*

*Thank you for your cooperation.*

Atrium Health

Atrium Health

This letter is to notify you we are returning the request for information on the individual on the attached document. Unfortunately, we are unable to process your request for the following reason(s):

Invalid Authorization: Does not meet all requirement(s) set by the Code of Federal Regulation, Title 45 part 164.508 (c) for valid authorization

- ☐ 164.508(c)(l)(i) What is to be disclosed, including Date of Service and specific documents needed?
- ☐ 164.508(c)(l)(ii) Identify who is authorized to disclose or release the information.
- ☐ 164.508(c)(l)(iii) Identify who is authorized to receive the information.
- ☐ 164.508(c)(1)(iv) A description of the purpose of disclosure is required
- ☐ 164.508(c)(1)(v) Expiration date of the authorization or the event is required.
- ☐ 164.508(c)(1)(vi) Authorization must be signed and dated and list the relationship to the patient.

The following statements must also be included in the Authorization:

- ☐ 164.508(c)(2)(i) The individual's right to revoke the Authorization in writing, and either:
  - * The exceptions to the right to revoke and a description of how the individual may revoke the Authorization; or if these exceptions are included in the Notice of Privacy Practices, a reference to the Notice of Privacy Practices.
- ☐ 164.508(c)(2)(ii) The ability or inability to condition treatment, payment, enrollment or eligibility for benefits on the Authorization, by stating either:
  - * The covered entity may not prevent my ability to receive treatment, payment, enrollment or eligibility for benefits on whether the individual signs the Authorization when the prohibition on conditioning of Authorizations applies; or
  - * The consequences to the individual of refusing to sign the Authorization when the covered entity can prevent the ability to receive treatment, enrollment in the health plan, or eligibility for benefits on failure to obtain such Authorization.
- ☐ 164.508(c)(2)(iii) The potential for information disclosed pursuant to the Authorization to be subject to redisclosure by the recipient and no longer be protected by this rule.
- ☐ This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.

Additional Information needed:

- ☐ Date of Birth
- ☐ Death Certificate, Executor of Estate/Next of Kin Affidavit (with visible notary seal)
- ☐ Power of Attorney/Healthcare Power of Attorney required
- ☐ Proof of guardianship required

Not processed because of the following;

- ☐ The patient was not treated on the date (s) requested/authorized
- ☐ Atrium Health is not the records custodian for facility specified, please forward your request directly to their office.

X PLEASE PROVIDE A SIGNED HIPAA COMPLIANT AUTHORIZATION. [DMAURO01-12/17/2020 11:4

In order to process your request, the above issues will need to be addressed and then resubmitted. If you have any questions, please feel free to contact the Corporate Health Information Management-Release of Information Department at 704-667-9500.

Sincerely,

**Corporate Health Information Management - Release of Information**
Office: 704-667-9500 | Toll Free: 844-383-2109 | Fax: 704-446-6037
Email: MedicalRecordsROI@atriumhealth.org
**Atrium Health**

Rev. 06/2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ATRIUM HEALTH |
| Attn: | Medical Records |
| Fax: | (704) 446-6037 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

**Patient Information: I give permission to release the health information of:** **(One Patient Per Form)**

Patient Name: ______________________ Date of Birth: ______________________

Street Address: ______________________ City, State, Zip: ______________________

Telephone: ( ) ______________________ Email Address: ______________________

*By providing your email address you acknowledge and accept the risks outlined in the Guidelines for E-mail with Patients, posted on atriumhealth.org.*

| **Release Information From:** | **Release Information To:** |
|---|---|
| (List applicable Facility(s) and/or Practice(s)) | (Name of facility, person, company) (Relationship) |
| | (Street Address or PO Box, City, State, Zip Code) |
| (Phone number) (Fax number) | (Phone number) (Fax number) |

**PURPOSE OF RELEASE (check reason):** ☐ Request of individual/personal rep ☐ Continued patient care ☐ Insurance ☐ Legal purpose including discussions & proceedings ☐ Other

**Fill in dates of treatment for records to be released:**
**Treatment dates: From** ______________________ **To** ______________________

| **Facility (check all that may apply):** | **Office/Clinic/Home Care (check all that may apply):** |
|---|---|
| ☐ Facility Summary – includes items in bold | ☐ Office/Clinical Summary – includes items in bold |
| ☐ **Discharge Summary** ☐ **Emergency Record** | ☐ **Office/Home Visits** |
| ☐ **History and Physical** ☐ **Cardiac Reports/EKG** | ☐ **Physical Exam** |
| ☐ **Consultation reports** ☐ Other ________ | ☐ **Laboratory Reports** |
| ☐ Assessment | ☐ **Radiology Reports** |
| ☐ **Operative Reports** | ☐ Therapy Notes |
| ☐ **Laboratory reports** | ☐ Immunization Records |
| ☐ **Radiology/X-Ray Reports** | ☐ Other________ |
| ☐ **Pathology reports** | |
| ☐ Entire record | ☐ Entire Record |
| ☐ Itemized Bill | ☐ Itemized Bill |

| **FORMAT:** | **DELIVERY METHOD:** |
|---|---|
| ☐ CD (charges may apply) | ☐ Reg.US Mail ☐ Pick-up ☐ Fax, where permitted |
| ☐ Email Address noted above, where permitted | ☐ Overnight/Express Mail Service, where permitted |
| ☐ Paper copy (charges may apply) | ☐ Secure email |
| ☐ Other________ | ☐ Other: ________ |

**PATIENT'S RIGHTS – I understand that:**

- **I can cancel this permission at any time. I must cancel in writing and send or deliver cancellation to releasing facility or practice named above. Any cancellation will apply only to information not yet released by facility or practice.**
- **This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.**
- **Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections. Records protected by 42 CFR Part 2 may not be redisclosed without my additional consent**
- **Refusing to sign this form will not prevent my ability to get treatment, payment, enrollment in health plan, or eligibility for benefits.**
- **Atrium Health will not share or use my health information without my permission other than by ways listed in the Notice of Privacy Practices or as required by law. The Notice of Privacy Practices is available at atriumhealth.org.**
- **I have a right to a copy of this Authorization.**

**This permission expires one year after the date of my signature unless another date or event is written here:** ______________________

**Signature:** ______________________ **Print Name:** ______________________ **Date:**________

**Note: If the patient lacks legal capacity or is unable to sign, an authorized personal representative may sign this form.**
**Note the relationship/authority if signature is not that of the patient (Written proof MAY be requested):**
☐ **Healthcare Agent/POA** ☐ **Guardian** ☐ **Executor/Administrator/Attorney in Fact** ☐ **Spouse**
☐ **Parent** ☐ **Adult Child** ☐ **Affidavit Next of Kin** ☐ **Other:** ________

**Note: If minor consented for their outpatient treatment for pregnancy, sexually transmitted disease or behavioral/mental health without parental consent, the minor must sign this authorization. When the patient is a minor being treated for substance abuse, the minor must sign this authorization, regardless of who consented for treatment.**

**Signature of Minor:**______________________ **Print Name:** ______________________ **Date:** ________

**Date of release:**______________________via ☐Mail ☐Fax ☐Other________☐**ID Verified** ☐**DL/Other ID**________
**Atrium Health Teammate Name & Department. :** ______________________**Date:**________ - ________ **# of Pages**________

Rev. June 2019

* 9 0 5 *

Atrium Health
AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

Place Patient Label Here

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 21, 2020 |
| To: | DIBELLA CHIROPRACTIC CENTER |
| Attn: | |
| Fax: | (704) 868-2602 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: Sarah Hicks<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 21, 2020

Dibella Chiropractic Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through present

- Completion of the Enclosed Forms:

X Attending Physician's Statement
__ Other

We ask that you provide this information by December 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: Sarah Hicks
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Attending Physician's Statement

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(877) 246-5670
Secure Fax No: (603) 334-8856

Lincoln Financial Group

**Return To:** Sarah Hicks

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Allan | | Araya | 10813707 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ______

Primary ICD diagnosis Description: ______

Secondary ICD Diagnosis Code: ______

Secondary ICD Diagnosis Description: ______

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms: ______

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ______

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: ______

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(877) 246-5670
Secure Fax No: (603) 334-8856

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City | State | Zip Code

Phone Number | Fax Number

**Signature** | ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# FAX

**To**

**Name:** LINCOLN

**Fax Number:** 1-603-334-8856

**Phone Number:**

**Date**

12/17/2020 2:13:00 PM

**Number of Pages** (including cover sheet)

**8**

**From**

**Name:** Denise

**Fax Number:**

**Contact Number:** 704-667-9532

**Message**

REQUESTED INFORMATION

*This communication may contain information that is confidential, privileged, proprietary, or otherwise protected from use or disclosure under state and federal law. It is intended only for the person to whom it is addressed, and the information should be kept confidential and secure.*

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY. You are prohibited from reading, printing, retaining, copying, or disseminating any part of the communication, including any of its attachments. Please completely return and/or destroy the entire communication and all accompanying attachments without reading the content. There is no intent on the part of the sender to waive any right or privilege that may be attached to the communication. Unlawful use or disclosure of this communication and its attachments may violate state and federal laws, and could result in significant penalties and consequences.*

*Thank you for your cooperation.*

Atrium Health

Atrium Health

This letter is to notify you we are returning the request for information on the individual on the attached document. Unfortunately, we are unable to process your request for the following reason(s):

Invalid Authorization: Does not meet all requirement(s) set by the Code of Federal Regulation, Title 45 part 164.508 (c) for valid authorization

- ☐ 164.508(c)(I)(i) What is to be disclosed, including Date of Service and specific documents needed?
- ☐ 164.508(c)(I)(ii) Identify who is authorized to disclose or release the information.
- ☐ 164.508(c)(I)(iii) Identify who is authorized to receive the information.
- ☐ 164.508(c)(1)(iv) A description of the purpose of disclosure is required
- ☐ 164.508(c)(1)(v) Expiration date of the authorization or the event is required.
- ☐ 164.508(c)(1)(vi) Authorization must be signed and dated and list the relationship to the patient.

The following statements must also be included in the Authorization:

- ☐ 164.508(c)(2)(i) The individual's right to revoke the Authorization in writing, and either:
  - * The exceptions to the right to revoke and a description of how the individual may revoke the Authorization; or if these exceptions are included in the Notice of Privacy Practices, a reference to the Notice of Privacy Practices.
- ☐ 164.508(c)(2)(ii) The ability or inability to condition treatment, payment, enrollment or eligibility for benefits on the Authorization, by stating either:
  - * The covered entity may not prevent my ability to receive treatment, payment, enrollment or eligibility for benefits on whether the individual signs the Authorization when the prohibition on conditioning of Authorizations applies; or
  - * The consequences to the individual of refusing to sign the Authorization when the covered entity can prevent the ability to receive treatment, enrollment in the health plan, or eligibility for benefits on failure to obtain such Authorization.
- ☐ 164.508(c)(2)(iii) The potential for information disclosed pursuant to the Authorization to be subject to redisclosure by the recipient and no longer be protected by this rule.
- ☐ This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.

Additional Information needed:

- ☐ Date of Birth
- ☐ Death Certificate, Executor of Estate/Next of Kin Affidavit (with visible notary seal)
- ☐ Power of Attorney/Healthcare Power of Attorney required
- ☐ Proof of guardianship required

Not processed because of the following;

- ☐ The patient was not treated on the date (s) requested/authorized
- ☐ Atrium Health is not the records custodian for facility specified, please forward your request directly to their office.
- X PLEASE PROVIDE A SIGNED HIPAA COMPLIANT AUTHORIZATION. [DMAURO01-12/17/2020 11:4

In order to process your request, the above issues will need to be addressed and then resubmitted. If you have any questions, please feel free to contact the Corporate Health Information Management-Release of Information Department at 704-667-9500.

Sincerely,

**Corporate Health Information Management - Release of Information**
Office: 704-667-9500 | Toll Free: 844-383-2109 | Fax: 704-446-6037
Email: MedicalRecordsROI@atriumhealth.org
**Atrium Health**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ATRIUM HEALTH |
| Attn: | Medical Records |
| Fax: | (704) 446-6037 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what yonr patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

**Patient Information: I give permission to release the health information of:** **(One Patient Per Form)**

Patient Name: ______________________ Date of Birth: ______________________

Street Address: ______________________ City, State, Zip: ______________________

Telephone: ( ) ______________________ Email Address: ______________________

*By providing your email address you acknowledge and accept the risks outlined in the Guidelines for E-mail with Patients, posted on atriumhealth.org.*

| **Release Information From:** | **Release Information To:** |
|---|---|
| ______________________ | ______________________ |
| (List applicable Facility(s) and/or Practice(s) | (Name of facility, person, company) (Relationship) |
| ______________________ | ______________________ |
| | (Street Address or PO Box, City, State, Zip Code) |
| ______________________ | ______________________ |
| (Phone number) (Fax number) | (Phone number) (Fax number) |

**PURPOSE OF RELEASE (check reason):** ☐ Request of individual/personal rep ☐ Continued patient care ☐ Insurance
☐ Legal purpose including discussions & proceedings ☐ Other ______________________

**Fill in dates of treatment for records to be released:**
**Treatment dates: From** ______________________ **To** ______________________

| **Facility (check all that may apply):** | **Office/Clinic/Home Care (check all that may apply):** |
|---|---|
| ☐ Facility Summary – includes items in bold | ☐ Office/Clinical Summary – includes items in bold |
| ☐ **Discharge Summary** ☐ **Emergency Record** | ☐ **Office/Home Visits** |
| ☐ **History and Physical** ☐ **Cardiac Reports/EKG** | ☐ **Physical Exam** |
| ☐ **Consultation reports** ☐ Other ________ | ☐ **Laboratory Reports** |
| ☐ Assessment ________ | ☐ **Radiology Reports** |
| ☐ **Operative Reports** _ ________ | ☐ Therapy Notes |
| ☐ **Laboratory reports** | ☐ Immunization Records |
| ☐ **Radiology/X-Ray Reports** | ☐ Other________ |
| ☐ **Pathology reports** | ________ |
| ☐ Entire record | ☐ Entire Record |
| ☐ Itemized Bill | ☐ Itemized Bill |

| **FORMAT:** | **DELIVERY METHOD:** |
|---|---|
| ☐ CD (charges may apply) | ☐ Reg.US Mail ☐ Pick-up ☐ Fax, where permitted |
| ☐ Email Address noted above, where permitted | ☐ Overnight/Express Mail Service, where permitted |
| ☐ Paper copy (charges may apply) | ☐ Secure email |
| ☐ Other________ | ☐ Other: ________ |

**PATIENT'S RIGHTS – I understand that:**

- **I can cancel this permission at any time. I must cancel in writing and send or deliver cancellation to releasing facility or practice named above. Any cancellation will apply only to information not yet released by facility or practice.**
- **This is a full release including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.**
- **Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections. Records protected by 42 CFR Part 2 may not be redisclosed without my additional consent**
- **Refusing to sign this form will not prevent my ability to get treatment, payment, enrollment in health plan, or eligibility for benefits.**
- **Atrium Health will not share or use my health information without my permission other than by ways listed in the Notice of Privacy Practices or as required by law. The Notice of Privacy Practices is available at atriumhealth.org.**
- **I have a right to a copy of this Authorization.**

**This permission expires one year after the date of my signature unless another date or event is written here:** ______________________

**Signature:** ______________________ **Print Name:** ______________________ **Date:**________

**Note: If the patient lacks legal capacity or is unable to sign, an authorized personal representative may sign this form.**
**Note the relationship/authority if signature is not that of the patient (Written proof MAY be requested):**
☐ **Healthcare Agent/POA** ☐ **Guardian** ☐ **Executor/Administrator/Attorney in Fact** ☐ **Spouse**
☐ **Parent** ☐ **Adult Child** ☐ **Affidavit Next of Kin** ☐ **Other:** ________________

**Note: If minor consented for their outpatient treatment for pregnancy, sexually transmitted disease or behavioral/mental health without parental consent, the minor must sign this authorization. When the patient is a minor being treated for substance abuse, the minor must sign this authorization, regardless of who consented for treatment.**

**Signature of Minor:**______________________ **Print Name:** ______________________ **Date:** ________

**Date of release:**______________________via ☐Mail ☐Fax ☐Other________ ☐**ID Verified** ☐**DL/Other ID**________
**Atrium Health Teammate Name & Department. :** ______________________**Date:**________ - ________ **# of Pages**________

Rev. June 2019

* 9 0 5 *

**Atrium Health**
**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION**

Place Patient Label Here





**Lincoln/Araya 1600**

Lincoln Financial Group®
Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

ALLAN ARAYA

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

12/16/2020

ALLAN ARAYA

0000

RE: Short Term Disability Acknowledgement
Duke Energy Corporation
Claim #: 10813707

Dear MR. ARAYA:

I have been assigned your claim for disability benefits under Duke Energy's Short term Disability plan (STD). As your case manager, my role is to determine your eligibility to use STD benefits and to support you, your doctor and your manager or supervisor throughout your disability period. This letter provides important information about the claims management process administered by Lincoln Life Assurance Company of Boston (Lincoln Financial Group). It also outlines your responsibilities for ensuring your claim for disability benefits is handled promptly and appropriately.

**Return forms promptly**
In order to process your claim, I must obtain specific medical information about your condition and prognosis from your healthcare provider. Therefore, it is important that you complete the enclosed Authorization to Obtain and Release Information forms. You should provide one of the completed forms to your attending physician and return one to my attention in the enclosed envelope. **Failure to complete the enclosed forms may result in a delay or denial of any benefits due.**

**You are responsible for healthcare provider actions**
I will contact your healthcare provider on your behalf to obtain the information needed to make a claim determination (i.e., surgery/chart notes, test results); however, you are ultimately responsible for making sure your healthcare provider submits this information. Your healthcare provider will need to submit information to me as soon as possible, but no later than 45 days following my request, to avoid any delays in the claim determination. If your healthcare provider does not include enough information to make a determination, you will be notified by phone and by letter. **If I do not receive the necessary information within 45 days from the date requested, I will have no alternative but to deny your claim for disability benefits.**

**How your benefits will be paid**
Once I receive all the required information, a decision will be made about your claim. You and your manager or supervisor will be notified of the decision. Once your claim is approved, you or your manager or supervisor should begin entering the appropriate "Leaves –"pay time entry code on your timesheet. If you have questions about your pay, you should contact the Duke Energy myHR Service Center at 1-888-465-1300 and select the option for Pay.

**Ongoing claim management**
Your initial approval period will be determined by the nature of your disability and the normal duration guidelines for your condition. If you develop medical complications and need to be out for a period of time longer than previously approved, you may be required to provide additional medical information from your healthcare provider to support your continued disability. Your pay may be suspended or interrupted if this information is not received in a timely manner. When your healthcare provider releases you to return to work (with or without restrictions), please notify me immediately. You must have the Duke Energy Return to Work form completed by your healthcare provider prior to your return to work. Any restrictions or limitations must be described on the Duke Energy Return to Work form and reviewed by your manager or supervisor before you will be allowed to return to work.

**The Duke Energy Employee Assistance Program is available**
We understand that coping with a health condition as well as a leave of absence can be stressful. Duke Energy offers an Employee Assistance Program (EAP) that is available to you and your household members at no cost. EAP is a confidential, professional counseling and referral service that can assist you in dealing with feelings of stress, anxiety or depression, coping with change, and other personal, family or financial concerns. You can reach the EAP 24 hours a day, 7 days a week at 1-800-985-2594 or you can visit https://www.liveandworkwell.com/public (Code: Duke).

**United Healthcare condition management and treatment decision support**
Living with, and managing a chronic health condition, can be difficult for many people. Duke Energy offers programs that help participants take control of their health in order to prevent and/or delay complications, and enhance their quality of life. Participation in the voluntary UnitedHealthcare programs are available to individuals who have one of the following conditions: asthma, congestive heart failure, coronary artery disease, chronic obstructive pulmonary disorder, diabetes, cancer and/or who are pregnant.

Assistance is also provided for managing catastrophic life events (e.g., organ/tissue transplants, head injuries, spinal cord injuries, multiple traumas caused by accidents), as well as providing resources to enable effective and appropriate treatment decision support for a wide variety of conditions.

You may be contacted by United Healthcare if you are identified as a potential candidate for participation in one of the programs. You may also contact United Healthcare directly for more information or support at **1-877-370-4001**.

If there is anything I can do to help you with your claim, or if you have any questions about this letter, please call me at the number below.

Sincerely,

Sarah Hicks
Disability Case Manager
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

Enclosures

# Duke Energy Corporation
## DISABILITY AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (866) 502-8823
Secure Fax No.: (603) 334-0380

**Return To:** Sarah Hicks

EMPLOYEE/CLAIMANT NAME: ALLAN ARAYA

CLAIM NO: 10813707

EMPLOYER/PLAN: DUKE ENERGY CORPORATION    DATE OF BIRTH: ______________

I **AUTHORIZE** any licensed physician, medical practitioner, nurse, pharmacist, hospital, clinic, HMO, other medical or medically-related facility, federal, state or local government agency, insurance or reinsuring company, health plan, third party administrator, pharmacy benefit manager, credit or consumer reporting agency and any current or former employer having information available as to diagnosis, treatment or prognosis with respect to any physical or mental condition and/or treatment of me including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse and mental health, and any non-medical information about me including occupation and salary, to give any and all such information to the particular company in the Lincoln Financial Group to which I am submitting a claim, Duke Energy Corporation (the "Plan Sponsor"), the Duke Energy Benefits Committee (the "Plan Administrator") and/or its or their legal representatives and duly authorized delegates, to be used solely for the purpose stated below.

I **UNDERSTAND** that the information obtained by use of this Authorization or directly from me will be used by the company, the Plan Sponsor and/or the Plan Administrator to determine eligibility for disability benefits, which may include assessing ongoing treatment. I understand that the clinical information, in combination with the physical factors of my job and the contractual provisions under which I am covered, will be used to establish the most appropriate work absence duration.

Any information obtained by use of this Authorization or directly from me will not be released to any person or organizations EXCEPT to the company, the Plan Sponsor, the Plan Administrator, reinsuring companies, other companies in the Lincoln Financial Group to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor, the Plan Administrator and/or the company, Employee Assistance Programs (EAPs) or other disease management or assistance programs providing services to the Plan Sponsor, the Plan Administrator and/or the company, persons or organizations providing medical treatment or services in connection with my claim or as may otherwise be permitted or required by law. I understand that, to the extent reasonably necessary, information obtained by use of this Authorization or directly from me may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. I also understand that the company or Plan Sponsor may use medical information to facilitate return-to-work efforts, including disclosure of medical history, prescriptions, treatments or benefits to persons involved in return-to-work efforts, such as my supervisor or HR representative, to facilitate the assignment of safe work duties within any medical restrictions and in compliance with all applicable laws.

IMPORTANT NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, the company and the Plan Sponsor request that you, your health care provider and any other entity disclosing information pursuant to this Authorization not provide genetic information when responding to a request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or an individual's family member receiving assistive reproductive services.

A health care provider may deem it necessary to provide genetic information (including family medical history) in order to substantiate an individual's eligibility for disability benefits. The health care provider is directed to review the above "IMPORTANT NOTICE" prior to doing so.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the company, the Plan Sponsor and/or the Plan Administrator has the right to recover such overpayment from me, including the right to reduce future disability benefits, and/or to use other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the company the Plan Sponsor and/or the Plan Administrator, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor, the Plan Administrator and/or the company in the Lincoln Financial Group of companies to which I submit a claim. I understand that any revocation is effective only after it is received and verified, and that any revocation will not be effective for a use or disclosure of information that was already made in reliance on this Authorization. I understand that the information that is used or disclosed pursuant to this Authorization will no longer be protected by federal privacy law once it is disclosed, and that the information may be subject to redisclosure by the persons I have authorized to receive it. I understand that I may refuse to sign this Authorization and that no HIPAA covered entity (i.e. health care provider or health plan) may condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

____________________________ ____________________________

Print Name

____________________________ ____________________________

Signature Date

12/2019 – Duke Energy

**From:** LincolnAbsenceNotification@lfg.com
**To:** DARLENE.BATTLE@DUKE-ENERGY.COM
**Subject:** Lincoln Financial Notification: Acknowledgement of Short Term Disability and FMLA Leave request for Allan Araya, Employee ID 461081, Disability Claim 10813707, Leave Claim 10813709

*************DO NOT RESPOND - THIS IS AN AUTOMATED EMAIL*************

***Please forward this email to the employee(s) responsible for time entry in your organization.***

Allan Araya has applied for a Short Term Disability (STD) leave of absence. The STD claim and the coordinated FMLA leave requests are currently pending. You will receive an additional notification once a determination is made.

| Product | Claim Status | Requested Start Date | FMLA Available Balance* |
|---|---|---|---|
| **Short Term Disability** | **Pended** | **12/13/2020** | [redacted] |
| **Leave** | **Pended** | **12/12/2020** | **464 hours** |

*Balance is as of date of this communication.

**<u>Time entry information</u>**
Use the following time entry codes until a claim or leave decision is made:

*Sick*
*Holiday (Observed holidays only)*
*Personal Holiday*
*Vacation*
*Unpaid – Excused Absence (non-exempt (biweekly)employees only)*
*Unpaid – Sick (non-exempt (biweekly) employees only)*

**<u>Support information</u>**
**Claim Status:**

**Lincoln Financial Email:** Sarah.Hicks@lfg.com

**Lincoln Financial Phone:** (800) 291-0112, Ext.13937

**Claim Escalations:** DukeEnergyDisability@LFG.com

**Time Entry Information:** Duke Energy Portal>myHR>Time Away from Work>Time Entry Job Aids

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | DIBELLA CHIROPRACTIC CENTER |
| Attn: | Medical Records |
| Fax: | (704) 868-2602 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Dibella Chiropractic Center

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | DR. ALESHA LOGAN<br>CAROMONT FAMILY MEDICINE<br>1895 HOFFMAN RD<br>SUITE A<br>GASTONIA NC 28054 |
| Attn: | Medical Records |
| Fax: | (704) 865-7328 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Dr. Alesha Logan
1895 HOFFMAN RD
SUITE A
GASTONIA, NC 28054

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Arava
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________
   **DATE LAST TREATED** — ____________ ______________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________
______________________________________________
______________________________________________
______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________
______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________
______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ATRIUM HEALTH |
| Attn: | Medical Records |
| Fax: | (704) 446-6037 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Atrium Health

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM ____________ TO ____________ .**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________ .**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

| | |
|---|---|
| Date: | December 15, 2020 |
| To: | ROBERT SALTZMAN<br>770 HARTNESS RD<br>STATESVILLE NC 28677 |
| Attn: | Medical Records |
| Fax: | (704) 873-1853 |
| From: | Sarah Hicks<br>Integrated Specialist<br>Phone No.: Phone No.: (877) 246-5670<br>Secure Fax No.: (603) 334-8856 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10813707<br>Claimant: Allan Araya<br><br>Duke Energy Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 246-5670 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 15, 2020

Robert Saltzman
770 HARTNESS RD
STATESVILLE, NC 28677

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707
Claimant: Allan Araya
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Allan Araya.

To evaluate Mr. Araya's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Medical Records (see above)

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

# Restrictions Form

**Return To:** Sarah Hicks

| Allan Araya | | 10813707 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. ALLAN ARAYA

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 246-5670
Secure Fax No.: (603) 334-8856

December 16, 2020

Mr. Allan A. Araya

RE: Short Term Disability (STD) Benefits
Duke Energy Corporation
Claim #: 10813707

Dear Mr. Allan Araya:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Duke Energy Corporation's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On December 15, 2020, we requested medical records from Dibella Chiropractic Center, Dr. Logan, Atrium Health, and Dr. Saltzman. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2020 through the present from Dibella Chiropractic Center, Dr. Logan, Atrium Health, and Dr. Saltzman

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Duke Energy Corporation's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than January 28, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Hicks
Integrated Specialist
Phone No.: (877) 246-5670 Ext. 13937
Secure Fax No.: (603) 334-8856