FILED
2023 Nov-07 PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALLAN ARAYA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:23-cv-00298-ACA** |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's ERISA Scheduling Order dated July 11, 2023 (Doc 16), Plaintiff Allan Araya and Defendant The Lincoln National Life Insurance Company submit the following Joint Status Report:

A. Nature of Case: Plaintiff has brought a claim pursuant to 29 U.S.C. § 1132(a)(1)(B) to recover disability benefits from the Duke Energy Corporation Long Term Disability Benefit Plan under the Group Disability Income Policy (the "Policy")[1] issued by Defendant to Duke Energy Corporation. Plaintiff's claim for benefits was denied by Defendant on June 13, 2021. The Policy states that from June 13, 2021, through June 12, 2023, Plaintiff must have been disabled from his Own Occupation (as defined by the Policy) to be eligible for benefits. Plaintiff

[1] Joint Submission of Stipulated Record, Document 15, Exhibit 1.

appealed the denial of benefits, and Defendant issued a letter[2] upholding the denial based on the administrative record.[3] The issue to be decided by the Court is whether Defendant's decision was arbitrary and capricious.[4] If the Court finds that Defendant's decision was arbitrary and capricious, the Court will award Plaintiff past benefits from the LTD Plan under the Policy from June 13, 2021, through June 12, 2023, and remand[5] the claim to Lincoln to calculate the past benefits and to consider whether Plaintiff is eligible for benefits as of June 13, 2023, under the "Any Occupation" definition of "Disabled" in the Policy.

B. Status of Case: There are no outstanding issues or motions in this action. It is anticipated that the Court will be able to fully resolve the action on the merits upon its rulings on the Parties' Cross-Motions, which are due on or before December 6, 2023, with Responses to Cross-Motions due on or before December 20, 2023.[6]

C. Settlement Negotiations Status: The Parties are in active settlement discussions at this time and believe there is a fair chance that a settlement

---

[2] Joint Submission of Stipulated Record, Document 15, Exhibit 2.

[3] Joint Submission of Stipulated Record, Document 15, Exhibit 2.

[4] Joint Report Regarding ERISA Case, Document 14, Section 7.

[5] Joint Report Regarding ERISA Case, Document 14, Section 11.

[6] ERISA Scheduling Order, Document 16, Page 1.

will be reached. At this time, the Parties do not believe that mediation would assist in the prospects for settlement.

Respectfully Submitted,

/s/ Peter H. Burke
Peter H. Burke, Esq.
ASB-1992-K74P
**CR Legal Team, LLP**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-747-1901
Fax: 877-412-1672
Email: phburke@crlegalteam.com

ATTORNEYS FOR PLAINTIFF

AND

*/s/Iwana Rademaekers (with permission)*
**IWANA RADEMAEKERS**
(*Admitted Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -